UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

        Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. ET AL

        Defendants.

CIVIL ACTION CASE NO.
3:02-CV1001(AWT)

MAY 10, 2005

## APPEARANCE FOR DEFENDANT BARR LABORATORIES, INC.

Please enter the appearance of Attorney Thomas H. Winslow, The Law Office of Thomas H. Winslow, LLC, 321 Main Street, Farmington, CT 06032 for the defendant, Barr Laboratories, Inc.

DEFENDANT
BARR LABORATORIES, INC.

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of May, 2005 to:

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427