UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. |
| Plaintiff, | 3:02-CV1001(AWT) |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | MAY 18, 2005 |

### DEFENDANTS DURAMED PHARMACEUTICALS, INC.'S & BARR LABORATORIES, INC.'S COMPLIANCE WITH AUXILIARY ORDER REQUIRING IDENTIFICATION OF PARENT CORPORATION

Pursuant to the auxiliary order of this Court regarding Disclosure Statements, defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., hereby file this Disclosure Statement and state that Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., are both subsidiaries of parent corporation Barr Pharmaceuticals, Inc. Barr Pharmaceuticals, Inc, is a publicly traded stock company and there is no publicly held company that owns 10% or more of the Barr Laboratories, Inc., stock.

DEFENDANTS
DURAMED PHARMACEUTICALS,
INC. & BARR LABORATORIES, INC.

BY: _____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this -

18th day of May, 2005 to:

The Honorable Alvin W. Thompson
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427