UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL                                CIVIL ACTION CASE NO.
                                             3:02-CV1001(AWT)
       Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

       Defendants.                        MAY 19, 2005


### DEFENDANTS' MOTION TO JUDGE THOMPSON FOR PERMISSION TO FILE DOCUMENTS CONVENTIONALLY

Pursuant to the ctd.uscourts.gov website on CM/ECF (Case Management Electronic Case Files), the undersigned counsel moves for permission to file documents conventionally with Judge Thompson so that the Notice of Manual Filing can be checked that defendants' counsel is excused from electronically filing documents, things or materials by court order. Counsel for the undersigned defendants is unable to create or otherwise produce PDF documents on CD as he does not have the Acrobat Writer and, therefore, asks for permission to file conventional paper documents.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion.

DEFENDANTS

DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC.

BY: /s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 19th day of May, 2005 to:

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

/s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427