**A CERTIFIED TRUE COPY**

APR 28 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
LODGED
RECEIVED  **MAIL**

MAY - 4 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                  DEPUTY

**DOCKET NO. 1407**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 12 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By_____
              Deputy Clerk

# SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 01-1639 | ALN | 5 | 01-1107 | Melissa White v. GlaxoSmithKline, PLC, et al. |
| WAW | 2 | 01-2130 | CAC | 2 | 01-9388 | Zelma Harris, et al. v. Bayer Corp. |
| WAW | 2 | 02-1011 | CAC | 2 | 02-1752 | Anthony Armstrong v. Bayer Corp., et al. |
| WAW | 2 | 02-337 | CAE | 1 | 01-6388 | Margaret Frazier v. Bayer Corp., et al. |
| WAW | 2 | 02-1703 | CAN | 3 | 02-701 | Grace Draper, et al. v. Chattem, Inc., et al. |
| WAW | 2 | 03-2016 | CT | 3 | 02-1001 | Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al. |
| WAW | 2 | 02-2592 | GAN | 1 | 02-2682 | Roy Wiggins, et al. v. Bayer Corp. |
| WAW | 2 | 01-1643 | LAE | 2 | 01-2345 | Vera Charleen Jarrett, et al. v. GlaxoSmithKline, et al. |
| WAW | 2 | 01-2110 | LAM | 3 | 01-865 | Earnest Butitta, etc. v. Novartis Corp., et al. |
| WAW | 2 | 02-785 | LAM | 3 | 02-119 | Stephanie Neal Pitre, et al. v. Bayer Corp. |
| WAW | 2 | 02-269 | LAW | 1 | 01-2436 | Victoria White v. Bayer Corp. |
| WAW | 2 | 01-1648 | LAW | 5 | 01-1597 | Edith Williams, et al. v. Bayer Corp., et al. |
| WAW | 2 | 01-2054 | LAW | 5 | 01-1819 | Floyd Waters, Jr. v. Bayer Corp., et al. |
| WAW | 2 | 01-2019 | LAW | 5 | 01-1942 | Fred Ashley v. Bayer Corp., et al. |
| WAW | 2 | 01-2101 | LAW | 5 | 01-2099 | Howard Beach, et al. v. SmithKline Beechman Corp., et al. |
| WAW | 2 | 02-276 | LAW | 5 | 01-2461 | Joseph Sapp v. Bayer Corp., et al. |
| WAW | 2 | 02-1022 | LAW | 5 | 02-433 | Willie Bryant, et al. v. Bayer Corp., et al. |
| WAW | 2 | 01-2102 | LAW | 6 | 01-2092 | Rosa Taylor, etc. v. Bayer Corp. |
| WAW | 2 | 02-2601 | MN | 0 | 02-3684 | Cheryl Lynn Turner, etc. v. American Home Products Corp. |
| WAW | 2 | 03-207 | MN | 0 | 02-4288 | Susan F. Bojman, et al. v. Wyeth |
| WAW | 2 | 03-2848 | MSN | 1 | 03-233 | Marilyn Outlaw v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 02-881 | MSS | 4 | 01-329 | Denny Vick, etc. v. Novartis Corp., et al. |
| WAW | 2 | 01-1702 | MSS | 5 | 01-265 | Shirley J. Drayton v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 02-1533 | NYS | 1 | 02-2274 | Mary Jarrett, et al. v. American Home Products Corp, et al. |
| WAW | 2 | 01-1703 | OKW | 5 | 01-1103 | Darla Gaye Lee v. American Home Products Corp., et al. |
| WAW | 2 | 03-243 | PAW | 2 | 02-1887 | Vergil Moos, et al. v. Bayer Corp., et al. |
| WAW | 2 | 02-1869 | TXS | 4 | 02-1029 | Debra Hilton-Caine, et al. v. Whitehall-Robins Healthcare, et al. |
| WAW | 2 | 02-44 | TXW | 3 | 01-401 | Janet Deselles v. GlaxoSmithKline, PLC |
| WAW | 2 | 02-800 | TXW | 5 | 02-83 | Jesse Najar, et al. v. Bayer Corp. |
| WAW | 2 | 03-1376 * | KYE | 5 | 01-456 | Angie Mullins v. Bayer Corp. |
| WAW | 2 | 03-1392 * | CAN | 3 | 01-4180 | Marva Ridge v. GlaxoSmithKline Plc, et al. |
| WAW | 2 | 03-1723 * | KYE | 5 | 01-440 | Charles Goodlett, et al. v. American Home Products Corp., et al. |
| WAW | 2 | 03-2099 * | MSN | 2 | 02-133 | Eugene Wilson v. American Home Products Corp., et al. |

\* WAW case number assigned after severance order was issued in W.D. Washington