UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | MAY 27, 2005 |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JEFFREY D. GEOPPINGER

Pursuant to Local Fed. R. Civ. P. 83.1(d), the undersigned, a member in good standing of the Bar of this Court, respectfully moves the Court for the admission of Jeffrey D. Geoppinger, Esq. ("Applicant") pro hac vice to appear and to participate in all proceedings herein, both in and out of court, on behalf of Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., the defendants in the above-captioned matter. In accordance with Local Fed. R. Civ. P. 83.1(d) and, based on the Affidavit of Jeffrey D. Geoppinger, which is annexed hereto as Exhibit A, and made apart hereof, the undersigned represents as follows:

1. The undersigned is a member in good standing of the Bar of this Court.

2. Applicant is an associate in the law firm of Ulmer & Berne LLP and resident in the firm's Cincinnati office located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. The direct telephone number is 513-698-5038, the direct facsimile number is 513-698-5039, and the applicant's e-mail address is jgeoppinger@ulmer.com.

3. Applicant is a member in good standing of the Ohio Bar and is admitted to practice before the following United States District Courts: the Southern District of Ohio, the Northern District of Ohio, and the Southern Division of Texas. Applicant also is admitted to the bar of the Fifth Circuit Court of Appeals.

4.      To the best of the undersigned's knowledge, Applicant has never been denied admission or disciplined by this court or any other court.

5.      Attorney Geoppinger has been advised that he needs to fully review and be familiar with the Rules of the United States District Court for the District of Connecticut.

6.      There is good cause to admit Applicant to practice before this Court because he has specialized knowledge of the matters at issue in this case and because Applicant and the law firm of Ulmer & Berne LLP have a long-standing relationship with Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc. Accordingly, Applicant's admission pro hac vice to represent Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., is in the interest of justice and is for personal and financial welfare of Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion in its entirety and permit Jeffrey D. Geoppinger to participate pro hac vice in all proceedings in this case.

                                          DEFENDANTS
                                          DURAMED PHARMACEUTICALS,
                                          INC. & BARR LABORATORIES, INC.

                                          BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
     Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 27th day of May, 2005 to:

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL                                CIVIL ACTION CASE NO.
                                             3:02-CV1001(AWT)
    Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

    Defendants.

## AFFIDAVIT OF JEFFREY D. GEOPPINGER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Jeffrey D. Geoppinger being first duly sworn, on oath, deposes and says:

1. I am an attorney-at-law and associate in the law firm of Ulmer & Berne LLP which is located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. My direct telephone number is 513-698-5038, my direct facsimile number is 513-698-5039, and my e-mail address is jgeoppinger@ulmer.com.

2. I am an active member in good standing of the Ohio bar and am also admitted to practice before the following United States District Courts: the Southern District of Ohio, the Northern District of Ohio, and the Southern District of Texas. I am also admitted to the bar of the Fifth Circuit Court of Appeals.

3. I have never been denied admission or disciplined by this court or any other court.

4. Good cause exists for my admission to practice pro hac vice before this Court because I have specialized knowledge of the matters at issue in this case and because I have a long-standing relationship with Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc. Accordingly, my admission to practice pro hac vice is in the interest of justice and is for

EXHIBIT A

personal and financial welfare of Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Jeffrey D. Geoppinger

Subscribed and sworn before me this 26th day of May, 2005.

Jacqueline M. Hayes Suggs
Notary Public
My Commission Expires:

JACQUELINE M. HAYES SUGGS
Notary Public, State of Ohio
My commission expires 10-27-2009

318108.1
5/26/2005 9:46 AM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | MAY 27, 2005 |

### DEFENDANTS' NOTICE OF MANUAL FILING

Please take notice that defendants, Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., have manually filed the May 27, 2005 Motion for Admission Pro Hac Vice of Attorney Jeffrey D. Geoppinger with attached Exhibit A (Affidavit of Jeffrey D. Geoppinger in Support of Motion for Admission Pro Hac Vice).

This document (or thing) has not been electronically filed because:

> The document cannot be converted to an electronic format as Attorney Winslow does not have Adobe Writer.

The document (or thing) has been manually served on all parties.

RESPECTFULLY SUBMITTED

DEFENDANTS

DURAMED PHARMACEUTICALS,
INC. & BARR LABORATORIES, INC.

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 27th day of May, 2005 to:

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427