
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | MAY 27, 2005 |

<u>MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JEFFREY D. GEOPPINGER</u>

Pursuant to Local Fed. R. Civ. P. 83.1(d), the undersigned, a member in good standing of the Bar of this Court, respectfully moves the Court for the admission of Jeffrey D. Geoppinger, Esq. ("Applicant") pro hac vice to appear and to participate in all proceedings herein, both in and out of court, on behalf of Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., the defendants in the above-captioned matter. In accordance with Local Fed. R. Civ. P. 83.1(d) and, based on the Affidavit of Jeffrey D. Geoppinger, which is annexed hereto as Exhibit A, and made apart hereof, the undersigned represents as follows:

1. The undersigned is a member in good standing of the Bar of this Court.

2. Applicant is an associate in the law firm of Ulmer & Berne LLP and resident in the firm's Cincinnati office located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. The direct telephone number is 513-698-5038, the direct facsimile number is 513-698-5039, and the applicant's e-mail address is jgeoppinger@ulmer.com.

3. Applicant is a member in good standing of the Ohio Bar and is admitted to practice before the following United States District Courts: the Southern District of Ohio, the Northern District of Ohio, and the Southern Division of Texas. Applicant also is admitted to the bar of the Fifth Circuit Court of Appeals.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/6/05