UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | |
| vs. | : | |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| Defendants. | : | JUNE 6, 2005 |

## DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc. (collectively "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court for summary judgment on all claims against them in Plaintiff's Complaint. Defendants would show the Court that there are no genuine issues of material fact in dispute, and Defendants are entitled to judgment as a matter of law. This motion is supported by the Memorandum of Law attached hereto, the affidavit of Jeffrey D. Geoppinger, and Defendants Local Rule 56(a)(1) statement.

Respectfully Submitted,

Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
860-678-4425
860-678-4427 FAX

**Counsel for Defendants
Duramed Pharmaceuticals, Inc., and
Barr Laboratories, Inc.**

**ORAL ARGUMENT REQUESTED**

**OF COUNSEL**
Joseph P. Thomas
Ohio Bar No: 0040379
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jgeoppinger@ulmer.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail on the 6th day of June, 2005 on:

Michael J. Luzzi, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**Attorneys for Plaintiffs**

2