UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | : CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : |
| vs. | : |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : |
| Defendants. | : JUNE 6, 2005 |

## DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S LOCAL RULE 56(A)(1) STATEMENT

NOW COME Defendants, Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, and hereby file this Local Rule 56(a)(1) Statement in support of their Motion for Summary Judgment, and state the following material facts as to which Defendants contend there is no genuine issue to be tried.

1. Plaintiff Tracy Bolwell ("Plaintiff") suffered a hemorrhagic stroke on January 21, 1997. (Deposition of Tracy Bolwell ("Bolwell Dep."), p. 64, attached as Exhibit 2 to Defendants' Motion for Summary Judgment.)

2. Prior to February 6, 1997, Plaintiff advised her treating physicians at Yale New Haven Hospital that she had ingested a PPA containing product prior to her stroke. (Yale New Haven Hospital ("Yale") Record, Bates No. 5BOL00061-00062, attached as Exhibit A to Affidavit of Jeffrey D. Geoppinger, attached as Exhibit 3 to Defendants' Motion for Summary Judgment.)

3. On or before February 6, 1997, Plaintiff's treating physician, Dr. Dana Leifer, advised Plaintiff that her stroke may have been associated with her

alleged use of a PPA containing product. (Bolwell Dep., pp. 72-73, 117-122, attached as Exhibit 2 to Defendants' Motion for Summary Judgment.)

4. Plaintiff filed her suit against defendants on June 11, 2002. (Plaintiff's Complaint, attached as Exhibit 1 to Defendants' Motion for Summary Judgment.)

Respectfully Submitted,

*[signature]*

Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032-2976
860-678-4425
860-678-4427 FAX

**Counsel for Defendants,**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**

**OF COUNSEL**
Joseph P. Thomas
Ohio Bar No: 0040379
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jgeoppinger@ulmer.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail on the 6th day of June, 2005 on:

Michael J. Luzzi, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
**Attorneys for Plaintiffs**

264735.1
6/1/2005 4:05 PM

3