$25 pd.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

Defendants.

CIVIL ACTION CASE NO.
3:02-CV1001(AWT)

JUNE 9, 2005

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JOSEPH P. THOMAS

Pursuant to Local Fed. R. Civ. P. 83.1(d), the undersigned, a member in good standing of

the Bar of this Court, respectfully moves the Court for the admission of Joseph P. Thomas, Esq.

("Applicant") pro hac vice to appear and to participate in all proceedings herein, both in and out

of court, on behalf of Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., the defendants

in the above-captioned matter. In accordance with Local Fed. R. Civ. P. 83.1(d) and, based on

the Affidavit of Joseph P. Thomas, which is annexed hereto as Exhibit A, and made apart hereof,

the undersigned represents as follows:

1.      The undersigned is a member in good standing of the Bar of this Court.

2.      Applicant is a partner in the law firm of Ulmer & Berne LLP and resident in the

firm's Cincinnati office located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. The

telephone number is 513-698-5000, the facsimile number is 513-698-5001, and the applicant's e-

mail address is jthomas@ulmer.com.

3.      Applicant is a member in good standing of the Ohio, New Jersey, and Kentucky

bars and is admitted to practice before the following United States District Courts: the District of

New Jersey, the Southern District of New York, the Western District of New York, the Northern

District of Ohio, the Southern District of Ohio, the Southern District of Indiana, the Western

District of Kentucky, the Eastern District of Kentucky, the District of North Dakota, the Eastern District of Texas, the Southern District of Texas, and the Eastern District of Michigan.  Applicant also is admitted to the bars of the Third, Sixth, and Eighth Circuit Courts of Appeals and the Patent and Trademark Office.

4.    To the best of the undersigned's knowledge, Applicant has never been denied admission or disciplined by this court or any other court.

5.    Attorney Thomas has been advised that he needs to fully review and be familiar with the Rules of the United States District Court for the District of Connecticut.

6.    There is good cause to admit Applicant to practice before this Court because he has specialized knowledge of the matters at issue in this case and because Applicant and the law firm of Ulmer & Berne LLP have a long-standing relationship with Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.  Accordingly, Applicant's admission pro hac vice to represent Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., is in the interest of justice and is for personal and financial welfare of Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion in its entirety and permit Joseph P. Thomas to participate pro hac vice in all proceedings in this case.

DEFENDANTS
DURAMED PHARMACEUTICALS,
INC. and BARR LABORATORIES,
INC.

BY: _____

Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427


## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage

prepaid, this 9th day of June, 2005 to:

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866

_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427


318082.1
6/6/2005 9:01 AM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

          Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

          Defendants.

CIVIL ACTION CASE NO.
3:02-CV1001(AWT)

JUNE 9, 2005

## AFFIDAVIT OF JOSEPH P. THOMAS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Joseph P. Thomas being first duly sworn, on oath, deposes and says:

1.  I am an attorney-at-law and partner in the law firm of Ulmer & Berne LLP which is located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202.  My telephone number is 513-698-5000, my facsimile number is 513-698-5001, and my e-mail address is jthomas@ulmer.com.

2.  I am an active member in good standing of the Ohio, New Jersey and Kentucky bars.  I am also admitted to practice before the following United States District Courts:  the District of New Jersey, the Southern District of New York, the Western District of New York, the Northern District of Ohio, the Southern District of Ohio, the Southern District of Indiana, the Western District of Kentucky, the Eastern District of Kentucky, the District of North Dakota, the Eastern District of Texas, the Southern District of Texas, and the Eastern District of Michigan.  I am also admitted to the bars of the Third, Sixth, and Eighth Circuit Courts of Appeals and the Patent and Trademark Office.

3.  I have never been denied admission or disciplined by this court or any other court.

Exhibit A

4.  Good cause exists for my admission to practice pro hac vice before this Court because I have specialized knowledge of the matters at issue in this case and because I have a long-standing relationship with Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc. Accordingly, my admission to practice pro hac vice is in the interest of justice and is for personal and financial welfare of Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Joseph P. Thomas

Subscribed and sworn before me this 6th day of June, 2005.

NICOLA BROWN
Notary Public, State of Ohio
My commission expires 09/15/2009

Notary Public
My Commission Expires:

318111.1
6/6/2005 8:59 AM