UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL                  CIVIL ACTION CASE NO.
                                       3:02-CV1001(AWT)
      Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

      Defendants.                     JUNE 9, 2005

### DEFENDANTS' NOTICE OF MANUAL FILING

Please take notice that defendants, Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., have manually filed the June 9, 2005 Defendants Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.'s Motion for Admission Pro Hac Vice of Attorney Joseph P. Thomas with Attached June 9, 2005 Affidavit of Joseph P. Thomas in Support of Motion for Pro Hac Vice Admission.

This document (or thing) has not been electronically filed because:

> The document cannot be converted to an electronic format as Attorney Winslow does not have Adobe Writer.

The document (or thing) has been manually served on all parties.

RESPECTFULLY SUBMITTED

DEFENDANTS

DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC.

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 9th day of June, 2005 to:

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427