

Closed case
02CV1001mtNC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 23 A 10: 12

TRACY BOLWELL

    Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

    Defendants.

CIVIL ACTION CASE NO.
3:02-CV1001(AWT)

MAY 19, 2005

## DEFENDANTS' MOTION TO JUDGE THOMPSON FOR PERMISSION TO FILE DOCUMENTS CONVENTIONALLY

Pursuant to the ctd.uscourts.gov website on CM/ECF (Case Management Electronic Case Files), the undersigned counsel moves for permission to file documents conventionally with Judge Thompson so that the Notice of Manual Filing can be checked that defendants' counsel is excused from electronically filing documents, things or materials by court order. Counsel for the undersigned defendants is unable to create or otherwise produce PDF documents on CD as he does not have the Acrobat Writer and, therefore, asks for permission to file conventional paper documents.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion.



GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/9/2005

FILED