UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | |

## NOTICE OF APPEARANCE

JEFFREY D. GEOPPINGER an attorney with the law firm of Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202, hereby serves Notice of his appearance as counsel on behalf of Defendants Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., in the above-captioned matter.

Respectfully submitted,

_____
Jeffrey D. Geoppinger
Federal Bar No: phv0344
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jgeoppinger@ulmer.com

Thomas H. Winslow
Federal Bar No: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
(860) 678-4425
(860) 678-4427 FAX

Attorneys for Defendants
Duramed Pharmaceuticals, Inc.
and Barr Laboratories, Inc.

## **CERTIFICATION**

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 14th day of June, 2005 to:

Michael Luzzi, Esq.
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866

320716.1 (27494-3)
6/14/2005 2:41 PM