UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

Bolwell
v.
Doramed Pharmaceuticals

CASE NUMBER: 302CV01001AWT

2005 JUN 24 P 3: 45

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:
Plaintiff, Tracy Bolwell

| | |
|---|---|
| 6/24/05 | *signature* |
| Date | Signature |
| CT25209 | Edward H. Burke, Esq. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203.777.7799 | Early Ludwick & Sweeney, LLC |
| Telephone Number | ~~One Century Tower~~ 265 Church Street |
| 203.785.1671 | New Haven, CT 06508-1866 |
| Fax Number | |
| eburke@elslaw.com | |
| E-mail address | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Jospeh P. Thomas, Esq
Jeffrey D. Geoppinger, Esq
ULMER & BERNE, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
DEFENSE COUNSEL

Thomas H. Winslow, Esq.
The Law Offices of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
LOCAL DEFENSE COUNSEL

*signature*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001