UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL                           CIVIL ACTION CASE NO.
                                        3:02-CV1001(AWT)
      Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

      Defendants.                      JUNE 9, 2005

### MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JOSEPH P. THOMAS

Pursuant to Local Fed. R. Civ. P. 83.1(d), the undersigned, a member in good standing of the Bar of this Court, respectfully moves the Court for the admission of Joseph P. Thomas, Esq. ("Applicant") pro hac vice to appear and to participate in all proceedings herein, both in and out of court, on behalf of Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., the defendants in the above-captioned matter. In accordance with Local Fed. R. Civ. P. 83.1(d) and, based on the Affidavit of Joseph P. Thomas, which is annexed hereto as Exhibit A, and made apart hereof, the undersigned represents as follows:

1. The undersigned is a member in good standing of the Bar of this Court.

2. Applicant is a partner in the law firm of Ulmer & Berne LLP and resident in the firm's Cincinnati office located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. The telephone number is 513-698-5000, the facsimile number is 513-698-5001, and the applicant's e-mail address is jthomas@ulmer.com.

3. Applicant is a member in good standing of the Ohio, New Jersey, and Kentucky bars and is admitted to practice before the following United States District Courts: the District of New Jersey, the Southern District of New York, the Western District of New York, the Northern District of Ohio, the Southern District of Ohio, the Southern District of Indiana, the Western

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.