UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | : CIVIL ACTION NO. 302CV01001AWT |
| Plaintiff, | : |
| vs. | : |
| DURAMED PHARMACEUTICALS, INC., and BARR LABORATORIES INC., | : |
| Defendants. | : JUNE 24, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS DURAMED PHARMACEUTICALS, INC.'S AND BARR LABORATORIES, INC'S MOTION FOR SUMMARY JUDGMENT DATED JUNE 6, 2005**

Plaintiff, Tracy Bolwell, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby objects to Defendants' Motion for Summary Judgment dated June 6, 2005. A genuine issue of material fact exists as to when the statute of limitations began to run in this case. This objection is supported by a Memorandum of Law (including exhibits) attached hereto and Plaintiff's Local Rule 56(a)(2) statement.

**ORAL ARGUMENT REQUESTED**

1

Respectfully submitted,

By **/s/ Edward H. Burke**
Edward H. Burke, Esq.
Federal Bar No. CT25209
Ron Michael Meneo, Esq.
Federal Bar No. CT06279
Michael J. Luzzi, Esq.
Federal Bar No. CT12518
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT 06508-1866
203-777-7799
203-785-1671(fax)

**Counsel for Plaintiff**

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 24th day of June, 2005 to all counsel listed below.

Joseph P. Thomas, Esq.
Jeffery D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
**Counsel for Defendant**

Thomas H. Winslow, Esq.
The Law Offices of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
**Local-Counsel for Defendant**

Edward H. Burke, Esq.