## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | ) | Case No302CV01001AWT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DURAMED PHARMACEUTICALS, | ) | |
| INC., and | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | June 28, 2004 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Tracy Bolwell, has manually filed the Exhibits (Exhibits 1-9) to her Memorandum In Support of Plaintiff's Objection to Defendants Motion for Summary Judgment dated June 6, 2005.

These documents have not been filed electronically because:

[ ]   the documents cannot be converted to an electronic format

[X]   the electronic file size of the document exceeds 1.5 mb

[ ]   The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. ' 3006A]

[ ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The documents were sent to all parties on June 24, 2005 by first class mail postage pre-paid.

Respectfully submitted,

By *[signature]*
Edward H. Burke, Esq.
Federal Bar No. CT25209
Ron Michael Meneo, Esq.
Federal Bar No. CT06279
Michael J. Luzzi, Esq.
Federal Bar No. CT12518
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT 06508-1866
203-777-7799
203-785-1671(fax)
eburke@elslaw.com

**Counsel for Plaintiff**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 28th day of June, 2005 to all counsel listed below.

Joseph P. Thomas, Esq.
Jeffery D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
**Counsel for Defendant**

Thomas H. Winslow, Esq.
The Law Offices of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
**Local-Counsel for Defendant**

_____
Edward H. Burke, Esq