UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO. 302CV01001AWT |
| Plaintiff, | : | |
| vs. | : | |
| DURAMED PHARMACEUTICALS, INC., and BARR LABORATORIES INC., | : | |
| Defendants. | : | JUNE 24, 2005 |

## PLAINTIFF, TRACY BOLWELL'S, LOCAL RULE 56(a)(2) STATEMENT

NOW COMES Plaintiff, Tracy Bolwell, by and through counsel, to hereby file this Local Rule 56(a)(2) Statement in support of her objection to Defendants' Motion for Summary Judgment dated June 6, 2005. In response to Defendants' Rule 56(a)(1) Statement, Plaintiff responds as follows:

1. Admitted.

2. Admitted.

3. Admitted only as to the specific factual statement, denied to any extent it posits a legal conclusion. (Deposition of Tracy Bolwell p. 117-121, attached as Exhibit 1 to Plaintiff's Objection to Defendants' Motion for Summary Judgment).

1

4.  Admitted.

**DISPUTED ISSUE OF MATERIAL FACT**

Plaintiff raises the following issue of material fact to which Plaintiff contends there is a genuine issue to be tried:

1.  The first date upon which Plaintiff knew (or reasonably should have known) the causal connection between her stroke and Defendants' product so as to begin the running of the relevant statute of limitations. (Deposition of Tracy Bolwell p. 117-121, attached as Exhibit 1 to Plaintiff's Objection to Defendants' Motion for Summary Judgment).

Respectfully submitted,

By *[signature]*
Edward H. Burke, Esq.
Federal Bar No. CT25209
Ron Michael Meneo, Esq.
Federal Bar No. CT06279
Michael J. Luzzi, Esq.
Federal Bar No. CT12518
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT  06508-1866
203-777-7799
203-785-1671(fax)

**Counsel for Plaintiff**

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 24th day of June, 2005 to all counsel listed below.

Joseph P. Thomas, Esq.
Jeffery D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
**Counsel for Defendant**

Thomas H. Winslow, Esq.
The Law Offices of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
**Local-Counsel for Defendant**

_____
Edward H. Burke, Esq.