UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. |
| Plaintiff, | 3:02-CV1001(AWT) |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | JULY 1, 2005 |

## DEFENDANTS' NOTICE OF MANUAL FILING

Please take notice that defendants, Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., have manually filed the July 1, 2005 reply in support of Defendants Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.'s Motion for Summary Judgment and in opposition to Plaintiff's Objection to Defendants' Motion for Summary Judgment.

This document (or thing) has not been electronically filed because:

> The document cannot be converted to an electronic format as Attorney Winslow does not have Adobe Writer.

The document (or thing) has been manually served on all parties.

RESPECTFULLY SUBMITTED

DEFENDANTS

DURAMED PHARMACEUTICALS,
INC. & BARR LABORATORIES, INC.

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 1st day of July, 2005 to:

The Honorable Alvin W. Thompson
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

Attorney Jeff Geoppinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202

Attorney Michael Luzzi
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427