UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL                                    CIVIL ACTION CASE NO.
                                                 3:02-CV1001(AWT)

         Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

         Defendants.

### <u>NOTICE OF APPEARANCE</u>

JOSEPH P. THOMAS, an attorney with the law firm of Ulmer & Berne LLP, 600

Vine Street, Suite 2800, Cincinnati, Ohio 45202, hereby serves Notice of his appearance

as counsel on behalf of Defendants Duramed Pharmaceuticals, Inc. and Barr

Laboratories, Inc., in the above-captioned matter.

Respectfully submitted,


/s/ Joseph P. Thomas
Joseph P. Thomas
Federal Bar No:  phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com

Thomas H. Winslow
Federal Bar No:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
(860) 678-4425
(860) 678-4427 FAX

Attorneys for Defendants
Duramed Pharmaceuticals, Inc.
and Barr Laboratories, Inc.

## **CERTIFICATION**

This is to certify that a true copy of the foregoing was mailed via first class

postage prepaid, this 7th day of July 2005 to:

Michael Luzzi, Esq.
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866


/s/ Jeffrey D. Geoppinger

324472.1 (27494-3)
7/7/2005 3:53 PM

3