**Mount Sinai**

Department of Neurology

Clinical Program for
Cerebrovascular Disorders

The Mount Sinai Hospital
One Gustave L. Levy Place
Box 1137
New York, NY 10029-6574
Tel: (212) 241-9443
Fax: (212) 241-4561

Michael J. Luzzi, Esq.
Early, Ludwick, Sweeney & Strauss
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

Re: Tracy Bolwell

Dear Mr. Luzzi:

I have completed my review of the materials you supplied regarding Tracy Bolwell.

1. I am a medical doctor, board certified Diplomate of the American Board of Psychiatry and Neurology. I am admitted to the practice of medicine in New York and Maryland. I currently practice as an Attending Physician in the Department of Neurology, Mount Sinai Hospital, New York. My academic appointment is that of Professor, Department of Neurology, Mount Sinai School of Medicine, New York, New York and Director, Division of Cerebrovascular and Critical Care Neurology. I am also an Associate Professor, Department of Geriatrics and Adult Development, Mount Sinai School of Medicine, New York, New York. My clinical responsibilities include that of Director, Gustave L. Levy Acute Stroke Unit and Mount Sinai Stroke Center; Co-Director, Neuroscience Intensive Care Unit; and Co-Director, Clinical Program in Cerebrovascular Disease.

2. I received my BA with Honors in Psychology from Haverford College in 1975. I received my medical degree from Mount Sinai School of Medicine in 1979. Between 1979 and 1980 I served as an Intern, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania. My residency was served in the Department of Neurology, The Mount Sinai Hospital, New York. In 1984, I completed a Fellowship in Cerebrovascular Disease, Department of Neurology, University of Maryland School of Medicine, Baltimore, Maryland.

3. Since 1984 I have been a Fellow in the Stroke Council of the American Heart Association; and a member of the American Academy of Neurology; [member, Critical Care and Emergency Neurology and Neuroepidemiology Sections]; and the National Stroke Association.

4. I have had a long-standing research interest in the field of stroke. I am the principal investigator of the Minorities Risk Factors and Stroke Study; I have been the lead or co-investigator in several clinical trials and research projects addressing the issues of stroke prevention; treatment of acute ischemic and hemorrhagic stroke; and neuroimaging in cerebrovascular disease. I have also authored or co-authored over 75 peer-reviewed articles, as well as textbooks, book chapters, abstracts and numerous scientific presentations, most of which pertain to stroke.

5. I incorporate by reference the Generic Expert Report I submitted to the IN RE: Phenylpropanolamine (PPA) products liability litigation, MDL Docket No. 1407, in the United States District Court, Western District of Washington at Seattle. Attached is a true and correct copy of my *curriculum vitae*, which accurately describes my educational background, experience, research

EXHIBIT A

1

and publications.

6. I have reviewed the deposition transcript and the following medical records of Tracy Bolwell:
   1. Dr. Wasserstein
   2. Christorpher Ryan, CSW/PhsychCare Associates
   3. Dr. Essner
   4. Dr. Brauer
   5. Dr. Woodbury
   6. NorthShore University Hospital
   7. PrimeCare Medicine
   8. North Dutchess Hospital
   9. Shoreline Medical/ Dr. Ozols
   10. Dr. Pedevillano
   11. Yale-New Haven Hospital

7. According to the testimony given in Ms Bolwell's deposition, at approximately 3:00 p.m. on the afternoon of January 21, 1997, she took a single pill of a product that contained PPA (75 mg. according to her medical records) and a second pill of that product at approximately 9:00 p.m. that evening. About 45 minutes later she developed what she described as the worst headache she had ever had. According to her medical records, Tracy Bolwell, (known as Tracy Kupferschmid at that time) presented to Vassar Brothers Hospital on the evening of 1/21/97 complaining of the sudden onset of severe headache, nausea and vomiting. Her past medical history included asthma but not significant headache in the past. She smoked at least a pack of cigarettes daily. On examination she was found to be lethargic with a left hemiplegia. A CT scan of the brain revealed a large right basal ganglia hemorrhage. She was begun on Dexamethasone and showed improvement. An angiogram performed 1/27/97, including injection of the right and left internal carotid arteries and left vertebral artery, demonstrated "multiple areas of narrowing and beading in all the visualized arterial territories particularly involving middle size and distal branches". Following this angiogram she was transferred to Yale New Haven Hospital. At the time of transfer she was noted to have a paucity of speech and weakness of the left face and arm but was alert and oriented. A lumbar puncture revealed unremarkable cerebrospinal fluid. The angiogram was reviewed and felt to be consistent with vasculitis, so on 2/3/97 a brain, dural and leptomeningeal biopsy was performed. This did not reveal any significant abnormality. Various blood tests performed in order to exclude systemic vasculitis or other rheumatologic disease were also unremarkable. It was noted that family members brought in the decongestant she had taken containing 75mg of PPA. She was discharged much improved from her initial presentation on a tapering steroid regimen to be followed by Dr. Dana Leifer. In follow-up visits with him over the next several weeks she continued to complain of headaches, necessitating a brief rehospitalization, but no further bleeding was noted.

8. I have reviewed the medical and scientific literature relative to PPA. I am generally familiar with the related scientific issues. To my knowledge, it is generally accepted in the medical community that PPA is capable of causing stroke in humans.

9. It is my professional opinion, to a reasonable degree of medical certainty, that Tracy Bolwell suffered an intracerebral hemorrhage as a direct result of her exposure to PPA. The temporal

proximity of her hemorrhage to her ingestion of PPA and the finding of vasculopathic changes on angiography consistent with those described in association with PPA ingestion, coupled with the absence of a vascular malformation or other potential source of intracranial hemorrhage on imaging studies, or any evidence of a coagulopathy or other cause of hemorrhage, lead to this conclusion. I base my opinion my training and expertise and review of the relevant literature, as well as the records indicated above.

10. I reserve my right to supplement and amend my findings and opinions (at deposition, trial or otherwise) based upon review of any additional medical records, radiological studies, scientific or medical publications or a physical examination of Tracy Bolwell, with regard to the issues of causation and permanent injury.

11. I have been compensated for my time spent in reviewing the relevant material and preparing this report.

Dated this 18th day of February 2005.

_____
Stanley Tuhrim, M.D.

3