# CNS

## omprehensive Neuropsychological Services

Jeanette Wasserstein, Ph.D.
Co-Director

277 West End Avenue, #1C
New York, New York 10023
Tel. (212) 724-1107
Fax (212) 799-2597

## NEUROPSYCHOLOGICAL EVALUATION

Name: Tracy Frenette (Bolwell Kupferschmid)       Highest Grade: some college
Date of Birth: 06/03/1971                         Occupation: Account Manager
Dates of Testing: 10/09 and 10/25/2003            Preferred Hand: Left
Age: 32

Reason for Evaluation:

Ms. Frenette was referred by her attorneys for evaluation of cognitive, adaptive and emotional functioning. She has a history of intracerebral hemorrhage (right basal ganglia), central nervous system vasculitis, and left hemiplegia, all associated with decongestant use, and is in related litigation.

On a symptom survey list she indicated the following ongoing complaints:

- *Problem Solving* (e.g., difficulty planning ahead and difficulty thinking as quickly as needed)
- *Speech, Language and Math Skills* (e.g., difficulty finding the right word to say, difficulty writing letters or words (not due to motor problems), slurred speech, and difficulty with spelling)
- *Memory* (e.g., forgets where she leaves things, forgetting names, forgetting what I should be doing, forgetting events that happened quite recently, forgetting events that happened long ago, need someone to give me a hint so I can remember things, relying more and more on notes to remember things)
- *Motor Coordination* (e.g., difficulty holding onto things on left, writing deteriorates to a "scribble" at times)
- *Physical* (e.g., headaches)
- *Behavior* (e.g., sadness or depression, anxiety or nervousness, stress, become angry easily, much more emotional)

Ms. Frenette reports that she feels as if she needs to write down everything she wants to do (e.g., buy a loaf of bread), cannot learn information at a level sufficient to permit

Blumberg No. 5208    EXHIBIT

B

career advance, and does not recall important information from the past (e.g., her child's childhood). She describes a personality change, such that she no longer "sweats the small stuff", but reports that her mother thinks she has become argumentative, undisciplined (e.g., many fights and no longer keeps a compulsively neat home), and impulsive.

Procedures Used:

Review of Records
Interview with Client
Comprehensive Neuropsychological assessment, including tests of:
> symptom validity, aptitude, academic skills, discrete neurocognitive capacities (i.e., attention, executive abilities, language, memory, motor praxis and visual perception), and adaptive/emotional functioning.

## BACKGROUND

Records Reviewed:

- Vassar Brother's Hospital records (01/21-01/27/1997)
- Yale-New Haven Hospital records (01/27-02/06/1997)
- Dr. Dara Leifer's report (04/24/1998)
- Dr. Lawrence Sheild's report (06/06/2002)
- Psychcare Associates records(05/06/1997-08/6/1997)
- Frank C, Pedevillano, D.O., records(04/1990-09/1999)
- Primecare Medical records, Dr. D. Daunt (09/2000-02/2001)
- Dr. Adam Ozols' records(11/2001-10/2002)

Relevant Medical History:

In January of 1997, Ms. Frenette (then Mrs. Kupferschmid and 26 years old) developed sudden onset of severe headache, nausea with vomiting, and inability to "get out of bed". She was taken to her local emergency room at Vassar Brothers Hospital, where she was found to have left-hemiplegia (arm greater than leg and face) and sometimes garbled speech. A CT scan ruled out neoplasm and revealed a large right-sided basoganglia hemorrhage. Angiogram ruled out arteriovenous malformation and revealed diffuse vasospasm and vasculitis. Following a brief stay (01/21-01/27), she transferred to Yale New Haven Hospital for further work up and treatment.

At Yale New Haven Hospital (01/27-02/06) her vasculitis was evaluated in depth. Blood lab studies, lumbar puncture and brain biopsy were all unremarkable. Phenylpropan-olamine (present in her Guaifenesin decongestant) was ultimately thought to be a probable cause for her vasculitis syndrome and acute bleed.

According to Ms. Frenette she does not recall the first 2-3 days of her hospital stay and her memory of her subsequent stay is spotty. Once she was discharged, she received home based rehabilitation for about 6 months (physical therapy 3/week and occupational therapy 2/week). She recalls extreme fatigue (e.g., could not walk across the room

without taking a nap), memory problems (e.g., would forget to turn off the stove), and chronic pain (i.e., took potent painkillers). She was also unable to take care of her child which required that the grandparents move in periodically.

Ms. Frenette also reported new onset emotional problems and a change in her basic personality. She feels she has become "less patient" and more "irritable". In a recent deposition (9/10/2003), her mother described her as becoming less nurturing (e.g., had been more into mothering and planned to open a Day Care center before the bleed), more lackadaisical (forget tasks unless she writes them down, later had difficulty keeping jobs), and liking to live dangerously (riding motorcycles). (The mother also reported one episode of violence, significant memory problems and "atrocious handwriting"). Tracy initially sought psychotherapy at Psychcare Associates, whose records from this period indicated that she had become clinically anxious, and specifically feared stroke related complications and reoccurrences (e.g., "fear of death, fear of being a vegetable, fear of sleeping"). In addition, her marriage unraveled (i.e., therapy records indicate anger at and alienation from her then husband). Consequently after a few months, and once her motor functions had returned sufficiently for her to be somewhat more independent, Ms. Frenette left her husband and moved in with her mother. However, that relationship was also tumultuous. After a few months the mother sought further neurological evaluation for her daughter (at both the local hospital and with Dr. Leifer, who has seen her at Yale), because her daughter hit her with a hanger. She felt Ms. Frenette "was acting weird and nasty" (e.g., "staying out at night and not taking proper care of her child"), worried about drug abuse or another "chemical imbalance", and "forced her to go to the hospital". However, other than the scar from the original bleed, medical findings were negative. Her mother eventually asked Ms. Frenette to leave, but she returned after a few months. Tracy is not troubled by these personality changes, but her family reportedly is. (**footnote 1: lack of recognition and indifference to symptoms is often seen in right hemisphere damage, as is personality change)**

After about one year Ms. Frenette returned to school briefly (2-3 months), but stopped because she was not able to "keep it up". She was reportedly supported by her ex-husband and family, but their house was foreclosed due to nonpayment of mortgage. **(Footnote 2: Notably she did not report this foreclosure, again suggesting blunted self-awareness).** After an unclear period of time she returned to a line of work she had previously held, data entry operations. She reports being able to perform there required repetitive tasks (taking orders, reading off tickets and putting them into the system). However, she could not become a stock broker and advance her career; "failing the series 7 exam three times". Frustrated by her "stock career", she recently left the stock industry and has become a Mortgage Broker. Her mother also reported an extended period of unemployment (about one year), which Ms. Frenette did not mention. She does still complain of the various neurocognitive symptoms listed previously.

Neuroradiology:

- 01/21/1997    CT Brain
  ...abnormality seen in the basal ganglia on the right side with a large hemorrhage...more likely on a hypertensive or vascular basis

3

- 01/24/1997    <u>CT Brain</u>
  ...no change in the ...large right basal ganglia intercerebral hemorrhage

- 01/27/1997    <u>Angiography</u>
  ...multiple areas of narrowing and beading...suggestive of vasculitis
  of indeterminate etiology

- 01/30/1997    <u>CT Brain</u>
  ...a large intraparenchymal hematoma located just lateral to the anterior frontal
  horn... (4cm x 3 cm x 2.5cm).  It involves the right putamea, globus pallidus and
  caudate, as well as the anterior interval capsule.  It causes mass effect with
  displacement of the right lateral ventricle across the midline.  There is effacement
  of the right sulci...
  <u>Impression</u>:  Large right basal ganglia hematoma with mass effect and
  surrounding edema

- 01/31/1997    <u>MRI Brain</u>
  ...A large area of...signal abnormality is noted within the region of the subinsular
  cortex on the right but also definitely involving the basal ganglia.  The larger
  component measures roughly 3.5 cm cc x 4.5 cm AP x 2.8 cm TRV...There is also
  signal abnormality within the caudate head on the right.  Local mass effect...with
  midline shift...Also seen...is...increased signal within the right thalamus likely
  representing a small infarct
  <u>Impression</u>:  1)...signal abnormality within the subinsular cortex/basal ganglion on
  the right...not significantly changed since CT scan, 2) Lacunar infarct in the right
  thalamus

<u>Personal History</u>:

Ms. Tracy Frenette is a 32 year old woman, who suffered a hemorrhagic bleed at the age
of 26. At the time she was married and had one young child (currently 7), and was largely
a stay at home mom. She subsequently divorced that husband and has remarried Corey
Frenette, who is employed as a sanitation worker. Other than her bleed, she reports fairly
routine medical history throughout her birth, early development, childhood and young
adult years. She is on no medications currently.

Tracy is one of two children, born to parents who divorced when she was about 13. Both
of her parents were high school graduates without known learning issues. Her brother has
been diagnosed with Learning Disability, but is now successfully attending college. She,
herself, does not report learning difficulties and in fact recalls being an above average (A-
B's) student throughout grammar and high school.  She did attend 1 and ½ years of
community college, and reportedly earned somewhat poorer grades (C-B's) because of
her need to work at the same time.

4

Tests Administered:

**Symptom Validity**

*TOMMS, Rey 15 Item Test*

**Aptitude and Academic Skills**

*Wechsler Adult Intelligence Scale – III (WAIS –III)*
*Nelson Denny Reading Test*
*Test of Written Language-3 (TOWL-3)*
*Scholastic Abilities Test of Adults (SATA), selected subtests*
*Wide Range Achievement Test - Revised (WRAT-III)*

**Neuropsychological Functions**

*Cancellation Tasks (letters, numbers, shapes, others)*
*Continuous Performance Test – CPT (Conners)*
*Rey Osterreith Complex Figure (RCFT) – Copy, Memory*
*Short Category Test*
*Delis-Kaplan Executive Function System (DKEFS)*
*Boston Naming Test*
*Wechsler Memory Scales – III (WMS-III)*
*Benton Facial Discrimination*
*Benton Line Orientation*
*Beery - Buktenica Test of Visual Motor Integration (VMI)*
   *Visual - Perceptual Addition*
   *Motor - Control Addition*
*Purdue Pegboard*

**Adaptive/Emotional Functioning**

*Beck Anxiety Inventory (BAI)*
*Beck Depression Inventory (BDI)*
*MMPI-2*

**FINDINGS**

Behavioral Observations:

Ms. Frenette was seen on two occasions, each time arriving promptly and casually but appropriately dressed. She is an attractive and pleasant left-handed woman, who looked her age, worked hard, and appeared motivated to perform her best. This inference of good motivation was supported by her *valid* performance profile on two tests used to assess motivation/malingering (i.e., TOMMS and 15 Dot, see Appendix for scores). Additionally her score on the second test fell in ranges which are consistent with brain damage.

Her affect and speech were generally unremarkable, except for a quality of emotional indifference. This was seen when she relayed many of the striking changes in her life in a rather dispassionate manner. As noted previously, she also seemed to have blunting of personal insight. This was seen in the omission of important historical facts and her apparent lack of concern about her possible personality change. Also noteworthy was her poor memory for personal events. For example, Ms. Frenette was inadvertently given one test twice (on different occasions) and did not notice the repetition. This is indicative of either working memory and/or short-term memory dysfunction.

Formal Test Results:

*Aptitude and Achievement*
(Scores are presented in detail in the Appendix and primarily interpretations follow).

Ms. Frenette earned overall *Average* range Verbal IQ, Performance IQ and Full Scale IQ scores (i.e., 101, 97 and 99, respectively) However, her Index scores, which cluster subtests forming more unified neurocognitive domains, were quite variable. These are shown below:

| | | | |
|---|---|---|---|
| Processing Speed Index | 106 | 66 | Average |
| Verbal Comprehension Index | 101 | 53 | Average |
| Perceptual Organization Index | 93 | 32 | Average |
| **Working Memory Index** | **88** | **21** | **Low Average** |

As can be seen, the Index scores ranged from solidly *Average to Low Average*. Analysis of these scores indicates that Ms. Bolwell-Frenette shows significant differences between her Processing Speed Index and both her Perceptual Organization and her Working Memory/Concentration Indices. She also shows a significant difference between her Working Memory Index and her Verbal Comprehension Index.

These statistical differences indicate extreme unevenness, and thus likely disruption, in her underlying neurocognitive abilities. Specifically, she shows strength in speed of information processing (especially rapid motor output) and language based thinking, as well as significant weakness in her ability to organize visual-spatial information and mentally manipulate material. Her mental manipulation ability is weakest (i.e., 21st %ile overall, ranging to 9th %ile on some subtests). IQ testing thus implies that her cognitive deficits are largely nonverbal and affect both visual-spatial reasoning and/or concentration/attention. Additionally, her IQ findings are consistent with disruption in abilities typically sub served by the right side of the brain (i.e., where she sustained clear damage). Analysis of contributing subtests further indicate likely *High Average* range premorbid functioning (see Vocabulary and Comprehension), as well as the most pronounced deficits in her ability to mentally manipulate material and in nonverbal analysis (both of which likely require visualization…see Letter-Number Sequencing and Block Design). Overall, her IQ findings are consistent with general deterioration from a higher premorbid ability, as well as disruption in the non-verbal and attentional abilities typically sub served by the right side of the brain (i.e., where she sustained clear damage).

6

Tests of academic skills showed other subtle forms of disruption. She showed expected *Average* range levels (based in IQ scores, especially Verbal Comprehension Index) for single word reading and spelling, reading rate for simple sentences, and simple application of basic arithmetic. However, her performance fell to impaired ranges (*Low Average to Borderline*, 23rd to 9th %ile) when she was required to solve simple math problems (see WRAT), or read and write more complex text (see Nelson Denny and SATA).

**Taken together**, her IQ findings are consistent with subtle deterioration from a higher premorbid ability level, as well as disruption in the non-verbal and attentional abilities typically sub served by the right side of the brain (i.e., consistent with where she sustained clear damage). Academic skill testing points to difficulties in rapidly handling more complex/integrative tasks, this difficulty likely grows out of her underlying neuropsychological deficits.

*More Discrete Neuropsychological Capacities*

## Attention and Executive Ability

These domains were especially impaired. Ms. Frenette earned *Low Average to Defective* level scores on most subtests of sustained attention, selective attention and executive (self-regulation) functions. Details follow.

On a computerized test of sustained attention (i.e., Conners CPT) she showed an overall pattern which was highly consistent with Neurological damage (93% probability). Dimensions of this task indicated both inattention and impulsivity. These dimensions included: erratic performance, fast and inaccurate responding, limitations in ability to quickly and effectively perceive stimuli, and difficulty making the necessary adjustment to change in tempo of stimulus presentation which may reflect limitations in the ability to adjust to changing task demands. Her performance on tests of selective attention (see Cancellation Tasks) suggested differential weakness attending to visual (vs. auditory) material. While her performance on the Digit Span task, particularily her worse performance on the Backward condition, again pointed to a weakness in working memory.

Executive functions were evaluated via the DKEFS, Short Category Test, and the RCFT). Here she was extremely variable (*Defective to High Average*). She showed generally intact ability to initiate thoughts (both verbal and nonverbal) and sequence (see Fluency tasks and Trail Making). However, scattered throughout most DKEFS subtests, she showed difficulty maintaining (set-loss) and switching cognitive set, as well as inhibiting incorrect responses. She also tended to fatigue overtime (scattered throughout most DKEFS subtests). She performed best in this executive domain when the tasks additionally required higher level reasoning (e.g., DKEFS Sorting Test, Tower Test and Proverbs Test, Short category Test....all with *Average to High Average* scores). Yet. even in these stronger areas she still showed set-loss, difficulties generalizing to more abstract

or unusual content, and intellectual fatigue. Together findings indicate significant difficulty directing and regulating her attention, thoughts and actions.

## Language, Learning and Memory

Ms. Frenette showed generally intact language abilities, consistent with her known right-sided brain damage, and thus also implying fairly normal brain organization. **(footnote 3: most left-handers are thought to have the usual left hemisphere dominance for language abilities).** However she did show disruption in both verbal and nonverbal memory functions.

Specifically, she generally was able to initially learn both types of material (see WMS-III), but could not recall such information after brief delays. Her longer term recall was helped if the material was organized into a meaningful structure (see Logical Memory and Family Picture subtests). This pattern, as well as her disorganized and fragmented approach to the RCFT, implies that her memory difficulties largely reflect the executive deficits noted above.

## Motor/Visuomotor Integration and Visual-Perception

Tracy showed impaired motor functions, including coordination and visual-motor integration, on all tasks except the ability to rapidly trace over simple lines. Notably, on the one task which measures fine-motor control in both hands she showed a differential degree of deficit for her left-hand (i.e., *Deficient vs. Low Average*), which is again consistent with her anterior right-sided bleed.

While she performed within normal ranges on many visual-perceptual tasks, Ms. Frenette showed impaired performance on one measure which is especially sensitive to basal ganglia dysfunction (see Benton Line Orientation) and qualitative signs on another (i.e., spatial misalignments of parts, lack of visual units, does not cross the midline...all on RCFT). Thus subtle perceptual deficits is implied.

**Taken together,** Tracy Bowell Frenette shows the largely non-verbal deficits implied by her IQ test results. These include significant executive and attention dysfunction which also impacts her memory, as well as mild to moderate disruption in motor and visual-perceptual abilities. Language and many higher level aspects of reasoning appear intact and serve to mask her underlying defects.

### *Adaptive and Emotional Functioning*

Scales assessing practical and emotional functioning were administered, with the scale used for adaptive functioning (FrSBe) given to her mother and Ms. Frenette. These results follow:

*Frontal Symptoms Behavior (FrSBe)*

| Family Report | Before T score | Rating | After T score | Rating |
|---|---|---|---|---|
| • Apathy | 38 | WNL | 76 | Significant |
| • Disinhibition | 47 | WNL | 87 | Significant |
| • Executive Dysfunction | 47 | WNL | 100 | Significant |
| • Total | 45 | WNL | 94 | Significant |

| Self Report | Before T score | Rating | After T score | Rating |
|---|---|---|---|---|
| • Apathy | 46 | WNL | 80 | Significant |
| • Disinhibition | 51 | WNL | 48 | Significant |
| • Executive Dysfunction | 45 | WNL | 85 | Significant |
| • Total | 46 | WNL | 88 | Significant |
| *Beck Depression Inventory* | | | 14 | Mild Depression |
| *Beck Anxiety Inventory* | | | 09 | Mild Anxiety |

As seen above, Tracy is currently reporting symptoms of mild depression and anxiety. Additionally, both she and her mother report *Significant* difficulties in many areas of practical life mediated by frontal brain systems (of which the basal ganglia are a key component), including apathy, disinhibition and general executive dysfunction. Moreover, both raters agree that these problems did not exist prior to her bleed.

**Taken together**, these findings suggest global behavioral signs of frontal brain damage, as well as likely reactive emotional issues.

### OPINION

Detailed summaries are provided at the end of each major section and will not be repeated here. Briefly restated, Tracy Bowell Frenette is a 32 year old woman who, at age 26, sustained right frontostriatal brain-damage (especially in the basal ganglia) as a result of a bleed. Following her hospitalization, record review suggests personality changes consistent with her known area of brain-damage (e.g., impulsive, labile, likely diminished judgment and insight, and subtle cognitive changes). Neuropsychological testing finds a consistent largely right frontal profile, and documents subtle global loss of overall cognitive ability, as well as many discrete neurocognitive and motor deficits also consistent with her known damage. Thus she has mild organic personality disorder, cognitive disorder NOS, and a chronic adjustment reaction (with depression and anxiety). All are related to her bleed with reasonable neuropsychological certainty.

Ms. Frenette's long-term prognosis is uncertain. She has apparently been able to form a new marriage and reportedly is now self-supporting, all of which point to her character and strong determination. However, her various neurocognitive deficits present ongoing challenges, which create chronic stress and significantly limit her development and options (in career and life). This can lead to deepening emotional problems, of which she

is already showing mild levels. As a victim of stroke, emerging literature also suggests that she is at increased risk for dementia and certainly has less cognitive reserve (i.e., the ability to compensate for brain damage and/or deterioration, including aging). Taken together, these various considerations also indicate that Tracy is in a fragile equilibrium which can easily unravel and lead to loss of her current life and accomplishments.

She may benefit from stimulant and/or antidepressant medication, as well as modified supportive psychotherapy (which focuses on helping her manage and plan her life). However the current state of the art offers little intervention for her level of dysfunction.


Jeannette Wasserstein, Ph.D.
Clinical Neuropsychologist
Assistant Clinical Professor
of Psychiatry
Mt. Sinai Medical School

## APPENDIX OF TEST SCORES



| Percentiles | Corresponding Ranges | |
|---|---|---|
| 98th to 99th | Very Superior | (VS) |
| 91st to 97th | Superior | (S) |
| 75th to 90th | High Average | (HA) |
| 25th to 74th | Average | (A) |
| 10th to 24th | Low Average | (LA) |
| 3rd to 9th | Borderline | (BL) |
| <2nd | Deficient | (D) |
| **LA or less is weak and presented in bold** | | |

### General Aptitude

#### WAIS-III

| Composite Scales | Score | %ile | Range |
|---|---|---|---|
| Verbal IQ | 101 | 53 | Average |
| Performance IQ | 97 | 42 | Average |
| Full Scale IQ | 99 | 47 | Average |
| | | | |
| Processing Speed Index | 106 | 66 | Average |
| Verbal Comprehension Index | 101 | 53 | Average |
| Perceptual Organization Index | 93 | 32 | Average |
| **Working Memory Index** | **88** | **21** | **Low Average** |

| Names of Subtests | Descriptions of Subtests | Score | %ile | Range |
|---|---|---|---|---|
| *Verbal Domain* | | | | |
| • *Vocabulary* | Orally defining specified words | 13 | 84 | High Average |
| • *Comprehension* | Answering questions about social conventions | 13 | 84 | High Average |
| • *Arithmetic* | Performing mental arithmetic; timed | 10 | 50 | Average |
| • *Information* | Answering factual questions about various subjects | 10 | | Average |
| • *Similarities* | Describing the qualities that pairs of words share | 8 | 25 | Ave/Low Average |
| • *Digit Span* | Repeating digits the examiner reads | 8 | 25 | Ave/Low Average |
| • **Letter-Number Sequencing** | **Ordering and repeating jumbled letters the examiner reads** | **6** | **09** | **Borderline** |
| *Performance Domain* | | | | |
| • *Digit Symbol-Coding* | Using pencil and paper to match small figures into numbered boxes; timed | 12 | 75 | Ave/High Average |
| • *Picture Completion* | Detecting important missing elements in pictures; timed | 11 | 63 | Average |
| • *Symbol Search* | Using pencil and paper to match small figures in rows; timed | 10 | 50 | Average |
| • *Matrix Reasoning* | Detecting implicit categories, patterns, sequences in abstract figures | 9 | 37 | Average |
| • *Picture Arrangement* | Sequencing pictures into sensible narratives; timed | 9 | 37 | Average |
| • *Block Design* | **Copying abstract designs with colored blocks; timed** | **7** | **16** | **Low Average** |

Name: Tracy Bolwell-Frenette
Age: 32 years

1

## Academic Skills

| *Wide Range Achievement Test-3 (WRAT-3)* | GE/AE | IQE | %ile | Rating |
|---|---|---|---|---|
| Reading | HS | 103 | 58 | Average |
| Spelling | HA | 103 | 58 | Average |
| **Arithmetic** | 6 | 83 | 13 | **Low Average** |

(e.g., 1 ½ hr = 30 min., 7x9 = 56, 7x9 = 72)

| *Nelson Denny Reading Test* | | | | |
|---|---|---|---|---|
| Reading Rate | | 97 | 43 | Average |
| **Comprehension (timed)** | | 89 | 23 | **Low Average** |

| *Scholastic Abilities Tests for Adults (SATA) GED* | | | | |
|---|---|---|---|---|
| Math Application | | 95 | 37 | Average |
| **Writing Mechanics** | | 80 | 9 | **Low Ave/Borderline** |
| **Writing Composition** | | 80 | 9 | **Low Ave/Borderline** |

## Discrete Neuropsychological Functions

| Attention/Executive Ability | SS | %ile | Rating |
|---|---|---|---|

### Attention

| *Conner's Continuous Performance Test (CPT)* | SS | Rating |
|---|---|---|
| Omissions | 85 | Average |
| **Commissions** | 96 | **Markedly Atypical** |
| Hit RT | 23 | Average |
| **Hit RT Std Error** | 87 | **Mildly Atypical** |
| Variability of Ses | 87 | Average |
| **Attentiveness (d')/Detectability** | 85 | **Mildly Atypical** |
| Risk Taking (B) | 89 | Average |
| Hit RT Block Change | 39 | Average |
| Hit SE Block Change | 70 | Average |
| Hit RT ISE Change | 70 | Average |
| Hit SE ISE Change | 86 | Average |
| **Perseverations** | 91 | **Mildly Atypical** |
| **Overall Index** | 93 | **Mildly Atypical** |

4/8 indicators of inattentiveness, 3/3 indicators of impulsiveness, 0/2 indicators of poor vigilance

| *Digit Span* | SS | %ile | Rating |
|---|---|---|---|
| Forward | 104 | 62 | Average |
| **Backward** | 81 | 10 | **Low Ave/Borderline** |

| *Cancellation Tasks* | | SS | Rating |
|---|---|---|---|
| Diamond | Time | 82 | High Average |
| | Error | 3 | **Borderline/Defective** |
| TMX: Auditory Distractions | Time | 27 | Ave/Low Average |
| | Error | 27 | Ave/Low Average |
| **TMX: Visual Distractions** | Time | 13 | **Low Average** |
| | Error | 13 | **Low Average** |
| 6: | Time | 72 | Average |
| | Error | — | WNL |
| CJR: | Time | 87 | High Average |
| | Error | 75 | High Average/Average |

2

*Executive*

*Delis-Kaplan Executive Function System (D-KEFS)*

| | | | |
|---|---|---|---|
| Trail Making Test (selective attention/cognitive flexibility) | | | |
| Number Sequencing (numeration/maintaining set) | 10 | 50 | Average |
| Letter Sequencing (alphabet, maintaining set) | 12 | 75 | Ave/High Average |
| Number-Letter Switching (set shifting) | 12 | 75 | Ave/High Average |
| **Set-Loss Error** | | **20** | **Low Average** |
| | | | |
| Verbal Fluency Test (lexical generativity/flexibility/systematic retrieval) | | | |
| Letter Fluency (initiation, fluidity) | 11 | 63 | Average |
| Category Fluency (+ semantic knowledge) | 10 | 50 | Average |
| Category Switching Total (flexibility) | 10 | 50 | Average |
| Category Switching Accuracy | 10 | 50 | Average |
| • 1st Interval | 12 | 75 | High Average |
| • 2nd Interval | 12 | 75 | High Average |
| • 3rd Interval | 11 | 63 | Average |
| • 4th Interval | 5 | 5 | **Borderline** |
| | | | |
| Design Fluency Test (nonverbal generativity/flexibility/creativity) | | | |
| Filled Dots (initiation, fluidity) | 12 | 75 | Ave/High Average |
| **Empty Dots Only (+ inhibition)** | **6** | **9** | **Borderline** |
| **Switching Condition (+ flexibility)** | **2** | **<1** | **Deficient** |
| **Total Correct** | **6** | **9** | **Borderline** |
| • **Switching vs. Combined** | **4** | **2** | **Defective** |
| • **Total Set-Loss Designs** | **1** | **<1** | **Defective** |
| • **Percent Design Accuracy** | **1** | **<1** | **Defective** |
| | | | |
| Color Word Interference Test (inhibition/flexibility) | | | |
| Color Naming (naming speed) | 12 | 75 | Ave/High Average |
| Word Reading (reading fluency) | 12 | 75 | Ave/High Average |
| Inhibition (verbal inhibition) | 12 | 75 | Ave/High Average |
| **Inhibition/Switching** | **7** | **16** | **Low Average** |
| • **Inhibition/Switching vs. Inhibition** | **4** | **2** | **Defective** |
| • **Inhibition/Switching vs. Color Naming** | **5** | **5** | **Borderline** |
| • **Inhibition/Switching vs. Word Reading** | **5** | **5** | **Borderline** |
| | | | |
| Sorting Test (visual and verbal concept-formation) | | | |
| Free Sorting Correct Sorts | 9 | 37 | Average |
| Sort Recognition Description | 9 | 37 | Average |
| • **Set-Loss Error** | **1** | **<1** | **Defective** |
| • Sort Recognition Descript: Set 1 | 11 | 63 | Average |
| • **Sort Recognition Descript: Set 2** | **7** | **16** | **Low Average** |
| | | | |
| Tower Test (spatial planning, rule learning, inhibition) | | | |
| Total Achievement Score | 11 | 63 | Average |
| Move Accuracy Ratio | 9 | 37 | Average |
| | | | |
| Proverb Test (verbal abstraction) | | | |
| Accuracy | 12 | 75 | Ave/High Average |
| Common Problems | 10 | 50 | Average |
| Uncommon Proverbs | 8 | 27 | Ave/Low Average |
| Abstraction | 8 | 27 | Ave/Low Average |
| | | | |
| *Short Category Test* | 94 | 75 | Average |
| (repeatedly loses set) | | | |

| Language Functions | SS | %ile | Rating |
|---|---|---|---|
| *D-KEFS* | | | |
| Verbal Fluency Test (lexical generativity/flexibility/systematic retrieval) | | | |
| Letter Fluency (initiation, fluidity) ................................. | 11 | 63 | Average |
| Category Fluency (+ semantic knowledge) ................................. | 10 | 50 | Average |
| *Color Word Interference Test (inhibition/flexibility)* | | | |
| Color Naming (naming speed) ................................. | 12 | 75 | Ave/High Average |
| Word Reading (reading fluency) ................................. | 12 | 75 | Ave/High Average |
| *Boston Naming Test* ................................. | 93 | 32 | Average |

| Learning and Memory Functions | SS | %ile | Rating |
|---|---|---|---|
| *Wechsler Memory Scale-III (WMS-III)* | | | |
| Primary Indices | | | |
| Auditory Memory | | | |
| Immediate ................................. | 92 | 30 | Average |
| **Delayed** ................................. | 89 | 23 | **Low Average** |
| Visual Memory | | | |
| Immediate ................................. | 106 | 66 | Average |
| Delayed ................................. | 97 | 42 | Average |
| Working Memory | | | |
| Spatial Span ................................. | | 50 | Average |
| **Letter Number** ................................. | | 09 | **Borderline** |
| Primary Verbal Subtests | | | |
| • Logical I ................................. | | 50 | Average |
| • Logical II (delayed) ................................. | | 37 | Average |
| • **Paired Ass. I** ................................. | | 16 | **Low Average** |
| • **Paired Ass. II (delayed)** ................................. | | 16 | **Low Average** |
| Auditory Process Composite Scores | | | |
| • Learning Slope ................................. | | 44 | Average |
| • **Retention** ................................. | | 15 | **Low Average** |
| Primary Visual Subtests | | | |
| • Face Recog I ................................. | | 25 | Average |
| • **Face Recog II (delayed)** ................................. | | 09 | **Borderline** |
| • Family Picture I ................................. | | 91 | Superior |
| • Family Picture II (delayed) ................................. | | 84 | High Average |
| Supplemental Subtest Scores | | | |
| • **Faces II % Retention** ................................. | | 05 | **Borderline** |
| • Family Pictures II % Retention | | 25 | Ave/Low Average |
| *Rey Osterreith – Recall* Immed ................................. | | <1 | **Deficient** |
| Delayed ................................. | | <1 | **Deficient** |

| Fine Motor/Praxis and Visuomotor Integration | AE | SS | %ile | Rating |
|---|---|---|---|---|
| *D-KEFS Trail Making Test* | | | | |
| Motor Speed ................................. | | 115 | 84 | High Average |
| *Beery-Buktenica, VMI, Overall* ................................. | 8-9 | 64 | 1 | Deficient |
| **Motor Coordination** ................................. | 9-2 | 83 | 13 | Low Average |
| *Purdue Pegboard* | | | | |
| Preferred Hand ................(Right) (-0.86z) ................ | | | 19 | Low Average |
| Non-Preferred Hand ...............(Left) (-4.9z) ................ | | | <<1 | Deficient |
| Both Hands ................................. (-3.2z) ................ | | | <<1 | Deficient |
| *Rey Osterreith-Copy* ................................. | | <65 | <<1 | Deficient |
| (qualitatively: spatial misalignment of parts, fragmented piecemeal | | | | |

4

approach, lack of visual units, does not cross midline)

| Visual and Sensory Perception Functions | | SS | %ile | Rating |
|---|---|---|---|---|
| D-KEFS Trailmaking Test | | | | |
| Visual Scanning | | 115 | 84 | High Average |
| Benton Facial Discrimination | | 93 | 32 | Average |
| Beery-Buktenica | | | | |
| Visual Perception | >14.2 | 97 | 42 | Average |
| Benton Judgment of Line Orientation | | 88 | 22 | Low Average |

## Adaptive/Emotional Functioning

### Frontal Symptoms Behavior (FrSBe)

| Family Report | Before T score | Rating | After T score | Rating |
|---|---|---|---|---|
| Apathy | 38 | WNL | 76 | Significant |
| Disinhibition | 47 | WNL | 87 | Significant |
| Executive Dysfunction | 47 | WNL | 100 | Significant |
| Total | 45 | WNL | 94 | Significant |

| Self Report | Before T score | Rating | After T score | Rating |
|---|---|---|---|---|
| Apathy | 46 | WNL | 80 | Significant |
| Disinhibition | 51 | WNL | 48 | Significant |
| Executive Dysfunction | 45 | WNL | 85 | Significant |
| Total | 46 | WNL | 88 | Significant |
| Beck Depression Inventory | | | 14 | Mild Depression |
| Beck Anxiety Inventory | | | 09 | Mild Anxiety |

## Symptom Validity

TOMMS
43/50, 50/50, 49/50 ........................................ Valid Effort

Rey 15 Item
12/15 recalled ........................ Within brain damaged range, above cutoff for malingering

5