UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | :CIVIL ACTION 3:02:CV-01001 (AWT) |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DURAMED PHARMACEUTICALS, INC. | : |
| BARR LABORATORIES, INC. | : |
|     Defendants | :  November 1, 2005 |

## APPEARANCE

On behalf of Early, Ludwick & Sweeney, LLC, counsel for the Plaintiff Tracy Bolwell in the above-referenced matter, please take notice that the undersigned, Ron Michael Meneo, Esq. Federal Bar No. CT 06279, hereby appears as an attorney of record for the Plaintiff Tracy Bolwell.

    Respectfully submitted,

    s/Ron Michael Meneo, Esq.

    Ron Michael Meneo, Esq.
    Early, Ludwick & Sweeney, LLC
    265 Church Street – 11th Floor
    New Haven, Connecticut 06510
    203-777-7799
    203-785-1671 (fax)
    rmichael@elslaw.com

    Counsel for the Plaintiff
    Tracy Bolwell

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas
Jeffrey D. Geoppinger
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

                                              s/Ron Michael Meneo, Esq.