UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TRACY BOLWELL,** | :CIVIL ACTION 3:02:CV-01001 (AWT) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **DURAMED PHARMACEUTICALS, INC.** | : |
| **BARR LABORATORIES, INC.** | : |
| Defendants | : November 1, 2005 |

**MOTION TO WITHDRAW FORMER ASSOCIATE ATTORNEY**

Plaintiff's counsel, Early, Ludwick & Sweeney, LLC files this Motion to Withdraw its former associate, Michael J. Luzzi, Esq. who appeared as attorney of record in this matter. Mr. Luzzi is no longer employed by Early, Ludwick & Sweeney, LLC and therefore no longer represents the Plaintiff in this matter. In lieu of Mr. Luzzi's appearance, the undersigned, on behalf of Plaintiff's counsel, Early, Ludwick & Sweeney, LLC has, simultaneously with the filing of this Motion, filed an appearance in this matter.

This Motion is supported by the Affirmation attached hereto.

Respectfully submitted,

s/Ron Michael Meneo, Esq.

Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
rmichael@elslaw.com

Oral Argument is not Requested

Counsel for the Plaintiff
Tracy Bolwell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas
Jeffrey D. Geoppinger
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

Michael J. Luzzi, Esq.
Dolan & Luzzi
Elm Street
New Haven, Connecticut 06510

s/Ron Michael Meneo, Esq.