REMAND

## U.S. District Court
### WESTERN DISTRICT OF WASHINGTON (Seattle)
### CIVIL DOCKET FOR CASE #: 2:02-cv-02016-BJR

Bolwell v. Duramed Pharm, et al
Assigned to: Hon. Barbara J. Rothstein
Demand: $0
Lead case: 2:01-md-01407-BJR   (View Member Cases)
Case in other court: D of CT, 02-cv-1001
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/11/2002
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tracy Bolwell**          represented by   **Michael J Luzzi**
                                            EARLY LUDWICK & SWEENEY
                                            PO BOX 1866
                                            NEW HAVEN, CT 06508-1866
                                            203-777-7799
                                            Email: mluzzi@elslaw.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Duramed Pharmaceuticals Inc**   represented by   **Shannon J Cook**
                                                   ULMER & BERNE LLP
                                                   600 VINE STREET
                                                   SUITE 2800
                                                   CINCINNATI, OH 45202-2409
                                                   513-762-6209
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Barr Lab Inc**          represented by   **Shannon J Cook**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2002 | 4 | TRANSMITTAL OF DOCUMENTS from Dist of Connecticut (New Haven) per MDL Order (CTO-20) dated 9/12/02 re: MDL 1407 (PPA). Dist of CT civil case no. 02-cv-1001. (TG) (Entered: 10/23/2002) |

| 10/11/2002 | | ENT- The Clerk will maintain a master docket and case file under the style PPA cases: all orders, pleadings, motions, and other documents will, when filed and docketed in the master case file, be deemed filed and docketed in each individual case to the extent possible. (TG) (Entered: 10/23/2002) |
|---|---|---|
| 06/24/2003 | 5 | MOTION to Extend case-specific discovery deadline until October 1, 2003 by Defendants Barr Lab Inc, Duramed Pharmaceuticals Inc, Plaintiff Tracy Bolwell. (Attachments: # 1 Proposed Order)(VB, ) (Entered: 07/21/2003) |
| 07/21/2003 | 6 | ORDER granting 5 Motion for Extension of Time to Complete Discovery Deadlines to October 1, 2003. by Judge Barbara J. Rothstein. (VB, ) (Entered: 07/30/2003) |
| 12/29/2003 | 7 | JOINT MOTION for Extension of Time to Complete Discovery by Defendants Barr Lab Inc, Duramed Pharmaceuticals Inc, Plaintiff Tracy Bolwell. (AE, ) (Entered: 12/30/2003) |
| 12/30/2003 | 8 | ORDER denying 7 Motion for Extension of Time to Complete Discovery by Judge Barbara J. Rothstein. (AE, ) (Entered: 12/30/2003) |
| 02/05/2004 | 9 | NOTICE by Defendants Barr Lab Inc, Duramed Pharmaceuticals Inc *of Change of Phone Numbers* (Clark, Tiffany) (Entered: 02/05/2004) |
| 05/19/2004 | 10 | PETITION for Suggestion of Remand Order filed by Plaintiff Tracy Bolwell. (Luzzi, Michael) (Entered: 05/19/2004) |
| 07/23/2004 | 11 | ORDER TO SHOW CAUSE why this case should not be remanded by Judge Barbara J. Rothstein. Show Cause Response due by 8/6/2004. (AE, ) (Entered: 07/23/2004) |
| 03/21/2005 | 12 | SUGGESTION OF REMAND ORDER: This document relates to the cases listed in *Appendix A*, by Judge Barbara J. Rothstein. (LT, ) (Entered: 03/21/2005) |
| 05/04/2005 | 13 | ORDER by MDL Panel re: MDL 1407 (PPA) CONDITIONAL REMAND ORDER filed on April 28, 2005. The actions listed on the attached order are hereby remanded to their respective Transferor courts.<br><br>Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), parties are to furnish a stipulation or designation of the contents of the record to be remanded and all necessary copies. (LT, ) (Entered: 05/19/2005) |
| 05/18/2005 | 14 | FINAL PRETRIAL ORDER relating to the actions on *Attachment A* by Judge Barbara J. Rothstein. (LT, ) (Entered: 05/19/2005) |
| 05/23/2005 | | Case file forwarded to the District of Connecticut pursuant to a Conditional Remand Order dated May 4, 2005. Included with the case file (on disk) was a certified copy the MDL 1407 master docket w/o accompanying documents, and a separate disk containing attachments to the Final Pretrial Order signed on May 18, 2005. (LT, ) (Entered: 05/23/2005) |

| 06/06/2005 | 15 | Acknowledgment received from USDC District of Connecticut re receipt of remanded case file and materials on 5/31/05. (LT, ) (Entered: 06/07/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/07/2005 12:19:21 | | | |
| PACER Login: | ub0063 | Client Code: | 27494-0003 |
| Description: | Docket Report | Search Criteria: | 2:02-cv-02016-BJR |
| Billable Pages: | 2 | Cost: | 0.16 |