MDL 01-1407 #1106

HONORABLE BARBARA J. ROTHSTEIN

FILED  10-23-00  ENTERED
LODGED  RECEIVED
OCT 16 2002  KN
AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY  DEPUTY

FILED  ENTERED
LODGED  RECEIVED
OCT 30 2002
AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY  DEPUTY

cc counsel, BJR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL Docket No 1407<br><br>[Proposed] #9<br>CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002 |
| This document relates to all actions | |

By Case Management Order No 6, Item VII, this Court (Rothstein, J)

ordered in pertinent part as follows

> *Except as to cases where an extension of time has been permitted under Section III above (a) case-specific discovery for cases transferred and docketed in this Court as of February 12, 2002 shall be completed no later than February 28, 2003, and (b) case-specific discovery for cases transferred and docketed in this Court after February 28, 2002 shall be completed no later than twelve (12) months after the date of docketing in this Court*

By Order dated March 22, 2002 (as clarified and modified), the Court

ordered plaintiffs to serve their Rule 26 reports for generic causation and liability

---

[Proposed] CASE MANAGEMENT ORDER re
Rule 26 Deadlines For Cases Docketed After
March 22 2002 (MDL Docket No 1407) - Page 1

**ORIGINAL**

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE WA 98104 1845
(206) 624-8844
fax (206) 624 2912

1106

 

experts on October 1, 2002 (for Select MDL Plaintiffs) and October 15, 2002 (for all other MDL plaintiffs)

Neither the parties' representatives nor the Court has addressed the expert disclosure dates for cases docketed subsequent to the entry of the Court's March 22, 2002 expert scheduling order

Therefore, it is hereby further **ORDERED** as follows

1    The current October 15, 2002 Rule 26 deadline for plaintiffs (other than those who filed Rule 26 reports on October 1, 2002) applies only to plaintiffs with cases docketed as of March 22, 2002

2    For each case docketed after March 22, 2002, the following expert discovery schedule applies

    a    Plaintiffs' Rule 26 reports, and/or plaintiffs' notice of adoption of the Rule 26 expert reports filed on October 1, 2002 by certain MDL plaintiffs, shall be served no later than nine months after the date of docketing in this Court (in other words, three months prior to the close of fact discovery for the case), and

    b    Having already served their generic liability and causation Rule 26 reports under the Court's March 22 2002 order, Defendants shall serve responsive Rule 26 reports three months later, but only in the event that it is necessary to do so (i e where a new generic issue is raised for the first time, or for other sufficient reason) Otherwise, it is presumed that the generic liability and causation experts

[Proposed] CASE MANAGEMENT ORDER re
Rule 26 Deadlines For Cases Docketed After
March 22 2002 (MDL Docket No 1407) - Page 2

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE WA 98104 1845
(206) 624-8844
fax (206) 624 2912




disclosed by defendants pursuant to the March 22 2002 scheduling order will continue to be utilized

All other discovery pertaining to experts in cases docketed after March 22 2002 shall otherwise follow the timing set forth in this Court's March 22, 2002 expert scheduling order (i e depositions of experts shall be complete two months after they are disclosed, and so on)

DATED this 29th day of October, 2002

_____
The Honorable Barbara Jacobs Rothstein
United States District Judge

Presented by

Levinson Friedman, P S

By_____
Lance E Palmer
WSBA #18141
**Plaintiffs' Liaison Counsel**

[Proposed] CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002 (MDL Docket No 1407) - Page 3

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE, WA 98104 1845
(206) 624-8844
fax (206) 624-2912