UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TRACY BOLWELL,** : | **CIVIL ACTION NO: 302CV01001AWT** |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | |
| : | |
| **DURAMED PHARMACEUTICALS,** : | |
| **INC., BARR LABORATORIES, INC.,** : | |
| : | |
| **Defendants.** : | |

### AFFIDAVIT OF JEFFREY D. GEOPPINGER IN SUPPORT OF MEMORANDUM OF DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S IN OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE TIME AND EXTEND FACT DISCOVERY

**STATE OF OHIO**        )
                        ) ss:
**COUNTY OF HAMILTON**   )

Jeffrey D. Geoppinger, of full age, being duly sworn according to law, disposes and says:

1. I am an associate with the law firm of Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202-2409, which represents Duramed Pharmaceuticals, Inc. ("Duramed"), and Barr Laboratories, Inc. ("Barr"), in this litigation.

2. Plaintiff did not serve defendants with any case-specific interrogatories or requests for production while this case was pending in the PPA MDL.

3. Plaintiff's counsel has not taken the depositions of any of defendants' corporate representatives in this case.

EXHIBIT
E
Blumberg No. 5208

4. Ulmer & Berne LLP represents Duramed Pharmaceuticals, Inc. ("Duramed"), in *Marvin E. Spencer, et al. v. Duramed Pharmaceuticals, Inc.*, Case No. 02 CVS 137, Superior Court Division, Carteret County, North Carolina.

5. No depositions of Duramed Pharmaceuticals, Inc.'s corporate representatives have been scheduled or requested in *Marvin E. Spencer, et al. v. Duramed Pharmaceuticals, Inc.*, Case No. 02 CVS 137, Superior Court Division, Carteret County, North Carolina.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Jeffrey D. Goeppinger*

Subscribed, and sworn to before me, a Notary Public, this 7th day of November, 2005.

*Jacquline M Hayes Suggs*
Notary Public    NOT 2004-10-07
My Commission Expires: 10-27-09



JACQUELINE M. HAYES SUGGS
Notary Public, State of Ohio
My commission expires 10-27-2009

345126.1 (27494-3)
11/7/2005 2:46 PM

2