UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1407 |
|---|---|
| This document relates to<br><br>Tracy Bolwell v. Duramed, Inc., et al.<br>3:02-CV-01001 (AWT) | |

### JOINT MOTION TO EXTEND CASE-SPECIFIC DISCOVERY DEADLINE

Plaintiff Tracy Bolwell and Defendants Barr Laboratories, Inc., and Duramed Pharmaceuticals, Inc., respectfully request that the Court enter an order extending the case-specific fact discovery deadline until March 31, 2003. Counsel have in good faith cooperated in discovery matters. Counsel for both plaintiff and defendants have agreed that the interests of all parties would be best served by extending the case-specific discovery deadline in this case. A proposed Order is attached hereto.

Respectfully submitted,

/s/ Shannon J. Cook
Shannon J. Cook (Ohio 0066593)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 762-6209; (513) 762-6250 FAX
scook@ulmer.com
**Attorney for Defendants
Barr Laboratories, Inc., and
Duramed Pharmaceuticals, Inc.**

/s/ Michael J. Luzzi
Michael J. Luzzi, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799; (203) 785-1671 FAX
**Attorney for Plaintiff**

EXHIBIT F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1407 |
|---|---|
| This document relates to<br><br>Tracy Bolwell v. Duramed, Inc., et al.<br>3:02-CV-01001 (AWT) | |

### PROPOSED ORDER TO EXTEND CASE-SPECIFIC FACT DISCOVERY DEADLINES

Considering the foregoing Joint Motion to Extend Case-Specific Fact Discovery,

IT IS HEREBY ORDERED that the case-specific fact discovery deadline in the above referenced case be extended to March 31, 2004.

Seattle, Washington, the _____ day of _____, 2004.


_____
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

248482.1 (27494-3)

## CERTIFICATE OF SERVICE

  I hereby certify that on December 29, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify thata copy of the foregoing was sent via ordinary U.S. Mail, postage prepaid this 29th day of , 2003 to the following:

Michael J. Luzzi, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866
**Attorneys for Plaintiff**

Lance Eugene Palmer, Esq.
Levinson Friedman
720-Third Avenue, Suite 1800
Seattle, Washington  98101
**Liaison Counsel for Plaintiffs**

Joseph Hurson, Esq.
Lane, Powell, Spears & Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101
**Liaison Counsel for Defendants**

                /s/ Shannon J. Cook

248482.1 (27494-3)