UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY
LITIGATION,

MDL NO. 1407

ORDER DENYING JOINT
MOTION TO EXTEND CASE-
SPECIFIC FACT DISCOVERY
DEADLINES

This document relates to:

Tracy Bolwell v. Duramed,
Inc., et al.
No. 02-cv-2016

    Plaintiff Tracy Bolwell and Defendants Barr Laboratories, Inc. and Duramed Pharmaceuticals, Inc. submitted a joint motion to extend the case-specific fact discovery deadline in the above matter from October 1, 2003 to March 31, 2004. This Court previously has granted an extension of discovery in this case. The parties having failed to provide any justification for why another extension of their discovery deadlines is necessary, their request for an extension is DENIED.

    DATED at Seattle, Washington this 30th day of December, 2003.

                                s/ Barbara Jacobs Rothstein
                                BARBARA JACOBS ROTHSTEIN
                                UNITED STATES DISTRICT JUDGE

ORDER
Page - 1 -

EXHIBIT G

## Orders on Motions

2:02-cv-02016-BJR Bolwell v. Duramed Pharm, et al **CASE CLOSED on 11/26/2002**

### U.S. District Court

### Western District of Washington

Notice of Electronic Filing

The following transaction was received from AE, entered on 12/30/2003 at 2:03 PM PST and filed on 12/30/2003
**Case Name:**     Bolwell v. Duramed Pharm, et al
**Case Number:**   2:02-cv-2016
**Filer:**
**WARNING: CASE CLOSED on 11/26/2002**
**Document Number:** 8

**Docket Text:**
ORDER denying [7] Motion for Extension of Time to Complete Discovery by Judge Barbara J. Rothstein. (AE, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=12/30/2003] [FileNumber=579521-0
] [0a716933a630290c586528a4126e742b5564aa10086ba56ae24aaf410fcf2cce126
e823d6ec0ef2f3e4d4c99b8d4792deecfddb02c6e1b56f6f7133470ed4d38]]

**2:02-cv-2016 Notice will be electronically mailed to:**

Michael J Luzzi     mluzzi@elslaw.com, ppamdl@elslaw.com

**2:02-cv-2016 Notice will not be electronically mailed to:**

Shannon J Cook
ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202-2409