1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY
LITIGATION

MDL NO. 1407

AMENDED PETITION FOR
SUGGESTION OF REMAND
ORDER

This document relates to the
following actions:
Tracey Bolwell v. Duramed
Pharmaceuticals Inc., et al
2:02-cv-02016-BJR

13

14

15

16

17

18

19       The below-signed counsel of record in the following

20   case:

21       Tracey Bolwell v. Duramed Pharmacueticals Inc., et al.,

22       2:02-cv-02016-BJR

23   hereby certifies to the Court in good faith that the

24   described case has completed case-specific fact discovery,

25   and that all other generic fact and expert discovery

26   as to each defendant is complete or time-barred, and

27   otherwise is ripe for remand to its transferor court for

28

ORDER
PAGE - 1 -

EXHIBIT

H

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

further proceedings and disposition.

The below-signed counsel further certifies in good

faith that the following information is accurate:


Case Caption: Tracey Bolwell v. Duramed Pharmacueticals Inc.,

        et al.,

Transferor Court: District of Connecticut (New Haven)

Date of Original Filing: 6/11/2002

Date Docketed in MDL 1407: 10/11/02

Date of Alleged Injury: 1/27/1997

Specific Type of Injury Claimed: Hemorrhagic Stroke with

        hemipareisis, memory loss, loss of vision, pain,

        anxiety, mental anguish, and emotional distress

Identity of All Defendants:

        Duramed Pharmaceuticals, Inc.;

        Barr Laboratories, Inc.

                    Represented by Shannon Cook, Esq.
                    Joseph P. Thomas, Esq.
                    Tiffany Reece Clark, Esq.
                    ULMER & BERNE LLP
                    600 Vine Street, Suite 2800
                    Cincinnati, Ohio 45202-2409
                    (513) 698-5000; (513) 698-5029 FAX


Estimated Length of Trial: 3 weeks


        DATED at this 19th day of May, 2004.


                            Respectfully Submitted,


ORDER
PAGE - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Michael J. Luzzi

Michael J. Luzzi, Esq.
*Fed. Bar No. CT 12518*
James F. Early, Esq.
*Fed. Bar No. CT 04140*

Early, Ludwick & Sweeney, LLC
PO Box 1866
New Haven, CT 06508-1866
203-777-7799
Fax : 203-777-7799

ORDER
PAGE - 3 -

1

CERTIFICATION

2   This is to certify that:

3   A copy of the foregoing was sent via First Class US Mail, postage
    prepaid, this 19th day of May, 2004, to the following counsel of
4   record:

5          Shannon Cook, Esq.
           Joseph P. Thomas, Esq.
6          Tiffany Reece Clark, Esq.
           ULMER & BERNE LLP
7          600 Vine Street, Suite 2800
           Cincinnati, Ohio 45202-2409
8

9   A copy of the foregoing was sent via electronic mail (e-mail)
    this 19th day of May, 2004, to the following counsel of record:
10

11         Douglas A Hofmann
           WILLIAMS, KASTNER & GIBBS
           601 Union Street, Ste. 4100
12         Seattle, WA 98101
           dhofmann@wkg.com
13

14         D. Joseph Hurson
           LANE, POWELL, SPEARS, LUBERSKY
           1420 Fifth Ave, Ste 4100
15         Seattle, WA 98101-2338
           hursond@lanepowell.com
16

17         Lance Eugene Palmer
           LEVINSON FRIEDMAN
           720 3rd Ave,. Ste 1800
18         Seattle, WA 98104-1845
           LEP@admiralty.com
19         kgt@admiralty.com

20                                   /s/ Michael J. Luzzi
                                     Michael J. Luzzi, Esq.
21

22

23

24

25

26

27

28

ORDER
PAGE - 4 -