```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
TRACY BOLWELL,                 :
                               :
     Plaintiff,                :
                               :
v.                             :     Civil No. 3:02CV01001(AWT)
                               :
DURAMED PHARMACEUTICALS, INC.  :
and BARR LABORATORIES, INC.,   :
                               :
     Defendants.               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

     ____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

     ____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

     _X_ A ruling on the following motions, which are currently pending: <u>(1) defendants' motion to strike the plaintiff's expert reports of Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D (Doc. No. 29) and (2) Plaintiff's Motion to Enlarge Time and Extend Discovery and to Request a Status Conference (Doc. No. 30)</u> (orefm.)

     ____ A settlement conference (orefmisc./cnf)

     _X_ Other: <u>status conference and entry of scheduling order</u> (orefmisc./misc)

     It is so ordered.

     Dated this 8th day of November, 2005, at Hartford, Connecticut.

                                                /s/AWT

                                       Alvin W. Thompson
                                  United States District Judge