

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | :CIVIL ACTION 3:02:CV-01001 (AWT) |
| Plaintiff, | : |
| v. | : |
| DURAMED PHARMACEUTICALS, INC. | : |
| BARR LABORATORIES, INC. | : |
| Defendants | : November 1, 2005 |

### MOTION TO WITHDRAW FORMER ASSOCIATE ATTORNEY

Plaintiff's counsel, Early, Ludwick & Sweeney, LLC files this Motion to Withdraw its former associate, Michael J. Luzzi, Esq. who appeared as attorney of record in this matter. Mr. Luzzi is no longer employed by Early, Ludwick & Sweeney, LLC and therefore no longer represents the Plaintiff in this matter. In lieu of Mr. Luzzi's appearance, the undersigned, on behalf of Plaintiff's counsel, Early, Ludwick & Sweeney, LLC has, simultaneously with the filing of this Motion, filed an appearance in this matter.

This Motion is supported by the Affirmation attached hereto.

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/8/05

Respectfully submitted,

Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
rmichael@elslaw.com

Oral Argument is not Requested

Counsel for the Plaintiff
Tracy Bolwell