UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | : CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : |
| vs. | : |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : |
| Defendants. | : |

**MOTION OF DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC. FOR RELIEF FROM ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6) OR IN THE ALTERNATIVE MOTION FOR RECONSIDERATION**

Defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, hereby move this Court for relief from the Court's Order denying defendants' Motion for Summary Judgment on plaintiff Tracy Bolwell's product liability claim brought pursuant to Connecticut's Product Liability Act, CGS 52-572m *et seq.*, pursuant to Federal Rule of Civil Procedure 60(b)(6). On July 7, 2005, the Court initially denied defendants' request for summary judgment on that claim. Defendants' request for relief from the order denying summary judgment is supported by the attached Memorandum of Law.

Respectfully Submitted,

_____
Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
(860) 678-4425
(860) 678-4427 FAX

Joseph P. Thomas
Ohio Bar No: 0040379
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jgeoppinger@ulmer.com

**Counsel for Defendants**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail on the 15th day of November, 2005 on:

Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**Attorneys for Plaintiffs**

343369.1
11/15/2005 2:48 PM