UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | CIVIL ACTION NO. 302CV01001AWT |
| Plaintiff, | |
| vs. | |
| DURAMED PHARMACEUTICALS, INC., and BARR LABORATORIES INC., | |
| Defendants. | NOVEMBER 29, 2005 |

## PLAINTIFF'S OBJECTION TO DEFENDANTS DURAMED PHARMACEUTICALS, INC.'S AND BARR LABORATORIES, INC'S MOTION FOR RELIEF FROM ORDER PURSUANT TO F.R.C.P. 60(b)(6) OR IN THE ALTERNATIVE MOTION FOR RECONSIDERATION

Plaintiff, Tracy Bolwell hereby objects to Defendants' Motion for Relief from Order pursuant to Federal Rule of Civil Procedure 60(b)(6) or, in the alternative, Motion for Reconsideration. There is neither a legal nor a factual basis to support Defendants' Motions. This Court has previously ruled that there is a genuine issue of material fact as to when the statute of limitations began to run in this case. There has been no change in the controlling law and no change in the facts that would or should alter the Court's previous ruling. Moreover, Defendants' Motion for Reconsideration is untimely under Rule 7 of the Local Rules of Civil Procedure.

**ORAL ARGUMENT REQUESTED**

1

Defendants' Motions should be denied. This objection is supported by the Memorandum of Law (including exhibits) attached hereto.

Respectfully submitted,

By /s/ *signature*
Ron Michael Meneo, Esq.
Federal Bar No. CT
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT 06508-1866
203-777-7799
203-785-1671(fax)

**Counsel for Plaintiff**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 29th day of November, 2005 to all counsel listed below.

Joseph P. Thomas, Esq.
Jeffery D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
**Counsel for Defendant**

Thomas H. Winslow, Esq.
The Law Offices of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
**Local-Counsel for Defendant**

Ron Michael Meneo, Esq.