## YALE NEW HAVEN HOSPITAL
## DISCHARGE SUMMARY

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Name: Kupferschmid, Tracy

Date of Adm: 01/27/97
Date of Dis: 02/06/97

Service: 62 NEUROLOGY

Unit No: 165-9680

Dictated: 03/27/97

Transcribed: 03/28/97 8:27 P

**PRIMARY DIAGNOSIS:** Right basal ganglia hemorrhage
Central nervous system vasculitis possibly secondary to decongestant use

**OTHER DIAGNOSIS:**

**PRIMARY OPERATION:**

**OTHER OPERATIONS:**

**DISPOSITION:**

**PRESENT ILLNESS:** Tracey Kupferschmid is a 26-year-old woman with no significant past medical history presented on 1/21/97 to another hospital with sudden onset of the worse headache of her life, garbled speech, left sided weakness. The symptoms occurred suddenly while lying at home on the couch. Studies at another hospital revealed approximately 4 centimeter right basal ganglia hemorrhage by both CT and magnetic resonance imaging. No obvious arteriovenous malformation or tumor effect was noted. An angiogram was performed at another hospital suggestive of vasculitis, so she was transferred to Yale-New Haven Hospital on 1/27/97.

**PHYSICAL EXAMINATION:** The examination at the time of transfer her showed stable vital signs. The neurologic exam was notable for an alert patient, oriented times three. There was some paucity of speech, but she was able to comprehend and to answer questions appropriately. Cranial nerve examination revealed full extraocular, full function, full visual fields. Pupils reactive at 2 millimeters bilaterally. There is no ptosis. The face showed weakness on the left. The tongue was midline. Sensation was intact. Gag was positive. Urine was normal. On motor examination she had five out of five strength, except in her left upper extremity, where strength was four out of five. Toes were down going bilaterally and the reflexes were 2+. Sensory examination was intact to light touch, pin prick and vibration throughout. Cerebella examination revealed slight swelling of finger to nose testing bilaterally. Gait was normal.

MEDICAL RECORD ORIGINAL - DO NOT REMOVE

YALE NEW HAVEN HOSPITAL
DISCHARGE SUMMARY

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Kopferschmid, Tracy

Date of Adm: ▓▓▓▓▓▓
Date of Dis: ▓▓▓▓▓▓

Service: 62
NEUROLOGY

Unit No: 165-9680

Dictated:    03/27/97          Transcribed:  03/28/97  8:27 P

Page: 2

HOSPITAL COURSE AND TREATMENT: After admission to the Yale-New Haven Hospital the angiogram films from outside were reviewed and showed irregular vascular beating consistent with vasculitis. The possibility of central nervous system vasculitis was considered and a number of lab studies were sent, including Lyme titers, VDRL, lupus, anticoagulants, ANA, rheumatoid factor, anticardiolipin antibodies. A lumbar puncture was performed and was essentially normal. Dexamethasone was begun for the treatment of CNS vasculitis. On 2/3/97 she did have a biopsy of the brain and lepto-meninges. The path report on this eventually returned as unremarkable. Additional studies the serum including HIV, Hepatitis B, antineutrophil cytoplasmic antibodies and globulins were sent and were pending. Dexamethasone was changed to Prednisone and she was discharged on a taper. Of note her family members did bring in the medical decongestant that she took at home. This was Guaifenesin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and it was felt that this may be a cause for her vasculitis syndrome and this likely. Alternatively, she has [might have] a primary CNS vasculitis. In any case the plan was to discharge on a taper of Prednisone over a month or so and for her to have her followup with Dr. Leifer in the Neurovascular Clinic.

RESPONSIBLE PHYSICIAN: _____Stephen Strittmatter, M.D._____

Dictated by:    Stephen Strittmatter, M.D./dc         005335/199680

cc:    Stephen Strittmatter, M.D.

Phenylpropanolamine