# YALE NEW HAVEN HOSPITAL
## OPERATIVE REPORT

**CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION**

Admitted: 01/27/97
Discharged: 2-6-97

| | | | |
|---|---|---|---|
| **NAME:** Kupferschmid, Tracy | **UNIT NO:** 165-9680 | **DIVISION:** 62 NEUROLOGY | **DATE:** 02/03/97 |

**OPERATION:** Right frontal craniotomy for dural, leptomeningeal, and brain biopsies.

**OPERATOR:** Daniel Wecht, M.D.*

**FIRST ASST:** Kenneth Vives, M.D.

**ANESTHETIST:**

**ANESTHESIA:** Fentanyl and midazolam with local anesthetic (0.5% lidocaine with epinephrine).

**PREOP DIAGNOSIS:** Spontaneous right intracerebral hemorrhage of unknown etiology; rule out vasculitis.

**POSTOP DIAGNOSIS:** Same.

**PREPARATION:**

**BLOOD LOSS:** Less than 50 cc.

**INDICATIONS:** This is a 25-year-old woman who presented to Yale from an outlying hospital after having suffered a spontaneous deep right intracerebral hemorrhage. The patient had an outside arteriogram approximately five days after the hemorrhage which suggested vasculitis. There was no evidence of aneurysm or AVM. The patient was admitted to and evaluated by the neurology service. The neurosurgical service was consulted for the purposes of obtaining tissue to help clarify whether or not the patient did in fact have vasculitis.

**FINDINGS:** The patient had very normal-appearing tissue. Specimens of dura, brain and associated leptomeninges were sent to pathology for evaluation.

**PROCEDURE:** Informed consent was obtained from the patient prior to the day of scheduled surgery.

On the day of scheduled surgery, the patient was brought to the operating room and placed in the supine position on the operating room table. All pressure points were copiously padded. The patient had sedation consisting of Fentanyl and midazolam. The patient's right frontal scalp was shaved clean and prepped and draped in the usual sterile fashion.

The patient's scalp was injected with 0.5% lidocaine with epinephrine.

## YALE NEW HAVEN HOSPITAL
## OPERATIVE REPORT

### CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

| | | | |
|---|---|---|---|
| **NAME:** Kupferschmid, Tracy | **UNIT NO:** 165-9680 | **DIVISION:** 62 | **DATE:** 02/03/97 |

Page: 2

Once this had taken effect, the patient's scalp was incised with a #15 blade knife. The monocautery was used to help continue the dissection down to the right frontal bone. The coronal suture was noted. Rainey clips were applied circumferentially for the purposes of hemostasis. A single self-retaining retractor was placed to improve the exposure. A single bur hole was created with the Hudson brace. The Midas Rex was used to help turn a very small right frontal bone flap just anterior to the coronal suture off of the midline on the right side. Holes were placed circumferentially in the bone flap and in the surrounding bone for the eventual placement of bone-reapproximation sutures. Bone chips were also saved for replacement at the end of the procedure.

Once meticulous hemostasis was achieved, a quarter-sized piece of dura was cut away and sent to pathology as a separate specimen. This exposed the underlying right frontal cortex. The tissue appeared to be grossly normal. There was no evidence of any mid-sized arterioles in the exposure. Therefore, a piece of cortical tissue with associated white matter and leptomeninges was cut sharply and sent to pathology as the second separate specimen. The pia surface was cauterized as was the bed of resection.

Once hemostasis had been achieved with bipolar electrocautery, a single layer of Surgicel was placed in the bed of resection. The entire wound was copiously irrigated with warm saline. A single layer of Gelfoam was laid atop the brain surface. The bone flap was then replaced and secured with 2-0 silk interrupted suture. Bone chips were replaced in the small bur hole that had been created.

Again, copious amounts of irrigation were used.

The scalp was reapproximated in the usual fashion using interrupted inverted 3-0 Vicryl. The skin was reapproximated with a running 3-0 nylon stitch.

Sponge and needle counts were correct x 2 prior to finishing the case. The patient tolerated the procedure without any complications. The patient was brought to the recovery room in stable condition, moving all four extremities.

*Daniel Wecht, M.D.*

D: 02/03/97 by Daniel Wecht, M.D.*
T: 02/05/97 11:32 A by dl
cc:     Daniel Wecht, M.D.*

J/#: 006568/190782

Medical Record Original-Do Not Remove