```
165 96 80                01 27 97
KUPFERSCHMI TRACY      060371
36 CAMELOT RD.   POUGHKEEP NY
DR MAREK                 A2397
23043
```

Name:
Address:
Birthdate:

(If handwritten, record name, unit no., and birthdate.)

**YALE-NEW HAVEN HOSPITAL**
New Haven, CT 06504

## Social Work Evaluation
page 1

| | | |
|---|---|---|
| Today's Date | 1-30-97 | Admission Date 1-27-97 |

**Source of Referral**
- ☐ Attending
- ☐ Automatic
- ☐ Care Coord
- ☐ Other _____
- ☐ CCSS
- ☐ Family
- ☒ House Staff
- ☐ Nursing
- ☐ Patient

**Source of Information**
- ☐ Family  ☐ Medical Provider  ☒ Medical Record  ☐ Patient  ☐ Therapist
- ☐ Other _____

Pt's Phone # 914-463-3606    Social Security # 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

**Language**
- ☒ English   ☐ Spanish   ☐ Other _____

**Marital Status**
- ☐ Divorced   ☐ Separated   ☐ Widowed
- ☒ Married    ☐ Single

**Race/Ethnicity**
- ☐ African-American    ☒ Caucasian
- ☐ Asian                ☐ Hispanic
- ☐ Other _____

**Religion**
- ☐ Protestant   ☐ Jewish   ☐ Catholic   ☐ Baptist
- ☐ Other _____

**Education**
- ☐ College Graduate        ☐ Some High School
- ☐ High School Graduate    ☐ Vocational School
- ☐ Other _____          ☐ Grade (child) _____

**Employment Occupation**
- ☐ Disabled   ☒ Retired   ☐ Employed   ☐ Unemployed
- ☐ Other _____

**Living Situation**
- ☐ Alone              ☐ Other Family         ☐ Supervised Living
- ☐ Convalescent       ☐ Residential Care     ☐ With Children
  Care                 ☐ Significant Other    ☒ With Spouse & 13 mo. old
- ☐ Foster Care        ☐ With Parent(s)       ☐ With Mother/Father  son
- ☐ Other _____

*Relevant Names & Phone # Mark Kupferschmid, husband
currently staying @ Holiday Inn, New Haven
777-6221

F-940A (rev. 3/96)

```
Unit No.:
Name:        165 96 80        01 27 97
             KUPFERSCHMI TRACY      060371
Address:     36 CAMELOT RD   POUGHKEEP NY
             DR MAREK                A2397
Birthdate:   23043
```

YALE-NEW HAVEN HOSPITAL
New Haven, CT 06504

Social Work Evaluation
page 2

### Family Considerations

Mrs. Kupferschmid lives c̄ her husband and 13 mos. old son. Her mother (father) & grandmother live nearby. She also has siblings who live nearby and with whom she is close.

### Community / Agency Considerations

### Medical Considerations

dx: cerebral hemorrhage, r/o vasculitis
PMH: miscarriage 3 mos ago (2 mos gestation)

### Mental Health & Substance Abuse Considerations

2 ppd smoker
weekend drinker

F-940A (rev. 3/96)

| | | | |
|---|---|---|---|
| *Responsible Party(ies)* | ❏ Conservator<br>❏ Family | ❏ Other<br>❏ Power of Attorney | ☒ Self<br>❏ Spouse |

*Relevant Names & Phone #* _____

| | |
|---|---|
| *Financial* | ☒ Sufficient funds for daily living   ❏ Insufficient funds for daily living |

| | | | |
|---|---|---|---|
| *Health Insurance* | ❏ Champus<br>❏ City Welfare<br>❏ Other _____ | ❏ Commercial<br>☒ HMO | ❏ Medicare<br>❏ Medicaid (T19)<br>❏ None |

*Coverage* *Relevant Names & Numbers* _____

U.S. Healthcare: QNB 25020

| | | | |
|---|---|---|---|
| *Housing* | ❏ Apartment<br>❏ Condo<br>❏ Homeless<br>❏ Other _____ | ❏ ICF<br>❏ Multi-family<br>❏ Rest Home | ☒ Single Family *Raised Ranch*<br>❏ Supervised Living<br>❏ SNF |

| | | | |
|---|---|---|---|
| *Transportation* | ☒ Provides own<br>❏ Relies on other<br>❏ Other _____ | ❏ Bus<br>❏ Taxi | ❏ Chair-car<br>❏ Ambulance |

### Reason for Social Work Intervention

| | | | |
|---|---|---|---|
| ☒ Adjust to Illness<br>❏ Advanced Direct<br>❏ Alien Status<br>❏ Child Abuse<br>❏ City Welfare<br>❏ Conservatorship<br>❏ Cultural/Lang<br>❏ Death/Dying<br>❏ Difficult Behavior<br>❏ Complex Discharge Plan | ❏ Domestic Violence<br>❏ Education<br>❏ Elder Mistreat<br>❏ Employment<br>❏ Environment<br>❏ Family Problem<br>❏ Financial<br>❏ Frail Elderly<br>❏ Homeless<br>❏ Other _____ | ❏ Housing<br>❏ Legal<br>❏ Mental Health<br>❏ Mental Status Change<br>❏ Nursing Home Placement<br>❏ Noncompliance<br>❏ Patient at Risk<br>❏ Pregnancy Alternatives | ❏ Sexual Abuse<br>❏ Social Isolation<br>❏ Social Security<br>❏ Sub Acute Placement<br>☒ Social Work Evaluation<br>❏ Substance Abuse<br>❏ Title XIX<br>❏ Victim of Violence<br>❏ Vocation |

### Current Level of Functioning

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Alert | X | __ | Forgetful | __ | X | Confused | *somewhat* | |
| Ambulates | X | __ | Feeding | X | __ | Transfers | X | __ |
| Bathing | X | __ | Housekeeping | X | __ | Toileting | X | __ |
| Meal Prep | X | __ | Laundry | X | __ | Budget | X | __ |
| Other _____ | | | | | | | | |