UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DURAMED PHARMACEUTICALS, | : | |
| INC., BARR LABORATORIES, INC., | : | |
| | : | |
| Defendants. | : | February 3, 2006 |

MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JENNIFER HAGEMAN

Pursuant to Local Fed. R. Civ. P. 83.1(d), the undersigned, a member in good standing of the Bar of this Court, respectfully moves the Court for the admission of Jennifer Hageman, Esq. ("Applicant") pro hac vice to appear and to participate in all proceedings herein, both in and out of court, on behalf of Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc., the defendants in the above-captioned matter. In accordance with Local Fed. R. Civ. P. 83.1(d) and, based on the Affidavit of Jennifer Hageman, which is annexed hereto as Exhibit A, and made apart hereof, the undersigned represents as follows:

1. The undersigned is a member in good standing of the Bar of this Court.

2. Applicant is a partner in the law firm of Ulmer & Berne LLP and resident in the firm's Cincinnati office located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. The direct telephone number is 513-698-5022, the direct facsimile number is 513-698-5023, and the applicant's e-mail address is jhageman@ulmer.com.

3. Applicant is a member in good standing of the Ohio Bar and the Commonwealth of Kentucky and is admitted to practice before the following United States District Courts: the Southern District of Ohio, the Western District of Kentucky, the Eastern District of Kentucky, the

Northern District of Ohio, and the Southern District of Indiana. Applicant also is admitted to the bar of the Sixth Circuit Court of Appeals.

4. To the best of the undersigned's knowledge, Applicant has never been denied admission or disciplined by this court or any other court.

5. Attorney Hageman has been advised that she needs to fully review and be familiar with the Rules of the United States District Court for the District of Connecticut.

6. There is good cause to admit Applicant to practice before this Court because she has specialized knowledge of the matters at issue in this case and because Applicant and the law firm of Ulmer & Berne LLP have a long-standing relationship with Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc. Accordingly, Applicant's admission pro hac vice to represent Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., is in the interest of justice and is for personal and financial welfare of Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion in its entirety and permit Jennifer Hageman to participate pro hac vice in all proceedings in this case.

DEFENDANTS
DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC.

BY: _____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 3rd day of February, 2006 to:

The Honorable Alvin W. Thompson
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Attorney Jeff Geoppinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Attorney Ron Michael Meneo
Early Ludwick & Sweeney, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**JENNIFER HAGEMAN, BAR#0066632**

was duly admitted to practice in this Court on

June 27, 1997

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on January 30, 2006.



*Haworth Jackson*, Deputy Clerk
**JAMES BONINI, CLERK**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | |
| vs. | : | |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| Defendants. | : | February 3, 2006 |

### AFFIDAVIT OF JENNIFER HAGEMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Jennifer Hageman being first duly sworn, on oath, deposes and says:

1. I am an attorney-at-law and partner in the law firm of Ulmer & Berne LLP which is located at 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. My direct telephone number is 513-698-5022, my direct facsimile number is 513-698-5023, and my e-mail address is jhageman@ulmer.com.

2. I am an active member in good standing of the Ohio bar and the Commonwealth of Kentucky and am also admitted to practice before the following United States District Courts: the Southern District of Ohio, the Western District of Kentucky, the Eastern District of Kentucky, the Northern District of Ohio, and the Southern District of Indiana. I am also admitted to the bar of the Sixth Circuit Court of Appeals.

3. I have never been denied admission or disciplined by this court or any other court.

4. Good cause exists for my admission to practice pro hac vice before this Court because I have specialized knowledge of the matters at issue in this case and because I have a long-standing relationship with Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc. Accordingly, my admission to practice pro hac vice is in the interest of justice and is for

Exhibit A

personal and financial welfare of Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

*Jennifer Hageman*

Jennifer Hageman

Subscribed and sworn before me this 27th day of January, 2006.

*Jacqueline M Hayes Suggs*

Notary Public
My Commission Expires:

JACQUELINE M. HAYES SUGGS
Notary Public, State of Ohio
My commission expires 10-27-2009

557236.1
1/27/2006 12:40 PM