UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL,                          :
        Plaintiff,                      :
                                        :
    v.                                  :   CASE NO. 3:02CV1001 (AWT)
                                        :
DURAMED PHARMACEUTICALS, INC.  :
et al.,                                 :
        Defendants.                     :

### ORDER TO SUBMIT JOINT MEDIATION REPORT

To assist the court in determining whether court-sponsored mediation[1] is appropriate in this case, counsel for all parties are hereby ordered to confer with one another to prepare and submit a joint mediation report to the chambers of the undersigned **by no later than March 17, 2006.**

The report shall include the following information:

1.    Brief Statement of the case (no more than one paragraph);

2.    Names of all counsel who will attend the conference and the parties they represent;

3.    Whether discovery has been completed and, if not, how much discovery remains to be done;

4.    Due dates for filing dispositive motions and the joint trial memorandum;

5.    The date the case is scheduled for trial;

6.    An estimate of the length of time needed for the mediation session as well as counsel's view as to when a mediation session is most likely to result in settlement of the case;

---

[1]Counsel should note that the information requested in response to this order will be used by the court only for scheduling purposes.  To the extent that any mediation is scheduled, the court will issue another order setting a deadline for submission of *ex parte* mediation statements.

7.    History and current status of any settlement negotiations, specifying any demands or offers made to date.  The parties shall also include whether mediation has been considered with a private mediator or in any other forum;

8.    Any other information that might be helpful for the court to consider whether to schedule a mediation.

The joint mediation report need not be signed by all counsel who have appeared in this action.  The attorney signing the report shall indicate that he or she has prepared the report in consultation with counsel for all parties to the action.

**The report shall not be filed with the clerk**, but shall be submitted to the undersigned at the following address:

> The Honorable Donna F. Martinez
> United States District Court
> 450 Main Street
> Hartford, Connecticut 06103

Counsel are hereby notified that, to the extent any mediation is scheduled in this case, the parties will be required to be present at the mediation.  If a party is a legal entity, not an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case will be required to be present.  The court will not conduct mediation without all parties present.  In cases where a party requires authority from an insurer to settle the case, that party shall ensure that an insurance company representative with full authority to settle the case

attend the mediation.

SO ORDERED at Hartford, Connecticut this 17th day of February, 2006.

_____/s/_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE