UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | |
| vs. | : | |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| Defendants. | : | March 7, 2006 |

**DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S OBJECTION TO MAGISTRATE JUDGE MARTINEZ'S ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME AND EXTEND DISCOVERY AND REQUEST FOR AN EXPEDITED RULING**

Defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, hereby file this their objection to Magistrate Judge Martinez's Order granting plaintiff's Motion to Enlarge Time and Extend Discovery. Defendants respectfully request that the Court set aside Judge Martinez's Order to the extent it permits the parties to conduct generic fact discovery, as Judge Martinez's Order is clearly erroneous and contrary to the law of the case. Defendants' request for relief from the Order granting plaintiff's Motion to Enlarge Time and Extend Discovery is supported by the attached Memorandum of Law.

Further, pursuant to United States District Court for the District of Connecticut Local Rule 7(a), defendants request an expedited ruling on their Objection to Magistrate Judge Martinez's Order in order to eliminate unnecessary discovery in the event the Objection is sustained.

ORAL ARGUMENT
REQUESTED

Respectfully Submitted,

_____
Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
(860) 678-4425
(860) 678-4427 FAX

Joseph P. Thomas
Ohio Bar No: 0040379
CT Fed. Bar No. phv0382
Jennifer Hageman
Ohio Bar No.: 0066632
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

**Counsel for Defendants**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**

2

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was served via U.S. mail on the 7th day of March, 2006 on:

Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**Attorneys for Plaintiffs**

362191.1
3/7/2006 3:36 PM