**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

WILLIAM KENZO NAKAMURA
U.S. COURTHOUSE, SUITE 215
SEATTLE, WASHINGTON 98104

FILED
SEP 19 3 09 PM '02
U.S. DISTRICT COURT
NEW HAVEN, CONN.

September 18, 2002

Mr. Kevin F. Rowe
Clerk
United States District Court
Richard C. Lee United States
  Courthouse
141 Church Street
New Haven, CT  06510

IN RE: MDL 1407 PHENLYPROPANOLAMINE (PPA) Products Liability Litigation

Dear Clerk:

Enclosed is a certified copy of the Transfer Order (CTO-20) entered by the Judicial Panel on Multidistrict Litigation. The Order became effective September 12, 2002. We have assigned an individual Western Washington District of Washington (WAW) case number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer to our civil case number.

| Title of Case | Your Number | WAW Number |
|---|---|---|
| Bolwell v. Duramed Pharmaceuticals, Inc. | 3:02-1001 | **CV02-2016** |

Sincerely,

BRUCE RIFKIN, CLERK
By *Valerie Barber*
Valerie Barber, Deputy Clerk
206-553-4170 ext 4


EXHIBIT
A

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:** [illegible]
**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 12, 2002

Bruce Rifkin, Clerk
215 William Kenzo Nakamura
U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-20)

Dear Mr. Rifkin:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on August 27, 2002. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
           Deputy Clerk

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
           Deputy Clerk

Attachments

cc:  Transferee Judge:   Hon. Barbara Jacobs Rothstein
     Transferor Judges:  (See Attached List of Judges)
     Transferor Clerks:  (See Attached List of Clerks)

JPML Form 38



FILED
DOCKET NO. 1407 OCT 1 3 28 PM '02

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 611 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.



Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 1 2 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

Deputy Clerk

## SCHEDULE CTO-20 - TAG ALONG CASES
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. CIVIL ACTION#

**CONNECTICUT**
   CT   3  02-1001     Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al.

**LOUISIANA MIDDLE**
   LAM  3  02-694     Joan Gordon v. Bayer Corp.
   LAM  3  02-697     Karen Lee v. The Delaco Co., et al.

**LOUISIANA WESTERN**
   LAW  1  02-1138    Leroy Murphy v. Bayer Corp

**MISSISSIPPI SOUTHERN**
   ~~MSS  2  02-562~~    ~~Dma Smith, etc. v. American Home Products Corp., et al.~~   Opposed 9/9/02
   MSS  3  02-1191    Debbie Womack, et al v. Smithkline Beecham Corp., et al
   ~~MSS  4  02-273~~    ~~Theresa Brooks, et al v. American Home Products Corp., et al.~~   Opposed 9/11/02

**NORTH CAROLINA WESTERN**
   NCW  5  02-66     Judith Ford v. Bayer Corp., et al

**NEW MEXICO**
   NM  1  02-863     Thomas W Reinke, et al v Wyeth, et al

**OKLAHOMA NORTHERN**
   OKN  4  02-502    Wanda Meyer v Novartis Consumer Health, Inc , et al.

**PENNSYLVANIA EASTERN**
   PAE  2  02-655    Barbara Smith, et al. v Ivax Laboratories, Inc., et al.
   PAE  2  02-2175   Jacquelyn Casey, et al v Ivax Corp , et al.

**TEXAS NORTHERN**
   TXN  5  02-150    Tracey Noble v. Novartis Pharmaceuticals Corp , et al.

**TEXAS SOUTHERN**
   TXS  4  02-2660   Pat Veasey v. American Home Products Corp., et al.

**TEXAS WESTERN**
   ~~TXW  3  02-310~~    ~~Ruben Valdez, Jr., et al v. Wyeth, et al.~~   Opposed 9/11/02
   ~~TXW  3  02-311~~    ~~Antonia Olivas, et al. v. American Home Products Corp., et al.~~   Opposed 9/11/02
   TXW  5  02-649    James S. Yates, et al v. Sidmak Laboratories, Inc., et al.

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-20
DOCKET NO. 1407
IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Alejandro Acosta, Jr.
221 N. Kansas
Suite 2000
El Paso, TX 79901

Brock Cordt Akers
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027

Earl B Austin
Baker & Botts
2001 Ross Avenue
Suite 800
Dallas, TX 75201

Lee B. Balefsky
Greitzer & Locks
1500 Walnut Street
20th Floor
Philadelphia, PA 19102-3580

Charles P. Blanchard
Chaffe, McCall, Phillips, Toler & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Paul M. Bracken
Robles, Bracken, Coffman & Hughes, LLP
100 N. Stanton
Suite 1310
El Paso, TX 79901-1448

Margaret T. Brenner
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Jack C. Brock
Mills, Shirley, Eckel & Bassett
2228 Mechanic Street
Suite 400
P.O. Box 1943
Galveston, TX 77553

Clayton Clark
Clark, Depew & Tracey, Ltd.
440 Louisiana
Suite 1600
Houston, TX 77002

Wilbur O. Colom
Colom Law Firm
P.O. Box 866
Columbus, MS 39703-0866

Robert L. Craig, Jr
Craig, Terrill & Hale, L.L.P
P O Box 1979
1500 Broadway, Suite 400
Lubbock, TX 79408-1979

Jim C Curtis
Kemp, Smith, Duncan & Hammond
P O Drawer 2800
El Paso, TX 79999

William M Dalehite, Jr
Steen, Reynolds & Dalehite
P O Box 900
Jackson, MS 39205-0900

Luke Dove
Dove & Chill
4266 I-55 North
Suite 108
Jackson, MS 39211

David E. Dukes
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Kenneth J. Ferguson
Clark, Thomas & Winters
Texas Commerce Bank Building
700 Lavaca St., Suite 1200
P.O. Box 1148
Austin, TX 78767

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-20 MDL-1407 (Cont.)                                                PAGE 2

Richard A. Freese
Langston, Sweet & Freese, P.A.
Morgan Keegan Center
2900 Highway 280 South
Suite 240
Birmingham, AL 35223

Vance A. Gibbs
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Ronald Eugene Goins
Tomlins & Goins
2100 S. Utica Avenue
Suite 300
Tulsa, OK 74114

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Carl H. Green
Mounce, Green, Myers, et al.
P.O. Drawer 1977
El Paso, TX 79901

J. Philip Griffis
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111

Denise H. Houghton
Cozen & O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103

Joseph Hurson
Lane, Powell, Spears & Lubersky, LLP
1420 5th Avenue
Suite 4100
Seattle, WA 98101

Donna B. Jacobs
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225

Reeve G. Jacobus, Jr.
Williford, McAllister & Jacobus
936 Trustmark Building
248 East Capitol Street
Jackson, MS 39201

Brynley James, III
Fulbright & Jaworski
300 Convent Street
Suite 2200
San Antonio, TX 78205

Brian P. Johnson
Hanen, Alexander, Johnson & Spalding
Bank One Center, Suite 1700
910 Travis
Houston, TX 77002

Gregory Lawing Jones
Greg Jones, P.A.
1202 South 16th Street
Wilmington, NC 28401

Richard L. Josephson
Baker & Botts
One Shell Plaza, Suite 3000
910 Louisana Street
Houston, TX 77002

Keenan K. Kelly
Kelly, Townsend & Thomas
P.O. Box 756
Natchitoches, LA 71458

Dana G. Kirk
Kirk Law Firm
4265 San Felipe
Suite 1400
Houston, TX 77027

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-20 MDL-1407 (Cont.)

Joseph Dwight LeBlanc, III
Priol, Partridge, Kohnke & Clements, LC
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Albert G. Lewis, III
Lewis & Mitchell, LLC
2214 University Blvd.
Suite A
Tuscaloosa, AL 35401

Nancy June Locke
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010

Thomas M. Louis
Wells, Marble & Hurst, PLLC
P.O. Box 131
Jackson, MS 39205-0131

J. Chandler Loupe
Claitor & Loupe
2223 Quail Run Drive, Suite G
Baton Rouge, LA 70808

David P. Lutz
Baker & Botts
2001 Ross Avenue
Suite 600
Dallas, TX 75201-2980

Michael J. Luzzi
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508

Alan N. Magenheim
Magenheim, Bateman, Robinson, Wrotenberg
1221 McKinney
Suite 3600
Houston, TX 77010

Eduardo Miranda
1214 Montana Avenue
El Paso, TX 79902

Lance Eugene Palmer
Levinson, Friedman, Vhugen, Duggan, et al.
720 3rd Avenue
Suite 1800
Seattle, WA 98101

Charles F. Preuss
Drinker Biddle & Reath
225 Bush Street
15th Floor
San Francisco, CA 94104

Timothy T. Pridmore
McWhorter, Cobb & Johnson
1722 Broadway
P O Box 2547
Lubbock, TX 79408-2547

Russell John Ramsey
Ramsey & Murray
800 Gessner
Suite 1100
Houston, TX 77024-3412

Jeff H Ray
Ray McChristian & Jeans
5822 Cromo Drive
Suite 400
El Paso, TX 79912-1196

Robert M. Schick
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002

Mark W. Schilling
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119

Christopher A. Seeger
Seeger, Weiss, LLP
One William Street
New York, NY 10004-2502

Daniel J. Sheehan, Jr.
Daniel Sheehan & Associates
2200 Ross Avenue
Suite 3060
Dallas, TX 75201

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-20  MDL-1407  (Cont.)                                          PAGE 4

Arthur Sherman
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Boulevard
Suite 675
Los Angeles, CA 90025

Cindy White
Burford & Ryburn
300 N. Akard
Suite 3100
Dallas, TX 75201-6697

Randolph S. Sherman
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022

James Williams
Miller & Martin
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236

Keith Ray Taunton
Tucker, Hendryx, et al
8 Greenway Plaza
1200 Summit Plaza East
Houston, TX 77046

Terry O Tottenham
Fulbright & Jaworski, LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701

C. Crews Townsend
Miller & Martin
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402

Robert A. Valadez
Shelton & Valadez, PC
2600 Weston Centre
112 E. Pecan Street
San Antonio, TX 78205

Alan R. Vickery
Sedgwick, Detert, Moran & Arnold
1717 Main Street
Suite 5400
Dallas, TX 75201

C. Andrew Waters
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

FEDERAL RETURN   Case No.: 302CV01001 AWT

**STATE OF CONNECTICUT**
                    SS: NEW HAVEN          JUNE 15, 2001
**COUNTY OF NEW HAVEN**

Then and there, by virtue hereof, of this Federal Summons in a Civil Case, Order On Pretrial Deadlines, Civil Cover Sheet and Complaint, I made service upon the within named defendant,

**BARR LABORATORIES, INC.**

and afterwards in New Haven, CT on the 15th day of June, 2002 by depositing in the U S Post Office in New Haven certified mail postage prepaid return receipt requested (7002 2510 0004 4924 0108) a true and attested copies of the Federal Summons in a Civil Case, Order On Pretrial Deadlines, Civil Cover Sheet and Complaint, with my doings thereon endorsed address to BARR LABORATORIES, INC., C/O BRUCE L. DOWNEY, AGENT FOR SERVICE FOR BARR LABORATORIES, INC. AT 2 QUAKER ROAD, BOX 2900, PAMOSA, NY 10970-0519

With the within named defendant

And on the 20th day of June, 2002 received the Certified Receipt, annexed hereto.

The within and foregoing is the Federal Summons in a Civil Case, Order On Pretrial Deadlines, Civil Cover Sheet and Complaint, with my doings hereon endorsed.

ATTEST:

Travel   $  2.92
Copies      27.00
Service     30.00
End          .80

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

FEDERAL RETURN   Case No.: 302CV01001 AWT

**STATE OF CONNECTICUT**
                              SS: NEW HAVEN                    JUNE 15, 2001
**COUNTY OF NEW HAVEN**

Then and there, by virtue hereof, of this Federal Summons in a Civil Case, Order On Pretrial Deadlines, Civil Cover Sheet and Complaint, I made service upon the within named defendant,

**BARR LABORATORIES, INC.**

and afterwards in New Haven, CT on the 15th day of June, 2002 by depositing in the U. S. Post Office in New Haven certified mail postage prepaid return receipt requested (7001 2510 0004 4924 0108) a true and attested copies of the Federal Summons in a Civil Case, Order On Pretrial Deadlines, Civil Cover Sheet and Complaint, with my doings thereon endorsed address to BARR LABORATORIES, INC., C/O BRUCE L. DOWNEY, AGENT FOR SERVICE FOR BARR LABORATORIES, INC. AT 2 QUAKER ROAD, BOX 2900, PAMONA, NY 10970-0519

With the within named defendant

And on the 20th day of June, 2002 received the Certified Receipt, annexed hereto.

The within and foregoing is the Federal Summons in a Civil Case, Order On Pretrial Deadlines, Civil Cover Sheet and Complaint, with my doings hereon endorsed

|  |  |
|---|---|
| Travel $ 2.92 | |
| Copies 27.00 | |
| Service 30.00 | ATTEST: |
| End .80 | |
| Cerit Mail 5.09 | T. JERRY JULIANO |
| Total $ 65.81 | STATE MARSHAL |
| | NEW HAVEN COUNTY |

302CV01001 AWT pmm

# FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUL 11 2 33 PM '02
U.S DISTRICT COURT
NEW HAVEN, CONN

## ORDER ON PRETRIAL DEADLINES

Unless otherwise ordered by the Judge to whom this is case is assigned, the parties shall adhere to the following deadlines

(a)     In accordance with Local Civil Rule 38, within thirty days of the appearance of a defendant, the parties shall confer for the purposes described in Fed R Civ P 26(f) Within ten days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to the Local Civil Rules

(b)     All motions relating to joinder of parties, claims or remedies, class certification, and amendment of the pleadings shall be filed within 60 days after filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District

(c)     All motions to dismiss based on the pleadings shall be filed within 90 days after the filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District The filing of a motion to dismiss shall not result in the stay of discovery or extend the time for completing discovery

(d)     Formal discovery pursuant to the Federal Rules of Civil Procedure may not commence until the parties have conferred as required by Fed R Civ P 26(f) and Local Civil Rule 38 but parties may commence formal discovery immediately thereafter without waiting entry of a scheduling order pursuant to Fed R Civ P 16(b) Informal discovery by agreement of the parties is encouraged and may commence at anytime Unless otherwise ordered, discovery shall be completed within 6 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District

(e)     Unless otherwise ordered, all motions for summary judgment shall be filed within 7 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer from another District

Unless specifically ordered by the Court, an extension of time to comply with any one of the time limits in this Order does not automatically extend the time to comply with subsequent time limits

Counsel for plaintiff or removing defendant shall be responsible for serving a copy of this order on all parties to the action

By Order of the Court
Kevin F Rowe, Clerk

---

This Order is issued pursuant to the Standing Order on Scheduling In Civil Cases which appears in the Appendix to the Local Civil Rules

(Rev 9/29/00)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT





OCT 11 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Notice To Clerk, District Court
-----------------------------------

RE:   3:02-cv-01001

     Bolwell v. Duramed

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

                    Kevin F. Rowe, Clerk

               By: _____
                    Martha Gothers
                    Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: _____

This case was received by: _____



CV 02-2016 #4

4

```
                           U.S. District Court
          U.S. District Court -- Western Washington (Seattle)

                    CIVIL DOCKET FOR CASE #: 02-CV-2016
```

Bolwell v. Duramed Pharm, et al                          Filed: 10/11/02
Assigned to: Judge Barbara J. Rothstein    Jury demand: Plaintiff
Demand: $0,000                             Nature of Suit:  365
Lead Docket: None                          Jurisdiction: Diversity
Dkt # in D of CT : is 02-cv-1001

Cause: 28:1332 Diversity-Product Liability


TRACY BOLWELL                      Michael J Luzzi
    plaintiff                      [COR LD NTC]
                                   EARLY LUDWICK & SWEENEY
                                   PO BOX 1866
                                   NEW HAVEN, CT 06508-1866
                                   203-777-7799


    v.


DURAMED PHARMACEUTICALS INC
    defendant


BARR LAB INC
    defendant


Docket as of October 23, 2002 11:24 am                        Page 1

Proceedings include all events.
2:02cv2016 Bolwell v. Duramed Pharm, et al

| | | |
|---|---|---|
| 10/11/02 | 4 | TRANSMITTAL OF DOCUMENTS from Dist of Connecticut (New Haven) per MDL Order (CTO-20) dated 9/12/02 re: MDL 1407 (PPA). Dist of CT civil case no. 02-cv-1001. (tg) [Entry date 10/23/02] |
| 10/11/02 | -- | ENT- The Clerk will maintain a master docket and case file under the style PPA cases: all orders, pleadings, motions, and other documents will, when filed and docketed in the master case file, be deemed filed and docketed in each individual case to the extent possible. (tg) [Entry date 10/23/02] |

CLOSED

U.S. District Court
District of Connecticut (New Haven)

CIVIL DOCKET FOR CASE #: 02-CV-1001

Bolwell v. Duramed, et al                                 Filed: 06/11/02
Assigned to: Judge Alvin W. Thompson          Jury demand: Plaintiff
Demand: $0,000                                   Nature of Suit: 365
Lead Docket: None                               Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Personal Injury

TRACY BOLWELL                          Michael J. Luzzi
    plaintiff                          [COR LD NTC]
                                   Early, Ludwick & Sweeney
                                   One Century Tower
                                   265 Church St., 11th Fl.
                                   PO Box 1866
                                   New Haven, CT 06508-1866
                                   203-777-7799
                                   FTS 785-1671

    v.

DURAMED PHARMACEUTICALS, INC
    defendant

BARR LAB INC
    defendant

Docket as of October 3, 2002 11:12 am                 Page 1

Proceedings include all events.
3:02cv1001 Bolwell v. Duramed, et al                                      CLOSED

| Date | # | Entry |
|---|---|---|
| 6/11/02 | 1 | COMPLAINT   Filing Fee $ 150.00 Receipt # N006733 (pmm) [Entry date 06/12/02] |
| 6/11/02 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 12/11/02 ; Dispositive Motions due 1/10/03   Amended Pleadings due 8/11/02  Motions to Dismiss due 9/11/02 (pmm) [Entry date 06/12/02] |
| 6/12/02 | -- | SUMMONS(ES) issued for Duramed, Barr Lab Inc (pmm) [Entry date 06/12/02] |
| 7/23/02 | 3 | Certified Return Receipt Card of summons & complaint as to Duramed, Barr Lab Inc on 6/15/02 (mag) [Entry date 07/25/02] |
| 10/1/02 | -- | Interdistrict transfer to District of Washington. Original file, certified copies of docket and Order sent 10/3/02 (mag) [Entry date 10/02/02] |
| 10/1/02 | -- | Case closed (mag) [Entry date 10/02/02] |

I hereby certify that the foregoing
is a true copy of the original document
on file  Date  10/3/02

KEVIN F ROWE
Clerk

By _____
Deputy Clerk