MD 01-1407 #1106

HONORABLE BARBARA J ROTHSTEIN

FILED ENTERED LODGED RECEIVED 10-23-02

OCT 16 2002 KN

AT SEATTLE CLERK U S DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY

FILED ENTERED LODGED RECEIVED

OCT 30 2002

AT SEATTLE CLERK U S DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY

cc counsel; BJR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all actions | MDL Docket No 1407<br><br>~~[Proposed]~~ # 9<br>CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002 |
|---|---|

By Case Management Order No 6, Item VII, this Court (Rothstein, J ) ordered in pertinent part as follows

*Except as to cases where an extension of time has been permitted under Section III above (a) case-specific discovery for cases transferred and docketed in this Court as of February 12, 2002 shall be completed no later than February 28, 2003, and (b) case-specific discovery for cases transferred and docketed in this Court after February 28, 2002 shall be completed no later than twelve (12) months after the date of docketing in this Court*

By Order dated March 22, 2002 (as clarified and modified), the Court ordered plaintiffs to serve their Rule 26 reports for generic causation and liability

EXHIBIT C

ORIGINAL

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE WA 98104 1845
(206) 624-8844
fax (206) 624 2912

1106

experts on October 1, 2002 (for Select MDL Plaintiffs) and October 15, 2002 (for all other MDL plaintiffs)

Neither the parties' representatives nor the Court has addressed the expert disclosure dates for cases docketed subsequent to the entry of the Court's March 22, 2002 expert scheduling order

Therefore, it is hereby further **ORDERED** as follows

1 The current October 15, 2002 Rule 26 deadline for plaintiffs (other than those who filed Rule 26 reports on October 1, 2002) applies only to plaintiffs with cases docketed as of March 22, 2002

2 For each case docketed after March 22, 2002, the following expert discovery schedule applies

a Plaintiffs' Rule 26 reports, and/or plaintiffs' notice of adoption of the Rule 26 expert reports filed on October 1, 2002 by certain MDL plaintiffs, shall be served no later than nine months after the date of docketing in this Court (in other words, three months prior to the close of fact discovery for the case), and

b Having already served their generic liability and causation Rule 26 reports under the Court's March 22 2002 order, Defendants shall serve responsive Rule 26 reports three months later, but only in the event that it is necessary to do so (i e where a new generic issue is raised for the first time, or for other sufficient reason) Otherwise, it is presumed that the generic liability and causation experts

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE WA 98104 1845
(206) 624-8844
fax (206) 624 2912

disclosed by defendants pursuant to the March 22 2002 scheduling order will continue to be utilized

All other discovery pertaining to experts in cases docketed after March 22 2002 shall otherwise follow the timing set forth in this Court's March 22, 2002 expert scheduling order (i e depositions of experts shall be complete two months after they are disclosed, and so on)

DATED this 29th day of October, 2002

Barbara J Rothstein
The Honorable Barbara Jacobs Rothstein
United States District Judge

Presented by

*Levinson Friedman, P S*

By Lance Palmer
Lance E Palmer
WSBA #18141
**Plaintiffs' Liaison Counsel**

**[Proposed]** CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002 (MDL Docket No 1407) - Page 3

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE, WA 98104 1845
(206) 624-8844
fax (206) 624-2912

THE HONORABLE BARBARA JACOBS ROTHSTEIN

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED
OCT 16 2002 KN
AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO 1407<br><br>CERTIFICATE OF SERVICE |

I, Kaj Trapp, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct

I am a citizen of the United States and a resident of King County, Washington I am over the age of 18 years and am not a party to the within cause My business mailing address is that of Levinson Friedman, P S , Pacific Building, 720 Third Avenue, Suite 1800, Seattle, WA 98104

On October 16, 2002, I caused true and correct copies of the following documents

1 [Proposed] CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002

to be served by electronic-mail upon the following parties

**See Exhibit A**

ORIGINAL

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE WA 98104 1845
(206) 624 8844
fax (206) 624-2912




to be served by ABC Legal Messengers, Inc by hand delivery, and by electronic mail upon the following counsel of record

D Joseph Hurson
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Ave, Suite 4100
Seattle, WA 98101-2338
HursonD@LanePowell com

Douglas A Hofmann
WILLIAMS, KASTNER & GIBBS PLLC
4100 Two Union Square
Seattle, WA
dhofmann@wkg com

And to be served by overnight delivery upon the following counsel of record

Terry Tottenham
Fullbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701

Randy Sherman
Kaye, Scholer, Fierman, Hays & Handler, LLP
425 Park Avenue
New York, NY 10022

Executed on October 16, 2002, at Seattle, Washington

Kaj Trapp

LEVINSON FRIEDMAN, P S
PACIFIC BUILDING
720 THIRD AVENUE SUITE 1800
SEATTLE WA 98104 1845
(206) 624 8844
fax (206) 624 2912

# Exhibit A




| First | Middle | Last | Suffix | Firm | City | State | Email |
|---|---|---|---|---|---|---|---|
| Chris | | Aaron | | Law Office of Barry Levinson | Las Vegas | NV | BarryLevinsonJD@excite com |
| Janet | | Abaray | | Lopez Hodes Restaino Milman & Skikos | Newport Beach | CA | sjkirby@fuse net |
| Russ | | Abney | | Fleming & Associates, L L P | Houston | TX | russ_abney@fleming-law com |
| Roy | F | Amedee | Jr | Attorneys at Law | LaPlace | LA | ramedeejr@aol com |
| Maria K | | Anastasia | | Wilentz Goldman & Spitzer P A | Woodbridge | NJ | anastm@wilentz com |
| Jessica | | Anderson | | Zimmerman Reed | Minneapolis | MN | JLA@zimmreed com |
| Ray | | Anderson | | Smith & Harang | New Orleans | LA | randerson@smithharang com |
| Ann | | Andrews | | Andrews & Thornton | Santa Ana | CA | aa@andrewsthornton com |
| Jonathan | Beauregard | Andry | | The Andry Law Firm | New Orleans | LA | jonathan@communique net |
| Nancy | | Armstrong | | Armstrong & Guy Law Offices, L L C | McComb | MS | b1m2o3@telapex com |
| Richard | J | Arsenault | | Neblett, Beard, & Arsenault | Alexandria | LA | rarsenault@nbalawfirm com |
| Franklin | D | Azar | | Franklin D Azar & Associates | Aurora | CO | axvign@fdazar com |
| Lee | B | Balefsky | | Greitzer and Locks | Philadelphia | PA | lbalefsky@greitzerlocks com |
| George | E | Barrett | | Barrett, Johnston, & Parsley | Nashville | TN | gbarrett@barrettjohnston com |
| David | | Bateman | | | Baton Rouge | LA | david@davidbatemanlaw com |
| Daniel | E | Becnel | Jr | Law Office of Daniel E Becnel Jr | Reserve | LA | dbecnel@rtconline com |
| Cloyd | | Benjamin | Jr | Piper & Associates | Shreveport | LA | cbenjamin@mnss com |
| Allan | | Berger | | Allan Berger and Associates | New Orleans | LA | allanb@telocity com |
| Marvin | B | Berke | | Berke, Berke & Berke | Chattanooga | TN | marvin_berke@berkeattys com |
| Brian | N | Bishop | | Watts & Watts | Oklahoma City | OK | BNBriBish@aol com |
| Paula | | Bliss | | Robinson & Cole L L P | Boston | MA | pbliss@rc com |
| Lee | J | Bloomfield | | Allen Godwin Morris Laurenzi & Bloomfield, P C | Memphis | TN | lawljb@aol com |
| Jeffrey | A | Bogue | | Bogue Koury Law Firm | Denver | CO | bkmlaw@bkmllc com |
| Philip | | Bohrer | | Bohrer Law Firm L L C | Baton Rouge | LA | phil@bohrerlaw com |
| Robert | J | Bonsignore | | Bonsignore & Brewer | Medford | MA | rbonsignore@aol com |
| Reshonda | L | Bradford | | The Singleton Law Firm | Shreveport | MS | Rsinglaw@Shreve net |
| Scott | | Brady | | McKernan Law Firm, P L L C | Baton Rouge | LA | sbrady@mckernanlawfirm com |
| Steven | J | Brady | | Law Office of Steven J Brady | San Rafael | CA | bradydesk@aol com |
| Turner | W | Branch | | Branch Law Firm | Albuquerque | NM | kmatthes@branchlawfirm com |
| Christine | | Brandt | | Cory, Watson, Crowder, & Degaris, P C | Birmingham | AL | cbrandt@cwcd com |
| Trece | L | Brown | | Gauthier, Downing, LaBarre, Beiser, & Dean | Metaine | LA | brownt66@bellsouth net |
| Charles | A | Browning | | Moore & Browning | San Francisco | CA | cabbush@aol com |
| Gregory | J | Bubalo | | Becker Law Office | Louisville | KY | gbubalo@beckerlaw com |
| David | | Buchanan | | Seeger & Weiss L L P | Newark | NJ | dbuchanan@seegerweiss com |
| Robert | Cape | Buck | | Schlueter Buck & Childers | Conyers | GA | rbuck@sbc-law com |
| Vivian | Vines | Campbell | | Whatley Drake, L L C | Birmingham | AL | vcampbell@whatleydrake com |
| James | T | Capretz | | Attorney at Law | Newport Beach | CA | jcapretz@capretz com |
| Edmund | | Carey | | Barrett, Johnston, & Parsley | Nashville | TN | tcarey@barrettjohnston com |
| Ted | | Carey | | Robinson & Cole L L P | Boston | MA | tcarey@bost rc com |
| John | | Casey | | Robinson & Cole L L P | Boston | MA | jcasey@RC com |
| Dwayne | | Champion | | Grouppa | Minneapolis | MN | grouppa@qwest net |
| Bryan | | Cigelske | | Taylor Martino & Hedge | Mobile | AL | Bryan@jtmlaw com |
| Daniel | A | Claitor | | Claitor, Loupe & Bateman | Baton Rouge | LA | claitor@bellsouth net |
| Lee | L | Coleman | | Hughes & Coleman | Bowling Green | KY | lcoleman@hughesandcoleman com |
| William | Peter | Connick | | Connick, Lentini, Wimberly & deLaup | Metaine | LA | cwdlaw@bellsouth net |
| Ernest | | Cory | | Cory Watson, Crowder, & Degaris, P C | Birmingham | AL | ECory@cwcd com |
| Frank | | Costilla | Jr | Attorney at Law | Brownsville | TX | Frank@costillalaw com |
| Sidney | A | Cotlar | | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ppa@hhkc com |
| Mark | T | Coulter | | Peirce, Raimond, and Coulter | Pittsburgh | PA | mcoulter@peircelaw com |
| Donald | | Cravins | | Domengeaux Wright Roy Edwards | Lafayette | LA | donaldc@wrightroy com |
| Gordon | R | Crawford | | Gordon R Crawford & Associates | Gonzales | LA | gcrawford@attorneycrawford com |
| Rebecca | | Cunard | | Rebecca Cunard | Baton Rouge | LA | rebecca@cunardlaw com |
| J | Robert | Davis | | J Robert Davis LLP | Houston | TX | robert@jrobertdavisllp com |
| Leonard | | Davis | | Herman, Mathis, Casey, Kitche | New Orleans | LA | ldavis@HHKC com |
| Anneslev | H | DeGaris | | Cory, Watson Crowder, & Deg | Birmingham | AL | adegaris@cwcd com |

| Terry | L | Dempsey | | Lowery & Dempsey | Russellville | AL | TDemp20078@aol com |
|---|---|---|---|---|---|---|---|
| Robert | | Diliberto | | Murray Law Firm | New Orleans | LA | rdiliberto@murray-lawfirm com |
| James | R | Dugan | II | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | jrd@gauthier-downing com |
| Joseph | | Duno | | Attorney at Law | Baton Rouge | LA | jduno@eguarantee com |
| Tom | | Dutton | | Pittman Hooks, Dutton & Hollis | Birmingham | AL | tomd@pittmanhooks com |
| James | B | Early | | Early, Ludwick & Sweeney | New Haven | CT | jearly@elslaw com |
| Marc | | Edelson | | Hoffman & Edelson | Doylestown | PA | medelson@hofedlaw com |
| Connie | | Edwards | | Cohen, Milstein, Hausfeld, & Toll, P L L C | Washington | DC | CEdwards@CMHT com |
| Tony | W | Edwards | | Stipe Law Firm | McAlester | OK | tedwards@stipelaw com |
| Jeffrey | | Ellis | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | jellis@kandelaw com |
| Margaret | | Ellis | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandepasms@aol com |
| Sharon | | Ericksen | | Robinson & Cole L L P | Boston | MA | sericksen@rc com |
| Kim | | Evers | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P A | Pensacola | FL | kevers@levinlaw com |
| Calvin | C | Fayard | Jr | Fayard & Honeycutt, A P C | Denham Springs | LA | calvinfayard@fayardlaw com |
| Steve | | Fearon | | Squitieri & Fearon, LLP | New York | NY | stephen@sfclasslaw com |
| Michael | | Fishbein | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mfishbein@msn com |
| Dina | S | Fisher | | Robinson & Cole L L P | Hartford | CT | dfisher@rc com |
| Keith | | Fleishman | | Milberg, Weiss, Bershad, Hynes, & Lerach L L P | New York | NY | kf@mwbhlny com |
| Richard | | Freese | | Langston Sweet & Freese PA | Birmingham | AL | richfreese@aol com |
| Keelyn | | Friesen | | Cohen, Milstein, Hausfeld, & Toll, P L L C | Seattle | WA | kfriesen@cmht com |
| Hector | | Gancedo | | Gancedo & Nieves L L P | Pasadena | CA | hgancedo@gancedonieves com |
| Laura | | Gianni | | Sherman Salkow Petoyan & W | Los Angeles | CA | lgianni@shermanonlaw com |
| Jeff | | Goldenberg | | Murdock, Goldenberg, Schneider & Groh | Cincinnati | OH | jgoldenberg@mgsglaw com |
| Ronald | S | Goldser | | Zimmerman Reed | Minneapolis | MN | rsg@zimmreed com |
| James | D | Gotz | | Robinson & Cole L L P | Boston | MA | jgotz@bost rc com |
| Peter | A | Grammas | | Langston Sweet & Freese PA | Birmingham | AL | debbie hudson@lsf-law com |
| Jim | | Green | | Ashcraft & Gerel | Washington | DC | jgreen@dc ashcraftlaw com |
| David | | Greenstone | | Waters & Kraus | Dallas | TX | greenstone@awpk com |
| Thomas | P | Gressette | Jr | Richardson, Patrick Westbrook & Brickman LLC | Charleston | SC | tgressette@rpwb com |
| William | | Guy | | Law Offices of William Guy | McComb | MS | janiceguy@guylaw com |
| H | Blair | Hahn | | Richardson, Patrick, Westbrook & Brickman LLC | Charleston | SC | bhahn@rpwb com |
| W | Todd | Harvey | | Whatley Drake, L L C | Birmingham | AL | tharvey@whatleydrake com |
| James | A | Hatch | | Attorneys at Law | LaPlace | LA | jahmmb@yahoo com |
| Molly | | Hegarty | | Von Briesen Purtell & Roper | Milwaukee | WI | mhegarty@vonbriesen com |
| Russ | M | Herman | | Herman, Herman, Katz & Cotlar L L P | New Orleans | LA | ppa@hhkc com |
| James | E | Hoffmann | | Levin & Hoffmann | Encino | CA | berwin@levinhoffmann com |
| Thomas | | Hollander | | Attorney at Law | Pittsburgh | PA | th@hollander-law com |
| Alva | A | Hollon | Jr | Sams & Hollon, P A | Jacksonville | FL | aahjoh@aol com |
| Andrew | J | Horne | | Oldfather & Morris | Louisville | KY | ajh@omky com |
| Richard | | Hunnicutt | | Wayne Wright, LLP | San Antonio | TX | dbaker@waynewright com |
| Jalila | | Jefferson | | Murray Law Firm | New Orleans | LA | jjefferson@murray-lawfirm com |
| Candice | | Jenkins | | Law Offices of Ronnie G Penton | Bogalusa | LA | candice@rgplaw com |
| Douglas | | Johnston | | Barrett, Johnston, & Parsley | Nashville | TN | djohnston@barrettjohnston com |
| Jane | | Joseph | | Lopez, Hodes, Restaino, Milman & Skikos | Shaker Hts | OH | jejoseph@ix netcom com |
| Joshua | | Katz | | Lanahan & Reilley L L P | Santa Rosa | CA | jkatz@lanahan com |
| Keenan | | Kelly | | Kelly Townsend & Thomas | Natchitoches | LA | kkelly@cp-tel net |
| James | M | Kenna | | Gancedo & Nieves L L P | Pasadena | CA | jkenna@gancedonieves com |
| Dana | | Kirk | | Kirk Law Firm | Houston | TX | KirkLawFirm@aol com |
| James | W | Kitchens | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandejaxon@aol com |
| Rhett | D | Klok | | Ness Motley | Mt Pleasant | SC | rklok@nmlrp com |
| Richard | | Kopelman | | Orlando & Kopelman | Decatur | GA | richard@orlandokopelman com |
| Jeff | S | Korek | | Gersowitz Libo & Korek P C | New York | NY | jkorek@lawyertime com |
| Peter | A | Kraus | | Waters & Kraus | Dallas | TX | kraus@asbestos-lawyer com |
| Stuart | A | Kritzer | | Stuart A Kritzer Law Offices | Denver | CO | stuart@kritzer com |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| David | | Krugler | | Seeger & Weiss L L P | Newark | NJ | dkrugler@seegerweiss com |
| Lisa | | Kruse | | Gallagher Lewis Serafin, Downey & Kim | Houston | TX | lisak@gld-law com |
| Beth | J | Kushner | | Von Briesen, Purtell & Roper | Milwaukee | WI | bkushner@vonbriesen com |
| Rick | | Kuykendall | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor P A | Pensacola | FL | fold8@aol com |
| Andre | Phillip | LaPlace | | Law Offices of Andre P LaPlace | Baton Rouge | LA | alaw@andrelaplace com |
| Regina | | Lapolla | | Milberg, Weiss, Bershad, Hynes, & Lerach L L P | New York | NY | rll@mwbhlny com |
| Erin | Sweeny | Larkin | | Robinson & Cole L L P | Boston | MA | elarkin@bost rc com |
| David | C | Lee | | Lee, Lee & Lee | Knoxville | TN | dlee@jdlee com |
| Gano | D | Lemoine | Jr | Andrus Boudreaux Lemoine & Tonore | Lafayette | LA | glemoine@abltlaw com |
| Arnold | | Levin | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | alevin@lfsblaw com |
| Irwin | B | Levin | | Cohen & Malad | Indianapolis | IN | ilevin@cohenandmalad com |
| Richard | | Lewis | | Cohen, Milstein, Hausfeld, & Toll, P L L C | Washington | DC | rlewis@cmht com |
| Lawrence | H | Lieberman | | Cross & Lieberman PA | Phoenix | AZ | lieberman@crosslieb com |
| Hans | Joseph | Liljeberg | | Connick & Liljeberg, LLC | Metaine | LA | connickliljeberg@aol com |
| Kathy | | Limbaugh | | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | KathyL@pittmanhooks com |
| Robert | F | Linton | Jr | Linton & Hirshman | Cleveland | OH | amills@lintonhirshman com |
| Gene | | Locks | | Greitzer and Locks | Philadelphia | PA | glocks@greitzerlocks com |
| Ramon | Rossi | Lopez | | Lopez, Hodes, Restaino Milman & Skikos | Newport Beach | CA | rlopez@lopez-hodes com |
| J | Chandler | Loupe | | Claitor Loupe & Bateman | Baton Rouge | LA | jloupe@aol com |
| Gail | M | Lundgren | | Bernard, Lundgren & Associates, PLLC | Seattle | WA | Gail@bernardlundgren com |
| Hunter | W | Lundy | | Lundy & Davis, L L P | Lake Charles | LA | hlundy@lundydavis com |
| Alex | | MacDonald | | Robinson & Cole L L P | Boston | MA | amacdonald@bost rc com |
| Grant | | Marylander | | Bogue Koury Law Firm | Denver | CO | gmland@bkmllc com |
| Charles | Allison | Mathis | Jr | Mathis & Adams | Atlanta | GA | cmathis@hermanmathis com |
| David | P | Matthews | | Abraham Watkins, Nichols Sorrels, et al | Houston | TX | lizy_cardenas@abrahamwatkins com |
| Gordon | | McKernan | | McKernan Law Firm, P L L C | Baton Rouge | LA | gmckernan@mckernanlawfirm com |
| Jerry | | McKernan | | McKernan Law Firm, P L L C | Baton Rouge | LA | hkeller@mckernanlawfirm com |
| Tyrone | C | Means | | Thomas Means Gillis & Seay P | Montgomery | AL | tcmeans@tmgpc com |
| Ron | Michael | Meneo | | Early, Ludwick, Sweeney & Strauss | New Haven | CT | ppamdl@elslaw com |
| David | | Miceli | | Beasley, Allen, Crow Methvin, Portis & Miles, P C | Montgomery | AL | david miceli@beasleyallen com |
| Marcus | Joseph | Michles | II | Michles & Booth PA | Pensacola | FL | sharon@littlepagebooth com |
| Clay | | Miller | | Miller Curtis LLP | Dallas | TX | miller@millerandcurtis com |
| Kathleen | | Millican | | Lopez, Hodes, Restaino, Milman & Skikos | San Francisco | CA | kmillican@lopez-hodes com |
| Donna | Siegel | Moffa | | Rodriguez & Richards, L L C | Haddonfield | NJ | donna@rr-law com |
| James | A | Morris | Jr | Provost & Umphrey | Beaumont | TX | jmorris@provostumphrey com |
| Peyton | Patrick | Murphy | | Murphy Law Firm | Baton Rouge | LA | pmurphy@murphylfirm com |
| Stephen | | Murray | | Murray Law Firm | New Orleans | LA | smurray@murray-lawfirm com |
| Jo | Ann | Napier | | Abraham, Watkins Nichols, Sorrels, Matthwes & Friend | Houston | Tx | Rushlegal@aol com |
| Dianne | M | Nast | | Roda & Nast, PC | Lancaster | PA | dnast@rodanast com |
| Barrington | R | Neil | | Upton & Marinoff | Baton Rouge | LA | brneil@bellsouth net |
| Heather | | Neulight | | Greitzer and Locks | Philadelphia | PA | hneulight@greitzerlocks com |
| Edward | J | Nevin | | Law Offices of Nevin & Absalom | San Francisco | CA | EdNevin@333Law com |
| Tina | B | Nieves | | Gancedo & Nieves L L P | Pasadena | CA | tnieves@gancedonieves com |
| Melinda | Davis | Nokes | | Lopez, Hodes, Restaino, Milma | Newport Beach | CA | mdavisnokes@lopez-hodes com |
| Peter | Spencer | Obetz | | Bartimus, Frickleton, Robertson & Obetz | Kansas City | MO | peter@rflawfirm com |
| Tim | | O'Brien | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P A | Pensacola | FL | tobrien@levinlaw com |
| Tom | | O'Driscoll | | Mayfield & Ogle, PA | Ormond Beach | FL | tmolegal@Bellsouth net |
| Leslie | | O'Leary | | Williams, Daily, O'Leary Craine | Portland | OR | loleary@wdolaw com |
| Scott | | Ozmun | | Whitehurst, Harkness, Ozmun & Archuleta | Austin | TX | sozmun@whoalaw com |




| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robert | G | Pahlke | | Van Steenberg Law Firm | Scottsbluff | NE | rgp@vanlaw net |
| Alexander | C | Papandreou | | Clark, Depew & Tracey, Ltd LLP | Houston | TX | Papandreou@clarkdepew com |
| Michelle | | Parfitt | | Ashcraft & Gerel | Washington | DC | mparf@aol com |
| Gale | D | Pearson | | Gale D Pearson & Associates P A | Minneapolis | MN | attorneys@outtech com |
| Michael | Edward | Pederson | | Weitz & Luxenberg | New York | NY | mpederson@weitzlux com |
| Patrick | W | Pendley | | Pendley Law Firm | Plaquemine | LA | Pendley@pendleylawfirm com |
| Robert | E | Piper | | Piper & Associates | Shreveport | LA | piper@mnss com |
| Kirk | L | Pittard | | Waters & Kraus | Dallas | TX | pittard@awpk com |
| Timothy | T | Pridmore | | McWhorter Cobb & Johnson | Lubbock | TX | tpridmore@mcjllp com |
| Alicia | | Ramos | | Clark, Depew & Tracey, Ltd LLP | Houston | Texas | Ramos@clarkdepew com |
| Robert | | Ramsey | | Ramsey Law Firm | Mobile | AL | rsramsey@ramseylawfirm com |
| Julia | | Reed | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jreed@Lopez-Hodes com |
| Ellen | | Relkin | | Weitz & Luxenberg | New York | NY | erelkin@weitzlux com |
| John | | Restaino | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jrestaino@lopez-hodes com |
| David | B | Rheingold | | Rheingold, Valet Rheingold, & Shkolnik P C | New York | NY | drheingold@rheingoldlaw com |
| Paul | D | Rheingold | | Rheingold, Valet, Rheingold, & Shkolnik, P C | New York | NY | prheingold@rheingoldlaw com |
| Louis | C | Ricciardi | | Rodriguez & Richards, L L C | Philadelphia | PA | louis@trrlaw com |
| Jennifer | A | Riley-Collins | | Edward A Williamson, Attorney | Philadelphia | MS | jcollins@eawlaw com |
| Mark | P | Robinson | Jr | Robinson Calcagnie & Robinso | Newport Beach | CA | mrobinson@robinson-pilaw com |
| Jimmy | F | Rodgers | | Summers & Wyatt, PC | Chattanooga | TN | jrodgers@summersandwyatt com |
| Lisa | J | Rodriguez | | Rodriguez & Richards, L L C | Haddonfield | NJ | lisa@rr-law com |
| Thomas | D | Rogers | | Richardson Patrick Westbrook & Brickman | Charlston | SC | trogers@rpwb com |
| Sandra | | Rohrstaff | | Miller & Associates | Alexandria | VA | srohrstaff@doctoratlaw com |
| Michael | L | Rosenberg | | Seeger & Weiss LLP | Newark | NJ | mrosenberg@seegerweiss com |
| Steven | | Rotman | | Robinson & Cole L L P | Boston | MA | srotman@bost rc com |
| Kevin | W | Ryan | | Michie Hamlett, Lowry, Rasmussen, & Tweel, P C | Charlottesville | VA | kryan@mhlrt com |
| Frederick | P | Santarelli | | Elliott Reihner Siedzikowski & Egan, P C | Blue Bell | PA | FPSantarelli@erse com |
| Joseph | H | Saunders | | Saunders, Walker & Coleman, P A | Pinellas Park | FL | joe@saunderslawyers com |
| Fred | | Schenk | | Casey, Gerry, Reed & Schenk | San Diego | CA | fschenk ppa@cglaw com |
| Chris | | Scott | | Ashcraft & Gerel | Washington | DC | cscott@dc ashcraftlaw com |
| Chris | | Seeger | | Seeger & Weiss L L P | New York | NY | cseeger@seegerweiss com |
| Roman | A | Shaul | | Beasley, Allen, Crow, Methvin, | Montgomery | AL | roman shaul@beasleyallen com |
| Arthur | | Sherman | | Sherman Salkow Petoyan & W | Los Angeles | CA | asherman@shermanonlaw com |
| Judy | | Shopp | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | jshopp@lfsblaw com |
| Jonathan | | Shub | | Sheller, Ludwig & Badey, PC | Philadelphia | PA | jshub@sheller com |
| Charles | Stein | Siegel | | Waters & Kraus | Dallas | TX | siegel@awpk com |
| Anthony | | Simon | | Richmond Simon & Abston | Jackson | MS | arsfr2000@aol com |
| Cindy | | Sims | | Claitor, Loupe & Bateman | Baton Rouge | LA | cecesims@aol com |
| W | James | Singleton | | The Singleton Law Firm | Shreveport | MS | singlaw@shreve net |
| Steven | | Skikos | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sskikos@lopez-hodes com |
| John | Hunter | Stevens | | Grenfell, Sledge & Stevens PLLC | Jackson | MS | jstevens91@aol com |
| David | | Suggs | | Lopez, Hodes, Restaino, Milman & Skikos | Shorewood | MN | dsuggs@attglobal net |
| Jennifer | | Sustacek | | Zimmerman Reed | Minneapolis | MN | jks@zimmreed com |
| Nelda | | Talamantes | | Waters & Kraus | Dallas | TX | talamantes@awpk com |
| David | | Terry | | Law Office of Vic Terry | Dallas | TX | davidterry@davidterry com |
| Robert | Simms | Thompson | | Robert Simms Thompson PC | Tuskegee | AL | rstpc@aol com |
| John | C | Thornton | | Andrews & Thornton | Santa Ana | CA | jct@andrewsthornton com |
| Michelle | | Tiger | | Greitzer and Locks | Philadelphia | PA | mtiger@greitzerlocks com |
| Chris | | Tisi | | Ashcraft & Gerel | Washington | DC | cvtisi@aol com |
| Dianne | G | Vervaeke | | Domengeaux Wright Roy Edwards | Lafayette | LA | dianev@wrightroy com |
| Margaret | | Walker | | Saunders, Walker & Coleman, | Pinellas Park | FL | mwalker7@tampabay rr com |
| Elizabeth | | Wall | | Seeger & Weiss L L P | Newark | NJ | ewall@seegerweiss com |
| Leila | H | Watson | | Cory, Watson, Crowder, & Degaris, P C | Birmingham | AL | lwatson@cwcd com |
| Phillip | O | Watts | | Watts & Watts | Oklahoma City | OK | wattslawoffices@coxinet net |



| | | | | | | |
|---|---|---|---|---|---|---|
| Michael | | Weinkowitz | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mweinkowitz@lfsblaw com |
| Lee | | Weiss | Milberg, Weiss, Bershad, Hynes, & Lerach L L P | New York | NY | law@mwbhlny com |
| John | H | Westover | Attorney at Law | Phoenix | AZ | jwestoveratty@qwest net |
| Joe | | Whatley | Whatley Drake, L L C | Birmingham | AL | jwhatley@whatleydrake com |
| Daniel | E | Wherry | Mattson Ricketts Law Firm | Lincoln | NE | dew@mattsonricketts com |
| J | Stewart | White | Law Offices of White & Meany | Reno | NV | jswhite@whiteandmeany com |
| W | Paul | Wilkins | LeBlanc Maples & Waddell | Baton Rouge | LA | pwilkins@lw-law net |
| Michael | L | Williams | Williams, Daily, O'Leary, Craine | Portland | OR | mwilliams@wdolaw com |
| Martin | | Willoughby | Frazer Davidson | Jackson | MS | mwilloughby@frazerdavidson com |
| Bob | F | Wright | Domengeaux Wright Roy Edwa | Lafayette | LA | bobw@wrightroy com |
| Sortinos | B | Yanakakis | Ashcraft & Gerel | Washington | DC | syanakakis@dc ashcraftlaw com |
| Charles | S | Zimmerman | Zimmerman Reed | Minneapolis | MN | csz@zimmreed com |
| J | D | Zink | Zink & Lenzi | Chico | CA | chicolaw@pacbell net |

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Phenylpropanolamine,

Plaintiff,

vs.

,

Defendant.

Case No. 2 01-md-01407

Document number 1106 was scanned and saved on the court's file server

By
Deputy Clerk

DATE: October 30, 2002