FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 1 ? 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

MDL 01-01407  00001240

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 2 ? 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE Phenylpropanolamine (PPA) Products ) No MDL 1407
Liability Litigation )
) [~~PROPOSED~~]
) CASE MANAGEMENT ORDER
) # 10
This document relates to all actions )
)

On March 21, 2002, this Court entered Case Management Order No 6 (Case-Specific Fact Discovery Procedures and Plan), which addressed, inter alia, discovery of individual plaintiffs in these MDL proceedings  When that Order was entered there were approximately 439 cases in this MDL  CMO No 6 provided that discovery of these plaintiffs was to be completed by February 28, 2003, and of all subsequently transferred cases within 12 months of the docketing of those cases in this MDL  As of today there are approximately 1,500 total plaintiffs in 736 cases either in or pending transfer to this MDL  Despite the requirement in CMO No 6 that plaintiffs complete a Plaintiff's Fact Sheet (PFS), and despite the efforts of the Defendants and the Plaintiffs' Steering Committee, the Court is informed that there are plaintiffs who have not complied with this requirement

Therefore, in order to provide for the timely completion of discovery, it is hereby

ORDERED, as follows

1    Only upon the completion of all discovery set out in all case management orders and the disposition of all applicable motions, may cases be considered for suggestion of

[PROPOSED] CASE MANAGEMENT ORDER - 1
Case No MDL 1407
019186 0028/958829 1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

EXHIBIT
D

1  remand to their transferor court in a manner and pursuant to a schedule to be determined by this Court. If the defendants contend that the transferor court is not the appropriate United States District Court for the trial of a case in which remand has been requested, they may file the appropriate motion, which will be determined by this Court prior to any suggestion of remand of that case.

2.  If any plaintiff has not completely complied with the discovery requirements set forth in the prior Orders of the Court, including the completion of a PFS, his or her case shall not be considered for remand until this Court has determined that the discovery obligations of the plaintiff have been completed, and defendants have had sufficient time, consistent with ¶ VI of CMO No. 6 and ¶ 3, below, to complete case-specific discovery.

3.  Notwithstanding any deadline for the completion of case-specific discovery set forth in CMO No. 6, if a plaintiff fails to provide complete responses to the PFS, the period for the completion of discovery for his or her case under ¶ VI of CMO No. 6 shall not begin to run until a substantially complete PFS and accompanying authorizations have been provided to defendants.

4.  Nothing in this Order shall prevent defendants from seeking additional remedies or sanctions against any plaintiff for failure to comply with the discovery obligations set out in prior CMOs, on a case-by-case basis.

5.  This Order applies to all cases currently docketed in MDL 1407 or which may in the future be docketed in MDL 1407.

SO ORDERED this 21st day of November, 2002.

Barbara Jacobs Rothstein
United States District Court Judge

[PROPOSED] CASE MANAGEMENT ORDER - 2
Case No. MDL 1407
019186 0028/958829 1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1  Presented by

2  LANE POWELL SPEARS LUBERSKY LLP

3

4  By 
   D Joseph Hurson
5  WSBA No  09296
   *Co-Liaison Counsel for the PPA*
6  *Manufacturer-Defendants*

[PROPOSED] CASE MANAGEMENT ORDER - 3
Case No  MDL 1407
019186 0028/958829 1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Phenylpropanolamine,

    Plaintiff,

        vs.

    Defendant.                         Case No.   2:01-md-01407

Document number 1240 was scanned and saved on the court's file server.

By:
Deputy Clerk

DATE:   November 22, 2002