UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following actions:<br>Tracey Bolwell v. Duramed Pharmaceuticals Inc., et al<br>2:02-cv-02016-BJR | MDL NO. 1407<br><br>AMENDED PETITION FOR SUGGESTION OF REMAND ORDER |

The below-signed counsel of record in the following case:

<u>Tracey Bolwell v. Duramed Pharmacueticals Inc., et al., 2:02-cv-02016-BJR</u>

hereby certifies to the Court in good faith that the described case has completed case-specific fact discovery, and that all other generic fact and expert discovery as to each defendant is complete or time-barred, and otherwise is ripe for remand to its transferor court for

ORDER
PAGE - 1 -

EXHIBIT G

further proceedings and disposition.

The below-signed counsel further certifies in good faith that the following information is accurate:

Case Caption: <u>Tracey Bolwell v. Duramed Pharmacueticals Inc., et al.,</u>

Transferor Court: <u>District of Connecticut (New Haven)</u>

Date of Original Filing: <u>6/11/2002</u>

Date Docketed in MDL 1407: <u>10/11/02</u>

Date of Alleged Injury: <u>1/27/1997</u>

Specific Type of Injury Claimed: <u>Hemorrhagic Stroke with hemipareisis, memory loss, loss of vision, pain, anxiety, mental anguish, and emotional distress</u>

Identity of All Defendants:

    Duramed Pharmaceuticals, Inc.;

    Barr Laboratories, Inc.

        Represented by Shannon Cook, Esq.
        Joseph P. Thomas, Esq.
        Tiffany Reece Clark, Esq.
        ULMER & BERNE LLP
        600 Vine Street, Suite 2800
        Cincinnati, Ohio 45202-2409
        (513) 698-5000; (513) 698-5029 FAX

Estimated Length of Trial: <u>3 weeks</u>

DATED at this 19th day of May, 2004.

                                            Respectfully Submitted,

1
2
3      /s/ Michael J. Luzzi
       Michael J. Luzzi, Esq.
       *Fed. Bar No. CT 12518*
4      James F. Early, Esq.
       *Fed. Bar No. CT 04140*
5
6      Early, Ludwick & Sweeney, LLC
       PO Box 1866
7      New Haven, CT 06508-1866
       203-777-7799
8      Fax : 203-777-7799
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
PAGE - 3 -

## CERTIFICATION

This is to certify that:

A copy of the foregoing was sent via First Class US Mail, postage prepaid, this 19th day of May, 2004, to the following counsel of record:

 Shannon Cook, Esq.
 Joseph P. Thomas, Esq.
 Tiffany Reece Clark, Esq.
 ULMER & BERNE LLP
 600 Vine Street, Suite 2800
 Cincinnati, Ohio 45202-2409

A copy of the foregoing was sent via electronic mail (e-mail) this 19th day of May, 2004, to the following counsel of record:

 Douglas A Hofmann
 WILLIAMS, KASTNER & GIBBS
 601 Union Street, Ste. 4100
 Seattle, WA 98101
 dhofmann@wkg.com

 D. Joseph Hurson
 LANE, POWELL, SPEARS, LUBERSKY
 1420 Fifth Ave, Ste 4100
 Seattle, WA 98101-2338
 hursond@lanepowell.com

 Lance Eugene Palmer
 LEVINSON FRIEDMAN
 720 3rd Ave,. Ste 1800
 Seattle, WA 98104-1845
 LEP@admiralty.com
 kgt@admiralty.com

        /s/ Michael J. Luzzi
        Michael J. Luzzi, Esq.

ORDER
PAGE - 4 -