UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

*Bdwell v. Duramed*

CASE NUMBER: 302CV01001 AWT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: **Defendants Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.**

| | |
|---|---|
| 3/13/06 | *(signature)* |
| Date | Signature |
| phv0937 | Jennifer Hageman |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | Ulmer & Berne LLP |
| 513-698-5022 | 600 Vine Street, Suite 2800 |
| Telephone Number | Address |
| 513-698-5023 | Cincinnati, Ohio  45202-2409 |
| Fax Number | |
| jhageman@ulmer.com | |
| E-mail address | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Ron Michael Meneo, Esq.
Early Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

*(signature)*
Jennifer Hageman
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24