UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | JUDGE ALVIN W. THOMPSON |
| vs. | : | MAG. JUDGE DONNA F. MARTINEZ |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| Defendants. | : | April 11, 2006 |

## AGREED MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER

Pursuant to United States District Court for the District of Connecticut Local Rule 7(b), plaintiff Tracy Bolwell and defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, jointly file this agreed motion for entry of an amended scheduling order. The parties jointly request that the Court grant this motion and enter the amended scheduling order in the form attached hereto in order to provide the parties with additional time to complete the necessary discovery to prepare this matter for all pre-trial proceedings and trial of this action. The parties would show the Court that this amended scheduling order is necessary due to the complexity of the issues involved in this matter and unavoidable delays in discovery due to scheduling depositions, including the depositions of defendant Duramed's 30(b)(6) representative, plaintiff's treating physicians, and other fact witnesses. The parties submit that no undue delay or prejudice will result from entry of this amended scheduling order, and the deadline for the parties' submission of the joint trial memorandum will remain unchanged.

This agreed motion for entry of an amended scheduling order is the first joint motion for an extension of discovery deadlines issued by this Court. Plaintiff previously moved the Court for additional time to conduct fact discovery beyond the deadlines set by the Court in MDL 1407, *In re Phenylpropanolamine Products Liability Litigation.*

WHEREFORE, for all of the foregoing reasons, the parties respectfully request the Court grant this agreed motion for an amended scheduling order and enter an amended scheduling order in the form attached hereto.

Respectfully Submitted,

/s/ Thomas H. Winslow

Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
(860) 678-4425
(860) 678-4427 FAX

Joseph P. Thomas
Ohio Bar No: 0040379
CT Fed. Bar No. phv0382
Jennifer Hageman
Ohio Bar No.: 0066632
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

**Counsel for Defendants
Duramed Pharmaceuticals, Inc., and
Barr Laboratories, Inc.**

2

Case 3:02-cv-01001-AWT    Document 54    Filed 04/12/2006    Page 3 of 4

*[signature: Ron Meneo w/ permission]*
_____
Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via facsimile, Federal Express and/or U.S. mail on the 11th day of April, 2006 on:

Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**Attorneys for Plaintiffs**

_____

368417.1 (27494-3)
4/11/2006 3:55 PM

4