# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | JUDGE ALVIN W. THOMPSON |
| vs. | : | MAG. JUDGE DONNA F. MARTINEZ |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| Defendants. | : | April 11, 2006 |

## AGREED MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER

Pursuant to United States District Court for the District of Connecticut Local Rule 7(b), plaintiff Tracy Bolwell and defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, jointly file this agreed motion for entry of an amended scheduling order. The parties jointly request that the Court grant this motion and enter the amended scheduling order in the form attached hereto in order to provide the parties with additional time to complete the necessary discovery to prepare this matter for all pre-trial proceedings and trial of this action. The parties would show the Court that this amended scheduling order is necessary due to the complexity of the issues involved in this matter and unavoidable delays in discovery due to scheduling depositions, including the depositions of defendant Duramed's 30(b)(6) representative, plaintiff's treating physicians, and other fact witnesses. The parties submit that no undue delay or prejudice will result from entry of this amended scheduling order, and the deadline for the parties' submission of the joint trial memorandum will remain unchanged.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/24/06