UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | |

## APPEARANCE

On behalf of Early, Ludwick & Sweeney, LLC, counsel for the Plaintiff Tracy Bolwell in the above-entitled matter, please take notice that the undersigned, Brian P. Kenney, Esq., Federal Bar No. CT 27025, hereby appears as an attorney of record for the Plaintiff Tracy Bolwell.

Respectfully submitted,

Brian P. Kenney, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, CT 06510
203-777-7799
203-785-1671 (fax)

Counsel for the Plaintiff
Tracy Bolwell

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this _____ day of June, 2006 to the following counsel of record:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas
Jeffrey D. Geoppinger
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

Brian P. Kenney, Esq.