UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | JUNE 15, 2006 |

**PLAINTIFF'S MOTION TO ENLARGE TIME AND EXTEND DISCOVERY**

Plaintiff Tracy Bolwell hereby moves this Court for an extension of time in the amount of thirty (30) days, until July 15, 2006 in which to take the depositions of former Duramed employees John Rapoza, William Stoltman and Ken Phelps.

As grounds for this Motion, the plaintiff states:

1. The current deadline for the completion of case-specific, non-expert discovery in this case is June 16, 2006.

2. On June 1, 2006, after numerous requests from the Plaintiff and after a 3 1/2 week postponement of the originally scheduled date, Defendant Duramed produced a 30(b)(6) witness - Ms. Laura Cannon - so Plaintiffs could examine the organizational structure of and delineation of responsibilities within Duramed.

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

3. During that deposition, Ms. Cannon identified John Rapoza, William Stoltman and Ken Phelps, all former employees of the Defendant Duramed, as vested with managerial responsibilities that encompassed the labeling and safety of the product at issue in this case.

4. Previously, counsel for the defendant reported on March 17, 2006 that the defendant did not know the whereabouts of former Duramed employees William Stoltman and John Rapoza. (Letter attached as Exhibit A).

5. Immediately after the deposition of Ms. Cannon, Plaintiff's counsel, as a result of the information discovered during that deposition, searched for and was able to locate William Stoltman and John Rapoza.

6. Ms. Canon's corporate deposition was originally scheduled for May 9, 2006, but was postponed until June 1, 2006 by the Defendants.

7. The postponement of Ms. Canon's deposition delayed Plaintiff from discovering the importance of Mr. Stoltman, Mr. Rapoza and Mr. Phelps to the issues in this case, locating their whereabouts and scheduling their depositions.

8. Mr. Stoltman and Mr. Rapoza have not yet been served with subpoenas.

9. On June 2, 2006 the Plaintiff served a subpoena on Ken Phelps and scheduled his deposition for June 7, 2006 but counsel for the Defendants notified the Plaintiff that the Defendants now represent Mr. Phelps and requested that the deposition be postponed.

10. The Plaintiff agreed to the postponement so long as the Defendants did not object to a date that was after June 15, 2006, the current deadline for fact discovery in this case.

11. The Plaintiff will make every attempt to serve the subpoenas and schedule the above depositions within thirty days and at a time convenient for all parties and witnesses.

Wherefore, the Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Enlarge Time and Extend Discovery.

Respectfully submitted,

Brian P. Kenney, Esq.
Federal Bar # CT 27025
Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, CT 06510
203-777-7799
203-785-1671 (fax)

Counsel for the Plaintiff
Tracy Bolwell

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL                                CIVIL ACTION CASE NO.
                                             3:02-CV1001(AWT)
    Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

    Defendants.                              , 2006

## ORDER

The Court, having considered the Plaintiff's Motion to Enlarge Time and Extend Discovery, hereby grants/denies said Motion.

_____

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this __15th__ day of June, 2006 to the following counsel of record:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas
Jeffrey D. Geoppinger
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

Brian P. Kenney, Esq.