UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | : CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : |
| vs. | : |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : |
| Defendants. | : |

## DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S MOTION TO SET ASIDE ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME AND EXTEND DISCOVERY

Defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel and pursuant to District Court of Connecticut Local Rule 7(b)(3), hereby move to set aside the Order entered by the Court on June 20, 2006, granting plaintiff's Motion to Enlarge Time and Extend Discovery. Plaintiff has not provided the Court with good cause for granting an additional extension on fact discovery. Defendants' request to set aside that Order is supported by the attached Memorandum.

In the alternative, in the event the Court does not set aside the Order granting plaintiff's Motion to Enlarge Time and Extend Discovery, defendants request an extension of an additional thirty (30) days on all deadlines set forth in the scheduling order entered by the Court on April 24, 2006.

Further, pursuant to District Court of Connecticut Local Rule 7(a), defendants request an expedited ruling on this motion in order to eliminate unnecessary discovery in the event the motion is granted.

**ORAL ARGUMENT REQUESTED**

Respectfully Submitted,

/s/ Jeffrey D. Geoppinger
Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
(860) 678-4425
(860) 678-4427 FAX

Joseph P. Thomas
CT Fed. Bar No. phv0382
Jennifer Hageman
CT Fed. Bar No. phv0937
Jeffrey D. Geoppinger
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

**Counsel for Defendants
Duramed Pharmaceuticals, Inc., and
Barr Laboratories, Inc.**

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via Federal Express on the 22nd day of June, 2006 on:

Ron Michael Meneo, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

                                                  /s/ Jeffrey D. Geoppinger

379397.1
6/22/2006 2:54 PM