UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407<br><br>AMENDED PETITION FOR SUGGESTION OF REMAND ORDER |
| This document relates to the following actions:<br>Tracey Bolwell v. Duramed Pharmaceuticals Inc., et al<br>2:02-cv-02016-BJR | |

The below-signed counsel of record in the following

case:

<u>Tracey Bolwell v. Duramed Pharmacueticals Inc., et al.,</u>

<u>2:02-cv-02016-BJR</u>

hereby certifies to the Court in good faith that the

described case has completed case-specific fact discovery,

and that all other generic fact and expert discovery

as to each defendant is complete or time-barred, and

otherwise is ripe for remand to its transferor court for

ORDER
PAGE - 1 -

EXHIBIT C



further proceedings and disposition.

The below-signed counsel further certifies in good faith that the following information is accurate:

Case Caption: <u>Tracey Bolwell v. Duramed Pharmacueticals Inc., et al.,</u>

Transferor Court: <u>District of Connecticut (New Haven)</u>

Date of Original Filing: <u>6/11/2002</u>

Date Docketed in MDL 1407: <u>10/11/02</u>

Date of Alleged Injury: <u>1/27/1997</u>

Specific Type of Injury Claimed: <u>Hemorrhagic Stroke with hemipareisis, memory loss, loss of vision, pain, anxiety, mental anguish, and emotional distress</u>

Identity of All Defendants:

Duramed Pharmaceuticals, Inc.;

Barr Laboratories, Inc.

> Represented by Shannon Cook, Esq.
> Joseph P. Thomas, Esq.
> Tiffany Reece Clark, Esq.
> ULMER & BERNE LLP
> 600 Vine Street, Suite 2800
> Cincinnati, Ohio 45202-2409
> (513) 698-5000; (513) 698-5029 FAX

Estimated Length of Trial: <u>3 weeks</u>

DATED at this 19th day of May, 2004.

Respectfully Submitted,

ORDER
PAGE - 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Michael J. Luzzi
Michael J. Luzzi, Esq.
Fed. Bar No. CT 12518
James F. Early, Esq.
Fed. Bar No. CT 04140

Early, Ludwick & Sweeney, LLC
PO Box 1866
New Haven, CT 06508-1866
203-777-7799
Fax : 203-777-7799

ORDER
PAGE - 3 -

CERTIFICATION

This is to certify that:

A copy of the foregoing was sent via First Class US Mail, postage prepaid, this 19th day of May, 2004, to the following counsel of record:

    Shannon Cook, Esq.
    Joseph P. Thomas, Esq.
    Tiffany Reece Clark, Esq.
    ULMER & BERNE LLP
    600 Vine Street, Suite 2800
    Cincinnati, Ohio 45202-2409

A copy of the foregoing was sent via electronic mail (e-mail) this 19th day of May, 2004, to the following counsel of record:

    Douglas A Hofmann
    WILLIAMS, KASTNER & GIBBS
    601 Union Street, Ste. 4100
    Seattle, WA 98101
    dhofmann@wkg.com

    D. Joseph Hurson
    LANE, POWELL, SPEARS, LUBERSKY
    1420 Fifth Ave, Ste 4100
    Seattle, WA 98101-2338
    hursond@lanepowell.com

    Lance Eugene Palmer
    LEVINSON FRIEDMAN
    720 3rd Ave,. Ste 1800
    Seattle, WA 98104-1845
    LEP@admiralty.com
    kgt@admiralty.com

                                          /s/ Michael J. Luzzi
                                          Michael J. Luzzi, Esq.

ORDER
PAGE - 4 -