**Page 1**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AT HARTFORD


----------------------------------          :

TRACY BOLWELL,                              :
                                            :
        Plaintiff,                          :
                                            :
    vs.                                     :    CIVIL ACTION
                                            :3:02:cv-01001(AWT)
DURAMED PHARMACEUTICALS, INC.,              :
BARR LABORATORIES, INC.,                    :
                                            :
        Defendants.                         :
                                            :
----------------------------------          :



        Deposition of:  LAURA CANNON

        Taken:          By the Plaintiff
                        Pursuant to Notice

        Date:           June 1, 2006

        Time:           Commencing at 9:30 a.m.

        Place:          Ulmer Berne LLP
                        600 Vine Street
                        Suite 2800
                        Cincinnati, Ohio  45202

        Before:         Kimberly L. Wilson, CSR
                        Notary Public - State of Ohio


COPY

EXHIBIT

F

**Page 2**

1  APPEARANCES:
2  On behalf of the plaintiff:
3    Ron Michael Meneo, Esq.
       of
4    Early, Ludwick & Sweeney, LLC
     265 Church Street, 11th Floor
5    New Haven, Connecticut  06510
6
   On behalf of the defendants:
7
     Joseph P. Thomas, Esq.
8       of
     Ulmer Berne LLP
9    600 Vine Street
     Suite 2800
10   Cincinnati, Ohio  45202
11
12         - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1              I N D E X
2  LAURA CANNON                    PAGE
3    Cross-Examination by Mr. Meneo    4
4
5
6  EXHIBITS            MARKED  REFERENCED
7    Plaintiff's Exhibit 1    10    10
     Plaintiff's Exhibit 2    19    18
8    Plaintiff's Exhibit 3    27    20
     Plaintiff's Exhibit 4    27    28
9    Plaintiff's Exhibit 5    32    32
     Plaintiff's Exhibit 6    35    35
10   Plaintiff's Exhibit 7    38    38
     Plaintiff's Exhibit 8    41    42
11   Plaintiff's Exhibit 9    45    13
12
            - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1          P R O C E E D I N G S
2            LAURA CANNON
3  of lawful age, a witness herein, being first duly
4  sworn as hereinafter certified, was examined and
5  deposed as follows:
6           CROSS-EXAMINATION
7  BY MR. MENEO:
8     Q. Would you state your name for the record?
9     **A. Laura Cannon.**
10    Q. And are you currently employed by Duramed
11 Pharmaceuticals?
12    **A. Barr Pharmaceuticals, which Duramed**
13 **Pharmaceuticals is a subsidiary.**
14    Q. And which company are you employed by?
15    **A. Duramed.**
16    Q. Okay. And what's your current position at
17 Duramed?
18    **A. Director of quality assurance.**
19    Q. And has that been your position since the
20 merger of Barr Laboratories and Duramed?
21    **A. Yes.**
22    Q. And how about prior to the merger, what
23 was your position with Duramed Pharmaceuticals at
24 that point?
25    **A. The same, director of quality assurance.**

**Page 5**

1     Q. And how long have you been in that
2  position?
3     **A. Since December of 1997.**
4     Q. And prior to that were you with Duramed in
5  a different position?
6     **A. I was with Duramed as an associate**
7  **director of quality assurance.**
8     Q. Okay. How long were you with Duramed?
9     **A. I've been with them since December of 1995**
10 **with the exception of a ten-week layoff towards the**
11 **end of '96.**
12    Q. Okay. And prior to that did you work in
13 the pharmaceutical industry?
14    **A. Immediately prior to that I was in the**
15 **medical device field.**
16    Q. And who was your employer?
17    **A. It was Seabrook Medical Systems.**
18    Q. Do you know what this particular
19 litigation is about?
20    MR. THOMAS: Objection. With regard to
21    what you know the litigation is about, you can
22    disclose what you know other than what you
23    learned from counsel. In other words, don't
24    disclose communications between us because we
25    don't want to waive any privileges.

**2 (Pages 2 to 5)**

## Page 6

1    A.  I primarily know there is a lawsuit
2  against the company with regard to
3  phenylpropanolamine.
4  BY MR. MENEO:
5    Q.  Have you seen the complaint that was filed
6  against Duramed -- the complaint in this case that
7  started the lawsuit?
8    A.  Yes.
9    Q.  And for purposes of this deposition, if we
10  refer to phenylpropanolamine as PPA or
11  interchangeably, will that be acceptable to you?
12    A.  Yes.
13    Q.  And do you know what PPA is?  Do you know
14  what PPA is?
15    A.  Can you explain -- what do you mean by
16  that, do I know what PPA is?
17    Q.  Do you know what kind of a compound it is?
18  Do you know anything about PPA?
19    A.  I know it's an active ingredient in a
20  pharmaceutical drug.
21    Q.  Do you know what class of pharmaceutical
22  ingredients it's in?
23    A.  Class of pharmaceutical ingredients?
24    Q.  Uh-huh.
25    A.  That terminology doesn't mean anything to

## Page 7

1  me.
2    Q.  Have you ever heard of sympathomimetic
3  amines?
4    A.  No.
5    Q.  Do you know what a hemorrhagic stroke is?
6    A.  Technically, no.
7    Q.  Do you know what bleeding in the brain is?
8    A.  Sure.
9    Q.  Do you know what an ischemic stroke is?
10    A.  No.
11    Q.  When did you first become aware that there
12  were safety issues regarding PPA?
13      MR. THOMAS:  Objection.  You can answer.
14    A.  I never became aware there were.
15  BY MR. MENEO:
16    Q.  So as you sit here today, you're not aware
17  of any safety issues regarding PPA?
18    A.  No.
19    Q.  Are you aware that the FDA required PPA to
20  be withdrawn from the market?
21      MR. THOMAS:  Objection.  You can answer.
22    A.  I don't believe it was required to be
23  withdrawn.
24  BY MR. MENEO:
25    Q.  Do you -- well, what was it, then?

## Page 8

1    A.  It was recommended, but I don't believe
2  there was any requirement to withdraw it.
3    Q.  Are you aware that two years after the
4  recommendation, the FDA issued an announcement
5  formally withdrawing PPA from the marketplace?
6    A.  No, not officially.  I mean, not -- no.
7    Q.  Do you know why the FDA recommended PPA be
8  withdrawn from the marketplace?
9    A.  No.
10    Q.  So you know that the FDA recommended its
11  withdrawal, but you don't know why?
12    A.  Not specifically because before then we
13  were not selling it.  And so you watch the drugs
14  you're working on, you don't watch the other ones.
15    Q.  Okay.  And who at Duramed would be
16  responsible for watching the drugs?  Would that be
17  your responsibility or someone else's responsibility?
18    A.  Someone else's.
19      MR. THOMAS:  Objection to form.
20  BY MR. MENEO:
21    Q.  And who would that person be?
22    A.  It would have been the head of regulatory.
23    Q.  Who was the head of regulatory in 1996?
24    A.  1996 would have been John Rapoza.
25    Q.  And how about in 1997?

## Page 9

1    A.  Same.
2    Q.  And who is William Stoltman?
3    A.  He was the director of regulatory
4  compliance.
5    Q.  And how is his position different from Mr.
6  Rapoza's position?
7    A.  He reported to Mr. Rapoza.  Mr. Rapoza was
8  a vice president.
9    Q.  And what specifically would Mr. Stoltman
10  report to Mr. Rapoza?
11    A.  What specifically would he report?  I'm
12  trying to recall his responsibilities.  He was
13  responsible for complaint handling.  He was
14  responsible for label content review.  He was
15  responsible for Food & Drug Administration visits --
16  site visits, inspections, and he was our regulatory
17  sign off on day-to-day operations.  Things that
18  required regulatory approval, he was the site
19  regulatory person to do that.
20    Q.  So would Mr. Stoltman confirm that the
21  company had complied with the FDA requirements when
22  he signed off on operational tasks?
23    A.  Yes.
24      MR. THOMAS:  Objection.
25  BY MR. MENEO:

**3 (Pages 6 to 9)**

**Page 10**

1    Q.  And with respect to labeling content, was
2  he the last person to sign off on the label?
3    A.  I don't know how to answer that.  There
4  may have been others in a stream of labeling
5  approval.  There were people that worked for Bill as
6  well.  So there are times when they were reviewing
7  label content and signing off, but regulatory was
8  always a sign-off on it.
9    Q.  And that would be Mr. Stoltman?
10    A.  Or one of the people reporting to him.
11  And whether or not they were the last, I'm not -- I
12  don't know.
13    Q.  But whose ultimate responsibility would
14  that be?
15    A.  For label content would have been
16  regulatory.
17    Q.  Mr. Stoltman?
18    A.  The regulatory department, his people,
19  Bill and John Rapoza.
20      (Plaintiff's Exhibit 1 was marked for
21      identification.)
22    Q.  There were a series of requests that were
23  included in what was our Notice of Deposition, which
24  I'd like to mark as an exhibit.
25      MR. MENEO:  There's a copy for you and a

**Page 11**

1    copy for the witness.
2      MR. THOMAS:  I have one here.  I'll give
3    this to her.
4  BY MR. MENEO:
5    Q.  I'd like to go through questions 5 through
6  10, which appear on -- I believe it's the fourth page
7  of the Notice.  And if you know, could you identify
8  the person or persons responsible for Duramed's
9  manufacturing of products that contained PPA?
10    A.  Would have been Allen Marko.
11    Q.  Can you spell that for me?
12    A.  It's A-l-l-e-n M-a-r-k-o.
13    Q.  Allen?
14    A.  Allen.
15    Q.  Allen.  And could you identify the person
16  or persons responsible for Duramed's labeling of its
17  products that contained PPA?
18    A.  And John Rapoza.
19    Q.  And No. 7, the person or persons
20  responsible for the safety of Duramed's products that
21  contained PPA?
22      MR. THOMAS:  Objection to the form of the
23  question.
24    A.  Safety is part of the regulatory process,
25  so in that effect I would say John Rapoza.

**Page 12**

1  BY MR. MENEO:
2    Q.  And No. 8, the person or persons
3  responsible for Duramed's marketing and promotion of
4  its products that contained PPA?
5    A.  It would have been Jeff Arington.
6    Q.  And No. 9, the person or persons
7  responsible for the sale of Duramed's products that
8  contained PPA?
9    A.  That's also Jeff Arington.
10    Q.  And you may have answered No. 10, but for
11  the record the person or persons responsible for
12  Duramed's regulatory compliance with respect to its
13  products that contained PPA?
14    A.  It's John Rapoza.
15    Q.  Is John Rapoza still employed by Barr
16  Laboratories?
17    A.  No.
18    Q.  Do you know with whom he is employed by
19  currently?
20    A.  I do not.
21    Q.  Do you know where he is currently?
22    A.  I do not.
23    Q.  When is the last time you spoke to John
24  Rapoza?
25    A.  Probably in 2002.

**Page 13**

1    Q.  And did he work in the Cincinnati office
2  of Duramed?
3    A.  Yes.
4    Q.  I'll hand you what we'll call BLI 932
5  through 936.  Ms. Cannon, I'll represent to you that
6  this -- these documents were produced by Barr
7  Laboratories.  And if you look in the lower
8  right-hand corner, you'll see what's referred to as a
9  Bates No. BLI and these are sequential from 932 to
10  936.  If I could call your attention to page 1 of
11  this document.
12    A.  Okay.
13    Q.  Have you ever seen this document before?
14    A.  Yes.
15    Q.  Is it part of a larger document such as an
16  annual report?
17    A.  I do not know.
18    Q.  Where did you see it before?
19    A.  Likely during FDA inspections.  We
20  typically have to present FDA with organizational
21  charts so --
22    Q.  And when you say "FDA inspections," what
23  specifically would the FDA be inspecting for?
24    A.  FDA is required to come in and do routine
25  good manufacturing practice inspections.  They also

**4 (Pages 10 to 13)**

**Page 14**

1 come in and do what are called PAI inspections, prior
2 approval inspections. So when you have submitted
3 products to the FDA for either new drug applications
4 or abbreviated new drug applications, ANDAs, before
5 they approve those products, they come -- they have
6 the option of coming in to inspect your facility
7 and/or review the data associated with the filings.
8 There are times when they combine those inspections
9 as well.
10     Q. In 1996 did Duramed manufacture for itself
11 its products that contained PPA?
12     A. I don't know exactly the dates. I know we
13 have manufactured the PPA products, but the exact
14 dates of manufacture I do not recall.
15     Q. Can you recall the third parties -- the
16 third-party manufacturers that may have been used to
17 produce Duramed's PPA with guaifenesin tablets?
18     A. Interpharm was the one I recall.
19     Q. How about Schein Pharmaceuticals?
20     A. We have information from Schein, but I'm
21 not sure if Schein was a manufacturer or if they --
22 if we were providing product to them for their
23 resale.
24     Q. All right. If I could call your attention
25 to page 1 of this document. And if you look at the

**Page 15**

1 top of the page, Mr. E.T. Arington -- who I'm told is
2 also known as E. Thomas Arington -- at the time this
3 document was prepared, which at the bottom indicates
4 October 1996, Mr. E.T. Arington was the president and
5 CEO of Duramed; is that correct?
6     A. Yes.
7     Q. And if you look in the -- I'm not sure.
8 I'll point to it. This column across --
9     A. Yes.
10     Q. -- to the right there is an entry. It's
11 the third from the right-hand corner, vice president
12 of regulatory affairs, J. Rapoza.
13     A. Yes.
14     Q. Is that John Rapoza?
15     A. Yes.
16     Q. And the line that's -- that's drawn from
17 that box, the vertical line joins a horizontal line
18 that then directly proceeds to Mr. E.T. Arington.
19     A. Yes.
20     Q. So there is no person to whom Mr. Rapoza
21 reports that's between Mr. Rapoza's sphere of
22 responsibility and the president and CEO of Duramed;
23 is that correct?
24     A. That's correct.
25     Q. And was that your understanding of the

**Page 16**

1 organizational structure?
2     A. Yes.
3     Q. If you would, turn to page 2 of this
4 document. And page 2 is entitled "Marketing, Sales
5 and Science." And in the lower row of boxes, the
6 fourth box from the left, vice president, sales, J.C.
7 Arington, is that Christopher Arington?
8     A. I don't believe so.
9     Q. So J.C. Arington is a person separate and
10 distinct from Christopher Arington?
11     A. I can't swear to that, but I believe that
12 is the case. I believe that is a different person.
13 Because if you look at document 934 --
14     Q. Uh-huh.
15     A. -- down under J.C. Arington, if you go
16 down to the last row, the last box on the right
17 indicates Chris Arington.
18     Q. Uh-huh. Do you know them as separate
19 individuals?
20     A. I think J.C. Arington is -- is -- I
21 believe there was a Jim Arington, who was Tom
22 Arington's brother, but --
23     Q. And when you say "Tom Arington," are you
24 referring to the president and CEO?
25     A. Yes. I believe that's who it is, but I

**Page 17**

1 could not swear to that.
2     Q. Do you know Jeff Arington?
3     A. Yes.
4     Q. On page 1 Jeff Arington is identified as
5 senior vice president, marketing, sales and science?
6     A. Yes.
7     Q. And then on page 2 at the top, J.T.
8 Arington is identified as senior vice president,
9 marketing, sales and science. Is it possible that
10 J.T. Arington and Jeff Arington are the same
11 individual?
12     A. I believe so.
13     Q. And Jeff Arington or J.T. Arington is the
14 son of E. Thomas Arington?
15     A. Yes.
16     Q. On page 3, again, J.T. Arington appears as
17 senior vice president, marketing, sales and science.
18 And below to the left, the second box from the left,
19 vice president, sales, J.C. Arington. That's the
20 individual that you weren't sure about, but at one
21 time was employed by Duramed and you believe to be
22 the brother of E. Thomas Arington?
23     A. I believe so.
24     Q. Do you know when he left the company?
25     A. I do not.

**5 (Pages 14 to 17)**

© Ace-Merit, LLC 2006 / (513) 241-3200
30 Garfield Place, Suite 620 Cincinnati, Ohio 45202

**Page 18**

1    Q.  Did he work in the Cincinnati office?
2    **A.  I don't know.**
3    Q.  I'm handing you what has been identified
4  as BLI 41.  And, again, I'll represent that this was
5  produced by Duramed Pharmaceuticals in this
6  litigation.  I wonder if you could identify this
7  document for me?
8    **A.  It's a label copy for PPA guaifensin**
9  **tablets.**
10   Q.  Does this look familiar to you?
11   **A.  It looks like one of our labels.**
12   Q.  And what is the NDC number that appears on
13 this label?
14   **A.  Do you want me to read the number?**
15   Q.  Please.
16   **A.  51285-295-04.**
17   Q.  And do you recognize 51285 as the NDC
18 number for Duramed?
19   **A.  As the company identifier, yes.**
20   Q.  And if you turn the label and look at the
21 information above the bar code --
22   **A.  Yes.**
23   Q.  -- this indicates that this product was
24 manufactured by Interpharm?
25   **A.  Yes.**

**Page 19**

1    Q.  Is that who you referred to earlier --
2    **A.  Yes.**
3    Q.  -- as a third-party manufacturer of PPA
4  with guaifensin --
5    **A.  Yes.**
6    Q.  -- and then distributed by Duramed?
7       So did Duramed contract with Interpharm
8  for Interpharm to produce this product?
9       MR. THOMAS:  Objection.
10   **A.  We received product from Interpharm.**
11 **BY MR. MENEO:**
12   Q.  Did Interpharm produce this product for
13 Duramed?
14      MR. THOMAS:  Objection.
15   **A.  Do you mean manufacture?**
16 **BY MR. MENEO:**
17   Q.  Yes.
18   **A.  Yes.**
19   Q.  And if you look at the opposite side of
20 the label, what is the milligrams of PPA that was
21 included in this product?
22   **A.  75 milligrams.**
23      **(Plaintiff's Exhibit 2 was marked for**
24      **identification.)**
25   Q.  I've handed you what has been identified

**Page 20**

1  as BLI 173 and 174.  And, again, I'll represent that
2  this was produced by Duramed in this litigation.  Do
3  you recognize these two pages or this document?
4    **A.  Not exactly.  Do I recognize them?  I**
5  **recognize them as what looks like content for a**
6  **package insert.  The format is not -- doesn't look**
7  **like Duramed format and with the notes and that that**
8  **are on the side, it doesn't look like official**
9  **Duramed documentation.**
10   Q.  On BLI 173 there's a name Bob Sutaria, if
11 I'm pronouncing that correctly.  Do you recognize
12 that name?
13   **A.  No.  I believe it -- no.**
14   Q.  The note that's written on here reads:
15 "Interpharm, Bob Sutaria, 516-349-1730.  To get most
16 current insert - due to our adding RX only."  Do you
17 recognize the initials that appear just below that?
18   **A.  Yes.**
19   Q.  Whose initials are those?
20   **A.  Jody Schwartz.**
21   Q.  And who's Jody Schwartz?
22   **A.  She was the person responsible for label**
23 **development, which included package inserts.**
24   Q.  For Duramed?
25   **A.  For Duramed.**

**Page 21**

1    Q.  Did Jody Schwartz report to you?
2    **A.  No.**
3    Q.  Who did she report to?
4    **A.  Bill Stoltman.  I take that back.  I**
5  **believe she reported to Rob Williford.**
6    Q.  And who did Rob Williford report to?
7    **A.  Ivan Pusecker.**
8    Q.  Is Rob Williford on BLI 932?
9    **A.  Yes.**
10   Q.  And his title is executive director,
11 materials management?
12   **A.  Yes.  I apologize for the confusion.  They**
13 **worked so closely with the regulatory group that it**
14 **seemed as though they reported to them.**
15   Q.  So how did Mr. Williford confirm that the
16 labeling that we're looking at would comply with FDA
17 regulations?
18      MR. THOMAS:  Objection.
19   **A.  That was not his responsibility.**
20 **BY MR. MENEO:**
21   Q.  What was his responsibility with respect
22 to the labeling?
23   **A.  Along with the label development piece,**
24 **there was a group called label control that**
25 **physically handles the labeling entities within the**

**6 (Pages 18 to 21)**

Page 22

1   plant. Due to FDA's good manufacturing practice
2   regulations, labeling materials have to be managed
3   separately from the rest of your inventories. They
4   have to be controlled, caged, isolated so that people
5   do not have access. That's in order to minimize
6   mix-ups and errors. And because Mr. Williford was
7   responsible for materials management, he managed all
8   the materials in the site, the label control group,
9   which is a separate entity, also reported to him.
10      Q.   How did that department work with Mr.
11  Rapoza's department?
12      A.   As part of controlling the labels, they
13  also -- there was a separate group. You have label
14  control and label development that actually worked on
15  developing label content. So you have the regulatory
16  side where you're developing labeling content, but at
17  some point that content converts into a component
18  that goes onto a bottle label -- goes onto a
19  pharmaceutical product.
20      Q.   And who at Duramed was responsible for
21  labeling content?
22      A.   Regulatory affairs, John Rapoza.
23      Q.   Below the handwritten note there's another
24  handwritten note on this document on BLI 173. Can
25  you read that?

Page 23

1       A.   "Are there any deltas to the insert?
2   Overnight it. Will you need to review, approve?"
3       Q.   Does that handwriting look familiar to you
4   at all?
5       A.   I do not recognize that.
6       Q.   And what's a delta?
7       A.   Changes.
8       Q.   Any changes?
9       A.   It's an abbreviation for changes.
10      Q.   So some person on the original to this,
11  what is, I believe, a copy of some original document
12  hand wrote, "Are there any deltas or changes to the
13  insert?" And then as you read it, "Overnight" --
14  "Overnight it. Will you need to" -- and I -- I
15  apologize. I can't -- "review" something?
16          MR. THOMAS: Objection.
17  BY MR. MENEO:
18      Q.   But you don't recognize the handwriting
19  that's there?
20      A.   No.
21      Q.   And what's the date on the note that was
22  written above?
23      A.   4/29/98.
24      Q.   And on BLI 174 there's an indication that
25  this product was manufactured by a company other than

Page 24

1   Duramed. Do you see that?
2       A.   Yes.
3       Q.   What company is identified as manufactured
4   by?
5       A.   Interpharm.
6       Q.   Okay. And then the date over to the right
7   for BLI 174?
8       A.   Indicates this is revision from 5/25/92.
9       Q.   And what -- what does that indicate?
10      A.   It indicates that this is a controlled
11  document that was -- that the revision -- from
12  revision of May 1992.
13      Q.   So if BLI 173 has a note on it that's
14  dated 4/29/98, is it fair to conclude that no
15  revisions were made on this label between 5/92 and
16  1998?
17          MR. THOMAS: Objection.
18      A.   I don't believe that's a fair assumption.
19  BY MR. MENEO:
20      Q.   Why not?
21      A.   Because it's a copy with a handwritten
22  note. It doesn't mean that that's the last revision.
23  There's nothing official about that. It's just a
24  note that someone documented when they wrote it.
25      Q.   Well, if this label was on a Duramed

Page 25

1   product and this appeared at the bottom of the label,
2   revised 5/92, what would that indicate?
3           MR. THOMAS: Objection.
4       A.   It indicates that's the revision date of
5   the label -- of that labeling entity.
6   BY MR. MENEO:
7       Q.   If there was a revision since May of 1992,
8   would this label continue to be used?
9           MR. THOMAS: Objection.
10      A.   It depends.
11  BY MR. MENEO:
12      Q.   What does it depend on?
13      A.   It depends on what changed and why it was
14  revised. There are times when you make revisions
15  where you can use up existing versions before you
16  switch to the next.
17      Q.   Can you give an example of that?
18      A.   Sure. Maybe you changed the adhesive on
19  your label. Nothing changed with the label copy, but
20  your label changed.
21      Q.   So the revision date can also encompass
22  changes to the -- what did you call it, adhesive on
23  the label?
24      A.   It's possible. This was in May of '92,
25  which was more than ten years -- not ten years. I

**7 (Pages 22 to 25)**

**Page 26**

1  apologize. That was three years before I was with
2  Duramed so I'm not positive of the revision policies
3  in place, but I know at the time that I was -- once I
4  started there that the revision number was -- was
5  part of the documentation and so it indicates when
6  that label was approved. There were times when you
7  could make changes to the -- to the, for example,
8  physical properties to the label without changing any
9  label content. Therefore, your revision of your
10  label content did not change.
11      Q. And what was the process at Duramed for
12  changing the label content?
13      A. What do you mean by "process"?
14      Q. Well, if there was a change to be made to
15  the label, how was that change initiated and who
16  finalized the change?
17      A. It began with the label development group
18  and they would initiate changes to the physical copy.
19  Those physical copies would then route for approval.
20  They would go back and forth between your label
21  vendor so that the -- once the label content and copy
22  were approved, then it has to be plated with the
23  vendor and so you have to review it to assure that
24  what happens at the vendor also then matches what you
25  are wanting printed.

**Page 27**

1      Q. So the vendor would give you a proof and
2  then it would have to be reviewed to make sure it was
3  accurate to the change?
4      A. Yes.
5      Q. And who would be the person that would
6  sign off on that proof?
7      A. I believe there were multiple signatures
8  out of label development. I don't recall whether or
9  not regulatory affairs actually signed the proof from
10  the vendor or whether or not that was strictly with
11  the label development group once label content had
12  been approved by regulatory.
13      Q. So did all label changes go through
14  regulatory?
15      A. Absolutely.
16      Q. And who was the head of regulatory again?
17      A. John Rapoza was head of regulatory. Bill
18  Stoltman was head of regulatory compliance, so Bill
19  or someone in his group would have signed.
20          (Plaintiff's Exhibit 3 was marked for
21          identification.)
22      Q. Okay. Who at Duramed would be responsible
23  in 1996 or 1995 for monitoring safety literature?
24      A. Regulatory affairs, John Rapoza's group.
25          (Plaintiff's Exhibit 4 was marked for

**Page 28**

1          identification.)
2      Q. I've handed you what's been identified as
3  BLI 43 2 and I'll represent that this document was
4  produced by Duramed Pharmaceuticals in this
5  litigation. Do you recognize this document?
6      A. Do I recognize the document?
7      Q. Have you ever seen this document before?
8      A. Possibly.
9      Q. What is this document?
10      A. It is a running history of the commodity
11  code and revisions, which is the identifier for a
12  piece of labeling.
13      Q. And when you say "commodity code," can you
14  identify where on here the commodity code appears?
15      A. The number I00019, I00019A, I00019B and
16  I00019C.
17      Q. And what commodity is that? Is that a
18  label? Is it a bottle? Is it a box?
19      A. It's a piece of printed literature, but I
20  don't know what it is. My assumption would be it's
21  an insert because that's what this is titled.
22      Q. And is that an internal control number
23  internal to Duramed?
24      A. It's basically a part code. So all of
25  your components, all of your inventory, all of your

**Page 29**

1  pieces have to have a number to identify them.
2  That's the number that identifies a particular piece
3  of printed literature.
4      Q. And is it possible that this printed
5  literature that that code identifies is the PPA/G
6  insert?
7      A. That would be my assumption from this
8  document.
9      Q. And what do the A, B, C letters indicate
10  at the end of each of these identifiers or at the end
11  of the second, third and fourth --
12      A. Revisions.
13      Q. Revisions --
14      A. Revisions.
15      Q. -- to the PPA/G insert?
16      A. Yes.
17      Q. And the second entry, which would be
18  I00019A, Rev. 8/94, would that indicate a revision in
19  August of 1994?
20      A. Yes.
21      Q. And what was the change in August of '94
22  to the package insert?
23      A. What the document says is that, "Tablet
24  description added to "Description" section. NDC
25  numbers and Rugby imprint were added to "How

**8 (Pages 26 to 29)**

**Page 30**

1  supplied" section. **References to the capsule-shaped**
2  **product (discontinued) have been deleted."**
3  Q. And then the next revision took place in
4  March of 1995?
5  **A. Yes.**
6  Q. And there the change was to add 1,000
7  count to how supplied. Would that mean a bottle of
8  1,000 tablets?
9  **A. Yes.**
10  Q. And then the next revision would have
11  occurred in April of 1998. And it says, "Reason for
12  change. Revisions based on review of Entex L.A.
13  Insert in a 1998 PDR." What is Entex L.A.?
14  **A. I believe that is the branded product or**
15  **comparing product.**
16  Q. To what?
17  **A. To the PPA-guaifenesin.**
18  Q. And do you know who the manufacturer of
19  Entex L.A. was at that time?
20  **A. I believe it's Procter & Gamble.**
21  Q. And what about PDR, what does that refer
22  to?
23  **A. Physicians' Desk Reference.**
24  Q. So in April of 1998 revisions were made to
25  this PPA/G insert that were based on a review of the

**Page 31**

1  Entex L.A. insert that appeared in the 1998
2  Physicians' Desk Reference?
3  **A. Yes.**
4  Q. Okay. And there appear to be four changes
5  that were made. We'll skip over No. 1. I'm not sure
6  that that's relevant, although I will ask you what
7  vanillylmandelic is, do you know?
8  **A. It's a chemical.**
9  Q. And what's it used for?
10  **A. I do not know.**
11  Q. And No. 2, "Insert before section titled
12  "Overdosage" the following: Adverse reactions.
13  Possible adverse reactions include nervousness,
14  insomnia, restlessness, headache, nausea or gastric
15  irritation. These reactions seldom, if ever, require
16  discontinuation of therapy. Urinary retention may
17  occur in patients with prostatic hypertrophy." Did I
18  read that correctly?
19  **A. Yes.**
20  Q. And then there are two more apparent
21  revisions. "No. 3: Sentence in innovator's version
22  reads: Dispense in tight, light-resistent containers
23  as defined in USP. Store below 86 degrees Fahrenheit
24  (30 degrees Celsius.)" And I read that correctly?
25  **A. Yes.**

**Page 32**

1  Q. And then No. 4: "Delete caution statement
2  and replace with RX only." So those changes were
3  made in April of 1998?
4  MR. THOMAS: Objection.
5  BY MR. MENEO:
6  Q. Have you ever seen an FDA approval letter
7  approving these changes?
8  **A. No.**
9  Q. Do you know of any FDA approval letters
10  that exist that approved changes like this?
11  MR. THOMAS: Objection.
12  **A. I don't believe there would be one.**
13  MR. MENEO: We would, on the record,
14  request that Duramed produce any FDA letters
15  approving changes to the label of the Duramed
16  PPA-guaifenesin products that it produced
17  during the 1990s.
18  MR. THOMAS: Objection.
19  (Plaintiff's Exhibit 5 was marked for
20  identification.)
21  BY MR. MENEO:
22  Q. I've handed you what's been identified as
23  BLI 2780 and BLI 2781. Have you ever seen these two
24  documents before?
25  **A. Not that I recall.**

**Page 33**

1  Q. And do you recognize the name Herman D.
2  Snyder?
3  **A. I recognize the name.**
4  Q. And was he employed by Duramed
5  Pharmaceuticals?
6  **A. I believe so, yes.**
7  Q. And what is this BLI 2780?
8  **A. I have no firsthand knowledge of this**
9  **document. It appears to be a letter discontinuing**
10  **the product.**
11  Q. And it reads, "Please be advised that
12  effective immediately Duramed is announcing the
13  discontinuation of the following product." And the
14  product that is being discontinued is
15  phenylpropanolamine HCl and guaifenesin long-acting
16  tablets, strength 75/400 milligram, package size 100
17  count, NDC No. 51285-295-02; is that correct?
18  **A. Yes.**
19  Q. And the letter goes on to say, "All open
20  orders for this product have been canceled and no new
21  orders will be accepted." Did I read that correctly?
22  **A. Yes.**
23  Q. What does it mean that open orders for
24  this product have been canceled?
25  **A. I don't know. That would have been sales.**

**9 (Pages 30 to 33)**

**Page 34**

1    Q.  And, "If you have any questions, please
2  contact our customer service department."  Who was
3  the head of the customer service department for
4  Duramed, do you know?
5    A.  I believe it was J.C. Arington at this
6  time.
7    Q.  And what are you referring to for your
8  response?
9    A.  I'm looking at document BLI 000934.
10  There's a group under Julie Fogt, who was the
11  associate director of sales services.
12    Q.  I'm sorry, I don't see that on BLI 934.  I
13  don't see any reference to customer service.  Sales
14  service representative is Sharon Smith?
15    A.  Well, I know Julie was the one who took
16  the customer service type phone calls.  That was part
17  of their job responsibilities.
18    Q.  Okay.  So you think it may have been
19  Julie?
20    A.  Yes.
21    Q.  And you pronounced that Fogt?
22    A.  Fogt.
23    Q.  Thank you.  BLI 2781, which is the second
24  page of the document that I handed you that's
25  identified as Plaintiff's Exhibit 5 Cannon, this

**Page 35**

1  document is entitled "PPA/G discontinuation letter
2  customer list."  Do you recognize these customers as
3  customers of Duramed?
4    A.  I have no direct knowledge of who Duramed
5  customers are or were.  That was out of our sales
6  group.  Do some of these names look familiar?  Yes.
7  Do I know that they are customers of PPAG?  I do not
8  know that.
9    Q.  Okay.  And, again, your position at
10  Duramed was head of quality assurance?
11    A.  Director of quality assurance.
12    Q.  Director of quality assurance.  Did you
13  have any direct dealings with CVS?
14    A.  No.
15      (Plaintiff's Exhibit 6 was marked for
16      identification.)
17    Q.  I've handed you what's been identified as
18  BLI 2937, which is a document that was produced by
19  Duramed in this litigation and this is a memorandum
20  from L. Cannon to C. Mundkur.  Am I pronouncing that
21  correctly?
22    A.  Yes.
23    Q.  And it's dated February 18th, 2003 and the
24  subject is last ship dates for products containing
25  phenylpropanolamine HCl (sic)?

**Page 36**

1    A.  HCl.
2    Q.  HC -- that's an L?
3    A.  It's a lower case L.  It stands for
4  hydrochloride.
5    Q.  Is this a memo that you had written?
6    A.  Yes.
7    Q.  And in this memo you set forth for -- is
8  it Mr. or Ms. Mundkur?
9    A.  Ms.
10    Q.  -- Ms. Mundkur the last ship dates for
11  Duramed products containing PPA.  Now, did Ms.
12  Mundkur ask you to prepare this memorandum?
13    A.  Yes.
14    Q.  Do you recall preparing this memorandum?
15    A.  Yes, vaguely.
16    Q.  Do you know why this memorandum was
17  prepared?
18    A.  Just in the sense that there was PPA
19  litigation and in part of the collection of
20  information I was asked to inform them when we last
21  shipped these materials.
22    Q.  When you say "PPA litigation," what are
23  you referring to?
24    A.  This.
25    Q.  Was there other PPA litigation?

**Page 37**

1    A.  I am not aware.
2    Q.  And in the far right column there's
3  entitled "ship date."  There are a series of dates
4  for these products and I'm assuming, correct me if
5  I'm wrong, that that's the last ship date for the
6  products?
7    A.  Yes.
8    Q.  So for PPA-guaifenesin tablets of the 500
9  count, the last ship date was December 6th, 1999?
10    A.  Yes.
11    Q.  And for PPA-guaifenesin tablets 100 count,
12  the last ship date was May 17th, 2000?
13    A.  Yes.
14    Q.  Are you familiar with the Yale study?
15  Does that sound familiar to you?
16    A.  No.
17    Q.  Do you know what the hemorrhagic stroke
18  project is?
19    A.  No.
20    Q.  Are you aware if Duramed alerted its
21  customers that the FDA had requested manufacturers to
22  withdraw PPA-containing products from the
23  marketplace?
24    A.  I am not aware.
25    Q.  Have you ever seen any communication

**10 (Pages 34 to 37)**

**Page 38**

1  between Duramed and any of its customers to that
2  effect?
3      A.  No.
4      Q.  Who would be responsible for issuing such
5  a communication, if it were issued?
6      A.  I don't know.
7          (Plaintiff's Exhibit 7 was marked for
8          identification.)
9      Q.  I've handed you what's been identified as
10 BLI 979.  Have you seen this document before?
11     A.  No.
12     Q.  This appears to be a letter from Matt
13 Pendley.  Do you recognize that name, Matt Pendley?
14     A.  Yes.
15     Q.  Who's Matt Pendley?
16     A.  He worked in accounting for Duramed.
17     Q.  And there's a copy of this letter sent to
18 Larry Glassman.  Who's Larry Glassman?
19     A.  I believe he was legal counsel.
20     Q.  In-house --
21     A.  Yes.
22     Q.  -- legal counsel?  And the letter is dated
23 February 16th, 2001; is that correct?
24     A.  Yes.
25     Q.  And it's directed to Patty Peyton, account

**Page 39**

1  executive, Bank One Towers, 8044 Montgomery Road,
2  Suite 380, Cincinnati, Ohio.  Do you know who Patty
3  Peyton is?
4      A.  No.
5      Q.  Do you know where Bank One Towers is?
6      A.  No.
7      Q.  And the letter -- the body of the letter
8  to "Dear Patty Peyton" states, "Please find enclosed
9  request regarding PPA from A.J. Renner & Associates,
10 Inc."  Do you know who A.J. Renner & Associates is?
11     A.  No.
12     Q.  Next sentence, "The following is the
13 status of the PPA product at Duramed Pharmaceuticals
14 as of February 14th, 2001" and there is an entry
15 entitled "Discontinued PPA products."  Do you see
16 that?  And the first entry is "PPA/guaifenesin,
17 75/400" and it says "discontinued December 13, '99."
18 And then there are two NDC entries.  "Last sale date,
19 May 1, 2000" and "expiration 36 months."  Did I read
20 that accurately?
21     A.  Yes.
22     Q.  And is that the same product that is
23 identified in Exhibit 6, which was the memorandum
24 that you prepared, the first two products?
25     A.  Can you give me the document number?

**Page 40**

1      Q.  BLI 2937.
2      A.  Yes.
3      Q.  And the notation "expiration, 36 months,"
4  as director of quality assurance what would that mean
5  to you?
6      A.  It means that we have performed stability
7  studies on this product and that the product is good
8  for 36 months from its date of manufacture.
9      Q.  So is that comparable to shelf life?
10     A.  Yes.
11     Q.  So the product could remain on the shelf
12 for approximately -- or no more than 36 months based
13 upon testing that had been done?
14     A.  It depends on what you mean "remain on
15 shelf."  It can't necessarily be on a pharmacy shelf
16 for 36 months because it takes a period of time to
17 get there.  It is -- it expires 36 months after it
18 was manufactured.
19     Q.  And then --
20     A.  And we have data to support that.
21     Q.  What would happen after 36 months?
22     A.  Then it should no longer be used.
23     Q.  Okay.  So if the last ship date, according
24 to BLI 2937, was December 6, 1999 and the shelf life
25 is 36 months, any product that was shipped, let's

**Page 41**

1  say, on December 1, 1999 conceivably can sit on the
2  shelf for 36 months after that?
3      A.  It's not from ship date.  It's from date
4  of manufacture.
5      Q.  Okay.  Well, from the date of manufacture.
6  If it was December 1 and then it was shipped on
7  December 2nd, it could sit on the shelf, it could be
8  consumed, used, for 36 months from December 1, 1999?
9      A.  Yes.
10     Q.  And, again, to your knowledge there was no
11 communication from Duramed to any of its customers on
12 December 13th, 1999 that its PPA with guaifenesin
13 product should no longer be sold?
14         MR. THOMAS:  Objection.
15     A.  I would have no knowledge of that.  That's
16 not my area.
17 BY MR. MENEO:
18     Q.  Do you know why Duramed stopped shipping
19 PPA with guaifenesin as of December 6, 1999, the 500
20 count?
21     A.  No.  Not -- no.
22     Q.  How about the 100 count on May 17th of
23 2000?
24     A.  No.
25         (Plaintiff's Exhibit 8 was marked for

**11 (Pages 38 to 41)**

**Page 42**

```
1          identification.)
2      Q.  Okay.  I've handed you what is identified
3  as BLI 409, 410, 411, 412, 413, 414 and 415.  And,
4  again, I'll represent that this was produced by
5  Duramed Pharmaceuticals in this litigation.  Do you
6  recognize this document?
7      A.  No.
8      Q.  Could you read the title of the document
9  for me?
10     A.  There is a handwritten title that says
11  "1999, lots to CVS."
12     Q.  What's a lot?
13     A.  Would be a specific batch of product.
14     Q.  So in the far right column, lot number,
15  that's a means of identifying a batch of product?
16     A.  Yes.
17     Q.  And BLI 409 through 415 is a list of lots
18  that were shipped to CVS?
19     A.  I don't know.
20     Q.  That's what this would seem to indicate?
21     A.  That's --
22         MR. THOMAS:  Objection.
23  BY MR. MENEO:
24     Q.  Well, let's look at the first entry,
25  then.  Item number 5128529502, do you recognize that
```

**Page 43**

```
1  number?
2      A.  Yes.
3      Q.  And to the right of that it's
4  "PPA-guaifenesin, 75/400 milligram."  And
5  what's --
6      A.  100.
7      Q.  Would that be the count?
8      A.  Yes.
9      Q.  And then CVS appears.  "Ship to city:
10  Indianapolis, Indiana."  Do you know if CVS had a
11  distribution center or an office in Indianapolis,
12  Indiana?
13     A.  I do not know.
14     Q.  Okay.  And then across the top would be a
15  lot number.  But you don't know as you sit here
16  whether this is an indication that lot number A00199
17  was shipped to CVS in Indianapolis?  You've never
18  seen this before?  This does not look familiar to
19  you?
20     A.  No.
21     Q.  Does Mr. Stoltman still work for Duramed
22  Pharmaceuticals or Barr Laboratories?
23     A.  No.
24     Q.  Do you know where he works currently?
25     A.  I know where I last heard of him.
```

**Page 44**

```
1      Q.  Where was that?
2      A.  It was with Watson Pharmaceuticals.
3      Q.  Where is Watson Pharmaceuticals
4  located?
5      A.  I don't know corporately, but he was in
6  their Phoenix facility.
7      Q.  Phoenix, Arizona?
8      A.  Phoenix, Arizona.
9      Q.  Did he live in the Cincinnati area when he
10  worked for Duramed Pharmaceuticals?
11     A.  He lived in Indiana.
12     Q.  Whereabouts in Indiana?
13     A.  Lawrenceburg.
14     Q.  Do you know if he relocated to
15  Arizona?
16     A.  Yes.
17     Q.  He did.  He did relocate or you know he
18  did or both?
19     A.  Yes, I know and, yes, he relocated.
20     Q.  Do you know what city he lives in?
21     A.  I do not.
22     Q.  Okay.
23     A.  And that was only at my last communication
24  with him which has been awhile, so --
25         MR. MENEO:  Okay.  I have no more
```

**Page 45**

```
1  questions.  Thank you for your time.
2         MR. THOMAS:  Signature.
3         (Plaintiff's Exhibit 9 was marked for
4         identification.)
5
6
7
8
9
10
11
        _____
12
                LAURA CANNON
13
14          - - -
15
      DEPOSITION CONCLUDED AT 10:35 A.M.
16          - - -
17
18
19
20
21
22
23
24
25
```

**12 (Pages 42 to 45)**

1    questions.  Thank you for your time.

2         MR. THOMAS:  Signature.

3         (Plaintiff's Exhibit 9 was marked for

4         identification.)

5

6

7

8

9

10

11    _Laura Cannon_ 6/13/06

12                    LAURA CANNON

13

14              - - -

15    DEPOSITION CONCLUDED AT 10:35 A.M.

16              - - -

17

18

19

20

21

22

23

24

25

**Page 46**

```
 1        C E R T I F I C A T E
 2    STATE OF OHIO      :
                         :  SS
 3    COUNTY OF WARREN   :
 4        I, Kimberly L. Wilson, CSR, the undersigned, a
 5    duly qualified and commissioned notary public within
 6    and for the State of Ohio, do hereby certify that
 7    before the giving of her aforesaid deposition, LAURA
 8    CANNON was by me first duly sworn to depose the
 9    truth, the whole truth and nothing but the truth;
10    that the foregoing is the deposition given at said
11    time and place by LAURA CANNON; that said deposition
12    was taken in all respects pursuant to stipulations of
13    counsel; that I am neither a relative of nor employee
14    of any of the parties or their counsel, and have no
15    interest whatever in the result of the action; that I
16    am not, nor is the court reporting firm with which I
17    am affiliated, under a contract as defined in Civil
18    Rule 28(D).
19        IN WITNESS WHEREOF, I hereunto set my hand and
20    official seal of office at Lebanon, Ohio, this ____
21    day of _____, 2006.
22
23        _____
      My commission expires:  Kimberly L. Wilson, CSR
24    June 15, 2009.       Notary Public - State of Ohio
25
```

**13 (Page 46)**

**A**

abbreviated (1)
14:4
abbreviation (1)
23:9
Absolutely (1)
27:15
acceptable (1)
6:11
accepted (1)
33:21
access (1)
22:5
account (1)
38:25
accounting (1)
38:16
accurate (1)
27:3
accurately (1)
39:20
action (2)
1:8 46:15
active (1)
6:19
add (1)
30:6
added (2)
29:24,25
adding (1)
20:16
adhesive (2)
25:18,22
Administration (1)
9:15
adverse (2)
31:12,13
advised (1)
33:11
affairs (4)
15:12 22:22 27:9,24
affiliated (1)
46:17
aforesaid (1)
46:7
age (1)

4:3
alerted (1)
37:20
Allen (4)
11:10,13,14,15
amines (1)
7:3
ANDAs (1)
14:4
and/or (1)
14:7
announcement (1)
8:4
announcing (1)
33:12
annual (1)
13:16
answer (3)
7:13,21 10:3
answered (1)
12:10
apologize (3)
21:12 23:15 26:1
apparent (1)
31:20
appear (3)
11:6 20:17 31:4
APPEARANCES (1)
2:1
appeared (2)
25:1 31:1
appears (6)
17:16 18:12 28:14 33:9
38:12 43:9
applications (2)
14:3,4
approval (6)
9:18 10:5 14:2 26:19 32:6,9
approve (2)
14:5 23:2
approved (4)
26:6,22 27:12 32:10
approving (2)
32:7,15
approximately (1)
40:12
April (3)

30:11,24 32:3
area (2)
41:16 44:9
Arington (27)
12:5,9 15:1,2,4,18 16:7,7,9
16:10,15,17,20,21,23 17:2,4
17:8,10,10,13,13,14,16,19
17:22 34:5
Arington's (1)
16:22
Arizona (3)
44:7,8,15
asked (1)
36:20
associate (2)
5:6 34:11
associated (1)
14:7
Associates (2)
39:9,10
assuming (1)
37:4
assumption (3)
24:18 28:20 29:7
assurance (7)
4:18,25 5:7 35:10,11,12 40:4
assure (1)
26:23
attention (2)
13:10 14:24
August (2)
29:19,21
aware (8)
7:11,14,16,19 8:3 37:1,20,24
awhile (1)
44:24
A-l-l-e-n (1)
11:12
A.J (2)
39:9,10
a.m (2)
1:18 45:15
A00199 (1)
43:16

**B**

B (1)

2

29:9
**back (2)**
21:4 26:20
**Bank (2)**
39:1,5
**bar (1)**
18:21
**Barr (6)**
1:9 4:12,20 12:15 13:6 43:22
**based (3)**
30:12,25 40:12
**basically (1)**
28:24
**batch (2)**
42:13,15
**Bates (1)**
13:9
**began (1)**
26:17
**behalf (2)**
2:2,6
**believe (22)**
7:22 8:1 11:6 16:8,11,12,21
    16:25 17:12,21,23 20:13
    21:5 23:11 24:18 27:7
    30:14,20 32:12 33:6 34:5
    38:19
**Berne (2)**
1:19 2:8
**Bill (5)**
10:5,19 21:4 27:17,18
**bleeding (1)**
7:7
**BLI (23)**
13:4,9 18:4 20:1,10 21:8
    22:24 23:24 24:7,13 28:3
    32:23,23 33:7 34:9,12,23
    35:18 38:10 40:1,24 42:3
    42:17
**Bob (2)**
20:10,15
**body (1)**
39:7
**BOLWELL (1)**
1:6
**bottle (3)**
22:18 28:18 30:7

**bottom (2)**
15:3 25:1
**box (5)**
15:17 16:6,16 17:18 28:18
**boxes (1)**
16:5
**brain (1)**
7:7
**branded (1)**
30:14
**brother (2)**
16:22 17:22

---
**C**
---

**C (5)**
4:1 29:9 35:20 46:1,1
**caged (1)**
22:4
**call (4)**
13:4,10 14:24 25:22
**called (2)**
14:1 21:24
**calls (1)**
34:16
**canceled (2)**
33:20,24
**Cannon (10)**
1:15 3:2 4:2,9 13:5 34:25
    35:20 45:11 46:8,11
**capsule-shaped (1)**
30:1
**case (3)**
6:6 16:12 36:3
**caution (1)**
32:1
**Celsius (1)**
31:24
**center (1)**
43:11
**CEO (3)**
15:5,22 16:24
**certified (1)**
4:4
**certify (1)**
46:6
**change (8)**
26:10,14,15,16 27:3 29:21

30:6,12
**changed (4)**
25:13,18,19,20
**changes (13)**
23:7,8,9,12 25:22 26:7,18
    27:13 31:4 32:2,7,10,15
**changing (2)**
26:8,12
**charts (1)**
13:21
**chemical (1)**
31:8
**Chris (1)**
16:17
**Christopher (2)**
16:7,10
**Church (1)**
2:4
**Cincinnati (6)**
1:21 2:10 13:1 18:1 39:2
    44:9
**city (2)**
43:9 44:20
**Civil (2)**
1:8 46:17
**class (2)**
6:21,23
**closely (1)**
21:13
**code (6)**
18:21 28:11,13,14,24 29:5
**collection (1)**
36:19
**column (3)**
15:8 37:2 42:14
**combine (1)**
14:8
**come (3)**
13:24 14:1,5
**coming (1)**
14:6
**Commencing (1)**
1:18
**commission (1)**
46:23
**commissioned (1)**
46:5

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

commodity (4)
28:10,13,14,17
communication (4)
37:25 38:5 41:11 44:23
communications (1)
5:24
company (7)
4:14 6:2 9:21 17:24 18:19
    23:25 24:3
comparable (1)
40:9
comparing (1)
30:15
complaint (3)
6:5,6 9:13
compliance (3)
9:4 12:12 27:18
complied (1)
9:21
comply (1)
21:16
component (1)
22:17
components (1)
28:25
compound (1)
6:17
conceivably (1)
41:1
conclude (1)
24:14
CONCLUDED (1)
45:15
confirm (2)
9:20 21:15
confusion (1)
21:12
Connecticut (2)
1:2 2:5
consumed (1)
41:8
contact (1)
34:2
contained (7)
11:9,17,21 12:4,8,13 14:11
containers (1)
31:22

containing (2)
35:24 36:11
content (14)
9:14 10:1,7,15 20:5 22:15,16
    22:17,21 26:9,10,12,21
    27:11
continue (1)
25:8
contract (2)
19:7 46:17
control (4)
21:24 22:8,14 28:22
controlled (2)
22:4 24:10
controlling (1)
22:12
converts (1)
22:17
copies (1)
26:19
copy (9)
10:25 11:1 18:8 23:11 24:21
    25:19 26:18,21 38:17
corner (2)
13:8 15:11
corporately (1)
44:5
correct (6)
15:5,23,24 33:17 37:4 38:23
correctly (5)
20:11 31:18,24 33:21 35:21
counsel (5)
5:23 38:19,22 46:13,14
count (7)
30:7 33:17 37:9,11 41:20,22
    43:7
COUNTY (1)
46:3
court (2)
1:1 46:16
Cross-Examination (2)
3:3 4:6
CSR (3)
1:22 46:4,23
current (2)
4:16 20:16
currently (4)

4:10 12:19,21 43:24
customer (5)
34:2,3,13,16 35:2
customers (7)
35:2,3,5,7 37:21 38:1 41:11
CVS (6)
35:13 42:11,18 43:9,10,17

**D**

D (3)
3:1 4:1 33:1
data (2)
14:7 40:20
date (15)
1:17 23:21 24:6 25:4,21 37:3
    37:5,9,12 39:18 40:8,23
    41:3,3,5
dated (3)
24:14 35:23 38:22
dates (5)
14:12,14 35:24 36:10 37:3
day (1)
46:21
day-to-day (1)
9:17
dealings (1)
35:13
Dear (1)
39:8
December (11)
5:3,9 37:9 39:17 40:24 41:1
    41:6,7,8,12,19
defendants (2)
1:10 2:6
defined (2)
31:23 46:17
degrees (2)
31:23,24
Delete (1)
32:1
deleted (1)
30:2
delta (1)
23:6
deltas (2)
23:1,12
department (5)

10:18 22:10,11 34:2,3
**depend (1)**
25:12
**depends (3)**
25:10,13 40:14
**depose (1)**
46:8
**deposed (1)**
4:5
**deposition (7)**
1:15 6:9 10:23 45:15 46:7,10
46:11
**description (2)**
29:24,24
**Desk (2)**
30:23 31:2
**developing (2)**
22:15,16
**development (6)**
20:23 21:23 22:14 26:17
27:8,11
**device (1)**
5:15
**different (3)**
5:5 9:5 16:12
**direct (2)**
35:4,13
**directed (1)**
38:25
**directly (1)**
15:18
**director (9)**
4:18,25 5:7 9:3 21:10 34:11
35:11,12 40:4
**disclose (2)**
5:22,24
**discontinuation (3)**
31:16 33:13 35:1
**discontinued (4)**
30:2 33:14 39:15,17
**discontinuing (1)**
33:9
**Dispense (1)**
31:22
**distinct (1)**
16:10
**distributed (1)**

19:6
**distribution (1)**
43:11
**DISTRICT (2)**
1:1,2
**document (28)**
13:11,13,15 14:25 15:3 16:4
16:13 18:7 20:3 22:24
23:11 24:11 28:3,5,6,7,9
29:8,23 33:9 34:9,24 35:1
35:18 38:10 39:25 42:6,8
**documentation (2)**
20:9 26:5
**documented (1)**
24:24
**documents (2)**
13:6 32:24
**drawn (1)**
15:16
**drug (4)**
6:20 9:15 14:3,4
**drugs (2)**
8:13,16
**due (2)**
20:16 22:1
**duly (3)**
4:3 46:5,8
**Duramed (54)**
1:9 4:10,12,15,17,20,23 5:4,6
5:8 6:6 8:15 13:2 14:10
15:5,22 17:21 18:5,18 19:6
19:7,13 20:2,7,9,24,25
22:20 24:1,25 26:2,11
27:22 28:4,23 32:14,15
33:4,12 34:4 35:3,4,10,19
36:11 37:20 38:1,16 39:13
41:11,18 42:5 43:21 44:10
**Duramed's (7)**
11:8,16,20 12:3,7,12 14:17

_____E_____

**E (8)**
3:1 4:1,1 15:2 17:14,22 46:1
46:1
**earlier (1)**
19:1
**Early (1)**

2:4
**effect (2)**
11:25 38:2
**effective (1)**
33:12
**either (1)**
14:3
**else's (2)**
8:17,18
**employed (6)**
4:10,14 12:15,18 17:21 33:4
**employee (1)**
46:13
**employer (1)**
5:16
**enclosed (1)**
39:8
**encompass (1)**
25:21
**Entex (4)**
30:12,13,19 31:1
**entities (1)**
21:25
**entitled (4)**
16:4 35:1 37:3 39:15
**entity (2)**
22:9 25:5
**entries (1)**
39:18
**entry (5)**
15:10 29:17 39:14,16 42:24
**errors (1)**
22:6
**Esq (2)**
2:3,7
**exact (1)**
14:13
**exactly (2)**
14:12 20:4
**examined (1)**
4:4
**example (2)**
25:17 26:7
**exception (1)**
5:10
**executive (2)**
21:10 39:1

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

**exhibit (21)**
3:7,7,8,8,9,9,10,10,11 10:20
  10:24 19:23 27:20,25 32:19
  34:25 35:15 38:7 39:23
  41:25 45:3
**EXHIBITS (1)**
3:6
**exist (1)**
32:10
**existing (1)**
25:15
**expiration (2)**
39:19 40:3
**expires (2)**
40:17 46:23
**explain (1)**
6:15
**E.T (3)**
15:1,4,18

---
**F**
---

**F (1)**
46:1
**facility (2)**
14:6 44:6
**Fahrenheit (1)**
31:23
**fair (2)**
24:14,18
**familiar (6)**
18:10 23:3 35:6 37:14,15
  43:18
**far (2)**
37:2 42:14
**FDA (16)**
7:19 8:4,7,10 9:21 13:19,20
  13:22,23,24 14:3 21:16
  32:6,9,14 37:21
**FDA's (1)**
22:1
**February (3)**
35:23 38:23 39:14
**field (1)**
5:15
**filed (1)**
6:5
**filings (1)**

**14:7**
**finalized (1)**
26:16
**find (1)**
39:8
**firm (1)**
46:16
**first (6)**
4:3 7:11 39:16,24 42:24 46:8
**firsthand (1)**
33:8
**Floor (1)**
2:4
**Fogt (3)**
34:10,21,22
**following (3)**
31:12 33:13 39:12
**follows (1)**
4:5
**Food (1)**
9:15
**foregoing (1)**
46:10
**form (2)**
8:19 11:22
**formally (1)**
8:5
**format (2)**
20:6,7
**forth (2)**
26:20 36:7
**four (1)**
31:4
**fourth (3)**
11:6 16:6 29:11

---
**G**
---

**G (1)**
4:1
**Gamble (1)**
30:20
**gastric (1)**
31:14
**give (4)**
11:2 25:17 27:1 39:25
**given (1)**
46:10

**giving (1)**
46:7
**Glassman (2)**
38:18,18
**go (4)**
11:5 16:15 26:20 27:13
**goes (3)**
22:18,18 33:19
**good (3)**
13:25 22:1 40:7
**group (10)**
21:13,24 22:8,13 26:17 27:11
  27:19,24 34:10 35:6
**guaifenesin (6)**
14:17 18:8 19:4 33:15 41:12
  41:19

---
**H**
---

**hand (3)**
13:4 23:12 46:19
**handed (7)**
19:25 28:2 32:22 34:24
  35:17 38:9 42:2
**handing (1)**
18:3
**handles (1)**
21:25
**handling (1)**
9:13
**handwriting (2)**
23:3,18
**handwritten (4)**
22:23,24 24:21 42:10
**happen (1)**
40:21
**happens (1)**
26:24
**HARTFORD (1)**
1:3
**Haven (1)**
2:5
**HC (1)**
36:2
**HCI (1)**
35:25
**HCl (2)**
33:15 36:1

© **Ace-Merit, LLC  2006 / (513) 241-3200**
**30 Garfield Place, Suite 620   Cincinnati, Ohio  45202**

**head (7)**
8:22,23 27:16,17,18 34:3
35:10
**headache (1)**
31:14
**heard (2)**
7:2 43:25
**hemorrhagic (2)**
7:5 37:17
**hereinafter (1)**
4:4
**hereunto (1)**
46:19
**Herman (1)**
33:1
**history (1)**
28:10
**horizontal (1)**
15:17
**hydrochloride (1)**
36:4
**hypertrophy (1)**
31:17

---
**I**

**identification (9)**
10:21 19:24 27:21 28:1
32:20 35:16 38:8 42:1 45:4
**identified (12)**
17:4,8 18:3 19:25 24:3 28:2
32:22 34:25 35:17 38:9
39:23 42:2
**identifier (2)**
18:19 28:11
**identifiers (1)**
29:10
**identifies (2)**
29:2,5
**identify (5)**
11:7,15 18:6 28:14 29:1
**identifying (1)**
42:15
**immediately (2)**
5:14 33:12
**imprint (1)**
29:25
**include (1)**

**31:13**
**included (3)**
10:23 19:21 20:23
**Indiana (4)**
43:10,12 44:11,12
**Indianapolis (3)**
43:10,11,17
**indicate (5)**
24:9 25:2 29:9,18 42:20
**indicates (7)**
15:3 16:17 18:23 24:8,10
25:4 26:5
**indication (2)**
23:24 43:16
**individual (2)**
17:11,20
**individuals (1)**
16:19
**industry (1)**
5:13
**inform (1)**
36:20
**information (3)**
14:20 18:21 36:20
**ingredient (1)**
6:19
**ingredients (2)**
6:22,23
**initials (2)**
20:17,19
**initiate (1)**
26:18
**initiated (1)**
26:15
**innovator's (1)**
31:21
**insert (12)**
20:6,16 23:1,13 28:21 29:6
29:15,22 30:13,25 31:1,11
**inserts (1)**
20:23
**insomnia (1)**
31:14
**inspect (1)**
14:6
**inspecting (1)**
13:23

**inspections (7)**
9:16 13:19,22,25 14:1,2,8
**interchangeably (1)**
6:11
**interest (1)**
46:15
**internal (2)**
28:22,23
**Interpharm (8)**
14:18 18:24 19:7,8,10,12
20:15 24:5
**inventories (1)**
22:3
**inventory (1)**
28:25
**In-house (1)**
38:20
**irritation (1)**
31:15
**ischemic (1)**
7:9
**isolated (1)**
22:4
**issued (2)**
8:4 38:5
**issues (2)**
7:12,17
**issuing (1)**
38:4
**Item (1)**
42:25
**Ivan (1)**
21:7
**I00019 (1)**
28:15
**I00019A (2)**
28:15 29:18
**I00019B (1)**
28:15
**I00019C (1)**
28:16

---
**J**

**J (1)**
15:12
**Jeff (6)**
12:5,9 17:2,4,10,13

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620    Cincinnati, Ohio  45202

**Jim (1)**
16:21
**job (1)**
34:17
**Jody (3)**
20:20,21 21:1
**John (11)**
8:24 10:19 11:18,25 12:14,15
  12:23 15:14 22:22 27:17,24
**joins (1)**
15:17
**Joseph (1)**
2:7
**Julie (3)**
34:10,15,19
**June (2)**
1:17 46:24
**J.C (6)**
16:6,9,15,20 17:19 34:5
**J.T (4)**
17:7,10,13,16

―――――――――――
**K**
―――――――――――

**Kimberly (3)**
1:22 46:4,23
**kind (1)**
6:17
**know (58)**
5:18,21,22 6:1,13,13,16,17
  6:18,19,21 7:5,7,9 8:7,10
  8:11 10:3,12 11:7 12:18,21
  13:17 14:12,12 16:18 17:2
  17:24 18:2 26:3 28:20
  30:18 31:7,10 32:9 33:25
  34:4,15 35:7,8 36:16 37:17
  38:6 39:2,5,10 41:18 42:19
  43:10,13,15,24,25 44:5,14
  44:17,19,20
**knowledge (4)**
33:8 35:4 41:10,15
**known (1)**
15:2

―――――――――――
**L**
―――――――――――

**L (6)**
1:22 35:20 36:2,3 46:4,23
**label (40)**

9:14 10:2,7,15 18:8,13,20
  19:20 20:22 21:23,24 22:8
  22:13,14,15,18 24:15,25
  25:1,5,8,19,19,20,23 26:6,8
  26:9,10,12,15,17,20,21 27:8
  27:11,11,13 28:18 32:15
**labeling (11)**
10:1,4 11:16 21:16,22,25
  22:2,16,21 25:5 28:12
**labels (2)**
18:11 22:12
**Laboratories (5)**
1:9 4:20 12:16 13:7 43:22
**larger (1)**
13:15
**Larry (2)**
38:18,18
**Laura (7)**
1:15 3:2 4:2,9 45:11 46:7,11
**lawful (1)**
4:3
**Lawrenceburg (1)**
44:13
**lawsuit (2)**
6:1,7
**layoff (1)**
5:10
**learned (1)**
5:23
**Lebanon (1)**
46:20
**left (4)**
16:6 17:18,18,24
**legal (2)**
38:19,22
**letter (9)**
32:6 33:9,19 35:1 38:12,17
  38:22 39:7,7
**letters (3)**
29:9 32:9,14
**let's (2)**
40:25 42:24
**life (2)**
40:9,24
**light-resistent (1)**
31:22
**line (3)**

15:16,17,17
**list (2)**
35:2 42:17
**literature (4)**
27:23 28:19 29:3,5
**litigation (10)**
5:19,21 18:6 20:2 28:5 35:19
  36:19,22,25 42:5
**live (1)**
44:9
**lived (1)**
44:11
**lives (1)**
44:20
**LLC (1)**
2:4
**LLP (2)**
1:19 2:8
**located (1)**
44:4
**long (2)**
5:1,8
**longer (2)**
40:22 41:13
**long-acting (1)**
33:15
**look (13)**
13:7 14:25 15:7 16:13 18:10
  18:20 19:19 20:6,8 23:3
  35:6 42:24 43:18
**looking (2)**
21:16 34:9
**looks (2)**
18:11 20:5
**lot (4)**
42:12,14 43:15,16
**lots (2)**
42:11,17
**lower (3)**
13:7 16:5 36:3
**Ludwick (1)**
2:4
**L.A (4)**
30:12,13,19 31:1

―――――――――――
**M**
―――――――――――

**managed (2)**

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

22:2,7
**management (2)**
21:11 22:7
**manufacture (6)**
14:10,14 19:15 40:8 41:4,5
**manufactured (5)**
14:13 18:24 23:25 24:3
40:18
**manufacturer (3)**
14:21 19:3 30:18
**manufacturers (2)**
14:16 37:21
**manufacturing (3)**
11:9 13:25 22:1
**March (1)**
30:4
**mark (1)**
10:24
**marked (10)**
3:6 10:20 19:23 27:20,25
32:19 35:15 38:7 41:25
45:3
**market (1)**
7:20
**marketing (5)**
12:3 16:4 17:5,9,17
**marketplace (3)**
8:5,8 37:23
**Marko (1)**
11:10
**matches (1)**
26:24
**materials (5)**
21:11 22:2,7,8 36:21
**Matt (3)**
38:12,13,15
**mean (10)**
6:15,25 8:6 19:15 24:22
26:13 30:7 33:23 40:4,14
**means (2)**
40:6 42:15
**medical (2)**
5:15,17
**memo (2)**
36:5,7
**memorandum (5)**
35:19 36:12,14,16 39:23

**Meneo (24)**
2:3 3:3 4:7 6:4 7:15,24 8:20
9:25 10:25 11:4 12:1 19:11
19:16 21:20 23:17 24:19
25:6,11 32:5,13,21 41:17
42:23 44:25
**merger (2)**
4:20,22
**Michael (1)**
2:3
**milligram (2)**
33:16 43:4
**milligrams (2)**
19:20,22
**minimize (1)**
22:5
**mix-ups (1)**
22:6
**monitoring (1)**
27:23
**Montgomery (1)**
39:1
**months (10)**
39:19 40:3,8,12,16,17,21,25
41:2,8
**multiple (1)**
27:7
**Mundkur (4)**
35:20 36:8,10,12
**M-a-r-k-o (1)**
11:12

---
**N**
---

**N (2)**
3:1 4:1
**name (6)**
4:8 20:10,12 33:1,3 38:13
**names (1)**
35:6
**nausea (1)**
31:14
**NDC (5)**
18:12,17 29:24 33:17 39:18
**necessarily (1)**
40:15
**need (2)**
23:2,14

**neither (1)**
46:13
**nervousness (1)**
31:13
**never (2)**
7:14 43:17
**new (4)**
2:5 14:3,4 33:20
**notary (3)**
1:22 46:5,24
**notation (1)**
40:3
**note (7)**
20:14 22:23,24 23:21 24:13
24:22,24
**notes (1)**
20:7
**Notice (3)**
1:16 10:23 11:7
**number (14)**
18:12,14,18 26:4 28:15,22
29:1,2 39:25 42:14,25 43:1
43:15,16
**numbers (1)**
29:25

---
**O**
---

**O (1)**
4:1
**Objection (18)**
5:20 7:13,21 8:19 9:24 11:22
19:9,14 21:18 23:16 24:17
25:3,9 32:4,11,18 41:14
42:22
**occur (1)**
31:17
**occurred (1)**
30:11
**October (1)**
15:4
**office (4)**
13:1 18:1 43:11 46:20
**official (3)**
20:8 24:23 46:20
**officially (1)**
8:6
**Ohio (8)**

1:21,22 2:10 39:2 46:2,6,20
  46:24
**Okay (16)**
  4:16 5:8,12 8:15 13:12 24:6
  27:22 31:4 34:18 35:9
  40:23 41:5 42:2 43:14
  44:22,25
**once (3)**
  26:3,21 27:11
**ones (1)**
  8:14
**open (2)**
  33:19,23
**operational (1)**
  9:22
**operations (1)**
  9:17
**opposite (1)**
  19:19
**option (1)**
  14:6
**order (1)**
  22:5
**orders (3)**
  33:20,21,23
**organizational (2)**
  13:20 16:1
**original (2)**
  23:10,11
**Overdosage (1)**
  31:12
**Overnight (3)**
  23:2,13,14

**P**

**P (2)**
  2:7 4:1
**package (4)**
  20:6,23 29:22 33:16
**page (11)**
  3:2 11:6 13:10 14:25 15:1
  16:3,4 17:4,7,16 34:24
**pages (1)**
  20:3
**PAI (1)**
  14:1
**part (7)**

**11:24 13:15 22:12 26:5**
  28:24 34:16 36:19
**particular (2)**
  5:18 29:2
**parties (2)**
  14:15 46:14
**patients (1)**
  31:17
**Patty (3)**
  38:25 39:2,8
**PDR (2)**
  30:13,21
**Pendley (3)**
  38:13,13,15
**people (4)**
  10:5,10,18 22:4
**performed (1)**
  40:6
**period (1)**
  40:16
**person (15)**
  8:21 9:19 10:2 11:8,15,19
  12:2,6,11 15:20 16:9,12
  20:22 23:10 27:5
**persons (6)**
  11:8,16,19 12:2,6,11
**Peyton (3)**
  38:25 39:3,8
**pharmaceutical (5)**
  5:13 6:20,21,23 22:19
**Pharmaceuticals (15)**
  1:9 4:11,12,13,23 14:19 18:5
  28:4 33:5 39:13 42:5 43:22
  44:2,3,10
**pharmacy (1)**
  40:15
**phenylpropanolamine (4)**
  6:3,10 33:15 35:25
**Phoenix (3)**
  44:6,7,8
**phone (1)**
  34:16
**physical (3)**
  26:8,18,19
**physically (1)**
  21:25
**Physicians (2)**

**30:23 31:2**
**piece (4)**
  21:23 28:12,19 29:2
**pieces (1)**
  29:1
**place (4)**
  1:19 26:3 30:3 46:11
**plaintiff (3)**
  1:7,16 2:2
**Plaintiff's (19)**
  3:7,7,8,8,9,9,10,10,11 10:20
  19:23 27:20,25 32:19 34:25
  35:15 38:7 41:25 45:3
**plant (1)**
  22:1
**plated (1)**
  26:22
**please (4)**
  18:15 33:11 34:1 39:8
**point (3)**
  4:24 15:8 22:17
**policies (1)**
  26:2
**position (8)**
  4:16,19,23 5:2,5 9:5,6 35:9
**positive (1)**
  26:2
**possible (4)**
  17:9 25:24 29:4 31:13
**Possibly (1)**
  28:8
**PPA (31)**
  6:10,13,14,16,18 7:12,17,19
  8:5,7 11:9,17,21 12:4,8,13
  14:11,13,17 18:8 19:3,20
  36:11,18,22,25 39:9,13,15
  41:12,19
**PPAG (1)**
  35:7
**PPA-containing (1)**
  37:22
**PPA-guaifenesin (5)**
  30:17 32:16 37:8,11 43:4
**PPA/G (4)**
  29:5,15 30:25 35:1
**PPA/guaifenesin (1)**
  39:16

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

practice (2)
13:25 22:1
prepare (1)
36:12
prepared (3)
15:3 36:17 39:24
preparing (1)
36:14
present (1)
13:20
president (10)
9:8 15:4,11,22 16:6,24 17:5,8
17:17,19
primarily (1)
6:1
printed (4)
26:25 28:19 29:3,4
prior (5)
4:22 5:4,12,14 14:1
privileges (1)
5:25
Probably (1)
12:25
proceeds (1)
15:18
process (3)
11:24 26:11,13
Procter (1)
30:20
produce (4)
14:17 19:8,12 32:14
produced (7)
13:6 18:5 20:2 28:4 32:16
35:18 42:4
product (26)
14:22 18:23 19:8,10,12,21
22:19 23:25 25:1 30:2,14
30:15 33:10,13,14,20,24
39:13,22 40:7,7,11,25
41:13 42:13,15
products (18)
11:9,17,20 12:4,7,13 14:3,5
14:11,13 32:16 35:24 36:11
37:4,6,22 39:15,24
project (1)
37:18
promotion (1)

12:3
pronounced (1)
34:21
pronouncing (2)
20:11 35:20
proof (3)
27:1,6,9
properties (1)
26:8
prostatic (1)
31:17
providing (1)
14:22
public (3)
1:22 46:5,24
purposes (1)
6:9
pursuant (2)
1:16 46:12
Pusecker (1)
21:7

Q

qualified (1)
46:5
quality (7)
4:18,25 5:7 35:10,11,12 40:4
question (1)
11:23
questions (3)
11:5 34:1 45:1

R

R (2)
4:1 46:1
Rapoza (15)
8:24 9:7,7,10 10:19 11:18,25
12:14,15,24 15:12,14,20
22:22 27:17
Rapoza's (4)
9:6 15:21 22:11 27:24
reactions (3)
31:12,13,15
read (8)
18:14 22:25 23:13 31:18,24
33:21 39:19 42:8
reads (3)

20:14 31:22 33:11
Reason (1)
30:11
recall (7)
9:12 14:14,15,18 27:8 32:25
36:14
received (1)
19:10
recognize (16)
18:17 20:3,4,5,11,17 23:5,18
28:5,6 33:1,3 35:2 38:13
42:6,25
recommendation (1)
8:4
recommended (3)
8:1,7,10
record (3)
4:8 12:11 32:13
refer (2)
6:10 30:21
reference (3)
30:23 31:2 34:13
REFERENCED (1)
3:6
References (1)
30:1
referred (2)
13:8 19:1
referring (3)
16:24 34:7 36:23
regard (2)
5:20 6:2
regarding (3)
7:12,17 39:9
regulations (2)
21:17 22:2
regulatory (22)
8:22,23 9:3,16,18,19 10:7,16
10:18 11:24 12:12 15:12
21:13 22:15,22 27:9,12,14
27:16,17,18,24
relative (1)
46:13
relevant (1)
31:6
relocate (1)
44:17

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

relocated (2)
44:14,19
remain (2)
40:11,14
Renner (2)
39:9,10
replace (1)
32:2
report (6)
9:10,11 13:16 21:1,3,6
reported (4)
9:7 21:5,14 22:9
reporting (2)
10:10 46:16
reports (1)
15:21
represent (5)
13:5 18:4 20:1 28:3 42:4
representative (1)
34:14
request (2)
32:14 39:9
requested (1)
37:21
requests (1)
10:22
require (1)
31:15
required (4)
7:19,22 9:18 13:24
requirement (1)
8:2
requirements (1)
9:21
resale (1)
14:23
respect (3)
10:1 12:12 21:21
respects (1)
46:12
response (1)
34:8
responsibilities (2)
9:12 34:17
responsibility (6)
8:17,17 10:13 15:22 21:19,21

responsible (15)
8:16 9:13,14,15 11:8,16,20
12:3,7,11 20:22 22:7,20
27:22 38:4
rest (1)
22:3
restlessness (1)
31:14
result (1)
46:15
retention (1)
31:16
Rev (1)
29:18
review (7)
9:14 14:7 23:2,15 26:23
30:12,25
reviewed (1)
27:2
reviewing (1)
10:6
revised (2)
25:2,14
revision (13)
24:8,11,12,22 25:4,7,21 26:2
26:4,9 29:18 30:3,10
revisions (9)
24:15 25:14 28:11 29:12,13
29:14 30:12,24 31:21
right (7)
14:24 15:10 16:16 24:6 37:2
42:14 43:3
right-hand (2)
13:8 15:11
Road (1)
39:1
Rob (3)
21:5,6,8
Ron (1)
2:3
route (1)
26:19
routine (1)
13:24
row (2)
16:5,16
Rugby (1)

29:25
Rule (1)
46:18
running (1)
28:10
RX (2)
20:16 32:2

S

S (1)
4:1
safety (5)
7:12,17 11:20,24 27:23
sale (2)
12:7 39:18
sales (10)
16:4,6 17:5,9,17,19 33:25
34:11,13 35:5
says (4)
29:23 30:11 39:17 42:10
Schein (3)
14:19,20,21
Schwartz (3)
20:20,21 21:1
science (4)
16:5 17:5,9,17
Seabrook (1)
5:17
seal (1)
46:20
second (4)
17:18 29:11,17 34:23
section (3)
29:24 30:1 31:11
see (6)
13:8,18 24:1 34:12,13 39:15
seen (8)
6:5 13:13 28:7 32:6,23 37:25
38:10 43:18
seldom (1)
31:15
selling (1)
8:13
senior (3)
17:5,8,17
sense (1)
36:18

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

sent (1)
38:17
sentence (2)
31:21 39:12
separate (4)
16:9,18 22:9,13
separately (1)
22:3
sequential (1)
13:9
series (2)
10:22 37:3
service (5)
34:2,3,13,14,16
services (1)
34:11
set (2)
36:7 46:19
Sharon (1)
34:14
shelf (7)
40:9,11,15,15,24 41:2,7
ship (9)
35:24 36:10 37:3,5,9,12
40:23 41:3 43:9
shipped (5)
36:21 40:25 41:6 42:18
43:17
shipping (1)
41:18
sic (1)
35:25
side (3)
19:19 20:8 22:16
sign (3)
9:17 10:2 27:6
Signature (1)
45:2
signatures (1)
27:7
signed (3)
9:22 27:9,19
signing (1)
10:7
sign-off (1)
10:8
sit (4)

7:16 41:1,7 43:15
site (3)
9:16,18 22:8
size (1)
33:16
skip (1)
31:5
Smith (1)
34:14
Snyder (1)
33:2
sold (1)
41:13
son (1)
17:14
sorry (1)
34:12
sound (1)
37:15
specific (1)
42:13
specifically (4)
8:12 9:9,11 13:23
spell (1)
11:11
sphere (1)
15:21
spoke (1)
12:23
SS (1)
46:2
stability (1)
40:6
stands (1)
36:3
started (2)
6:7 26:4
state (5)
1:22 4:8 46:2,6,24
statement (1)
32:1
states (2)
1:1 39:8
status (1)
39:13
stipulations (1)
46:12

Stoltman (8)
9:2,9,20 10:9,17 21:4 27:18
43:21
stopped (1)
41:18
Store (1)
31:23
stream (1)
10:4
Street (3)
1:20 2:4,9
strength (1)
33:16
strictly (1)
27:10
stroke (3)
7:5,9 37:17
structure (1)
16:1
studies (1)
40:7
study (1)
37:14
subject (1)
35:24
submitted (1)
14:2
subsidiary (1)
4:13
Suite (3)
1:20 2:9 39:2
supplied (2)
30:1,7
support (1)
40:20
sure (7)
7:8 14:21 15:7 17:20 25:18
27:2 31:5
Sutaria (2)
20:10,15
swear (2)
16:11 17:1
Sweeney (1)
2:4
switch (1)
25:16
sworn (2)

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

4:4 46:8
**sympathomimetic (1)**
7:2
**Systems (1)**
5:17

---

**T**

**T (2)**
46:1,1
**Tablet (1)**
29:23
**tablets (6)**
14:17 18:9 30:8 33:16 37:8
    37:11
**take (1)**
21:4
**taken (2)**
1:16 46:12
**takes (1)**
40:16
**tasks (1)**
9:22
**Technically (1)**
7:6
**ten (2)**
25:25,25
**ten-week (1)**
5:10
**terminology (1)**
6:25
**testing (1)**
40:13
**Thank (2)**
34:23 45:1
**therapy (1)**
31:16
**Things (1)**
9:17
**think (2)**
16:20 34:18
**third (3)**
14:15 15:11 29:11
**third-party (2)**
14:16 19:3
**Thomas (24)**
2:7 5:20 7:13,21 8:19 9:24
    11:2,22 15:2 17:14,22 19:9

19:14 21:18 23:16 24:17
    25:3,9 32:4,11,18 41:14
    42:22 45:2
**three (1)**
26:1
**tight (1)**
31:22
**time (10)**
1:18 12:23 15:2 17:21 26:3
    30:19 34:6 40:16 45:1
    46:11
**times (4)**
10:6 14:8 25:14 26:6
**title (3)**
21:10 42:8,10
**titled (2)**
28:21 31:11
**today (1)**
7:16
**told (1)**
15:1
**Tom (2)**
16:21,23
**top (3)**
15:1 17:7 43:14
**Towers (2)**
39:1,5
**TRACY (1)**
1:6
**truth (3)**
46:9,9,9
**trying (1)**
9:12
**turn (2)**
16:3 18:20
**two (6)**
8:3 20:3 31:20 32:23 39:18
    39:24
**type (1)**
34:16
**typically (1)**
13:20

---

**U**

**Uh-huh (3)**
6:24 16:14,18
**Ulmer (2)**

1:19 2:8
**ultimate (1)**
10:13
**undersigned (1)**
46:4
**understanding (1)**
15:25
**UNITED (1)**
1:1
**Urinary (1)**
31:16
**use (1)**
25:15
**USP (1)**
31:23

---

**V**

**vaguely (1)**
36:15
**vanillylmandelic (1)**
31:7
**vendor (5)**
26:21,23,24 27:1,10
**version (1)**
31:21
**versions (1)**
25:15
**vertical (1)**
15:17
**vice (7)**
9:8 15:11 16:6 17:5,8,17,19
**Vine (2)**
1:20 2:9
**visits (2)**
9:15,16
**vs (1)**
1:8

---

**W**

**waive (1)**
5:25
**want (2)**
5:25 18:14
**wanting (1)**
26:25
**WARREN (1)**
46:3

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

watch (2)
8:13,14
watching (1)
8:16
Watson (2)
44:2,3
weren't (1)
17:20
we'll (2)
13:4 31:5
we're (1)
21:16
Whereabouts (1)
44:12
WHEREOF (1)
46:19
William (1)
9:2
Williford (5)
21:5,6,8,15 22:6
Wilson (3)
1:22 46:4,23
withdraw (2)
8:2 37:22
withdrawal (1)
8:11
withdrawing (1)
8:5
withdrawn (3)
7:20,23 8:8
witness (3)
4:3 11:1 46:19
wonder (1)
18:6
words (1)
5:23
work (5)
5:12 13:1 18:1 22:10 43:21
worked (5)
10:5 21:13 22:14 38:16
   44:10
working (1)
8:14
works (1)
43:24
written (3)
20:14 23:22 36:5

wrong (1)
37:5
wrote (2)
23:12 24:24

---

**X**

X (1)
3:1

---

**Y**

Yale (1)
37:14
years (4)
8:3 25:25,25 26:1

---

**0**

000934 (1)
34:9
06510 (1)
2:5

---

**1**

1 (11)
1:17 3:7 10:20 13:10 14:25
   17:4 31:5 39:19 41:1,6,8
1,000 (2)
30:6,8
10 (4)
3:7,7 11:6 12:10
10:35 (1)
45:15
100 (4)
33:16 37:11 41:22 43:6
11th (1)
2:4
13 (2)
3:11 39:17
13th (1)
41:12
14th (1)
39:14
15 (1)
46:24
16th (1)
38:23
17th (2)
37:12 41:22

173 (4)
20:1,10 22:24 24:13
174 (3)
20:1 23:24 24:7
18 (1)
3:7
18th (1)
35:23
19 (1)
3:7
1990s (1)
32:17
1992 (2)
24:12 25:7
1994 (1)
29:19
1995 (3)
5:9 27:23 30:4
1996 (5)
8:23,24 14:10 15:4 27:23
1997 (2)
5:3 8:25
1998 (6)
24:16 30:11,13,24 31:1 32:3
1999 (7)
37:9 40:24 41:1,8,12,19
   42:11

---

**2**

2 (7)
3:7 16:3,4 17:7 19:23 28:3
   31:11
2nd (1)
41:7
20 (1)
3:8
2000 (3)
37:12 39:19 41:23
2001 (2)
38:23 39:14
2002 (1)
12:25
2003 (1)
35:23
2006 (2)
1:17 46:21
2009 (1)

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

46:24
**265 (1)**
2:4
**27 (2)**
3:8,8
**2780 (2)**
32:23 33:7
**2781 (2)**
32:23 34:23
**28 (1)**
3:8
**28(D) (1)**
46:18
**2800 (2)**
1:20 2:9
**2937 (3)**
35:18 40:1,24

---
**3**
---

**3 (4)**
3:8 17:16 27:20 31:21
**3:02:cv-01001(AWT) (1)**
1:8
**30 (1)**
31:24
**32 (2)**
3:9,9
**35 (2)**
3:9,9
**36 (10)**
39:19 40:3,8,12,16,17,21,25
    41:2,8
**38 (2)**
3:10,10
**380 (1)**
39:2

---
**4**
---

**4 (4)**
3:3,8 27:25 32:1
**4/29/98 (2)**
23:23 24:14
**409 (2)**
42:3,17
**41 (2)**
3:10 18:4
**410 (1)**

42:3
**411 (1)**
42:3
**412 (1)**
42:3
**413 (1)**
42:3
**414 (1)**
42:3
**415 (2)**
42:3,17
**42 (1)**
3:10
**43 (1)**
28:3
**45 (1)**
3:11
**45202 (2)**
1:21 2:10

---
**5**
---

**5 (4)**
3:9 11:5 32:19 34:25
**5/25/92 (1)**
24:8
**5/92 (2)**
24:15 25:2
**500 (2)**
37:8 41:19
**51285 (1)**
18:17
**51285-295-02 (1)**
33:17
**51285-295-04 (1)**
18:16
**5128529502 (1)**
42:25
**516-349-1730 (1)**
20:15

---
**6**
---

**6 (5)**
3:9 35:15 39:23 40:24 41:19
**6th (1)**
37:9
**600 (2)**
1:20 2:9

---
**7**
---

**7 (3)**
3:10 11:19 38:7
**75 (1)**
19:22
**75/400 (3)**
33:16 39:17 43:4

---
**8**
---

**8 (3)**
3:10 12:2 41:25
**8/94 (1)**
29:18
**8044 (1)**
39:1
**86 (1)**
31:23

---
**9**
---

**9 (3)**
3:11 12:6 45:3
**9:30 (1)**
1:18
**92 (1)**
25:24
**932 (3)**
13:4,9 21:8
**934 (2)**
16:13 34:12
**936 (2)**
13:5,10
**94 (1)**
29:21
**96 (1)**
5:11
**979 (1)**
38:10
**99 (1)**
39:17

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202