UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC.

Defendants.

CIVIL ACTION CASE NO. 3:02-CV1001(AWT)

JULY 20, 2006

**PLAINTIFF'S SUPPLEMENTAL MOTION TO ENLARGE TIME AND EXTEND DISCOVERY**

Plaintiff Tracy Bolwell hereby moves this Court for an extension of time in the amount of sixty (60) days, until September 18, 2006, in which to take the depositions of former Duramed employees John Rapoza, William Stoltman and Ken Phelps.

Since the filing of plaintiff's July 13, 2006 Motion to Enlarge Time and Extend Discovery, the plaintiff has learned that William Stoltman is currently residing in Ohio. On or about July 17, 2006, William Stoltman contacted plaintiff's counsel regarding plaintiff's attempts to serve him with a subpoena at his Arizona residence. (See Affidavit of Brian P. Kenney attached hereto as Exhibit 1). Mr. Stoltman stated that, although his family still resides in Arizona, he is presently in Ohio in search of a new home for the family. (See Exhibit 1). Mr. Stoltman also indicated that he was available in the coming weeks to be deposed. (See Exhibit 1).

Considering the circumstances of Mr. Stoltman's whereabouts, plaintiff has good cause to extend discovery because, absent knowledge regarding Mr. Stoltman's temporary residence, plaintiff had no reasonable means to serve Mr. Stoltman with a subpoena. Nevertheless, the plaintiff, through a process server, made four attempts to serve Mr. Stoltman at his Arizona residence. (See statement of process server, John Wilson, and Certificate of Service of Process form attached hereto as Exhibit 2). When this failed, the plaintiff sent a subpoena via first class mail return receipt. (See United States Postal Track & Confirm printout attached hereto as Exhibit 3). For the reasons stated above such efforts were in vain.

Wherefore, the Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Enlarge Time and Extend Discovery.

Respectfully submitted,

Brian P. Kenney, Esq.
Federal Bar # CT 27025
Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, CT 06510
203-777-7799
203-785-1671 (fax)

Counsel for the Plaintiff
Tracy Bolwell

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

Plaintiff,

CIVIL ACTION CASE NO.
3:02-CV1001(AWT)

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

Defendants.

, 2006

**ORDER**

The Court, having considered the Plaintiff's Motion to Enlarge Time and Extend Discovery, hereby grants/denies said Motion.

______________________________

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 20th day of July, 2006 to the following counsel of record:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas
Jeffrey D. Geoppinger
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

Brian P. Kenney, Esq.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC.

Defendants.

CIVIL ACTION CASE NO. 3:02-CV1001(AWT)

JULY 20, 2006

**AFFIDAVIT OF BRIAN P. KENNEY IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME AND EXTEND DISCOVERY**

Brian P. Kenney, of full age, being duly sworn according to law, depose and say:

1. I am an associate with the law firm of Early, Ludwick & Sweeney LLC, 265 Church Street, New Haven, Connecticut 06508-1866, which represents the plaintiff, Tracy Bolwell, in this litigation.

2. On or about July 17, 2006, I received a voicemail from William Stoltman who indicated he was calling because his wife had forwarded him documents related to the above entitled litigation.

3. On or about July 18, 2006, I returned Mr. Stoltman's phone call and learned that he was at a temporary residence in Ohio presently searching for a new home for his family.

4. Mr. Stoltman stated that his wife informed him that an individual had come to his home in Arizona on several occasions in an effort to locate him.

5. I indicated that the purpose of this individual appearing at his home was to serve him with a subpoena so he could be deposed and give testimony regarding his work at Duramed.

6. In inquired as to Mr. Stoltman's availability for purposes of taking a deposition and he stated that the most convenient time for him to be deposed would be in the next two to three weeks.

7. I have recalled the above information to the best of my knowledge.

Brian P. Kenney

STATE OF CONNECTICUT

COUNTY OF NEW HAVEN

Subscribed and sworn to before me this 20th day of July, 2006.

Notary Public
My Commission expires:

ALEXIS J. SCHWEIZER
NOTARY PUBLIC
MY COMMISSION EXPIRES 6/30/2010

# EXHIBIT 2

To Whom It May Concern:

I spoke to Mrs. Stoltman on 6/28. She said her husband was out of the country. She did not know when he would return.

I tried service again on 7/7, 7/8, and 7/9. Someone was home and there was a car in the drive that was not there on my first attempt. Mrs. Stoltman spoke to me thru the door and said "He is not here". I tried again on 7/10. Car in driveway but no answer at the door.

John Wilson
#5833

**CERTIFICATE OF SERVICE OF PROCESS BY A-PLUS PROCESS SERVICE and AFFILIATES**
**480-777-0000**

**IN AND FOR THE** United States District **COURT, COUNTY OF MARICOPA, STATE OF ARIZONA**

**Case No.** 3:02-cv01001 (AWT) District of Connecticut

Plaintiff/ Petitioner: Tracy Bolwell

Phone #: ____

Defendant/ Respondent: Duramed Pharmaceuticals Inc ET AL

**INDIVIDUAL/S TO SERVE**
☐ Plaintiff ☐ Petitioner ☐ Defendant ☐ Respondent
☒ Witness ☐ Tenant ☐ Statutory Agent ☐ Attorney
☐ Other Serve upon: William Stoltman 2230 E. Menadota Dr. Phoenix AZ 85024

**MANNER OF SERVICE**
☐ Service upon the Individual, personally. # copies served: ____
☐ Service upon ____, a person of suitable age & discretion residing at individual's residence.
☐ Service upon ____, a person qualified to accept service on behalf of the individual.
☐ Served by affixing to main entrance & mailed by certified mail: Receipt # ____

**PLACE OF SERVICE**
☐ Individual's Address
☐ Other ____

☐ Small Claims Complaint / Summons / Answer
☐ Civil summons & Complaint ☒ Civil subpoena
☐ Summons/Complaint Forcible Detainer ☐ ____-Day Notice
☐ Petition for & Injunction Prohibiting Harassment
☐ Petition for & Order of Protection ☐ Request for Hearing
☐ Petition in Support of Supplemental Proceeding & Order
☐ Family Court Cover Sheet ☐ Summons (Domestic Relations)
☐ Petition for ☐ Dissolution of Marriage ☐ Temporary Orders
☐ Information for Conciliation Court ☐ Data Sheet
☐ Preliminary Injunction ☐ Notice to Convert Health Insurance
☐ Notice/Decree of Dissolution of Marriage ☐ To Creditors
☐ Affidavit of ☐ Financial Information ☐ Re: Minor Children
☐ Child Support ☐ Order ☐ Worksheet ☐ Information Form
☐ Order / Notice to ☐ Appear ☐ Show Cause ☐ A.D.R.
☐ Parent's Worksheet for Child Support Amount
☐ Order / Notice to Attend Parent Information Program Class
☐ Parenting Plan for ☐ Sole Custody ☐ Joint Custody
☐ Petition for ☐ OSC ☐ Mediation ☐ Local Rules
☐ Request to ☐ Modify Child Support ☐ Modify Wage Assngmt.
☐ Request / Order to Modify ☐ Visitation ☐ Support ☐ Custody
☐ Expedited Process Order to Appear ☐ Certificate on Issue
☐ Request to Enforce ____
☐ Terminate Rental Agreement ☐ Attachments ☐ Exhibits
☐ Blank Financial Affidavit form ☐ Financial Information Form
☐ CHILD SUPPORT #3 To change an Existing Court Order Packet
☒ Date & Time of Hearing: 07/11/2006 at 10:00 AM
☐ ____Keys ☒ Check # 3590 ☐ Demands not Remedied
☐ Vacating Request Inspection ☐ No Liability ☐ Security Demand
☒ Other: Subpoena of Deposition; Notice of Deposition, Witness Fee

The undersigned, being duly sworn, states: "I am a Registered Officer of the Superior Court of Arizona, and duly approved as a Private Process Server. On 06/28/2006, I received true copy of each document checked above. Within the state of Arizona, I personally served the same on:

**The** ____ **day of** ____, **2006 at** ____ **M**

I certify under penalty of perjury the foregoing is true and correct. Executed on 07/09/2006. [signature] #5833
Registered in Maricopa County

Service Fee $ 75.00
Other: ____ $ ____
Total $ ____
PAID BY: ☐Cash ☒Ck ☐MO ☐CC $ 75.00
# 3590
Total Payment Due $ 0

**Billing Address if other than above**
Early, Ludwick, Sweeney & Strauss
One Century Tower 15th Floor
265 Church St. - Box 866
New Haven CT 06508
203 777-7799

**DATES AND TIMES ATTEMPTED**
6/28 / 7:30 PM.
7/7 / 9:30 AM.
7/8 / 9:30 AM.
7/9 9:30
7/10 8:05 AM
☒ **NOT SERVED**
Could not contact - Believe To Be Avoiding Service

The above is in compliance with Arizona rules of Court, Rules of Civil Procedure, Rule 80(i)

# EXHIBIT 3





# Track & Confirm

## Search Results

Label/Receipt Number: **9121 1072 5121 7000 0120 22**
Status: **Delivered**

Your item was delivered at 3:02 pm on July 10, 2006 in PHOENIX, AZ 85024. The item was signed for by A STOLTMAN.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. *Go >*





Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy