## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TRACY BOLWELL,** | : | **CIVIL ACTION NO: 302CV01001AWT** |
| Plaintiff, | : | **JUDGE ALVIN W. THOMPSON** |
| vs. | : | **MAG. JUDGE DONNA F. MARTINEZ** |
| **DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC.,** | : | |
| Defendants. | : | September 12, 2006 |

### AGREED MOTION FOR ENTRY OF SECOND AMENDED SCHEDULING ORDER

Pursuant to the June 20, 2006, and July 27, 2006, orders of the Court granting plaintiff's motions to enlarge time and extend discovery, the August 29, 2006, order of the Court requiring the parties to submit a schedule for submission of pre-trial motions, and United States District Court for the District of Connecticut Local Rule 7(b), plaintiff Tracy Bolwell and defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, jointly file this agreed motion for entry of a second amended scheduling order. The parties jointly request that the Court grant this motion and enter the second amended scheduling order in the form attached hereto in order to memorialize the amended discovery schedule in effect and to provide the parties with a schedule for the filing and disposition of all pre-trial motions, including challenges to the admissibility of expert witness testimony and dispositive motions. The parties would show the Court that this second amended scheduling order is necessary to comply with the August 29, 2006, order of the court to submit a schedule for anticipated motion

practice. No undue delay or prejudice will result from entry of this second amended scheduling order, and no deadlines for completion of discovery presently in effect will be extended.

This agreed motion for entry of a second amended scheduling order is the second joint motion for amendment to the scheduling order in this case. Plaintiff previously moved the Court for additional time to conduct fact discovery on October 27, 2005, June 19, 2006, and July 24, 2006.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request the Court grant this agreed motion for a second amended scheduling order and enter a second amended scheduling order in the form attached hereto.

Respectfully Submitted,

/s/ Joseph P. Thomas
Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032-2976
(860) 678-4425
(860) 678-4427 FAX

2

Joseph P. Thomas
Ohio Bar No: 0040379
CT Fed. Bar No. phv0382
Jennifer Hageman
Ohio Bar No.: 0066632
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com
**Counsel for Defendants**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**


/s/ Brian Kenney
Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via facsimile, Federal Express and/or U.S. mail on the 12th day of September, 2006 on:

Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

                                                 /s/ Jeffrey D. Geoppinger

390815.1 (27494-3)
9/12/2006 9:14 AM