UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TRACY BOLWELL,** | : | **CIVIL ACTION NO: 302CV01001AWT** |
| Plaintiff, | : | **JUDGE ALVIN W. THOMPSON** |
| vs. | : | **MAG. JUDGE DONNA F. MARTINEZ** |
| **DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC.,** | : | |
| Defendants. | : | September 12, 2006 |

## SECOND AMENDED SCHEDULING ORDER

Pursuant to the June 20, 2006, and July 27, 2006, orders of the Court granting plaintiff's motions to enlarge time and extend discovery and the August 29, 2006, order of the Court requiring the parties to submit a schedule for submission of pre-trial motions, the Court hereby vacates the first amended scheduling order entered on April 24, 2006, and enters this second amended scheduling order. Accordingly, the following deadlines are adopted as reasonable and appropriate for the remainder of this case:

I. Defendants shall file their Answer on or before September 29, 2006.

II. All fact discovery shall be completed by September 18, 2006.

III. The deadline for plaintiff to disclose expert witnesses has passed. Plaintiff's designated experts shall be deposed on or before September 18, 2006. Defendants shall disclose rebuttal experts on or before September 29, 2006, and any such experts will be deposed on or before November 29, 2006.

IV. All motions challenging the admissibility of any expert witness testimony (*Daubert* challenges) shall be filed on or before December 29, 2006. Opposing

memorandum in opposition to *Daubert* challenges shall be filed on or before January 19, 2007.  Replies in support of Daubert challenges shall be filed on or before February 9, 2007.

      V.      All dispositive motions, including motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 and motions to dismiss shall be filed on or before March 2, 2007.

      VI.      The parties shall jointly file a Trial Memorandum for approval by the court on or before March 16, 2007.  A courtesy copy shall be submitted to the chambers of the Honorable Alvin W. Thompson at 450 Main Street, Hartford, CT  06106.  If any dispositive motion, including any motion for summary judgment or a motion to dismiss, is pending before the court on March 16, 2007, the joint Trial Memorandum shall be filed 30 days after the court issues a ruling on any such motion.

Except as modified hereby, the Trial Memorandum shall be submitted in compliance with Rule 6 of the Local Rules of Civil Procedure and the Standing Order Regarding Trial Memoranda in Civil Cases revised as of July 1, 1998 (the "Standing Order"), which is included in the Local Rules of Civil Procedure.

THE TRIAL MEMORANDUM SHALL CONTAIN THE INFORMATION REQUIRED BY THE STANDING ORDER.  IN ADDITION, THE PROCEDURES SET FORTH BELOW SHALL BE FOLLOWED:

> Witnesses:  For each expert witness (see paragraph 10 of the Standing Order), the Trial Memorandum shall set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely.  Also, state the area of expertise and attach curriculum vitae, if available.
>
> If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection must

be stated in this section of the Trial Memorandum so that the objection can be resolved prior to jury selection.

Exhibits: With respect to exhibits (see paragraph 11 of the Standing Order), the parties shall also comply with the following requirements:

A. The parties shall mark the plaintiff's and the defendant's respective exhibits in numerical order (e.g., "Plaintiff's Exhibit 1", etc. and "Defendant's Exhibit 1", etc.) with exhibit tags, which will be provided by the Clerk's Office upon request. Where there are multiple plaintiffs and/or defendants, counsel should coordinate exhibit identification to ensure that exhibit numbers are not duplicated.

B. Copies of the actual exhibits shall be exchanged no later than fourteen (14) days prior to trial, and the original set of exhibits for the Deputy Clerk and a complete copy of the exhibits (in a binder) shall be submitted to the Deputy Clerk at least one (1) day prior to trial.

C. All objections to designated exhibits, except as to relevance, must be filed in writing not later than three (3) days prior to jury selection, together with a memorandum citing authorities in support of the objection, and will be resolved between the parties or by the court prior to jury selection.

Statement in Support of Opening Statement: The parties shall attach to the Trial Memorandum a written statement as an aid to the court in its introduction of the case to the jury. The parties do not waive their right to make an opening statement at trial by providing this written statement to the court.

3

<blockquote>

Jury Instructions: The parties shall meet and confer for the purpose of preparing and filing agreed upon jury instructions. The proposed instructions shall be submitted in the form of one continuous document, which shall be filed as an attachment to the Trial Memorandum. The proposed instructions should encompass all applicable rules of law. Citations of case law or other authority should be included in footnotes. If the parties cannot agree as to the appropriateness of a particular instruction, the objection should be set forth next to or immediately below the proposed instruction.

Additionally, while counsel must attach any requests for jury instructions pursuant to paragraph 13 of the Standing Order, they are <u>not</u> required to submit general jury instructions which, for example, instruct the jury on its role, evidence in general, witness credibility, etc.

Anticipated Evidentiary Problems: The parties shall attach to the Trial Memorandum motions in limine with memoranda of law concerning any anticipated evidentiary problems. (See paragraph 14 of the Standing Order.)

</blockquote>

VII.   Counsel are required to submit the Trial Memorandum, including the proposed jury instructions, on a computer disk to facilitate the preparation of final documents by the court.

VIII.  Counsel shall note the following:

<blockquote>

Stipulations of Fact: In the case of a jury trial, the stipulation of uncontroverted facts, required by paragraph 5 of the Standing Order, will be read to the jury, and no evidence shall be presented on the uncontested facts.

Availability of Witnesses: Each party shall ensure the availability at trial of each witness listed by that party unless the court and counsel are advised to the contrary not less than forty-eight (48) hours prior to the commencement of the evidence.

</blockquote>

SO ORDERED at Hartford, Connecticut this ___ day of September, 2006.

_____
Donna F. Martinez
United States Magistrate Judge