UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV01001(AWT) |
| Plaintiff, | |
| | JUDGE: Alvin W. Thompson |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | SEPTEMBER 29, 2006 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Tracy Bolwell, has manually filed the September 29, 2006 Plaintiff's Motion to Determine the Sufficiency of Defendant, Duramed Pharmaceuticals, Inc.'s Answers.

This document has not been electronically filed because counsel is presently unable to file electronically.

The document has been manually served on all parties.

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class U.S. Mail, postage prepaid, this ___29th___ day of ___September___ to :

Joseph P. Thomas, Esq.
Jeffrey D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-29767

_____
Brian P. Kenney, Esq.