```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

TRACY BOLWELL,                    :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :    CASE NO. 3:02CV1001 (AWT)
                                  :
DURAMED PHARMACEUTICALS,          :
INC., et al.,                     :
                                  :
     Defendants.                  :
```

## SECOND AMENDED SCHEDULING ORDER

Based on a telephonic status conference held on October 3, 2006, the parties' Agreed Motion for Entry of Second Amended Scheduling Order is granted, and the following deadlines are hereby adopted as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

1. Defendants' disclosed rebuttal experts will be deposed on or before November 29, 2006.

2. All motions challenging the admissibility of any expert witness testimony (Daubert challenges) shall be filed on or before December 29, 2006. Oppositions to Daubert challenges shall be filed on or before January 19, 2007. Replies in support of Daubert challenges shall be filed on or before February 9, 2007.

3. All dispositive motions, including motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 and motions to dismiss shall be filed on or before March 2,

2007.

4. The parties shall jointly file a Trial Memorandum for approval by the court on or before March 16, 2007. If any dispositive motion, including any motion for summary judgment or a motion to dismiss, is pending before the court on March 16, 2007, the joint Trial Memorandum shall be filed 30 days after the court issues a ruling on any such motion. A courtesy copy shall be submitted to the chambers of the Honorable Alvin W. Thompson at 450 Main Street, Hartford, CT 06106.

5. The parties' Trial Memorandum shall be in compliance with Rule 6 of the Local Rules of Civil Procedure and the Standing Order Regarding Trial Memoranda in Civil Cases (the "Standing Order"). In addition, the parties shall comply with the procedures set forth in the court's First Amended Scheduling Order dated April 24, 2006 (doc. # 56).

6. The parties have also agreed to the following deadlines, which have already passed:

    a. The defendants shall file their Answer on or before September 29, 2006.

    b. All fact discovery shall be completed by September 18, 2006.

    c. Plaintiff's designated experts shall be deposed on or before September 18, 2006.

      d.    Defendants shall disclose rebuttal experts on or before September 29, 2006.

SO ORDERED at Hartford, Connecticut this 16th day of October, 2006.

```
              _____/s/_____
              Donna F. Martinez
              United States Magistrate Judge
```