UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV1001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | October 11, 2006 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Tracy Bolwell hereby moves this Court for an extension of time in the amount of two weeks (14) days, until October 30, 2006 in which to respond or object to defendants' first set of requests for admissions.

As grounds for this Motion, the plaintiff states:

1. On September 15, 2006, defendants served the plaintiff with requests for admission.

2. The defendants' discovery requests contain a total of sixty two separate requests to admit.

3. Plaintiff needs additional time to obtain information necessary to formulate appropriate objections and responses to Defendants' requests for admission.

4. Defendants do not object to plaintiff's request for an extension of two weeks. (See defendants' signed agreement attached as Exhibit 1).

Wherefore, the Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time.

Respectfully submitted,

Brian P. Kenney, Esq.
Federal Bar # CT 27025
Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, CT 06510
203-777-7799
203-785-1671 (fax)

Counsel for the Plaintiff
Tracy Bolwell

# EXHIBIT 1

10-10-2006 02:58pm From-ulmer berne llp 5136985001 T-10 P.02/03 F-136
Case 3:02-cv-01001-AWT    Document 84    Filed 10/13/2006    Page 4 of 7
OCT-10-2006 14:01 EARLY LUDWICK & SWEENEY 785 1671 P.02

# EARLY
♦
# LUDWICK
♦
# SWEENEY &
♦
# STRAUSS

ATTORNEYS AT LAW
*An Association of Professional L.L.C.s*



EARLY, LUDWICK & SWEENEY, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799  (Fax) (203) 785-1671
web site: www.elslaw.com
e-mail: els@elslaw.com

*Please Reply to New Haven*

JAMES F. EARLY*
LINDALEA P. LUDWICK††
ROBERT J. SWEENEY*
ETHAN J. EARLY**
CHRISTOPHER MEISENKOTHEN***
BRIAN F. EARLY†††
JENNIFER R. LUCARELLI**
BRIAN P. KENNEY‡‡
DONNI E. YOUNG***
RICHARD P. BULLOCK***
RON M. MENEO
  Of Counsel



EARLY & STRAUSS, L.L.C.
360 Lexington Avenue
New York, NY 10017
(212) 986-2233  (Fax) (212) 986-2255
web site: www.elslaw.com
e-mail: els@elslaw.com

JAMES F. EARLY*
MARK G. STRAUSS**
LINDALEA P. LUDWICK††
MARK BIBRO°
ETHAN J. EARLY**
BRIAN F. EARLY†††
MICHAEL S. WEINSTOCK†



* CT & NH Bar
†† CT Bar
° CT & RI Bar
** NY, NJ, PA, DC, MO & IL Bar
† CT, MA & NY Bar
– CT & NY Bar
° NY Bar
*** CT, NY, MA, ME & GA Bar
••• LA Bar
††† CT, NY & CA Bar
‡‡ CT, RI & MA Bar
‡‡‡ NY, CA & DC Bar
+ CT & MA Bar
++ CT, FL & DC
♦ CT, NY & NJ Bar

October 10, 2006

<u>VIA FACSIMILE @ 513-698-5039</u>
Jeffrey D. Geoppinger, Esq.
Ulmer Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

Re: Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al.

Dear Jeff,

This will confirm our e-mail exchange in which the parties agreed to extend plaintiff's deadline to serve responses to defendants' request for admissions to October 30, 2006. It is also understood that this agreement does not waive any rights the defendants may have to move to determine the sufficiency of plaintiff's answers to defendants' requests for admission pursuant to the FRCP 36.

Please sign below to indicate your agreement to the above terms and fax me a copy of the executed agreement at your first opportunity. Thank you for your cooperation in this matter.

Yours very truly,
Early, Ludwick & Sweeney, L.L.C.

Brian P. Kenney, Esq.

cc: Thomas H. Winslow, Esq. (via facsimile @ 860-678-4427)

10-10-2006 02:58pm From-ulmer berne llp
Case 3:02-cv-01001-AWT    Document 84    Filed 10/13/2006    Page 5 of 7
OCT-10-2006 14:02    EARLY LUDWICK & SWEENEY    785 1671    P.03

# EARLY
♦
# LUDWICK
♦
# SWEENEY &
♦
# STRAUSS

AGREED TO BY:

*[signature]*

Jeffrey D. Geoppinger, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY BOLWELL

    Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

    Defendants.

CIVIL ACTION CASE NO.
3:02-CV1001(AWT)

, 2006

## ORDER

The Court, having considered the Plaintiff's Motion for Extension of Time, hereby grants/denies said Motion.

_____

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this __11th__ day of October, 2006 to the following counsel of record:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas
Jeffrey D. Geoppinger
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

_____
Brian P. Kenney, Esq.