UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

TRACY BOLWELL

        Plaintiff,

V.

DURAMED PHARMACEUTICALS, INC. &
BARR LABORATORIES, INC.

        Defendants.

CIVIL ACTION CASE NO.
3:02-CV01001(AWT)

October 11, 2006

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Tracy Bolwell, has manually filed her October 11, 2006 Motion for Extension of Time.

This document has not been electronically filed because counsel is presently unable to file electronically.

The document has been manually served on all parties.

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
EARLY, LUDWICK & SWEENEY, L.L.C.
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

Respectfully submitted,
Plaintiff's Counsel


By
Brian Kenney, Esq.
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT 06508-1866
203-777-7799
Federal Bar # CT 27025

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class U.S. Mail, postage prepaid, this _____ 11th _____ day of _October_ _____ to :

Joseph P. Thomas, Esq.
Jeffrey D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-29767

Brian P. Kenney, Esq.