UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | :CIVIL ACTION 3:02:CV-01001 (AWT) |
|       Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DURAMED PHARMACEUTICALS, INC. | : |
| BARR LABORATORIES, INC. | : |
|       Defendants | :   December 19 , 2006 |

**REPLY TO MEMORANDUM OF DEFENDANTS DURAMED PHARMACEUTCIALS, INC., AND BARR LABORATORIES, INC., IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JAMES MORRISON OR IN THE ALTERNATIVE MOTION FOR LEAVE TO DESIGNATE AN EXPERT WITNESS**

    Comes now the Plaintiff who files this Reply to Memorandum of Defendants Duramed Pharmaceutcials, Inc., and Barr Laboratories, Inc., in Opposition to Plaintiff's Motion in Limine to Exclude the Testimony of James Morrison or in the Alternative Motion for Leave to Designate an Expert Witness. For the reasons set forth in the attached, the Plaintiff respectfully requests that the testimony of James Morrison be excluded or, in the alternative, the Plaintiff be granted leave to designate her own expert to provide legal opinions, legal conclusions, and legal interpretations to the jury.

                                               Respectfully submitted,

                                               s/Ron Michael Meneo, Esq.

                                               Ron Michael Meneo, Esq.
                                               Early, Ludwick & Sweeney, LLC
                                               265 Church Street – 11th Floor
                                               New Haven, Connecticut 06510
                                               203-777-7799
                                               203-785-1671 (fax)
                                               rmichael@elslaw.com
Oral Argument is Requested              Counsel for the Plaintiff
                                               Tracy Bolwell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on December 19, 2006:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas, Esq.
Jennifer Hageman, Esq.
Jeffrey D. Geoppinger, Esq.
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

s/Ron Michael Meneo, Esq.

2