UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| | : | |
| Plaintiff, | : | JUDGE ALVIN W. THOMPSON |
| | : | |
| vs. | : | MAG. JUDGE DONNA F. MARTINEZ |
| | : | |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| | : | |
| Defendants. | : | December 22, 2006 |
| | : | |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE *DAUBERT* CHALLENGES TO CASE SPECIFIC EXPERT WITNESSES

Pursuant to United States District Court for the District of Connecticut Local Rule 7(b), plaintiff Tracy Bolwell and defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, file this joint motion for extension of time to file *Daubert* challenges to case specific expert witnesses, and respectfully request the Court extend the deadline for filing of those motions seven days. Pursuant to the current scheduling order in effect, the parties *Daubert* challenges to case specific experts are due on December 29, 2006. The parties jointly request that the Court extend that deadline for a period of seven days to January 5, 2007. The parties would show the Court that this extension is necessary due to the complexity of the issues involved in this matter, the time necessary for preparation of *Daubert* challenges to the numerous case specific experts in this matter, and unanticipated commitments of defense counsel Jeffrey Geoppinger. The parties submit that no undue delay or prejudice will result from entry of this amended scheduling order, and the remaining deadlines in the scheduling order,

including the deadline for the parties' submission of the joint trial memorandum will remain unchanged.

This agreed motion is the first motion for an extension of the deadline for filing *Daubert* challenges.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request the Court grant this agreed motion for a seven day extension of the deadline for filing *Daubert* challenges.

          Respectfully Submitted,

          /s/ Jeffrey D. Geoppinger
          Thomas H. Winslow
          The Law Office of Thomas H. Winslow, LLC
          321 Main Street
          Farmington, CT 06032-2976
          (860) 678-4425
          (860) 678-4427 FAX

          Joseph P. Thomas
          Ohio Bar No: 0040379
          CT Fed. Bar No. phv0382
          Jennifer Hageman
          Ohio Bar No.: 0066632
          CT Fed. Bar No. phv0937
          Jeffrey D. Geoppinger
          Ohio Bar No: 0073908
          CT Fed. Bar No. phv0382
          ULMER & BERNE LLP
          600 Vine Street, Suite 2800
          Cincinnati, OH 45202-2409
          (513) 698-5000
          (513) 698-5001 FAX
          jthomas@ulmer.com
          jhageman@ulmer.com
          jgeoppinger@ulmer.com

          **Counsel for Defendants**
          **Duramed Pharmaceuticals, Inc., and**
          **Barr Laboratories, Inc.**

      /s/  Brian Kenney
Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served via facsimile, Federal Express and/or U.S. mail on the 22nd day of December, 2006 on:

Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**


                _/s/  Jeffrey D. Geoppinger_

405987.1 (27494-3)
12/22/2006 11:52 AM