UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL | CIVIL ACTION CASE NO. 3:02-CV01001(AWT) |
| Plaintiff, | |
| V. | |
| DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC. | |
| Defendants. | January 5, 2007 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Tracy Bolwell, has manually filed her January 5, 2007 Motion in Limine to Limit the Scope of the Testimony to be Offered by the Defendants' Expert Louise McCullough, M.D.

This document has <u>not</u> been electronically filed because it contains the Plaintiff's privileged medical records.

The document has been manually served on all parties.

        Respectfully submitted,
        Plaintiff's Counsel

By: *[signature]*
Brian Kenney, Esq.
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church St., PO Box 1866
New Haven, CT 06508-1866
203-777-7799
Federal Bar # CT 27025

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class U.S. Mail, postage prepaid, this ____5th____ day of ____January____ to :

Joseph P. Thomas, Esq.
Jeffrey D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-29767

Brian P. Kenney, Esq.