UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    :

IN RE Phenylpropanolamine (PPA)    :    MDL No. 1407
Products Liability Litigation

    :

    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. In filling out this form, please use the following definitions: (1) "health care provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, mental, emotional or psychological care or advice, and any pharmacy, weight loss center, counselor, dentist, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you; (2) "document" means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mails, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phono-records, nonidentical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form. You may attach as many sheets of paper as necessary to fully answer these questions. If you have any documents (as defined above), including, but not limited to, packaging, instructions, PPA-containing product or other materials or items that you are requested to produce as part of answering this fact sheet or that relate to PPA, any PPA-containing product or medication you allegedly took, or the incident, injuries, claims or damages that are the subject of your complaint, you must NOT dispose of, alter or modify these documents or materials in any way. You are also required to give all of these documents and materials to your attorney as soon as possible. If you are unclear about these obligations please contact your attorney.

I.    **CASE INFORMATION**

    A.    Please state the following for the civil action which you filed:

        1.    Case Caption:    *Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al*

        2.    Civil Action No. in Western District of Washington: CT 02-1001

Blumberg No. 5119

EXHIBIT

A

3.   Transferor Court and Civil Action No. in that court <u>U.S. District Court, New Haven, CT.  Case #302CV01001AWT</u>

4.   Please state name, address, telephone number, fax number and e-mail address of principal attorney representing you.

<u>Michael Luzzi, Esq.</u>
Attorney Name

<u>Early, Ludwick, Sweeney & Strauss, L.L.C.</u>
Firm

<u>265 Church Street, 11th Floor</u>
Street Address

<u>New Haven, CT  06515</u>
City, State and Zip Code

<u>(203) 777-7799</u>          <u>(203) 785-1671</u>
Telephone number          Fax Number

<u>mluzzi@elslaw.com</u>
e-mail address

B.   If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.   <u>N/A</u>
Your Name

2.   _____

Street Address

3.   _____

City, State and Zip Code

4.   In what capacity are you representing the individual

<u>N/A</u>

5.   If you were appointed by a court, state the:

_____    _____
Court                        Date of Appointment

6.    Your relationship to deceased or represented person:

N/A

7.    If you represent a decedent's estate, state the date of death of the decedent.

N/A

[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person who used PPA-containing medications or products. Those questions using the term "You" refer to the person who used the PPA-containing medications or products. If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.]

C.    Claim Information

Do you claim that any physical, psychiatric, psychological or emotional injuries, illnesses and/or conditions have resulted from your use of PPA-containing medications and/or products?

Yes   X      No

If the answer to the foregoing question is yes, state the nature of the injuries, illnesses or conditions.

See complaint

D.    Identify by complete brand name and/or trade name the PPA-containing medications and/or products you claim caused your injuries, including the specific type or version of the medication or product, and the date on which you ingested each such product or medication.

Guaifenesin with (75mg) Phenylpropanolamine (CVS Rx)

Prescription filled on 01/21/97.    Product first ingested, as directed, on 01/21/97

II.    PERSONAL INFORMATION

A.    Last Name:  Bolwell – Frenette

First Name: Tracy

3

Middle Name or Initial:  L_____

B.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:

Kupferschmid  (1994)_____

C.    Present Street Address:  21 Melrose Avenue, Second Floor, Greenwich, CT

06830_____

D.    Current or last employer

Advest, Inc._____
Name

33 Riverside Avenue, Suite 5, Westport, CT  06880_____
Street Address, City, State and Zip Code


05/01 – 05/02_____
Dates of Employment

Sales Assistant_____
Occupation

E.    Social Security Number:  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_____

F.    Driver's License Number: CT 067541114_____

G.    Date and Place of Birth: 06/03/71, Peekskill, NY_____

H.    Sex:        Male_____        Female__X___

I.    Racial and Ethnic Background:___Caucasian_____

J.    Have you ever served in any branch of the military?

Yes_____    No__X___

1.    Branch and dates of service:

N/A_____

2.    Were you discharged for any reason relating to your medical, physical, psychiatric or emotional condition?

Yes_____    No__X___

If yes, state what that condition was.

4

N/A _____

3.    Have you ever served overseas?

Yes_____    No__X____

If yes, state location and dates.

N/A _____

K.    Have you ever been rejected from military service for any reason relating to your health or physical condition?

Yes_____    No___X____

L.    Have you ever filed a worker's compensation claim?

Yes_____    No___X____

If yes, please state:

1.    Year claim was filed:  N/A _____

2.    Where claim was filed:  N/A _____

3.    Claim/docket number, if applicable  N/A _____

4.    Nature of disability: N/A _____

5.    Period of disability: N/A _____

[Attach additional sheets as necessary to describe more than one claim.]

M.    Have you ever filed a social security disability claim?

Yes__X____    No_____

If yes, please state:

1.    Year claim was filed:_____1997_____

2.    Where claim was filed:____Poughkeepsie, New York_____

3.    Nature of disability:_____Hemorrhagic Stroke_____

4.    Period of disability:_____N/A_____

[Attach additional sheets as necessary to describe more than one claim.]

5

N.  Have you ever filed any other form of disability claim?

        Yes_____  No__X___

If yes, please state:

1.  Year claim was filed:_____N/A_____

2.  Where claim was filed:_____N/A_____

3.  Name of insurer/employer or other party to whom claim was made:_____N/A_____

4.  Nature of disability:_____N/A_____

5.  Period of disability:_____N/A_____

O.  Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?

        Yes_____  No__X___

If yes, please state when, the name of the company and the company's stated reason for denial.

_N/A_____

_____

P.  Have you ever filed a lawsuit or made a claim, other than in the present suit, seeking damages?

        Yes__X___  No_____

If yes, state the court in which such claim was filed, the caption, case name and/or names of adverse parties, and the civil action or docket number assigned to each such claim, action or suit, and a brief description of the claims asserted.

_Dutchess County. Automobile accident.  Injuries sustained resulted in scar.____

_____

Q.  Have you been convicted of a felony within the last 10 years?

        Yes_____  No__X___

R.  Identify each address at which you have resided during the last ten (10) years, including time periods of residence

_21 Melrose Avenue, 2nd Floor, Greenwich, CT  06930  (2001-2002_____

<u>39 Glenbrook Road, #5P, Stamford, CT 06902 (1998-2001)</u>

<u>36 Camelot Road, Poughkeepsie, NY 12601 (1994-1998)</u>

S.    Has any insurance or other company provided medical coverage to you (either directly or through a group including any employer of yours) or paid medical bills on your behalf at any time, beginning ten (10) years before your alleged PPA injury through the present?

Yes __X__ No_____

If "yes," then as to each such Company, separately state:
(i)     Name of company;
(ii)    Address of company;
(iii)   The account/policy number or designation;
(iv)    Dates of coverage; and
(v)     When claim was made.

T.    Have you ever been out of work for more than thirty (30) days for reasons related to your health?

Yes__X____    No_____

If yes, please state the dates, employer and health condition:

<u>Self-employed. Working in nanny capacity for little girl at time of stroke.</u>

III.    <u>EDUCATIONAL HISTORY</u>

Identify each school, college, university or other educational institution you have attended, the dates of attendance, courses of study pursued and diplomas or degrees awarded:

<u>Ray C. Ketcham – High School Diploma (Graduated 1989)</u>

<u>Dutchess Community College (1989 – 1991. No degree)</u>

IV.    <u>FAMILY INFORMATION</u>

A.    Have you ever been married?

Yes__X____    No_____

B.    If yes, for each spouse/former spouse state:

1.    Spouse's name: _Mark Kupferschmid (former)  Corey Frenette (current)_

2.    Dates of marriage:___08/27/94 (former)_____07/04/01 (current)__

3.    Spouse's date of birth: _06/12/68 (former)_____07/11/62  (current)__

4.    Spouse's occupation: _Business Owner (former)_____Sanitation Worker (current)_

5.    Spouse's address: _3 Old Mamarmeck Rd, #5E, White Plains, NY 10605_ _(former); 21 Melrose Avenue, Second Floor, Greenwich, CT  06830 (current)_

6.    Nature of termination of marriage: _Actual Differences.  Divorced 08/01/98._

7.    Date of dissolution of marriage: _Legally Separated 08/01/97._____

C.    Has your spouse filed a loss of consortium claim?

Yes_____    No__X___

D.    Please provide the following information for your grandparents, parents, siblings and children:

| Name | Relationship | Date of Birth | Date Of Death (if applicable) | Occupation |
|---|---|---|---|---|
| Doris Dickson | Grandmother | 01/02/20 | N/A | N/A |
| Clint Dickson | Grandfather | 06/28/22 | 08/28/65 | Salesman |
| Albert Bolwell | Grandfather | 02/12/23 | N/A | Police Officer (Retired) |
| Evelyn Bolwell | Grandmother | 06/12/21 | 09/09/99 | N/A |
| Diane Bannin | Mother | 05/18/47 | N/A | Bank Teller |
| Albert Bolwell, Jr. | Father | 10/24/45 | N/A | Police Officer (Retired) |
| Christopher Bolwell | Brother | 10/24/73 | N/A | United States Army |

019186.0028/902317.1

| Name | Relationship | Date of Birth | Date Of Death (if applicable) | Occupation |
|------|--------------|---------------|-------------------------------|------------|
| Ryan Kupferschmid | Son | 12/24/95 | N/A | Student |

V.    **CURRENT MEDICAL CONDITION**

A.    Do you currently suffer from any physical injuries, illnesses or disabilities?

Yes__X__    No_____

1.    Identify the injury, illness, or disability, symptoms and date(s) of onset:

_____Memory Loss, Cognitive Deficiencies, Headaches_____
Injury, illness or disability

_____Short Term Memory Loss and Long Term Memory Loss_____
Symptoms

_____01/21/97_____
Date(s) of onset

_____01/21/97_____
Date(s) of diagnoses

2.    By whom first diagnosed:

_____Dr. Dana Leifer_____        Chief, Vascular Neurology_____
Physician's Name                    Specialty

North  Shore  University  Hospital  –  NYU  School  of  Medicine,  300
Community Drive, Manhassett, NY  11030
Address (if not otherwise provided)

019186.0028/902317.1

VI.   MEDICAL BACKGROUND

    A.   Height:____5'4"_____

    B.   Current Weight:___140lbs._____

    C.   Lowest and highest weight since age 18: 95lbs. – 155 lbs_____

    D.   To the best of your knowledge, have you used any of the following medications or substances from 10 years prior to the date of your injury through the present?

|  |  | Date First Taken | Date Last Taken |
|---|---|---|---|
| 1. | Oral contraceptives | | |
| | Yes_X__ No___ | 1984 | 1994 |
| 2. | Monamine Oxidase ("MAO") inhibitors | | |
| | Yes___ No_X_ | | |
| 3. | Anticoagulants | | |
| | Yes___ No_X_ | | |
| 4. | Antidepressants | | |
| | Yes___ No_X_ | | |
| 5. | Heart medications | | |
| | Yes___ No_X_ | | |
| 6. | Blood pressure medication | | |
| | Yes___ No_X_ | | |
| 7. | Thyroid medications | | |
| | Yes___ No_X_ | | |
| 8. | Diuretics/water pills | | |
| | Yes___ No_X_ | | |
| 9. | Hormones | | |
| | Yes___ No_X_ | | |

019186.0028/902317.1

|  |  | Date First Taken | Date Last Taken |
|--|--|--|--|

10.    Psychiatric medications

Yes___  No__X__

11.    Asthma/breathing medications

Yes__X__  No____          1980          1982

12.    Nasal sprays

Yes___  No__X__

13.    Attention deficit medications

Yes___  No__X__

14.    Cocaine/crack cocaine

Yes___  No__X__

15.    Heroin or methadone

Yes___  No__X__

16.    Marijuana or hashish

Yes___  No__X__

17.    LSD, Ecstasy, ICE, PCP, MDMA

Yes___  No__X__

18.    Amphetamines

Yes___  No__X__

19.    Inhaled nonprescription substances (e.g., inhalation of glue or toluene)

Yes___  No__X__

20.    Methysergide (Sansert)

Yes___  No__X__

21.    Ergotamine preparations (e.g. Cafergot)

Yes___  No__X__

019186.0028/902317.1

|  | Date First Taken | Date Last Taken |
|---|---|---|

22.    L-tryptophan

Yes___ No___X___

23.    Any medication for migraine headaches

Yes___ No___X___

24.    Caffeine-containing    stimulants    (e.g.    No-Doz,
Vivarin)

Yes___ No___X___

25.    Over-the-Counter appetite suppressants

Yes___ No___X___

26.    Prescription diet medications

Yes___ No___X___

27.    Any other prescription medicines regularly taken in
the last **10** years

Yes___ No___X___

28.    Dietary Supplements, vitamins

Yes___ No___X___

29.    Herbal Products

Yes___ No___X___

30.    Steroids

Yes___ No___X___

E.    Smoking history (check wherever appropriate)

1.    Have you ever smoked cigarettes?    Yes___X___ No___

If no, skip to E.4.

2.    Do you currently smoke cigarettes?    Yes___X___ No___

12

If yes, state amount smoked: __1__ packs per day for __16___ years

If no, state date on which smoking ceased _____ and state amount smoked: _____ packs per day for _____ years

3.  At the time that you sustained the injuries alleged in the Complaint, were you a smoker of cigarettes?            Yes__X__  No___

If yes, state amount smoked: __1___ packs per day for __11__ years

4.  Have you ever smoked cigars or pipe tobacco?         Yes___  No_X__

If no, skip to F.

5.  Do you currently smoke cigars or pipe tobacco?       Yes___  No_X__

If yes, state amount smoked: ___ cigars/pipes per day for _____ years

If no, state date on which smoking ceased _____ and state amount smoked: _____ cigars/pipes per day for _____ years

6.  At the time that you sustained the injuries alleged in the Complaint, were you a smoker of cigars or pipe tobacco?       Yes___  No_X___

If yes, state amount smoked: _____ packs per day for _____ years

F.  Drinking History

1.  Do you currently drink alcohol (beer, wine, whiskey, etc.)?
    Yes__X___    No_____
    If yes, check which represents your current alcohol consumption.
    _X___  1-5 drinks per week
    _____  6-10 drinks per week
    _____  11-14 drinks per week
    _____  15 or more drinks per week
    _____  Other (Describe -_____)

2.  Have you ever drunk alcohol (beer, wine, whiskey, etc.)?
    Yes__X___    No_____
    If yes, please check which represents your greatest alcohol consumption over an extended (six (6) months or greater) period within the last 10 Years?
    _____  1-5 drinks per week
    _X___  6-10 drinks per week
    _____  11-14 drinks per week
    _____  15 or more drinks per week
    _____Other (Describe-_____}

When was this period? __/__/89_ -- __/__/92_

13

3.    Check which represents your weekly alcohol consumption for the month prior to the time that you sustained the injuries alleged in the Complaint?

_____  0 drinks per week
___X___  1-5 drinks per week
_____  6-10 drinks per week
_____  11-14 drinks per week
_____  15 or more drinks per week
_____  Other (Describe-_____)

G.    Caffeine history

1.    Do you currently drink caffeinated beverages (coffee, tea, sodas, etc.)?

Yes__X____    No_____

If yes, check which represents your current caffeine consumption

___X___  1-3 drinks per day
_____  3-5 drinks per day
_____  6 or more drinks per day

2.    Have you ever drunk caffeinated beverages (coffee, tea, sodas, etc.)?

Yes__X___    No_____

If yes, check which represents your greatest caffeine consumption over an extended period.

_____  1-3 drinks per day
___X___  3-5 drinks per day
_____  6 or more drinks per day

When was this period?  __/__/89 -- __/__/92

3.    Check which represents your daily caffeine consumption for the month prior to the time that you sustained the injuries alleged in the Complaint?

_____  0 drinks per day
___X___  1-3 drinks per day
_____  3-5 drinks per day
_____  6 or more drinks per day

H.    Have you ever experienced or been diagnosed or treated for any of the following:

| | | |
|---|---|---|
| 1. | Hypertension or high blood pressure | Yes___ No_X__ |
| 2. | Aneurysm | Yes___ No_X__ |
| 3. | Obesity | Yes___ No_X__ |

14

4.  Eating disorders (e.g. anorexia, bulimia)  Yes___  No X___
5.  Arteriovenous malformation ("AVM")  Yes___  No X___
6.  Abnormality of blood vessels or circulatory system  Yes___  No X___
7.  Blood clots or thrombosis  Yes___  No X___
8.  Blood disorders or dyscrasias (abnormal blood cells)  Yes___  No X___
9.  Autoimmune disease or condition  Yes___  No X___
10.  Rheumatological condition  Yes___  No X___
11.  Coagulopathy  Yes___  No X___
12.  Any clotting disorder  Yes___  No X___
13.  Hepatic (liver) disease or dysfunction  Yes___  No X___
14.  Kidney disease  Yes___  No X___
15.  Prostate enlargement  Yes___  No X___
16.  Stroke of any type (e.g., hemorrhagic stroke, ischemic stroke, intracranial hemorrhage, intracerebral hemorrhage, subarachnoid hemorrhage) Yes X___ (01/21/97)
17.  Transient ischemic attack  Yes___  No X___
18.  Cardiovascular disease or condition  Yes___  No X___
19.  Heart or heart valve disease  Yes___  No X___
20.  Heart attack  Yes___  No X___
21.  Brain tumors  Yes___  No X___
22.  Seizure disorder or epilepsy  Yes___  No X___
23.  Lupus  Yes___  No X___
24.  Diabetes  Yes___  No X___
25.  Atherosclerosis  Yes___  No X___
26.  Vasculitis  Yes___  No X___
27.  Neurological disease or condition  Yes___  No X___
28.  High cholesterol  Yes___  No X___
29.  High triglycerides  Yes___  No X___
30.  Irregular heart beat, arrythmia, heart palpitations, tachycardia and bradycardia  Yes___  No X___
31.  Angina, chest pain  Yes___  No X___
32.  Bleeding disorder  Yes___  No X___
33.  Fainting, dizziness or lightheadedness  Yes___  No X___
34.  Head pounding  Yes X___  No___
35.  Migraine headaches  Yes X___  No___
36.  Memory Loss  Yes X___  No___
37.  Arthritis or joint pain  Yes___  No X___
38.  Shortness of breath  Yes___  No X___
39.  Alcoholism  Yes___  No X___

I.  If you responded yes to any of the above, please identify the condition, the date of onset and state the name of the physician or other person (and, if not provided in the accompanying list, the address of the physician or the other person) who made the diagnosis or informed you of the condition.

1.  Condition: Hemorrhagic Stroke_____

Onset: 01/21/97_____

019186.0028/902317.1

Name and address of diagnosing physician or other person:

_____

Generic name, brand name, strength and daily dose of any medication prescribed:_____

_____

_____

2.    Condition: Head Pounding_____

Onset: 01/21/97_____

Name and address of diagnosing physician or other person:

_____

Generic name, brand name, strength and daily dose of any medication prescribed:_____

_____

_____

3.    Condition: Memory Loss_____

Onset: 01/21/97_____

Name and address of diagnosing physician or other person:

_____

Generic name, brand name, strength and daily dose of any medication prescribed:_____

_____

_____

4.    Condition: Migraine_____

Onset: 01/21/97_____

Name and address of diagnosing physician or other person:

_____

Generic name, brand name, strength and daily dose of any medication prescribed:_____

_____

_____

16

J.     To the best of your knowledge, have your parents, siblings or grandparents or children experienced, been diagnosed with or treated for any of the following:

1.  Hypertension or high blood pressure ..................... Yes___ No___ Unknown__x__
2.  Aneurysm ..................... Yes___ No_x_ Unknown___
3.  Obesity ..................... Yes_x_ No___ Unknown___
4.  Eating disorders (e.g., anorexia, bulimia) ..................... Yes___ No_x_ Unknown___
5.  Arteriovenous malformation ("AVM") ..................... Yes___ No_x_ Unknown___
6.  Abnormality of blood vessels or circulatory system ..................... Yes___ No_x_ Unknown___
7.  Blood clots or thrombosis ..................... Yes_x_ No___ Unknown___
8.  Blood disorders or dyscrasias (abnormal blood cells) ..................... Yes___ No_x_ Unknown___
9.  Autoimmune disease or condition ..................... Yes___ No_x_ Unknown___
10. Rheumatological condition ..................... Yes___ No_x_ Unknown___
11. Coagulopathy ..................... Yes___ No_x_ Unknown___
12. Any clotting disorder ..................... Yes___ No_x_ Unknown___
13. Hepatic (liver) disease or dysfunction ..................... Yes___ No_x_ Unknown___
14. Kidney disease ..................... Yes___ No_x_ Unknown___
15. Prostate enlargement ..................... Yes___ No_x_ Unknown___
16. Stroke of any type (e.g., hemorrhagic stroke, ischemic stroke, intracranial hemorrhage, intracerebral hemorrhage, subarachnoid hemorrhage) ..................... Yes___ No_x_ Unknown___
17. Transient ischemic attack ..................... Yes___ No_x_ Unknown___
18. Cardiovascular disease or condition ..................... Yes___ No_x_ Unknown___
19. Heart or heart valve disease ..................... Yes___ No_x_ Unknown___
20. Heart attack ..................... Yes___ No_x_ Unknown___
21. Brain tumors ..................... Yes___ No_x_ Unknown___
22. Seizure disorder or epilepsy ..................... Yes___ No_x_ Unknown___
23. Lupus ..................... Yes___ No_x_ Unknown___
24. Diabetes ..................... Yes___ No_x_ Unknown___
25. Atherosclerosis ..................... Yes___ No_x_ Unknown___
26. Vasculitis ..................... Yes___ No_x_ Unknown___
27. Neurological disease or condition ..................... Yes___ No_x_ Unknown___
28. High cholesterol ..................... Yes_x_ No___ Unknown___
29. High triglycerides ..................... Yes___ No_x_ Unknown___
30. Irregular heart beat, arrythmia, for heart, palpitations, tachycardia and bradycardia ..................... Yes_x_ No___ Unknown___
31. Angina, chest pain ..................... Yes___ No_x_ Unknown___
32. Bleeding disorder ..................... Yes___ No_x_ Unknown___
33. Fainting, dizziness or lightheadedness ..................... Yes___ No_x_ Unknown___
34. Head pounding ..................... Yes___ No_x_ Unknown___
35. Migraine headaches ..................... Yes___ No_x_ Unknown___
36. Memory Loss ..................... Yes___ No_x_ Unknown___
37. Arthritis or joint pain ..................... Yes_x_ No___ Unknown___
38. Shortness of Breath ..................... Yes___ No_x_ Unknown___
39. Injury to any part of the body ..................... Yes___ No_x_ Unknown___
40. Alcoholism ..................... Yes_x_ No___ Unknown___

K.    If you answered yes to any of the preceding, please identify the person who experienced, was diagnosed with or was treated for that condition:

1.    Person  Diane Bannim

Relationship  Mother

Condition  Obesity

Date of onset

Name of any medication prescribed:

2.    Person  Doris Dickson

Relationship  Grandmother

Condition  High Cholesterol

Date of onset  Unknown

Name of any medication prescribed:

3.    Person  Doris Dickson

Relationship  Grandmother

Condition  Irregular Heartbeat

Date of onset  Unknown

Name of any medication prescribed:

4.    Person  Evelyn Bolwell

Relationship  Grandmother

Condition  Arthritis/Joint Pain

Date of onset

Name of any medication prescribed:

18

L.    If you claim psychological, cognitive or emotional injury as a consequence of using any PPA-containing medications, state whether you have experienced or been treated for any psychological, psychiatric (including depression) or emotional problem prior to the use of the PPA-containing medications at issue.

Yes  X    No___

If yes, please state:

1.    Name and address of each person who treated you:

a.    Christopher Ryan
Name

Poughkeepsie, NY
Street Address (if not otherwise provided)

b.    
Name


Street Address (if not otherwise provided)

c.    
Name


Street Address (if not otherwise provided)

2.    Condition for which treated

Psychological, Cognitive and Emotional Injuries

3.    When treated

1997 (post-stroke)

M.    Please indicate whether you have received any of the following procedures or surgeries:

1.    Heart, lung or other chest surgery          Yes___ No  X

For what condition?_____

19

When?_____

Treating physician:

_____

2.  Treatment for heart attack or angina          Yes___ No _X_

For what condition?_____

When?_____

Treating physician:

_____

3.  Pacemaker                                     Yes___ No _X_

For what condition?_____

When?_____

Treating physician:

_____

4.  By-pass surgery                               Yes___ No _X_

For what condition?_____

When?_____

Treating physician:

_____

5.  Cranial (brain) surgery                       Yes _X_ No___

For what condition?  Hemorrhagic Stroke

When? 1997

Treating physician:

Dana Leifer, M.D.

6.  Vascular surgery                              Yes___ No _X_

For what condition?_____

When?_____

019186.0028/902317.1

Treating physician:

_____

7.    Any other surgery                                  Yes_X__  No___

For what condition?  Angiogram

When? 1997

Treating physician:

Treating Physician,  Vassar Hospital

N.    Have you ever received any traumatic injury to your
head, neck or chest?                                     Yes_X__  No___

If yes, please state when and describe the injury.

01/21/97                                         Cerebral Hemorrhage
When                                             Injury

Name of doctor or hospital providing treatment: Vassar Hospital and Yale New

Hospital

Medications taken:  Steroids

O.    To the best of your knowledge, state whether any of the following tests were
administered BEFORE your use of the PPA-containing medications at issue in
this lawsuit.

1.    Echocardiogram                             Yes___  No_X__
2.    Electrocardiogram                          Yes___  No_X__
3.    Electroencephalogram                       Yes___  No_X__
4.    Arterial or cranial angiogram              Yes___  No_X__
5.    MRI, cat-scan or x-ray of the head, neck or brain  Yes_X__  No___
6.    MRA (magnetic resonance angiography)       Yes___  No_X__
7.    Other diagnostic test or imaging of the brain  Yes___  No_X__

P.    For each test for which you answered yes, please identify the treating physician
and approximate date of the test.

Angiogram                  _____    01/97
Test                       Treating Physician      Approximate date

Brain Biopsy               _____    01/97
Test                       Treating Physician      Approximate date

21

| Lumbar Puncture | | 01/97 |
| --- | --- | --- |
| Test | Treating Physician | Approximate date |

Q.   To the best of your knowledge, state which of the following tests was administered AFTER your use of the PPA-containing medications at issue in this lawsuit.

| | | |
| --- | --- | --- |
| 1. | Echocardiogram | Yes___ No_X_ |
| 2. | Electrocardiogram | Yes___ No_X_ |
| 3. | Electroencephalogram | Yes___ No_X_ |
| 4. | Arterial or cranial angiogram | Yes_X_ No___ |
| 5. | MRI, cat-scan or x-ray of the head, neck or brain | Yes_X_ No___ |
| 6. | MRA (magnetic resonance angiography) | Yes___ No_X_ |
| 7. | Other diagnostic test or imaging of the brain | Yes_X_ No___ |

R.   For each test for which you answered yes, please identify the treating physician and approximate date of the test.

| Angiogram | Vassar/Yale | 01/21/97 |
| --- | --- | --- |
| Test | Treating Physician | Approximate date |

| Lumbar Puncture | Vassar | 01/21/97 |
| --- | --- | --- |
| Test | Treating Physician | Approximate date |

| Brain Biopsy | Yale | 01/21/97 |
| --- | --- | --- |
| Test | Treating Physician | Approximate date |

22

019186.0028/902317.1



VII.   USE OF COUGH AND COLD MEDICATIONS

Please complete the following chart with respect to each cough and cold medication and product you have taken during the 10 years before your alleged PPA injury through the present.

A. Prescription Medications or Products

| Generic Name | Brand Name | Physical Description Including Shape and Color (For Example- round blue tablets ) | Description of Packaging | Single Dosage Taken | 24 Hour Dosage Taken | First & Last Dates of Use | Prescribed By | Location Where Purchased/ Obtained | Condition Or Symptoms Being Treated |
|---|---|---|---|---|---|---|---|---|---|

Cannot recall.

019186.0028/902317.1

B.  Over-The-Counter Products Or Medications

| Specific Name Of Product | Manufac- turer, If Known | Physical Description Including Shape and Color (For Example- round blue tablets) | Description of Packaging | Single Dosage Taken | 24 Hour Dosage Taken | First and Last Dates of Use | Taken On Whose Advice Or Suggestion | Location Where Purchased Or Obtained | Condition Or Symptoms Being Treated |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

24

## VIII.   USE OF WEIGHT LOSS, DIET OR APPETITE SUPPRESSANT PRODUCTS OR MEDICATIONS

If you have used weight loss, diet or appetite suppressant products or medications during the 10 years before your alleged PPA injury through the present, please complete the following chart with respect to each such medication or product you have taken within that time.

### A.   Prescription Medications

| Specific Name Of Product | Manufac-turer, If Known | Physical Description Including Shape and Color (For Example-round blue tablets) | Description of Packaging | Single Dosage Taken | 24 Hour Dosage Taken | First and Last Dates of Use | Taken On Whose Advice Or Suggestion | Location Where Purchased Or Obtained | Condition Or Symptoms Being Treated |
|---|---|---|---|---|---|---|---|---|---|
| | N/A | | | | | | | | |

019186.0028/902317.1



B. Over-The-Counter Products Or Medications

| Specific Name Of Product | Manufacturer, If Known | Physical Description Including Shape and Color (For Example-round blue tablets) | Description of Packaging | Single Dosage Taken | 24 Hour Dosage Taken | First and Last Dates of Use | Taken On Whose Advice Or Suggestion | Location Where Purchased Or Obtained | Condition Or Symptoms Being Treated |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |

019186.0028/902317.1

IX.    THE INJURY

A.    On what date and time did you first experience any symptoms you believe are related to the injury alleged in your Complaint?

01/21/97 (approximately 2200-2230 hours)

B.    In what city and state were you when you experienced those symptoms?

Poughkeepsie, New York

C.    Were there any witnesses to the symptoms identified above? If so, state their names, addresses, phone numbers and relationship to you.

Mark Kupferschmid (ex-husband)

3 Old Mamaromeck Road, Apt. 5E

White Plains, NY 10605

D.    When did you first contact a doctor or healthcare professional concerning this injury?

Immediately

E.    Who was the first such contact?

St. Francis Hospital

F.    If you were taken to a doctor or health care facility for the injury alleged in the complaint, state the name and address of the persons, police department, fire department, emergency medical workers, or ambulance company who took you to the doctor or health care facility.

Mark Kupferschmid

G.   When did you obtain the PPA-containing medication which you claim caused your injuries?

Prescription filled on 01/21/97

H.   State the name and address of the retailer from whom the PPA-containing medication which you claim caused your injuries was obtained?

CVS

432 South Road, Hudson Plaza

Poughkeepsie, NY  12601

I.   Was there any expiration date on that medicine?  If so, what? No Refill (20) pills

J.   Describe how the medicine was packaged, including the size and color of the packaging and/or box.  Standard Prescription Bottle

K.   If that packaging contained a "seal," was the seal broken when you obtained the medicine?  No

L.   Who has possession of the packaging, inserts and labeling of all PPA-containing products which you claim caused your injuries?  N/A

M.   State any lot number or other identification numbers on the medicine or its packaging.  Rx Number: 91568   NDC Number: 51285029502

N.   State the form of the medicine (liquid, pill, capsule).  Capsule

019186.0028/902317.1

O.  For each medication (prescription or over the counter), drug (licit or illicit), chemical, dietary supplement, appetite suppressant or herbal remedy you recall taking at any time during the thirty (30) days preceding your injury, complete the following table.

| Name of Substance | Trade Name, If Any | Date and Time Taken | Amount Taken | Prescribed by or on Whose Advice | Reason for Taking It |
|---|---|---|---|---|---|
| SEE Rx ATTACH-MENT | | | | | |

P.  For each caffeine-containing substance you recall taking during the 72 hours preceding the incident (including coffee, tea, colas, etc.), complete the following table.

| Name of Substance | Trade Name, If Any | Date and Time Taken | Amount Taken | Amount Consumed Within 6 Hours of the Incident |
|---|---|---|---|---|
| N/A | | | | |

Q.  Have you had discussions with any physician(s) about whether your condition is related to the use of PPA-containing medications?

Yes  X     No_____

019186.0028/902317.1

If yes, please identify:

Name of doctor:  Dana Leifer, M.D.

Address: North Shore University Hospital – NYU School of Medicine,

300 Community Drive, Manhasset, NY  11030

Specialty:  Chief, Vascular Neurology

Date of discussion:

and, check one of the following:

1.    I was told my condition is related to the use
      of PPA-containing medications.                          __X__

2.    I was told my condition is not related to the use
      of PPA-containing medications.                          _____

3.    I was told my condition may be related to the use
      of PPA-containing medications.                          _____

4.    I was told by the doctor that he does not know
      whether my condition is related to the use of
      PPA-containing medications.                             _____

5.    I don't recall what I was told.                         _____

If discussed with more than one doctor, please copy and complete Part A for each.


X.    DAMAGE CLAIMS

A.    If you claim or expect to claim that you lost earnings or suffered impairment of
      earnings capacity as a result of any condition which you believe was caused by
      your PPA-containing medication:

      1.    Complete the following information with respect to your employment for
            ten years prior to your alleged PPA injury to the present.

| Employers | Address | Type of Business/Position | Dates of Employment | Salary | Overtime | Bonus |
|-----------|---------|---------------------------|---------------------|--------|----------|-------|
| Self | Home | Child Care | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

019186.0028/902317.1

2.      State the total amount of time which you have lost from work as a result of any condition which you claim or believe was caused by your use of PPA-containing medications and the amount of income which you lost.

____1 Year_____

_____

_____

B.      Have you paid or incurred any medical expenses, including amounts billed or paid by insurers and other third party payors, which are related to any condition which you claim or believe was caused by your use of PPA-containing medications for which you seek recovery in the action which you have filed?

Yes__X____     No_____

If yes, please state the total amount of such expenses at this time.  $_____

C.      Please identify all persons who you believe possess information concerning your injury and/or your current medical conditions and for each, state their name, address, telephone number and a description of the information you believe they possess.

Vassar Brothers Hospital, 45 Reade Place, Poughkeepsie, NY 12601

Yale-New Haven Hospital, 20 York Street, New Haven, CT 06510

Dr. Dana Leifer, North Shore University Hospital – NYU School of Medicine, 300 Community Drive, Manhasset, NY 11030

_____

_____

_____

XI.    **DOCUMENTS**

Please attach the following documents to this declaration, to the extent that such documents are currently in your possession or in the possession of your lawyers.

A.      TEN ORIGINAL SIGNED authorizations for the release of records in the form appended hereto.

31

B.     A copy of all medical records from any physician, diet center, hospital or health care provider, who treated you for any disease, condition or symptom referred to in any or your responses to the questions above.

C.     A copy of all medical records from any physician, diet center, hospital or health care provider, who treated you at any time for any neurological or cardiovascular disease, condition or symptom referred to in your response to the questions above.

D.     To the extent not included in the foregoing, all records relating to any examination by a physician or other health care provider, conducted for any purpose, other than psychiatric or psychological evaluation, in the period beginning five (5) years prior to the date upon which you used the PPA-containing medications you claim caused your injury to date.

E.     If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

F.     All diagnostic tests or test results including reports of echocardiograms, angiograms, cat-scans, MRIs, MRAs or electroencephalograms taken within the last ten (10) years.

G.     All diagnostic tests or test results including reports of echocardiograms, angiograms, cat-scans, MRIs, MRAs or electroencephalograms relating to any neurological or cardiovascular condition done at any time.

H.     Copies of all documents from physicians, healthcare providers or others relating to the use of PPA-containing medications, or to any condition you claim is related to the use of PPA-containing medications.

I.     All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, height and weight charts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of PPA-containing medications.

J.     Copies of advertisements or promotions for PPA-containing medications.

K.     The entire packaging, including the bottle, box and label for the PPA-containing medication you allege caused you injury and any remaining medication.

L.     All documents relating to your purchase of PPA-containing medications, including, but not limited to, receipts, prescriptions or records of purchase.

M.     All documents relating to PPA or any alleged health risks or hazards related to PPA in your possession at or before the time of the injury alleged in your Complaint.

N.     All documents you (and not your lawyer) obtained directly or indirectly from any defendant.

019186.0028/902317.1

O.  All photographs, drawings, journals, slides or videos relating to your alleged injury after the incident, including "day-in-the-life" videotapes.

P.  Copies of all documents you (and not your attorneys) obtained from any source related to PPA or to the alleged effects of ingesting PPA-containing products or medications.

Q.  If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the years from ten (10) years prior to your injury to the present.

R.  If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider.

S.  Copies of letters testamentary or letters of administration relating to your status as plaintiff.

T.  Decedent's death certificate (if applicable).

019186.0028/902317.1

## DECLARATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part XI of this declaration, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the authorizations attached to this declaration.


_____          _____
Signature                                 Date

019186.0028/902317.1

IN RE:  PHENYLPROPANOLAMINE ("PPA") PRODUCTS LIABILITY LITIGATION
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
MDL NO. 1407

LIST OF MEDICAL PROVIDERS
AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF WHO IS REQUIRED TO COMPLETE A DECLARATION MUST FULLY AND ACCURATELY COMPLETE THIS FORM LISTING MEDICAL CARE PROVIDERS AND OTHER SOURCES OF INFORMATION AS REQUESTED.

List the name and address of each of the following:

A.    Your current primary care physician(s):

N/A
Name

Street Address

City, State, Zip Code

B.    To the best of your ability, identify each of your primary care physicians for the 10 years prior to your PPA injury through the present:

1.
Name                                        Approximate dates

Last known address

City, State, Zip Code

2.
Name                                        Approximate dates

Last known address

City, State, Zip Code

3. _____          _____
   Name                                 Approximate dates

   _____
   Last known address

   _____
   City, State, Zip Code

4. _____          _____
   Name                                 Approximate dates

   _____
   Last known address

   _____
   City, State, Zip Code

C.  Each cardiologist or neurologist who has ever seen or treated you:

1. <u>Dana Leifer, M.D.</u>
   Name

   <u>Chief, Vascular Neurology</u>
   Specialty

   <u>North Shore University Hospital – NYU School of Medicine</u>

   <u>300 Community Drive</u>
   Street Address

   <u>Manhassett, NY  11030</u>
   City, State, Zip Code

2. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

2

3.

_____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

4.

_____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

D.    Each nutritionist/dietician or other weight loss counselor who has ever seen or treated you.

1.    N/A_____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

019186.0028/902317.1

2. _____

Name

_____

Specialty

_____

Street Address

_____

City, State, Zip Code

3. _____

Name

_____

Specialty

_____

Street Address

_____

City, State, Zip Code

4. _____

Name

_____

Specialty

_____

Street Address

_____

City, State, Zip Code

4

E.    Each hospital where you have received inpatient treatment during the 10 years prior to your PPA injury through the present:

1.    <u>Northern Dutchess</u>
Name

<u>Birthing Center (birth of my son)</u>
Specialty

_____
Street Address

<u>Rhinebeck, NY</u>
City, State, Zip Code

2.    _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

3.    _____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

5

4.  _____
    Name

    _____

    _____
    Specialty

    _____

    _____
    Street Address

    _____

    _____
    City, State, Zip Code

F.  Each hospital or healthcare facility where you have received outpatient treatment
    (including treatment in an emergency room) during the 10 years prior to your PPA injury
    through the present:

    1.  Saint Francis Hospital _____
        Name

        _____

        _____
        Specialty

        35 North Road _____
        Street Address

        Poughkeepsie, NY  12601 _____
        City, State, Zip Code

    2.  Vassar Brothers Hospital _____
        Name

        _____

        _____
        Specialty

        45 Reade Place _____
        Street Address

        Poughkeepsie, NY 12601 _____
        City, State, Zip Code

6

3. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

4. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

5. _____
   Name

   _____
   Specialty

   _____
   Street Address

   _____
   City, State, Zip Code

7

G.   Each other physician or healthcare provider from whom you have received treatment, with whom you have consulted regarding your health, or who has examined you in the 10 years prior to your PPA injury through the present, *with the exception of psychiatrists or psychologists:*

1.   Dr. Pedevillano
     Name

     Primary Care Physician - Internist
     Specialty

     Unknown
     Street Address

     Poughkeepsie, NY
     City, State, Zip Code

2.   Dr. Dean L. Bloch
     Name

     Gynecology
     Specialty

     26 Spring Brook Park
     Street Address

     Rhinebeck, NY  12572
     City, State, Zip Code

3.   _____
     Name

     _____
     Specialty

     _____
     Street Address

     _____
     City, State, Zip Code

019186.0028/902317.1

4.  _____

    Name

    _____

    Specialty

    _____

    Street Address

    _____

    City, State, Zip Code

5.  _____

    Name

    _____

    Specialty

    _____

    Street Address

    _____

    City, State, Zip Code

6.  _____

    Name

    _____

    Specialty

    _____

    Street Address

    _____

    City, State, Zip Code

7.  _____

    Name

    _____

    Specialty

    _____

    Street Address

    _____

    City, State, Zip Code

9

8. _____

   Name

   _____

   Specialty

   _____

   Street Address

   _____

   City, State, Zip Code

9. _____

   Name

   _____

   Specialty

   _____

   Street Address

   _____

   City, State, Zip Code

10. _____

   Name

   _____

   Specialty

   _____

   Street Address

   _____

   City, State, Zip Code

H.  Each pharmacy, drugstore and the like where you have had prescriptions filled during the 10 years prior to your PPA injury through the present:

1.  CVS Pharmacy
    Name

    432 South Road, Hudson Plaza
    Street Address

    Poughkeepsie, NY  12601
    City, State, Zip Code

2.  Stop & Shop Pharmacy
    Name

    483 South Road
    Street Address

    Poughkeepsie, NY 12601
    City, State, Zip Code

3.  _____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

4.  _____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

019186.0028/902317.1

5.  _____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

I.  If, *but only if,* you claim that you suffered psychological or emotional injuries as a result of using PPA-containing medications, list each psychiatrist, psychologist, mental health counselor, therapist and/or social worker from whom you have received treatment or with whom you have consulted regarding your health during the 10 years prior to your PPA injury through the present:

1.  N/A_____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

2.  _____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

3.  _____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

019186.0028/902317.1

J.    If you have submitted a claim for social security disability benefits in the 10 years prior to your PPA injury through the present, state the name and address of the office which is most likely to have records concerning your claim.

N/A
Name

Street Address

City, State, Zip Code

K.    If you have submitted a claim for workers compensation in the 10 years prior to your PPA injury through the present, state the name and address of the office which is most likely to have records concerning your claim.

N/A
Name

Street Address

City, State, Zip Code

[ATTACH ADDITIONAL SHEETS, IF NECESSARY
TO COMPLETE EACH SUBSECTION]

13

IN RE: PHENYLPROPANOLAMINE ("PPA") PRODUCTS LIABILITY LITIGATION
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
MDL NO. 1407

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

To:    _____
       Name

       _____
       Address

       _____
       City, State and Zip Code

This will authorize you to furnish copies of all medical records, including, but not limited

to, medical reports, radiographic films, CT scans, X-rays, MRI films, MRA films,

correspondence, progress notes, prescription records, echocardiographic recordings, written

statements, employment records, wage records, disability records, medical bills, and other

documents in your possession concerning _____

                                         Name of Patient

whose date of birth is _____ and whose social security number is _____

_____.

       You are authorized to release the above records to the following representatives of

defendants in the above-entitled matter who have agreed to pay reasonable charges made by you

to supply copies of such records.

       _____
       Name of Representative

       _____
       Representative Capacity (e.g. attorney, records requestor, agent, etc.)

       _____
       Street Address

019186.0028/902317.1

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requestor named above has executed the acknowledgment at the bottom of this authorization.

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Date: _____          _____
                                   Patient or Guardian Signature

Date: 9-30-07                      _____
                                   Witness Signature

## AUTHORIZATION

The undersigned, as the record requestor named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's List of Medical Providers; or, if the authorization is addressed to a third party not listed in Plaintiff's List of Medical Providers, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requestor at a reasonable cost.

_____

019186.0028/902317.1

**[NOTE: COMPLETE THIS FORM ONLY IF YOU ARE MAKING A CLAIM FOR
LOST EARNING OR LOST EARNING CAPACITY]**

IN RE:  PHENYLPROPANOLAMINE ("PPA") PRODUCTS LIABILITY LITIGATION
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
MDL NO. 1407

AUTHORIZATION FOR RELEASE OF EMPLOYMENT
AND UNEMPLOYMENT INFORMATION AND RECORDS

To:    _____

Name

_____

Address

_____

City, State and Zip Code

This will authorize you to furnish copies of all applications for employment, resumes,
records of all positions held, job descriptions of positions held, salary and/or compensation
records, performance evaluations and reports, statements and comments of fellow employees,
attendance records, W-2's, workers' compensation files; all hospital, physician, clinic, infirmary,
nurse, psychiatric and dental records; x-rays, test results, physical examination records; any
records pertaining to claims made relating to health, disability or accidents in which I was
involved including correspondence, reports, claim forms, questionnaires, records of payments
made to me or on my behalf; and any other records relating to my employment with the above-
named institution concerning _____

Name of Employee

whose date of birth is _____ and whose social security number is _____

_____.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter who have agreed to pay reasonable charges made by you to supply copies of such records.

_____

Name of Representative

_____

Representative Capacity (e.g. attorney, records requestor, agent, etc.)

_____

Street Address

_____

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requestor named above has executed the acknowledgment at the bottom of this authorization.

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Date: _____

_____
Employee or Guardian Signature

Date: 9-30-02

_____
Witness Signature

2

## AUTHORIZATION

The undersigned, as the record requestor named in the above authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the employee named in the foregoing authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, the attorney for the employee named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the employee named in the foregoing authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requestor at a reasonable cost.

_____



**[NOTE: COMPLETE THIS FORM ONLY IF YOU HAVE MADE A WORKERS' COMPENSATION OR SOCIAL SECURITY DISABILITY CLAIM DURING THE 10 YEARS PRIOR TO YOUR PPA INJURY THROUGH THE PRESENT]**

IN RE:  PHENYLPROPANOLAMINE ("PPA") PRODUCTS LIABILITY LITIGATION
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
MDL NO. 1407

AUTHORIZATION FOR RELEASE OF
WORKERS' COMPENSATION AND SOCIAL SECURITY RECORDS

To:    _____

      Name

      _____

      Address

      _____

      City, State and Zip Code

      This will authorize you to furnish copies of any and all workers' compensation and social security records of any sort, including but not limited to, statements, applications, disclosures, correspondence, notes, settlements, agreements, contracts, or other documents, concerning _____

_____

Name of Claimant

whose date of birth is _____ and whose social security number is _____

_____.

      You are authorized to release the above records to the following representatives of defendants in the above-entitled matter who have agreed to pay reasonable charges made by you to supply copies of such records.

_____

Name of Representative

_____

Representative Capacity (e.g. attorney, records requestor, agent, etc.)

_____

Street Address

_____

City, State and Zip Code

     This authorization does not authorize you to disclose anything other than documents and records to anyone.

     This authorization is not valid unless the record requestor named above has executed the acknowledgment at the bottom of this authorization.

     This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Date: _9/13/0²_____       _____
                                     Claimant or Guardian Signature

Date: _9-30-02_____       _____
                                       Witness Signature

2

## AUTHORIZATION

The undersigned, as the record requestor named in the above authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the claimant named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the claimant named in the foregoing authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requestor at a reasonable cost.

_____

3

**[NOTE: COMPLETE THIS FORM ONLY IF YOU ARE MAKING A CLAIM FOR LOST EARNING OR LOST EARNING CAPACITY]**

IN RE:  PHENYLPROPANOLAMINE ("PPA") PRODUCTS LIABILITY LITIGATION
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
MDL NO. 1407

AUTHORIZATION FOR RELEASE OF FINANCIAL/TAX RECORDS

To:  _____
Name

_____
Address

_____
City, State and Zip Code

This will authorize you to furnish copies of all any and all financial/tax records of any sort, including but not limited to, statements, applications, disclosures, correspondence, notes, agreements, contracts, or other documents, concerning _____.

Name of Taxpayer

whose date of birth is _____ and whose Social Security number is _____.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter who have agreed to pay reasonable charges made by you to supply copies of such records.

_____
Name of Representative

_____
Representative Capacity (e.g. attorney, records requestor, agent, etc.)

_____
Street Address

019186.0028/902317.1

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requestor named above has executed the acknowledgment at the bottom of this authorization.

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Date: 9/13/02

Taxpayer or Guardian Signature

Date: 9-30-02

Witness Signature

5

## AUTHORIZATION

The undersigned, as the record requestor named in the above authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the taxpayer named in the foregoing authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the taxpayer named in the foregoing authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requestor at a reasonable cost.

_____

019186.0028/902317.1