### Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------X
TRACY BOLWELL,

        Plaintiff,

  -against-

DURAMED PHARMACEUTICALS, INC.
BARR LABORATORIES, INC.,
        Defendants.
----------------------------------------X

    5177 Route 9W
    Newburgh, New York
    September 10, 2003
    10:13 a.m.

  Deposition of a Non-Party Witness, DIANE
BANNON, held pursuant to Notice, at the above
place and time and before a Notary Public of
the State of New York.

    M & F Reporting
    Post Office Box 4279
    New Windsor, New York 12553
    845 562-5190

Reported By: Linda Sarafan

### Page 2

APPEARANCES:

EARLY, LUDWICK & SWEENEY, L.L.C.
Attorneys for Plaintiff
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, Connecticut 06508-1866
  BY: MICHAEL J. LUZZI, ESQ.

ULMER & BERNE, LLP
Attorneys for Defendants
600 Vine Street - Suite 2800
Cincinnati, Ohio 45202-2409
  BY: SHANNON J. COOK
    *  *  *

### Page 3

    S T I P U L A T I O N S

  IT IS HEREBY STIPULATED AND AGREED by
and between the parties hereto as follows:
    1. That the following testimony, when
transcribed, may be sworn to before any Notary
Public with the same force and effect as
though sworn to in open Court.
    2. That the filing of the original
transcript shall be waived, provided opposing
counsel shall receive a copy thereof, free of
charge.
    3. That all objections, except as to
form of the question, shall be reserved for
determination by the Trial Court.

### Page 4

    DIANE BANNON,
having been first duly sworn by a Notary Public, was
examined and testified as follows:
EXAMINATION BY
MS. COOK:
Q  Please state your name for the record.
A  Diane Bannon.
Q  And your address?
A  26 Mockingbird Lane, Poughkeepsie, New York
    12601.
Q  Mrs. Bannon, we've already met. For the
    record, my name is Shannon Cook. I represent
    the defendants in a lawsuit brought by your
    daughter. Are you familiar with that lawsuit?
A  Yes.
Q  Have you ever had your deposition taken
    before?
A  Yes.
Q  Okay. So you understand what's going to
    happen today. I'm going to ask you questions
    and you need to answer all of my questions out
    loud.
A  Yes.
Q  Because the court reporter is going to take

|  | Diane Bannon 29 |
|---|---|
| 1 | |
| 2 | boyfriend, but that didn't work out, so she |
| 3 | came back home. I don't know the names or the |
| 4 | years. |
| 5 | Q  Would that have been before or after she had |
| 6 | the stroke? |
| 7 | A  Oh, yes, this was before she got married, yes. |
| 8 | Q  Let me ask you this. So before she married |
| 9 | Mark -- |
| 10 | A  Yes. |
| 11 | Q  -- she moved out for a period of time to live |
| 12 | with a boyfriend? |
| 13 | A  Right. |
| 14 | Q  And then she came back? |
| 15 | A  Yes. |
| 16 | Q  Any other times that you can think of? |
| 17 | A  No. |
| 18 | Q  How was Tracy's health when she was growing |
| 19 | up? |
| 20 | A  Normal. |
| 21 | Q  Did she have any recurring medical problems? |
| 22 | A  No. |
| 23 | Q  She testified that she had -- |
| 24 | A  Tonsils. |
| 25 | Q  Do you remember when she had her tonsils out? |

Diane Bannon 30

1
2  A  I believe she was about five.
3  Q  She testified that she had some problems with
4     allergies, and I think she said asthma, as
5     well. Does that sound familiar to you?
6  A  The childhood, which she outgrew. It was a
7     very mild case though.
8  Q  Are you referring to asthma, when you say a
9     mild case?
10 A  Yes.
11 Q  Do you know when she was first diagnosed with
12    asthma?
13 A  No, not really. Maybe seven.
14 Q  So fair to say, under the age of ten?
15 A  Yes.
16 Q  And I believe she said that she had an inhaler
17    for that. Does that sound familiar to you?
18 A  Yes. Both my children did, but they outgrew
19    it. It's better to get it when you're young.
20    I got it late.
21 Q  Do you remember how long she suffered from the
22    asthma?
23 A  Maybe three to four years, something like
24    that. It really wasn't -- I would never -- if
25    she said that, that's fine. But I wouldn't

Diane Bannon 31

1
2  call it, like, really asthma, to the fact I
3  know people that have asthma -- like, I have a
4  breathing machine and things like that. They
5  never had anything like that, just stuffy
6  noses and a little congestion.
7  Q  Other than for a stroke, do you remember any
8     times that Tracy was hospitalized?
9  A  No.
10 Q  How about taken to the emergency room; other
11    than for her stroke, do you know of any times
12    that Tracy had to go to the emergency room?
13 A  Yes.
14 Q  When was that?
15 A  I only recall one time. She was in a car
16    accident when she was young, maybe about
17    sixteen, seventeen.
18 Q  Do you remember what hospital she went to?
19 A  Vassar.
20 Q  And what happened to her when she was in the
21    car accident?
22 A  She had an injury to her shoulder.
23 Q  Was she driving?
24 A  No.
25 Q  Did you go to the hospital when she went to

Diane Bannon 32

1
2  the emergency room?
3  A  Yes.
4  Q  And I assume she didn't have to spend the
5     night?
6  A  She wasn't -- no, she wasn't admitted.
7  Q  Did she have to take any medication as a
8     result of the car accident?
9  A  I don't recall. Probably not.
10 Q  Other than the injury to her shoulder, did she
11    have any other injuries related to the car
12    accident?
13 A  No, not really.
14 Q  Can you think of any other times that she had
15    to go to the emergency room?
16 A  Growing up, she had a few times where she cut
17    her -- put her hand in the sliding glass door,
18    a few things like that. You know, some
19    stitches for that, but nothing major.
20 Q  Do you recall the name of your family doctor
21    when Tracy was growing up; in other word,
22    Tracy's family doctor?
23 A  Yes. It was my doctor, too. I just switched
24    recently. Dr. Pedvillano, P-E-D-V-I-L-L-A-N-O.
25 Q  And was Dr. Pedvillano in Poughkeepsie?

```
                           Diane Bannon                33
 2   A   Yes.
 3   Q   Is there a reason why you just switched
 4       recently?
 5   A   Is there a reason why?
 6   Q   Did you say that you switched?
 7   A   Yes, I did.
 8   Q   Is there a reason why?
 9   A   That's still my husband's doctor. Yes. When
10       all this was going on, when I got sick, I
11       had -- I lost confidence in him.
12   Q   Is there any particular reason why you lost
13       confidence in him? In other words, did you
14       feel that he didn't diagnose you properly
15       or --
16   A   It was all due to all the problems with my job
17       and -- you know, I had gotten sick and I
18       called a few times and I didn't feel
19       comfortable, so I just switched.
20   Q   You say that he's still your husband's doctor,
21       though?
22   A   Yes. I think he's going to be mine again,
23       because I want to go back. I really like him.
24   Q   Tracy mentioned the name of a doctor and she
25       wasn't sure exactly what his name was. She
```

```
                           Diane Bannon                34
 2       said it sounded something like Sharma. Does
 3       that sound at all familiar to you?
 4   A   Oh, that was her allergy doctor many years
 5       ago, up here. He's also in Poughkeepsie.
 6   Q   Is he still practicing? Do you know?
 7   A   Yes.
 8   Q   And is his name Sharma?
 9   A   That's his last name, yes.
10   Q   Is it S-H-A-R-M-A, S-C-H?
11   A   It's got an M-I-R in there at the end. Sorry.
12   Q   Can you think of the names of any other
13       doctors that Tracy went to when she was
14       growing up?
15   A   No, not when she was growing up. But her
16       gynecologist when, you know, for having the
17       baby, you know.
18   Q   Do you remember the name of that doctor?
19   A   Dr. Block.
20   Q   Do you know the names of any of Tracy's other
21       doctors, either when she was growing up or in
22       her adult life?
23   A   No, she really didn't have any medical
24       problems, so it would just be Dr. Pedvillano.
25   Q   So I take it, she never had to see any
```

```
                           Diane Bannon                35
 2       specialists at any time when she was growing
 3       up, other than the allergy doctor?
 4   A   Probably when she had her tonsils out she saw,
 5       you know, a surgeon. She really wasn't sick,
 6       so that would probably be about it.
 7   Q   Do you remember the names of any prescription
 8       medications that she had to take when she was
 9       growing up?
10   A   No, I do not.
11   Q   Are you aware of Tracy being allergic to any
12       medications?
13   A   No.
14   Q   Are you aware of Tracy being allergic to
15       anything?
16   A   No. Well, yes. The pill that gave her the
17       stroke.
18   Q   Okay. Other than a stroke, has Tracy had any
19       recurring medical problems since she's left
20       your house?
21   A   No.
22           MR. LUZZI: And you're excluding
23       things related to the stroke; right?
24           MS. COOK: Yes.
25           MR. LUZZI: Okay.
```

```
                           Diane Bannon                36
 2   Q   Did Tracy take any over-the-counter
 3       medications on a regular basis when she was
 4       growing up?
 5   A   No.
 6   Q   How about in her adult life, are you aware of
 7       any over-the-counter medications that she's
 8       taken on a regular basis?
 9   A   Not on a regular basis, no, because she didn't
10       really need to.
11   Q   Has Tracy ever had a problem with headaches?
12   A   No.
13   Q   You've never heard her complain about
14       headaches, other than, I know she had a
15       headache the night of her stroke, other than
16       that?
17   A   Nothing, no, not that I can remember, not that
18       she had to go to a doctor or have checked out
19       or anything. Everyone gets headaches, but,
20       no.
21   Q   Are you aware of Tracy ever taking dietary
22       supplements?
23   A   No, she never had to.
24   Q   Are you aware of any times that Tracy's used
25       any recreational or elicit drugs?
```

```
                      Diane Bannon                    89
    of droop that she had in the hospital, but not
    quite as bad.
        I took some pictures, too, of it, you
    know, because I saw it for a long time. But
    my mother and I -- I kept saying, I don't want
    to tell her. And I only told her within the
    last -- less than a year ago, so. And she
    called Dr. Leifer and he said -- she said,
    should I come and see you, my mom says I have
    this droop. And he said, no, Tracy you
    probably always had it but you don't really
    notice it and people don't look in the mirror.
    But that's something she's left with that's a
    permanent condition. And it's mostly, like I
    said, at the end of the day it kind of gets
    worse.
  Q When you say you took pictures, when did you
    take pictures?
  A A couple of months ago she was up at my house
    one night and I said, you know, I have to take
    a picture of this, because I knew she was
    involved in this. And I said, this isn't
    right, your face shouldn't be looking like
    that. Of course I made her cry. But I don't
```

```
                      Diane Bannon                    90
    think it should go unrecognized, because she
    would never have reported it, probably. But
    she did call Dr. Leifer, yes.
  Q And what did Dr. Leifer say again?
  A He said, Tracy, see you can go to a
    neurologist if you want to, but if you're not
    having any headaches or pains, I don't see any
    reason you have to. What your mother is
    seeing is the aftereffect of the stroke and,
    yes, she's right, and there's really nothing
    that -- it's a weak area and it can never be
    fixed, there's nothing we can do for it.
  Q Is this something that you just noticed in the
    past year or is this something that you
    noticed since the time she had her stroke?
  A I noticed it for a long time --
  Q Okay.
  A -- but I didn't want to, you know, bring it to
    her attention and upset her.
        MS. COOK: Off the record.
        (Discussion held off the record.)
```

```
                      Diane Bannon                    91
        (Whereupon, the examination of
    the witness concluded at 11:58 a.m.)

              *    *    *



                    _____
                            DIANE BANNON



    Subscribed and sworn to
    before me this _____ day
    of _____, 2003

    _____
    Notary Public
```

```
                                                      92

              ITEMS & INFORMATION REQUESTED

    Page      Line        Description

    25        9           Doctor's name and
                          location
```

```
 1                          93
 2
 3
 4
 5              CERTIFICATION
 6
 7
 8        I, Linda Sarafan, a Stenotype Reporter
 9   and Notary Public within and for the State of
10   New York, do hereby certify that the transcript
11   of the witness whose testimony is hereinbefore
12   set forth is a true record of the testimony
13   given by that witness.
14        I further certify that I am not related
15   to any of the parties to this action by blood or
16   marriage and that I am in no way interested in
17   the outcome of this matter.
18
19

20                 _____
                        Linda Sarafan
21
22
23
24
25
```

```
 1           Diane Bannon          94
 2
 3              CORRECTION SHEET
 4
 5   The following corrections, additions or deletions
 6   were noted on the transcript of the testimony
 7   which I gave in the above-mentioned matter held on
 8   September 10, 2003.
 9   PAGE____ LINE____ SHOULD READ:_____
10   REASON FOR CHANGE:_____
11   PAGE____ LINE____ SHOULD READ:_____
12   REASON FOR CHANGE:_____
13   PAGE____ LINE____ SHOULD READ:_____
14   REASON FOR CHANGE:_____
15   PAGE____ LINE____ SHOULD READ:_____
16   REASON FOR CHANGE:_____
17   PAGE____ LINE____ SHOULD READ:_____
18   REASON FOR CHANGE:_____
19   PAGE____ LINE____ SHOULD READ:_____
20   REASON FOR CHANGE:_____
21   Sworn to before me this
22   _____ day of _____, 2003
23   _____
24   Notary Public      _____
25                           DIANE BANNON
```