```
                                                              1
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   ------------------------------------X
     TRACY BOLWELL,
 4                              PLAINTIFF,
 5        -against-
 6   DURAMED PHARMACEUTICALS, INC., BARR
     LABORATORIES,
 7
 8   DEFENDANTS.
     ------------------------------------X
 9              DATE:   June 11, 2003
10              TIME:   11:06 a.m.
11
12         EXAMINATION BEFORE TRIAL of the
13   Plaintiff, TRACY BOLWELL, taken by the
14   Defendants, pursuant to a Court Order, held
15   at the offices of EARLY, LUDWICK, SWEENEY &
16   STRAUSS, 360 Lexington Avenue, New York,
17   before a Notary Public of the State of New
18   York.
19
20
21
22
23
24
25
```

                                                                                          18

```
 1           BOLWELL
 2      Q.   Do either of them have any
 3   health problems?
 4      A.   No.
 5      Q.   Any other brothers, sisters,
 6   half brothers, half sisters?
 7      A.   No.
 8      Q.   Have you ever been charged with
 9   any crimes?
10      A.   No.
11      Q.   Did you go to high school?
12      A.   Yes.
13      Q.   Where did you go?
14      A.   Roycey Katch (phonetic),
15   Wappinger Falls
16           MR. LUZZI:  New York?
17           THE WITNESS:  New York.
18      Q.   What year did you graduate?
19      A.   '89.
20      Q.   Did you go to college?
21      A.   A year and a half.
22      Q.   Where did you go?
23      A.   Dutchess Community.
24      Q.   I assume that is in New York?
25      A.   Poughkeepsie, New York.
```

                                                                                          19

```
 1           BOLWELL
 2      Q.   Did you have a major while you
 3   were there?
 4      A.   Business.
 5      Q.   Did you go there immediately
 6   after high school?
 7      A.   Yes.
 8      Q.   Do you have any other education?
 9      A.   No.
10      Q.   Any other certificates or
11   professional licenses?
12      A.   No.
13      Q.   Have you been involved any other
14   lawsuits as either a defendant or a
15   plaintiff?
16      A.   When I was 16.  A car accident.
17      Q.   Were you the plaintiff or the
18   defendant?
19      A.   Plaintiff.
20      Q.   Who did you sue in that case?
21      A.   The driver that hit us.
22      Q.   Were you injured in that
23   accident?
24      A.   I have a scar on my shoulder
25   from it.
```

                                                                                          20

```
 1           BOLWELL
 2      Q.   What was the outcome of that
 3   lawsuit?
 4      A.   I got a settlement of $10,000.
 5      Q.   Was anyone else involved in the
 6   lawsuit?
 7      A.   I believe -- I wasn't the driver
 8   of the car so I believe my boyfriend at the
 9   time did but I have no idea of what the
10   outcome of that was.
11      Q.   Have you been involved in any
12   other lawsuits?
13      A.   No.
14      Q.   Have you made any Workers' Comp.
15   claims?
16      A.   No.
17      Q.   What about Social Security
18   disability benefits, have you applied?
19      A.   I applied for that after the
20   stroke.
21      Q.   What happened with that?
22      A.   I was denied.
23      Q.   Why were you denied?
24      A.   I don't recall the reason
25   exactly that they gave me.
```

                                                                                          21

```
 1           BOLWELL
 2      Q.   Do you remember when that claim
 3   was filed, how long after your stroke?
 4      A.   Probably a couple of months
 5   after I got home.
 6      Q.   Did you appeal the denial?
 7      A.   No.
 8      Q.   Have you made any other claims
 9   for Social Security?
10      A.   No.
11      Q.   Are you currently employed?
12      A.   Yes.
13      Q.   Where?
14      A.   Argent Mortgage.
15      Q.   How do you spell?
16      A.   A-R-G-E-N-T.
17      Q.   What do you do there?
18      A.   I am a customer service rep.
19      Q.   Do you answer phones?
20      A.   Yes.
21      Q.   Is that a full-time position?
22      A.   Yes.
23      Q.   How long have you worked at
24   Argent Mortgage?
25      A.   It will be four months in a
```

6 (Pages 18 to 21)

22

BOLWELL

1  couple of days.
2
3  Q.  What is your compensation there?
4  A.  What do you make?
5  Q.  Yes.
6  A.  Thirty-two a year.
7  Q.  Do you like working there?
8  A.  Yes.
9  Q.  Who is your supervisor?
10 A.  Christine SanFellipo.
11 Q.  Do you know how to spell that?
12 A.  No, S-A-N-F-E-L-L-I-P-P-O maybe.
13 Q.  Where is Argent Mortgage?
14 A.  White Plains, New York.
15 Q.  Do you know what street or road
16 it is on?
17 A.  Westchester Avenue.
18 Q.  Where did you work prior to
19 Argent Mortgage?
20 A.  Advest.
21 Q.  What was your position at
22 Advest?
23 A.  Sales assistant.
24 Q.  How long did you work there?  I
25 will rephrase that.

23

BOLWELL

1
2      When did you start working
3  there?
4  A.  I worked there a year.
5  Q.  Do you remember when you started
6  working there?
7  A.  No.
8  Q.  Do you remember when you stopped
9  working there?
10 A.  Last summer.  May, June.
11 Q.  I think in your fact sheet you
12 had May of 2001 to May of 2002, does that
13 sound right?
14 A.  Yes.  I know I was off all
15 summer.
16 Q.  Why did you leave that job?
17 A.  I was laid off.
18 Q.  What did they do at Advest?
19 A.  Stock market.
20 Q.  How much were you making there?
21 A.  Forty.
22 Q.  Who was your supervisor?
23 A.  Byron Davies.
24 Q.  Where was Advest?
25 A.  Westport, Connecticut.

24

BOLWELL

1
2  Q.  Do you know what street it was
3  on or is?
4  A.  I don't remember.  It was River
5  something.
6  Q.  So, you didn't work from May of
7  2002 until approximately four months ago?
8  A.  Correct.  I did temping.
9  Q.  What sort of temp jobs did you
10 do?
11 A.  Receptionist, filing.
12 Q.  What did you do before Advest?
13 A.  The same thing.  Stock market.
14 Deutsch Bank.
15 Q.  Where was Deutsch Bank located?
16 A.  Greenwich, Connecticut.
17 Q.  How long did you work there?
18 A.  I believe it was a couple of
19 years.  A year and a half.
20 Q.  Did you do the same thing at
21 Deutsch Bank that you did at Advest?
22 A.  Yes.
23 Q.  Sales assistant?
24 A.  Yes.
25 Q.  Why did you leave Deutsch Bank?

25

BOLWELL

1
2  A.  Advest offered me more money.
3  Q.  How much were you making at
4  Deutsch Bank?
5  A.  Thirty.
6  Q.  Do you remember the name of your
7  supervisor?
8  A.  Dianna Fouskey (phonetic).
9  Q.  When you say you were a sales
10 assistant at these place, what exactly does
11 that entail?
12 A.  Answering the phones and helping
13 clients with their accounts.  Putting in
14 trades.  Profit and loss.  Stuff like that.
15 Q.  Do you remember where you worked
16 before Deutsch Bank?
17 A.  I was living in Poughkeepsie
18 then.  I don't remember the last place it
19 was.  I don't remember the last place I
20 worked in Poughkeepsie.
21 Q.  After you had your stroke, did
22 you work anywhere before Deutsch Bank?
23 A.  Yes.  Before I had the stroke, I
24 was in the stock market, also.  Prudential
25 Securities.

7 (Pages 22 to 25)

26

BOLWELL

1
2  Q.  That was before you had your
3  stroke?
4  A.  Yes.
5  Q.  That was in Poughkeepsie?
6  A.  Kingston.
7  Q.  Do you remember what year you
8  started working at Prudential?
9  A.  No.
10  Q.  Do you remember how long before
11  your stroke you worked there, approximately?
12  A.  A year.
13  Q.  You were doing the same thing at
14  Prudential?
15  A.  No. I was a sales assistant
16  plus wire operator.
17  Q.  Why did you leave Prudential
18  Securities?
19  A.  I got pregnant. I had stayed
20  until my ninth month.
21  Q.  And you just didn't go back
22  after your pregnancy?
23  A.  Right.
24  Q.  After you had your son, did you
25  take off for a period of time?

27

BOLWELL

1
2  A.  I took off probably -- I didn't
3  go back. I opened a daycare in my house in
4  the basement.
5  Q.  How long after you had your son
6  did you open the daycare?
7  A.  Probably five, six months. He
8  was still little.
9  Q.  How many children did you have?
10  A.  I believe at the most I had when
11  I first, I just started, like two. I had
12  one on a regular basis.
13  Q.  Is that what you were doing at
14  the time you had your stroke?
15  A.  Yes.
16     MR. LUZZI:  Is that two plus
17     your child or two including him?
18     THE WITNESS:  Two plus.
19  Q.  It is my understanding that you
20  were off for approximately one year after
21  your stroke?
22  A.  Yes.
23  Q.  How much did you charge for
24  children to stay in your daycare?
25  A.  I don't remember.

28

BOLWELL

1
2  Q.  So, after your stroke, we have
3  talked about Deutsch Bank, Advest and your
4  current job. Did you work anywhere else
5  after your stroke?
6  A.  Actually, the first job I had
7  after my stroke was Prudential took me back.
8  Q.  How long did you work there?
9  A.  Less than a year.
10  Q.  Was there a reason why you left?
11  A.  I think -- I believe that's when
12  I wanted to leave Poughkeepsie and I was
13  looking for a job in Connecticut when I got
14  offered the job in Deutsch Bank.
15  Q.  So, you went from Prudential to
16  Deutsch Bank to Advest?
17  A.  Yes. I am not too sure about
18  Prudential. I am not sure if I had another
19  job after Prudential.
20  Q.  Those were the only ones you can
21  think of right now?
22     THE COURT REPORTER:  Off the
23     record.
24     (Whereupon, an off-the-record
25     discussion was held.)

29

BOLWELL

1
2  Q.  If you need a break at any time,
3  let me know. I will keep going until one of
4  us needs a break.
5  A.  Okay.
6  Q.  Prior to your stroke, did you
7  ever miss more than a week or two of work
8  for any reason?
9  A.  No.
10  Q.  Who were your closest friends at
11  the time you had your stroke?
12  A.  My girlfriend Betsy.
13  Q.  What is Betsy's last name?
14  A.  N-A-C-A-R-O-T-O.
15  Q.  Where did Betsy live at that
16  time?
17  A.  Poughkeepsie.
18  Q.  Does she still live in
19  Poughkeepsie?
20  A.  She is in Florida now.
21  Q.  Do you still talk to her
22  frequently?
23  A.  Not frequently but we still keep
24  in touch.
25  Q.  Did you talk to her on a regular

8 (Pages 26 to 29)

Page 50

```
 1              BOLWELL
 2   over-the-counter medications.
 3       Q.  Do you remember what, if any?
 4       A.  Advil. Tylenol.
 5       Q.  Have you ever had any problems
 6   with any over-the-counter medications?
 7       A.  No.
 8       Q.  Have you ever taken any herbal
 9   supplements?
10       A.  No.
11       Q.  Have you ever used any
12   recreational or illicit drugs?
13       A.  No.
14       Q.  What is your current weight,
15   approximately?
16       A.  One hundred thirty-five
17       Q.  What was your weight at the time
18   of your stroke, approximately?
19       A.  One hundred twenty-five to one
20   hundred thirty
21       Q.  Did your weight fluctuate at all
22   prior to the time you had the stroke or did
23   it remain pretty consistent?
24       A.  It was consistent.
25       Q.  What is your highest weight
```

Page 51

```
 1              BOLWELL
 2   since you were 18 years old?
 3         MR. LUZZI:  Including pregnant?
 4         MS. COOK:  Not including
 5     pregnant.
 6       A.  Before the stroke?
 7       Q.  Yes.
 8       A.  One hundred twenty-five, one
 9   hundred thirty.  I was ninety pounds in high
10   school.
11       Q.  So, I take it you have never
12   been advised you should lose any weight or
13   ever had any problems with weight?
14       A.  No.
15       Q.  Do you smoke currently?
16       A.  Yes.
17       Q.  How much do you smoke currently?
18       A.  A pack a day.
19       Q.  How long have you smoked one
20   pack per day?
21       A.  Since I was 15, 16.
22       Q.  Do you smoke any particular
23   brand?
24       A.  Marlboro Lights.
25       Q.  Have you smoked Marlboro lights
```

Page 52

```
 1              BOLWELL
 2   consistently?
 3       A.  Parliament Lights, Marlboro
 4   Lights.
 5       Q.  Any there other brands that you
 6   smoke on a regular basis?
 7       A.  No.
 8       Q.  Have you ever tried to quit
 9   smoking?
10       A.  Yes.
11       Q.  How many times?
12       A.  Two or three.
13       Q.  Have you ever stopped for any
14   significant amount of time?
15       A.  Two months.
16       Q.  When was that?
17       A.  After the stroke.
18       Q.  Was that immediately after the
19   stroke?
20       A.  Yes.  I woke up with a patch on
21   me.
22       Q.  Have you ever taken any
23   over-the-counter medications to help you
24   quit smoking?
25       A.  No.
```

Page 53

```
 1              BOLWELL
 2       Q.  Other than the two or three
 3   months immediately after your stroke, have
 4   you tried to quit any time after your
 5   stroke?
 6       A.  Yes.
 7       Q.  When was the next time that you
 8   tried to quit?
 9       A.  Probably three years ago.
10       Q.  How long did you stop that time?
11       A.  I think a month.
12       Q.  Were you smoking at the time you
13   had the stroke?
14       A.  Yes.
15       Q.  Do you have any smoke related
16   illnesses or medical problems?
17       A.  No.
18         MR. LUZZI:  Just for
19     clarification, when you mean smoking
20     at the time she had the stroke --
21       Q.  I mean the day of your stroke,
22   did you smoke?
23       A.  Yes.
24         MR. LUZZI:  I just want to make
25     sure we were clear on that.
```

14 (Pages 50 to 53)

**Page 54**

BOLWELL

A. I didn't have one lit when the stroke actually happened.
Q. We will talk about that some more. I meant generally.
    Have you ever been advised to stop smoking?
A. Yes.
Q. By a doctor?
A. Um-hum.
Q. What doctor or doctors?
A. My primary.
Q. Both of ones that we have talked about?
A. Dr. Pedevillano, yes.
Q. Have they discussed with you the risks of smoking?
A. Yes.
Q. Are you aware that smoking is a risk factor for stroke?
    MR. LUZZI: Objection to form. You can answer.
A. Yes.
Q. How did you become aware of that?

**Page 55**

BOLWELL

A. It says it on the -- basically on the thing, the box.
Q. Did any of your doctors ever tell you?
A. No.
Q. Prior to your stroke, did you consume alcohol?
A. That day?
Q. In general.
    MR. LUZZI: Objection to form. You can answer.
A. That day, no.
Q. When was the last time prior to your stroke that you consumed alcohol?
A. I have no idea.
Q. I think in your fact sheet it says you were drinking about one to five drinks a week at that time. Does that sound about right to you?
A. Yes.
Q. Did you have a particular type of alcohol that you drank?
A. Beer.
Q. Have you ever experienced any

**Page 56**

BOLWELL

alcohol related medical problems?
A. No.
Q. Has anyone ever told you that you have an alcohol problem or had an alcohol problem?
A. No.
Q. Did any doctor ever tell you that you shouldn't drink?
A. No.
Q. Do you know if you consumed any alcohol the week prior to your stroke?
A. I don't recall.
Q. Your fact sheet says there was a time period when you were drinking six to ten drinks a week. Does that sound familiar to you?
A. Probably when I was a teenager.
Q. I think it said around '89 to '92?
A. Yes.
Q. Does that sound right?
A. Well, probably not to '92 because '89 I graduate high school. So, probably around '89, '90.

**Page 57**

BOLWELL

    THE COURT REPORTER: Off the record.
    (Whereupon, an off-the-record discussion was held.)
Q. Do you currently drink alcohol?
A. Yes.
Q. About how much?
A. One to five a week.
Q. Is that beer?
A. Yes.
Q. Has there ever been a time when you had more than six to ten drinks a week?
A. No.
Q. Do you currently consume caffeine?
A. Yes.
Q. How much?
A. A couple of cups of coffee in the morning and one soda at lunch.
Q. Are coffee and soda your main sources of caffeine?
A. The only sources.
Q. Did you consume caffeine prior to your stroke?

**Page 62**

BOLWELL

2 You can answer.
3  A. Yes.
4  Q. How often did you go?
5  A. A couple of times a week. I was
6 actually going for my mother to try to get
7 her --
8  Q. Did you belong to any other
9 gyms?
10  A. No.
11  Q. At the time of your stroke, did
12 you workout on a regular basis?
13      MR. LUZZI: Objection to form.
14  A. No.
15  Q. Were you getting any exercise at
16 the time of your --
17  A. Chasing my child around.
18      MR. LUZZI: That will get you.
19  A. That was enough exercise for me.
20  Q. Do you remember how long prior
21 to your stroke it was that you belonged to a
22 gym at Peekskill?
23  A. Quite a few years.
24  Q. Other than your mom, is there
25 anybody else that you went to the gym with?

**Page 63**

BOLWELL

2  A. No.
3  Q. In the year prior to your
4 stroke, did you experience any particularly
5 stressful events?
6      MR. LUZZI: Objection to form.
7 You can answer.
8  A. No.
9  Q. Were you and your husband at the
10 time separated at any time prior to your
11 stroke?
12  A. No.
13  Q. Did you have any marital
14 problems prior to your stroke?
15  A. No.
16  Q. Did you have any deaths in your
17 family and this is the year prior to your
18 stroke?
19  A. No.
20  Q. Any financial problems during
21 the year prior to your stroke?
22  A. No.
23  Q. Have you ever been diagnosed
24 with or experienced any eating disorder?
25  A. No.

**Page 64**

BOLWELL

2  Q. Prior to your stroke, did you
3 ever see a psychiatrist or psychologist?
4  A. No.
5  Q. I understand that you had a
6 prescription for a product that contained
7 PPA around the time of your stroke, correct?
8  A. Yes.
9  Q. When did you get that
10 prescription filled?
11  A. The day of the stroke.
12  Q. That was January 21, 1997?
13  A. Yes.
14  Q. When did you actually get the
15 prescription?
16  A. That late morning.
17  Q. The same day of your stroke?
18  A. Yes.
19  Q. What doctor did you go to?
20  A. I don't remember his name.
21  Q. Do you know where he is located?
22  A. Peekskill.
23  Q. Do you have any documents or
24 papers at home that would have his name on
25 it or is there any way we can find out his

**Page 65**

BOLWELL

2 name?
3  A. I believe someone has the pill
4 bottle that has his name.
5  Q. Do you have the pill bottle?
6      MR. LUZZI: Yes. We were told
7 we do. We will look. We will look
8 again. Obviously, we do.
9      MS. COOK: I would like to see
10 it and take pictures.
11      MR. LUZZI: As a matter of fact,
12 I will make a call on the next break
13 to check.
14  A. Wouldn't it be on my CVS
15 records?
16      MR. LUZZI: Off the record.
17      (Whereupon, an off-the-record
18 discussion was held.)
19  Q. Tracy, does Dr. Cavallaro sound
20 familiar to you?
21  A. It could be. I only went to him
22 the one time.
23  Q. That was my next question.
24 That's the only time you went to him?
25  A. Yes.

17 (Pages 62 to 65)

Page 66

```
 1              BOLWELL
 2   Q.  Where was Dr. Cavallaro located?
 3   A.  Peekskill.
 4   Q.  Do you know where in Peekskill?
 5   A.  The city.
 6   Q.  Is there a reason why you only
 7   went to him that one time?
 8   A.  I believe I tried to get in with
 9   my regular doctor who couldn't see me that
10   day so I went into the book and whoever was
11   covered, I went to.
12   Q.  Was Dr. Cavallaro in the same
13   office with your other doctor?
14   A.  No.  There was only one doctor.
15   Q.  Do you remember what street in
16   Peekskill he was located on?
17   A.  No.
18   Q.  What prompted you to go to the
19   doctor on January 21st?
20   A.  I had a really bad head cold.
21   Congested.
22   Q.  How long had you been not
23   feeling well prior to going to the doctor?
24   A.  A couple of days.
25   Q.  So, when you say a couple of
```

Page 67

```
 1              BOLWELL
 2   days, less than one week?
 3   A.  Yes.  Dr. Leifer may have it.
 4       MR. LUZZI:  She indicated for
 5       the record Dr. Leifer may have it.
 6       Obviously, if it is somewhere, you
 7       will have access to it.  I am actually
 8       surprised we haven't done that already
 9       but we will.
10   Q.  When you say you had a head
11   cold, what symptoms were you experiencing a
12   couple of days prior to the time you went to
13   the doctor?
14   A.  I think I was just congested.
15   Stuffy nose.
16   Q.  Did you have a sore throat?
17   A.  I don't remember.
18   Q.  Were you having headaches?
19   A.  No.
20   Q.  So, just congested in your head,
21   that's the only thing you remember
22   experiencing?
23   A.  Yes.
24   Q.  Do you remember what day January
25   21, 1997 was?
```

Page 68

```
 1              BOLWELL
 2   A.  The day of the week?
 3   Q.  Yes.
 4   A.  No.
 5   Q.  Do you remember if it was a
 6   weekday?
 7   A.  I have no idea.
 8   Q.  Did you miss any work prior to
 9   the couple of days prior to January 21,
10   1997?
11   A.  No.
12   Q.  Do you know if you took off work
13   January 21, 1997?
14   A.  No.
15   Q.  No, you don't know?
16   A.  No, I didn't.  That's when I had
17   the daycare at the house.  So, I had to take
18   care of --
19   Q.  Do you know if the children were
20   at your house on January 21st?
21   A.  Yes.
22   Q.  Had you ever experienced a head
23   cold with similar symptoms before?
24   A.  Yes.
25   Q.  Did you take any other
```

Page 69

```
 1              BOLWELL
 2   medication for those problems prior to the
 3   time that you had this cold?
 4   A.  I don't understand the question.
 5   Q.  I will rephrase it.  That wasn't
 6   a very good question.
 7       Had you ever gone to a doctor
 8   for a head cold symptoms similar to the ones
 9   you were experiencing on January 21, 1997?
10   A.  Yes.
11   Q.  Did the doctor prescribe any
12   medications for you any of the other times?
13   A.  Probably an antibiotic.
14   Q.  Prior to or around the time of
15   January 21, 1997, who was your primary care
16   physician?
17   A.  Cavalano.
18   Q.  Did you take any
19   over-the-counter medications for your head
20   cold?
21   A.  No.
22       MR. LUZZI:  The head cold
23       related --
24   Q.  The head cold you were
25   experiencing on January 21, 1997.
```

70

BOLWELL

1
2  A. No.
3  Q. You had your prescription filled
4  at CVS that day; is that correct?
5  A. Yes.
6  Q. That was the CVS on South Road
7  in Peekskill?
8  A. Yes.
9  Q. Do you remember what time you
10 went to the doctor that day?
11 A. It was late morning, early
12 afternoon.
13 Q. Did you go to have the
14 prescription filled immediately after your
15 doctor's appointment?
16 A. Yes.
17 Q. Did anyone go with you to your
18 doctor's appointment?
19 A. My son.
20    MS. COOK: Off the record.
21    (Whereupon, an off-the-record
22    discussion was held.)
23 Q. What did the doctor tell you
24 when you went to see him on January 21,
25 1997?

71

BOLWELL

1
2  A. What did he tell me?
3  Q. Yes.
4  A. I don't remember actually what
5  he told me. He didn't really tell me much
6  of anything. He just gave me my
7  prescriptions and he had given me
8  antibiotic, also.
9  Q. At the same time that he
10 prescribed --
11 A. Yes.
12 Q. So, he prescribed two
13 medications to you on January 21, 1997?
14 A. Yes.
15 Q. The only thing you remember him
16 telling you was that you had a head cold?
17 A. Yes.
18 Q. Do you remember how long your
19 doctor's visit lasted?
20 A. No.
21 Q. You don't remember anything that
22 he told you about either of the medications
23 that he prescribed to you?
24    MR. LUZZI: Objection to form.
25 A. I don't believe he told me

72

BOLWELL

1
2  anything.
3  Q. Did he give you any dosing
4  instructions about any of the medications he
5  prescribed to you on January 21, 1997?
6  A. No.
7  Q. So, other than writing the
8  prescription, he didn't tell you anything
9  about either of the medications?
10 A. No.
11    MR. LUZZI: Objection to the
12    form. You can answer.
13 A. No.
14 Q. Did you know at the time that
15 one of your medications contained PPA or
16 phenylpropanolamine?
17 A. No.
18 Q. When is the first time that you
19 heard of PPA or phenylpropanolamine?
20 A. The first time I heard of it was
21 at the hospital. Dr. Leifer, after they did
22 all my tests, the brain biopsy came back
23 normal he said there was a chance it
24 could've been a study that they were doing
25 on PPA and he explained the whole thing to

73

BOLWELL

1
2  me. That may have been the cause of it.
3  Q. When you say he explained those
4  whole thing to you, what exactly?
5  A. He was doing a study on young
6  women and stroke in relation to
7  decongestants and over-the-counter
8  medication.
9  Q. He told you that while you were
10 still in the hospital?
11 A. When I was leaving. All my
12 testing and they couldn't come up with
13 anything else. He said that may have been
14 the cause of it.
15 Q. When I say study, do you know,
16 was it the Jell Memorial Project (phonetic)?
17 A. Yes.
18 Q. Is that the first time you ever
19 heard of PPA or phenylpropanolamine?
20 A. Yes.
21 Q. When you got your prescription
22 filled on January 21, 1997, did you talk to
23 the pharmacist at all about either of your
24 prescriptions?
25 A. No.

19 (Pages 70 to 73)

74

```
1              BOLWELL
2     Q.   Do you remember if the
3  pharmacist told you anything about either of
4  your prescriptions?
5     A.   No.
6     Q.   Do you remember how much your
7  prescription cost or both your prescriptions
8  cost?
9     A.   No.
10    Q.   Did you read the label before
11 you took your prescriptions on January 21,
12 1997?
13    A.   Yes. I always read the labels.
14    Q.   Were there any warnings on the
15 labels of either of the products you took?
16    A.   Not to drink alcohol.
17    Q.   Anything else that you remember
18 from the labels?
19    A.   No.
20    Q.   Did you read any additional
21 information or documentation that came along
22 with either of your prescriptions on January
23 21, 1997?
24    A.   Yes.
25    Q.   What was that?
```

75

```
1              BOLWELL
2     A.   The CVS printout of drug
3  interactions.
4     Q.   Do you still have it?
5     A.   No.
6     Q.   Do you remember anything
7  specifically from that printout?
8     A.   No.
9     Q.   But you remember you read it
10 because that was your common practice?
11    A.   I always read them.
12    Q.   You said earlier that you went
13 and got your prescription filled immediately
14 after going to your doctor's appointment; is
15 that correct?
16    A.   Um-hum.
17    Q.   Do you remember what you did
18 after you got your prescription filled?
19    A.   I went home.
20    Q.   Do you remember --
21    A.   I took the first -- I took a
22 pill.
23    Q.   How many pills did you take the
24 first time?
25    A.   One.
```

76

```
1              BOLWELL
2     Q.   One pill of each prescription?
3     A.   Yes.
4     Q.   So, you took a total of two
5  pills when you got home?
6     A.   Um-hum.
7     Q.   Yes?
8     A.   Yes.
9     Q.   That would have been sometime in
10 the afternoon of January 21, 1997?
11         MR. LUZZI: Objection to form.
12    You can answer.
13    A.   Yes.
14    Q.   What did you do after you took
15 your prescriptions?
16    A.   I don't remember exactly.
17    Q.   What time did the two children
18 that you were keeping usually come to your
19 house?
20    A.   Actually, at that point it was
21 only one child and she would come after
22 school so around 3:00.
23    Q.   You said she did come that day?
24    A.   Yes.
25    Q.   So, you had already been home
```

77

```
1              BOLWELL
2  and taken your prescription medications when
3  she got there around 3:00?
4     A.   Around there, yeah.
5     Q.   How long did you keep her?
6     A.   Until 5:00, 5:30
7     Q.   What did you generally do
8  whenever she came over?
9     A.   Homework.
10    Q.   How old was she?
11    A.   She was probably like seven or
12 eight.
13    Q.   Your son would have been around
14 two at the time?
15    A.   No. He was only a year old when
16 it happened.
17    Q.   Do you remember what you did
18 after she left your house that day?
19    A.   No.
20    Q.   Was your husband working on that
21 day?
22    A.   Yes.
23    Q.   What time did he get home from
24 work?
25    A.   10:00, 10:30.
```

Page 78

```
 1                BOLWELL
 2     Q.   At night?
 3     A.   Yes. He worked two jobs.
 4     Q.   Do you remember anything that
 5  you did from the time that the child left
 6  your house 5:00 or 5:30 until your husband
 7  got home from work?
 8     A.   No.
 9     Q.   What happened when your husband
10  got home from work?
11     A.   I was having the cerebral
12  hemorrhaging at that point. I took a second
13  pill at like 9:00 that night and I went and
14  laid down in my bed and the phone rang
15  awhile later and I went to get up and I
16  couldn't move my neck. So, I rolled off the
17  bed and the pain started and I didn't know
18  what it was. It was the worse thing I ever
19  felt in my life and I had to unplug
20  microwaves and everything, the lights, the
21  little lights in the microwave were
22  bothering me. And then I believe I called
23  my mother at that point and I was throwing
24  up. I called her and told her to come over
25  because I had to go to the hospital and I
```

Page 79

```
 1                BOLWELL
 2  knew my husband was going to be home soon0.
 3  So, she pulled up in the driveway and we
 4  pulled out.
 5     Q.   Do you remember what time you
 6  went to bed that evening?
 7     A.   Laid down?
 8     Q.   Laid down.
 9     A.   It was shortly after 9:00 when I
10  took the second pill.
11     Q.   So, you took the first dose
12  sometime in the early afternoon and then you
13  took another dose again around 9:00 that
14  night?
15     A.   Yes, before I went to bed.
16     Q.   Did you take one pill at that
17  time?
18     A.   Um-hum.
19     Q.   One pill of each prescription?
20     A.   Correct.
21     Q.   So, a total of two pills?
22     A.   Right.
23     Q.   So, you had taken the PPA
24  prescription one pill in the afternoon and
25  one pill at night?
```

Page 80

```
 1                BOLWELL
 2     A.   Yes.
 3     Q.   So, you took the second dose and
 4  then you laid down?
 5     A.   Yes.
 6     Q.   How long were you laying down
 7  before the phone rang?
 8     A.   Roughly 45 minutes to an hour.
 9     Q.   Did you fall asleep?
10     A.   No.
11     Q.   Were you feeling ill at that
12  time?
13     A.   No.
14          MR. LUZZI: When she laid down?
15          MS. COOK: Yes.
16     Q.   For the 45 minutes when you were
17  laying down?
18     A.   No. It wasn't until I tried to
19  get up when it started.
20     Q.   Do you know who was calling?
21     A.   My mother.
22     Q.   Then when you got up, you said
23  you had trouble moving your neck?
24     A.   I couldn't, I tried to get up
25  like and I couldn't. I had to roll off the
```

Page 81

```
 1                BOLWELL
 2  bed to get off.
 3     Q.   So, you had to roll off sideways
 4  to get out of bed?
 5     A.   Yes.
 6     Q.   How were you feeling at that
 7  time?
 8     A.   As soon as I hit the floor, the
 9  pain started.
10     Q.   Did you fall out of bed?
11     A.   No. I mean as soon as my feet
12  hit the floor, that's when I rolled off.
13     Q.   What type of pain did you
14  experience?
15     A.   It was the worse headache I ever
16  had. The headache doesn't even describe the
17  pain. I never felt anything like that
18  before.
19     Q.   Did you throw up around that
20  time after you got out of bed?
21     A.   Yes. As soon as the pain
22  started. I threw up all the way to the
23  hospital and in the hospital.
24     Q.   So, you got out of bed. You
25  felt sick and you threw up. Did you then go
```

Page 82

BOLWELL

and call your mother?
A. No. My mother called.
Q. You actually did answer the phone when she called?
A. Yes.
Q. What did you tell your mother?
A. To come over.
Q. How far away did your mother live at that time?
A. Two minutes.
Q. Was your son sleeping at that time?
A. Yes.
Q. No one else was your house?
A. No.
Q. So, it took your mother only a couple of minutes to get there?
A. Yes. She is just around the corner.
Q. What did you do while you were waiting for your mother to get there?
A. Held my head in my hands and cried and threw up.
Q. When she got there, she then

Page 83

BOLWELL

took you to the hospital?
A. No. In the meantime while she was on her way, my husband came in to the door and I told him to go back into the car we have to go to the hospital. As we were leaving the driveway, she was coming in.
Q. So, you ended up going to the hospital with your husband?
A. Yes.
Q. Did your son go along?
A. No. That's why I had my mother come over.
Q. So, about what time did you get go to the hospital?
A. Between 10:00 and 11:00. The hospital wasn't very far, either.
Q. Did you eat anything during that day?
A. I am sure.
Q. Do you remember anything that you ate?
A. No.
Q. Other than the two doses that we have talked about of the PPA containing

Page 84

BOLWELL

prescription, did you take any other doses?
A. No.
Q. Was anyone present when you took either of the doses that day?
A. No.
Q. Do you remember if you ate or drank anything with the prescriptions when you took them?
A. I don't remember but I probably would have drank a glass of water.
Q. After you took the first dose of the medication sometime in the early afternoon of January 21, 1997, did you beginning to feel better at that time?
A. No.
Q. Did any of your symptoms worsen after you took the prescription medications?
A. No.
Q. So, is it fair to say that you felt the same during the day of January 21, 1997 as you felt in the morning of January 21, 1997?
A. Yes.
Q. Were you able to breathe any

Page 85

BOLWELL

better after you took the medications?
A. Not that I recall.
Q. Had you experienced a headache at any time before you tried to get out of bed that night?
A. No.
Q. Did you talk to anyone else during that day other than your mother?
A. Probably my husband.
Q. Anyone else you can think of?
A. No.
Q. The child that you kept, did her parents usually pick and drop her off?
A. Her mother.
Q. Would you have spoken to her that day?
A. Yes.
Q. What is her name?
A. I can't remember. I can't remember the little girl's name, either.
Q. Let me back up a minute to the day before your stroke.
 Do you remember what you did on the day before your stroke?

22 (Pages 82 to 85)

114

BOLWELL
1
2  Q. But no specific plans to do so?
3  A. No.
4  Q. Are there any limitations on the
5  types of jobs that you can perform?
6  A. Anything that requires me to
7  memorize, I can't do or need neat
8  handwriting which I have been told at every
9  job I am atrocious so I try to and I don't
10 like to tell people what happened. So, like
11 my handwriting is atrocious, I can't help
12 it.
13 Q. Do you know what the total
14 amount of medical expenses that you have
15 incurred in relation to your stroke?
16 A. No idea.
17 Q. Did you have insurance that
18 covered some of your medical expenses?
19 A. Some of it. When he moved me to
20 Yale, I don't believe that was covered.
21 They were out of network.
22 Q. Do you still have outstanding
23 medical expenses to Yale?
24 A. I believe I do. I haven't
25 gotten a pill in a long time but I moved,

115

BOLWELL
1
2  too, so --
3  Q. What insurer would have paid the
4  costs from the first hospital?
5  A. It was my ex-husband's
6  insurance. I don't remember what it was.
7  Q. Did you have any disputes with
8  insurance companies over your bills?
9  A. I believe so.
10 Q. Do you remember the result or
11 outcome of those disputes?
12 A. They haven't gotten paid.
13 Because I think my husband did try to get
14 prior pre approval and we did all that but
15 after everything was said and done, you
16 know, neither one of us were in any position
17 to remember anything.
18 Q. What about your therapies that
19 you received after your stroke, do you know
20 if they were paid?
21 A. They were paid, yes. I never
22 got a bill from them.
23 Q. So, they would have been paid by
24 an insurance company?
25 A. Yes.

116

BOLWELL
1
2  Q. That would have been your
3  ex-husband's insurance company?
4  A. Yes.
5     MR. LUZZI: Did he handle the
6  disputes with any of the insurance
7  companies?
8     THE WITNESS: Who?
9     MR. LUZZI: Your ex-husband.
10    THE WITNESS: No, I handled
11 everything.
12    MR. LUZZI: Just for her
13 clarification.
14 A. Then we got divorced and he said
15 he wasn't responsible for anything after
16 that.
17 Q. Other than your lost wages and
18 your medical expenses, have you incurred any
19 other monetary damages in relation to your
20 stroke?
21 A. I lost -- well, I believe the
22 stroke caused, had some cause in my divorce
23 and I lost my house because of it.
24 Q. When you say you lost your
25 house, what do you mean by that?

117

BOLWELL
1
2  A. Foreclosure.
3  Q. Was that the house that you
4  owned with your ex-husband?
5  A. Yes.
6  Q. I assume that was because you
7  couldn't pay the mortgage?
8  A. Well, yes, we got divorced and
9  he moved out and I couldn't afford to pay
10 the mortgage. That's when I moved in with
11 my mother for a couple of months.
12 Q. What was the address of the
13 house you lived?
14 A. Camelot. 36, I believe, Camelot
15 Road.
16 Q. Anything else that you can think
17 of?
18 A. No.
19 Q. We touched on this briefly this
20 morning or earlier today. You said that
21 Dr. Leifer mentioned to you when you were in
22 the hospital that your prescription
23 medication may have played a role in your
24 stroke; is that correct?
25 A. Correct.

30 (Pages 114 to 117)

118

BOLWELL
Q. That was sometime in the couple of weeks following your stroke?
A. Yes.
Q. So, that would have been January or February 1997?
A. Probably in February. But it wasn't until I saw it on the TV that I actually believed that it could've because when I left the hospital, I didn't know what caused it. I was living every day like I was going to die the next because he couldn't give me a concise answer as what caused it.
Q. Did he give you any other possible explanations for what may have caused your stroke when you were in the hospital?
A. No.
Q. So, the only thing that he told you that possibly could've caused your stroke was your prescription that contained PPA?
    MR. LUZZI: Objection to form.
    You can answer.

119

BOLWELL
A. I believe so.
Q. Did he ever mention your smoking as a possible cause for your stroke?
A. I don't remember. It is possible.
Q. Did any other doctors other than Dr. Leifer give you any possible explanations for your stroke?
A. No, I didn't see anybody else.
Q. Was anyone else present when Dr. Leifer told you that your prescription containing PPA may have caused your stroke?
A. My husband, my mother and probably my stepfather.
Q. When you say you didn't believe him, is there a reason why you didn't believe him?
    MR. LUZZI: Objection to form.
    You can answer.
A. He had no proof of anything and they did the brain biopsy and said it was normal and I didn't understand how something, I could be normal and have that happen to me when I was only 25 years old.

120

BOLWELL
I would have rather him say I have vasculitis and gone on with it.
Q. You say you would have rather he just told you you had vasculitis. Why is that?
A. Because at least I would have known what it was. Up until two years ago, I thought I was going to die.
Q. What happened two years ago to change your --
A. I saw it on the TV PPA. My friends started calling me and saying are you watching this and that's when I decided to call the lawyer. I finally took a deep breath and said I am not going to die tomorrow.
Q. What was different that you saw on the TV as opposed to what Dr. Leifer told you?
A. Nothing was proven. You saw it on the TV that PPA is causing strokes and I kind of believed it that that had to be what happened to me obviously. There was no other explanation. I mean after all the

121

BOLWELL
tests they gave me that day in the hospital, I was like you can't come up with anything, you know.
Q. But they did come up with one possible explanation, correct?
    MR. LUZZI: Objection to form.
    You can answer.
Q. You can answer.
A. They said may. To me, that didn't mean anything.
Q. You said that he also told you about a study that was going on; is that right?
A. He told me they were conducting a study on it.
Q. What else did he tell you about the study they were conducting?
A. Just young women with stroke.
Q. Did he tell you they were looking for a possible link between PPA and stroke?
A. He didn't go into it.
Q. Was that your understanding from what he had told you about the study?

31 (Pages 118 to 121)

130

```
 1              BOLWELL
 2    Q.  Is he currently in school?
 3    A.  Yes.
 4    Q.  Kindergarten?
 5    A.  First grade.
 6    Q.  Is that in Stamford?
 7    A.  Greenwich.
 8        MS. COOK: I believe that's all
 9    the questions I have.  Thank you for
10    your time.
11        MR. LUZZI: I have nothing.
12        (Whereupon, at 1:46 p.m., the
13    Examination of this Witness was
14    concluded.)
15
16
17    _____
          TRACY BOLWELL
18
      Subscribed and sworn to before me
19    this _____ day of _____, 2003.
20    _____
          NOTARY PUBLIC
21
22
23
24
25
```

131

```
 1              BOLWELL
 2         E X H I B I T S
 3    DEFENDANT'S EXHIBITS:
 4
 5    EXHIBIT                PAGE
 6    LETTER  DESCRIPTION
 7
 8
 9    A    Document           31
10
...
25
```

132

```
 1              BOLWELL
 2         C E R T I F I C A T E
 3
 4    STATE OF NEW YORK    )
                           : SS.:
 5    COUNTY OF NASSAU     )
 6
 7        I, REBECCA SCHAUMLOFFEL, a Notary
 8    Public for and within the State of New York,
 9    do hereby certify:
10        That the witness whose examination
11    is hereinbefore set forth was duly sworn and
12    that such examination is a true record of the
13    testimony given by that witness.
14        I further certify that I am not
15    related to any of the parties to this action
16    by blood or by marriage and that I am in no
17    way interested in the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereunto
19    set my hand this 18th day of June, 2003.
20
21    _____
          REBECCA SCHAUMLOFFEL
22
23
24
25
```

34 (Pages 130 to 132)