# VASSAR BROTHERS HOSPITAL
POUGHKEEPSIE, N.Y. 12601

**ACCOUNT NO:** 983710
**MED REC:** 70261

## PATIENT DATA

| Field | Value |
|---|---|
| PATIENT NAME | KUPFERSCHMID, TRACY |
| SEX | F |
| DATE OF BIRTH | 06/03/71 |
| AGE | 25YR |
| ADMIT DATE/TIME | 01/22/97 3:30A |
| ROOM | 224 |
| PATIENT ADDRESS | 36 CAMELOT RD |
| CITY | POUGHKEEPSIE |
| STATE | NY |
| ZIP | 12601 |
| PATIENT HOME PHONE | 463-3606 |
| SOCIAL SECURITY NO. | 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 |
| MARITAL STATUS | MAR |
| RELIGION | NONE |
| 1ST NEXT OF KIN NAME | KUPFERSCHMID, MARK |
| RELATION TO PATIENT | SPOUSE |
| 1ST NOK HOME PHONE | 463-3606 |
| 1ST NEXT OF KIN ADDRESS | 36 CAMELOT RD |
| CITY | POUGHKEEPSIE |
| STATE | NY |
| ZIP | 12601 |
| ADVANCE DIRECTIVE | NO |

## ADMISSION DATA

| Field | Value |
|---|---|
| ADMITTING PHYSICIAN/PHONE NUMBER | KUCHEROV, MISHA / 454-0728 |
| REFERRING PHYSICIAN/PHONE NUMBER | KUCHEROV, MISHA / 454-0728 |
| SERVICE | NEU |
| ADM DIAG CODE | 431 |
| PRINCIPAL ADMITTING DIAGNOSIS | INTRACEREBRAL HEMORRHAGE |
| 7 DAY READMIT | NO |

## GUARANTOR

| Field | Value |
|---|---|
| GUARANTOR NAME | KUPFERSCHMID, MARK |
| RELATION TO PATIENT | SPOUSE |
| SOCIAL SECURITY NO. | 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 |
| GUARANTOR ADDRESS | 36 CAMELOT RD |
| CITY | POUGHKEEPSIE |
| STATE | NY |
| ZIP | 12601 |
| PHONE NO. | 463-3606 |
| EMPLOYER/EMPLOYER ADDRESS | DRAKE'S/ |
| CITY | ELMSFORD |
| STATE | NY |
| ZIP | 10523 |
| MEDICARE | NONE |
| MEDICAID | NONE |
| 2FC | YES |
| ROOM RATE | 1300.00 |
| FC | 26 |

### PRINCIPAL DIAGNOSIS (REASON FOR ADMISSION AFTER STUDY)

1. Intracerebral hemorrhage — 431

### OTHER DIAGNOSES (SECONDARY - INCLUDES HOSPITAL COMPLICATIONS AND COMORBIDITY)

2. Vasculitis — 436 / 3429?
3. Tobacco abuse
4. Asthma

### PRINCIPAL PROCEDURE (RELATED TO PRINCIPAL DIAGNOSIS)

1. Cerebral angiogram — DATE 1/2?

**CONSULTATION:** Goodman
**DISCHARGED TO:** [illegible]

JAN 27 1997

Attending Physician Signature / Date

11BOL 00004

EXHIBIT D

ER-105 (Rev.

VASSAR BROTHERS HOSPITAL
Poughkeepsie, N.Y. 12601
DEPARTMENT OF EMERGENCY MEDICINE

Account No. ____ Med. Record No. 70247

PHONE: 431-5680

DEPT. OF EMERGENCY MEDICINE C

**PATIENT REGISTRATION**

Patient Name: KUPFERSCHMID, TRACY | Age: | Birth Date: 6/3/71 | Sex: F | MS: M | Date & Time Registered: 1/21/97

Address: 36 Camelot Rd | City: Pough | State: NY | Zip: 12601 | Next of Kin: Mark Kupferschmid

Family Physician: Cavallaro, PMC | Specialist: | Religion: none | Home Phone: 463-3606 | Business Phone:

Employer: Unemployed | Insurance: Commercial | Comment: DOB 6/12/68 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

Complaint: c/o severe headache, nausea, worse tonight | Last V.B.H. Visit | Consent Obtained ☐ Yes ☐ No | Date & Time Triage

How Arrived: car | Incident Location | ☐ Illness/☐ Incident Onset 1/21/97 | Date & Time | Information Source: Spouse | Date & Time Treated

## ASSESSMENT

Triage Classification: ☐ EMERGENT ☐ URGENT ☐ NON-URGENT ☐ CORE ☐ FAST TRACK Room #

Allergies: ☐ NKA ☐ Medications ☐ Food ☐ Latex — Names: NKA — Reactions

TT Basic | Last Td Booster | Lead Screening (6 yrs or less) ☐ Y ☐ N | MMR | OPV | DPT | HIB | Hep B | Sickle Cell | ☐ Attends School - On Schedule

Vital Signs On Arrival: B/P 160/106 T 99.8 (R) P 100 R 24 Time: 10:40
Alert/Oriented: ☒ Yes ☐ No
WT:
Visual Acuity: OD ____ OS ____ OU ____ ☐ With Corrective Lenses
LNMP: 1 week ago
Preg: ☐ Yes ☒ No | Grava ____ Para ____ | BC: ☐ Yes ☐ No

Chief Complaint/Assessment: Pt c/o severe headache/nausea since 10 pm - % entire head pain - neck/ear pain - Pt vomited in car crying - photophobia. Hx Asthma
Signature Triage RN:

**INCLUDE OVER THE COUNTER DRUGS**

| MEDICATIONS/DOSE | FREQUENCY/LAST DOSE |
|---|---|
| Biaxin - 500 mg | Q12H |
| Neldecon Dx | |
| Guaifen-P-PSE 400/75 | |
| Neomycin Ear Drops | |

HPI (Hx of Present Illness): 26 y.o. ♀ c/o sudden onset of headache, neck pain at 10 PM. ⊕ Photophobia, vomiting. Denies h/o migraine headache. ⊕ Otitis externa, upper respiratory congestion for 3 1/2 weeks. Denies fever or h/o HTN

Time of Exam: ____ AM/PM

Physical Exam: Orientation/Appearance: WD WN acute pain
HEENT: - PERRL, ETMI
Neck: - supple, nontender
Heart: - S1 S2 only
Lungs: - clear to auscultation
Abdomen: - Nondistended, ⊕ BS, soft, nontender, no guarding
Neuro: - pt alert, oriented x3, reflexes intact & symmetrical, no focal neuro deficit, speech clear & [illegible]
Extrem:
Genitalia:
Rectal:
Back/Thorax:

☐ Complete history not obtainable due to treatment urgency.
☐ Patient is poor historian ☐ Old Chart

Systems Review:
☐ All Other Systems Negative
Diagram (If applicable):
Past Medical History:
Social: Family:

11BOL 00005

## DIAGNOSTICS

| Lab Tests | Results | Lab Tests | Results | Lab Tests | Results | Lab Tests | Results | Lab Tests | Results | Lab Tests | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ CBC sent | | ☐ UA | | ☒ Mini 7 sent | | ☐ SMAC B | | ☒ PT/APTT | | ☐ Amylase | |
| WBC | 11.1 | ☐ URINE C&S | | BUN | 6 | NA | 136 | ☐ CK MB Total | | ☐ Dilantin Level | |
| HGB | 14.5 | ☐ Urine Dip | | Glucose | 142 | K | 3.6 | ☐ ABG | | ☐ Phenobarb Level | |
| HCT | 42.2 | ☐ Urine Preg | | Creat | 0.7 | CL | 102 | PH | | ☐ Digoxin Level | |
| PLT | 281,000 | ☐ Theophylline | | ☐ ETOH | | CO2 | 18 | PCO2 | | ☐ Genprobe | |
| | | | | | | | | PO2 | | ☐ Lyme Titer VBH | |
| | | | | | | | | HCO3 | | ☐ Lyme Titer WB | |
| | | | | | | | | O2 sat | | ☐ Peak Flows - Pre: / Post: | |
| | | | | | | | | ☐ BHCG | | ☐ Other: | |
| | | | | | | | | ☐ T/C | | ☐ Other: | |
| | | | | | | | | ☐ VDRL | | | |

☐ EKG & Interpretation
☐ X-Ray Interpretation: CT of brain - ⊕ hemisphere c shift (R) → (L) Bleed
☐ Cardiac Monitor

Diagnosis: Cerebral Hemmorrhage

Physician/PA Signature: Michael Free PA-C MD/PA
Physician/PA Printed Name: Michael Free PA-C
Nurse Signature:
PA's Supervising Physician Signature:



VASSAR BROTHERS HOSPITAL
MEDICAL RECORDS TRANSCRIPTION SYSTEM 2/14/97
DISCHARGE SUMMARY

PATIENT: TRACY KUPFERSCHMID DOB: SEX: MRUN: 702412
ADMIT DR: ADMIT DATE: DISCH DATE:

HISTORY OF PRESENT ILLNESS: This is a 25 year old white female with a history of asthma who presents with sudden onset of severe headache, nausea and vomiting. There is no history of significant headaches in the past.

Exam revealed a lethargic white female (following intramuscular dose of Demerol), with clear left hemiplegia (involving the arm more than the leg, more than the face).

CT scan of the head revealed a white basoganglia hemorrhage.

HOSPITAL COURSE: She was treated with IV Decadron. MRI/MRA scan was obtained on 1/23/97 which revealed no significant underlying pathology. Consultation was obtained from Dr. Goodman who recommended a cerebral angiogram to rule out an occult arteriovenous malformation. Angiogram instead revealed diffuse vasospasm bilaterally throughout the cerebral vasculature. Family insisted that the patient be transferred to Yale where treatment for ongoing vasculitis would be initiated.

DISCHARGE DIAGNOSIS: INTRACEREBRAL HEMORRHAGE, VASCULITIS, LEFT HEMIPLEGIA, TOBACCO ABUSE (3 PACKS A DAY), ASTHMA.

ID#:325 MK/FTS/MDS D: 2/8/97
T: 2/14/97 JOB#: D03198 TAPE#: 214

MISHA KUCHEROV, M.D.


| DATE/TIME | |
|---|---|
| 1/21/97 | 2 5y/o w ♀ c̄ hx of asthma presents with sudden onset severe HA, N/V, N O hx of significant HA in past |
| | PMH: asthma |
| | allergies ⊖ Fhx: |
| | Smoking: > 1ppd |
| | EtOH - occasional |
| | meds: Brexin |
| | Naldecon |
| | Guaifen |
| | Neomycin ear gtts |
| | drugs ⊖ |
| | Exam: lethargic W ♀ (following tx c̄ Demerol), (L) hemiplegia (arm > leg > face) |
| | Imp: Cerebral hemorrhage; r/o bleed into tumor c̄ MRI |
| | Plan CT head tomorrow afternoon |
| | PT, PTT |
| | ✓ anticardiolipin Ab |
| | echocardiogram |
| | telemetry |

383115

KUPFERSCHMID 2659 25
TRACY NEU
DR. KUCHEROV,M 702412

**VASSAR BROTHERS HOSPITAL**

**PROGRESS RECORD**

151691

M-309 Rev. 7/94

11BOL 00025

| DATE/TIME | |
|---|---|
| 1/[illegible] | [illegible] |
| 1/25 | Case discussed c Dr Goodman — |
| | he recommend cerebral angiogram |
| | VSS Afebrile |
| | Neuro: EOM I, PERL (3→2mm) [illegible] |
| | [illegible] mild (L) hemiparesis |
| | Imp: S/p cerebral hemorrhage |
| | Plan: R/O AVM |
| | [signature] |
| [illegible] | [illegible] |
| | [illegible] |
| | CT - [illegible] - [illegible] |
| | [illegible] |
| | [illegible] |
| | [signature] |
| 1/27 | Radiology |
| | Pt S/P angio |
| | c [illegible] [illegible] early of all |
| | vessel circulation |
| | [illegible] of [illegible] vasculation |
| | Dr Goodman call & case discussed |
| | No complication |
| | Full report to follow |

R. [signature] [illegible] X5644

VASSAR BROTHERS HOSPITAL

**PROGRESS RECORD**

M-309 Rev. 7/94

KUPFERSCHMID 2050 25
TRACY NEU
DR. KUCHEROV, M 702412

| DATE/TIME | |
|---|---|
| 1/23 Jan | Case discussed c̄ family. |
| | Patient now able to lift her Ⓛ arm + leg |
| | A+O x3, Eating well Plan d/c |
| | MRI of head / MRA – shows only hemorrhage |
| | Imp: |
| | ① r/o AVM – |
| | a) Consult Dr Goodman about whether patient needs cerebral angiogram to r/o AVM |
| | ∴ b) Consult social service about rehab placement |
| | [signature] |
| 1/24 | Patient is now walking c̄ minimal assistance. |
| | VS) Afebrile |
| | Exam: Ⓛ face c̄ slight droop |
| | Ⓛ UE c̄ –5/5 strength |
| | Ⓛ LE c̄ nearly normal strength |
| | Imp: Incredible recovery from cerebral hematoma – I am wondering if patient had an underlying problem with the Ⓡ BG prior to hemorrhaging. I find it difficult to account for patient's rapid recovery based on her age alone. |
| | Plan: d/c IV / heparin lock |
| | [signature] |
| 1-24 | Rehab; Refer her to home PT/OT. [signature] |

VASSAR BROTHERS HOSPITAL

PROGRESS RECORD

M-309 Rev. 7/94

[stamp] ...PERSCHMID ... ...ACY ... DR. KUCHEROV, M ... 2050 25 ... 702412

151691

11BOL 00030

Kucherov

**VASSAR BROTHERS HOSPITAL**
POUGHKEEPSIE, N.Y. 12601
DEPT. OF DIAGNOSTIC RADIOLOGY & IMAGING

PATIENT: KUPFERSCHMID,TRACY DOB: 06/03/71 25Y SEX: F MRUN: 702412
ORDER #: 10926 LOC: ORD DR: KUCHEROV,MISHA
ORDER DX: INTRACEREBRAL HEMORRHAGE
9 LIVINGSTON ST
POUGHKEEPSIE, NY 12601
454-0728

ATT DR: KUCHEROV,MISHA
9 LIVINGSTON ST
POUGHKEEPSIE, NY 12601
454-0728

PAT. ACCT. #: 383715

EXAM: BilCarCervArt - TDx: R/O INTRACEREBRAL HEMMORAGE

EXAM DATE: 1/27/97 DICTATED: 01/27/97

Following the full explanation of the risks and benefits of cerebral angiography, all questions were answered and informed consent was obtained. The patient was prepped and draped in the ususal sterile fashion. Using modified Seldinger technique, a right common femoral artery was entered and a 5 french sheath was placed. Using a Berenstein catheter and guide wire there was selective catheterization of the left and right internal carotid arteries and the left vertebral artery. Imaging over the head was obtained in multiple projections.

FINDINGS: Injection of the right carotid artery demonstrates some mural irregularity of the cervical carotid artery. There is a focal area of narrowing and irregularity particularly in the sylvian triangle. There is a paucity of vessels with irregularity and some stasis noted in a sylvian branch. This may reflect the area of hemorrhage as there is some minimal mass effect noted. There are focal areas of narrowing with enlargement of the vessels distal to the area of narrowing seen in the sylvian triangle, in the anterior circulation, in the frontal polar branch as well as in the A2 segment. The vessels with an irregular appearance including beading and narrowing of the vessels is seen. Injection of the left carotid artery also demonstrates mural irregularity of the cervical carotid artery. There are focal areas of narrowing in the A1 segment with areas of subsequent widening. There is an area of stenosis near the take-off of the callosal marginal artery with feeding and irregularity seen in the more distal pericallosal artery. Abnormal vasculature is also identified in the vertebral artery on the right and there is an area of narrowing in the basilar artery. Irregularity is seen in the P2 segment on the left as well as in the left anterior-inferior cerebellar artery. There is also narrowing at the junction of Acomm and A1 of both A1 segments. These findings are all suspicious for vasculitis. Differential diagnosis includes infectious vasculitis secondary either to mycotic infections, bacterial infection, tuberculosis or syphilis, immune complex vasculitis such as polyarteritis nodosa or primary vasculitis in the CNS, connective tissue arteritis, lupus. Other collagen vascular diseases, such as sarcoid, should be considered in the differential diagnosis.

11BOL 00033

CONCLUSION:
There are multiple areas of narrowing and beading in all the visualized arterial teritories particularly involving middle size and distal branches. The findings are consistent with and suggestive of vasculitis of indeterminate etiology.

Hudson Valley Radiologists, P.C.

KG<1/29/97> CHART Richard Friedland, M.D.
RADIOLOGIST

1/27

**VASSAR BROTHERS HOSPITAL**
**POUGHKEEPSIE, N.Y. 12601**
**DEPT. OF DIAGNOSTIC RADIOLOGY & IMAGING**

PATIENT: KUPFERSCHMID,TRACY DOB: 06/03/71 25Y SEX: F MRUN: 702412
ORDER #: 10782 LOC: 439W
ORDER DX: INTRACEREBRAL HEMORRHAGE

ORD DR: KUCHEROV,MISHA
9 LIVINGSTON ST
POUGHKEEPSIE, NY 12601
454-0728

ATT DR: KUCHEROV,MISHA
9 LIVINGSTON ST
POUGHKEEPSIE, NY 12601
454-0728

PAT. ACCT. #: 383715

EXAM: CT BRAIN W/O - TDx: HEADACHE

EXAM DATE: 1/24/97 DICTATED: 01/25/97

Transaxial scans of the brain were obtained without contrast and compared with the previous study of January 22. There is no change in the appearance of the large right basal ganglia intercerebral hemorrhage. Mass effect on the ipsilateral lateral ventricle is unchanged as well.

CONCLUSION:
No change.

/not pregnant

11BOL 00034

Hudson Valley Radiologists, P.C.
VICTOR D GAINES, M.D.
RADIOLOGIST

DQ<1/27/97>

RAD 101 CHART

VASSAR BROTHERS HOSPITAL
POUGHKEEPSIE, N.Y. 12601
DEPT. OF DIAGNOSTIC RADIOLOGY & IMAGING

PATIENT: KUPFERSCHMID,TRACY (159) DOB: 06/03/71 25Y SEX: F MRUN: 702412
ORDER #: 10824 LOC: DEM ORD DR: SERVICE,ON CALL
ORDER DX: C/O SEVERE HEADACHE, NAUSEA, WORSE TONIGHT

ATT DR: SERVICE,ON CALL

PAT. ACCT. #: H15664

EXAM: CT BRAIN W/O - TDx: C/O SEVERE HEADACHE, NAUSEA, WORSE TONIGHT

EXAM DATE: 1/21/97 DICTATED: 01/22/97

Noncontrast examination demonstrates abnormality seen in the basal ganglia on the right side with a large hemorrhage noted therein. There is no surrounding edema. While neoplasia is not excluded, it is more likely on a hypertensive or vascular basis. There is no blood seen in the ventricular system.

CONCLUSION:
Right basal ganglia bleed with mild mass effect.

For Reports Only

11BOL 00037

Hudson Valley Radiologists, P.C.

DQ<1/25/97>

HENRY FISCHER, M.D.

RAD 101 CHART RADIOLOGIST

PATIENT NAME: Kupferschmid — Prefers to be called: Tracy — MR. NO.:

CHIEF COMPLAINT: to severe headache c N/V, neck pain, photophobia.

ALLERGIES (Food or Drugs): N/A — REACTION:

Latex Allergy: ☐ Yes ☑ No

DEM Only: TT Basic: ____ Td Booster: ____ MMR: ____ DEM Consent: ☐ Yes ☐ No

## MEDICAL HISTORY

Respiratory/TB/COPD: (—)

Renal Disease: (—)

Neuro Disease: (—)

GI/GU Disease: (—)

Pregnant: ☐ Yes ☑ No ☐ LMP ?

Birth Control: ☐ Yes ☑ No Type:

Surgical History: lumpectomy 93

Alcohol Intake ☐ No ☒ Yes When?
How Much? How Often? Beer QD

Recreational Drugs: ☑ No ☐ Yes How Much?

Other:

Describe:

### DENTURES

☐ None ☑ Caps
☐ Upper ☐ With Patient
☐ Lower ☐ Denture Cup Provided
☐ Bridge
☐ Loosen Teeth
Location:
☐ Other (specify):

### PROSTHETIC DEVICES

Glasses: ☐ Yes ☑ No ☐ With Patient

Contact Lenses: ☐ Yes ☑ No ☐ With Patient

Hearing Aid: ☐ Yes ☑ No ☐ With Patient ☐ RT ☐ LT

Other

Describe:

## CARDIOVASCULAR RISK ASSESSMENT

Current or Previous MI? ☐ Yes ☑ No

Surgery/Procedure for CAD? ☐ Yes ☑ No

☐ Cardiac Cath ☐ PTCA ☐ CABG

☐ Other (Specify):

Currently Smoking Tobacco? ☑ Yes ☐ No (3 packs x 10 yrs)

Pacemaker: ☐ Yes ☑ No

Hypertension: ☐ Yes ☑ No

Elevated Cholesterol: ☐ Yes ☐ No ☑ Unk

Current Exercise: ☑ Yes ☐ No

Diabetes: ☐ Yes ☑ No

Family History of CAD: ☐ Yes ☑ No

Cardiac History: None

## IMMUNIZATION HISTORY

Needs To Be Assessed: ☐ Yes ☐ No

| IMMUNIZATION SCHEDULE | | BIRTH TO 2 MO | 4 MO | 6 MO | 15-18 MO | 4-6 YR | 8-10 YR | 11-17 YR |
|---|---|---|---|---|---|---|---|---|
| Polio | OPV | | | | | | | |
| Diptheria Tetnus Pertussis | DPT | | | | | | | |
| Mumps Measles Rubella | MMR | | | | | | | |
| Tetnus Diptheria Booster | Adult Td | | | | | | | |
| H. Flu Type B | Hib | | | | | | | |
| Hepititus | B Hep | | | | | | | |
| Varicella | Zoster Virus | | | | | | | |

Verification By Document: ☐ Yes ☐ No

Verification By MD: ☐ Yes ☐ No

If no verification, chart as variance and provide parents/family with clinic schedule and immunization card.

REVIEWED BY R.N./OBTAINED BY R.N.

Hope Gray
Completed By (Print)

R.N. Signature

Date: 1/29/97 Time: 3:20 ☐ AM ☐ PM

## CURRENT MEDICATIONS

INCLUDE OVER THE COUNTER DRUGS

| MEDICATIONS/DOSE | FREQUENCY/LAST DOSE |
|---|---|
| Naldecon. | cough med Q 4° few |
| Biaxin | 500mg |
| Guiafen | T BID |
| Neomycin ear drops | |

Disposition of Medications Brought To Hospital: ☐ None ☒ Home ☐ Pharmacy

Kupferschmid, Tracy

11BOL 00053

ADDRESSOGRAPH

KUPFERSCHMID 2050 25
TRACY NEU
DR. KUCHEROV, M 7.2412

151691

VASSAR BROTHERS HOSPITAL
Reade Place, Poughkeepsie, New York 12601

PATIENT ADMISSION HISTORY & ASSESSMENT

N-223 Rev. (6/96) Page 1

VAR-02
10/95

# VASSAR BROTHERS HOSPITAL
## CAREMAP VARIANCE TRACKING FORM
## PATIENT VARIANCE

| DATE | TIME | VARIANCE | TIME | INTERVENTION | TIME | OUTCOME | IN | CODE |
|---|---|---|---|---|---|---|---|---|
| 1/22/97 | 3:30 | MAE. Speech clear (=) grasp 4 ext (=) pupils. C/o headache | 3:30 | Transfered to bed c minimal assist | 3:50 | Continue to monitor | [initials] | |
| | 4:30 A | (L) grasp < (R) ∅ other Δ in neuro status. | 4:30 | Continue to assess | 4:30 | Continue to monitor | [initials] | |
| | 5:30 A | (L) side flaccid speech slightly garbled. (+) pain sensation @ (L) | 5:30 | Continue to assess | 5:30 | Continue to monitor | [initials] | |
| | 6:30 A | Pt awake alert moves (L) side weakly. Speech remains garbled. Pt states "I know I had a stroke". Gaze off to (L). does not appear aware | 6:30 | Continue to assess | 6:30 | Continue to monitor | [initials] | |

11BOL 00109

| IN | SIGNATURE | IN | SIGNATURE | IN | SIGNATURE |
|---|---|---|---|---|---|
| | [signature] | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Addressograph: TRACY — DR. ... 702412 — 25

151691

Diagnosis: (R) hemisphere bleed.