Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------
TRACY BOLWELL,

    Plaintiff,


  -against-


DURAMED PHARMACEUTICALS, INC. & BARR LABORATORIES, INC.,

    Defendants.
-----------------------------------------------------------
Pertains to Civil Action
Case No. 3:02-CV1001 (AWT)

- o -

The deposition of COREY FRENETTE, taken before Sadie Herbert, Court Reporter and Notary Public, at the offices of Early, Ludwick, Sweeney & Strauss, 265 Church Street, New Haven, Connecticut, on the 8th day of June, 2006, beginning at the hour of 9:00 a.m.

- o -

TAMMY G. LOY, CVR-CM

Certified Court Reporter

1500 East College Way

Suite A-378

Mount Vernon, WA  98273

(360)941-5800

EXHIBIT E
Blumberg No. 5119

Page 14

1  A. 39.
2  Q. How about Tracy, do you recall how old she was?
3  A. She was probably 29 because she went to visit her
4     family when we were first dating for her 30th
5     birthday. So I would say, definitely 29.
6  Q. How did you meet?
7  A. Mutual friend. I worked with a guy that was dating a
8     friend of hers.
9  Q. Do you recall that mutual friend's name?
10 A. Mine or hers.
11 Q. Yours to start with.
12 A. Good luck spelling it. His proper name is,
13    "Hannibal" -- it is Puerto Rican -- "Javez." They
14    call him Juan, so you might just want to go with that.
15    It is supposedly a common name in Puerto Rico.
16 Q. Who was Tracy's friend?
17 A. I don't know her last name. Her first name is
18    Allegra. I think they are still together.
19 Q. How long did you date before you were married?
20 A. Not very long, about 2 or 3 months.
21 Q. When were you married?
22 A. On July 4th.
23 Q. Is that 2001?
24 A. Yup.

Page 15

1  Q. Any particular reason for the quick wedding?
2  A. No, actually it was just one of those things.
3  Q. Had you ever been married before?
4  A. Yeah.
5  Q. On how many occasions?
6  A. Just one other time.
7  Q. Do you recall when you were divorced?
8  A. No, it was a year or two before I met Tracy though.
9  Q. What was your ex-wife's name; what is your ex-wife's
10    name?
11 A. She is remarried now. It was Maggie Cieciwa when I
12    met her. She is remarried now and lives in California
13    now.
14 Q. Do you know what her married name is now, by chance?
15 A. No.
16 Q. But you say she lives in California?
17 A. Yeah.
18 Q. You and your ex-wife, where did you live?
19 A. We lived on Washington Boulevard in Stamford.
20 Q. Do you have any children?
21 A. No.
22 Q. Do you and Tracy have any children?
23 A. No, stepson.
24 Q. When you met Tracy, do you recall where she was

Page 16

1     working?
2  A. It was a stockbroker company in Westport. I can't
3     come up with the name.
4  Q. Is it different from where she works now?
5  A. Yes.
6  Q. Where does she work now?
7  A. Argent Mortgage.
8  Q. What does she do there?
9  A. I guess she is an account manager.
10 Q. Was she working at Argent when you got married or was
11    she working at the previous job?
12 A. Previous job.
13 Q. Between her previous job that you can't remember and
14    Argent, did she have any other positions?
15 A. Yeah, when she got let go at her job in Westport she
16    temped a little bit. And that's how she got into the
17    mortgage -- she temped at a place in Greenwich,
18    Strategy Mortgage. She liked it because it was all
19    file work.
20 Q. After temping she went to work for Argent?
21 A. She temped at Argent and then they hired her.
22 Q. Do you recall when it was that they hired her?
23 A. I would say about 3 years ago because she got her
24    3-year gift a couple of months ago.

Page 17

1  Q. Was it after you were married --
2  A. Yeah.
3  Q. -- that she got on full time at Argent?
4  A. Yeah.
5  Q. At the previous job at the investment firm, before she
6     got into the mortgage industry, do you recall how much
7     Tracy was making?
8  A. It wasn't a lot as I remember. I wouldn't -- I don't
9     know. I am not going to guess.
10 Q. Could you ballpark it for me at all?
11 A. 30-something thousand.
12 Q. Was it less than 50?
13 A. Yeah, absolutely.
14 Q. I apologize if I have already asked you, do you know
15    what she did there, what her job duties were there at
16    the previous position in the nonmortgage industry?
17 A. I don't know. She was, I guess, an assistant for a
18    broker. I don't know what the exact job title would
19    be.
20 Q. Now she is in the mortgage industry, does she like
21    being in the mortgage industry?
22 A. Yeah.
23 Q. Do you know how much she makes now?
24 A. Her salary I think is 30-something, but if the market

## Page 30

1. A. Yeah, that was before my time. I assume so, I haven't
2. heard otherwise.
3. Q. Do you know if she has ever been diagnosed with high
4. blood pressure?
5. A. I wouldn't have any idea.
6. Q. Do you know if she has ever had a heart attack?
7. A. No idea.
8. Q. Do you know if she has ever had a seizure?
9. A. No.
10. Q. In your observations of her, have you ever seen her
11. take any medications?
12. MR. KENNEY: Of who?
13. THE WITNESS: Her mother?
14. MR. GEOPPINGER: Tracy's mother.
15. MR. KENNEY: I don't see how that is
16. relevant.
17. THE WITNESS: We visit. We didn't -- I
18. don't know.
19. BY MR. GEOPPINGER:
20. Q. So I am clear on the record, in the time you have
21. spent with her since you have been married, have you
22. ever seen her take any medication?
23. A. Tracy's mother?
24. Q. Yes.

## Page 31

1. A. No, I don't -- I mean, we go over there for cookouts
2. and stuff. If she was going to take medicine, I don't
3. think she would come out onto the porch and take it in
4. front of everybody. I mean, I don't know what goes on
5. behind closed doors.
6. Q. Do you have any knowledge of whether she takes any
7. medications?
8. A. Well, I guess if she had cancer, she's probably on
9. some kind of medication.
10. Q. Do you have any specific knowledge of that?
11. A. No, I wouldn't have any knowledge of that.
12. Q. How about Tracy's father, how is his medical condition
13. these days?
14. A. He seems in good shape to me. I see him once, twice a
15. year.
16. Q. Do you know if he has ever been diagnosed with high
17. blood pressure?
18. A. No, I wouldn't have any knowledge of -- I mean, I know
19. nothing about him.
20. Q. You have never sat down and talked to him and he has
21. said hey, I have been diagnosed with high blood
22. pressure?
23. A. He sees her once or twice a year. So when we meet,
24. you know -- (indicating). And I just go about my

## Page 32

1. business.
2. Q. That's not something he has ever told you?
3. A. No, we don't have that relationship.
4. Q. If I asked you a list of medical conditions, would you
5. have ever discussed any of --
6. A. With her father?
7. Q. Yes.
8. A. No.
9. Q. So if I asked, has he had a heart attack --
10. A. He is a hardass, old retired cop. He's not crying his
11. medical woes to me.
12. Q. Do you know if anyone in Tracy's family has been
13. diagnosed with having high blood pressure?
14. A. I really don't know the rest of them that well.
15. Q. Other than her natural parents, she has a brother;
16. correct?
17. A. Yeah.
18. Q. Her brother is also from her natural parents; her
19. brother is a full brother; correct?
20. A. Yeah.
21. Q. Does she have any other siblings?
22. A. No.
23. Q. She has stepparents; is that correct?
24. A. Her mother and father both remarried.

## Page 33

1. Q. Her father is remarried?
2. A. Yeah.
3. Q. Both of her stepparents are alive?
4. A. Yeah.
5. Q. What is her stepmother's name?
6. A. Alexandria Johnson, don't ask me how I know that.
7. Q. Does she live there in Florida with her father?
8. A. Yup.
9. Q. Does Tracy smoke?
10. A. Yeah.
11. Q. Has she smoked the entire time you have been married?
12. A. No, she has quit a few times. But, yeah, I guess she
13. has quit for a few months and starts back. Off and
14. on, yeah.
15. Q. Do you recall the longest time period during which she
16. has quit since you have been married?
17. A. Probably 3 or 4 months.
18. Q. What brand of cigarettes does she smoke?
19. A. Marlboro Lights.
20. Q. Does Tracy drink alcohol at all?
21. A. Yeah, we go out on the weekends.
22. Q. Any particular kind of alcohol she drinks?
23. A. She likes Heineken.
24. Q. Beer?

Page 34

1  A. Yeah.
2  Q. Has she ever had any trouble with drinking?
3  A. Not to my knowledge, no.
4  Q. Has she ever received any treatment --
5  A. No.
6  Q. -- for excessive drinking to your knowledge?
7  A. No, not in our time together anyway.
8  Q. When you go out on the weekends, how many beers will
9     she drink?
10 A. I wouldn't say a lot, 4 or 5.
11 Q. To your knowledge, has she ever used any illegal
12    drugs?
13        MR. KENNEY: Objection, relevance.
14        THE WITNESS: Not to my knowledge since we
15    have been together. I don't know what she did
16    when she was a kid.
17 Q. Since you have been married, has she ever used
18    cocaine?
19 A. No, I don't think she ever has.
20 Q. Has she ever used any amphetamines?
21 A. No --
22        MR. KENNEY: I am going to object to the
23    line of questioning as it goes to the incident we
24    are talking about on the grounds of relevance.

Page 35

1         MR. GEOPPINGER: I am sorry, I didn't hear
2     the answer.
3         THE WITNESS: I would say no. In our time
4     together, definitely no. But just from
5     conversating with her, I would go with no. Her
6     father was a narcotics officer for a long time,
7     so I would say no.
8  BY MR. GEOPPINGER:
9  Q. Would it be fair to say that you have no knowledge
10    that she ever used any illegal drugs?
11 A. I would have no knowledge.
12 Q. Other than Tracy, has anyone in her family ever had a
13    stroke?
14 A. To my knowledge, no.
15 Q. Has anyone ever had a heart attack?
16 A. No, I don't think so. No, not that I have heard of.
17 Q. By anyone, I meant anyone in her family?
18 A. Yeah, not that I know of, no. They are all in pretty
19    good shape. (Pause.) You know what, maybe the
20    grandfather, but I wouldn't want to be quoted on it.
21    He is almost 90 years old.
22 Q. Is he still alive?
23 A. Yeah.
24 Q. Which grandfather is that?

Page 36

1  A. That would be her father's father.
2  Q. Does she have any other grandparents that are still
3     around?
4  A. I don't know her stepfather's side -- that family
5     doesn't really associate. So that is all I know.
6  Q. Just the grandfather?
7  A. That is all I ever seen.
8  Q. You are obviously aware that Tracy had a stroke at one
9     point in time.
10 A. Yeah.
11 Q. How was it that you became aware of that?
12 A. We were dating a few weeks, a month or so, and she
13    just told me.
14 Q. Do you have any understanding of what happened with
15    regard to that stroke, how it happened?
16 A. Yeah, I am pretty sure you asked me earlier. She went
17    to the doctor for allergy medicine and apparently had
18    a stroke later that night.
19 Q. Do you know how long she was in the hospital, where
20    she was in the hospital, any details like that?
21 A. No.
22 Q. In the time you have known her, has she undergone any
23    physical rehabilitation in association with her
24    stroke?

Page 37

1  A. No.
2  Q. In the time you have known her, has she seen any
3     psychologists for treatment of issues related to her
4     stroke?
5  A. Not to my knowledge, no.
6  Q. How about a psychiatrist, has she ever seen a
7     psychiatrist for treatment of issues related to her
8     stroke?
9  A. I don't think so.
10 Q. Just to clean that up, has she seen any psychologists
11    or psychiatrists for any reason in the time you have
12    known her?
13 A. I am going to say no, not that I know of. Whether she
14    did without my knowledge, I can't say.
15 Q. Has she ever been diagnosed with depression to your
16    knowledge?
17 A. Excuse me.
18 Q. Has she ever been diagnosed with depression to your
19    knowledge?
20 A. No.
21 Q. Does she take any medications for depression today?
22 A. No, she takes very little medicine.
23 Q. Since you have been married, has she attended any
24    schooling, college or otherwise?

Page 46

```
1   STATE OF         )
                         ss.
2   COUNTY OF        )
3
4         I, COREY FRENETTE, have read the foregoing
5   record of my testimony taken at the time and
6   place noted in the heading hereof, and I do
7   hereby acknowledge it to be a true and accurate
8   transcript of same.
9
10
11  _____
12        COREY FRENETTE
13
14  DATED: _____
15
16  Sworn to before me this _____
17  day of _____, 20_____
18
19  _____
    Notary Public
20
21
22
23
24
```

Page 47

```
1              CERTIFICATION
2
3         I, SADIE L. HERBERT, Shorthand Reporter and
4   Notary Public in and for the State of New York,
5   do hereby CERTIFY that the foregoing record taken
6   by me at the date and place noted in the heading
7   hereof is a true and accurate transcript of same,
8   to the best of my ability and belief.
9
10  _____
11        SADIE L. HERBERT
12
13  Dated: June 8, 2006
14
15
16
17
18
19
20
21
22
23
24
```