| DATE | TIME | PROGRESS NOTES |
|---|---|---|
| 12/24/95 | 1015 | Pt pushing, encouraged to take deep cleansing breaths after push as FHR dips to 80's but good return to baseline. Dr. Block aware. Dr. Block present, IV dc station +1 fair progress [signature] |
|  | 1115 | EFM applied per Dr. Block x 1 Smith variable decels noted. Dr. Block aware |
|  | 1205 | NSVD viable boy, med episi [signature] |
|  | 1221 | Placenta intact |
|  | 1225 | BP 140/88, P 96 ffov 1/2, mod lochia & clots, [signature] |
|  | 1240 | BP 134/84, P 104 ffov 1/1, mod clots, ice pack perineum, swollen, nursing infant |
|  | 1300 | BP 140/78, P 94 ffov 1/1, mod clots, breastfeeding, ice pack, [signature] |
|  | 1315 | BP 130/80, P 68, R 20 ffov 1/2, LOCM, mod amt clots, OOB to BR |
|  | 1345 | BP 128/90, P 100, R 22 ffov 1/2, mod lochia, pt bonding well, infant [signature] |

3BOL 00026

EXHIBIT G