CONTINUATION SHEET

| PATIENT NAME | CHART NUMBER |
|---|---|
| Kupferschmid, Tracy | 130577 |

1/10/96 0415

25 yo G2 P1 c̄ known blighted ovum by US
cramping for several days c̄ heavy bleeding for
several hours.

PE: Saturated peri pad c̄ clot in introitus
Speculum: POC visible in os - retrieved
intact c̄ sponge stick & gentle traction
Ut: axial, sl enlarged, tender
Ad: neg.

Plan: Home on limited activity for 24-48 hr.
Report any unexpected pain, fever or bleeding

Imp: Complete spontaneous abortion

Temple

X _____ M.D.
SIGNATURE

DOCTOR'S OFFICE

EXHIBIT H    6TRACY 00002

39/5 P,1, Aug SROM > 24hr  P.t Aus  3hr pushy  NSVD  Baby F, 7#7
subility 12-11-95 → to 2-12-96    [RYAN]    RYAN

1/29/96 - 6 wk ✓ up                    Dr Ryan           BC
  - Wt 130 3/4#              LMP Nursing
  - BP 90/60                 Hgb 10.9  still bleeding?
  - well;                                              G.) OK
         ut-sum AV                                      6.4
         NL ex    rto 6 mo ✓  (DB)

1/29/96 C/o pelvic pain (low pelvis comes + goes) Zakari
  - X/mo.; no ppting factors; GI/GU - O.K.;           Hgb 12.2
     - uterus - NL; A.V.;
       adnex - 3 masses
     A - NL ex
     P - rto 6 mo ✓                            (DK)

6/15/96 TC - Pt c/o ↑↑↑ cramping starting last night
  CVS     c̄ menses. Used to use a pain Rx c̄ another
  545660  MD doesn't recall what. Anaprox 550 mg
          initially → 275 mg ^ 6-8 hrs. #20 2 refills  Dr Walker/KA

7/31/96 - 6 mo ✓ (N)
   Wt - 134                BP - 120/64          LMP - 7/23/96 - NL
   Hgb - 16.1
                                                INTERVAL Hx - ∅
  well; wants to conceive;                      BC - c/o condom
                                                DV
  LYMPH                                         GI  ⎱
  CVAT ∅                    VULVA  ⎫            GU  ⎰ OK
  THYROID 3↑                INTROITUS ⎬ NL
  BREAST 3 masses           VAGINA   ⎪
  LUNGS  clear              CERVIX   ⎭
  HEART  rrr                UTERUS RV-RF NL sz
  ABDOMEN soft/non          ADNEXA 3 masses
  NEURO - obvious
  P - NL ex;
                                                    (DB)
  - PNV ā concept.
    PAP : rto prn or 1 yr.

NKA

**NORTHERN DUTCHESS OBSTETRICS and GYNECOLOGY Assocs.**
30 SPRINGBROOK AVE, RHINEBECK, NY, 12572 (914)876-2496 FAX (914) 876-5517

Tracy Kupferschmid

8/25/96 - O-A visit (IW)
Wt - 136;  ppwt - 132;  Ht - 5'3";  urine - N/N
B/P - 100/60;  LMP - 8/26/96 → hn written down  planned; took 1mo.
planned; Scs-ø  EDC - 8/x 6/2/97
smoking; prenatens given;

VULVA
INTROITUS
VAGINA
CERVIX closed
UTERUS 8-10 wks
ADNEXA ø masses

A  early IUP
P  PNV
    PN Bloods
    RTO 4 wks.
    HIV testing discussed - deferred

10/8/96  SAB - seen in ER by Dr Tengle
11/13/96 - pt c/o continued bleeding & cramping. (IW)
Hgb - 14.0;   B/P - 110/70
30 wk - closed
ut - 6 wks, sl. tender
 odor noted
endometritis
Keflex 500g 1 po Q - Doxycline 100g po BID x1wk
          RTO 6d pr √       (DB)

11/19/96
pt here for a recheck               — Sue Gass RN
ø bleeding, c/o slight pain moves up spinal cord—
cx closed, ø odor —
ut RV small non tender to movement; slight tender c̄ deep
     palpation.
Imp. endometritis resolved - pt has 2 more days on doxy—
plan - continue doxy
         acidophilus —
         discussed emotional impact of m/s,
TI, suggest massage therapy or chiropractor —

12/20/96  Pt called c/o spotting @ 4 days p̄ period - was told that unusual periods are not unusual p̄ AB, endometritis, pt to stay in touch, for any problems to call. (DM)

9/25/97  Annual —   LMP - 9/9/97
WT - 122    BP - 120/90    Hgb - 15.3

**INTERVAL Hx**
BC
Dyspareunia
GI
GU
1/97 - CVA
Allergic Rxn to Decongestants

In the midst of divorce
Happy re that — has a cold — some med for decongestion
Pt a c̄ CVA p̄ use Rx — ? pill
was in rehab for 3 weeks — lost
use of left side
off all meds - now - Sees neurologist
@ 3 months -
Happy now & feeling strong —
Pt c/o bruising easily
Breast clear
Abdomen soft organs
Lungs clear A+P
Heart RRR ō m/r/g
Vulva clear ō lesions
Introitus gaping slightly
Vagina c̄ lax musculature
Uterus small firm mobile sl ↓ descent
Adnexa ō masses
Pap. and GYN Exam
Pap +
UA, culture
CBC c̄ platelets
Pt told to see primary for w/u for bruising
Multivitamins
Rx # p̄ all Flex.         (signature)

NORTHERN DUTCHESS OBSTETRICS and GYNECOLOGY Assocs.
30 SPRINGBROOK AVE, RHINEBECK, NY, 12572 (914)876-2496; FAX (914) 876-5517

9/26/97 - CBC wnl. Pt called & given results also told to f/u c̄ primary re bruising DM.

6TRACY 00005

# Prenatal Flow Record

**HOLLISTER** maternal/newborn RECORD SYSTEM

pg ②   M.D. Pt

**PATIENT IDENTIFICATION**
Patient's name: Tracy Kupferschmid
24 hr D.C.   MARK

## Historical Risk Factors and Assessment

- ⓪ Has no known risk
- ① Is "at risk"
- ② Is at high risk

### Continuing Risk Assessment Guide (revise RISK STATUS)

| Date | At risk factors | Date | High risk factors |
|---|---|---|---|
| / | Uterine/cervical malformation | / | Diabetes mellitus |
| / | Suspect pelvis | / | Hypertension |
| / | Rh negative (nonsensitized) | / | Thrombophlebitis |
| / | Anemia (Hct <30%:Hgb <10%) | / | Herpes (type 2) |
| / | Venereal disease | / | Rh sensitization |
| / | Acute pyelonephritis | / | Uterine bleeding |
| / | Failure to gain weight | / | Hydramnios |
| / | Abnormal presentation | / | Severe preeclampsia |
| / | Postterm pregnancy | / | Fetal growth retardation |
| / | Alcohol use | / | Premature rupt. membranes |
| / |  | / | Multiple pregnancy (preterm) |
| / |  | / | Alcohol and drug abuse |

### Initial Prenatal Screen / Additional Lab Findings

| Test | Date | Result | Date | Result |
|---|---|---|---|---|
| Hct/Hgb | 11/10 | 11.8 | 12/6 | 12. |
| Blood Sugar | / |  | / |  |
| Antibody | / |  | / |  |
| Serology | / |  | / |  |
| Bacteriuria | / |  | / |  |
| Urinalysis/micro | / |  | / |  |
| Pap Test | / |  | / |  |
| Cervical culture | / |  | / |  |
|  | / |  | / |  |

LMP: 3/25/95   EDC: 12/30/95   Quickening date: __ mo/day/yr

**Medication Sensitivity** ☆ None known

- ☐ Initial prenatal instructions
- ☐ Attends prenatal classes
- ☐ Do herpes culture
- ☐ Do antenatal RhoGam
- ☐ For sterilization
- ☐ Circumcision
- ☐ Needs rubella vaccine
- ☒ Breast ☐ Bottle feeding

**Amniocentesis**
Explained on __ mo/day
☐ Accepted ☐ Rejected by patient

**VBAC or C-Section**
☐ OR records reviewed
Explained on __ mo/day
☐ Candidate for VBAC
☐ For Cesarean section

Baby's physician: De Agostini

| Visit date 1995 | Weight this visit | Pre-gravid | Blood pressure | Base line | Urine protein | Urine sugar | Edema (describe) | Fundal height | Fetal heart rate/quadrant | Edema | EM | Rx STATUS | Notes | Return visit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/7 | 147 | 120/80 | N | N | 31 | 20 | ☆ |  |  |  |  |  | well | 2 |
| 11/6 | 150 | 126/78 | N | N | 33 | 32 | + | ⊕ |  |  |  |  | doing well 2° sore throat yesterday less so today. looks slightly red not inflamed. symptomatic others afebrile. bedroom humidifier a fan in not. | 2 |
|  |  |  |  |  |  |  | + |  |  |  |  |  |  |  |
|  | / |  |  |  |  |  | + |  |  |  |  |  |  |  |
| 11/29 | 154 | 130/80 | N | N | 35 | 34 | + | ⊕ |  |  |  |  | closed/VTx/-3/50% well Vit increase to T QD | 1 |
| 12/7 | 161 | 128/74 | N | N | 36 | 36 | + | ⊕ |  |  |  |  | ⊕H/A, ⊕ floaters both occasional VTx/3ft/-1 pain/80% | 1 |
| 12/15 | 159 | 134/72 | N | N |  |  | 2+ | ⊕ |  |  |  |  | Pt seen for S/O thick fluid. CTxs q70mins NSx 1x fluid gush 0 50% R/o today u/8lyss-1p | |
| 12/14 | pt unable to come in due weather today |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 12/15 | 112 | 138/86 | N | N |  |  | + | ⊕ |  |  |  |  | b/o visual disturbances, TH/A yest. R/T BP ⊕ lateral 112/64 home c 1 ft floored. | 1 |
| 12/18 | 162 | 118/74 | N | N | 38 | 39 | +150 X | ⊕ |  |  |  |  | ⊕H/A. well VTx/-2/0-1/TET/90% EFW 7½# | 1 |
| 12/22 | 161 | 150/100 | N | N |  |  | + |  |  |  |  |  |  | re/BP 154/94 Backache q10mins Rho Ram |  |
|  | / |  |  |  |  |  | + |  |  |  |  |  |  |  |
|  | / |  |  |  |  |  | + |  |  |  |  |  |  |  |

Physician's signature: ____

**Hollister**
HOLLISTER INCORPORATED, 2000 HOLLISTER DR., LIBERTYVILLE, IL 60048
PRENATAL FLOW RECORD
Copyright© 1975, 1977, 1979, 1986 Hollister Incorporated. All rights reserved. Printed in U.S
MOTHER'S PHYSICIAN COPY   5872-4/

# Prenatal Flow Record

**HOLLISTER** maternal/newborn RECORD SYSTEM

**PATIENT IDENTIFICATION**

Patient's name: Tracy Kupferschmid

24hr D/C — Mark

## Historical Risk Factors and Assessment

- ☐ Has no known risk
- ☐ Is "at risk"
- ☑ Is at high risk

### Continuing Risk Assessment Guide (revise RISK STATUS)

**At risk factors:**
- Uterine/cervical malformation
- Suspect pelvis
- Rh negative (nonsensitized)
- Anemia (Hct <30%; Hgb <10%)
- Venereal disease
- Acute pyelonephritis
- Failure to gain weight
- Abnormal presentation
- Postterm pregnancy
- Alcohol use

**High risk factors:**
- Diabetes mellitus
- Hypertension
- Thrombophlebitis
- Herpes (type 2)
- Rh sensitization
- Uterine bleeding
- Hydramnios
- Severe preeclampsia
- Fetal growth retardation
- Premature rupt. membranes
- Multiple pregnancy (preterm)
- Alcohol and drug abuse

### Initial Prenatal Screen / Additional Lab Findings

| | | Date | Result | Date | Result |
|---|---|---|---|---|---|
| Hct/Hgb | 10.3/3.3 | 9/11 | 9.1 | 10/24 | 9.7 |
| Blood Type and Rh | A pos | 9/12 | 133 | | |
| Antibody | Neg | | | | |
| Serology | NR | 10/18 | 10.5 | | |
| Rubella | Immune | 5/1 | No growth | | |
| Urinalysis | | 9/28 | 17 wks | | |
| Pap | WNL | 5/95 | WNL | | |
| Cervical culture | | | | | |
| HIV | Neg | | | | |

LMP 3/25/95  EDC 12/30/95  Quickening date

Medication Sensitivity: ☒ None known

- ☐ Initial prenatal instructions
- ☐ Attends prenatal classes
- ☐ Do herpes culture
- ☐ Do antenatal RhoGam
- ☐ For sterilization
- ☐ Circumcision
- ☐ Needs rubella vaccine
- ☒ Breast ☐ Bottle feeding

**Amniocentesis**
- Explained on __ mo/day
- ☐ Accepted ☐ Rejected by patient

**VBAC or C-Section**
- ☐ OR records reviewed
- Explained on __ mo/day
- ☐ Candidate for VBAC
- ☐ For Cesarean section

G 1 T P 1 A L  Pre-gravid 125  Age 23

| Visit date | Weight this visit | Blood pressure Base line 116/68 | Urine protein | Urine Sugar | Fundal height | Fetal heart rate/quadrant | Edema | FWB | Baby's physician | Return visit | Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 130¾ | 116/68 | N | N | 5 | + | | | Hollisters completed, Prenatal bloods drawn available testing discussed, R/O 4wks | 4 | 08 |
| | 128½ | 120/70 | N | N | 9 | + | | | Headaches ↑ days | 4 | 08 |
| | 126 | 108/70 | N | N | 15 | S12 + | | | well, diet discussed | 4 | 08 |
| | 128½ | 112/70 | N | N | 18 | u-1 + | | | Will have sono today; AFP declined; well | 4 | 48 |
| | 129 | 108/60 | N | N | 20 | u+1 + | (+) | | discussed diet | 2 | 08 |
| | TC | | | | | + | | | d/g + walking intermittent to GU/GI sh. Rt pain; body mech heat message calles | | |
| | 135 | | N | N | 23 | + | | | SA here for wt. F/U; glucose given | 2 | |
| | | | | | 24# | + | | | | | |
| | 136½ | 120/50 | | | 20-25 | + | | | Change in bldg. Fri 1/st 7/1-a | 2 | 08 |
| | 141 | 120/70 | N | N | 26 | + | (+) | | tried chromagen to BID | 2 | Wg |
| | 145 | 112/70 | N | N | 29 | + | (+) | | feels better cont chromagen | 2 | Du |
| | | | | | | + | | | | | |

Physician's signature

Copyright© 1975, 1977, 1979, 1986 Hollister Incorporated. All rights reserved. Printed in U.S.A.
Hollister. HOLLISTER INCORPORATED, 2000 HOLLISTER DR., LIBERTYVILLE, IL 60048
PRENATAL FLOW RECORD    MOTHER'S PHYSICIAN COPY    5872-4/86

6TRACY 00019