CX547/CXP547A  
PAGE: 1

**CVS PHARMACY #0418**
**PHARMACIST STATEMENT**
**01/01/1990 THRU 02/04/2002**

DATE: 02/21/02    TIME: 19:16:20

PHARMACY NAME: CVS PHARMACY # 0418
ADDRESS: 432 SOUTH RD, HUDSON PLAZA
CITY, ST, ZIP: POUGHKEEPSIE   NY 12601

FAMILY NAME: KUPFERSCHMID, TRACY
ACCOUNT: 01452501

TELEPHONE: 914-463-3606

CUSTOMER NAME: KUPFERSCHMID   TRACY
ADDRESS: 56 CAMELOT RD
CITY, ST, ZIP: POUGHKEEPSIE   NY 12601

BIRTHDATE: 06/03/71
SEX: F
RELATIONSHIP:

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | DOCTOR NAME | DATE FILLED | RPH INT | QUANT DISP | 3PTY1 NUMBER | 3PTY2 NUMBER | RETAIL PRICE | 3PTY1 AMOUNT | 3PTY2 AMOUNT | CUSTOMER AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37246 |   | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 05/03/1995 | MH | 30 | 4000 |   | 8.38 | 5.87 |   | 2.51 |
| 37246 | 1 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 06/05/1995 | MH | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 37246 | 2 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 07/06/1995 | AA | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 37246 | 3 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 08/03/1995 | PB | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 37246 | 4 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 09/05/1995 | AA | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 37246 | 5 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 10/06/1995 | PB | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 37246 | 6 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 11/02/1995 | AA | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 37246 | 7 | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 11/30/1995 | AA | 30 | 4000 |   | 8.38 | 5.03 |   | 3.35 |
| 48560 |   | 00281428553 | CHROMAGEN CAPSULE SAV | BLOCH,DEAN | 09/22/1995 | MH | 30 | 1 |   | 13.79 |   |   | 13.79 |
| 48560 | 1 | 00281428553 | CHROMAGEN CAPSULE SAV | BLOCH,DEAN | 10/13/1995 | MH | 30 | 1 |   | 13.79 |   |   | 13.79 |
| 48560 | 2 | 00281428553 | CHROMAGEN CAPSULE SAV | BLOCH,DEAN | 10/26/1995 | MH | 30 | 1 |   | 13.79 |   |   | 13.79 |
| 48560 | 3 | 00281428553 | CHROMAGEN CAPSULE SAV | BLOCH,DEAN | 11/11/1995 | MH | 30 | 1 |   | 13.79 |   |   | 13.79 |
| 48560 | 4 | 00281428553 | CHROMAGEN CAPSULE SAV | BLOCH,DEAN | 11/30/1995 | AA | 30 | 1 |   | 13.79 |   |   | 13.79 |
| 55328 |   | 00332310913 | AMOXICILLIN 500MG CAPSULE TE | PEDEVILLANO,FRANK | 12/11/1995 | PB | 21 |   |   | 7.57 | 6.81 |   | .76 |
| 59641 |   | 00008081101 | STUARTNATAL PLUS TABLET MYE | BLOCH,DEAN | 01/30/1996 | AA | 30 | 4000 |   | 8.38 |   |   | 8.38 |
| 59642 |   | 00281428553 | CHROMAGEN CAPSULE SAV | BLOCH,DEAN | 01/30/1996 | AA | 30 | 1 |   | 13.79 |   |   | 13.79 |
| 66574 |   | 00093053601 | NAPROXEN SODIUM 275MG TAB TEV | BLOCH,DEAN | 04/15/1996 | MH | 30 | 1 |   | 16.79 |   |   | 16.99 |
| 81197 |   | 58177021604 | PRENATAL RX TABLET ETH | BLOCH,DEAN | 10/03/1996 | PB | 30 | 1 |   | 5.89 |   |   | 5.89 |
| 81197 | 1 | 58177021604 | PRENATAL RX TABLET ETH | BLOCH,DEAN | 11/02/1996 | LA | 30 | 7716 |   | 5.89 |   |   | 5.89 |
| 84772 |   | 52544034901 | HYDROCODONE/APAP 5/500 TAB MAT | BLOCH,DEAN | 11/09/1996 | PB | 10 | 7716 |   | 4.99 |   |   | 4.99 |
| 85211 |   | 00378014689 | DOXYCYCLINE 100MG CAPSULE MYL | BLOCH,DEAN | 11/13/1996 | LA | 14 | 7716 |   | 7.50 |   |   | 7.50 |
| 91057 |   | 00364737454 | NEO/POLYMYXIN/HC EAR SUSP SHN | CAVALLARO,GAETANO | 01/15/1997 | CH | 10 | 7716 |   | 12.25 | 4.75 |   | 7.50 |
| 91058 |   | 00074258660 | BIAXIN 500MG TABLET ABB | CAVALLARO,GAETANO | 01/15/1997 | CH | 20 | 7716 |   | 63.24 | 55.74 |   | 7.50 |
| 91568 |   | 51285029502 | GUAIFEN/P-PROP 400/75 TB SADMD | CAVALLARO,GAETANO | 01/21/1997 | AA | 20 | 7716 |   | 7.50 |   |   | 7.50 |
| 93164 |   | 00093015010 | ACETAMINOPHEN/COD #3 TABLET TEV | HOGAN,DR | 02/06/1997 | PB | 30 | 1 |   | 7.99 |   |   | 7.99 |
| 93165 |   | 00364046101 | PREDNISONE 10MG TABLET SHN | LEIFER,DANA | 03/03/1997 | MH | 100 | 1 |   | 8.99 |   |   | 8.99 |
| 95677 |   | 00093015010 | ACETAMINOPHEN/COD #3 TABLETTEV | LEIFER,DANA | 03/10/1997 | PB | 15 | 1 |   | 4.99 |   |   | 4.99 |
| 96302 |   | 00364021802 | PREDNISONE 5MG TABLET SHN | LEIFER,DANA | 04/08/1997 | AA | 20 | 1 |   | 4.99 |   |   | 4.99 |
| 96302 | 1 | 00364021802 | PREDNISONE 5MG TABLET SHN | LEIFER,DANA | 03/11/1997 | AA | 15 | 1 |   | 4.99 |   |   | 4.99 |
| 96398 |   | 00093015010 | ACETAMINOPHEN/COD #3 TABLETTEV | LEIFER,DANA | 03/22/1997 | AA | 40 | 7716 |   | 7.50 |   |   | 7.50 |
| 97614 |   | 00062530400 | ORTHO-DIAPHRAGM ALLFLEX 70MORT | BLOCH,DEAN | 09/25/1997 | PB | 1 | 1 |   | 26.49 |   |   | 26.49 |
| 114155 |   | 00092237130 | LORABID 400MG PULVULE LIL | PEDEVILLANO,FRANK | 01/19/1998 | PB | 20 | 7300 |   | 72.95 | 67.95 |   | 5.00 |
| 124733 |   | 00173019786 | NEOMYCIN/POLY/BAC/HC OINTMENT MON | ROBINSON,THOMAS S | 07/19/1998 | HG | 4 | 7275 |   | 24.59 | 4.59 |   | 20.00 |

SCRIPT COUNT: 34   TOTAL AMOUNTS:   456.45   180.92   277.53

I HEREBY CERTIFY THAT THESE DRUGS AND MEDICINES WERE DISPENSED TO THE ABOVE NAMED PERSON(S)
BY ORDER OF HIS (OR HER) PERSONAL PHYSICIAN.

PHARMACIST'S SIGNATURE: _____   DATE: _____

EXHIBIT I

15TRACY 00001