# Yale University



DEPARTMENT OF NEUROLOGY
SCHOOL OF MEDICINE
P.O. BOX 208018
NEW HAVEN, CONNECTICUT 06520-8018
(203) 785-4085
(203) 785-5694 FAX

S.G. WAXMAN, M.D., PH.D.
PROFESSOR AND CHAIRMAN

J. T. ALLISON, PH.D.
J. BOOSS, M.D.
L. M. BRASS, M.D.
J. S. EBERSOLE, M.D.
P. B. FAYAD, M.D.
G. H. GLASER, M.D.
J. M. GOLDSTEIN, M.D.
J. B. GUARNACCIA, M.D.
S. HOLLOWAY, M.D., PH.D.
R. G. KALB, M.D.
J. D. KOCSIS, PH.D.
D. LEIFER, M.D.
K. L. MAREK, M.D.
R. H. MATTSON, M.D.
S. NOVELLA, M.D.
O. A. C. PETROFF, M.D.
J. W. PRICHARD, M.D.
G. B. RICHERSON, M.D., PH.D.
M. A. RIZZO, M.D., PH.D.
D. S. RUSSELL, M.D., PH.D.
R. SCHEYER, M.D.
S. S. SPENCER, M.D.
S. M. STRITTMATTER, M.D., PH.D.
T. L. VOLLMER, M.D.

March 10, 1997

PATIENT:            TRACY KUPFERSCHMID
UNIT NO:            165 96 80
DATE OF EXAMINATION:   3/10/97

Ms. Kupferschmid returned for follow-up today. She was accompanied by her husband. They both report that she has been extremely irritable and moody. She cries frequently and burst into tears when she began to talk about this while I was seeing her. Subsequently, she was able to control herself better. She noted that she seemed to be quite energetic when she was taking higher doses of Prednisone, but with the last decrease in her dose from 10 mg to 5 mg two days ago, she noted that her energy level has gone down and she feels very tired.

She is continuing to have headaches. They start and are focused behind her right ear. They are worse with head movement. She usually gets one early in the morning after getting up, and it stops around 11:00. It then returns later on. Her headaches now do not tend to spread over her entire head, but they are stronger than the headaches that she had had previously that did spread more widely. She thinks that they have not really changed much in the last week or so.

She continues to take Tylenol #3 two or three times per day. She also continues to take one Percocet at bedtime.

## EXAMINATION:

Blood pressure 94/64, pulse 72. Her face was puffy and was clearly very cushingoid. Her face was essentially symmetric. There was mild cupping of her left hand and she held it outstretched. Fine finger movements were fairly rapid on the left, but slightly slower than on the right. They were also irregular in rhythm on the left. The visual fields were full without extinction.

EXHIBIT J

5BOL 00002

Patient: Kupferschmid, Tracy
Unit No: 165 96 80
Page 2
March 10, 1997

IMPRESSION AND PLAN:

We discussed her emotional lability. I explained to the patient and her husband that it probably is caused by the brain damage that she has had, and also may be related in part to the steroids. Because she has felt weak in the last couple of days on a lower dose of Prednisone, I am concerned that she may not be making enough endogenous steroids. I therefore recommended that she increase her dose of Prednisone to 7.5 mg per day and have a fasting cortisol level drawn in a few days to help determine if her adrenals are suppressed.

In view of her nearly complete return of motor function on the left and her full visual fields, I think that it would be reasonable for her to start driving again. I recommended that she do so gradually. I think that she should start out on uncrowded roads.

I shall plan to see her in follow-up in about two months.

Dana Leifer, M.D.
Assistant Professor of Neurology

DL/ml

# YALE - NEW HAVEN HOSPITAL
## ANATOMIC PATHOLOGY REPORT

Patient: KUPFERSCHMI,TRACY
Hospital # 1659680
Birthdate: 06/03/71  (Age: 25)
Sex: F                    Physician:
Accessioned on 02/04/97
Signed out 02/06/97
Service: NEUROSURGERY (YNHH)

Path # S97-2345

KENNETH MAREK, M.D.
DEPT. OF NEUROLOGY
703 LCI

Fax # 764-9097

Clinical Diagnosis and History:
   CEREBRAL VASCULITIS.

Tissue Source:
Part 1: RIGHT FRONTAL DURA
Part 2: RIGHT FRONTAL BRAIN/CORTEX

## DIAGNOSIS:

1) DURA, RIGHT FRONTAL, BIOPSY:

   - FRAGMENT OF DENSE FIBROUS TISSUE CONSISTENT WITH DURA

   - NO VASCULITIS IDENTIFIED

2) BRAIN, RIGHT FRONTAL, BIOPSY:

   - FRAGMENT OF CEREBRAL TISSUE WITH FOCAL VASCULAR
     CONGESTION. NO VASCULITIS SEEN

jhk

This case has been electronically
signed out by:
Dr. Jung H. Kim.

Gross Description:  (Drew A. Olsen, MD)
1)  Received fresh, labelled with the patient's name and "right
frontal dura", is a single, white tissue fragment measuring 1.2
x 0.4 x 0.2 cm.  The entire specimen is submitted.

(Report continues on next page.)

YALE NEW HAVEN HOSPITAL
DISCHARGE SUMMARY

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

| | | | |
|---|---|---|---|
| Name:<br>Kupferschmid, Tracy | Date of Adm:<br>01/27/97<br>Date of Dis:<br>02/06/97 | Service:<br>62<br>NEUROLOGY | Unit No:<br>165-9680 |

Dictated:    03/27/97           Transcribed:   03/28/97  8:27 P

**PRIMARY DIAGNOSIS:** Right basal ganglia hemorrhage
Central nervous system vasculitis possibly secondary to decongestant use

**OTHER DIAGNOSIS:**

**PRIMARY OPERATION:**

**OTHER OPERATIONS:**

**DISPOSITION:**

**PRESENT ILLNESS:** Tracey Kupferschmid is a 26-year-old woman with no significant past medical history presented on 1/21/97 to another hospital with sudden onset of the worse headache of her life, garbled speech, left sided weakness. The symptoms occurred suddenly while lying at home on the couch. Studies at another hospital revealed approximately 4 centimeter right basal ganglia hemorrhage by both CT and magnetic resonance imaging. No obvious arteriovenous malformation or tumor effect was noted. An angiogram was performed at another hospital suggestive of vasculitis, so she was transferred to Yale-New Haven Hospital on 1/27/97.

**PHYSICAL EXAMINATION:** The examination at the time of transfer her showed stable vital signs. The neurologic exam was notable for an alert patient, oriented times three. There was some paucity of speech, but she was able to comprehend and to answer questions appropriately. Cranial nerve examination revealed full extraocular, full function, full visual fields. Pupils reactive at 2 millimeters bilaterally. There is no ptosis. The face showed weakness on the left. The tongue was midline. Sensation was intact. Gag was positive. Urine was normal. On motor examination she had five out of five strength, except in her left upper extremity, where strength was four out of five. Toes were down going bilaterally and the reflexes were 2+. Sensory examination was intact to light touch, pin prick and vibration throughout. Cerebella examination revealed slight swelling of finger to nose testing bilaterally. Gait was normal.

MEDICAL RECORD ORIGINAL - DO NOT REMOVE

5BOL 00061

| UNIT NO. 165-9680 | YALE-NEW HAVEN HOSPITAL |
|---|---|
| NAME KUPFERSCHMID TRACY | HISTORY AND PROGRESS NOTES |
| ADDRESS | |
| BIRTH DATE | |
| (If handwritten, record name, unit no., and birth date) | |

| DATE | |
|---|---|
| | Neurology Note Admission |
| 1/27/97 | 25 y.o. female, RH, previously healthy $\bar{c}$ prior miscarriage 3 months ago at about 2 months gestation, presents from outside hospital having had a cerebral hemorrhage 6 days ago. Recovered well, angiogram this AM revealed "beading" suggestive of vasculitic process. Other work-up includes MRI/A, Anticardiolipin Ab which is ⊖, transiently prolonged PTT; ↓ Hct 47.2 |
| | Patient reports frequent tension in neck and back, she frequently cracks her neck + this prevents headaches. She has been in 1 serious MVA age 18. No other stroke in family — mom recently treated for Breast Ca $\bar{c}$ chemo had DVT |
| | SH: 2 ppd smoker, weekend drinker lives in home $\bar{c}$ husband + 13 m.o. son |
| | ROS: ⊖   h/o asthma as child |
| | Meds: Bactrim, Guaifenesin, Folic Acid 150 mg, Decadron 4 mg q6h Hctz 7mg po |

5BOL 00063

| DATE | |
|---|---|
| | PhEx: VST 96.4 P 61 BP 122/80 PulsOx 97% |
| | Awake, alert in bed, pleasant, limited verbal output because husband answers questions |
| | MSE: oriented to events of the day |
| | |
| | CN: PERRL 3→2mm (B) ⊖ APD EOMI s nystagm/diplop'a VFF to FC, discs not visualized face c̄ (L) droop to grimace, eye closure symm. tongue midline   intact LT, sharp. |
| | Motor  DeH Bi Tri WE ID IP Q H PF DF |
| | R/L  5/5  5/5 IV IV 5/5 → |
| | Sens: intact LT, sharp (B) |
| | Cerebellar: intact se slow f-t-N (B) |
| | |
| | Angio: films from Vassar Br. Hosp no formal report found. vessels of irregular calibre |
| | CT: (SUBH) (B) BG hemorrhage stable |
| | |
| | A/P 1) Neuro Suspect CNS vasculitis will need vasculitis labs sent including Lyme, RPR, lupus, ANA Anticardiolipin ⊖ from outside hosp. LP will be needed in AM. Minimal weakness appreciated on testing except facial asymmetry is noted. |
| | Discussed c̄ Dr. Carruthers [signature] |
| | JClara |

5BOL 00064

```
                                                          5BOL 00075
 165 96 80        01 27 97
UNIT KUPFERSCHMI TRACY     060371        YALE-NEW HAVEN HOSPITAL
     36 CAMELOT RD   POUGHKEEP NY
NAME  MAREK              A2397              HISTORY AND
     23043                                PROGRESS NOTES
ADDRESS

BIRTH DATE

(If handwritten, record name, unit no., and birth date)
```

| DATE | |
|---|---|
| 1/29/97 | Neuro Progress cont<br>Would be important to establish diagnosis before determining treatment cause. Hemorrhage is not infrequent in CNS vasculitis by CSF studies should be helpful for ruling out an infectious process as the cause. Have requested physical therapy. Chest PA + lateral requested to evaluate. ↑ WBC may need further studies - Hodgkin's lymphoma can be a rare cause of CNS vasculitis. Creatinine normalized<br>— Hayes |
| 1/29/97 | NSG NOTE<br>NEURO: Pt A+O x 3. MAE x 4 c̄ strong. Speech clear & appropriate. PERRL<br>Alt in comfort: Pt c/o leg pain "shooting down my leg". Pt c/o N/A & neck pain 4/10. MD aware & further assessed pt. Pt received Tylenol 650 c̄ adequate relief at 950 AM & 210 PM.<br>Alt skin integrity - ® hematoma c̄ some drainage while up to shower. Pressure applied to site Ø further drainage noted. Dr. |

| | YALE-NEW HAVEN HOSPITAL |
|---|---|
| UNIT NO | |
| NAME | HISTORY AND |
| ADDRESS | PROGRESS NOTES |
| BIRTH DATE | |
| (If handwritten, record name, unit no., and birth date) | |

| DATE | |
|---|---|
| 1/31/97 | Vascular Neuro Fellow — Pt states that she was taking decongestant medication night before her discharge. She does not recall name of medication; will contact primary physician. She also states s/p [?] a CT (head) at an OSH and at Vassar Bros [?] MRA. Pt denies [?] neuro/dizzy symptoms today; HA improved.

Pt's husband states that the medication was [?] [?] pseudo-ephedrine (60 mg / 75 mg?). Pseudoephedrine was noted to cause intracranial vasospasm/drug induced vasculitis in patients with use of [?] medication. |

5BOL 00093