**NORTH SHORE HEALTH SYSTEM**

# NORTH SHORE UNIVERSITY HOSPITAL
300 COMMUNITY DRIVE, MANHASSET, NEW YORK 11030 • (516) 562-4300 FAX: (516) 562-2635

**Department of Neurology**

JOHN J. HALPERIN, M.D., Chairman

ADULT NEUROLOGY
(516) 562-4300

CHARLES ARGOFF, M.D.
KAREN BLITZ, M.D.
DAVID GOELBERG, M.D.
ANDREW FEIGIN, M.D.
GRACE FORDE, M.D.
GARY P. KAPLAN, M.D., Ph.D.
S. MURTHY VISHNUBHAKAT, M.D.

PEDIATRIC NEUROLOGY
(516) 562-3086

MADELYN E. OLSON, M.D., Chief
YITZCHAK H. FRANK, M.D.
STEVEN PAVLAKIS, M.D.
DENISE THORNE, R.N.C., P.N.P.

NEUROPSYCHOLOGY
(516) 562-3054

APRA C. WILSON, Ph.D., ABPP, Director
ERMAN H. DAVIDOWICZ, Ph.D., ABPP
RICHARD KESSLER, Ph.D., ABPP
PAUL WATTIS, Ph.D.
J. WAYNE LAZAR, Ph.D.
PREPHA H. SHAH, Ph.D.
ALAN STROHMAYER, Ph.D.

RESEARCH

VIJAY DHAWAN, Ph.D.
ANGELO ANTONINI, M.D., Ph.D.
PHOEBE SPETSIERIS, Ph.D.

ADMINISTRATOR

SARAH A. MENDOZA

PATIENT: KUPFERSCHMID, Tracey
MR NO.:
DATE OF EXAM: 4/24/98

This 26 year old female was seen for a follow-up today because of a CT scan done yesterday that reportedly showed a new abnormality. I had seen her previously at Yale. She had presented in January of 1997 with the sudden onset of the worst headache of her life, garbled speech and left hemiparesis. Earlier during the day that she presented on, she had taken an over the counter decongestant that contained guaisenesin and 75 mg of phenylpropanolamine. CT scan and MRI demonstrated a 4 cm, right basal ganglionic hemorrhage. An angiogram demonstrated multifocal sausage-like areas of narrowing, suggestive of vasculitis. She was transferred to Yale-New Haven Hospital from Vassar Brothers Hospital. Treatment with Dexamethasone was begun. Examination revealed paucity of speech, left facial weakness and decreased left arm strength.

An extensive laboratory workup was negative. Laboratory studies included urinalysis, PTT, electrolytes, BUN, creatinine, calcium, phosphate, magnesium, liver function tests, VDRL, cryoglobulins, rheumatoid factor, fibrinogen 149 (normal 250 to 450 if hospitalized and 150-350 otherwise), Antithrombin III, Protein S, and activated Protein C resistance. All of these studies were negative. A test for antinuclear antibodies was weakly positive at a solution of 1:40 with a nucleolar pattern. Protein C was elevated at 228 (normal 70-140). CSF studies including cell counts, cryptococcal antigen, oligoclonal bands, VDRL, FTA-ABS, Gg, IgG index, routine and fungal cultures, and gram and fungal stains were normal. Serum protein electrophoresis indicated a low gamma globulin level. Serum and CSF Lyme titers were negative. Hepatitis surface antigen and anti-HAV, HBS, HBC, HAV and HCV antibody tests were all negative. The right frontal brain and leptomeningeal biopsy was normal. She was tapered off of steroids. Six months after the hemorrhage examination was normal except for minimal slowing of fine finger movements with the left hand. She is now separated from her husband and is in the process of getting a divorce. She has been living, for the last month, with her mother. Her

NORTH SHORE UNIVERSITY HOSPITAL — NYU SCHOOL OF MEDICINE 



EXHIBIT K

4TRACY 00002

PATIENT:        KUPFERSCHMID, Tracey
MR NO.:
DATE OF EXAM:   4/24/98

mother has repeatedly said that she was acting weird and has been nasty and hostile towards her. Her mother was concerned that she had a chemical imbalance. Because of these issues, the patient went to the Vassar Brothers Hospital emergency room yesterday and had tox screen for drugs and also a head CT scan. She said that the drug screen was negative. She was told that the head CT scan showed an abnormality on the opposite side of her brain from the old right basal ganglionic hemorrhage. Because of that, I spoke with her on the telephone this afternoon and she came in to be seen. I spoke with the radiologist, Dr. Karp, at Vassar Brothers after I spoke with her and he explained that the additional lesion was actually in the right frontal lobe and was consistent with the brain biopsy that she had, although he did not realize that she had had one when he read the scan initially.

She came in this afternoon with her husband. Although they are separated now, they say that they get along better than when they were married. They are in the process of getting a divorce now. I reviewed the CT scan which shows a slit-like hypodensity, which represents the residual from her ganglionic hemorrhage on the right, as well as an area of slight hypodensity in the right frontal lobe with a single bright focus. The right frontal abnormality is consistent with post-surgical changes after her biopsy.

She explains that she feels the closeness of her relationship with her mother interferes with her marriage and that she has been trying to distance herself from her mother and the rest of her family so that she can be more independent now. She thinks that this is why they are concerned about her. She has seen a psychotherapist for a brief time after the stroke but no longer feels that she needs to now. She denies using any illicit drugs, but she does admit to smoking and drinking.

The only residual that she notes from her hemorrhage is that she has difficulty writing. She is left handed.

EXAMINATION: She was alert, fluent and appropriate. Her face was symmetric. There was no drift. There was no finger-nose-finger ataxia. Fine finger movements were normal.

IMPRESSION AND PLAN: I reassured her that the CT scan does not show a new lesion. We discussed whether or not any additional psychotherapy would be helpful for her. I do not see a role for it at the moment because she feels very resistant to the idea and does not think that it would help her.

4TRACY 00003

PATIENT: KUPFERSCHMID, Tracey
MR NO.:
DATE OF EXAM: 4/24/98

I recommended that she stop her smoking and drinking. She will be in touch with me in about six months to discuss the possibility of another follow-up CT scan.

I will also review the CT scan with neuroradiology here.

Dana Leifer, M.D.
Chief, Division of Vascular Neurology
Director of Stroke Unit

DL/mvbt

4TRACY 00004