UNITED STATES BANKRUPTCY COURT FOR THE
**SOUTHERN DISTRICT OF NEW YORK**

In re: **Kupferschmid, Mark E.**
    and
    **Kupferschmid, Tracy Lynn**
    Debtors

Case No. (if known)

STATEMENT OF FINANCIAL AFFAIRS

---

1. Income from employment or operation of business.

NONE | | State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.

**HUSBAND**

| | | | |
|---|---|---|---|
| This year: | 1996 | Amount: | 42,000.00 |
| Source: | **Employment** | | |
| Last year: | 1995 | Amount: | 40,968.63 |
| Source: | **Employment** | | |
| Previous year: | 1994 | Amount: | 33,617.36 |
| Source: | **Employment** | | |

**WIFE**

| | | | |
|---|---|---|---|
| This year: | 1996 | Amount: | none |
| Source: | **Employment** | | |
| Last year: | 1995 | Amount: | 22,481.65 |
| Source: | **Employment** | | |
| Previous year: | 1994 | Amount: | 19,240.93 |
| Source: | **Employment** | | |

---

2. Income other than from employment or operation of business.

NONE |X| State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

---

3. Payments to creditors.

NONE    a. List all payments on loans, installment purchases of goods or

EXHIBIT
L

A-BOLWELL 00043

In re **Kupferschmid, Mark E.**

    **Kupferschmid, Tracy Lynn**
    Debtors

Case No. (if known)

|X| services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

---

NONE |X| b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

---

4. Suits and administrative proceedings, executions, garnishments, and attachments.

NONE |X| a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

---

NONE |X| b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

---

5. Repossessions, foreclosures, and returns.

NONE |X| List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

---

6. Assignments and receiverships.

NONE |X| a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

---

NONE |X| b. List all property which has been in the hands of a custodian, receiver or court-appointed official within one year immediately preceding the commencement of this case.

---

7. Gifts.

NONE |X| List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except

Page 2

A-BOLWELL 00044

In re **Kupferschmid, Mark E.**

     **Kupferschmid, Tracy Lynn**
     Debtors

Case No. (if known)

ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

---

8. Losses.

NONE |X|  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

---

9. Payments related to debt counseling or bankruptcy.

NONE | |  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

**JOSEPH S. SAYEGH, ESQ.**
**1811 ROUTE 52, SUITE 209**
**HOPEWELL JCT., NY 12533**
(914) 227-3163
Filing fee:           DIRECT TO COURT
Attorney's fees:      550.00
Source was:           **Debtor's earnings**
Date(s) of payment:   **11/1/96 and** _____

---

10. Other transfers.

NONE |X|  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.

---

11. Closed financial accounts.

NONE |X|  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.

---

12. Safe deposit boxes.

Page 3

A-BOLWELL 00045

In re **Kupferschmid, Mark E.**

    **Kupferschmid, Tracy Lynn**
    Debtors

Case No. (if known)

NONE |X|    List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

13. Setoffs.

NONE |X|    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

14. Property held for another person.

NONE |X|    List all property owned by another person that the debtor holds or controls.

15. Prior address of debtor.

NONE |X|    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

16. Nature, location, and name of business.

NONE |X|    a. For individuals, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

NONE |X|    b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

NONE |X|    c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

A-BOLWELL 00046

In re **Kupferschmid, Mark E.**

    **Kupferschmid, Tracy Lynn**
    Debtors

Case No. (if known)

---

17. Books, records, and financial statements.

NONE |X| a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NONE |X| b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NONE |X| c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

NONE |X| d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

18. Inventories.

NONE |X| a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE |X| b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

19. Current Partners, Officers, Directors, and Shareholders.

NONE |X| a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE |X| b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or

Page 5

A-BOLWELL 00047

In re **Kupferschmid, Mark E.**

    **Kupferschmid, Tracy Lynn**
    Debtors

Case No. (if known)

indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

---

20. Former partners, officers, directors, and shareholders.

NONE |X|  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

NONE |X|  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

21. Withdrawals from a partnership or distributions by a corporation.

NONE |X|  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, **Mark E. Kupferschmid**, and I, **Tracy Lynn Kupferschmid**, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **Statement of Financial Affairs**, consisting of 6 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Signature: *[signed]* Mark E. Kupferschmid    Date: X 12-5-96

Signature: *[signed]* Tracy Lynn Kupferschmid    Date: X 12/5/96

Page 6

A-BOLWELL 00048