Mar-16-06   08:09am   From-Argent Mortgage Co

## Form W-2 Wage and Tax Statement 2005

| | |
|---|---|
| OMB No. 1545-0008 | |
| 7 Social security tips | 1 Wages, tips, other compensation 121489.23 | 2 Federal income tax withheld 26135.02 |
| 8 Allocated tips | 3 Social security wages 90000.00 | 4 Social security tax withheld 5580.00 |
| 9 Advance EIC payment | 5 Medicare wages and tips 134959.64 | 6 Medicare tax withheld 1956.91 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C 255.36 |

**Employer's name, address, and ZIP code**
ARGENT MORTGAGE COMPANY, LLC
1100 TOWN & COUNTRY RD
SUITE 300
ORANGE CA 92868

b Employer Identification number (EIN) 33-0981316
12b D 13470.41

**Employee's name, address, and ZIP code**
TRACY L FRENETTE
96 VALLEY RD # 4
COS COB CT 06807

a Employee's social security number 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
13 Statutory employee / Retirement plan / Third-party sick pay [X]

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CT | 1200617-000 | 121489.23 | 151.08 | | | |

Dept. of the Treasury - IRS

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return.

---

## Form W-2 Wage and Tax Statement 2005

| | |
|---|---|
| OMB No. 1545-0008 | |
| 7 Social security tips | 1 Wages, tips, other compensation 121489.23 | 2 Federal income tax withheld 26135.02 |
| 8 Allocated tips | 3 Social security wages 90000.00 | 4 Social security tax withheld 5580.00 |
| 9 Advance EIC payment | 5 Medicare wages and tips 134959.64 | 6 Medicare tax withheld 1956.91 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C 255.36 |

**Employer's name, address, and ZIP code**
ARGENT MORTGAGE COMPANY, LLC
1100 TOWN & COUNTRY RD
SUITE 300
ORANGE CA 92868

b Employer Identification number (EIN) 33-0981316
12b D 13470.41

**Employee's name, address, and ZIP code**
TRACY L FRENETTE
96 VALLEY RD # 4
COS COB CT 06807

a Employee's social security number 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
13 Statutory employee / Retirement plan / Third-party sick pay [X]

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CT | 1200617-000 | 121489.23 | 151.08 | | | |

Dept. of the Treasury - IRS

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B).

---

## Form W-2 Wage and Tax Statement 2005

| | |
|---|---|
| OMB No. 1545-0008 | |
| 7 Social security tips | 1 Wages, tips, other compensation 121489.23 | 2 Federal income tax withheld 26135.02 |
| 8 Allocated tips | 3 Social security wages 90000.00 | 4 Social security tax withheld 5580.00 |
| 9 Advance EIC payment | 5 Medicare wages and tips 134959.64 | 6 Medicare tax withheld 1956.91 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C 255.36 |

**Employer's name, address, and ZIP code**
ARGENT MORTGAGE COMPANY, LLC
1100 TOWN & COUNTRY RD
SUITE 300
ORANGE CA 92868

b Employer Identification number (EIN) 33-0981316
12b D 13470.41

**Employee's name, address, and ZIP code**
TRACY L FRENETTE
96 VALLEY RD # 4
COS COB CT 06807

a Employee's social security number 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
13 Statutory employee / Retirement plan / Third-party sick pay [X]

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CT | 1200617-000 | 121489.23 | 151.08 | | | |

Dept. of the Treasury - IRS

This information is being furnished to the Internal Revenue Service.

Copy B To Be Filed With Employee's FEDERAL Tax Return.



EXHIBIT
M

Blumberg No. 5119

16TRACY 00001

## Form W-2 Wage and Tax Statement 2005

**ARGENT MORTGAGE COMPANY, LLC**
1100 TOWN & COUNTRY RD
SUITE 300
ORANGE CA 92868

Employer identification number (EIN): 33-0981316
Employee's social security number: 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

FED W-2 DATA IS ON SEPARATE W-2

TRACY L FRENETTE
96 VALLEY RD # 4
COS COB CT 06807

NY  330981316 6   State wages: 121489.23   State income tax: 8243.21

Dept. of the Treasury - IRS

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return.

---

## Form W-2 Wage and Tax Statement 2005

**ARGENT MORTGAGE COMPANY, LLC**
1100 TOWN & COUNTRY RD
SUITE 300
ORANGE CA 92868

Employer identification number (EIN): 33-0981316
Employee's social security number: 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

FED W-2 DATA IS ON SEPARATE W-2

TRACY L FRENETTE
96 VALLEY RD # 4
COS COB CT 06807

NY  330981316 6   State wages: 121489.23   State income tax: 8243.21

Dept. of the Treasury - IRS

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B).

---

## Form W-2 Wage and Tax Statement 2005

**ARGENT MORTGAGE COMPANY, LLC**
1100 TOWN & COUNTRY RD
SUITE 300
ORANGE CA 92868

Employer identification number (EIN): 33-0981316
Employee's social security number: 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

FED W-2 DATA IS ON SEPARATE W-2

TRACY L FRENETTE
96 VALLEY RD # 4
COS COB CT 06807

NY  330981316 6   State wages: 121489.23   State income tax: 8243.21

Dept. of the Treasury - IRS

Copy E To Be Filed With Employee's FEDERAL Tax Return.

16TRACY 00002