UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : | JUDGE ALVIN W. THOMPSON |
| vs. | : | MAG. JUDGE DONNA F. MARTINEZ |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| Defendants. | : | January 5, 2007 |

**AFFIDAVIT OF JEFFREY D. GEOPPINGER IN SUPPORT OF DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' CASE SPECIFIC EXPERTS**

**STATE OF OHIO** )
) ss:
**COUNTY OF HAMILTON** )

Jeffrey D. Geoppinger, of full age, being duly sworn according to law, disposes and says:

1. I am an associate with the law firm of Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202-2409, which represents Duramed Pharmaceuticals, Inc. ("Duramed"), and Barr Laboratories, Inc. ("Barr"), in this litigation.

2. Attached as Exhibit A is a true and accurate copy of plaintiff Tracy Bolwell's Fact Sheet produced in MDL 1407.

3. Attached as Exhibit B is a true and accurate copy of excerpts of the deposition of Dianne Bannon.

4. Attached as Exhibit C is a true and accurate copy of excerpts of the deposition of plaintiff Tracy Bolwell.

5. Attached as Exhibit D is a true and accurate copy of records received from Vassar Brothers Hospital.

6. Attached as Exhibit E is a true and accurate copy of excerpts of the deposition of Corey Frenette.

7. Attached as Exhibit F is a true and accurate copy of excerpts from the deposition of Mark Kupferschmid.

8. Attached as Exhibit G is a true and accurate copy of records received from Northern Dutchess Hospital.

9. Attached as Exhibit H is a true and accurate copy of records received from Northern Dutchess OB/GYN Associates.

10. Attached as Exhibit I is a true and accurate copy of records received from CVS Pharmacy.

11. Attached as Exhibit J is a true and accurate copy of records received from Yale New Haven Hospital.

12. Attached as Exhibit K is a true and accurate copy of records received from North Shore University Hospital.

13. Attached as Exhibit L is a true and accurate copy of records received from the United States Bankruptcy Court for the Southern District of New York.

14. Attached as Exhibit M is a true and accurate copy of plaintiff Tracy Bolwell's W-2 for 2005.

15. Attached as Exhibit N is a true and accurate copy of the Report of James Morrison.

16. Attached as Exhibit O is a true and accurate copy of the Report of Stanley Tuhrim, M.D., produced in MDL 1407.

17. Attached as Exhibit P is a true and accurate copy of excerpts from the deposition of Stanley Tuhrim, M.D., in MDL 1407.

18. Attached as Exhibit Q is a true and accurate copy of the Report of Louise McCullough, M.D.

19. Attached as Exhibit R is a true and accurate copy of the Report of Stanley Tuhrim, M.D.

20. Attached as Exhibit S is a true and accurate copy of excerpts of the deposition of Stanley Tuhrim, M.D.

21. Attached as Exhibit T is a true and accurate copy of "Spontaneous Intracerebral Hemorrhage," *New Eng. J. of Med.*, Vol. 344, No. 19, p. 1456, May 10, 2001.

22. Attached as Exhibit U is a true and accurate copy of the curriculum vitae of Jeanette Wasserstein, Ph.D.

23. Attached as Exhibit V is a true and accurate copy of the Report of Jeanette Wasserstein, Ph.D.

24. Attached as Exhibit W is a true and accurate copy of excerpts of the deposition of Jeanette Wasserstein, Ph.D.

25. Attached as Exhibit X is a true and accurate copy of the curriculum vitae of Gary Crakes, Ph.D.

26. Attached as Exhibit Y is a true and accurate copy of excerpts of the deposition of Gary Crakes, Ph.D.

27. Attached as Exhibit Z is a true and accurate copy of the Report of Gary Crakes, Ph.D.

28. Attached as Exhibit AA is a true and accurate copy of excerpts from the textbook Neuropsychological Assessment, 4th Ed., by M. Lezak, et al.

29. Attached as Exhibit BB is a true and accurate copy of *Bellis v. Tokio Marine and Fire Ins. Co.*, 2006 U.S. Dist. LEXIS 10296 (S.D.N.Y 2006).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Jeffrey D. Geoppinger

Subscribed, and sworn to before me, a Notary Public, this 5th day of January, 2007.

_____
Notary Public
My Commission Expires: 10-27-09



407487.1 (27494-3)
1/5/2007 4:53 PM

JACQUELINE M. HAYES SUGGS
Notary Public, State of Ohio
My commission expires 10-27-2009

4