**JUDGE BARBARA JACOBS ROTHSTEIN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | **MDL No.: 1407**<br><br>**EXPERT WITNESS DECLARATION OF STANLEY TUHRIM, M.D.** |

## I.  INTRODUCTION AND BACKGROUND QUALIFICATIONS

I, Stanley Tuhrim, M.D. hereby declare that the following are true to the best of my knowledge, information and belief.

1.    I am a medical doctor, board certified Diplomate of the American Board of Psychiatry and Neurology. I am admitted to the practice of medicine in New York and Maryland. I currently practice as an Attending Physician in the Department of Neurology, Mount Sinai Hospital, New York. My academic appointment is that of Professor, Department of Neurology, Mount Sinai School of Medicine, New York, New York and Director, Division of Cerebrovascular and Critical Care Neurology. I am also an Associate Professor, Department of Geriatrics and Adult Development, Mount Sinai School of Medicine, New York, New York. My clinical responsibilities include that of Director, Gustave L. Levy Acute Stroke Unit; Co-Director, Neuroscience Intensive Care Unit; and Co-Director, Clinical Program in Cerebrovascular Disease. A copy of my curriculum vitae is attached to this report as Tuhrim Exhibit A.

EXHIBIT

0

Blumberg No. 5118

2.      I received my BA with Honors in Psychology from Haverford College in 1975. I received my medical degree from Mount Sinai School of Medicine in 1979. Between 1979 and 1980 I served as an Intern, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania. My residency was served in the Department of Neurology, The Mount Sinai Hospital, New York . In 1984, I completed a Fellowship in Cerebrovascular Disease, Department of Neurology, University of Maryland School of Medicine, Baltimore, Maryland.

3.      Since 1984 I have been a Fellow in the Stroke Council of the American Heart Association; and a member of the American Academy of Neurology; [member, Critical Care and Emergency  Neurology and Neuroepidemiology Sections]; National Stroke Association; American Medical Informatics Association; and Society of Critical Care Medicine.

4.      I have had a long standing  research interest in the field of stroke. I am the principal investigator of the Minorities Risk Factors and Stroke study;  I have been the lead or co-investigator  in several clinical trials  and research projects addressing the issues of stroke prevention;  treatment of acute ischemic and hemorrhagic stroke; and neuroimaging in cerebrovascular disease.  I have also authored or co-authored over 68 peer -reviewed  articles, as well as text books, book chapters, abstracts and  numerous scientific presentations, most of which pertain to stroke.

5.      The opinions issued in this declaration are based on my education, experience, training and review of the medical and scientific literature. I am also relying upon documents and exhibits identified in this declaration. I hold the opinions expressed in this declaration to a reasonable degree of medical and scientific certainty.

II.      STROKE: GENERAL CONSIDERATIONS

Stroke is the leading cause of death among neurological diseases and the third

2

leading cause of death among all medical conditions.(1) There are three distinct types of stroke; infarction, intracerebral hemorrhage (hereinafter ICH) and subarachnoid hemorrhage (hereinafter SAH). Intracerebral hemorrhages and subarachnoid hemorrhages are collectively termed intracranial hemorrhages. Approximately 85% of all strokes are infarctions, 10% to 15% ICH and 5% to 10% SAH.

### A.    Infarction (Ischemic Strokes)

Infarction occurs when an artery providing the blood supply to a portion of the brain results in a reduction of blood supply at levels which are is insufficient to support metabolic demand in that region of tissue, resulting in irreversible damage. Symptoms of infarction include numbness, weakness, paralysis of the face or limbs, sudden decreased vision, difficulty speaking or understanding and loss of balance or coordination.

—    Infarctions account for approximately 85% of all strokes. The major nonmodifiable risk factors leading to infarction include age, African –American race, and male gender. Modifiable risk factors for infarction include hypertension, cigarette smoking, hypercholesterolemia, heavy alcohol use, atrial fibrillation and carotid artery stenosis. Because of their frequency in the general population, these risk factors are readily identified. Other conditions may be more strongly associated with stroke but, because of their rarity, their effects are not easily measured. Case fatality rates for ischemic stroke are approximately 10%.

### B.    Intracerebral Hemorrhage

ICH occurs when a blood vessel within the brain substance ruptures causing bleeding to occur within the brain. In primary ICH, the ruptured vessel is an artery. Rupture of vascular abnormalities such as arteriovenous malformations or cavernous angiomata may also cause ICH. ICH commonly occurs in the hemispheric lobes, basal ganglia, thalamus, brain stem

3

(predominantly the pons) and cerebellum.(2) Symptoms of ICH are similar to those of infarction but are often more severe and may be accompanied by the rapid onset of abnormalities and a decreased level of consciousness.

Intracerebral hemorrhages account for 10% to 15% of all cases of stroke and are associated with the highest mortality rate with only 38% of affected patients surviving the first year(3), (4) Hypertension is a major modifiable risk factor for ICH and may also increase the risk of SAH.(5)

### C.    Subarachnoid Hemorrhage

Subarachnoid hemorrhages (SAH) occur when a vessel on the surface of the brain ruptures causing bleeding to occur in the space surrounding the brain. The leading cause of SAH accounting for approximately 80% of SAH cases is the rupture of an intracranial saccular aneurysm, which typically occurs at a branching point of two vessels. Rupture of other vascular abnormalities on the brain surface may also cause SAH. Occassionally SAH and ICH will occur concurrently.

SAH account for approximately 5 % to 10% of all strokes. The 3- month mortality rate for patients suffering an SAH is estimated at 25% or more with most deaths occurring within one week of the ictus.(6) Symptoms of SAH typically begin with a very severe headache accompanied by a brief loss of consciousness, but symptoms are variable.

### III    PHENYLPROPANOLAMINE (PPA)

PPA is a synthetic sympathomimetic amine and shares a similar mechanism of action and chemical structure with other members of this class, including amphetamines, ephedrine and pseudoephedrine.(7),(8) It is generally accepted that this class of drug acts by stimulating various classes of adrenergic receptors and by releasing norepinephrine from

neuronal storage sites (hence the use of the descriptor, noradrenergic).(9)  PPA exerts its decongestant effect by vasoconstriction of the nasal mucosa , simultaneously constricting blood vessels throughout the body,  resulting at times in increased blood pressure and heart rate changes.(10),(11)  With regard to its  adverse hypertensive effects PPA demonstrates a wide intersubject variability which contributes to its low therapeutic index.(12),(13)

Despite decades of concern regarding the safety and efficacy of PPA, it was widely available for use in prescription and over the counter (hereinafter OTC)  formulations as an appetite suppressant as well as a nasal decongestant in cough and cold products until  October 2000.  Based upon information presented to the FDA Advisory Committee on October 19, 2000, addressing the statistical association between PPA and hemorrhagic stroke and other information that existed on PPA safety and efficacy, the FDA recommended that PPA not be considered safe for OTC use as a nasal decongestant and for weight control.(14),(15)  In a Public Health Advisory issued by the FDA on November 6, 2000, the FDA  requested that all drug companies discontinue marketing products  containing PPA and indicated that it was initiating steps to remove PPA from all products.(16)

IV          GENERAL MEDICAL CAUSATION

General medical causation refers to whether a given entity to which an individual has been exposed has been demonstrated to be capable of causing a given adverse effect. Specific medical causation refers to whether a given entity to which an identified person was exposed caused an (adverse) effect in that person.  For an expert to conclude that a drug is a probable cause of a specific adverse effect in a specific person, it must be established that the drug under reasonably similar circumstances can cause that effect in at least some people.  This

5

report focuses on the issue of general medical causation; that is, whether PPA can cause intracranial hemorrhage.

## V    EPIDEMIOLOGY

Epidemiology is the study of the distribution and determinants of disease patterns in the human population. An epidemiologic study often involves comparing the health (mortality or occurrence of a specific disease) of people exposed to a substance to persons not exposed. Epidemiologic comparisons can be studied in several ways, including the prospective cohort study and the case control study. These are observational studies in which investigators merely observe individuals and events.

### A.    Prospective Cohort Study

A prospective cohort study is designed to specifically identify a group of individuals as well as their exposures. The group is followed and observed for a period of time to determine whether anyone develops the condition under study. A comparison is then made to determine whether those originally exposed to the putative risk factor at issue had a greater likelihood of developing the condition being investigated.

While prospective cohort studies are generally viewed as the most accurate form of epidemiologic study, this study design is limited because a protracted period of time may be needed before a sufficient number of events have occurred to complete the study. This design is well suited for studying issues that exert their effects over time.

### B.    Case Control Study

A case control study is also an observational study. It is designed to compare individuals with the disease or condition in question with others without the condition under study, appropriately matched with regard to pertinent characteristics (e.g. gender, age, race) and

6

ascertain the frequency of the putative risk factor for the condition in each group. The advantage of this type of study is the ability to conduct it relatively quickly in some circumstances. The disadvantage include the possibility of introduction of bias in the selection of subjects that may affect study results.

### C.    Randomized Clinical Trial

A randomized clinical trial is designed to compare two or more treatment groups. Subjects are assigned in a random fashion to either the intervention group (e.g. drug or procedure) or the control group and a prespecified outcome is stated in advance and measured. The advantages of this process is that it maximizes study group comparability with regard to known and unknown prognostic factors at baseline. Through this process the measured effect can clearly be seen as caused by the intervention and eliminates investigator bias in the treatment allocation of subjects.

### D.    Relative Risks

Relative risk is an expression of the results of an epidemiological study employed to estimate the effect of the factor under study. Relative risk indicates the magnitude or ratio of the risk of a health outcome in people exposed and compares them to those of unexposed individuals. If the risks are the same, the ratio will be one. A relative risk of two indicates the risk has doubled, three that the risk has tripled, and so on. The greater the relative risk associated with a given factor, the greater the likelihood that it is in fact causative. In a case control study the relative risk can be estimated by the odds ratio.

### E.    P-value

The p-value is an indication of the likelihood that the result of a statistical test is obtained by chance. A p-value of 0 .05 is generally used as a test of significance of findings. A

7

p value <0.05 means that the probability ("p") is less than 5 percent that the result can be explained by chance alone. A p value of <0.05 by convention is usually considered to indicate statistical significance, which means that it is sufficiently unlikely the results are due to chance alone, recognizing that a statistically significant difference may not always have medical or clinical meaning.

A limitation of the calculated p-value is that it does not provide information regarding the magnitude of the difference in effect between two treatment approaches. The use of confidence intervals provides a perspective into the treatment effect and the probability of the observed effect. A confidence interval of 95 percent provides information about the observed treatment difference and the upper and lower boundaries, which includes the true treatment difference 95% of the time.(17)

VI    —    MEDICAL EVIDENCE LINKING PPA WITH STROKE

There are several convergent lines of medical evidence demonstrating the relationship between PPA and stroke. These include the known pharmacology of PPA and the biological plausibility of it causing stroke, case reports, case series, evidence in standard medical texts and epidemiology. It is the totality of this cumulative evidence that establishes causation.

A      Pharmocology

PPA is a sympathomimetic amine that shares structural and pharmacologic properties with other drugs of that class such as amphetamines, ephedrine and pressor amines. PPA differs from amphetamines by only one hydroxyl group on the beta carbon atom.(18),(19) Several effects attributed to PPA are common to amphetamine and include vasoconstriction, increased blood pressure, anorexia, increased alertness and elevated mood.(20)

8

B.    Case Reports of Amphetamines, Cocaine and Stroke

Since the seventies, case reports have linked the illicit use of amphetamines and cocaine to stroke. While the precise mechanism is unknown, it is biologically plausible that these agents constrict the blood vessels and alter the amounts of blood flow to the brain.   Both intracranial hemorrhage and ischemic stroke have been reported in association with amphetamine and cocaine use.(21),(22)   In the late seventies there were numerous case reports  linking cocaine to acute subarachnoid hemorrhage, intra cerebral hemorrhage, and cerebral infarctions.(23)   By the early 1990's hundreds of cocaine related stroke cases had been reported..(24)   While the mechanism of cocaine related stroke is unclear, both acute hypertension and coronary artery vasoconstriction have been observed.(25)   It is generally accepted in the medical and scientific community that amphetamines and cocaine can cause stroke in some people.

C.    Case Reports of PPA and Hypertension

Early case reports have also documented the hypertensive effects of PPA , well recognized in the medical literature to cause intracereberal bleeding.(26),(27),(28),(29),(30),(31) PPA's low therapeutic index has also been described in the literature which suggests that even a small increase in the PPA dose can seriously increase the  risk of serious side effects.(32)  A profound hypertensive reaction is well documented in individuals taking Monoamine Oxidase Inhibitors (hereinafter MAOI) concomitantly with sympathomimetics. MAOI's, used in the treatment of depression, block the metabolism of the catecholamines, thereby prolonging their effects. Hypertensive crisis  is the most dangerous side effect associated with MAOI's which can lead to cerebrovascular incidents. PPA  itself has been shown to  inhibit MAOI and hypertensive

9

crisis and deaths have been reported with the concomitant use of PPA and MAOI's (33),(34), (35),(36),(37)

**D.    Case Reports of PPA and Stroke**

Since the late seventies and early eighties there have been increasing numbers of published and unpublished case reports describing the occurrence of hemorrhagic stroke post PPA ingestion. In a review of the literature, Lake, et al., provides a detailed discussion and analysis of PPA induced hemorrhage stroke cases reported as early as the late sixties.(38),(39) In addition to the published case reports linking PPA and stroke, there have been numerous reports of stroke associated with PPA reported to the FDA and recorded in their Spontaneous Adverse Event Data Base since the late seventies.(40),(41),(42)

In some instances of stroke associated with PPA ingestion, abnormal angiography demonstrating a beading of cerebral arteries has been observed.(43),(44),(45) This type of beading pattern is seen in "arteritis" (an inflammatory condition affecting the arteries) and in vasospasm, where segments of artery constrict leaving little space for blood to pass through. This provides further support that PPA and other sympathomimetic drugs have similar effects on the cerebrovascular system and further evidence of PPA's vasoconstrictive effects.

**E.    Case Reports of Ephedra and Stroke**

As these case reports demonstrating a causal association between PPA and intra cranial hemorrhages began to appear in the seventies and eighties they were viewed by vascular neurologists and other clinicians as another example of a deleterious effect that was an extension of the well accepted mechanism of the class of agents to which PPA belonged. More recently herbal preparations containing ephedra and ephedrine- like substances have also been linked to stroke and cardiovascular collapse in otherwise healthy people.

10

As a result of growing concerns about the safety of ephedra alkaloids in dietary supplements and reports of serious injury and death two investigative groups of scientists had independently examined the adverse event reports filed with the FDA to assess the level of risk associated with ephedrine supplements.(46),(47) Haller and Benowitz, and Samenuk, et al used similar methods to examine and assess the FDA adverse events associated with ephedrine between 1995 and 1999. The adverse events included, hypertension, tachycardia, arrythymias, myocardial infarction, stroke, seizure and death. The study findings are consistent with the known effects of PPA and other sympathomimetic drugs and provide additional evidence for concern regarding the risks of stroke associated with sympathomeimetics like ephedrine and PPA.

F.    Case Series

Case series provide additional evidence linking PPA with stroke. These case series became compelling as the number of individual case reports associating PPA and intracranial hemorrhage mounted. While individual case reports, standing alone, may have limited value in establishing an association, a case series may provide stronger evidence of that association. This is particularly true when the adverse event appears shortly after ingestion in previously healthy persons who are not at risk for the disease, where a differential diagnosis leads to the conclusion that the PPA caused or was a substantial contributing factor in causing the stroke, and where there is other evidence which suggests that the reaction is biologically plausible. In this instance most of the individual case reports of PPA associated stroke (published and unpublished) involved young healthy people in whom the incidence of intracerebral hemorrhage is low(<2/100,000 annually in those persons under 40 years of age) including people without known stroke risk factors.(48)  In many instances the hemorrhage

11

occurred shortly after the ingestion of the PPA containing drugs, often times the first use of the

drug, suggesting an idiosyncratic reaction on the part of the indiviual , mimicking in an

exaggerated fashion, the known actions of sympathomimetics.(49),(50),(51),(52),(53)

G.    Medical Texts

Indeed, by the early nineties, it became generally accepted that PPA

caused intracranial hemorrhages. For example, in their text book, Zeigler and Ruiz-Ramon have

opined:        *"This drug [PPA] causes alpha adrenergic mediated vasoconstriction and
increases in blood pressure even when given in normal doses, and can cause
marked hypertension resulting in cerebral hemorrhage when taken in excessive
doses."(54)*

In the same text, Stern and Diringer write:

*"The use of recreational drugs, including cocaine hydrochloride, "crack"
cocaine, amphetamines, and other sympathomimetics, is a major cause of ICH in
young adults.  Phenylpropanolamine over the counter sympathomimetic drug,
also causes ICH"(55)*

In addressing the rising incidence of ICH among individuals without a history of

hypertension Dr. Carlos Kase, in his text, suggests medical monitoring of the OTC use of

sympathomimetics with the potential to cause ICH (such as PPA) and increased education of the

public on the damages of cocaine use."(56)   Dr. Kase further states that

*"Sympathomimetic drugs, including amphetamines, PPA and cocaine have been
implicated in numerous instance of ICH, which have been primarily lobar in
location. The hemorrhage generally occurs minutes or hours afterdrug use, and
acute hypertension has been present in 50% of the patients."(57)*

These reports and information regarding the association between PPA and stroke

were well known and published in standard medical texts in the 1990's.(58),(59) The increased

frequency and incidence of adverse events linking sympathomimetics and PPA with

12

hemorrhages provided sufficient data for manufacturers of PPA containing drugs to warn or include in their labeling of PPA containing drugs, information regarding adverse effects of PPA.

The fact that the association between PPA and stroke was well recognized in the medical and scientific community is further evidenced by the fact that one of the manufacturers of a PPA containing product, Thompson Medical, wrote to the FDA in May of 1994, indicating that they were planning to change the "warnings" section of their Dexatrim PPA containing products to add the following information regarding the risks of PPA:

> *"There have been reports that stroke, seizure , heart attack, arrhythmia, psychosis and death [all sympathomimetic side effects] might be associated with the ingestion of PPA".*(60),(61)

It is my opinion that the medical and scientific community as well as the pharmaceutical industry were aware that there was reasonable evidence of a causal association between PPA containing products and stroke.

## H.    Hemorrhagic Stroke Project (HSP)

Additional evidence linking PPA with stroke is presented in the results of the Final report of the Hemorrhagic Stroke Project (hereinafter HSP) dated May 10, 2000 and published in the NEJM on December 21, 2000.(62),(63)  This case-control study had three stated aims: 1) to estimate the strength of association between PPA and hemorrhagic stroke among men and women ages 18 to 49; 2) to estimate the strength of this association in this population by type of PPA exposure (nasal decongestant or appetite suppressant); and 3) among women ages 18 to 49 to estimate the association between first use of PPA and hemorrhagic stroke and the association between the use of PPA appetite suppressants and stroke.  In short, the aim was to determine the strength of the relationships  between PPA and hemorrhagic stroke in

13

the clinical contexts in which previous case reports had indicated PPA had caused hemorrhagic stroke.

The findings of HSP were as follows: The adjusted odds ratios (hereinafter OR) for any use of PPA within three days was found to be 1.49 (aim 1). This approached, but did not reach statistical significance. The odds ratio for "any use" of cough /cold remedies was 1.23 (statistically not significant). For the association between hemorrhagic stroke and PPA use in appetitite suppressants within the three day exposure window, the adjusted OR was 15.92 and statistically significant at the .01 level. This is interpreted to mean that there is about 1 chance in 100 that this result could have occurred by chance alone (aim 2). The adjusted odds ratio for women who ingested appetite suppressants was 16.58 (lower confidence limit of 2.32; p = .01) For first dose of PPA drug in women the OR was 3.13 which was statistically significant at the .05 level. All of the "first use" cases involved cough /cold remedies. In my opinion the study was well designed and well executed and its results are clear.

The HSP demonstrated an increased risk of hemorrhagic stroke associated with PPA use in women who ingested appetite suppressants. It is my opinion that this conclusion is more likely than not true in men as well since PPA's sympathomimetic effects are the same irrespective of gender. The case reports indicate similar types of events in men and women. This conclusion is supported by the prior case reports and adverse event databases which document similar types of events in men and women. The HSP Investigators also found that the first dose of PPA associated with hemorrhagic stroke was statistically significant. Again, these findings are consistent with earlier case reports in the literature as well as the evidence gleaned from the spontaneous reports received by the FDA.

14

The results of the HSP appeared in the NEJM on December 21, 2000. The findings of the HSP led the FDA to recommend that PPA be classified as nonmonograph(not safe and effective) and asked that all companies manufacturing or marketing OTC PPA products, voluntarily discontinue marketing the PPA products.(64)  The FDA in its Public Health Advisory issued November 6, 2000 advised that it was taking steps to remove PPA from all drug products, OTC and prescription products.(65)

HSP has been the subject of concern and scrutiny both before, and after, the publication of the HSP in the NEJM in December 21, 2000. Considerable effort and expense has been spent to criticize and dismiss the study results by the very same industry group and study sponsors that collaborated with the Yale investigators and FDA to conduct the study in 1994. The protocol of the NDMA sponsored HSP was thoroughly discussed in many industry and FDA meetings in an effort to address study design, study population, sample size, power to detect meaningful differences and bias. Despite industry involvement from the conception of the study until its publication, industry sponsors take the position that the HSP is flawed and that the study data does not support a serious challenge to the safety of PPA in over-the-counter medicines.(66)

In contrast, the FDA review of the HSP project finds that the study provides compelling evidence of increased risk of hemorrhagic stroke in people who use PPA containing appetite suppressants. The HSP study also found a statistically significant association between first time PPA use in cough/cold remedies and hemorrhagic stroke. The FDA found this first use association with cough /cold products to be as important as that for use of PPA as an appetite suppressant. In addition there was some evidence of a dose related increase in the risk of hemorrhagic stroke. The FDA's action concerning removal of PPA products from the market

15

extended to all PPA containing cough cold products.(67)  The FDA concluded that the HSP was

well designed, conducted and executed.  In one FDA reviewer's opinion  HSP was:

> " one of the best planned, conducted and most thoroughly  analyzed studies
> reviewed in the last ten years".(68)

**VII**          **SUMMARY OF OPINIONS**

The temporal relationship and biologic plausibility of the association between

PPA and stroke has been described and documented in a multitude of studies, case reports and in

the spontaneous FDA adverse event databases.  This evidence coupled with the statistically

significant  association  between PPA and hemorrhagic stroke evidenced  in the HSP,

collectively provide consistent and  convincing evidence that PPA can and does cause

hemorrhagic stroke.  While the magnitude of the association between  first time PPA use in

cough and cold  remedies and hemorrhagic stroke was less than the association with appetite

suppressants, it was nonetheless statistically  and clinically significant . The doses in cough and

cold remedies  typically contain lower doses of PPA than doses in appetite suppressants.  This

finding in the HSP study is consistent with earlier controlled studies demonstrating a dose

dependent  effect on various sympathomimetic functions and with the earlier case reports of PPA

related  stroke associated with  higher dose PPA  products. It is my opinion that any individual

who suffers a hemorrhagic stroke in temporal proximity  to ingestion of PPA can be considered

to have had a PPA related hemorrhage.

**VIII**          **CONCLUSIONS.**

The opinions expressed are based on my training and expertise in the  field of

Neurology, my review of the medical and scientific literature, FDA documents,  HSP data,  and

company documents. I will continue my education  throughout the discovery process  and am not

16

limited to the above. My hourly fee for expert witness consultation is $350.00 per hour. In the past 5 years, I have previously testified as an expert witness in the following cases.

Elizabeth Schorn, Guardian of Mary Theresa Stanley, an Incompetent Person, et al., v. Ohio Rehabilitation Center, et al.

Signed this 20th the day of September, 2002

By:

*Stanley Tuhrim, M.D.*

Stanley Tuhrim, M.D.

# REFERENCES

1.	Desmond, DW, Moroney, JT, et al.  Mortality in patients with dementia after ischemic stroke. *Neurology.* 2002; 59:537-543

2.	Mutiu, N, Berry, RG, Alpers BJ.  Massive Cerebral Hemorrhage; clinical and pathological correlations. *Arch Neurol.* 1963; 8: 644-61

3.	Dennis, M.S, Burn, JP, Sanderock, PA, Bamford, JM, Wade, DT, Warlow, CP. Long-term survival after first-ever stroke: The Oxfordshire Community Stroke Project. *Stroke.* 1993; 24:796-800

4.	Qureshi, AJ, Turhim S, Broderick, JP, Batjer, HH, Hondo, H, Hanley, CF. Spontaneous Intracerebral Hemorrhage. *N Engl J Med.* 2001;  344:1450-1460

5.	Qureshi, AJ, Turhim, S, Broderick, JP, Batjer, HH, Hondo, H, Hanley, CF. Spontaneous Intracerebral Hemorrhage. *N Engl J Med.*  2001; 344:1450

6.	Adams, PA, Love, BB. Medical Management of Aneurysmal Subarachnoid Hemmorhage. In Barnett, HJM, Mohr, JP, Stein, BM, Yatsu, FM. eds. *Stroke: pathophysiology, diagnosis and managements.*  Philadelphia: Churchill Livingstone, 1998: 1243-62

7.	Bravo, EL. Phenylpropanolamine and other over-the-counter vasoactive compunds. *Hypertension.* 1988; 11: II 7-10

8.	Glick, R, Hoying, J, Cerullo, L, Perman, S.  Phenylpropanolamine: an over-the-counter drug causing central nervous system vasculitis and intracerebral hemorrhage:  Case Report and Review. *Neurosurgery.* 1987; 20(6):969-74

9.	Bravo, EL. Phenylpropanolamine and other over-the-counter vasoactive compunds. *Hypertension.* 1988; 11: II 7-8

10.	Pentel, PR. Toxicity of over-the-counter stimulants. *JAMA.* 1984; 252 (14): 1896-903

11.	Horowitz, JD, Lang, WJ, et al.  Hypertensive responses induced by phenylpropanolamine in anorectic and decongestant preparations. *Lancet.* 1980; 1(8159): 60-1

12.	Horowitz, JD, Lang, WJ, et al.  Hypertensive responses induced by phenylpropanolamine in anorectic and decongestant preparations. *Lancet.* 1980; 1(8159): 60-1

13.	Pentel, PR. Toxicity of over-the-counter stimulants. *JAMA.* 1984; 252 (14): 1898-1899

14.	Exhibit # PUB00070, p. 1-221

15.   Exhibit # FDA0520, p. 1-2

16.   Exhibit # FDA 0522

17.   Friedman, LM, Furberg, CD, DeMets, DL. eds. Fundamentals of Clinical Trials.
      Springer-Verlag New York, Inc., 1998

18.   Dietz, AJ, Amphetamine-like reactions to Phenylpropanolamine. JAMA 1981, 245: 601-
      602

19.   Glick, R, Hoying, J, Cerullo, L, Perman, S. Phenylpropanolamine: an over-the-counter
      drug causing central nervous system vasculitis and intracerebral hemorrhage:  Case
      Report and Review. *Neurosurgery.* 1987; 20(6): 969-74

20.   Lake, CR, Gallant, S, Masson, E, Miller, P.  Adverse drug affects attributed to
      phenylpropanolamine: A review of 142 case reports. *Am J Med.* 1990; 89:195

21.   Kelly, MA, Gorelick, PB, Mirza, D.  The Role of Drugs in the Etiology of Stroke.  *Clin
      Neuropharmacol.* 1992; 15: 249-275

22.   Brust, JCM, Richter, RW.  Stroke associated with cocaine abuse? *NY State J Med.* 1977;
      77:1473-1475

23.   Brust, JCM, Richter, RW.  Stroke associated with cocaine abuse? *NY State J Med.* 1977;
      77:1473-1475

24.   Barnett, HJM, Mohr, JP, Stein, BM, Yatsu, FM. eds. *Stroke: pathophysiology, diagnosis
      and managements.*  Philadelphia: Churchill Livingstone,  1998:983

25.   Nolte, KB, Brass, LM, et al. Intracranial hemorrhage associated with cocaine abuse: A
      prospective autopsy study. *Neurology.* 1996; 46: 1291

26.   Humberstone, PM. Hypertension from cold remedies. *Br Med J.* 1969;  1:(5647) 846

27.   King, J.  Hypertension and cerebral hemorrhage after trimolets ingestion. *Med  J
      Australia.* 1979;  2 (5): 258

28.   Horowitz, JD; Lang, WJ, et al.  Hypertensive responses induced by Phenylpropanolamine
      in anorectic and decongestant preparations. *Lancet.* 1980; 1(8159): 60-1.

29.   Bernstein, E, Diskant, BM.  Phenylpropanolamine: A potentially hazardous drug. *Ann
      Emerg Med.*  1982; 11: 311-315

30.   Bravo, EL..Phenylpropanolamine and other over-the-counter vasoactive compounds.
      *Hypertension.* 1988; 11: II 7-10

20

31.    Pentel, PR. Toxicity of over-the-counter stimulants. *JAMA*. 1984; 252 (14):1896-1903

32.    Lake, CR, Gallant, S, Masson, E, Miller, P. Adverse drug affects attributed to phenylpropanolamine: A review of 142 case reports. *Am J Med*. 1990; 89 (2): 201

33.    Yu, PH. Inhibition of Monoamine Oxidase activity by PPA, an anoretic agent. *Res Commun Chem Pathol Pharmacol*. 1986; 51:163-71

34.    Blackwell, B. Adverse effects of antidepressant drugs. *Drugs*. 1981; 21:201-19

35.    McDowell, JR, LeBlanc, HI. PPA and Cerebral Hemorrhage; *West J Med*. 1985; 142: 688-91

36.    Smookler, S, Bermudez, AJ. Hypertensive crisis resulting from an MAO inhibitor and an over-the-counter appetite suppressant. *Ann Emerg Med*. 1982; 11(9): 482- 4

37.    Lake, CR, Gallant, S, Masson, E, Miller, P. Adverse drug affects attributed to phenylpropanolamine: A review of 142 case reports. *Am J Med*. 1990; 89(2):195-208

38.    Lake, CR, Zaloga, G, Bray, J, Rosenberg, D, Chernow, B. Transient hypertension after two phenylpropanolamine diet aids and the effects of caffeine: A placebo-controlled follow-up study. *Am J Med*. 1990; 86 (4): 427-32

39.    Lake, CR, Gallant, S, Masson, E, Miller, P. Adverse drug affects attributed to phenylpropanolamine: A review of 142 case reports. *Am J Med*. 1990; 89(2): 195-208

40.    Lake, CR, Gallant, S, Masson, E, Miller, P. Adverse drug affects attributed to phenylpropanolamine: A review of 142 case reports. *Am J Med*. 1990; 89(2): 195-208

41.    Exhibit # FDA0248, p 1-34

42.    Exhibit # NOV00344, Bates # NCH00378927 - NCH00378944

43.    Kase, CS, Foster, TE, et al. Intracerebral hemorrhage and phenylpropanolamine use. *Neurology*. 1987; 37:399-404

44.    Stoessel, AJ, Young, GB, Feasby, TE. Intracerebral hemorrhage and angiographic beading following ingestion of Catecholaminergics. *Stroke*. 1985; 16: 734-6

45.    Ryu, SJ, Lin, SK. Cerebral arteritis associated with oral use of phenylpropanolamine: report of a case. *J Formos Med Assoc*. 1995; 94 (1-2):5-55

46.    Haller, CA, Benowitz, NL. Adverse cardiovascular and central nervous system events associated with dietary supplements containing ephedra alkaloids. *N Engl J Med.* 2000; 343:1833-1838

47.    Samenuk, D, et al. Adverse cardiovascular events temporarily associated with ma huang, an herbal source of ephedrine. *Mayo Clin Proc.* 2002; 77:12-16

48.    Wolf, PA, D'Agostino, RB. Epidemiology of Stoke. In Barnett, HJM, Mohr, JP, Stein, BM, Yatsu, FM. eds. *Stroke: pathophysiology, diagnosis and management.* Philadelphia: Churchill Livingstone, 1998:3-28

49.    Pentel, PR. Toxicity of over-the-counter stimulants. *JAMA.* 1984; 252(14):1896-903

50.    Pentel, PR, Asinger RW, Benowitz, NI. Propanolol antagonism of phenylpropanolamine-induced hypertension. *Clin Pharmacal Ther.* 1985; 37(5):488-94

51.    Lake, CR, Zaloga, G, Bray, J, Rosenberg, D, Chernow, B. Transient hypertension after two phenylpropanolamine diet aids and the effects of caffeine: A placebo-controlled follow-up study. *Am J Med.* 1990; 86(4): 427-32

52.    Lake, CR, Gallant, S, Masson, E, Miller, P. Adverse drug affects attributed to phenylpropanolamine: A review of 142 case reports. *Am J Med.* 1990; 89(2): 195-208

53.    Exhibit # NOV01160, Bates # NCH00041820 - NCH00041865

54.    Chernow, B, *The Pharmacologic Approach to the Critically Ill Patient.* 3rd ed. Baltimore: Williams & Wilkins; 1994: 421

55.    Chernow, B, *The Pharmacologic Approach to the Critically Ill Patient.* 3rd ed. Baltimore: Williams & Wilkins; 1994: 515

56.    Kase, CS, Caplan, LR. *Intracerebral Hemorrhage,* Butterworth-Heinemann; 1994: 97

57.    Kase, CS, Caplan, LR. Intracerebral Hemorrhage, Butterworth-Heinemann; 1994: 336-7

58.    Barnett, HJM, Mohr, JP, Stein, BM, Yatsu, FM. eds. *Stroke: pathophysiology, diagnosis and managements.* Philadelphia: Churchill Livingstone, 1998

59.    Adams, HP, Hachinski, V, Norris, JW. *Ischemic Cerebrovascular Disease.* New York: Oxford University Press, Inc. 2001

60.    Exhibit # FDA0326

61.    Exhibit # NOV00817, Bates # NCH00319726 - NCH00319730

22

62.    Exhibit # NOV01160, Bates # NCH00041820 - NCH00041865

63.    Kernan, WN, Viscoli, CM, Brass, LM, et al.  Phenylpropanolamine and the Risk of Hemorrhagic Stroke. *N Engl J Med*. 2000; 343: 1826-32

64.    Exhibit # FDA0530

65.    Exhibit # FDA0522

66.    Exhibit # FDA0440, p. 1-5

67.    Exhibit # NOV00342, Bates # NCH00378912 - NCH00378925

68.    Exhibit # FDA0485, p. 1-18