Case 3:02-cv-01001-AWT    Document 97-4    Filed 01/05/2007    Page 1 of 5

MDL No. 1407

In re PPA Products Liability Litigation
Deposition of Stanley Tuhrim, M.D.

Wednesday
November 20, 2002

Page 1

```
                UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON AT SEATTLE


    IN RE:  PHENYLPROPANOLAMINE    :    MDL NO. 1407
    (PPA) PRODUCTS LIABILITY       :
    LITIGATION                     :


                     ------------
              Wednesday, November 20, 2002
                     ------------


         Oral sworn deposition of STANLEY TUHRIM,
    M.D., taken at the offices of Sedgwick, Detert,
    Moran & Arnold, 125 Broad Street, 39th Floor, New
    York, New York, on the above date, commencing at
    10:23 a.m.



                       - - - - -



                      TATE & TATE
           The Lexington Building, Suite 5
                  180 Tuckerton Road
             Medford, New Jersey  08055
         (856) 983-8484 - (800) 636-8283
```

Page 98

1  mean chronic elevated blood pressure?
2  A.  Correct.
3  Q.  Of what degree?
4  A.  Of any degree. Indeed, the most recent
5  epidemiologic work would suggest that there is a
6  essentially linear relationship between blood
7  pressure and risk of stroke in general, and in
8  particular, I think intracerebral hemorrhage. So
9  that even what we define as high normal blood
10 pressure probably confers an increased risk of
11 stroke relative to lower blood pressures.
12 Q.  And high normal would be what in your
13 estimation?
14 A.  140 over 85, 140 over 90.
15 Q.  Does hypertension that's controlled
16 medically constitute hypertension that is an
17 increased risk or represents an increased risk for
18 intracerebral hemorrhage?
19 A.  That's actually a very difficult question
20 to answer. What we can say is that people with a
21 history of hypertension who have their blood
22 pressure controlled are clearly at less risk than
23 people whose blood pressure is uncontrolled, but
24 probably just having had the history of hypertension
25 confers some increased risk relative to being

Page 99

1  normotensive all one's life. But as I just stated,
2  our definitions of hypertension in terms of a
3  specific cut point probably need to be reevaluated;
4  that is, there is probably a linear relationship
5  between blood pressure and stroke risk such that
6  even a so-called controlled hypertensive with a
7  blood pressure of say 130 over 85 may have an
8  increased risk relative to somebody whose blood
9  pressure is 110 over 70.
10 Q.  Okay. So, we've got hypertension, which is
11 primarily a risk factor for ICH, if I can use that
12 abbreviation?
13 A.  Yes.
14 Q.  And SAH for subarachnoid hemorrhage?
15 A.  Yes.
16 Q.  Okay. So, moving past hypertension, give
17 me another risk, risk factor.
18 A.  For?
19 Q.  For all of them.
20 A.  Cigarette smoking is one of the more
21 prominent risk factors for subarachnoid hemorrhage,
22 and is a risk factor for all kinds of stroke as
23 well, but is not among the most prominent for other
24 types of stroke. Age, which one, and now we sort of
25 get into semantics as to whether we consider things

Page 100

1  that you can't modify as being risk factors or one
2  wants to use another term, but clearly the risk of
3  having an intracerebral hemorrhage goes up
4  dramatically with age. The risk of having a
5  subarachnoid hemorrhage does not, certainly not to
6  the same extent.
7  Q.  Family history?
8  A.  Family history in general plays a role in
9  all kinds of stroke. We know a little bit more
10 about the specific genetic factors that may play a
11 role in subarachnoid hemorrhage. In the -- not all
12 types of subarachnoid hemorrhage are caused by
13 so-called berry aneurisms, that is to say, aneurisms
14 that form in the intracranial vasculature, but
15 that's the predominant cause of subarachnoid
16 hemorrhage, and there seems to be a familial
17 predisposition in some families to the formation of
18 these aneurisms.
19 Q.  Gender?
20 A.  Gender doesn't really play a major role in
21 really either kind of hemorrhagic stroke.
22 Q.  Race?
23 A.  Race is an important determinant of stroke.
24 African Americans have twice the risk of stroke that
25 white Americans do. I'm not sure whether that

Page 101

1  pertains quite as much to subarachnoid hemorrhage,
2  but there's clearly an increased risk with race as
3  well, at least in some studies. Interestingly,
4  there are very few diseases, unfortunately, for
5  which African Americans aren't at increased risk
6  relative to whites, osteoporosis being a notable
7  example to the contrary.
8  Q.  Okay. Any other risk factors you can
9  articulate for us?
10 A.  Well, of course, we've talked about the use
11 of sympathomimetic agents.
12 Q.  Which ones do you count among
13 sympathomimetic agents as constituting a risk
14 factor, every sympathomimetic?
15 A.  I don't think I could even enumerate every
16 sympathomimetic, let alone discuss specifically with
17 regard to that. I was talking about it with regard
18 to the category of agents.
19 Q.  Okay. Well, my question is, are there any
20 sympathomimetics that don't constitute a risk factor
21 for stroke?
22 A.  Quite possibly.
23 Q.  Do you know of any?
24 A.  There are a lot of agents that have some
25 sympathomimetic effect, but it can be relatively

Case 3:02-cv-01001-AWT    Document 97-4    Filed 01/05/2007    Page 3 of 5

MDL
No. 1407

In re PPA Products Liability Litigation
Deposition of Stanley Tuhrim, M.D.

Wednesday
November 20, 2002

Page 114

1  A.    It may or may not be useful to me. I'm, as
2  I said, always interested in what Dr. Brass has to
3  say on most topics.
4  Q.    Would it influence your opinions in this
5  litigation to learn that Dr. Brass does not believe
6  that there is a satisfactory mechanism that explains
7  the hypothesis that PPA causes stroke?
8        MR. RESTAINO: Objection.
9        MS. PARFITT: Objection.
10 A.    Could you rephrase that, please, or just
11 repeat it?
12 Q.    Let's read it back. I'll never say it as
13 perfectly again. I'll read it back to you. Would
14 it influence your opinions -- I'll tell you what.
15 I'll withdraw it and I'll say it again.
16       Would it influence your opinions in this
17 litigation to learn that Dr. Brass does not believe
18 that there is a satisfactory mechanism that explains
19 the hypothesis that PPA causes stroke?
20 A.    Let me see. That's a very complicated
21 question. I'm not sure that I completely agree with
22 several of the characterizations in it in that I'm
23 not sure that I would use the word "hypothesis" in
24 that context because I think that we're beyond
25 simply hypothesizing about the relationship. I

Page 115

1  don't know whether it would influence my opinion or
2  not, but the bottom line, because I would need to
3  know more about why he thinks what he thinks, but
4  the bottom line in all of this is that I would not
5  disagree that there is not a satisfactory, by
6  satisfactory I mean completely well accepted,
7  explanation for the mechanism by which PPA causes
8  stroke.
9  Q.    Okay.
10 A.    And I'm not sure my syntax was any less
11 tortured than yours.
12 Q.    No, yours was better.
13 A.    Thank you.
14 Q.    You're welcome. As you sit here today, can
15 you tell us to a reasonable degree of medical and
16 scientific certainty how it is that PPA causes
17 strokes?
18 A.    I am not sure that I can. I can tell you
19 what I believe to be the mechanism, but -- or
20 mechanisms, but I am far from certain that I am
21 correct.
22 Q.    So, like any good scientist, you have some
23 hypotheses about the mechanism?
24 A.    About the mechanism, yes.
25 Q.    Yes. The mechanism has not been proven to

Page 116

1  your satisfaction, any of the mechanisms --
2        MS. PARFITT: Objection.
3  Q.    -- have not been proven to your
4  satisfaction, that is, those mechanisms that attempt
5  to explain how PPA causes stroke?
6        MS. PARFITT: Objection.
7  Q.    True?
8  A.    I don't believe that any of the
9  hypothesized mechanisms for the way in which PPA
10 causes stroke have been satisfactorily proven.
11 Q.    Can you just articulate for me what those
12 mechanisms, what the hypothetical mechanisms are
13 that we're talking about?
14 A.    One mechanism relates to a sudden rise in
15 blood pressure resulting in a rupture of an
16 intracranial vessel. Another mechanism, which may
17 be distinct from or may operate in conjunction with
18 that first mechanism, is a response of those
19 vessels, one or more, that could be characterized as
20 spasm or beading as it appears on an angiogram.
21 That may or may not be related to an actual rise in
22 systemic blood pressure.
23 Q.    Okay. Any others?
24 A.    I think that those are the two most
25 prominent hypothetical mechanisms. With regard to

Page 117

1  cocaine, I think there may be a third mechanism
2  that's certainly hypothesized that may also be
3  operative with regard to PPA, but it is certainly
4  not discussed as frequently, and that relates to the
5  production of a cardiomyopathy, that is, a weakness
6  of the heart muscle with poor contraction of the
7  heart muscle, and, therefore, stagnation of blood
8  and formation of thrombus with, that is, clot, with
9  the possibility of embolization of that clot to a
10 vessel brings blood to the brain and thereby
11 obstructs that vessel.
12 Q.    Ischemia resulting from it?
13 A.    Yes, a so-called embolic stroke.
14 Q.    Just so we're clear, that's a mechanism
15 that is a hypothesis for cocaine, true?
16 A.    Correct.
17 Q.    With regard to cocaine, it has not been
18 proven to be a mechanism that explains to a
19 reasonable degree of scientific and medical
20 certainty how cocaine causes strokes in humans,
21 correct?
22       MS. PARFITT: Objection.
23 A.    In my opinion, yes.
24 Q.    With regard to that hypothesis and PPA,
25 that's not even a, at least in the peer reviewed

MDL No. 1407 — In re PPA Products Liability Litigation — Deposition of Stanley Tuhrim, M.D. — Wednesday, November 20, 2002

Page 118

1   literature, a mechanism that is discussed, correct?
2   MS. PARFITT: Objection.
3   A.   I am not sufficiently conversant with the
4   entire peer reviewed literature to say whether it
5   has been specifically discussed or not. As I said,
6   it's far --
7   Q.   You're not aware of any such discussions in
8   the peer reviewed literature?
9   MS. PARFITT: And again, Eric, I know
10  you didn't mean to, but please let him finish the
11  sentence. I know it's difficult. We are anxious
12  for the next question and next response and we're
13  waiting on edge.
14  MR. KRAUS: My apologies.
15  Q.   So, if I didn't allow you to answer, feel
16  free to finish. You want to know what the question
17  was. Let's go back just a moment. Okay. We were
18  talking about the hypothesis in the cocaine and
19  stroke literature, and I think we can agree that you
20  are not aware of any discussions that take the
21  hypothesis in the peer reviewed literature and apply
22  it to PPA?
23  A.   That is correct.
24  Q.   Okay. And you're not here to talk about
25  cardiomyopathies and PPA, correct?

Page 119

1   A.   Correct.
2   Q.   Now, let me take a little -- are you
3   finished with regard to stroke risks that you were
4   articulating before?
5   A.   Enumerating the risks for different types
6   of stroke, is that what you're referring to?
7   Q.   Yes, yes.
8   A.   I think we covered certainly the major risk
9   factors for subarachnoid hemorrhage and
10  intracerebral hemorrhage.
11  Q.   Okay. I take it there are a variety of
12  disease entities that may also predispose a person
13  who suffered from that disease to a stroke?
14  A.   There most certainly are. So, for example,
15  anybody who has coagulopathy, an abnormality of
16  clotting, is at risk for all sorts of bleeding
17  problems, among them both subarachnoid hemorrhage
18  and intracerebral hemorrhage, and so on in terms of
19  various factors that may cause either of those two
20  entities.
21  Q.   Let me just, this is sort of a detour for a
22  moment, in your patient population, you see lots of
23  patients with strokes, obviously, correct?
24  A.   Correct.
25  Q.   You see them with intracerebral hemorrhages

Page 120

1   and with subarachnoid hemorrhages, correct?
2   A.   Correct.
3   Q.   Have you ever had a patient whose stroke
4   was caused to a reasonable degree of medical
5   certainty in your mind by PPA?
6   A.   Yes.
7   Q.   How many such patients have you had?
8   A.   I doubt that I have seen more than two or
9   three.
10  Q.   And when did you see them?
11  A.   I don't recall exactly when I saw. I
12  can't --
13  Q.   Would it be the '80s, the '90s, the 2000s?
14  A.   I don't think that I have seen such a case
15  in the 2000s. I saw such a case in the '90s and I
16  may very well have seen such a case in the '80s.
17  Q.   Did you have any differential diagnoses for
18  this patient or these patients where the cause may
19  have been something other than PPA?
20  A.   Whenever I see a patient with an
21  intracerebral hemorrhage, I have a differential
22  diagnosis, and the process by which we exclude those
23  causes is essentially what we do when we evaluate
24  such a patient.
25  Q.   Now, did you exclude every single other

Page 121

1   possible cause of hemorrhagic stroke in this
2   particular patient or patients at the time you were
3   treating them?
4   A.   Let me say two things in response to that
5   question. The first is that I, as we sit here
6   today, do not recall the details of the evaluation
7   of that particular patient. So, I would really only
8   be able to answer in generalities.
9   Q.   Okay.
10  A.   The second thing I would say is, since we
11  really don't know what causes many of the strokes
12  that we see, I don't think that we can ever say that
13  we have excluded every single cause of any stroke,
14  only the ones that we know about and evaluate for.
15  So, for example, in ischemic stroke, we characterize
16  something on the order of a quarter of all such
17  strokes, certainly 20 percent, as stroke of
18  indeterminate cause, because we simply aren't sure.
19  With intracerebral hemorrhage, we usually are more
20  sure, but even there, there are times when we can't
21  be certain as to what caused it.
22  Q.   Thank you. I was actually going to ask you
23  about that. Many, many strokes are of unknown
24  cause?
25  A.   As I just said.

31 (Pages 118 to 121)

| MDL No. 1407 | In re PPA Products Liability Litigation<br>Deposition of Stanley Tuhrim, M.D. | Wednesday<br>November 20, 2002 |

Page 322

```
 1        CERTIFICATE
 2        I, ROBERT T. TATE, a Certified Shorthand
 3   Reporter, Certified Realtime Reporter, Notary Public
 4   and Commissioner of Deeds, do hereby certify that
 5   prior to the commencement of the examination,
 6        STANLEY TUHRIM, M.D.
 7   was duly sworn by me to testify to the truth,
 8   the whole truth and nothing but the truth.
 9        I do further certify that the foregoing is
10   a true and accurate transcript of the stenographic
11   notes of testimony taken by me at the time, place
12   and on the date hereinbefore set forth.
13        I do further certify that I am neither a
14   relative nor employee nor attorney nor counsel of
15   any of the parties to this action, and that I am
16   neither a relative nor employee of such attorney or
17   counsel and that I am not financially interested in
18   this action.
19
20   _____
21   ROBERT T. TATE, C.S.R.
22   Certificate No. XI00887
23   Date: November 23, 2002
24
25
```