

University of Connecticut Health Center
*School of Medicine*

**Expert report of Dr. Louise McCullough: Bolwell vs. Duramed Inc.**

**Introduction:**

I received my doctoral degree in Neuroscience from the University of Connecticut in 1992. I subsequently obtained my medical degree from the University of Connecticut Medical School in Farmington. I completed an internship in medicine, a residency in Neurology and a postdoctoral Fellowship in Cerebral Vascular Disease at Johns Hopkins Hospital in Baltimore, Maryland. I joined the faculty at Johns Hopkins for two years prior to my recent relocation, in July of 2004, to the University of Connecticut. I am currently the Director of Stroke Research and Education at the University as well as at Hartford Hospital, a large tertiary hospital in Hartford, Connecticut. I am a board certified Neurologist, with additional board certification in Vascular Neurology. I am certified by the American Society for Neuroimaging in Cerebrovascular ultrasound. My primary clinical interest is in stroke and vascular disease, most notably gender differences in stroke. I am active in several clinical trials for both the acute treatment and secondary prevention of stroke. I also run an active basic science lab with several post-doctoral fellows and graduate students. My laboratory is currently funded by both the NIH and The American Heart Association. My complete CV is listed as Exhibit 1. In my clinical practice, I routinely evaluate patients with cerebrovascular disease. I utilize numerous diagnostic tests in my evaluation of patients, including CT, MRI, conventional angiography and vascular ultrasound. In the past five years I have examined and managed hundreds of stroke patients in vascular clinic, the emergency department and in acute care hospitals.

In preparation of this report I have reviewed the medical literature, including at least 30 papers, relevant to the association of PPA and stroke. The references for these are in large part included in prior expert witness testimony that I have reviewed (a full list is listed as Exhibit 2). Especially relevant are



EXHIBIT
Q

1

those found in the MDL testimony of Dr. Ralph Sacco and Dr. Mark Albers. I have also reviewed available medical literature regarding stroke and pregnancy (included as Exhibit 3). I have read and reviewed the expert testimony and the expert opinions of numerous scientists and physicians (Exhibit 2) involved in PPA litigation. I have also reviewed the deposition of Tracy Bolwell, a neuropsychological assessment of Ms. Bolwell by Dr. Jeanette Wasserstein (10/9 and 10/25/2003), MRI films dated 1/31/97 and 3/1/97, CT scans dated 1/30/97 and 2/20/97, an MRA dated 3/1/97, and medical records from Vassar Brothers Hospital (1/21/97), Yale-New Haven Hospital (1/27-2/06/97), physical therapy notes, follow up visits to Dr. Dana Leifer, pregnancy records from Northern Duchess OB-GYN, including miscarriage information with subsequent endometritis and follow-up on 11/13/1996 and 12/30/96. I have also reviewed an emergency room visit on 2/20/97 and brief hospitalization on 2/21/97 to Yale Hospital, subsequent PsychCare Associates records, primary care records, college transcripts and journals kept by Ms. Bolwell. A complete listing of the records reviewed is attached as Exhibit 4.

All of the opinions I express in this report are based on my education, training, research and clinical experience and my review of the afore-mentioned references. I express these opinions based on a reasonable degree of medical certainty.

**Summary of Opinions:**

1. There is insufficient scientific evidence to indicate that PPA can cause either ischemic or hemorrhagic stroke. This is true for both animal and human studies.

2. There is no reliable scientific data to support proposed mechanisms by which PPA can cause stroke (either by dramatic increases in blood pressure or direct damage to vessels).

3. Case studies exist in the world's scientific literature that suggest the possibility of an association between PPA and stroke; however those

reports have not been confirmed in a scientifically vigorous manner and are inadequate to prove any causal link between PPA and stroke.

4. There are numerous concerns regarding the Hemorrhagic Stroke Project (HSP) that limit its applicability. It does not prove a causal link between PPA and stroke.

5. Studies examining other drugs such as Amphetamine and Cocaine are not relevant to PPA and should not be relied upon to make inferences regarding the effects of PPA in humans.

6. In this particular case, numerous other etiologies and risk factors existed that were major contributors to Ms. Bolwell's intracerebral hemorrhage. PPA use is extremely unlikely to have played any significant role in this case.

**Disease Definition:**

A stroke occurs when blood flow to the brain is interrupted. The majority of strokes (85%) are the result of a blockage of an artery supplying the brain tissue. This is known as an "ischemic" stroke. This usually occurs when the blood flow through an artery is reduced, either by a clot within the artery, or narrowing of the artery with a subsequent reduction of flow. The remaining 15% of strokes are classified as "hemorrhagic"; these occur when a blood vessel ruptures. This can lead to bleeding directly into the brain tissue, known as an "intracerebral" hemorrhage (ICH), or by a defect in the arterial wall of a large artery as it runs along the surface of the brain, known as a "subarachnoid hemorrhage" (SAH). A SAH is usually associated with an aneurysm of a blood vessel. The risk factors and pathophysiology of each of these diseases - ischemic stroke, ICH, and SAH - are quite different. However all types of strokes are associated with hypertension and smoking.

<u>Ischemic Stroke</u>

It has been suggested that ischemic stroke can result from PPA use. The mechanism by which PPA could lead to ischemic stroke is not known. It has been postulated that PPA can act as a direct vasoconstrictor. Expert testimony

has suggested that PPA (see Drs. Egan and McDowell MDL testimony) is a potent vasoconstrictor. There is no reliable scientific data to suggest that PPA can cause significant vasoconstriction of cerebral blood vessels. The majority of human data on PPA's vasoconstrictive effects are limited to case reports examining effects on systemic blood pressure, not cerebral blood vessels. These studies are difficult to interpret as PPA use is often confounded by other variables (ie., the concomitant use of caffeine, baseline hypertension etc). A discussion of the preclinical and clinical evidence documenting the vasoconstrictive effects of PPA is detailed in the testimony of Dr. Jobe, Hoffman, Wolf and Nelson. I agree with the MDL testimony of these experts.

Chemically, PPA differs from other sympathomimetic amines. It has a hydroxyl ring making it less lipophilic. PPA is unlikely to cross the blood brain barrier. Therefore, studies of drugs of abuse, as cited by Dr. Ricaurte, Shell and Eagan have no relevance to the effects of PPA in the cerbrovasculature. No conclusions on the effect of PPA can be drawn from studies that examined other drugs with different pharmacological properties.

The second mechanism by which PPA has been postulated to lead to ischemic stroke is by vasoconstriction secondary to "vasculitis". It has been suggested that PPA is directly toxic to the vasculature, leading to a vasculopathy characterized by segmental narrowing of the cerebral blood vessels, leading to reduced cerebral blood flow and stroke. This has also been postulated as the mechanism by which ICH can occur, and the biological implausibility of this is discussed in detail (see below). However, there is no reliable scientific evidence that PPA use causes vasculitis. There is no reliable scientific evidence of clinically meaningful elevations in systemic blood pressure with PPA. There is no reliable scientific evidence that supports a significant effect of PPA on the cerebral blood vessels that would lead to vasoconstriction and ischemic stroke.

### Hemorrhagic Stroke

The first mechanism that PPA has been postulated ICH is by acute elevations in systemic blood pressure. As detailed above, there is no reliable scientific evidence supporting dramatic elevations in blood pressure with PPA

4

use. It is important to note that ICH is closely related to _chronic_ uncontrolled hypertension rather than an acute elevation in blood pressure. Acute increases in blood pressure lead to "hypertensive encephalopathy", a condition characterized by headache, visual changes, and posterior MRI changes, not ICH. PPA use has not been associated with hypertensive encephalopathy.

The second mechanism that has been suggested, as in ischemic stroke, is that PPA can cause ICH by inducing vasculitis. Scattered case reports describe segmental vasoconstriction on cerebral angiogram in patients exposed to PPA, described as "beading". This is seen quite often in patients with ICH or SAH. This is usually a reaction to an irritant such as blood on the vasculature. Blood in the subarachnoid space or in the brain parenchyma can lead to pronounced vasospasm, leading to areas of blood vessel constriction. In patients with SAH, vasospasm is a known complication of aneurysm rupture. Vasospasm must be treated aggressively or it can lead to secondary ischemic strokes. This is seen in many patients with SAH and can also be seen in ICH, and has no relation with PPA use. This is certainly a possible explanation for the angiogram findings in this case as a lumbar puncture obtained well after the initial hemorrhage continued to show red blood cells in the cerebrospinal fluid. The pathophysiology for hemorrhage–induced vasospasm is well detailed in the expert opinions of Dr. Weir and Wolf. In addition, angiograms that have been done in patients exposed to PPA have often been obtained many days after the bleeding (as in this case). It is unlikely that a drug effect would still be present after such a delay and may suggest an intrinsic problem with the blood vessels themselves rather than a drug effect. Most biopsies done to evaluate "vasculitis" have not shown any clear evidence of inflammation. This is especially meaningful in this case as the patient was noted to have "beading" suggestive of vasculitis with a subsequently negative biopsy.

In my opinion, many of the cases of purported "PPA-induced vasculitis" are likely due either to hemorrhage-induced vasospasm or a completely unrelated vasospastic disorder such as benign cerebral angiopathy. Reversible cerebral vasoconstriction syndromes (RCVS) are a newly described clinical entity

5

that are characterized by the apoplectic onset of headache mimicking subarachnoid hemorrhage, focal or multifocal neurological deficits and evidence of multifocal areas of vasoconstriction on cerebral angiography. The prognosis of the disorder is quite good, with most patients having little residual disability leading to the term "Benign angiopathy of the central nervous system (BACNS)". These disorders are much more common in women and may occur in the setting of the puerperium. Usually follow up studies (done on average three months after the neurological event) show some improvement in the vasospastic changes (Bernstein RA, 2006 and Hajj-Ali, 2002). There is a strong possibility that this disorder could account for Ms. Bowell's presentation, unrelated to PPA use. There is no scientific data demonstrating that PPA can directly cause vasculitis.

Hemorrhagic strokes are usually the result of chronic hypertension, although other important risk factors exist including increasing age, cigarette smoking, alcohol use and anticoagulation. In addition, intracerebral hemorrhage can be the result of underlying vascular malformations or venous thrombosis. It is well accepted that ICH and subarachnoid hemorrhage (SAH) are very different diseases in their pathophysiology, risk factors, incidence and treatment. Cigarette smoking and female gender have been associated with both SAH and intracerebral hemorrhage.

It is important to realize the significant limitations of the HSP, the study plaintiff's experts use to demonstrate an association between the use of PPA and stroke. The HSP included both SAH and ICH as "hemorrhagic strokes". The study was a case-control study of men and women 18 to 49 years old who were hospitalized with a subarachnoid or intracerebral hemorrhage. Case subjects selected had no prior history of stroke and were able to participate in an interview within 30 days of their event. For each case subject, two control subjects (no stroke) were identified (matched based on age, gender, and race). The final study comprised 702 case subjects and 1,376 control subjects. Subjects were classified as exposed to phenylpropanolamine if they reported use of this drug within 3 days of the stroke event for case subjects, or a corresponding date for

control subjects. The study reported an **association** between PPA use and hemorrhagic stroke in women. The only significant increase in risk of hemorrhagic stroke was found for women using PPA for weight control in the 3 days prior ICH/SAH with an OR of 16.52.  As has been noted by numerous experts, the HSP is plagued by bias and confounding.  The data were collected poorly and a number of patients were included despite clear evidence that PPA was used for the symptoms of hemorrhage.  Most of the weaknesses of the HSP revolve around the considerable bias, confounding, and inappropriate temporal relationship between use and hemorrhage (as several patients took PPA for symptoms that were likely the onset of the ICH/SAH).  The depositions of the principal investigators as cited in the expert witness reports demonstrate that they were aware of the concerns and bias, and several note they felt uncomfortable with both the data collection and the study design (combining ICH and SAH).

Of note, no previous epidemiologic study has documented an increased risk of hemorrhagic stroke from PPA use besides the HSP.  The reasons why the investigators included both SAH and ICH is unclear and may have been due to the extremely low incidence of these diseases in the young population.  The reason why this design is faulty is well described in the testimony of Dr. Hopkins, Ory, Sacco and Schlesselman and will not be reiterated here.  I concur with the expert's testimony that this leads to severe flaws in the design and interpretation of this study.  This study is plagued by bias and confounding.  The temporal association is concerning when the time of onset is unclear and one patient clearly took a medication containing PPA for a headache that was likely to due a sentinel hemorrhage (See Sacco).  As noted, the only *statistically significant* finding in the HSP was an odds ratio of 16.58 (p=.02) in women taking PPA as an appetite suppressant in the three days before a hemorrhagic event, the analysis was based on only 6 exposed patients.

This case involves the use of PPA for cough and cold, in which the odds ratio was 3.13 (with a nonsignificant p value .08).  The cough and cold data were

based on 7 exposed cases and 4 exposed controls. As this case is related to "first use" it is important to understand this data. Three of the seven patients were misclassified (see pg 28-32 of Dr. Sacco's expert testimony). Additionally patients who had a hemorrhage attributed to PPA were more likely to be smokers and have recent cocaine use both of which are known to be major risk factors for hemorrhage. A recent paper by Dr. Hennekens (Steir and Heinekens, 2006) reiterated the issues regarding the statistical limitations and flaws in the HSP. He states that "in the HSP, uncontrolled confounding was present because multivariate analyses included only race, history of hypertension (not current levels of systolic and diastolic blood pressure), education, and current cigarette smoking (not amount currently smoked). Rather than control for all confounders, the HSP included only those variables as confounders that changed the matched odds ratio estimate by 10% or more. Moreover, education is an important confounder in these data. Although the HSP reported the breakdown of its subjects according to three levels—not a high school graduate, high school graduate, and attended college or college graduate—the HSP only controlled for education based on two levels: high school graduate or not. A three-level approach, however, results in an odds ratio of 2.62 (p = 0.15) for women's first-use of PPA, rather than the published odds ratio of 3.13 (p = 0.08). Moreover, using education as a continuous adjustment variable based on years of study completed results in an odds ratio of 2.00 (p = 0.32) for women's first-use of PPA". This is a clear and well-described example of just one of the multiple statistical problems now known to be present in the HSP. In summary, the HSP in not reliable or valid, as numerous problems exist in study design and methodology. It is a case-control study and does not provide any causal evidence that PPA leads to cerebral hemorrhage.

Interestingly, the HSP investigators have published two follow up reports that utilize the data set generated in the HSP. The first, in 2003, is titled "Major risk factors for aneurysmal subarachnoid hemorrhage in the young are modifiable". Data were collected between 1994 and 1999; 425 patients with SAH were enrolled in HSP, 312 cases met the criteria for aneurysmal SAH and were

included in this follow up analysis. As can be seen in Table 2, the authors note no increased risk of SAH with PPA exposure in the previous 3 days (10 cases; OR 1.15). However the OR for SAH with current smoking of a pack or more of cigarettes a day (6.13), being a current smoker (5.07) caffeine use (OR 1.94), or alcohol >2 drinks/day (OR 2.94) all were significantly associated with SAH. Miss Bowell is known to be a heavy smoker (some notes document 2-3 packs per day), and drinks caffeine and alcohol. Numerous other studies have also shown an increased risk of both ischemic and hemorrhagic stroke (Both ICH and SAH) with smoking. For example, in the Women's Health Study women who smoked more than 15 cigarettes a day had a relative risk 3.3 fold higher than non-smokers of a hemorrhagic event (ICH or SAH).

Recently (2005) the HSP authors reanalyzed the ICH data generated from the HSP. From a total of 1714 patients with hemorrhagic stroke that were identified for participation in the HSP, 217 cases met the criteria for primary ICH. The risk for ICH was higher in patients who were current cigarette smokers (adjusted OR, 1.58), with a statistically significant increase in risk of ICH for smoking greater than a pack per day (p<.03) for use of alcoholic drinks> or =2/day (adjusted OR, 2.23), caffeinated drinks> or =5/day (adjusted OR, 1.73), and caffeine in drugs (adjusted OR, 3.55). In bivariate analyses, compared with controls, cases of primary ICH were more likely to have lower educational achievement, smoke and use alcohol regularly, and to consume caffeine in beverages and drugs. As with the previous SAH patients, there was <u>no significant association between PPA use and ICH (p=.25)</u> in the 8 patients evaluated.

In summary, I concur with the expert witness testimony of Drs. Albers, Daling, Hennekens, Hoffman, Hopkins, Jobe, Nelson, Ory, Sacco, Schelssman, Weir and Wolf. There is no reliable scientific evidence that PPA causes either ischemic or hemorrhagic stroke or subarachnoid hemorrhage. It is my medical opinion that there is no evidence that the hemorrhagic stroke in Ms. Tracy Bolwell was related to PPA use. As outlined below, Ms. Bolwell was at significant risk for adverse events due to heavy smoking and regular

consumption of caffeine and alcohol. There is no reliable scientific evidence that PPA can cause either hemorrhagic or ischemic stroke. There is no reliable scientific evidence that PPA can cause subarachnoid hemorrhage.

### Specific Issues related to Tracy Bolwell

At the age of 26, Ms. Bolwell developed a right basal ganglia hemorrhage. She was initially seen at Vassar Brothers hospital after the acute onset of severe headache on January 21st, 1997. She reports taking two doses of a cough/cold medication that was prescribed for a head cold containing 75mg of PPA and 400 mg of guaifenesin. She reports taking one dose at 3 pm and a second dose at 9 pm. At 10 pm she got up to answer a phone call and developed a severe headache and neck pain. She was seen at 10:40 pm in the emergency department at Vassar Brothers Hospital. On admission notes of January 22nd, 1997 she was noted to have some dysarthria and left sided weakness. A CT showed a right basal ganglia hemorrhage (4x3cm). Subsequent angiography (1/27/97) showed irregular vascular "beading" and vasculitis was raised as a diagnostic possibility. These films were not available for review. A subsequent lumbar puncture and right frontal brain biopsy (at Yale New Haven Hospital) were negative for vasculitis but she was begun on steroids for presumptive treatment. As noted above she had red blood cells in her cerebral spinal fluid, raising the possibility of hemorrhage induced vasospasm (done a week after ICH, 67 in tube 1 and 7 in tube 4). She had an episode on 1/30 with increased HA acutely but no new bleeding. CT and record review document increased headaches while at Yale and after discharge, with no evidence of increased areas of hemorrhage. She had a right frontal biopsy done on 2/3/97, which involved the brain and leptomeninges which showed no evidence of vasculitis.

Also relevant is the patients' history of heavy smoking and regular alcohol use. It is noted throughout the chart that the patient smokes from one to three packs of cigarettes which as detailed above is a major risk factor for ICH in young patients.

Ms. Bolwell's deposition states that she has little memory of the details surrounding her hospitalization and recalls and that she was unable to walk upon leaving the hospital.  Physical therapy records and admission physicals document a mild left facial weakness and decreased arm strength on the left. She was also noted on initial admission to have some "garbled speech" but this rapidly cleared.  She was able to walk with minimal assistance by 1/24/97 although she was noted to fatigue very easily.  The patient was admitted to Yale on 1/27/97 with the diagnosis of "vasculitis".  On discharge she was noted to have mild left face and arm weakness with an otherwise normal exam.  By 2 weeks (2/10/97) she had a drift and slightly reduced smile on left (per the neurological exam of Dr. Leifer) suggesting an excellent recovery.   The patient had a magnetic resonance angiogram done in March, about 6 weeks after her initial hemorrhage.  This continued to demonstrate evidence of abnormal vasculature, especially in the right middle cerebral artery.  However, her vessel abnormalities did improve considerably from what is described in her initial angiogram, which is consistent with the possible diagnosis of benign cerebral angiopathy.   Subsequent follow up on 4/24/98 with Dr. Leifer reports no neurological deficits.  Note is made of a residual complaint of some difficulty in writing (as the patient is left handed), but her writing in her journal soon after the event is legible again suggesting a relatively good degree of functional recovery. At that point it was again recommended that "she stop smoking and drinking". She continues to smoke.

Another factor in Ms. Bolwell's medical history that is relevant to this case is a recent spontaneous miscarriage of a 10 week fetus on 11/10/96, 2 months prior to her hemorrhage.  She developed subsequent endometritis and was placed on doxycycline.  Ms. Bolwell was noted to have some retained products of conception that were removed by forceps on 11/13/96; a D & C was not done. Her medical records document a complaint of abnormal cycles and spotting on 12/30/96, suggesting some continued hormonal issues, possibly from clearing of all the retained tissue.  It is well accepted that a women is at the highest lifetime risk of stroke and hemorrhage in the immediate post-partum period.  Postpartum

11

cerebral angiopathy (PCA) should be considered to be a reasonable alternative explanation for ICH in young women. An isolated form of cerebral angiopathy can also occur in the absence of pregnancy or the peripartum (Calabrese et al., 1992, Calabrese 1995) as noted above (Benign Cerebral Angiopathy) which likely represents a reversible vasospastic disorder much more common in young women.

The relative risk of stroke is 8.7 and for ICH 23.8 in the 6 weeks postpartum (Kittner et al. 1996). Postpartum infections (such as endometritis) increase the odds ratio to 25 (James et al., 2005). Definition for a "postpartum" state is 6 weeks, but is likely longer in this case with her failure to return to regular cycles, infection, and possible retained products. The return to baseline risk is likely gradual over the several months that are required for normalization of hormonal cycles. The data demonstrating this dramatic elevation in ICH and stroke risk included women with spontaneous or elective abortions (Kittner et al., 1996). The relative risk for intracerebral hemorrhage after an abortion/miscarriage is 4.5 meaning that women with a recent abortion are 4.5 times more likely to have an ICH than age-matched controls.

As detailed above, smoking is also a well described risk factor for ICH. There appears to be a dose-response effect, with increasing number of cigarettes smoked leading to increased risk. This is true for both men and women. A relatively recent study looked specifically at the risk of hemorrhagic stroke _in women_ and found that women who smoked more than 15 cigarettes a day had a 3.3 fold increased risk for hemorrhagic stroke. This is also relevant to the HSP as women in the hemorrhage/PPA group were significantly more likely to be smokers (Kurth et al., 2003), adding to the confounding and bias of the HSP data set. Ruiz-Sandavol and colleagues found that in patients under 40, the most frequent risk factor for ICH is tobacco abuse (Ruiz-Sandoval et. al., 1999). Cardiac disease follows a similar risk pattern, due to the similarities in the pathophysiology of blood vessel diseases. The risk of a heart attack in a woman younger than 44 is increased 74.6 fold in those who smoke two packs a day (AHA Statistics; 2006).

12

In summary it is my medical opinion to a reasonable degree of medical certainty, that PPA use is not associated with ischemic or hemorrhagic stroke. There is no reliable scientific evidence suggesting that PPA can cause clinically meaningful elevations in blood pressure. There is no reliable scientific data to suggest that PPA can cause vasculitis. There is no reliable scientific evidence to suggest that PPA use is a risk factor for subarachnoid hemorrhage, intracerebral hemorrhage, or ischemic stroke.

In conclusion, it is my opinion to a reasonable degree of medical certainty that Ms. Tracy Bolwell suffered a right basal ganglia hemorrhage in January of 1997 that was not related to her use of PPA. It is more likely than not that Ms. Bolwell suffered this ICH from factors unrelated to PPA use which include, but are not limited to, heavy smoking, alcohol or caffeine use, and a recent miscarriage.

Dr. Louise McCullough

August 8th, 2006

Fees: I am reimbursed at a rate of $350/hour for record review with additional fees for film review and deposition testimony as described in exhibit 5.

Previous Trial Testimony: None

Previous Deposition Testimony
1. Brenda Grey
2. Claudia Spada
3. Lenora Powell

CHRISTOPHER G. MINELLA
NOTARY PUBLIC
MY COMMSSION EXPIRES 05/31/2010

13

Louise D. McCullough

**Address:**
Department of Neurology: MC 1840
University of Connecticut Health Center
263 Farmington Ave
Farmington, CT, 06030-1840
Phone: (860) 679-2271   Fax: (860) 679-1181
E-mail lmccullough@uchc.edu

**Current Appointments:**

1. John Dempsey Hospital, Farmington CT: Director of Stroke Research
Assistant Professor-Depts. of Neurology and Neuroscience.

2. Hartford Hospital, Hartford CT: Director of Stroke Research and Education.
Hartford Hospital Stroke Center.

**Education:**

| | |
|---|---|
| 7/02 to 6/04 | **Assistant Professor / Department of Neurology / Stroke Division**<br>Johns Hopkins Hospital, Baltimore MD |
| 7/00 to 7/02 | **Fellow / Cerebrovascular Disease / Neurology and Anesthesiology**<br>Johns Hopkins Hospital, Baltimore MD |
| 7/99 to 6/00 | **Chief Resident, Department of Neurology**<br>Johns Hopkins Hospital, Baltimore MD |
| 7/97 to 6/99 | **Resident, Department of Neurology**<br>Johns Hopkins Hospital, Baltimore MD |
| 7/96 to 7/97 | **Internship / Department of Internal Medicine**<br>Johns Hopkins Bayview Medical Center, Baltimore MD |
| 8/92 to 6/96 | **M.D.**<br>University of Connecticut School of Medicine, Farmington CT |
| 1992 | **Ph.D. Neuroscience**<br>University of Connecticut, Storrs CT<br>Dissertation: "Behavioral and pharmacological conditions<br>influencing dopamine release in the nucleus accumbens of the rat."<br>*Advisor: Professor John D. Salamone* |
| 1991 | **M.A. Experimental Psychology**<br>University of Connecticut, Storrs CT |
| 1989 | **B.A. Psychology**<br>University of Connecticut, Storrs CT |

**EXHIBIT**

1

Louise D. McCullough

## Work/ Research Experience:

| | |
|---|---|
| 2002 to 2004 | **Johns Hopkins Hospital, Baltimore MD** Attending Neurologist-Cerebrovascular Division |
| 2000 to 2004 | **Sinai Hospital, Baltimore MD** Attending Neurologist |
| 2000 to 2004 | **Johns Hopkins Bayview Medical Center, Baltimore MD** Attending Neurologist-Cerebrovascular Division |
| 1998 to 2002 | **Johns Hopkins Hospital, Baltimore MD** Post Doctoral Fellow-Research Division/Cerebrovascular |

## EDUCATIONAL ACTIVITIES

**Teaching:**

| | |
|---|---|
| 2004 to Present | **University of Connecticut Health Center, Farmington CT** |

- Organ Systems-1 (Medical School)
- Mechanisms of Disease (Graduate School)
- Neurology and Psychiatry Core (Medical School)
- Resident Clinic Supervisor
- Director of Undergraduate Medical Education/Neurology
- Director of Neurology Clerkship

| | |
|---|---|
| 2001 to 2004 | **Johns Hopkins Hospital, Baltimore MD** |

- CME Instructor for National Institute of Health Stroke Score Training
- Neuropathology Instructor
- Clinical Skills Instructor
- Resident Seminars
- Resident Clinic Supervisor

| | |
|---|---|
| 1993 to 1994 | **Central Connecticut State University, New Britain CT** Adjunct Professor, Psychology Department |

## Editorial Activities:

Reviewer: Stroke, Journal of Neurochemistry, Annals of Neurology, Physiology and Behavior, Biological Psychiatry, Journal of Cerebral Blood Flow and Metabolism.

Louise D. McCullough

## CLINICAL ACTIVITIES

### Certification:
American Board of Psychiatry and Neurology – Board Certified 5/01
Maryland Medical License #D0056157 – Expires 9/30/06
Connecticut Medical License #042558 – Expires 2/28/06
DEA #BM6844357 -- Expires 1/30/06
Maryland CDS #M49298 – Expires 6/30/06
Connecticut CDS #34960- Expires 2/28/06
American Board of Psychiatry and Neurology: Vascular Neurology 5/2005
American Society of Neuroimaging: Board certified in Transcranial Doppler and Carotid Ultrasound

### Clinical Trials:
Vitamin for Stroke Prevention Trial (VISP): Co-Investigator
Warfarin vs. Aspirin Symptomatic Intracranial Stenosis Treatment Trial (WASID): Co-Investigator
Argatroban for Acute Ischemic Stroke: Blinded Neurologist
IRIS-Insulin Resistance and Ischemic Stroke

## ORGANIZATIONAL ACTIVITIES

### Professional Societies:

| | |
|---|---|
| 1989 – Present | Society for Neuroscience |
| 1996 – Present | American Medical Association |
| 1997 – Present | American Neurological Association |
| 1999 – Present | American Heart Association / Council Member |

## RECOGNITION
### Grants:
American Heart Association Fellow to Faculty Transitional Award: 2002-2007
NIH RO-1 Co-Investigator 1-R01-NS050625-01:  2005-2009
Hazel Goddess Foundation for Stroke Research in Women: 2002-2004
Passano Clinician Scientist Award: 2002
American Heart Post-Doctoral Award: 2000-2002

### Honors & Awards:
American Heart Association Women's Board Career Recognition Award
Dr. Jay Slotkin Award for Excellence in Research
Wellsford and Mildred Clark Scholarship
Upjohn Achievement Award for Excellence in Research
Glasgow Award for Academic Achievement
Psychology Graduate Fellowship
Neurosciences Graduate Fellowship

3

Louise D. McCullough

## PUBLICATIONS

1.  Li H, Pin S, Zeng Z, Wang MM, Andreasson KA, **McCullough LD** (2005).  Sex differences in cell death.  *Annals of Neurology* 58:317-21.

2.  Craft TK, Glasper ER, **McCullough L**, Zhang N, Sugo N, Otsuka T, Hum PD, DeVries AC (2005). Social interaction improves experimental stroke outcome. *Stroke* 36:2006-11.

3.  **McCullough LD**, Zeng Z, Blizzard KK, Debchoudhury I, Hum PD (2005). Ischemic nitric oxide and poly (ADP-Ribose) polymerase-1 in cerebral ischemia: male toxicity, female protection. *JCBFM* 25:502-12.

4.  **McCullough LD**, Zeng Z, Li H, Landree LE, McFadden J, Ronnett GV (2005). Pharmacological inhibition of AMP-activated protein kinase provides neuroprotection in stroke.  *J Biol Chem.* Mar 16; [Epub ahead of print].

5.  **McCullough LD**, Kofler J, Hum PD. Gender differences in stroke pathobiology: Therapeutic implications, in Acute Stroke: Bench to Bedside, Bhardwaj A (ed), Marcel Dekker Publishing, New York, 2006, in press.

6.  Ardelt AA, **McCullough LD**, Korach KS, Wang M, Munzenmaier DH, Hum PD (2005). Estradiol regulates angiopoietin-1 mRNA expression through estrogen receptor-$\alpha$ in a rodent experimental stroke model. *Stroke* 36:337-41.

7.  Graham SM, **McCullough LD**, Murphy SJ (2004).  Animal models of ischemic stroke: balancing experimental aims and animal care. *Comp Med* 54:486-96.

8.  Li X, Blizzard K, Zeng Z., Derives AC, Hum PD, **McCullough LD** (2004). Chronic behavioral testing after focal ischemia in the mouse: functional recovery and the effects of gender. *Experimental Neurology* 187:94-104.

9.  **McCullough L**, Wu L, Haughey N, Liang X, Hand T, Wang Q, Breyer R, Andreasson K (2004) Neuroprotective function of the PGE2 EP2 receptor in cerebral ischemia. *J of Neuroscience* 24:257-268.

10. Murphy SJ, **McCullough LD**, Smith, JM (2004).  Stroke in the female: Role of biological Sex and Estrogen. *ILAR* 45: 147-159.

11. Murphy SH, Littelton-Kearney MT, **McCullough LD** & Hum PD (2004).  Sex, hormones, and the endothelium. In: *Principles of sex based physiology: 34: 71-84*. Miller V. and Hay MH, eds.  Elsevier.

Louise D. McCullough

12. McCullough LD & Hurn PD (2003). Estrogen and ischemic neuroprotection: An integrated view. *Trends in Endo and Metabolism* 14: 228-35.

13. McCullough LD, Blizzard KK, Oz O, Simpson E & Hurn PD (2003). Aromatase Cytochrome P450 and extragonadal estrogen play a role in ischemic neuroprotection. *J of Neuroscience* 23:8701-8705.

14. Murphy SJ, McCullough LD, Littleton-Kearney M & Hurn PD (2003). Estrogen and selective estrogen receptor modulators: Neuroprotection in the Women's Health Initiative Era. *Endocrine* 21:17-26.

15. Hurn PD, Ardelt AA, Alkayed NJ, Crain BJ, Hu W, Kearney ML, McCullough LD, Murphy SJ, Toung TJK, Traystman RJ, Wang MM. (2002). Estrogen and Testosterone as Neuroprotectants in Stroke. In: *Pharmacology of Cerebral Ischemia*: Krieglstein J, editor. Medpharm Scientific Publishers, Stuttgart, Germany.

16. McCullough LD, Beachamp NB & Wityk R. (2001). Advances in the diagnosis and treatment of stroke. *Surveys of Ophthalmology* 45: 317-330.

17. McCullough LD, Alkayed N, Williams M., Traystman RJ & Hurn PD. (2001). Post-ischemic estrogen reduces hypoperfusion and secondary ischemia after experimental stroke. *Stroke* 32: 796-802.

18. Alkayed, NJ, McCullough LD, Littleton-Kearney M., Rusa R., Sampei, K., Sawada M., Goto S., Watanabe Y., Toung TJK, Crain BJ, Traystman RJ & Hurn, P.D. (2001). Vascular effects of estrogen in experimental stroke. In: *Intima Media Thickness: Watching the Arterial Risk*. P-J Touboul, editor.

19. Hurn PD, Alkayed NJ, Bhardwaj A, Koehler RC, Kirsch JR, Littleton-Kearney MT, McCullough LD, Murphy SJ, Rossberg MI, Toung TJ & Traystman RJ. Cerebral Ischemia: Pathophysiology and Neuroprotection. In: *Yearbook of Intensive Care Medicine and Emergency Medicine: 2001*. Vincent, JL, editor. Springer-Verlag Publishing, Heidelberg, 2001.

20. Salamone JD, Kurth P, McCullough LD & Sokolowski JD. (1995). The effects of nucleus accumbens dopamine depletions on continuously reinforced operant responding: Contrasts with the effects of extinction. *Pharm., Biochem and Behav.*, 50: 437-443.

21. Sokolowski JD, McCullough LD & Salamone JD. (1994). The effects of dopamine depletions in the medical prefrontal cortex on active avoidance and escape behavior in the rat. *Brain Research* 651: 293-299.

22. Salamone JD, Cousins MS, McCullough LD, Carriero DL & Berkowitz RJ. (1994). Nucleus accumbens dopamine release increases during operant level

Louise D. McCullough

pressing for food but not food consumption. *Pharm., Biochem and Behav.,* 49: 25-31.

23. **McCullough LD**, Cousins MS & Salamone JD (1993). The role of nucleus accumbens dopamine in responding on a continuous reinforcement operant schedule: A neurochemical and behavioral study. *Pharmacology, Biochemistry and Behavior* 46:581-586.

24. **McCullough LD**, Sokolowski JD & Salamone JD (1993). A neurochemical and behavioral investigation of the involvement of nucleus accumbens dopamine in instrumental avoidance. *Neuroscience* 52:919-925.

25. Salamone, J.D., Kurth, P., McCullough, L.D., Sokolowski, J.D. & Cousins, M.S. (1993). The role of brain dopamine in response initiation: Effects of haloperidol and regionally-specific dopamine depletions on the local rate of instrumental responding. *Brain Research* 628: 218-226.

26. **McCullough LD** & Salamone JD (1992). Increases in extracellular dopamine levels and locomotor activity after direct infusion of phencyclidine into the nucleus accumbens of the rat. *Brain Research* 577: 1-9.

27. **McCullough LD** & Salamone JD. (1992). Involvement of nucleus accumbens dopamine in the motor activity induced periodic food presentation: A micro dialysis and behavioral study. *Brain Research* 592: 29-36.

28. **McCullough LD** & Salamone J.D. (1992). Anxiogenic drugs beta-CCE and FG-7142 increase extra cellular dopamine levels in nucleus accumbens. *Psychopharmacology* 109:379-382.

29. Salamone JD, Johnson CJ, **McCullough LD** & Steinpreis RE. (1991). Lateral striatal cholinergic mechanisms involved in oral motor activities in the rat. *Psychopharmacology* 102: 529-534.

30. Salamone JD, Steinpreis RE, **McCullough LD**, Smith P, Grebel D & Mahan K. (1991). Haloperidol and nucleus accumbens dopamine depletion suppress level pressing for food but increase free food consumption in a novel food choice procedure. *Psychopharmacology* 104: 515-521.

31. Salamone JD, Steinpreis RE & **McCullough LD**. (1989). Systemic and intra-accumbens haloperidol suppress level pressing for food but increase food consumption in a novel food choice procedure. *Behavioral Pharmacology* 1:(suppl. 1), 120.

Louise McCullough, MD/PhD
Director of Stroke Research and Education
University of Connecticut Health Center
MC-1840, Department of Neurology
263 Farmington Avenue
Farmington, CT 06030
E-mail: lmccullough@uchc.edu
Office (860) 679-3186  Lab (860)679-2271
Fax (860) 679-1181

**Current Fee Schedule 2005**

The following is a current fee schedule for my office:

| | |
|---|---|
| Office Consultation (1 hour): | $500 |
| Office Consultation (1/2 hour) | $250 |
| Office Consultation (45 min) | $350 |
| | |
| Record Review | $350 (per hour) |
| Report Fee | $250 |
| | |
| Deposition in Office | $800-Video $1000 (per hour) |
| | |
| Conference/Teleconference | $320 (per hour) |
| | |
| Travel Time | $300 (per hour) |
| | |
| Review of MRI/CT | $150 (per study MRI), $75 (per study CT) |

Cancellations incur full fee if not within 48 hours of scheduled appointment.
Please feel free to contact me with any concerns or questions.

Louise McCullough

### Exhibit 2 - Expert Reports Reviewed:

Expert Report of Alan Woolf and references
Expert Report George Ricaurte and references
Expert Report James McDowell and references
Expert Report Jerry Avorn and references
Expert Report Paul Pentel and references
Expert Report Robert Egan and references
Expert Report Steven Kittner and references
Expert Report of Brian Hoffman and references
Expert Report of Bryce Weir and references
Expert Report of Charles H. Hennekens and references
Expert Report of Greg Albers and references
Expert Report of Howard W. Ory and references
Expert Report of James Schlesselman and references
Expert Report of Janet Daling and references
Expert Report of Leo Nelson Hopkins and references
Expert Report of Lynda Voigt and references
Expert Report of Mark T. Nelson and references
Expert Report of Philip Jobe and references
Expert Report of Phillip A. Wolf and references
Expert Report of Ralph Sacco and references
Expert Report of Stanley Turhim and references (dated 2/27/06)
Expert Report of Jeanette Wasserstein and references (dated 10/20/04)

### Exhibit 3 - Literature Reviewed:

Steven Kittner *"Pregnancy and the Risk of Stroke"* New England Journal of Medicine, Volume 335: 768-774, September 12, 1996.

Andra H. James *"Incidence and Risk Factors for Stroke in Pregnancy and the Puerperium"* American College of Obstetricians and Gynecologists, Volume 106: 509-516.

Gary L. Forcier *"Stroke and Pregnancy"* New England Journal of Medicine, Volume 336: 665, February 27, 1997.

Cheryl Jaigobin *"Stroke and Pregnancy"* Journal of the American Heart Association, 31: 2948-2951 (2000).

Douglas J. Lanska *"Risk Factors for Peripartum and Postpartum Stroke and Intracranial Venous Thrombosis"* Journal of the American Heart Association, 31: 1274-1282 (2000)

Jose Luis Ruiz-Sandoval *"Intracerebral Hemorrhage in Young People"* Journal of the American Heart Association, 30: 537-541 (1999).

Melanie Ursell *"Recurrent Intracranial Hemorrhage Due to Postpartum Cerebral Angiopathy"* Journal of the American Heart Association, 29: 1995-1998 (1998).

Kathryn R. Wagner *"Platelet Glycoprotein Receptor IIIa Polymorphism P1A2 and Ischemic Stroke Risk"* Journal of the American Heart Association, 29: 581-585 (1998).

## Exhibit 4 – Medical Records Reviewed:

Deposition of Tracy Bolwell

Northern Dutchess OB & GYN Assoc.

St. Francis Hospital

The Northern Dutchess Hospital ER

CVS Pharmacy

Yale New Haven Hospital

Debra Daunt, M.D.

Dr. Adam Ozols

Dr. Howard Essner

Joe Douglas Watts, M.D.

Dr. Robert A. Woodbury II

Vassar Brothers Medical Center

Records Produced by Plaintiff