**Mount Sinai**

Clinical Program for
Cerebrovascular Disorders

The Mount Sinai Hospital
One Gustave L. Levy Place
Box 1137
New York, NY 10029-6574
Tel: (212) 241-9443
Fax: (212) 241-4561

Ron Michael Meneo, Esq.
Early, Ludwick, Sweeney & Strauss
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

Re: Tracy Bolwell (Fernett)

Dear Mr. Meneo:

I have completed my review of the materials supplied to me regarding Tracy Bolwell and have revised my report consistent with what I understand to be required for a Rule 26 Expert Report.

1.      I am a medical doctor, board certified Diplomate of the American Board of Psychiatry and Neurology. I am admitted to the practice of medicine in New York and Maryland. I currently practice as an Attending Physician in the Department of Neurology, Mount Sinai Hospital, New York. My academic appointment is that of Professor, Department of Neurology, Mount Sinai School of Medicine, New York, New York and Director, Division of Cerebrovascular and Critical Care Neurology. I am also an Associate Professor, Department of Geriatrics and Adult Development, Mount Sinai School of Medicine, New York, New York. My clinical responsibilities include that of Director, Gustave L. Levy Acute Stroke Unit and Mount Sinai Stroke Center; Co-Director, Neuroscience Intensive Care Unit; and Co-Director, Clinical Program in Cerebrovascular Disease.

2.      I received my BA with Honors in Psychology from Haverford College in 1975. I received my medical degree from Mount Sinai School of Medicine in 1979. Between 1979 and 1980 I served as an Intern, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania. My residency was served in the Department of Neurology, The Mount Sinai Hospital, New York. In 1984, I completed a Fellowship in Cerebrovascular Disease, Department of Neurology, University of Maryland School of Medicine, Baltimore, Maryland.

3.      Since 1984 I have been a Fellow in the Stroke Council of the American Heart Association; and a member of the American Academy of Neurology; [member, Critical Care and Emergency Neurology and Neuroepidemiology Sections], and the National Stroke Association.

4.      I have had a long-standing research interest in the field of stroke. I am the principal investigator of the Minorities Risk Factors and Stroke Study; I have been the lead or co-investigator in several clinical trials and research projects addressing the issues of stroke prevention; treatment of acute ischemic and hemorrhagic stroke; and neuroimaging in cerebrovascular disease. I have also authored or co-authored over 75 peer-reviewed articles, as well as textbooks, book chapters, abstracts and numerous scientific presentations, most of which pertain to stroke.

5.      I incorporate by reference the Generic Expert Report I submitted to the IN RE: Phenylpropanolamine (PPA) products liability litigation, MDL Docket No. 1407, in the United States District Court, Western District of Washington at Seattle. Attached is a true and correct copy of my *curriculum vitae*, which accurately describes my educational background, experience, research



EXHIBIT

R

1

and publications.

6.    I have reviewed the deposition transcript and the following medical records of Tracy Bolwell:

    1. Dr. Wasserstein
    2. Christopher Ryan, CSW/PsychCare Associates
    3. Dr. Essner
    4. Dr. Brauer
    5. Dr. Woodbury
    6. North Shore University Hospital
    7. PrimeCare Medicine
    8. North Dutchess Hospital
    9. Shoreline Medical/ Dr. Ozols
    10. Dr. Pedevillano
    11. Yale-New Haven Hospital

7.    According to the testimony given in Ms Bolwell's deposition, at approximately 3:00 p.m. on the afternoon of January 21, 1997, she took a single pill of a product that contained PPA (75 mg. according to her medical records) and a second pill of that product at approximately 9:00 p.m. that evening. About 45 minutes later she developed what she described as the worst headache she had ever had. According to her medical records, Tracy Bolwell, (known as Tracy Kupferschmid at that time) presented to Vassar Brothers Hospital on the evening of 1/21/97 complaining of the sudden onset of severe headache, nausea and vomiting. Her past medical history included asthma but not significant headache in the past. She smoked at least a pack of cigarettes daily. On examination she was found to be lethargic with a left hemiplegia. A CT scan of the brain revealed a large right basal ganglia hemorrhage. She was begun on Dexamethasone and showed improvement. An angiogram performed 1/27/97, including injection of the right and left internal carotid arteries and left vertebral artery, demonstrated "multiple areas of narrowing and beading in all the visualized arterial territories particularly involving middle size and distal branches". Following this angiogram she was transferred to Yale New Haven Hospital. At the time of transfer she was noted to have a paucity of speech and weakness of the left face and arm but was alert and oriented. A lumbar puncture revealed unremarkable cerebrospinal fluid. The angiogram was reviewed and felt to be consistent with vasculitis, so on 2/3/97 a brain, dural and leptomeningeal biopsy was performed. This did not reveal any significant abnormality. Various blood tests performed in order to exclude systemic vasculitis or other rheumatologic disease were also unremarkable. It was noted that family members brought in the decongestant she had taken containing 75mg of PPA. She was discharged much improved from her initial presentation on a tapering steroid regimen to be followed by Dr. Dana Leifer. In follow-up visits with him over the next several weeks she continued to complain of headaches, necessitating a brief rehospitalization, but no further bleeding was noted.

8.    I have reviewed the medical and scientific literature relative to PPA. I am generally familiar with the related scientific issues. To my knowledge, it is generally accepted in the medical community that PPA is capable of causing stroke in humans.

9.    It is my professional opinion, to a reasonable degree of medical certainty, that Tracy Bolwell suffered an intracerebral hemorrhage as a direct result of her exposure to PPA. The temporal proximity of her hemorrhage to her ingestion of PPA and the finding of vasculopathic changes on

angiography consistent with those described in association with PPA ingestion, coupled with the absence of a vascular malformation or other potential source of intracranial hemorrhage on imaging studies, or any evidence of a coagulopathy or other cause of hemorrhage, lead to this conclusion. I base my opinion my training and expertise and review of the relevant literature, as well as the records indicated above.

10.     I reserve my right to supplement and amend my findings and opinions (at deposition, trial or otherwise) based upon review of any additional medical records, radiological studies, scientific or medical publications or a physical examination of Tracy Bolwell, with regard to the issues of causation and permanent injury.

11.     I have been compensated for my time spent in reviewing the relevant material and preparing this report at the rate of $350 per hour. My fee for court appearances or depositions related to this matter is $3500 per day.

12.     A list of my publications is included in the curriculum vitae appended.

13.     The PPA-related cases that I have testified in, all via deposition, in the past four years are, to the best of my knowledge:

1. Shipes v. Wyeth
2. Curtis v. Schering-Plough
3. Higgins v. Schering-Plough
4. Fitchett v. Schering-Plough
5. Keller v. Wyeth
6. Wooden v. Wyeth
7. Meunier v AHP
8. DeVore v. Schering Plough, etal.
9. Kluge v. AHP, etal.
10. Schwartzberg v. GSK
11. Wagner v. Adams Laboratories, Inc.

I believe all are, or were, pending in the Supreme Court of the State of New Jersey. In addition, I testified, via videotape deposition in the federal MDL regarding PPA.

In the past 4 years I also testified via deposition in:
1. Jessica Bernstein and Jonathan Bernstein vs. VHS San Antonio Partners, L.P., d/b/a North Central Baptist Hospital and Baptist Health System, Mario Ruiz, M.D., Howard Unger, M.D. and M & S Imaging Associates, P.A., pending in the District Court 45th Judicial District Bexar County, Texas.

Dated this 27th day of February 2006.

_Stanley Tuhrim_

Stanley Tuhrim, M.D.

3

<u>CURRICULUM VITAE</u>

STANLEY TUHRIM, M.D.

MAILING ADDRESS:    Department of Neurology - Box 1137
Mount Sinai Medical Center
One Gustave L. Levy Place
New York, NY 10029

TELEPHONE:    (212) 241-4562
DATE OF BIRTH:    January 26, 1954
PLACE OF BIRTH:    Brooklyn, New York
CITIZENSHIP:    United States

EDUCATION:

| | |
|---|---|
| 1975 | B.A. with Honors in Psychology, Haverford College, Haverford, Pennsylvania |
| 1979 | M.D., Mount Sinai School of Medicine, New York, New York |
| 1984 - 1986 | Advanced Special Student, Department of Computer Science, University of Maryland, College Park, Maryland |

POSTDOCTORAL TRAINING:

| | |
|---|---|
| 1979 - 1980 | Intern, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania |
| 1980 - 1983 | Resident, Department of Neurology, The Mount Sinai Hospital, New York |
| 1983 - 1984 | Fellow in Cerebrovascular Disease, Department of Neurology, University of Maryland School of Medicine, Baltimore, Maryland |

CERTIFICATION:

| | |
|---|---|
| July 1980 | Diplomate, National Board of Medical Examiners Certificate Number: 215837 |
| October 1984 | Diplomate in Neurology, American Board of Psychiatry and Neurology |
| May 2005 | Diplomate in Vascular Neurology, American Board of Psychiatry and Neurology |

LICENSURE:

| | |
|---|---|
| August 1980 | Medical License, State of New York - License Number: 143107 |
| June 1984 | Medical License, State of Maryland - License Number: D30932 |

HONORS:

| | |
|---|---|
| December 1984 | Teacher-Investigator Development Award (NINCDS) |
| August 1985 | Bressler Research Award (University of Maryland) |
| January 1988 | Clinical Investigator Award (NINDS) |
| June 1993 | Melvin D. Yahr Award for Excellence in Teaching Department of Neurology (Mount Sinai School of Medicine) |
| June 1997 | Resident Award of Appreciation Department of Neurology (Mount Sinai School of Medicine) |
| June 2000 | Melvin D. Yahr Award for Excellence in Teaching Department of Neurology (Mount Sinai School of Medicine) |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1984 - 1985 | Instructor, Department of Neurology University of Maryland School of Medicine, Baltimore, Maryland |
| 1985 - 1987 | Assistant Professor, Department of Neurology University of Maryland School of Medicine, Baltimore, Maryland |
| 1987 - 1990 | Assistant Professor, Department of Neurology Mount Sinai School of Medicine, New York, New York |
| 1991 - 2001 | Associate Professor, Department of Neurology Mount Sinai School of Medicine, New York, New York |
| 1994 - present | Associate Professor, Department of Geriatrics and Adult Development Mount Sinai School of Medicine, New York, New York |
| 2001 - present | Professor, Department of Neurology Mount Sinai School of Medicine, New York, New York |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1984 - 1987 | Attending Physician, Department of Neurology University of Maryland Hospital, Baltimore, Maryland |
| 1987 - 1990 | Assistant Attending, Department of Neurology Mount Sinai Hospital, New York, New York |
| 1991 – 2001 | Associate Attending, Department of Neurology Mount Sinai Hospital, New York |
| 2001 - present | Attending, Department of Neurology Mount Sinai Hospital, New York |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 1984 - 1989 | American Society for Neurological Investigation |
| 1984 - | Fellow, Stroke Council, American Heart Association |
| 1984 - | American Academy of Neurology (Member Critical Care and Emergency Neurology and Neuroepidemiology Sections) |
| 1985 - 1991 | American Medical Association |
| 1987 - 2000 | Association for Research in Nervous and Mental Disease |
| 1988 - | National Stroke Association |
| 1990 - | American Medical Informatics Association |
| 1991 - | Society of Critical Care Medicine |

## TRAINING RECORD:

Postdoctoral Fellows (in cerebrovascular disease)

Deborah R. Horowitz, M.D. 1988 - 1991; Associate Professor of Neurology, MSSM
Larry J. Weiner, M.D. 1991 - 1992; Assistant Professor of Anesthesiology, MSSM
Kara F. Sheinart, M.D. 1993 - 1995; Assistant Professor of Neurology, MSSM and recipient of a Mentored Clinical Scientist Development Award, 3/1/97-2/28/2002 (S. Tuhrim, mentor)
Teresella M. Gondolo, M.D. 1994 - 1995; in private neurological practice in New York City
Wouter J. Schonewille, M.D. 1996-1997; Stroke Neurologist, Utrecht, Holland
Letizia M Cupini, M.D. Visiting Fellow, 1997; Neurologist, Clinica Neurologica Universita di Roma
Jeremiah Yim, M.D.1997-1999; Attending Physician, Long Island College Hospital, Brooklyn , NY
Clara Raquel Epstein, M.D. 1999 - 2000; Neurosurgery resident, Ohio State University
Paul Wright, M.D. 2000 - 2001; Assistant Professor of Neurology, Manhasset, NY
David Brown, M.D. 2001 - 2003; Medical Director, Hoag Memorial Hospital, Newport Beach CA

ASA Stroke Fellowship Award 2002-2004
Katherine Burger, D.O. 2003 - 2005; Director of stroke program, George Washington University Hospital, Washington, DC
Ramandeep Sahni, M.D. 2005 -
Predoctoral Fellows
Yasheka Nicholson, 2003 - 2004

GRANT SUPPORT (Current):

Investigator (Local P.I.), Antiphospholipid Antibodies in Acute Stroke (APASS), (S Levine, P.I.), 1 R01NS052417, NIH (NINDS), (TDC (Mount Sinai-$-------); 7/1/2005-6/30/2008.

Project Leader (20% effort), Overcoming Barriers to Effective Care to Minorities. (MR Chassin, P.I.), 1P60MD000270, AHRQ (TDC-$3,825,964); 9/27/02 - 8/31/07.

Co-investigator (2.5% effort), Intraventricular Hemorrhage Thombolysis Trial (urokinase: IND 5459) (N Naff, P.I.), FD-R-001693, FDA; TDC - $600,000; 09/01/99-09/15/06.

Project Leader (20% effort), Preventing Recurrent Stroke in Minority Populations.
Project 2 in program project: Improving the Delivery of Effective Care to Minorities (MR Chassin, P.I.), 5PO1HS10859, NIH (TDC-$5,124,007); 9/13/00 - 8/31/06.

Investigator (Local P.I.; 2.5% effort), Warfarin vs. Aspirin in reduced cardiac ejection fraction (WARCEF) (Pullicino, P.I.), U01 NS39143, U01 NS439, NIH (NINDS) (TDC- $28,146); 7/01/02 - 6/30/06.

GRANT SUPPORT (Previous):

Investigator (Local P.I.; 5% effort), A Prospective, Multicenter, Randomized Controlled Trial to Evaluate the Safety and Efficacy of the STARFlex® Septal Closure System Versus Best Medical Therapy in Patients with a Stroke and/or Transient Ischemic Attack Due to Presumed Paradoxical Embolism Through a Patent Foramen Ovale (CLOSURE I), NMT MEDICAL IDE#G98-0031, (TDC-$96,000); 8/1/03 - 7/31/05.

Investigator (Local P.I.; 5% effort), Dose Escalation Study of Desmoteplase (INN) in Acute Ischemic Stroke (DEDAS), PAION GmbH, (TDC - $31,920): 11/1/02 - 7/01/04.

Neurologist (2.5% effort), Measuring and Improving Quality: Carotid Endarterectomy (MR Chassin, P.I.), 1RO1HS09754, AHCPR (TDC-$1,459,504) 6/1/98-6/01/04.

Investigator (Local P.I.; 5% effort), Warfarin vs. Aspirin for Symptomatic Intracranial Disease (WASID) (MI Chimowitz, P.I.), 1RO1NS36643, NIH (NINDS); TDC (Mount Sinai)- $47,860 (year 1); 7/1/98-6/30/2004.

Principal Investigator, MRFASS - Minorities Risk Factors and Stroke Study, 3 R01 NS29762, NIH (NINDS), (TDC - $3,980,830) 8/1/91 - 5/31/2004 (Competitive renewal 7/9/97).

Co-investigator (5% effort), Effect of a Computer-Based Reminder System on Cardiovascular Risk Management and Outcomes (R Phillips, P.I.), 1RO1HL64100, NIH (NHLBI); TDC-$553,072; 2/05/2000-1/31/2004.

Investigator (Local P.I.; 10% effort), Warfarin Aspirin Recurrent Stroke Study (JP Mohr, P.I.), 2 R01 NS28371, NIH (NINDS), (TDC (Mount Sinai)-$193,825); 8/1/92 – 6/30/2001.

Investigator (Local P.I.), Antiphospholipid Antibodies and Stroke, (S Levine, P.I.), 1 R01NS30896, NIH (NINDS), (TDC (Mount Sinai)-$1,880); 7/1/93-6/30/2001.

Investigator (Local P.I.), PFO in Cryptogenic Stroke Study, (S Homma, P.I.), 1 R01NS32525, NIH (NINDS), (reimbursement on per patient basis); 7/1/94-6/30/2001.

Investigator (Local P.I.), CLASS (Clomethiazole in Acute Stroke Study), (P Lyden, P.I.) Astra, (TDC (Mount Sinai)-$32,753); 10/1/97-9/30/2000.

Investigator (Local P.I.), GAIN Americas (Glycine Antagonist in Neuroprotection), (R Sacco, P.I.) Glaxo Wellcome (TDC (Mount Sinai)-$27,500); 5/1/98-4/30/2000.

Project Director, COSTEP - Community Stroke Education Program, funded by the Mount Sinai Auxiliary Board ($44,031); 7/1/97-9/30/98.

Investigator (Local P.I.), GAIN-2 (Glycine Antagonist in Neuroprotection), Glaxo-Wellcome, (TDC (Mount Sinai)-$20,008); 4/1/97-3/31/98.

Co-Investigator, Randomized Trial of ORG 10172 in Acute or Progressing Cerebral Infarction (H. Adams, P.I.) 1R01NS27863, NIH (NINDS), (TDC (Mount Sinai)-$43,081); 1/1/90 - 6/30/97.

Principal Investigator, Automated Database/Expert System for Acute Stroke, 1R29NS27924, NIH (NINDS), (TDC-$311,696); 3/1/91 - 2/29/96.

Principal Investigator, Phase I-II Trial of Nimodipine for AIDS Dementia, AMFAR (TDC-$25,000); 5/1/91 - 4/30/93.

Co-Principal Investigator, Clinical Evaluation of 99m Technetium-ECD: Brain perfusion studies by SPECT in patients with stroke, Dupont Co., (reimbursement on per patient basis); 8/1/89 - 7/31/91.

Principal Investigator, A Double-blind Placebo Controlled Study of the Safety and Efficacy of Nimodipine (Bay E9736) given by intravenous infusion followed by oral administration in the treatment of acute ischemic brain infarction, Miles Inc., (TDC-$41,670); 6/1/89 - 5/31/91.

Principal Investigator, Artificial Intelligence in Cerebrovascular Disease, Clinical Investigator Award, 5K08NS01257 NIH (NINDS), (TDC-$130,000); 1/1/88 - 6/30/90.

Principal Investigator, Artificial Intelligence in Cerebrovascular Disease, Teacher-Investigator Development Award, 5K07NS00913 NIH (NINDS), (TDC-$145,730); 10/1/84 - 6/30/87.


MISCELLANEOUS:


Presentations (Selected)

**Scientific Meetings**

A Syndrome Which Predicts Worsening in Brainstem Infarction, poster at the Annual Meeting of the American Academy of Neurology, Boston, MA, 1984.

Predictors of 30-day Mortality in Intracerebral Hemorrhage, poster at the Annual Meeting of the American Neurological Association, Chicago, Illinois, October, 1985.

Microcomputer-based Medical Expert Systems, 2nd University AEP Conference, San Diego, CA, April, 1986.

Plausible Reasoning During Neurologic Problem Solving:  The Maryland Neurex Project, Medinfo 86, Washington, D.C., November, 1986.

Intracerebral hemorrhage: Cross-Validation and Extension of a Model for Predicting 30-day Survival, poster at the Annual  Meeting of the American Neurological Association, New Orleans, LA, September, 1989.

Computer-assisted Diagnosis in the Emergent Management of Stroke, poster at the Annual Meeting of the American Academy of Neurology, Miami, Florida, May, 1990.

Ethnicity and Risk Factors for Stroke, poster at the Annual Meeting of the American Academy of Neurology, Boston, MA, April, 1991.

Intracerebral Hemorrhage:  External Validation of a Model for Predicting 30-Day Outcome, poster at the Annual Meeting of the American Neurological Association, Seattle, Washington, October, 1991.

The Design and Automated Testing of an Expert System for the Differential Diagnosis of Acute Stroke, SCAMC, Washington, D.C., November, 1991.

Transesophageal Echocardiography, seminar at the 17th International Conference on Stroke and Cerebral Circulation, Phoenix, AZ, February 1992.

Serum Lipid Values After Stroke, poster at the Annual Meeting of the American Academy of Neurology, San Diego, CA, May 1992.

Predicting Outcome for Cerebral Hemorrhage - Do We Have Data for a Treatment Trial? Second International Neurocritical Care Symposium, Beaver Creek, CO, February, 1994.

The Prognostic Significance of Intraventricular Blood in Intracerebral Hemorrhage, Annual Meeting American Academy of Neurology, Washington, DC, May, 1994.

The Significance of Intraventricular Blood, Richard Lende Winter Neurosurgery Conference, Snowbird, Utah, February, 1996.

Does Risk of Stroke Associated with Diabetes Differ by Ethnicity, 21st International Conference on Stroke and Cerebral Circulation, San Antonio, TX, February, 1996.

Ethnic Differences on Stroke Risk Associated with Lipid Levels, American Academy of Neurology Annual Meeting, San Francisco, CA, March, 1996.

ICH: To operate or not -  are there reliable predictors? Emergency Management and Critical Care of Stroke, Heidelberg, Germany, September, 1996.

Elevated Anticardiolipin Antibodies Are a Stroke Risk Factor Across 3 Ethnic Groups Independent of Isotype or Degree of Positivity, 22nd International Conference on Stroke and Cerebral Circulation, Anaheim, CA, February, 1997.

Left Ventricular Mass is an Independent Stroke Risk Factor in a Multiethnic Cohort, Annual Meeting of the American Academy of Neurology, Boston, MA, April, 1997.

A Multivariate Model of Stroke Risk in a Multiethnic Population, 23rd International Conference on Stroke and Cerebral Circulation, Orlando, FL, February, 1998.

Absence of Nocturnal Dip in Blood Pressure Increases Stroke Risk in a Multiethnic Population, AHA Cardiovascular Epidemiology Conference, Santa Fe, NM, March, 1998.

Elevated Antiphosphatidyl Serine Antibodies Are a Risk Factor For Ischemic Stroke.  Annual Meeting of the American Academy of Neurology, Minneapolis MN, April, 1998.

Community Stroke Education Program (COSTEP) Increases Stroke Knowledge Among the Elderly, Annual Meeting of the American Academy of Neurology, Toronto Canada, April, 1999.

Can the Lack of Association between Antiphospholipid Antibodies and Stroke Recurrence Be Explained by Their Failure to Persist? Arterioscler Thromb Vasc Biol Meeting, Salt Lake City, UT, April, 2002.


## Invited Lectures

Stroke Update, Pennsylvania Academy of Family Physicians Annual Convention and Scientific Assembly, Hunt Valley, MD, May, 1985.

Computerized Medical Decision Making, Grand Rounds, Department of Neurology, SUNY Health Science Center at Brooklyn, New York, NY April, 1986.

Medical Expert Systems, Computers in Medicine Symposium, St. Mary's Medical Center, Evansville, Indiana, November, 1986.

Computer-assisted Medical Decision Making, Grand Rounds, Department of Medicine, Beth Israel Medical Center, New York, NY, September, 1987.

A Primer on Computerized Expert Systems, Alumni Day, Mt. Sinai Medical Center, New York, April, 1989.

Intracerebral Hemorrhage: Epidemiology of Prognosis and Outcome, Critical Care and Emergency Neurology Course at AAN Annual Meeting (D. Hanley, Course Director), Boston, MA, April, 1991.

Abductive Methods for Diagnostic Problem-Solving, seminar at the Center for Medical Informatics, Columbia University, New York, NY, October, 1991.

Current Concepts in Stroke Treatment and Prevention, Grand Rounds, Department of Medicine, Mount Sinai Medical Center, New York, NY, March, 1992.

New Horizons in the Treatment of Acute Stroke, Grand Rounds, Department of Neurosurgery, Mount Sinai Medical Center, New York, NY, March 1992.

New Perspectives on Stroke Prevention, Grand Rounds, Department of Medicine, Astoria General Hospital, Queens, NY, April, 1992.

Stroke of Unknown Etiology, Grand Rounds, Department of Neurology, Hospital of the University of Pennsylvania, Philadelphia, PA, June, 1992.

New Treatment Options for Stroke Prevention Grand Rounds, Department of Medicine, United Hospital, Portchester, NY, September, 1992.

Stroke Prevention, Grand Rounds, Department of Neurology, New York Medical College, Valhalla, NY, September, 1992.

Advances in Stroke Prevention, Grand Rounds, Department of Medicine, Mountainside Hospital, Montclair, NJ, October, 1992.

Predicting Outcome in ICH, Stroke Rounds, Department of Neurology, University of Maryland Hospital, Baltimore, MD, October, 1992.

New Treatment Options for Stroke Prevention, Cardiology Grand Rounds, Department of Medicine, Winthrop Hospital, Westbury, NY, October, 1992.

Stroke Epideminology and Prevention, Neurology Grand Rounds, Caledonia Hospital, Brooklyn, NY, November, 1992.

Developing Culturally Sensitive Research Programs for Minority Communities - MRFASS, Museum of the City of New York, New York, November, 1992.

Prevention of Stroke in the Elderly, Hypertension in the Elderly Course, Mount Sinai Hospital, New York, NY, December, 1992.

Prevention Strategies, Cardiology Grand Rounds, SUNY Downstate Medical Center, New York, NY, January 1993.

New Frontiers in the Management of Acute Stroke, Neuroscience Institute at JFK Medical Center, Edison, NJ, January 1993.

Stroke Prevention, Medical Grand Rounds, Mary Immaculate Hospital, Queens, NY, February, 1993.

Transesophageal Echocardiography in Acute Stroke, Overlook Hospital, Summit, NJ, April, 1993.

A Primer on Computer-assisted Medical Decision Making, Stroke Conference, Department of Neurology, Henry Ford Hospital, Detroit, MI, May, 1993.

The Management of Acute Stroke, Medical Grand Rounds, Phelps Memorial Hospital, Tarrytown, NY, October, 1994.

Management of Acute Cerebrovascular Diseases, Medical Grand Rounds, United Hospitals Center, University of Medicine and Dentistry of NJ, February, 1995.

Treatment of TIA and Acute Stroke, Cardiology Grand Rounds, Mount Sinai Hospital, NY, February, 1995.

Care of Acute Stroke in the Aged, Medical Conference, The Jewish Home and Hospital for the Aged, September, 1995.

Recent Advances in the Management of Cerebrovascular Disease, Medical Grand Rounds, Long Beach Medical Center, New York, NY,  January, 1996.

Treatment of IVH in ICH, Neurology Grand Rounds, St. Luke's/Roosevelt Hospital Center, New York, NY, March, 1996.

Factors Affecting Outcome and Treatment in ICH, Medical Grand Rounds, Methodist Hospital, Brooklyn, NY, March 1996.

ICP Monitoring and Management, Critical Care Conference, St. Luke's/Roosevelt Hospital Center, New York, NY, April, 1996.

MRFASS: Lessons on Risk Factor Differences, Neurology Grand Rounds, University of Maryland Hospital, Baltimore, MD, May, 1996.

Acute Stroke - Treatment and Prevention, Medical Grand Rounds, The Medical Center at Princeton, Princeton, NJ, June, 1996.

MRFASS, Neurology Grand Rounds, St. Luke's Roosevelt Hospital, New York, NY, January, 1997.

Acute Stroke, Medical Grand Rounds, Elmhurst Hospital, Queens, New York, January, 1997.

Thrombolysis in Acute Stroke, Cardiology Grand Rounds, Mount Sinai, New York, NY, April, 1997.

Acute Stroke: Recent Advances, Medical Grand Rounds, Berkshire Medical Center, Pittsfield, MA, May, 1997.

ICH - Clinical Management, Neurosurgery Grand Rounds, Mount Sinai Hospital, New York, NY, 1997.

Treatment and Prevention of Acute Stroke, Rehabilitation Department Grand Rounds, Mount Sinai, New York, NY, October, 1997.

Update on CVA and Ongoing Clinical Trials, Division of General Medicine Grand Rounds, Mount Sinai, New York, NY, January, 1998.

Update on Stroke, Department of Geriatrics Grand Rounds, Mount Sinai, New York NY, May, 1998.

Stroke Care Centers, EMS Brain Injury Conference, Mount Sinai, New York, NY, June, 1998.

Update on Stroke Prevention, Department of Neurology Grand Rounds, SUNY Downstate Medical Center, Brooklyn, NY, October, 1998.

Stroke Prevention, Department of Neurology Grand Rounds, St. Luke's-Roosevelt Hospital, New York, NY , November, 1998.

Stroke Prevention, Department of Medicine Grand Rounds, North General Hospital, New York, NY, December, 1998.

Prognosis and Management of Intracereberal Hemorrhage, Department of Neurology Grand Rounds, Beth Israel Medical Center, New York, NY, January, 1999

Prevention and Treatment of Stroke, Grand Rounds, Cardiovascular Institute, Mount Sinai, New York, NY, May, 1999.

Stroke Centers: Do They Make a Difference, Outcome Measures and Cardiovascular Care: A Multidisciplinary Approach to Research, sponsored by the American Heart Association, New York, NY, October, 1999.

Stroke Update, Grand Rounds, Department of Medicine, Mount Sinai, New York, NY, December, 1999.

Acute Stroke Management, Grand Rounds, Department of Medicine, Elmhurst Hospital, New York, NY, March, 2000.

Managing the Acute Stroke, American College of Physicians-American Society of Internal Medicine Downstate Scientific Meeting, New York, NY, April, 2000

Implementing Preventative Anti-hypertensive Measures: Ischemic and Hemorrhagic Stroke, New York Academy of Medicine/National Hypertension Association/National Stroke Association Program on Hypertension, Hypercholesterolemia and Stroke Prevention and Management, New York, NY May, 2000.

Progress In Stroke Prevention and Treatment, Grand Rounds, Department of Neurology, New York Hospital - Cornell University School of Medicine New York, NY, June, 2000.

Brain Attack! Mount Sinai School of Medicine MiniMed School, New York, NY, October, 2000.

Managing the Acute Stroke, Department of Medicine Grand Rounds, St. John's Episcopal Hospital South Shore, Far Rockaway, NY, October, 2000.

Strategies to Prevent Stroke Recurrence, Stroke and Stroke Prevention in High Risk Communities Conference sponsored by Mount Sinai School of Medicine, North General Hospital and the American Heart Association, New York, NY, March, 2001.

Intracerebral and Subarachnoid Haemorrhage, World Congress of Neurology, London, England, June, 2001.

Primary and Secondary Stroke Prevention: Where we are and where we are going, Neurology Grand Rounds North Shore University Hospital, Manhasset, NY, September, 2001.

Intracerebral Hemorrhage Management in 2002-Overview: Etiology and Epidemiology, Society of Critical Care Medicine Annual Meeting San Diego, CA, January, 2002.

Antiphospholipid Antibodies: Epidemiology, at the Antiphospholipid Antibodies Course 3BS.001, Annual AAN Meeting, Denver, CO, April, 2002.

General Care After Stroke, in AAN course: Acute Stroke: Principles of Modern Management, New York, NY, May, 2002.

Blood Pressure After Stroke - when to treat? National Stroke Association/National Hypertension Association Program - Hypertension, Hyperlipidemia and Stroke: Utilizing the Evidence to Improve Outcomes, New York, NY, May, 2002.

Minorities in Recently Completed and Ongoing Stroke Studies, AHA Scientific Sessions 2002, Chicago, IL, November, 2002.

Update on Stroke Treatment & Prevention. Combined Grand Rounds: Divisions of General Internal Medicine & Geriatrics and Health Policy, Mount Sinai School of Medicine, New York, NY, March, 2003.

Stroke Prevention Update. Grand Rounds Department of Medicine: Mount Sinai School of Medicine, New York, NY, August, 2003

Stroke Prevention Update. Grand Rounds Department of Medicine: North General Hospital, Queens, NY, August, 2003

Secondary Stroke Prevention. Grand Rounds Department of Neurology: Mount Sinai School of Medicine, New York, NY, September, 2003

Secondary Stroke Prevention. Grand Rounds Department of Neurosurgery: Mount Sinai School of Medicine, New York, NY, October, 2003

Treatment and Prevention of Stroke. Medical Grand Rounds: Metropolitan Hospital, New York, NY, October, 2003

Preventing the First Stroke. National Hypertension Association Program - Hypertension, Hyperlipidemia and Stroke: Utilizing the Evidence to Improve Outcomes, New York Academy of Medicine, New York, NY, May, 2004

Ischemic Stroke: New Guidelines and Trends. Challenges 2004 - American Association of Critical-Care Nurses, New York City Chapter, New York, NY, October, 2004.

Stroke: Prevention and Treatment. Advanced Techniques and Technology In Brain and Spine Surgery Course, Department of Neurosurgery, Mount Sinai School of Medicine, New York, NY, December, 2004

Advances in the Treatment of Intracerebral Hemorrhage. Grand Rounds Department of Neurology: Mount Sinai School of Medicine, New York, NY, January, 2005

Secondary Stroke Prevention. Grand Rounds Department of Neurology: North Shore University Hospital at Manhasset, Manhasset, NY, January, 2005

The Role of the Neurologist and Acute Stroke Care. Seminar on Stroke Centers at AANS annual meeting. New Orleans, LA, April, 2005.

Are Effective Stroke Prevention Strategies Adequately Employed in the Months Following Hospital Discharge? Annual Meeting of the AAN, Miami, FL, April, 2005.

Carotid Endarterectomy: Past, Present and Future? Neurology Grand Rounds. Mount Sinai School of Medicine, New York, NY, October, 2005.

Carotid Endarterectomy: Past, Present and Future? Neurosurgery Grand Rounds. Mount Sinai School of Medicine, New York, NY, November, 2005.


**Teaching Activities**

Faculty, Brain and Behavior Course, MSSM, 1987 - 1988, 1998 - 1999, 2000-2001
Faculty, Medical Decision Making Elective, MSSM, 1988 - 1999
Lecturer, Page and William Black Post-Graduate School of Medicine, MSSM, 1988 -
Preceptor and Lecturer, Medical Student Rotation in Neurology, MSSM, 1988 -
Attending Neurologist, weekly Neurology Clinic, Mount Sinai Hospital, 1988 - 1991
Faculty, Critical Care Medicine Fellowship, MSSM, 1989 -

Faculty, Critical Care and Emergency Neurology Course, AAN Annual Meeting, 1991
Mentor, Geriatric Scholars Program, MSSM, 1991 - 1992
Director, Weekly Stroke Clinic, Mount Sinai Hospital, 1991 - 1995

## Committees

**Mount Sinai -NYU Health**
Medical Center Policy Council, 1999 - 2001
Physician's Advisory Council, 1999 - 2001
Quality Standards Taskforce, 2000 - 2001
Patient Care and Operation Coordination Committee of the Board of Trustees, 1999- 2001
Strategic Information Management Planning Steering Committee, 1999- 2002
Clinical Coordinating Council, 2000- 2002
MSNYU Health HIPAA Task Force, 2001- 2002

**Mount Sinai Medical Center**
Association of the Attending Staff (Board of Directors, 1989-; Exec Committee, 1997-; President, 1999-2001)
Information Systems Advisory Committee, 1990 - 2003
Executive Board, Mount Sinai Alumni, 1994 -
Medical Staff Working Group, 1997 - 1999
Mount Sinai Clinical Information System Steering Committee, 1999- 2003
Mount Sinai Medical Center HIPAA Steering Committee, 2001- 2003
Mount Sinai Information Technology Architecture Committee, 2003 -

**Mount Sinai School of Medicine**
Dean's Advisory Committee on Scientific Computing, 1990 - 1992
Endarterectomy Protocol Committee (Chairman), 1991 - 1993
Faculty Advisor to First Year Medical Students, 1994 - 2002
Admissions Committee, Medical Scientist Training Program, 1997 - 2003
Steering Committee, Third Year Integrated Clinical Curriculum, 2000
Mentor, Research Initiative Core, MSSM, 2001 - 2004
Appointments and Promotions Committee, 2003 -

**Mount Sinai Hospital**
Pharmacy and Therapeutics Committee 1994 -
Physician Steering Committee, Mount Sinai Clinical Information Systems Project, 1994 - 2003
Critical Care Redesign Team, 1996-1997
Neuroscience and Restorative Care Center Quality Assurance Committee (Chairman), 1996 - 1999
Care Center Quality Council, 1997-1999
Premed Research Opportunities Program (PROP), 1997-
Confidentiality Review Committee, 1998 - 2001
Neuroscience and Restorative Care Center Physician Steering Committee, 1998- 2002
Medical Board (Executive Committee) 1999- 2004
Physician Reengineering Steering Committee, 1999- 2001
Clinical Enhancement Committee, 2000-2001

**Mount Sinai FPA**
FPA Ad Hoc Committee on Computers in Medical Practices, 1990
FPA Space Committee, 1991 - 1996
FPA Quality of Care Committee, 1998-1999

**Mount Sinai Department of Neurology**
FPA Assembly representative, 1988-1989, 1995- 1997
Quality Assurance Neurology Subcommittee, 1989-(Chairman 1990- )
Appointments and Promotions Committee, 1994 -1998

## Clinical Activities-Mount Sinai Medical Center

Director, Gustave L. Levy Acute Stroke Unit, 1988 -
Co-Director, Neuroscience Intensive Care Unit, 1994-
Director, Division of Cerebrovascular and Critical Care Neurology, 1995-
Co-Director, Clinical Program for Cerebrovascular Disorders, 1995-
Director, Mount Sinai Hospital Stroke Center, 2004-

## Other Professional Activities

Chairman, Program Area Track: Connectionism, Simulation and Modeling; SCAMC, 1991
Co-chairman, Scientific Sessions of Annual Meeting American Academy of Neurology: Critical Care: Vascular, 1994; Cerebrovascular Disease: Clinical, 1998; Stroke Risk, 2000
Ad hoc Review Panel Member: NINDS, NIH, 1992, 1995, 1996, 1999; Health Care Technology Study Section, Agency for Health Care Policy and Research, 1992; Sandoz Foundation, 1994: Langeloth Foundation, 2002.
Ad hoc Reviewer: Annals of Neurology; Neurology; Stroke; American Journal of Industrial Medicine; Journal of Neurological Sciences; Western Journal of Medicine; American Journal of Medical Sciences; Archives of Internal Medicine.
Associate Editor: Computers in Biology and Medicine, 1994 -2000; Neuroepidemiology, 1997-2000; Editorial Board: Hypertext Neurological Knowledgebase (THyNK), 1997 - 2000
Program Committee, Workshop on Neural Modeling of Cognitive and Brain Disorders, University of Maryland, College Park, Maryland, 1995
Steering Committee, Section on Stroke, AHA New York City Affiliate, 1995 – 1998; Heritage Affiliate 1999-
Abstract Grading Committee, International Joint Conference on Stroke and Cerebral Circulation, 1995-1998
Executive Committee, NACCABI (New Approaches to Critical Care of Acute Brain Injury) Intraventricular Hemorrhage Thrombolysis Study, 1996 -
Advisory Panel, American Academy of Neurology Dementia Care Project, 1997
Director, Symposium on Treatment and Prevention of Cerebral Infarction, Mount Sinai Medical Center, New York, NY, May 8, 1997
Safety Monitoring Committee, Treatment of AIDS Vacuolar Myelopathy with Methionine (A. Di Rocco, PI) NIH 5 RO1 NS 35745, 1997- 2003
Steering Committee, CONNECT (Cardiovascular Outcomes and Neurohormones: Network for Education and Cross-disciplinary Treatment) 2000- 2001
Vice-Chair, Public Education Subcommittee, Operation Stroke, New York City, American Stroke Assoc., 2001 -
U.S. Advisory Board Perindopril Against Recurrent Stroke Study (PROGRESS), 2001 - 2003
Endpoint Adjudicator, Sleep Heart Health Study, 2001 -
Stroke Council Minority Affairs Committee, American Stroke Association, 2001-2003
Stroke Disparities Meeting, NINDS Stroke Disparities Workshop, Bethesda, MD, November 7-8, 2002.

Revised: 03/15/06

## PUBLICATIONS:

Original Peer-reviewed Reports

1. <u>Tuhrim S</u>, Yang WC, Rubinowitz H and Weinberger J: Primary pontine hemorrhage and the dysarthria-clumsy hand syndrome. Neurology 1982; 32:1027-1028.

2. Liu J, <u>Tuhrim S</u>, Weinberger J, Song SK and Anderson PJ: Premonitory symptoms of stroke in evolution to the locked-in state. Journal of Neurology Neurosurgery and Psychiatry 1983; 46:221-226.

3. Mintz BJ, <u>Tuhrim S</u>, Alexander S, Yang WC and Shanzer S: Intracranial metastases in the initial staging of bronchogenic carcinoma. Chest 1984; 86:850-853.

4. <u>Tuhrim S</u> and Reggia J: Feasibility of physician-developed expert systems. Medical Decision Making 1986; 5:23-26.

5. Reggia J, <u>Tuhrim S</u>, Ahuja S, Pula T, Chu B, Dasigi V and Lubell J: Plausible reasoning during neurologic problem solving: The Maryland NEUREX project. Proceedings of the Fifth Conference on Medical Informatics 1986; 17-21.

6. <u>Tuhrim S</u> and Reggia J: Management of transient ischemic attacks. American Family Physician 1986; 34:162-171.

7. <u>Tuhrim S</u> and Reggia J: A rule-based decision aid for managing transient ischemic attacks. MD Computing 1986; 3(5):28-33.

8. <u>Tuhrim S</u> and Reggia J: Computer-use in patient care. Infections in Surgery 1987; 6:503-507.

9. Goodall S, Reggia J, <u>Tuhrim S</u> and Chu B: Ablog: Improvements on abductive approach to diagnostic problem solving. Proceedings Third Annual Expert Systems in Government Conference 1987; 150-154.

10. Goodall S, <u>Tuhrim S</u>, Reggia J and Chu B: Ablog: A knowledge representation language for diagnostic applications. Proceedings Ninth Annual Conference of IEEE/Engineering in Medicine and Biology Society 1987; 1530-1532.

11. <u>Tuhrim S</u>, Dambrosia JM, Price TR, Mohr JP, Wolf PA, Heyman A and Kase CS: Prediction of intracerebral hemorrhage survival. Annals of Neurology 1988; 24:258-263.

12. Reggia J and <u>Tuhrim S</u>: Transient ischemic attacks. Maryland Medical Journal 1988; 37:845-850.

13. <u>Tuhrim S</u>, Reggia J, Weinberger J, and Mazlin S: A computer aid for transient ischemic attacks. Proceedings of the Sixth Conference on Medical Informatics 1989; 552-555.

14. Kittner SJ, Sharkness CM, Price TR, Plotnick GD, Dambrosia JM, Wolf PA, Mohr JP, Hier DB, Kase CS, and <u>Tuhrim S</u>: Infarcts with a cardiac source of embolism in the NINCDS Stroke Data Bank: historical features. Neurology 1990; 40:281-284.

15. Reggia J, Peng Y and <u>Tuhrim S</u>: The role of connectionist methods in abductive diagnostic problem-solving. Proceedings First International Workshop on Principles of Diagnosis, AAAI, Palo Alto, CA, 1990; 83-91.

16. <u>Tuhrim S</u>, Reggia J, Goodall S and Horowitz DR: Abductive localization of brain damage incorporating spatial adjacency relations. Artificial Intelligence in Medicine 1991; 3:75-85.

17. <u>Tuhrim S</u>, Berndt RS and Joslyn JN:  Transient conduction aphasia following putaminal hemorrhage. Cerebrovascular Diseases 1991; 1:113-116.

18. <u>Tuhrim S</u>, Dambrosia JM, Price TR, Mohr JP, Wolf PA, Hier DB and Kase CS:  Intracerebral hemorrhage:  External validation and extension of a model for prediction of 30-day survival.  Annals of Neurology 1991; 29:658-663.

19. <u>Tuhrim S</u>, Reggia J and Goodall S: An experimental study of criteria for hypothesis plausibility.  Journal of Experimental and Theoretical Artificial Intelligence 1991; 3:129-144.

20. Wain RA, <u>Tuhrim S</u>, D'Autrechy L and Reggia J:  The design and automated testing of an expert system for the differential diagnosis of acute stroke.  Proceedings of the Fifteenth Annual Symposium on Computer Applications in Medical Care, McGraw Hill, 1992; 94-98.

21. Kittner SJ, Sharkness CM, Sloan MA, Price TR, Dambrosia JM, <u>Tuhrim S</u>, Wolf PA, Mohr JP, Hier DB and Caplan LR:  Infarcts with a cardiac source of embolism in the NINDS stroke data bank:  neurological examination.  Neurology 1992; 42:299-302.

22. Horowitz DR, <u>Tuhrim S</u>, Budd J and Goldman ME:  Aortic plaque in a series of patients with brain ischemia: diagnosis by transesophageal echocardiography. Neurology 1992; 42:1602-1604.

23. Horowitz DR, <u>Tuhrim S</u>, Rand J and Danque P: Stroke secondary to carotid occlusion in a young man with nephrotic syndrome: case description and review of the literature.  J of Stroke and Cerebrovasc Diseases 1992; 2:26-33.

24. Horowitz DR, <u>Tuhrim S</u>, Weinberger J and Rudolph S: Mechanisms in lacunar infarction.  Stroke 1992; 23:325-327.

25. Kittner SJ, Sharkness CM, Sloan MA, Price TR, Dambrosia JM, <u>Tuhrim S</u>, Wolf PA, Mohr JP and Hier DB: Features on initial computed tomography scan of infarcts with a cardiac source of embolism in the NINDS Stroke Data Bank. Stroke 1992; 23:1748-1751.

26. Reggia J, Peng Y and <u>Tuhrim S</u>: A connectionist approach to diagnostic problem-solving using causal networks. Information Sciences 1993; 70:27-48.

27. Holden G, Rosenberg G, Barker K, <u>Tuhrim S</u> and Brenner B: The recruitment of research participants: a review.  Social Work in Health Care 1993; 19(2):1-44.

28. <u>Tuhrim S</u>: Frontiers in the treatment of ischemic stroke. The Mount Sinai Journal of Medicine 1993; 60:295-298

29. <u>Tuhrim S</u>, Reggia J and Peng Y:  High-specificity neurological localization using a connectionist model. Artificial Intelligence in Medicine 1994; 6:521-532.

30. <u>Tuhrim S</u>, Horowitz DR, Sacher M and Godbold JH: Validation and comparison of models predicting intracerebral hemorrhage survival.  Critical Care Medicine 1995; 23:950-954.

31. Horowitz DR, <u>Tuhrim S</u>, Weinberger J, Budd J, Alweiss GS and Goldman ME: Transesophageal echocardiography: Diagnostic and clinical applications in the evaluation of the stroke patient.  Journal of Stroke and Cerebrovascular Diseases 1997; 6:332-336.

32. <u>Tuhrim S</u>, Godbold JH, Goldman ME, Horowitz DR, Weinberger J:  Minorities risk factors and stroke study: Design, methods and baseline characteristics. Neuroepidemiology 1997; 16:224-233.

33.  Horowitz DR and Tuhrim S: Stroke mechanisms and clinical presentations in large subcortical infarctions. Neurology 1997; 49:1538-1541.

34.  Naff N, Tuhrim S: Intraventricular hemorrhage.  New Horizons 1997; 5:359-363.

35.  Singer MB, Chong J, Lu D, Schonewille WJ, Tuhrim S, Atlas SW: Diffusion-weighted MRI in acute subcortical infarction. Stroke 1998; 29:133-136.

36.  Sheinart KF, Tuhrim S, Horowitz DR, Weinberger J, Goldman M, Godbold JH: Stroke recurrence is more frequent in blacks and Hispanics. Neuroepidemiology 1998; 17:188-198.

37.  Moussouttas M, Tuhrim S:  Spontaneous internal carotid artery dissection with isolated vagus nerve deficit. Neurology 1998; 51:317-318.

38.  Chong J, Lu D, Aragao F, Singer MB, Schonewille WJ, Silvers A, Tuhrim S, Atlas SW: Diffusion Weighted MRI of acute cerebral infarction:  Comparison of data processing methods.  AJNR 1998; 19:1733-1739.

39.  Tuhrim S, Horowitz DR, Sacher M, Godbold JH: Volume of ventricular blood is an important determinant of outcome in supratentorial intracerebral hemorrhage.  Critical Care Medicine 1999; 27:617-621.

40.  Brisman MH, Tuhrim S, Jenkins A, Bederson JB: Thyrocervical to vertebral artery transposition and ipsilateral carotid endarterectomy.  Surgical Neurology 1999; 51:327-330.

41.  Tuhrim S, Rand JH, Wu X, Weinberger J, Horowitz DR, Goldman M, Godbold J: Elevated anticardiolipin antibody titer is a stroke risk factor in a multiethnic population independent of isotype or degree of positivity. Stroke 1999; 30:1561-1565.

42.  Tuhrim S, Rand JH, Wu X, Godbold JH, Weinberger J, Horowitz DR, Goldman M: Antiphosphatidyl serine antibodies are independently associated with ischemic stroke.  Neurology 1999; 53: 1523-1527.

43.  Schonewille WJ, Tuhrim S, Singer MB, Atlas SW:  Diffusion-weighted MRI in acute lacunar syndromes: a clinical-radiological correlation study.  Stroke 1999; 30:2066-2069.

44.  Begemann M, Rowan JA, Tuhrim S: Treatment of refractory complex-partial status epilepticus with proprofol.  Epilepsia 2000; 41:105-109.

45.  Tuhrim S: Stroke risk factors.  CNS Spectrums 2000; 5:70-74.

46.  Vagonescu TD, Saadia D, Tuhrim S, Phillips RA, Kaufmann H: Hypertensive cardiovascular damage in patients with primary autonomic failure. Lancet 2000; 355:725-726.

47.  Butkevich A, Phillips RA, Sheinart KF, Tuhrim S: The effect of various definitions of dipping and daytime and night-time on the characterization of 24 h profiles of blood pressure.  Blood Pressure Monitoring, 2000; 5:19-22.

48.  Naff NJ, Carhuapoma JR, Williams MA, Bhardwaj A, Ulatowski JA, Bederson J, Bullock R, Schmutzhard E, Fausler B, Keyl PM, Tuhrim S, Hanley DF: Treatment of intraventricular hemorrhage with urokinase: effects on 30-day survival. Stroke 2000; 31:841-847.

49.  Phillips RA, Sheinart KF, Godbold JH, Mahboob R, Tuhrim S: The association of blunted nocturnal blood pressure dip and stroke in a multiethnic population. Am J Hypertension 2000; 13:1250-1255.

50. Wright P, Horowitz DR, <u>Tuhrim S</u>, Bederson JB: Clinical improvement related to thrombolysis of third ventricular blood clot in a patient with thalamic hemorrhage. J of Stroke and Cerebrovasc Diseases 2001; 10:23-26.

51. Muscat P, Lidov M, Nahar T, <u>Tuhrim S</u>, Weinberger J: Vertebral artery dissection in Turner's Syndrome: Diagnosis by magnetic resonance imaging. J Neuroimaging, 2001; 11:50-54.

52. Qureshi AI, <u>Tuhrim S</u>, Broderick JP, Batjer HH, Hondo H, Hanley DF: Spontaneous intracerebral hemorrhage. N Eng J Med 2001; 344:1450-1460.

53. Luong T-H, Rand JH, Wu X-X, Godbold JH, Gason-Lema M, <u>Tuhrim S</u>: Seasonal distribution of antiphospholipid antibodies. Stroke 2001; 32:1707-1711.

54. Phillips RA, Butkevich A, Sheinart KF, <u>Tuhrim S</u>: Dipping is superior to cusums analysis in assessment of the risk of stroke in a case-control study. Am J Hypertens 2001; 14:649-652.

55. Begemann M, Silvers A, Tang C, <u>Tuhrim S</u>: Delayed signal detection by diffusion weighted imaging in brainstem infarction. J of Stroke and Cerebrovasc Diseases 2001; 10:284-289.

56. <u>Tuhrim S</u>: Management of hemorrhagic stroke. Current Cardiology Reports, 2002; 4:158- 163.

57. <u>Tuhrim S</u>: Management of stroke and transient ischemic attack. Mount Sinai Journal of Medicine, 2002; 69: 121-130.

58. Halm EA, Chassin MR, <u>Tuhrim S</u>, Hollier H, Popp AJ Ascher E, Dardik H, Faust G, Riles TS: Revisiting the Appropriateness of Carotid Endarterectomy. Stroke 2003; 34:1464-1472.

59. <u>Tuhrim S</u>: Antiphospholipid antibodies and stroke. Current Cardiology Reports, 2004; 6:130-134.

60. Venkatakrishna R, Brown D, <u>Tuhrim S</u>. Coagulation abnormalities following primary intracerebral hemorrhage- A retrospective analysis. J Stroke and Cerebrovas Diseases 2004; 13/2:47-51.

61. Naff N, Hanley DF, Keyl PM, <u>Tuhrim S</u>, Kraut M, Bederson J, Bullock R, Mayer SA, Schmutzhard E: Intraventricular Thrombolysis Speeds Blood Clot Resolution: Results of a Pilot Prospective Randomized Double-Blind Controlled Trial. Neurosurgery 2004; 54(3): 577-583.

62. Burger KM, <u>Tuhrim S</u>: Antithrombotic trials in acute ischaemic stroke: a selective review. Expert Opin. Emerg. Drugs 2004; 9(2): 303-312.

63. Halm EA, Hannan EL, Rojas M, <u>Tuhrim S</u>, Riles TS, Rockman CB, Chassin MR. Clinical and operative predictors of outcomes of carotid endarterectomy. J Vasc Surg 2005; 42:420-428.

64. Burger KM, <u>Tuhrim S</u>, Naidich TP: Brainstem vascular stroke anatomy. Neuroimag Clin N Am, 2005; 15:297-324.

65. Rockman CB, Halm EA, Wang JJ, Chassin MR, <u>Tuhrim S</u>, Formisano P, Riles TS. Primary closure of the artery is associated with poorer outcomes during carotid endarterectomy. J Vasc Surg 2005; 42:870-877.

66. Schonewille WJ, Singer MB, Atlas SW, <u>Tuhrim S</u>: The prevalence of micro-hemorrhage on gradient-echo MRI in acute lacunar infarction. J Stroke and Cerebrovasc Diseases 2005; 14:141-144.

67. Press MJ, Chassin MR, Wang J, <u>Tuhrim S</u>, Halm EA. Predicting medical and surgical complications of carotid endarterectomy: Comparing the risk indices. Arch Intern Med 2005, in press.

Clinical Trial Investigators' Reports

## APASS

1.  The Antiphospholipid Antibodies in Stroke Study Group (APASS): Anticardiolipin antibodies are an independent risk factor for first ischemic stroke. Neurology 1993; 43:2069-2073.

2.  The Antiphospholipid Antibodies in Stroke Study Group (APASS): Clinical, radiological, and pathological aspects of cerebrovascular disease associated with antiphospholipid antibodies. Stroke 1993; 24 (Suppl. I):120-123.

3.  The Antiphospholipid Antibodies in Stroke Study Group (APASS): Anticardiolipin antibodies and the risk of recurrent thrombo-occlusive events and death. Neurology 1997; 48:91-94.

4.  The Antiphospholipid Antibodies in Stroke Study Group (APASS): The feasibility of a collaborative double-blind study using an anticoagulant.   Cerebrovascular Diseases 1997;7:100-112.

5.  The Antiphospholipid Antibodies in Stroke Study Group (APASS): Antiphospholipid antibodies and subsequent thrombo-occlusive events in patients with ischemic stroke (APASS) Trial Investigators: Design, progress and challenges of a double-blind trial of warfarin versus aspirin for symptomatic intracranial arterial stenosis. JAMA 2004; 291:576-584.

## CLASS-T

6.  Lyden P, Jacoby M, Schim J, et al., and the CLASS IHT Study Group: The clomethiazole acute stroke study in tissue-type plasminogen activator-treated stroke (CLASS-T) final results. Neurology 2001; 57:1199-1205.

## GAIN

7.  The North American Glycine Antagonist in Neuroprotection (GAIN) Investigators: Phase II studies of the glycine antagonist GV150526 in acute stroke. Stroke 2000; 31:358-365.

8.  Sacco RL, DeRosa JT, Haley EC, Levin B, Ordronneau P, Phillips SJ, Rundek T, Snipes RG, Thompson JLP and GAIN Americas Investigators: Glycine antagonist in neuroprotection for patients with acute stroke - GAIN Americas: A randomized controlled trial.  JAMA 2001;285:1719-1728.

9.  Duncan PW, Lai SM, Bode RK, Perera S, DeRosa J and GAIN Americas Investigators: Stroke Impact Scale-16 - A brief assessment of physical function.  Neurology 2003;60:291-296.

10. Rundek T, Nielsen K, Phillips S, Johnston KC, Hux M, Watson D and GAIN Americas Investigators: Health care resource use after acute stroke in the Glycine Antagonist in Neuroprotection (GAIN) Americas trial.  Stroke 2004;35:1368-1374.

11. Haley EC Jr., Thompson JLP, Levin B, Davis S, Lees KR, Pittman JG, DeRosa JT, Ordronneau P, Brown DL, Sacco RL; for the GAIN Americas and GAIN International Investigators*.   Gavestinel does not improve outcome after acute intracerebral hemorrhage: An analysis from the GAIN International and GAIN Americas studies. Stroke 2005; 36:1006-1010.

## SONIA

12. Feldmann E and SONIA Trial Investigators Stroke Outcomes and Neuroimaging of Intracranial Atherosclerosis (SONIA): Design of a prospective, multicenter trial of diagnostic tests. Neuroepidemiology 2004;23: 23-32.

TOAST

13. Adams HP, Bendixen BH, Kappelle LJ, et al., and the TOAST Investigators: Classification of subtype of acute ischemic stroke: Definitions for use in a multicenter clinical trial. Stroke 1993; 24:35-41.

14. Gordon DL, Bendixen BH, Adams HP, et al., and the TOAST Investigators: Interphysician agreement in the diagnosis of subtypes of acute ischemic stroke: Implications for clinical trials. Neurology 1993; 43:1021-1027.

15. Albanese MA, Clarke WR, Adams HP, Woolson RF, and the TOAST Investigators: Ensuring reliability of outcome measures in multicenter clinical trials of treatments for acute ischemic stroke: The program developed for the trial of Org -10172 in acute stroke treatment (TOAST). Stroke 1994; 25:1746-1751.

16. Davis PH, Clarke WR, Bendixen BH, et al., and the TOAST Investigators: Silent cerebral infarction in patients enrolled in the TOAST study. Neurology 1996; 46:942-948.

WARSS

17. The WARSS, APASS, PICSS, HAS and GENESIS Study Groups: The feasibility of a collaborative double-blind study using an anticoagulant. Cerebrovasc Disease 1997; 7:100-122.

18. Mohr JP, Thompson JLP, Lazar RM, et al., and the WARSS Study Group: Comparison of warfarin and aspirin in the prevention of recurrent ischemic stroke. N Eng J Med 2001; 345:1444-1451.

19. Homma S, Sacco RL, MS; Di Tullio MR, et al., and the PICSS Study Group: Effect of medical treatment in stroke patients with patent foramen ovale: Patent foramen ovale in cryptogenic stroke study. Circulation 2002; 105:2625-2631.

WASID

20. Benesch C, Chimowitz MI, for the WASID investigators: Best treatment for intracranial arterial stenosis? 50 years of uncertainty. Neurology 2000, 55:465-466.

21. The Warfarin-Aspirin Symptomatic Intracranial Disease (WASID) Trial Investigators: Design, progress and challenges of a double-blind trial of warfarin versus aspirin for symptomatic intracranial arterial stenosis. Neuroepidemiology 2003; 22:106-117.

22. Chimowitz MI, Lynn MJ, Howlett-Smith H, et al. Comparison of warfarin and aspirin for symptomatic intracranial arterial stenosis. N Engl J Med 2005; 352:1305-1316.


Books

1. Reggia J and Tuhrim S (Eds.): Computer-Assisted Medical Decision-Making, Volume I, Springer-Verlag, New York, 1985.

2. Reggia J and Tuhrim S (Eds.): Computer-Assisted Medical Decision-Making, Volume II, Springer-Verlag, New York, 1985.

3. Bederson JB and Tuhrim S (Eds.): Treatment of Carotid Disease: A Practitioner's Manual, American Association of Neurological Surgeons Publications, Lebanon, NH, 1998.

Other Publications

## Editorials

1.  Tuhrim S: Blood pressure and intracerebral hemorrhage. Critical Care Medicine 1999; 27:447-448.

2.  Tuhrim S: The ICH score: a simple, reliable grading scale for intracerebral hemorrhage. Stroke 2001; 32:97.

3.  Tuhrim S, Levine SR: Hypertension + MRI changes = impaired cognition: a quantifiable formula? J Neurol Neurosurg Psychiatry 2002;72:690.

4.  Tuhrim S, Levine SR: aPL and Stroke in Young Women: More Fuel for the Stroke Risk Fire. Stroke 2002;33:2400-2401.

5.  Tuhrim S: Ethnic Disparities in Stroke Epidemiology, Acute Care, and Postacute Outcomes. Stroke 2005; 36:386-387.

6.  Tuhrim S: Ischemic Stroke. CNS Spectrums 2005;10(7)529.

7.  Tuhrim S: Aspirin use before ICH A potentially treatable iatrogenic coagulopathy? Stroke, 2005;37:4-5

## Chapters

1.  Reggia J and Tuhrim S: An overview of methods for computer-assisted medical decision making. In Reggia J and Tuhrim S (Eds), Computer-Assisted Medical Decision Making, Volume I, Springer-Verlag, New York, 1985.

2.  Tuhrim S, Reggia J and Floor M: Expert system development. In Handler J (Ed), Expert Systems: The User Interface, Ablex, Norwood, NJ, 1988.

3.  Bergey G and Tuhrim S: Neurologic assessment and management. In Wolfsthal S (Ed), Medical Preoperative Management, Appleton & Lange, San Mateo, 1989.

4.  Tuhrim S: Medical therapy of ischemic stroke. In Gordon W (Ed), Advances in Stroke Rehabilitation, Andover Medical Publishers, Boston, 1993.

5.  Tuhrim S: Prognosis of intracerebral hemorrhage. In Feldmann E (Ed), Intracerebral Hemorrhage, Futura Publishing Company, Armonk, 1994.

6.  Reggia J, Peng Y, Tuhrim S: Abductive causal models of diagnosis and their realization as connectionist models. In O'Rorke P and Josephson J (Eds), Abduction: Inventing and Evaluating Explanations, AAAI Press/The MIT Press, Cambridge, 1995.

7.  Schonewille WJ, Tuhrim S: Historical overview. In Bederson JB, Tuhrim S (Eds), Treatment of Carotid Disease: A Practitioner's Manual, AANS, Lebanon NH, 1998.

8.  Tuhrim S, Bederson JB: Patient selection for endarterectomy. In Bederson JB, Tuhrim S (Eds), Treatment of Carotid Disease: A Practitioner's Manual, AANS, Lebanon NH, 1998.

9.  Tuhrim S: Intracerebral hemorrhage. In Gilchrist JM (Ed), Prognosis in Neurology, Butterworth-Heinemann, Woburn, MA, 1998.

10.  Tuhrim S, Grotta J, Hondo H, Gryzska U:  Surgical treatment of intracerebral hemorrhage.  In Steiner T, Hacke W, Hanley D (Eds), Stroke: Emergency Management and Critical Care, Springer-Verlag, Berlin, 1998.

11.  Vagaonescu TD, Phillips RA, Tuhrim S: Seasonal, weekly and circadian variability of ischemic and hemorrhagic stroke.  In White WB (Ed), Blood Pressure Monitoring in Cardiovascular Medicine and Therapeutics, Humana Press, Totowa, New Jersey, 2001.

12.  Tuhrim S: Cerebrovascular disease and stroke. In Cassel CK (Ed), Geriatric Medicine, Springer-Verlag, New York, 2003.

13.  Flanagan SR, Tuhrim S: Stroke: Prognosis, Treatment and Rehabilitation. In Morrison SR, and Meier DE (Eds): Geriatric Palliative Care, Oxford University Press, New York, 2003.

14.  Tuhrim, S: Prognosis and outcomes following intracerebral hemorrhage.  In Acute Stroke: Bench to Bedside (Eds): Bhardwaj, A, Alhayed, NJ, Kirsch, JR Traystrman, RJ, Marcel Dekker, New York, NY, In press 2006.

## Teaching Materials

1.  Reggia J and Tuhrim S:  Neurological decision support systems.  In syllabus for American Academy of Neurology Annual Course Number 105, Computer Applications in Neurology,  pp. 41-44, American Academy of Neurology, 1984.

2.  Tuhrim S: Intracerebral hemorrhage: epidemiology of prognosis and outcome.  In syllabus for American Academy of Neurology Annual Course Number 443, Critical Care and Emergency Neurology,  pp. 127-136,  American Academy of Neurology, 1991.

3.  Tuhrim S: Cerebrovascular Disease.  In syllabus for American Society of Hypertension, American Society of Hypertension , 2000.

4.  Levine SR, and Tuhrim S: Antiphospholipid Antibodies. In syllabus for American Academy of Neurology Annual Course Number  3BS.001   Antiphospholipid Antibodies,  American Academy of Neurology, 2002.

## Letters

1.  Tuhrim S, Dambrosia JM, Price TR, Mohr JP, Wolf PA, Heyman A and Kase CS:  Prediction of intracerebral hemorrhage survival. Annals of Neurology 1989; 26:168.

2.  Tuhrim S and Weinberger J:  Basilar artery occlusion. Archives of Neurology 1989; 46:946.

3.  Tuhrim S, Dambrosia JM, Price TR, Mohr JP, Wolf PA, Hier D and Kase CS: Intracerebral hemorrhage; external validation and extension of a model for prediction of 30-day survival (reply).  Annals of Neurology 1992; 32:226.

4   Schonewille WJ, Tuhrim S, Stacy C: Craniotomy: An aggressive approach in severe encephalitis. Neurology 1997; 49:1476.

5   Begeman M, Rowan JA, Tuhrim S:  Treatment of refractory complex-partial status epilepticus with proprofol (reply).  Epilepsia 2000; 41:105-109.

Reprinted Articles

1. Tuhrim S and Reggia J: An introduction to computer-assisted medical decision making I. In McDonald CJ (Ed), MD Computing Benchmark Papers Volume I: Buying Equipment and Programs for Home or Office, Springer-Verlag, New York, 1987 (reprinted from MD Computing).

2. Reggia J and Tuhrim S: An introduction to computer-assisted medical decision making II. In McDonald CJ (Ed), MD Computing Benchmark Papers Volume I: Buying Equipment and Programs for Home or Office, Springer-Verlag, New York, 1987 (reprinted from MD Computing).

3. Tuhrim S and Reggia J: Computer use in patient care. Infections in Medicine 1987; 4(8):379-385. (reprinted from Infections in Surgery).

4. Tuhrim S and Reggia J: Management of Transient Ischemic Attacks. In Practical Therapeutics, AAFP, Kansas City, 1988 (reprinted from American Family Physician).

RECENT ABSTRACTS (not yet published as full manuscripts):

1. Tuhrim S, Roman S, Weinberger J, Horowitz, DR, Goldman M, Godbold J: Does risk of stroke associated with diabetes differ by ethnicity? Stroke 1996; 27:165.

2. Tuhrim S, Godbold J, Smith D, Horowitz R, Weinberger J, Goldman M, Le N-A: Ethnic differences in stroke risk associated with lipid levels. Neurology 1996; 46 (Suppl):A405.

3. Roman SH, Godbold J, Horowitz DR, Weinberger J, Goldman M, Tuhrim S: Is undiagnosed diabetes a risk factor for stroke in ethnic minorities ? Diabetes 1996; 45 (Suppl 2): 146A.

4. Schoneville WJ, Sheinart KF, Tuhrim S, Godbold JH: Silent cerebral infarction in first-ever stroke in the minorities risk factors and stroke study. Stroke 1997; 28:267.

5. Sheinart KF, Tuhrim S: Stroke severity in atrial fibrillation. Neurology 1997; 48 (Suppl 2):A160.

6. Tuhrim S, Goldman ME, David O, Horowitz DR, Weinberger JM, Godbold JH: Left ventricular mass is an independent stroke risk factor in a multiethnic cohort. Neurology 1997; 48 (Suppl 2):A84.

7. Schonewille WJ, Tuhrim S: Left ventricular hypertrophy on EKG is an independent risk factor for stroke. Neurology 1997; 48 (Suppl 2):A160.

8. Tuhrim S, Godbold JH, Goldman ME, Weinberger J, Horowitz DR: A multivariate model of stroke risk in a multiethnic population. Stroke 1998; 29:323.

9. Goldman ME, Godbold J, David O, Weinberger J, Horowitz D, Rand J, Tuhrim S: Is the rate of decline of left ventricular diastolic compliance similar among ethnic groups? JACC 1998; 31 (suppl A):405A.

10. Sheinart K, Brenner B, Baker JM, Tuhrim S: Community stroke education program (COSTEP) increases stroke knowledge among the elderly. Neurology,1999; 52 (Suppl 2):A7.

1. Horowitz DR, Khademi A, Gumprecht JP, Tuhrim S, Rand J: When is a false positive VDRL really positive? Neurology 1999; 52(Suppl 2):A507.

2. Flanagan SR, Tuhrim S, Cash B: Determination of stroke etiology prior to rehabilitation admission. Amer J Rehab Med 1999;

13. Butkevich A, Sheinart K, Tuhrim S, Phillips RA: Is reverse white coat hypertension a common entity? Hypertension 1999; 34(2):353.

14. WARSS APASS PICSS HAS GENESIS: Representativeness of nonrandomized substudies within a randomized trial: The WARSS/APASS/PICSS/HAS/GENESIS collaboration. Stroke 1999; 30:257.

15. Levine SR, Brey RL, Tilley BC, Thompson JLP, Sacco RL, Triplett DA, Costigan T, Mohr JP, and the WARSS-APASS Collaborative Study Investigators: The WARSS-APASS Collaborative Study: A prospective, multicenter study of the significance of antiphospholipid antibodies in large, ischemic stroke cohort. J Autoimmunity 1999; Supplement: 38.

16. Banks LT, Delman B, Naidich T, Tuhrim S: Diffusion- weighted MRI in acute brainstem infarction. Neurology 2000; 54 (suppl 3): A143.

17. Sheinart KF, Mahboob R, Phillips RA, Butkevich A, Godbold JH, Tuhrim S: Does hypertension history and anti-hypertensive medication use influence dipper status?    Neurology 2000; 54 (Suppl 3): A143.

18. Tuhrim S, Godbold JH, Goldman ME, Horowitz DR, Weinberger JM, Wu Xiao-Xuan, Rand JR : Can the lack of association between antiphospholipid antibodies and stroke recurrence be explained by their failure to persist? Arterioscler Thromb Vasc Biol 2002; 22(5) P375.

19. Smith DA, Ho WL, Karson TH, Kannry JL, Tuhrim S, Birketvedt GS, Phillips RA. "Physician acceptance of point of care devices in cardiovascular risk factor management: Early experience from a randomized trial". J Am Coll Cardiol 2002; 39(Suppl A): 449a.

20. Rafey MA, Birketvedt GS, Ho WL, Karson TH, Smith DA, Stein B, Tuhrim S, Phillips RA. "Adherence to JNC VI guidelines in diagnosing hypertension in a primary care practice in an urban teaching hospital". Am J Hypertens 2002;15:4 (Suppl 1) A92.

21. Birketvedt GS, Rafey MA, Stein B, Ho WL, Karson TH, Smith DA, Tuhrim S, Phillips RA. "Impact of the World Trade Center Disaster on blood pressure level and depression in a primary care in a hospital in new york city". Am J Hypertens 2002; 15:4 (Suppl 1) A92.

22. Li W, Tuhrim S: Prevalence of stroke risk factors among three ethnic populations of stroke patients in New York City. J Am Geriatr Soc 2003; 51: (4) (Suppl S) 397.

23. Phillips RA, Karson TH, Birketvedt GS, Ho W, Smith DA, Tuhrim S, Rafey M, Rolnitzky L, Wallenstein S. The effect of chart review, feedback, and a hand-held management program on blood pressure control in hypertensive patients: The PROMPT study. J Am Coll Cardiol 2004;43:484A.

24. Weiskopf EE, Phillips RA, Sheinart K, Moshier E, Godbold J, Tuhrim S. Increased Differences in Sleep-Wake Blood Pressures Are associated with Decreased Risk of Stroke. Neurology 2004; 62: (7) (Suppl 5) A242.

25. Nicholson Y, Tuhrim S. Does the Underuse of Appropriate Medication as a Function of Patient and Physician Behavior Influence Early Stroke Recurrence Rates? Neurology 2004; 62: (7) (Suppl 5) A265.

26. Smith DA, Birketvedt GS, Karson TH, Wallenstein S, Ho W, Tuhrim S, Stein B, Rafey M, Phillips RA. Palm-held digital assistants and periodic physician feedback demonstrate no incremental value in achieving LDL-cholesterol goals. Circulation 2004; 110 (suppl III): III-801. Abs3702.

27. Tuhrim S, Cooperman A, Chassin M. Are effective stroke prevention strategies adequately employed in the months following hospital discharge. Neurology 2005; 64:(6) Suppl 1. A424.