UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION No:   3:02CV01001AWT


TRACY BOLWELL,                           :

     Plaintiff                          :

     -v-                                :

DURAMED PHARMACEUTICALS, INC.,           :
et al.,                                  :

     Defendants                         :


- 0 -

The deposition of **STANLEY TUHRIM, M.D.**, taken before Barbara Bennett-Calkins, Court Reporter and Notary Public in and for the State of New York, at the law offices of Bingham McCutchen LLP, 399 Park Avenue, New York, New York, on the 12th day of June, 2006, beginning at the hour of 1:00 p.m.

- 0 -


**TAMMY G. LOY, CVR-CM**
Certified Court Reporter
1500 East College Way
Suite A-378
Mount Vernon, WA  98273
(360)941-5800

EXHIBIT

S

Page 34

1  Q. Is it also important to know the time of
2  ingestion in relation to knowing when the stroke actually
3  started?
4  A. That is what I was referring to, I am not sure
5  what you're asking differently.
6  Q. I am referring to more if the stroke started and
7  then PPA was taken, would that be an important criteria to
8  consider?
9  A. Yes, it would.
10 Q. And why is that?
11 A. Well, if the PPA were ingested after the stroke
12 occurred, it would be difficult to state that the PPA was
13 the cause of that stroke. It may have been, in that
14 instance, a contributor to some subsequent event, but it's
15 hard to see how it could have caused the original event,
16 if it weren't ingested prior to the event.
17 Q. Do you know how long it takes for PPA to become
18 active in the body after ingestion?
19 A. No, I do not.
20 Q. Do you know how long PPA remains active in the
21 body once ingested?
22 A. Not precisely, no.
23 Q. Do you know what the half life of PPA is?
24 A. I don't recall.
25 Q. Do you know how many half lives are required

Page 35

1  until all PPA is eliminated from the body?
2  A. By half lives you're referring to a half life in
3  the blood, I take it?
4  Q. Correct.
5  A. Then the answer to that would be no.
6  Q. Why is it important for you to consider what
7  type of stroke occurred when determining whether or not
8  the ingestion of PPA caused the stroke?
9  A. That's an important consideration because I
10 think that the evidence for hemorrhagic stroke is very
11 clear cut, that is the evidence for PPA being related to
12 hemorrhagic stroke. With regard to ischemic stroke, I
13 have not really reviewed that literature in the same
14 depth, and so really have not formulated an opinion with
15 regard to whether PPA causes ischemic stroke.
16 Q. And you also mentioned that you also consider
17 other contributing factors, why is it important to
18 consider other contributing factors when determining
19 whether or not PPA caused or contributed to a stroke?
20 A. Because again I think it would be difficult to
21 say that PPA is the sole cause of a stroke when, in fact,
22 there's another major and obvious cause of that stroke.
23 Q. As your opinion relates to Tracy Bolwell, is it
24 your opinion that PPA was the sole cause of her stroke or
25 that it was a contributing cause of her stroke?

Page 36

1  A. I believe that it was either the major
2  contributor to her stroke or, in fact, in all likelihood,
3  the sole cause of her stroke.
4  Q. What evidence do you have or can you point to in
5  the record as to when Tracy Bolwell ingested PPA?
6  A. According to my report, the testimony given in
7  Ms. Bolwell's deposition was that at approximately 3:00
8  p.m., on January 21, 1997, she took a single pill of a
9  product that contained PPA. And a second pill of that
10 same product at approximately 9:00 p.m. that same day.
11 Q. Do you know how much PPA was contained in each
12 one of those pills?
13 A. According to the medical records, 75 milligrams.
14 Q. Did you see references in the materials you
15 reviewed about Tracy Bolwell vomiting around the time that
16 she took the second dose?
17 A. I don't recall. I do recall that she vomited,
18 but I don't recall the precise time.
19 Q. If she had vomited shortly after ingesting PPA,
20 what effect if any would that have had on the impact that
21 the PPA would have on her body?
22 A. Well, if she vomited stomach contents before the
23 PPA had, in fact, passed through the stomach, then it's
24 possible that it may have been expelled along with the
25 other vomitus and therefore not had an opportunity to be

Page 37

1  ingested.
2        However, according to my report, she
3  developed the worst headache she had ever had 45 minutes
4  after ingesting the second pill. And at some point after
5  that, I presume, is when the vomiting occurred.
6  Q. Do you have any evidence that you can point to
7  that that actually was the course of events, that the
8  vomiting was subsequent to the headache?
9  A. I don't have the medical records with me. We
10 could certainly review them if you have them available.
11 Q. In your recollection, do you know if that was,
12 in fact, the case?
13 A. I can only relate what I have in my report, I
14 don't have a precise recollection of what I reviewed at
15 the time.
16 Q. You mentioned a few minutes ago that there's
17 various literature setting forth the idea that there's
18 some dose-related phenomenon with PPA and that higher
19 dosages lead to a higher risk of stroke. Do you know at
20 what dose that increased risk is seen?
21 A. No, I do not. And I am not sure that there's
22 necessarily an increased risk with a particular higher
23 dose.
24 Q. What is your understanding of what the
25 recommended dose of PPA is?

### Page 38

1  A. I don't recall.
2  Q. Do you know if Tracy Bolwell was taking the
3  recommended dose or greater or less than the recommended
4  dose?
5  A. As far as I know, she ingested only the two
6  pills, which would have been no greater than the
7  recommended dose.
8  Q. In forming your opinion that Tracy Bolwell's
9  ingestion of PPA was either a major contributor or the
10 cause of her stroke, what other contributing factors did
11 you rule out, if any?
12 A. I was primarily concerned with whether she may
13 have had a vascular anomaly preexisting that could have
14 led to the intracerebral hemorrhage that she suffered.
15 The report of the angiogram that was performed at I
16 believe Yale New Haven Hospital -- I am sorry the
17 angiogram was actually performed prior to her being
18 transferred to Yale, but was reviewed at Yale.
19      So the angiogram that was actually
20 performed at Vassar Brother's Hospital showed no evidence
21 of preexisting anomaly such as an aneurism or a arterial
22 venous malformation, but did show multiple areas of
23 narrowing and beating in all the visualized arterial
24 territories, particularly involving middle size and distal
25 branches.

### Page 39

1  Q. Did you rule out any contributing factors other
2  than vascular anomaly in determining the cause of Tracy
3  Bolwell's stroke?
4  A. The only other factor in her medical history
5  that could possibly be related to intracerebral hemorrhage
6  is the fact that she had a history of smoking at least a
7  pack of cigarettes a day daily, which in some reports,
8  although not most, has been associated with an increased
9  risk of intracerebral hemorrhage.
10      She did not have any history of
11 hypertension, nor for that matter was she hypertensive
12 during most of her hospitalization, hypertension being the
13 major risk factor for intracerebral hemorrhage.
14 Q. How is it that you ruled out smoking as a
15 potential cause of Tracy Bolwell's stroke?
16 A. Smoking is not viewed as a cause of
17 intracerebral hemorrhage. There have been a couple of
18 reports that suggest some increased risk of intracerebral
19 hemorrhage associated with cigarette smoking, but the
20 preponderance of the epidemiologic data would suggest that
21 that association, if it exists at all, is quite weak.
22      In our own data from the minorities risk
23 factors and stroke study, there was no association
24 whatsoever between either cigarette smoking or serum
25 cotinine levels, serum cotinine being a marker of

### Page 40

1  cigarette smoking and the occurrence of intracerebral
2  hemorrhage.
3  Q. Have you seen reports that Tracy Bolwell smoked
4  as much as three packs a day at the time of her stroke?
5  A. I don't recall the specifics of the reports. I
6  know that she was stated as being a smoker with varying
7  mentions of her -- the quantity of her smoking. And I
8  believe in my report I say that she smoked at least one
9  pack a day.
10 Q. Would it matter to you if indeed she was smoking
11 as much as three packs a day?
12 A. Well, I can tell you that smoking three packs a
13 day is not good for your health, but it wouldn't change my
14 opinion with regard to the relationship between cigarette
15 smoking and intracerebral hemorrhage.
16 Q. Would you agree with me that the risk of
17 intracerebral hemorrhage increases with an increased
18 number of cigarettes smoked per day?
19 A. I am not aware of any evidence to that effect,
20 at least in the majority of reports that have looked at
21 the issue of cigarette smoking and intracerebral
22 hemorrhage.
23 Q. But you do agree that cigarette smoking
24 increases the risk of intracerebral hemorrhage?
25 A. No, I believe that what I stated is that the

### Page 41

1  preponderance of the report suggests that there is no
2  relationship, including our own data, but that there are
3  some reports that suggest that there is a weak association
4  between cigarette smoking and intracerebral hemorrhage.
5  And by weak, I simply mean not a very high odds ratio, but
6  in some instances at least an association.
7  Q. Any other potential contributing factors you
8  ruled out in reaching your opinion about the cause of
9  Tracy Bolwell's stroke?
10 A. Well, I was not able to identify any risk
11 factors other than what I have discussed already. There
12 are obviously other factors which may contribute to
13 intracerebral hemorrhage, but none of them were present.
14      For example, she had not had a large amount of
15 alcohol to drink that day or the day before, or as far as
16 I know, in general.
17 Q. How do you know she did not have large amounts
18 of alcohol to drink?
19 A. I didn't see any reference to that in any of the
20 documents that I reviewed.
21 Q. What other risk factors are there for
22 intracerebral hemorrhage?
23 A. I think we have discussed the major ones, at
24 least in terms of a population attributable risk.
25 Q. What is the mechanism by which in your opinion

Page 42

1  PPA caused Tracy Bolwell's stroke?
2      A. I don't actually have an opinion as to what
3  causes intracerebral hemorrhage as it relates to PPA
4  ingestion. There was an indication on the angiogram that
5  there were changes in her blood vessels that would be
6  consistent with a vasculopathy that has been reported to
7  be caused by PPA.
8          I think that it's unclear that that's the
9  mechanism by which PPA causes stroke in general, or for
10 that matter, even in specific cases.
11         But clearly, there were those changes
12 described on this angiogram and were sufficiently
13 convincing that she was treated for a so-called
14 vasculitis.
15     Q. And if it's unclear at least to you as to the
16 vasculopathy being the mechanism causing the stroke, why
17 is it significant that that finding was made on her
18 angiogram?
19     A. Simply because that is a change in the blood
20 vessel, the appearance of the blood vessels that has been
21 reported to be caused by PPA. There are too few reports
22 of such changes to be certain that that really represents
23 the sole cause of intracerebral hemorrhage in people who
24 have PPA-related hemorrhages.
25         And since there are certainly some people

Page 43

1  who have had PPA-related hemorrhages who have not had
2  those changes, there must be some additional mechanism or
3  at least mechanism which while related to a vasculopathy
4  may not result in an angiographically demonstrable change.
5          There have been various other mechanisms
6  proposed as to what the cause for the hemorrhagic stroke
7  may be, related to PPA. But I don't know that I am
8  prepared to state that I have an opinion as to precisely
9  what the cause is, in all cases or even any specific case.
10     Q. Okay?
11     A. Could we just take a brief break?
12     Q. Sure. We sure can.
13         (Brief recess taken.)
14     Q. Dr. Tuhrim, we were speaking before the break
15 about the vasculopathy seen on Tracy Bolwell's angiogram.
16 Are there other reasons other than the ingestion of PPA
17 that could explain that vasculopathy?
18     A. Not in this specific case. The appearance on
19 the angiogram is not specific to what is likely to be a
20 vasculopathy associated with PPA but could be seen in
21 other circumstances. For example, in people who had
22 ingested cocaine or in people who had suffered a
23 subarachnoid hemorrhage, three or so or more days
24 previously, but in this instance, the only cause that
25 would seem to be possible, given this individual's

Page 44

1  history, would be the ingestion of PPA.
2      Q. Well, what are some other potential causes for
3  that appearance?
4      A. Well, I believe I just mentioned two of them.
5      Q. Are there any others or are those the only two?
6      A. Those are the two most likely. In addition, the
7  description in the medical record was of vasculitis, which
8  I am not sure is actually a cause so much as another name
9  given to that appearance. But the causes of vasculitis
10 include various autoimmune diseases and, in fact, that was
11 what she was treated for, a quote, vasculitis.
12     Q. Are there any other causes for vasculitis other
13 than autoimmune diseases?
14     A. Well, probably the largest group of patients
15 with vasculitis of the central nervous system have what is
16 referenced to as isolated angiitis of the Central Nervous
17 System which, in fact, has no demonstrable cause, but a
18 very different clinical history from the one that Tracy
19 Bolwell manifested.
20     Q. Okay, but I guess I am not sure if that answers
21 my question or not. You mentioned the autoimmune diseases
22 as causing vasculitis; are there any other disease
23 processes or events that would lead to vasculitis?
24     A. I am not sure. The term vasculitis implies
25 inflammation of the blood vessel. It's probably a

Page 45

1  misnomer in that the appearance of what we term vasculitis
2  is in many instances probably not an inflammation at all,
3  but we are really not entirely clear as to what the
4  etiology is.
5          In instances in which there is an
6  inflammatory process that affects the blood vessels in and
7  around the brain, at some level it is thought to be immune
8  mediated, that is having to do with the body's immune
9  system.
10         And whether that really represents an
11 autoimmune process depends upon exactly how one defines
12 it, but it would appear to be something which is
13 instigated by a foreign agent of some sort that then
14 triggers a response that is directed toward the blood
15 vessels in and around the brain.
16     Q. And if I understand you correctly, that could
17 include various bacterial or viral infections?
18     A. No, I am not sure that there's any good evidence
19 that certainly in the vast majority of cases that
20 bacterial infections trigger this process. There's one
21 specific example of a viral etiology that I can think of
22 involving herpes zoster which is the virus that commonly
23 causes chicken pox.
24         And there actually are perhaps certain
25 bacterial agents which result in this autoimmune process,

Page 50

1    Q. If the vasospasm was indeed caused by the
2    ingestion of PPA, wouldn't you expect to see that resolved
3    once the PPA was eliminated from the body?
4    A. No, not necessarily.
5    Q. Why not?
6    A. Because we don't really understand the mechanism
7    behind the creation of that appearance. You are using the
8    term vasospasm, I use the term vasculopathy, we don't know
9    precisely what causes it. We do know that in other
10   contexts that are less unusual, such as subarachnoid
11   hemorrhage, where again we don't know the precise
12   mechanism by which this sort of appearance occurs, we do
13   not know that the appearance itself, in many instances,
14   long outlives the trigger, namely the blood in the
15   subarachnoid space.
16         So, in fact, that's more often the case
17   than not. So I don't know that there's necessarily a
18   temporal relationship between the ingestion of the PPA and
19   the appearance on the angiogram other than we presume that
20   in order for the PPA to cause whatever it is that's going
21   on, it would have to occur before whatever it is that's
22   going on occurred.
23   Q. Would you agree or disagree that the hemorrhage
24   itself could cause the appearance of beading as seen on
25   the angiogram, the vasculopathy?

Page 51

1    A. I think that that would be extraordinarily
2    unlikely.
3    Q. Why is that?
4    A. Because, intracerebral hemorrhage, in general,
5    does not cause this sort of appearance. Subarachnoid
6    hemorrhage may produce an appearance somewhat like that,
7    but in that situation, it's generally subarachnoid
8    hemorrhage, secondary to the rupture of an intracranial
9    aneurism.
10         In this instance, there was no evidence of
11   any intracranial aneurism and the bleeding occurred in the
12   area of the right basal ganglia and hemorrhages in the
13   area of the right basal ganglia are not associated in
14   general with this sort of angiographic appearance.
15         We, and when I say we, I mean the medical
16   community, stroke neurologists, neuroradiologists in
17   particular, infer that the problem with the blood vessels
18   came first and was in some way causative of the
19   hemorrhage, rather than the other way around.
20   Q. I think you mentioned earlier that one of the
21   potential causes for what was described as vasculitis in
22   Ms. Bolwell's medical records would be, I have got written
23   down here, isolated vasculitis of the Central Nervous
24   System?
25   A. I mentioned the term isolated angiitis of the

Page 52

1    Central Nervous System, I didn't state that it was in the
2    medical record, it may have been, but I mean, that just
3    isn't what I actually said.
4    Q. That wasn't -- at least I didn't mean that to be
5    my question. I believe my underlying question was
6    something to the effect of what other conditions could
7    account for the appearance on Tracy Bolwell's angiogram.
8          And I believe that was one of the potential
9    causes, not necessarily in your opinion for Tracy
10   Bolwell's, but one of the possible causes for vasculopathy
11   or vasculitis.
12         When you refer to isolated vasculitis of
13   the Central Nervous System, is that the same as primary
14   angitis of the Central Nervous System?
15   A. Yes, those two terms tend to be used
16   interchangeably.
17   Q. Are you familiar with the condition referred to
18   as I believe benign angiopathy of the Central Nervous
19   System?
20   A. No, I don't know that I have heard that
21   particular phrase used.
22   Q. Have you heard the phrase benign angiitis of the
23   Central Nervous System?
24   A. No, I am not familiar with that term.
25   Q. Is there anything significant to you about the

Page 53

1    resolution of Tracy Bolwell's symptoms after her stroke in
2    determining causation?
3    A. Well, to some extent, that is what I was
4    referring to by the monophasic nature of the process. It
5    would suggest that something happened at a certain point
6    in time that caused the problem that then either was no
7    longer present or whose effect was no longer present. And
8    so the situation resolved.
9    Q. Were you surprised at her recovery from the
10   stroke?
11   A. Not particularly, I think it would be a scenario
12   that would be pretty much what I would expect from a
13   PPA-induced basal ganglion hemorrhage in a relatively
14   young person.
15   Q. Did you see a notation in Tracy Bolwell's
16   medical records while she was at Vassar Brother's Hospital
17   where her treating physician remarked on her incredible
18   recovery and wondered if she had an underlying problem
19   with her right basal ganglia prior to the hemorrhage?
20   A. I don't recall that specific note.
21         MS. HAGEMAN: Go ahead and mark this as
22   Exhibit 4.
23         (Exhibit 4, Vassar Brother's Hospital
24   progress record, is marked for identification at this
25   time.)

Page 58

1  patients having, for lack of a better phrasing, more
2  severe results and one subset of patients experiencing
3  relative benign results?
4      A. I know that people have talked about more benign
5  cases and more severe cases. I don't know that there are
6  two clear cut categories that are well recognized. This
7  is a fairly murky area in terms of the diagnosis and
8  treatment of this entity that we are discussing.
9      Q. In reviewing the records then that you were
10 provided of Tracy Bolwell, I take it that you weren't
11 able, and perhaps didn't attempt, to rule out whether or
12 not Tracy Bolwell had the more benign form of primary
13 angiitis?
14     A. As I believe I have already stated, I don't
15 believe that her clinical presentation and history are
16 consistent with primary angiitis of the nervous system.
17     Q. And why is that?
18     A. Because primary angiitis of the nervous system
19 typically presents in a projomol (phonetic) fashion with a
20 period of weeks or months of headaches followed by some
21 focal neurologic deficits, in some instances, and
22 cognitive derangements, and then, more typically ischemic
23 rather than hemorrhagic stroke.
24         Intracerebral hemorrhage following a
25 severe, the onset of a severe headache, by a matter of

Page 59

1  minutes or hours, is not the clinical history that we
2  associate with primary angiitis of the nervous system.
3      Q. And do you know if that holds true for the more
4  benign form of primary angiitis?
5      A. Well, you keep referring to that more benign
6  form of primary angiitis and I have already said a couple
7  of times that I am not familiar with any specific
8  categorizations of benign, I don't know what the other
9  term would be, form.
10     Q. Are you familiar with the term granulomatous
11 angiitis of the Central Nervous System?
12     A. Granulomatous angiitis of the nervous system is
13 yet another term that is used for the same entity that we
14 have been discussing.
15     Q. Same as primary angiitis or isolated vasculitis?
16     A. Of the Central Nervous System.
17     Q. Of the Central Nervous System.
18     A. Granulomatous simply refers to a particular
19 finding on the histologic finding typically on biopsy that
20 wasn't present on this biopsy.
21     Q. Did you find any significance in the results of
22 or her unremarkable results of the cerebral spinal fluid?
23     A. That the, the fact that the cerebral spinal
24 fluid didn't demonstrate bleeding indicates that there was
25 not subarachnoid hemorrhage. The fact that there was not

Page 60

1  an elevated protein in the cerebral spinal fluid would
2  argue against a process such as isolated angiitis of the
3  nervous system, which the most common finding is an
4  elevated CFS protein and frequently there are at least
5  some white blood cells or some increase in the white blood
6  cell count.
7      Q. You indicate in your report that there was no
8  evidence of any coagulopathy or cause of hemorrhage, what
9  evidence do you rely upon to rule out or to say that
10 there's no evidence of any coagulopathy?
11     A. I don't recall the specific blood tests that
12 were done, but we could look at the record and see
13 precisely what they did. Suffice to say that they did do
14 a number of tests which would indicate that the patient
15 was more likely than average to bleed or had some evidence
16 of problems with clotting, clotting mechanisms in her
17 body, none of which were present.
18     Q. Do you know if a factor five test was done?
19     A. I believe you're referring to the presence of
20 what is called a Factor V Leiden.
21     Q. Correct?
22     A. I don't know precisely whether or not that was
23 done, but a Factor V Leiden is something greater leads to
24 a greater than average propensity to clot, not a tendency
25 to bleed. It's a mutation in one of the clotting factors

Page 61

1  in factor five.
2      Q. So that would be more likely to be a risk factor
3  for ischemic stroke?
4      A. Well, it's debatable whether it's a risk factor
5  for ischemic stroke, it's probably a risk factor for
6  venous thrombus, whether it alone is associated with an
7  increased risk for ischemic stroke is unclear.
8          And I should clarify that the mutation is
9  in the gene, not in the clotting factor itself but in the
10 gene that produces the clotting factor.
11     Q. The gene that produces --
12     A. The clotting factor, that is related to the
13 production of the clotting factor.
14     Q. Were you able to rule out postpartum cerebral
15 angiopathy as a potential cause or a potential risk factor
16 for Ms. Bolwell's stroke?
17     A. I don't believe that that was ever a
18 consideration. When was the partum, as to say when did
19 Ms. Bolwell give birth?
20     Q. She had had a miscarriage approximately three
21 months prior to her stroke.
22     A. If that's the event that you're referring to,
23 then there's no reason to think that that would in any way
24 be related to a vasculopathy three months later.
25     Q. Why is that?

Page 62

1   A. It's simply not associated.
2   Q. Were you aware that she had been pregnant and
3   miscarried?
4   A. I don't recall. I would not have viewed a
5   miscarriage three months prior to this event as being
6   related.
7   Q. If PPA caused the vasculopathy seen on Ms.
8   Bolwell's angiogram, when would you expect to see a
9   resolution of that beading or vasculopathy?
10  A. I don't know the answer to when, to expect a
11  resolution on the angiogram, I think there have been far
12  too few cases of demonstrable beading on the angiogram
13  related to PPA to know what the precise time course would
14  be for the resolution of that appearance.
15      As I mentioned previously, in other clinical
16  scenarios, it's highly variable and may be protracted.
17  Q. Did you consider Ms. Bolwell's family history at
18  all in reaching your opinion on causation?
19  A. I certainly looked at whatever records there may
20  have been with regard to what her family history was, I
21  don't recall anything in the family history being of
22  significance.
23  Q. Would you find it significant that her mother
24  had a history of deep vein thrombosis?
25  A. With regard to a cause for her intracerebral

Page 63

1   hemorrhage, I am not sure that I would.
2   Q. When you say you're not sure that you would, are
3   there circumstances where you would find that to be
4   significant?
5   A. I should have been more precise; I can't imagine
6   a circumstance in which there would be a relationship
7   between a mother's deep vein thrombosis and a daughter's
8   basal ganglia hemorrhage, though if I had enough time to
9   think about it, I could possibly concoct some scenario,
10  but certainly nothing came to mind.
11  Q. Did you see that her family had a history of
12  skin problems in the records?
13  A. I may have, I don't recall.
14  Q. Would you attribute any significance to the
15  family have a history of skin problems?
16  A. I wouldn't know what is meant by the term skin
17  problems.
18  Q. Is deep vein thrombosis indicative of an
19  autoimmune disorder?
20  A. There are some autoimmune disorders and I am
21  thinking now primarily of Lupus, which may be associated
22  with deep vein thrombosis, but in general deep vein
23  thrombosis is not caused by an autoimmune process.
24  Q. Did you consider any of Tracy Bolwell's personal
25  medical history in developing your opinion?

Page 64

1   A. I considered whatever information I had with
2   regard to Tracy Bolwell's medical history in formulating
3   my opinion.
4   Q. Did you have any of her history from prior to
5   the incident, prior to her presentation on January 21,
6   1997?
7   A. I believe I did, I had whatever information was
8   contained in the various medical records that I listed.
9   Q. Were you aware that she experienced seizures at
10  a young age?
11  A. I may have been aware of that.
12  Q. Would you put any significance in her having
13  seizures at an early age?
14  A. With respect to suffering a basal ganglia
15  hemorrhage?
16  Q. Correct.
17  A. In theory there could be some relationship
18  between the two, for example, an arterio venous
19  malformation may cause seizures and obviously may cause
20  intracranial bleeding. But there's no evidence that Ms.
21  Bolwell had an AVM.
22  Q. Is it possible that, we keep talking about
23  whether or not she's she had any vascular anomalies, that
24  when she had the hemorrhage, the hemorrhage itself would
25  have obliterated the vascular anomaly?

Page 65

1   A. That is a theory which is sometimes advanced to
2   explain things which are otherwise unexplainable, but just
3   like unicorns, it's impossible to either prove or disprove
4   the existence of something in the past which no longer
5   exists and which we have no evidence for ever having
6   existed.
7   Q. So there's no way that you can say definitively
8   that Tracy Bolwell didn't have a vascular anomaly prior to
9   her hemorrhagic stroke?
10  A. In the same way that I can't say definitively
11  that unicorns never existed.
12  Q. Were you aware that Tracy Bolwell suffered head
13  trauma in a car accident at the age of 18?
14  A. I recall something about previous head trauma,
15  but I don't recall the age or the circumstances.
16  Q. Would that have any significance on your
17  opinion, if she had suffered head trauma in a car
18  accident?
19  A. Again, no, if there was some evidence on the
20  angiogram that there was some vascular anomaly, one might
21  question whether that vascular anomaly might have been the
22  sort of thing that could have arisen from preexisting
23  trauma, but there was no evidence of anything of that
24  sort, for example, an arterial dissection.
25  Q. Were you aware that Tracy Bolwell previously

Page 74

1  MS. HAGEMAN: Thank you very much.
2  THE WITNESS: My pleasure.
3
4
5
6  (Whereupon the deposition was concluded at
7  4:00 p.m.)

Page 76

STATE OF NEW YORK )
                  ss.
COUNTY OF ALBANY )

I, Stanley Tuhrim, have read the foregoing record of my testimony taken at the time and place noted in the heading hereof, and I do hereby acknowledge it to be a true and accurate transcript of same.

_____
STANLEY TUHRIM, M.D.

DATED: _____

Sworn to before me this _____
day of _____, 2006____

_____
Notary Public

Page 75

STATE OF NEW YORK
              ss:
COUNTY OF ALBANY

I, Barbara Bennett-Calkins, Shorthand Reporter and Notary Public duly and qualified in and for the State of New York do hereby certify that the foregoing transcript is a true and correct transcript of my original stenographic notes to the best of my ability.

_____
BARBARA BENNETT-CALKINS

Page 77

INDEX

Witness:                                Page:
STANLEY TUHRIM
Examination by:
MS. HAGEMAN                              4

EXHIBITS

No.  Description:                              Page:
1    notice of deposition                      6
2    Dr. Tuhrim's report                       14
3    Dr. Tuhrim's CV                           24
4    Vassar Brother's Hospital progress record 53
5    Tracy Bolwell's medical record dated      68
     2-3-97

REQUESTS

Copies of any correspondence Mr. Meneo's
office sent to Dr. Tuhrim, as well as    13
copies of any of the reports or
affidavits prepared by him in any other
PPA-containing litigation
additional cases that aren't included in  73
Dr. Tuhrim's report

20 (Pages 74 to 77)

891ec82b-2dd4-4e8a-8f59-ee50f5e1d900