## Jeanette Wasserstein

## CURRICULUM VITAE

**EDUCATION:**

| | |
|---|---|
| 1988 | Two years post-doctoral studies in Medicine, Yale University School of Medicine |
| 1981 | *Ph.D.* Cognitive Neuropsychology, City University of New York |
| 1976 | *M.A.* Developmental Psychology, Teachers College of Columbia University |
| 1972 | *B.A.* Psychology, *cum laude*, Barnard College of Columbia University |

**LICENSURE:**   Psychologist, New York State No. 007457, 1982

**PROFESSIONAL EXPERIENCE:**

<u>Selected Academic Appointments:</u>

| | |
|---|---|
| 1996-Current | *Assistant Clinical Professor*, Department of Psychiatry, The Mount Sinai School of Medicine: Supervision in Division of Clinical Neuroscience, *Voluntary Faculty* in the School Problem Center (1993-1996) and Holocaust Clinic (1996-1997). |
| 1993-Current | *Adjunct Faculty*, Graduate Department of Neuropsychology, Queens College, City University of New York: Supervision of doctoral and post-doctoral candidates. |
| 1992-2001 | *Faculty Member*, The Institute for Child, Adolescent and Family Studies (ICAFS): Lecture series in basic neuropsychology. |
| 1982-1986 | *Lecturer*, Department of Neurosurgery, The Mount Sinai School of Medicine: Neuroscience research and supervision of house stuff. |
| 1980-1984 (Adjunct-1986) | *Assistant Professor*, Graduate Faculty, Department of Psychology (Clinical Division), The New School for Social Research: Director of neuropsychology training and research. |

EXHIBIT U   Blumberg No. 5119

1

Selected Clinical Positions:

| | |
|---|---|
| 1989-Current | *Co-Director*, Comprehensive Neuropsychological Services (CNS): Group private practice: Neuropsychological evaluations/consultations, psychotherapy with the cognitively compromised and their families (preschool through adult). |
| 1989-1990<br>1981-1986 | *Attending Psychologist*, City Hospital Center at Elmhurst, Department of Psychiatry: Neuropsychology lecture series and supervision (child through adult). |
| 1985-1986 | *Psychologist*, Health Related Facility of New York Foundling Hospital: Resource to facility for children with multiple handicaps: Psychological testing, staff development, consultation to nursing staff and special school regarding unique management needs (infant through preschool). |
| 1979-1980 | *Learning Disabilities Counselor*, Psychological Center of City College: Neuropsychological evaluations of adults with school failure and suspected learning disability. |
| 1977-1978 | *Psychology Intern*, Department of Psychiatry, Roosevelt Hospital (APA): Inpatients and outpatient therapies and assessment (child and adult). |
| 1971 | *Behavior Therapist*, Dare School, New York: Behavior modification with autistic children. Applied Behavior Analysis (ABA) techniques. |

PROFESSIONAL ORGANIZATIONS

- *American Academy of Psychoanalysis*, Member/Scientific Associate
- *American Psychological Association*, Member (Neuropsychology Division)
- *American Neuropsychiatric Association*, Member
- *Brain Injury Association of New York State*, Member
- *International Neuropsychological Society*, Member (Conference Program Committee 1993, Continuing Education Instructor 1999)
- *National Academy of Neuropsychology*, Member
- *New York Neuropsychology Group*, Board Member
- *New York Psychological Association*, Member (Neuropsychology Division)

PROFESSIONAL ACTIVITIES

*Editorial Activities*

- *Journal of Cognitive Psychotherapy*, Guest Editor/Book Review Panel (1997)
- *Journal of the International Neuropsychological Society*, Book Review Panel (1998-current)
- *Journal of Attention Disorders*, Guest Editor (2000 and 2003)
- *Perceptual and Motor Skills*, Special Reader (2001)
- *Journal of the American Academy of Psychoanalysis*, Editorial Panel (2001-current)

*General*

- International Neuropsychological Society, Member, Conference Program Committee (1993)
- New York Neuropsychological Group, Board Member (1995-current)
- New York Neuropsychology Group, Conference Chairperson, *Adult Attention Deficit Disorder* (1995)
- New York Psychological Society, Member, Psychopharmacology Task Force (1996-1998)
- New York Neuropsychology Group, Conference Chairperson, *Learning Disabilities Across the Lifespan: A Neuropsychological Perspective* (2001)

Bibliography

*Original peer review articles*

**Wasserstein J**, Zappulla R, Rosen J, Gerstman L (1984). Evidence for Differentiation of Right Hemisphere Visual-Perceptual Functions. *Brain and Cognition*, 3 (1), 51-57.

**Wasserstein J**, Zappulla R, Rosen J, Gerstman L (1987). In Search of Closure: Subjective Contour Illusions and Gestalt Completion Tasks. *Brain and Cognition*, 6, 1 – 14.

Bellas DN, Novelly RA, Eskinzai B, **Wasserstein J**, (1988). The Nature of Unilateral Neglect in the Olfactory Sensory System. *Neuropsychologia*, 26(1), 45 – 52.

Bellas DN, Novelly RA, Eskinzai B, **Wasserstein J**, (1988). Unilateral Displacement In the Olfactory Sense: A Manifestation of the Unilateral Neglect Syndrome. *Cortex*, 24, 267 – 275.

Barr WB, Jaffe J, **Wasserstein J**, Michelson WJ, Stein BM (1989). Regional Distribution of Cerebral Arteriovenous Malformations: Interactions with Sex and Handedness. *Archives of Neurology*, 46, 410 – 412.

Raskin SA, Borad JC, **Wasserstein J**, Bodis – Wollner I, Coscia L, Yahr MD (1990). Visuospatial Orientation in Parkinson's Disease. *International Journal of Neuroscience*, 51, 9 – 18.

Barr WB, Goldberg E, **Wasserstein J**, Novelly RA (1990). Amnesia Following Unilateral Temporal Lobectomy. *Neuropsychologia*, 28(3), 243 – 255.

**Wasserstein J** & Stefanatos GA (2000). The Right Hemisphere and Psychopathology. In: Neuroscience and Psychoanalysis, Special edition of *The Journal of American Academy of Psychoanalysis*, 28 (2), 371 – 393.

Wender PH, Wolfe L, **Wasserstein J** (2001). Adults with ADHD: An Overview. In: Adult Attention Deficit Disorder: Brain Mechanisms and Life Outcomes, J. Wasserstein, L. Wolf & F. LeFever (Eds.) *Annals of the New York Academy of Sciences*, 931, 1 – 16.

Stefanatos GA & **Wasserstein J** (2001). Attention Deficit/Hyperactivity Disorder as Right Hemisphere Syndrome: A Review and neuropsychological Case Studies. In: Adult Attention Deficit Disorder: Brain mechanisms and Life Outcomes, J. Wasserstein, L. Wolf & F. LeFever (Eds.) *Annals of the New York Academy of Sciences*, 931, 172-195.

**Wasserstein J** & Lynn A (2001). Metacognitive Remediation: Treating Executive Function Deficits via Executive Functions. In: Adult Attention Deficit Disorder: Brain Mechanisms and Life Outcomes, J. Wasserstein, L. Wolf & F. LeFever (Eds.) *Annals of the New York Academy of Sciences*, 931, 376-384.

Wolf L & **Wasserstein J** (2001). Adult ADHD: Concluding Thoughts. In: Adult Attention Deficit Disorder: Brain Mechanisms and Life Outcomes, J. Wasserstein, L. Wolf & F. LeFever (Eds.) *Annals of the New York Academy of Sciences*, 931, 396-408.

**Wasserstein J,** Wasserstein A, & Wolf L (2001). Attention Deficit Disorder in Adults. *ERIC Digest*, National Library of Education.

Stefanatos GA, Kinsbourne M, **Wasserstein J** (2002). Acquired Epileptiform Aphasia:A Dimensional View of Landau-Kleffner Syndrome and the Relation to Regressive Autistic Spectrum Disorders. *Child Neuropsychology, 8(3), 195-228.*

**Wasserstein J** (2002). Gestalt Concept of Closure: A Construct Without Closure. *Perceptual and Motor Skills*, 95, 963-964.

**Wasserstein J**, Barr W, Zappulla R, & Rock D (2004). Facial Closure: Interrelationship with Facial Discrimination, Other Closure Tests and Subjective Contour Illusions. *Neuropsychologia, 42, 158-163.*

**Wasserstein J**, (2005). Diagnostic Issues for Adolescents and Adults with ADHD. *J. of Clinical Psychology*, 61 (5), 535-547.

*Chapters and books*

**Wasserstein J** (1987). Neuropsychological Input in Patient Care. In: *Acute, Chronic and Terminal Care in Neurosurgery*. Post C (Ed). The Foundation of Thanatology Series, NY.

**Wasserstein J**, Wolfe L, LeFever F (Eds) (2001). *Adult Attention Deficit Disorder: Brain Mechanisms and Life Outcomes*. Annals of the New York Academy of Sciences, Volume 931. The New York Academy of Sciences, New York, NY.

**Wasserstein J**, Wolfe L, Solanto, M, Marko, D & Simkowitz, P (in press). Adult Attention Deficit Hyperactivity Disorder: Basic and Clinical Issues. In: *Handbook of Clinical Neuropsychology*. JE Morgan and JH Ricker (Eds). Taylor Francis, New York, NY.

**Wasserstein, J** & Denckla, MB (in press). Learning disabilities and Attention-Deficit/Hyperactivity Disorder in Adults: Overlap with Executive Dysfunction. In: *Attention Deficit Disorders and Comorbidities in Children, Adolescents and Adults*. T. Brown (Ed). APA Press.

Wolf, LE, Schrieber, H & **Wasserstein, J** (Eds). (in prep). *Adult Learning Disorders: Contemporary Issues*: (Volume in the Neuropsychology Handbook Series, B. Uzzell Series Editor), Psychology Press, Taylor & Francis, New York, NY.

*Reviews and editorial*

**Wasserstein J** (1998). Psychostimulants: Treating ADHD. *NYSPA Notebook*, Nov/Dec, 20.

**Wasserstein J** (1999). Neuropsychiatry: The Second Edition of a Classic Text. Review of Neuropsychological Assessment of Neuropsychiatric Disorders (2nd ed.). I Grant and KM Adams (Eds.). 1996. *Journal of the International Neuropsychological Society*, 5(3), 268-269.

**Wasserstein J** (2000). Review of ADHD and the Nature of Self-control. RA Barkley, 1997. *Journal of Cognitive Psychotherapy*, 14 (1), 111-113.

**Wasserstein J** (2004). Review of The Neuropsychology of Emotion. J.C. Borod (Ed.), 2000. *The Journal of the American Academy of Psychoanalysis*, 32(2).

**Wasserstein J**, (2004). ADHD and Comorbidities: A Valuable Resource with Profound Implications. Review of Attention-Deficit Disorders and Comorbidities in Children, Adolescents, and Adults. T.E. Brown (Ed), (2000). *Contemporary Psychology:APA Review of Books*, 49 (5), 642-645.

*Abstracts*

**Wasserstein J**, Borod JC, Bodis – Wolner I, Goldstein Y, Yahr M (1987). Visual – Perceptual Deficits in Parkinson's Disease. *Journal of Clinical and Experimental Neuropsychology*, 9 (1), 65.

**Wasserstein J**, Healy J, Sorman P, Bemporad S, Zappulla J and Rosen (1995). Effects of Frontal Lobe Pathology on Nonsocial and Social Cognition. *The Clinical Neuropsychologist*, 9, 277.

Imber ML, Shapley R, **Wasserstein J**, Hirsch J (1998). FMRI Investigation of Regions Activated by Multiple Illusory Contours and Street Figures. *Investigative Ophthalmology and Visual Science, 39*, 61.

Deutsch GK, **Wasserstein J**, Zapulla R (1998). Neuropsychological Performance in Cogans' Syndrome. *Journal of Neuropsychiatry and Clinical Neurosciences,* 9(4), 677.

**Wasserstein J**, Findler MN, Liegner KB (2001). Neuropsychological and SPECT Findings in Lyme Disease. *Journal of Neuropsychiatry and Clinical Neuroscience*, 13(1), 136.

**Wasserstein J**, Stefanatos GA & Findler M (2002). ADHD Adults and the Right Executive: Implications of Differential Performance on Verbal and Design Fluency. *Journal of the International Neuropsychological Society,* 8 (2), 309.

**Wasserstein J** & Stefanatos GA (2003). Erb's/Klumpky's Palsy: A Marker ForPossible Encephalopathy? *Journal of the International Neuropsychology Society*, 8 (2), 262.

SELECTED PRESENTATIONS

Barr WB, Zaroff C, **Wasserstein J**. *Validation of a Short Form of the Ruff Figural Fluency Test*, National Academy of Neuropsychology Meeting, November 2002.

Imber ML, Shapley R, **Wasserstein J**, Hirsch J. *fMRI Investigation of Regions Activated By Multiple Illusory Contours and Street Figures*, Association of Research in Vision and Ophthalmology Meeting, 1998.

**Wasserstein J**, Healy J, Sorman P, Bemporad J, Zappulla R, Rosen J. *Effects of Frontal Lobe Pathology on Nonsocial and Social Cognition:* American Psychological Association Meeting, 1995.

**Wasserstein J** and Mora S. *A Case Study of Obsessive-Compulsive Disorder: Support for Frontal System Compromise.* New York Neuropsychology Group/ New York Academy of Sciences Joint Meeting, 1992.

Lynn A, Rosen J, Gerstman L, Baumann J, **Wasserstein J**. *Semantic and Prototypicality Judgments in Normal and Dysphonetic Dyslexic Children.* Eastern Psychological Association Meeting, Fall 1986.

Davidoff JB, **Wasserstein J**, Wilson B. *Discrimination in a Case of Visual Agnosia.* International Neuropsychological Society Meeting, 1983.

Sorman P, **Wasserstein J**, Zappulla R. *Cerebral Correlates of Cognitive Regression and Parallels with Schizophrenic Thought Processes.* International Neuropsychological Society Meeting, 1983.

**Wasserstein J**, Zappulla R, Rosen J, Thompson AL. *Facial Closure: Interrelationships with Facial Discrimination, Object Closure and Subjective Contour Illusion Perception.* International Neuropsychological Meeting, 1983.

**Wasserstein J**, Thompson AL, Sorman P, Barr W. *Age Related Changes in Closure Tests: Right Hemisphere Aging or Decline in Low Spatial Frequency Perception?* European International Neuropsychological Society Meeting, 1982.

**Wasserstein J**, Weiss E, Rosen J, Gerstman L, Costa L. *Re-examination of Gestalt Completion Tests: Implications for Right Hemisphere Assessment.* International Neuropsychological Society Meeting. 1979.

SELECTED INVITED TALKS

**Wasserstein J**. *Metacognitive Remediation in Adult ADHD in Developing Behavioral Treatments for Drug Abusers with Cognitive Impairments.* National Institute of Drug Abusers (NIDA), NIH, June 2003

*Adult Attention Deficit Disorder.* Colloquium presented to: Albert Ellis Institute. Feb. 1998

*Organization and the Brain.* Presented to: National Association of Professional Organizers (NAPO), 1997 Children and Adults with Attention Deficit Disorder (CHADD), NYC Chapter, 1997.

*Frontal Lobe Pathology and Social Cognition.* Colloquium presented to Graduate Department of Experimental Cognition, City College, March 1995

*Nonverbal Learning Disabilities: Anterior to Posterior Gradient.* Colloquium presented to the Graduate Department of Neuropsychology, Queens College, 1993.

*Right Hemisphere Learning Disorders.* Northeast Conference on Learning Disabilities and Mental Health, November 1982.

*The Brain and Psychopathology.* Chairperson of Symposium Annual New York State Psychological Association Convention, April 1984.

*Closing in on the Right Hemisphere.* Colloquium presented to:
National Institute of Mental Health (NIMH), June 1982
Boston Veterans Administration Hospital, April 1982
Developmental Psychology Department of Teachers College, December 1982.

*The Expanded Mental Status Exam.* American Association of Neurosurgical Nurses, New York Chapter Conference, November 1982.

*Interpreting Standardized Perceptual Tests.* 3rd International Conference in Neuroscience and Education, Teachers College of Columbia University, 1981.

*Implications for Psychiatry of Neuropsychological Deficits.* Colloquium presented to the Department of Child Psychiatry, Roosevelt Hospital, 1980.

WORKSHOPS

**Wasserstein J.** *Nonverbal Learning Disabilities in Adulthood.* NY State Psychiatric Institute. Understanding NVLD: Assessment and Intervention Through the Lifespan, June, 2002.

**Wasserstein J** and Brown T. *Adult Attention Deficit Disorder: New Research and Typical Presentations,* Continuing Education Course. International Neuropsychological Society Meeting, 1999.

# TESTIMONY AND DEPOSITIONS

| NAME | LAWYER/FIRM | LAST DATE |
|---|---|---|
| GORGETTE SEDHOM | KRAMER, DILLOFF, TESSEL, AND DUFFY | 12/1997 |
| FENTON MAGILL | SIMPSON, THACHER, AND MOORE | 12/1999 |
| RONALD CLOOS | ANDREW TARGUM | 6/01/00 |
| EVAN HINES | KRAMER, DILLOFF, TESSEL, AND DUFFY (deposition) | 9/19/00 |
| MEAGHAN HUBER | DUFFY AND BURDO | 2/16/01 |
| ERIC GOMEZ | KRAMER, DILLOFF, LIVINGSTON, AND MOORE | 5/10/01 |
| NICOLE SASUK | DUFFY AND BURDO | 6/10/02 |
| LUIS MURILLO | GARRUTO AND CANTOR (deposition) | 6/2002 |
| THERESE ST. DIC | GREGORY PRESTON | 11/18/02 |
| TERESA SMITH | WEITZ AND LUXENBERG (deposition) | 5/2003 |
| RONNIE PELLEGRINO Vs. NOVARTIS CORP | SEEGER WEISS (deposition) | 6/24/03 |
| DAVID ABELS Vs. SCHERING-PLOUGH CORP | SEEGER WEISS (deposition) | 8/18/03 |
| ROSEMARY KRONFELD | WEITZ AND LUXENBERG (deposition) | 9/15/03 |
| JENNIFER COLON | KRAMER, DILLOF, LIVINGSTON AND MOORE | 9/18/03 |
| GERALD PACE | KEVIN HEVARTY (deposition) | 12/8/04 |
| ELEFTHERIA KLENAITIS | WEITZ AND LUXENBURG (deposition) | 2/25/05 |