APPRAISAL OF ECONOMIC LOSS

<u>Tracy Bolwell</u>

Prepared for: Ron Michael Meneo, Esq.
      EARLY LUDWICK SWEENEY, L.L.C.
      Attorneys at Law
      265 Church Street
      New Haven, CT 06508-1866

Prepared by: Gary M. Crakes, PhD

March 10, 2006

EXHIBIT Z

Table of Contents

| Exhibit | | page |
|---|---|---|
| | Letter of transmittal | 1 |
| | Certification | 2 |
| | Discussion | 3,4,5 |
| I, IA | Summary of appraisal | 6,7 |
| II | Work-life and life expectancy | 8 |
| III | Average hourly earnings of production workers...since 1952 (table) | 9 |
| IV | The Consumer Price Index...since 1800 (table) | 10 |
| V | Educational Attainment in the United States: March 1993 and 1992, U.S. Department of Commerce, Economics and Statistics Administration, Bureau of the Census, May, 1994 (cover) | 11 |
| VI | Federal Income Tax Schedules for Individuals: Tax tables, standard deductions and personal exemptions, 2004 and 2005 (table) | 12 |
| VII | Taxable returns: Adjusted gross income (AGI), income tax and tax ratio, 1947-2002 (table) | 13 |
| VIII | Employee Benefits as Percent of Payroll, by Company Size, 2004 Employee Benefits Study, (U.S. Chamber of Commerce) (table) | 14 |
| | Gary M. Crakes: Curriculum vitae | |

# MAHER, CRAKES AND ASSOCIATES

ECONOMIC CONSULTANTS
860 WARD LANE
CHESHIRE, CONNECTICUT 06410

(203) 272-1205
FAX: (203) 250-8452

JOHN MAHER, PhD
1925 - 2005

GARY M. CRAKES, PhD

March 10, 2006

RE: <u>Tracy Bolwell</u>

Ron Michael Meneo, Esq.
EARLY LUDWICK SWEENEY, L.L.C.
Attorneys at Law
265 Church Street
New Haven, CT   06508-1866

Dear Mr. Meneo:

The following report on the economic loss of the above named is an objective estimate of the loss in this case, measured as scientifically and accurately as the data permit.

If you have questions about calculations or concepts or feel that additional aspects should be explored, please contact us. Exhibit I and II in this report are prepared to be suitable as enlargements for use at trial.

If the case is not settled, please schedule time for appearance at trial sufficiently in advance that we may plan accordingly.

Respectfully submitted,

Gary M. Crakes, PhD

GMC:dc

CERTIFICATION

<u>Tracy Bolwell</u>

I certify that I have no financial interest or claims contingent upon the disposition of the case in connection with which I prepared an appraisal of the economic loss of the above named. The appraisal is based exclusively upon the available data and the application of economic and statistical method.

Gary M. Crakes, PhD

Discussion of appraisal: Tracy Bolwell

Tracy Bolwell was born June 3, 1971 (1971.42) and was injured January 21, 1997 (1997.06) at age 25.64 years with life expectancy of 55.16 years and work-life to age 65 of 39.36 years. See Exhibit II.

In this appraisal of the economic loss of earning capacity, we have calculated the future lifetime unimpaired earnings of Tracy Bolwell for two earnings alternatives: future lifetime earnings based on the median earnings of females with some college and future lifetime earnings based on the median earnings of females with a bachelor's degree. Exhibit V is a copy of the cover of the source document for these estimates. This document, Educational Attainment in the United States: March 1993 and 1992, U.S. Department of Commerce, Economics and Statistics Administration, Bureau of the Census, was published in May, 1994, with annual unpublished updates available from 1994 to 2002. Calculation of future lifetime earnings based on median earnings of females with some college from age 34.74 years results in a value of $997,143. With the assumption that the future average annual rate of growth of earnings will be equal to the discount rate, this figure is properly interpreted as a discounted value and appears as the first entry to summary Exhibit I.

Alternatively, we have calculated the future lifetime earnings of Tracy Bolwell based on the median earnings of females with a bachelor's degree. Calculation of future lifetime earnings based on the median earnings of females with a bachelor's degree from age 34.74 years results in a value of $1,358,159. Again offsetting future rates of earnings growth by the discount rate, this figure is properly interpreted as a discounted value and appears as the first entry to summary Exhibit IA.

Next, we have calculated the future lifetime impaired earnings of Tracy Bolwell for two earnings alternatives: future lifetime impaired earnings equal to 75% of future lifetime unimpaired earnings and future lifetime impaired

earnings equal to 50% of future lifetime unimpaired earnings. With unimpaired earnings as a female with some college, discounted future impaired earnings are $747,857 with impaired earnings equal to 75% of unimpaired earnings and $498,572 with impaired earnings equal to 50% of unimpaired earnings. With unimpaired earnings as a female with a bachelor's degree, discounted future impaired earnings are $1,018,619 with impaired earnings equal to 75% of unimpaired earnings and $679,080 with impaired earnings equal to 50% of unimpaired earnings. With the deduction of future discounted lifetime impaired earnings and unimpaired earnings as a female with some college, discounted economic loss is $249,286 with impaired earnings equal to 75% of unimpaired earnings and $498,571 with impaired earnings equal to 50% of unimpaired earnings. See summary Exhibit I. With the deduction of future discounted lifetime impaired earnings and unimpaired earnings as a female with a bachelor's degree, discounted economic loss is $339,540 with impaired earnings equal to 75% of unimpaired earnings and $679,079 with impaired earnings equal to 50% of unimpaired earnings. See summary Exhibit IA.

Further shown in summary Exhibits I and IA are deductions for federal and state income taxes. The deductions for federal income taxes were obtained using the tax rates from the federal personal income tax schedule displayed in Exhibit VI. (Exhibit VII presents historical tax rates from 1947 to 2002 and demonstrates the relatively small percentage point changes in rates over time.) With the deduction of federal and state income taxes and unimpaired earnings as a female with some college, after-tax discounted economic loss is $189,132 with impaired earnings equal to 75% of unimpaired earnings and $389,861 with impaired earnings equal to 50% of unimpaired earnings. With unimpaired earnings as a female with a bachelor's degree, after-tax discounted economic loss is $249,565 with impaired earnings equal to 75% of unimpaired earnings and $508,637 with impaired earnings equal to 50% of unimpaired earnings.

Finally, we have included the value of fringe benefits calculated at 10% of the earnings difference. (For the average benefit payments in the United States, see

Exhibit VIII with data from the U.S. Chamber of Commerce.) With the addition of the value of fringe benefits and unimpaired earnings as a female with some college, discounted economic loss becomes $214,061 with impaired earnings equal to 75% of unimpaired earnings and $439,718 with impaired earnings equal to 50% of unimpaired earnings. See summary Exhibit I. With the addition of the value of fringe benefits and unimpaired earnings as a female with a bachelor's degree, discounted economic loss becomes $283,519 with impaired earnings equal to 75% of unimpaired earnings and $576,545 with impaired earnings equal to 50% of unimpaired earnings. See summary Exhibit IA.

It is our opinion that the discounted economic loss in this case, after adjustment of the capital fund for the quarterly payout of interest and with unimpaired earnings as a female with some college, is approximately $205,000 with impaired earnings equal to 75% of unimpaired earnings and $422,000 with impaired earnings equal to 50% of unimpaired earnings. With unimpaired earnings as a female with a bachelor's degree, discounted economic loss is approximately $272,000 with impaired earnings equal to 75% of unimpaired earnings and $553,000 with impaired earnings equal to 50% of unimpaired earnings.

Exhibit I

## Summary of appraisal: Tracy Bolwell
### With unimpaired earnings as a female with some college

|   |   | Discounted values | |
|---|---|---|---|
|   |   | With impaired earnings equal to 75% of unimpaired earnings | With impaired earnings equal to 50% of unimpaired earnings |
| I | Unimpaired earnings as a female with some college | $997,143 | $997,143 |
| II | Less impaired earnings | | |
|   | A. Equal to 75% of unimpaired earnings | −747,857 | |
|   | B. Equal to 50% of unimpaired earnings | | −498,572 |
|   | Subtotals | $249,286 | $498,571 |
| III | Less federal and state income taxes | | |
|   | A. At 24.13% of the earnings difference with impaired earnings equal to 75% of unimpaired earnings | − 60,154 | |
|   | B. At 21.80% of the earnings difference with impaired earnings equal to 50% of unimpaired earnings | | −108,710 |
|   | Subtotals | $189,132 | $389,861 |
| IV | Plus value of fringe benefits | 24,929 | 49,857 |
|   | Subtotals | $214,061 | $439,718 |
| V | Adjustment of capital fund for payout of interest, quarterly | − 9,000 | − 18,000 |
|   | Total net discounted economic loss | $205,061 | $421,718 |

Summary of appraisal: Tracy Bolwell

With unimpaired earnings as a female with a bachelor's degree

|     |                                                                                                                                   | Discounted values |                  |
| --- | --------------------------------------------------------------------------------------------------------------------------------- | ----------------- | ---------------- |
|     |                                                                                                                                   | With impaired earnings equal to 75% of unimpaired earnings | With impaired earnings equal to 50% of unimpaired earnings |
| I   | Unimpaired earnings as a female with a bachelor's degree                                                                          | $1,358,159        | $1,358,159       |
| II  | Less impaired earnings                                                                                                            |                   |                  |
|     | A. Equal to 75% of unimpaired earnings                                                                                            | −1,018,619        |                  |
|     | B. Equal to 50% of unimpaired earnings                                                                                            |                   | − 679,080        |
|     | Subtotals                                                                                                                         | $ 339,540         | $ 679,079        |
| III | Less federal and state income taxes                                                                                               |                   |                  |
|     | A. At 26.50% of the earnings difference with impaired earnings equal to 75% of unimpaired earnings                                | − 89,975          |                  |
|     | B. At 25.09% of the earnings difference with impaired earnings equal to 50% of unimpaired earnings                                |                   | − 170,442        |
|     | Subtotals                                                                                                                         | $ 249,565         | $ 508,637        |
| IV  | Plus value of fringe benefits                                                                                                     | 33,954            | 67,908           |
|     | Subtotals                                                                                                                         | $ 283,519         | $ 576,545        |
| V   | Adjustment of capital fund for payout of interest, quarterly                                                                      | − 12,000          | − 24,000         |
|     | Total net discounted economic loss                                                                                                | $ 271,519         | $ 552,545        |

Exhibit II

## WORK-LIFE AND LIFE EXPECTANCY

### Tracy Bolwell

|  | Year and fractional equivalent | Number of years |
|---|---|---|
| A. Date of birth: | | |
| June 3, 1971 | 1971.42 | |
| B. As of date of injury: | 1997.06 | |
| 1. Age | | 25.64 |
| 2. Work-life to age 65 | | 39.36 |
| 3. Life expectancy | | 55.16 |
| 4. Dependents | | |

|  | Age | Life expectancy |
|---|---|---|
| Corey, husband, b. July 11, 1962.53 | 34.53 | 41.72 |
| Ryan, son, b. December 24, 1995.98 | 1.08 | 73.72 |

Source:

3. <u>Vital Statistics of the United States, 1997</u>,
   U. S. Department of Health and Human Services,
   Center for Disease Control and Prevention, National Center
   for Health Statistics, Vol. 47, Number 28, Tables 1-9, 1999.

TABLE 98. Average Hourly Earnings of Production or Nonsupervisory Workers [1] on Private Nonagricultural Payrolls, by Industry Division, 1932-74

[In dollars]

| Year and month | Total private | Mining | Contract construction | Manufacturing | | | Manufacturing excluding overtime | Transportation and public utilities | Wholesale and retail trade | | | Finance, insurance, and real estate [3] | Services |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total [2] | Durable goods | Nondurable goods | | | Total | Wholesale | Retail | | |
| 1932 | | | | 0.441 | 0.492 | 0.412 | | | | | | | |
| 1933 | | | | .437 | .467 | .419 | | | | | | | |
| 1934 | | | | .526 | .550 | .505 | | | | | | | |
| 1935 | | | | .544 | .571 | .520 | | | | | | | |
| 1936 | | | | .550 | .580 | .519 | | | | 0.610 | | | |
| 1937 | | | | .617 | .667 | .566 | | | | .628 | | | |
| 1938 | | | | .620 | .679 | .572 | | | | .658 | | | |
| 1939 | | | | .627 | .691 | .571 | | | | .674 | | | |
| 1940 | | | | .655 | .716 | .590 | | | | .688 | | 0.484 | |
| 1941 | | | | .726 | .799 | .627 | | | | .711 | | .494 | |
| 1942 | | | | .851 | .937 | .709 | 0.691 | | | .763 | | .518 | |
| 1943 | | | | .957 | 1.048 | .787 | .793 | | | .828 | | .559 | |
| 1944 | | | | 1.011 | 1.105 | .844 | .861 | | | .898 | | .606 | |
| 1945 | | | | 1.016 | 1.099 | .886 | .933 | | | .948 | | .653 | |
| 1946 | | | | 1.075 | 1.144 | .995 | [5] .949 | | | .990 | | .699 | |
| 1947 | 1.131 | 1.469 | 1.541 | 1.217 | 1.278 | 1.145 | 1.035 | | | 1.107 | .797 | | |
| 1948 | 1.225 | 1.664 | 1.713 | 1.328 | 1.395 | 1.250 | 1.18 | | 0.940 | 1.220 | [4] .838 | 1.140 | |
| 1949 | 1.275 | 1.717 | 1.792 | 1.378 | 1.453 | 1.295 | 1.29 | | 1.010 | 1.308 | .901 | 1.200 | |
| 1950 | 1.335 | 1.772 | 1.863 | 1.440 | 1.519 | 1.347 | 1.34 | | 1.060 | 1.360 | .951 | 1.260 | |
| 1951 | 1.45 | 1.93 | 2.02 | 1.56 | 1.65 | 1.39 | 1.39 | | 1.100 | 1.427 | .983 | 1.340 | |
| 1952 | 1.52 | 2.01 | 2.13 | 1.65 | 1.75 | 1.51 | 1.51 | | 1.18 | 1.52 | 1.06 | 1.45 | |
| 1953 | 1.61 | 2.14 | 2.28 | 1.74 | 1.86 | 1.58 | 1.59 | | 1.23 | 1.61 | 1.09 | 1.51 | |
| 1954 | 1.65 | 2.14 | 2.39 | 1.78 | 1.90 | 1.62 | 1.68 | | 1.30 | 1.70 | 1.16 | 1.58 | |
| 1955 | 1.71 | 2.20 | 2.45 | 1.86 | 1.99 | 1.67 | 1.73 | | 1.35 | 1.76 | 1.20 | 1.65 | |
| 1956 | 1.80 | 2.33 | 2.57 | 1.95 | 2.08 | 1.77 | 1.79 | | 1.40 | 1.83 | 1.25 | 1.70 | |
| 1957 | 1.89 | 2.46 | 2.71 | 2.05 | 2.19 | 1.85 | [4] 1.89 | | 1.47 | 1.94 | 1.30 | 1.78 | |
| 1958 | 1.95 | 2.47 | 2.82 | 2.11 | 2.26 | 1.91 | 1.99 | | 1.54 | 2.02 | 1.37 | 1.84 | |
| 1959 | 2.02 | 2.56 | 2.93 | 2.19 | 2.36 | 1.98 | 2.05 | | 1.60 | 2.09 | 1.42 | 1.89 | |
| 1960 | 2.09 | 2.61 | 3.08 | 2.26 | 2.43 | 2.05 | 2.12 | | 1.66 | 2.18 | 1.47 | 1.95 | |
| 1961 | 2.14 | 2.64 | 3.20 | 2.32 | 2.49 | 2.11 | 2.20 | | 1.71 | 2.24 | 1.52 | 2.02 | |
| 1962 | 2.22 | 2.70 | 3.31 | 2.39 | 2.56 | 2.17 | 2.25 | | 1.76 | 2.31 | 1.56 | 2.09 | |
| 1963 | 2.28 | 2.75 | 3.41 | 2.46 | 2.63 | 2.22 | 2.31 | | 1.83 | 2.37 | 1.63 | 2.17 | |
| 1964 | 2.36 | 2.81 | 3.55 | 2.53 | 2.71 | 2.29 | 2.37 | | 1.89 | 2.45 | 1.68 | 2.25 | |
| 1965 | 2.45 | 2.92 | 3.70 | 2.61 | 2.79 | 2.36 | 2.44 | 2.88 | 1.96 | 2.52 | 1.75 | 2.30 | 1.94 |
| 1966 | 2.56 | 3.05 | 3.89 | 2.72 | 2.90 | 2.45 | 2.51 | 3.03 | 2.03 | 2.61 | 1.82 | 2.39 | 2.05 |
| 1967 | 2.68 | 3.19 | 4.11 | 2.83 | 3.00 | 2.57 | 2.59 | 3.11 | 2.13 | 2.73 | 1.91 | 2.47 | 2.17 |
| 1968 | 2.85 | 3.35 | 4.41 | 3.01 | 3.19 | 2.74 | 2.70 | 3.24 | 2.24 | 2.88 | 2.01 | 2.58 | 2.29 |
| 1969 | 3.04 | 3.61 | 4.79 | 3.19 | 3.38 | 2.91 | 2.88 | 3.42 | 2.40 | 3.05 | 2.16 | 2.75 | 2.42 |
| 1970 | 3.22 | 3.85 | 5.24 | 3.36 | 3.55 | 3.08 | 3.06 | 3.64 | 2.55 | 3.23 | 2.30 | 2.93 | 2.61 |
| 1971 | 3.44 | 4.06 | 5.69 | 3.57 | 3.79 | 3.26 | 3.24 | 3.85 | 2.71 | 3.44 | 2.44 | 3.08 | 2.81 |
| 1972 | 3.67 | 4.41 | 6.03 | 3.81 | 4.06 | 3.47 | 3.44 | 4.21 | 2.86 | 3.67 | 2.57 | 3.27 | 3.02 |
| 1973 | 3.92 | 4.72 | 6.38 | 4.07 | 4.33 | 3.68 | 3.66 | 4.64 | 3.01 | 3.88 | 2.70 | 3.42 | 3.23 |
| 1974 | 4.22 | 5.20 | 6.76 | 4.40 | 4.68 | 3.98 | 4.23 | 5.40 | 3.20 | 4.12 | 2.87 | 3.57 | 3.46 |
| | | | | | | | | | 3.47 | 4.49 | 3.10 | 3.81 | 3.74 |

[1] Data relate to production workers in mining and manufacturing; to construction workers in contract construction; and to nonsupervisory workers in transportation and public utilities; wholesale and retail trade; finance, insurance, and real estate; and services.

[2] Prior data are as follows:

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1909 | 0.191 | 1922 | 0.482 | 1927 | 0.544 |
| 1914 | .221 | 1923 | .516 | 1928 | .556 |
| 1919 | .472 | 1924 | .541 | 1929 | .560 |
| 1920 | .549 | 1925 | .541 | 1930 | .546 |
| 1921 | .509 | 1926 | .542 | 1931 | .509 |

[3] Excludes data on nonoffice salespersons.
[4] Beginning 1947, includes data on eating and drinking places.
[5] 11-month average.
[6] Prior to January 1956, data were based on the application of adjustment factors to gross average hourly earnings. (For a detailed description see the *Monthly Labor Review*, May 1950, pp. 537-540; reprint available, serial No. R 2020.)

NOTE: Data include Alaska and Hawaii beginning 1959.

|  | Private Sector |  |  |  | Service industry |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1975 | $ 4.53 | 1990 | $10.19 | 1975 | $ 4.02 | 1990 | $ 9.71 |
| 1976 | 4.86 | 1991 | 10.50 | 1976 | 4.31 | 1991 | 10.05 |
| 1977 | 5.25 | 1992 | 10.76 | 1977 | 4.65 | 1992 | 10.33 |
| 1978 | 5.69 | 1993 | 11.03 | 1978 | 4.99 | 1993 | 10.60 |
| 1979 | 6.16 | 1994 | 11.32 | 1979 | 5.36 | 1994 | 10.87 |
| 1980 | 6.66 | 1995 | 11.64 | 1980 | 5.85 | 1995 | 11.19 |
| 1981 | 7.25 | 1996 | 12.03 | 1981 | 6.41 | 1996 | 11.57 |
| 1982 | 7.68 | 1997 | 12.49 | 1982 | 6.92 | 1997 | 12.05 |
| 1983 | 8.02 | 1998 | 13.00 | 1983 | 7.30 | 1998 | 12.59 |
| 1984 | 8.33 | 1999 | 13.47 | 1984 | 7.64 | 1999 | 13.07 |
| 1985 | 8.58 | 2000 | 14.00 | 1985 | 7.95 | 2000 | 13.60 |
| 1986 | 8.76 | 2001 | 14.53 | 1986 | 8.16 | 2001 | 14.16 |
| 1987 | 8.98 | 2002 | 14.95 | 1987 | 8.49 | 2002 | 14.56 |
| 1988 | 9.29 | 2003 | 15.35 | 1988 | 8.88 | 2003 | 14.96 |
| 1989 | 9.66 | | | 1989 | 9.39 | | |

Source: *Handbook of Labor Statistics, 1976*, *Handbook of Labor Statistics, 1989*, and *Monthly Labor Review*.

TABLE 122. The Consumer Price Index, 1800–1974,[1] Selected Groups, and Purchasing Power of the Consumer Dollar, 1913–74

[1967=100]

| Year | All items | Year | All items | Year | All items | Food | Rent | Apparel and up-keep | Purchasing power of consumer dollar 1967=$1.00 |
|---|---|---|---|---|---|---|---|---|---|
| 1800 | 51 | 1856 | 27 | 1913 | 29.7 | 29.2 | 49.6 | 29.2 | $3.367 |
| 1801 | 50 | 1857 | 28 | 1914 | 30.1 | 29.8 | 49.6 | 29.4 | 3.322 |
| 1802 | 43 | 1858 | 26 | 1915 | 30.4 | 29.4 | 49.9 | 30.1 | 3.289 |
| 1803 | 45 | 1859 | 27 | 1916 | 32.7 | 33.1 | 50.5 | 33.0 | 3.058 |
| 1804 | 45 | 1860 | 27 | 1917 | 38.4 | 42.6 | 50.1 | 39.6 | 2.604 |
| 1805 | 45 | 1861 | 27 | 1918 | 45.1 | 49.0 | 51.0 | 53.6 | 2.217 |
| 1806 | 47 | 1862 | 30 | 1919 | 51.8 | 54.6 | 55.2 | 71.1 | 1.931 |
| 1807 | 44 | 1863 | 37 | 1920 | 60.0 | 61.5 | 64.9 | 84.6 | 1.667 |
| 1808 | 48 | 1864 | 47 | 1921 | 53.6 | 46.7 | 74.6 | 65.2 | 1.866 |
| 1809 | 47 | 1865 | 46 | 1922 | 50.2 | 43.7 | 76.7 | 53.0 | 1.992 |
| 1810 | 47 | 1866 | 44 | 1923 | 51.1 | 45.1 | 78.6 | 53.1 | 1.957 |
| 1811 | 50 | 1867 | 42 | 1924 | 51.2 | 44.7 | 81.5 | 52.6 | 1.953 |
| 1812 | 51 | 1868 | 40 | 1925 | 52.5 | 48.4 | 81.3 | 51.6 | 1.905 |
| 1813 | 58 | 1869 | 40 | 1926 | 53.0 | 50.0 | 81.0 | 50.8 | 1.887 |
| 1814 | 63 | 1870 | 38 | 1927 | 52.0 | 48.2 | 79.7 | 49.7 | 1.923 |
| 1815 | 55 | 1871 | 36 | 1928 | 51.3 | 47.7 | 77.8 | 49.0 | 1.949 |
| 1816 | 51 | 1872 | 36 | 1929 | 51.3 | 48.3 | 76.0 | 48.5 | 1.949 |
| 1817 | 48 | 1873 | 36 | 1930 | 50.0 | 45.9 | 73.9 | 47.5 | 2.000 |
| 1818 | 46 | 1874 | 34 | 1931 | 45.6 | 37.8 | 70.0 | 43.2 | 2.193 |
| 1819 | 46 | 1875 | 33 | 1932 | 40.9 | 31.5 | 62.8 | 38.2 | 2.446 |
| 1820 | 42 | 1876 | 32 | 1933 | 38.8 | 30.6 | 54.1 | 36.9 | 2.577 |
| 1821 | 40 | 1877 | 32 | 1934 | 40.1 | 34.1 | 50.7 | 40.4 | 2.494 |
| 1822 | 40 | 1878 | 29 | 1935 | 41.1 | 36.5 | 50.6 | 40.8 | 2.433 |
| 1823 | 36 | 1879 | 28 | 1936 | 41.5 | 36.9 | 51.9 | 41.1 | 2.410 |
| 1824 | 33 | 1880 | 29 | 1937 | 43.0 | 38.4 | 54.2 | 43.2 | 2.326 |
| 1825 | 34 | 1881 | 29 | 1938 | 42.2 | 35.6 | 56.0 | 43.0 | 2.370 |
| 1826 | 34 | 1882 | 29 | 1939 | 41.6 | 34.6 | 56.0 | 42.4 | 2.404 |
| 1827 | 34 | 1883 | 28 | 1940 | 42.0 | 35.2 | 56.2 | 42.8 | 2.381 |
| 1828 | 33 | 1884 | 27 | 1941 | 44.1 | 38.4 | 57.2 | 44.8 | 2.268 |
| 1829 | 32 | 1885 | 27 | 1942 | 48.8 | 45.1 | 58.5 | 52.3 | 2.049 |
| 1830 | 32 | 1886 | 27 | 1943 | 51.8 | 50.3 | 58.5 | 54.6 | 1.931 |
| 1831 | 32 | 1887 | 27 | 1944 | 52.7 | 49.6 | 58.6 | 58.5 | 1.898 |
| 1832 | 30 | 1888 | 27 | 1945 | 53.9 | 50.7 | 58.8 | 61.5 | 1.855 |
| 1833 | 29 | 1889 | 27 | 1946 | 58.5 | 58.1 | 59.2 | 67.5 | 1.709 |
| 1834 | 30 | 1890 | 27 | 1947 | 66.9 | 70.6 | 61.1 | 78.2 | 1.495 |
| 1835 | 31 | 1891 | 27 | 1948 | 72.1 | 76.6 | 65.1 | 83.3 | 1.387 |
| 1836 | 33 | 1892 | 27 | 1949 | 71.4 | 73.5 | 68.0 | 80.1 | 1.401 |
| 1837 | 34 | 1893 | 27 | 1950 | 72.1 | 74.5 | 70.4 | 79.0 | 1.387 |
| 1838 | 32 | 1894 | 26 | 1951 | 77.8 | 82.8 | 73.2 | 86.1 | 1.285 |
| 1839 | 32 | 1895 | 25 | 1952 | 79.5 | 84.3 | 76.2 | 85.3 | 1.258 |
| 1840 | 30 | 1896 | 25 | 1953 | 80.1 | 83.0 | 80.3 | 84.6 | 1.248 |
| 1841 | 31 | 1897 | 25 | 1954 | 80.5 | 82.8 | 83.2 | 84.5 | 1.242 |
| 1842 | 29 | 1898 | 25 | 1955 | 80.2 | 81.6 | 84.3 | 84.1 | 1.247 |
| 1843 | 28 | 1899 | 25 | 1956 | 81.4 | 82.2 | 85.9 | 85.8 | 1.229 |
| 1844 | 28 | 1900 | 25 | 1957 | 84.3 | 84.9 | 87.5 | 87.3 | 1.186 |
| 1845 | 28 | 1901 | 25 | 1958 | 86.6 | 88.5 | 89.1 | 87.5 | 1.155 |
| 1846 | 27 | 1902 | 26 | 1959 | 87.3 | 87.1 | 90.4 | 88.2 | 1.145 |
| 1847 | 28 | 1903 | 27 | 1960 | 88.7 | 88.0 | 91.7 | 89.6 | 1.127 |
| 1848 | 26 | 1904 | 27 | 1961 | 89.6 | 89.1 | 92.9 | 90.4 | 1.116 |
| 1849 | 25 | 1905 | 27 | 1962 | 90.6 | 89.9 | 94.0 | 90.9 | 1.104 |
| 1850 | 25 | 1906 | 27 | 1963 | 91.7 | 91.2 | 95.0 | 91.9 | 1.091 |
| 1851 | 25 | 1907 | 28 | 1964 | 92.9 | 92.4 | 95.9 | 92.7 | 1.076 |
| 1852 | 25 | 1908 | 27 | 1965 | 94.5 | 94.4 | 96.9 | 93.7 | 1.058 |
| 1853 | 25 | 1909 | 27 | 1966 | 97.2 | 99.1 | 98.2 | 96.1 | 1.029 |
| 1854 | 27 | 1910 | 28 | 1967 | 100.0 | 100.0 | 100.0 | 100.0 | 1.000 |
| 1855 | 28 | 1911 | 28 | 1968 | 104.2 | 103.6 | 102.4 | 105.4 | .960 |
|  |  | 1912 | 29 | 1969 | 109.8 | 108.9 | 105.7 | 111.5 | .911 |
|  |  |  |  | 1970 | 116.3 | 114.9 | 110.1 | 116.1 | .860 |
|  |  |  |  | 1971 | 121.3 | 118.4 | 115.2 | 119.8 | .824 |
|  |  |  |  | 1972 | 125.3 | 123.5 | 119.2 | 122.3 | .799 |
|  |  |  |  | 1973 | 133.1 | 141.4 | 124.3 | 126.8 | .752 |
|  |  |  |  | 1974 | 147.7 | 161.7 | 130.2 | 136.2 | .678 |

[1] Indexes from 1800 to 1912 estimated by splicing the following series; 1800 to 1851—Index of Prices Paid by Vermont Farmers for Family Living; 1851 to 1890—Consumer Price Index by Ethel D. Hoover; 1890 to 1912—Cost of Living Index by Albert Rees.

| Year | All items | Food | Rent | Apparel & upkeep | Purchasing power of $ |
|---|---|---|---|---|---|
| 1975 | 161.2 | 175.4 | 137.3 | 142.3 | $.621 |
| 1976 | 170.5 | 180.8 | 144.7 | 147.6 | .587 |
| 1977 | 181.5 | 192.2 | 153.5 | 154.2 | .551 |
| 1978 | 195.3 | 211.2 | 163.9 | 159.5 | .512 |
| 1979 | 217.7 | 234.7 | 175.9 | 166.4 | .461 |
| 1980 | 247.0 | 248.7 | 192.0 | 177.4 | .400 |
| 1981 | 272.3 | 267.8 | 269.5 | 186.6 | .367 |
| 1982 | 288.6 | 278.5 | 223.5 | 190.9 | .347 |
| 1983 | 297.5 | 284.7 | 263.3 | 195.6 | .336 |
| 1984 | 307.6 | 295.2 | 251.7 | 199.1 | .325 |
| 1985 | 318.5 | 301.8 | 263.7 | 205.0 | .314 |
| 1986 | 323.4 | 311.6 | 278.5 | 206.5 | .309 |
| 1987 | 335.0 | 324.8 | 292.6 | 215.5 | .299 |
| 1988 | 348.4 | 338.2 | 304.3 | 224.3 | .287 |
| 1989 | 365.2 | 358.0 | 315.8 | 230.2 | .274 |
| 1990 | 384.4 | 378.9 | 329.2 | 240.4 | .260 |
| 1991 | 399.9 | 391.5 | 344.1 | 250.8 | .250 |
| 1992 | 411.5 | 396.9 | 355.8 | 257.0 | .243 |

Source: Handbook of Labor Statistics, 1976, Handbook of Labor Statistics, 1989, and various issues of the Monthly Labor Review

| Year | All items | Food | Rent | Apparel & upkeep | Purchasing power of $ |
|---|---|---|---|---|---|
| 1993 | 423.1 | 405.2 | 364.9 | 260.5 | $.236 |
| 1994 | 433.8 | 414.5 | 374.0 | 260.1 | .231 |
| 1995 | 446.1 | 425.7 | 384.1 | 257.5 | .224 |
| 1996 | 458.9 | 439.8 | 394.3 | 257.5 | .218 |
| 1997 | 469.3 | 451.3 | 405.7 | 259.9 | .213 |
| 1998 | 475.6 | 460.5 | 418.9 | 258.9 | .210 |
| 1999 | 486.2 | 470.3 | 432.1 | 255.9 | .206 |
| 2000 | 515.8 | 481.1 | 447.2 | 252.6 | .194 |
| 2001 | 530.4 | 496.0 | 465.1 | 248.1 | .189 |
| 2002 | 538.8 | 505.1 | 483.5 | 241.7 | .186 |



CURRENT POPULATION REPORTS
**Population Characteristics**
P20-476

by
Robert Kominski
and
Andrea Adams

# Educational Attainment in the United States: March 1993 and 1992

U.S. Department of Commerce
Economics and Statistics Administration
BUREAU OF THE CENSUS

Exhibit VI

Federal Income Tax Schedule for Individuals: Tax tables,
standard deductions and personal exemptions, 2004 and 2005

2004 | | | 2005 | |

### Tax Rates for Married Couples Filing Jointly

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0-$14,300 | 10% | $0-$14,600 | 10% |
| $14,300-$58,100 | 15% | $14,600-$59,400 | 15% |
| $58,100-$117,250 | 25% | $59,400-$119,950 | 25% |
| $117,250-$178,650 | 28% | $119,950-$182,800 | 28% |
| $178,650-$319,100 | 33% | $182,800-$326,450 | 33% |
| Over $319,100 | 35% | Over $326,450 | 35% |

### Tax Rates for Individuals Filing Single Returns

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0-$7,150 | 10% | $0-$7,300 | 10% |
| $7,150-$29,050 | 15% | $7,300-$29,700 | 15% |
| $29,050-$70,350 | 25% | $29,700-$71,950 | 25% |
| $70,350-$146,750 | 28% | $71,950-$150,150 | 28% |
| $146,750-$319,100 | 33% | $150,150-$326,450 | 33% |
| Over $319,100 | 35% | Over $326,450 | 35% |

### Tax Rates for Individuals Filing as Head of Household

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0-$10,200 | 10% | $0-$10,450 | 10% |
| $10,200-$38,900 | 15% | $10,450-$39,800 | 15% |
| $38,900-$100,500 | 25% | $39,800-$102,800 | 25% |
| $100,500-$162,700 | 28% | $102,800-$166,450 | 28% |
| $162,700-$319,100 | 33% | $166,450-$326,450 | 33% |
| Over $319,100 | 35% | Over $326,450 | 35% |

### Tax Rates for Married Individuals Filing Separately

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0-$7,150 | 10% | $0-$7,300 | 10% |
| $7,150-$29,050 | 15% | $7,300-$29,700 | 15% |
| $29,050-$58,625 | 25% | $29,700-$59,975 | 25% |
| $58,625-$89,325 | 28% | $59,975-$91,400 | 28% |
| $89,325-$159,550 | 33% | $91,400-$163,225 | 33% |
| Over $159,550 | 35% | Over $163,225 | 35% |

| | Standard Deduction | | Personal Exemption | |
|---|---|---|---|---|
| | 2004 | 2005 | 2004 | 2005 |
| Married, joint | $9,700 | $10,000 | $3,100 | $3,200 |
| Single | $4,850 | $5,000 | | |
| Head of household | $7,150 | $7,300 | | |
| Married, separate | $4,850 | $5,000 | | |

Exhibit VII

Taxable returns: Adjusted gross income (AGI), income tax,
and tax ratio, 1947-2002

| Year | Adjusted gross income (AGI) billions of $ | Income tax in billions of $ | Ratio of tax to AGI | Year | Adjusted gross income (AGI) billions of $ | Income tax in billions of $ | Ratio of tax to AGI |
|---|---|---|---|---|---|---|---|
| 1947 | 135.3 | 18.1 | .1336 | 1990 | 3,298.9 | 446.3 | .1353 |
| 1948 | 142.1 | 15.4 | .1087 | 1991 | 3,335.2 | 447.2 | .1341 |
| 1949 | 138.7 | 14.5 | .1049 | 1992 | 3,483.9 | 474.9 | .1363 |
| 1950 | 158.5 | 18.4 | .1160 | 1993 | 3,564.0 | 500.7 | .1405 |
| 1951 | 185.1 | 24.2 | .1309 | 1994 | 3,736.6 | 532.6 | .1425 |
| 1952 | 198.5 | 27.8 | .1401 | 1995 | 4,007.6 | 586.1 | .1462 |
| 1953 | 212.4 | 29.4 | .1386 | 1996 | 4,341.9 | 655.4 | .1510 |
| 1954 | 209.7 | 26.7 | .1272 | 1997 | 4,785.2 | 727.3 | .1520 |
| 1955 | 229.6 | 29.6 | .1290 | 1998 | 5,160.2 | 783.5 | .1518 |
| 1956 | 249.6 | 32.7 | .1312 | 1999 | 5,580.8 | 870.9 | .1561 |
| 1957 | 262.2 | 34.4 | .1312 | 2000 | 6,083.3 | 980.5 | .1612 |
| 1958 | 262.2 | 34.3 | .1310 | 2001 | 5,847.1 | 887.9 | .1519 |
| 1959 | 287.8 | 38.6 | .1332 | 2002 | 5,641.1 | 797.0 | .1413 |
| 1960 | 297.2 | 39.5 | .1330 | | | | |
| 1961 | 311.3 | 42.2 | .1356 | | | | |
| 1962 | 330.6 | 44.9 | .1358 | | | | |
| 1963 | 350.4 | 48.2 | .1376 | | | | |
| 1964 | 376.0 | 47.2 | .1254 | | | | |
| 1965 | 400.3 | 49.5 | .1209 | | | | |
| 1966 | 450.2 | 56.1 | .1246 | | | | |
| 1967 | 487.4 | 62.9 | .1291 | | | | |
| 1968 | 538.3 | 76.6 | .1424 | | | | |
| 1969 | 588.2 | 86.6 | .1472 | | | | |
| 1970 | 610.3 | 83.8 | .1370 | | | | |
| 1971 | 651.3 | 85.2 | .1309 | | | | |
| 1972 | 717.4 | 93.6 | .1300 | | | | |
| 1973 | 799.7 | 108.1 | .1350 | | | | |
| 1974 | 800.2 | 123.7 | .1410 | | | | |
| 1975 | 893.3 | 124.4 | .1385 | | | | |
| 1976 | 1,004.4 | 140.8 | .1402 | | | | |
| 1977 | 1,097.7 | 158.5 | .1444 | | | | |
| 1978 | 1,241.2 | 186.7 | .1504 | | | | |
| 1979 | 1,402.2 | 213.3 | .1521 | | | | |
| 1980 | 1,556.1 | 249.1 | .1601 | | | | |
| 1981 | 1,721.2 | 282.3 | .1640 | | | | |
| 1982 | 1,803.8 | 277.6 | .1539 | | | | |
| 1983 | 1,895.2 | 274.2 | .1447 | | | | |
| 1984 | 2,110.5 | 304.0 | .1440 | | | | |
| 1985 | 2,259.0 | 321.9 | .1425 | | | | |
| 1986 | 2,440.2 | 360.6 | .1478 | | | | |
| 1987 | 2,700.8 | 367.5 | .1361 | | | | |
| 1988 | 2,989.9 | 411.8 | .1377 | | | | |
| 1989 | 3,158.3 | 432.1 | .1368 | | | | |

Source: Annual issues of Individual Income Tax Returns,
Statistics of Income, Internal Revenue Service

# TABLE 11

## Employee Benefits as Percent of Payroll, by Company Size

| Type of Benefit | Total, All Companies | Under 100 Employees | 100–499 Employees | 500–999 Employees | 1,000–2,499 Employees | 2,500–4,999 Employees | 5,000 Employees and Over |
|---|---|---|---|---|---|---|---|
| Total Number of Companies | 609 | 293 | 150 | 66 | 50 | 20 | 30 |
| Total Number of Full-Time Equivalent Employees | 795,391 | 9,576 | 34,199 | 44,753 | 78,359 | 77,563 | 550,940 |
| Total Benefits as Percent of Payroll | 37.6% | 33.9% | 39.1% | 37.8% | 40.2% | 39.0% | 37.0% |
| Legally-Required Payments | 8.5 | 10.7 | 10.3 | 9.8 | 8.9 | 9.2 | 8.1 |
| Federally-required payroll taxes | 7.0 | 7.2 | 7.1 | 7.0 | 7.2 | 7.2 | 6.9 |
| Unemployment Compensation | 0.6 | 1.1 | 0.9 | 1.4 | 0.6 | 0.5 | 0.5 |
| Workers' Compensation Insurance | 1.0 | 2.3 | 2.2 | 1.4 | 0.8 | 1.5 | 0.8 |
| Other | 0.0 | 0.1 | 0.2 | 0.0 | 0.2 | 0.1 | 0.0 |
| Payments for Time Not Worked | 10.0 | 8.8 | 10.2 | 10.5 | 11.0 | 10.5 | 9.8 |
| Payments for Holidays | 2.6 | 2.6 | 2.6 | 2.8 | 3.0 | 2.8 | 2.5 |
| Paid Breaks, Etc. | 0.7 | 1.2 | 1.5 | 0.9 | 1.0 | 1.7 | 0.4 |
| Sick Leave Pay | 1.2 | 0.7 | 0.7 | 1.3 | 0.8 | 0.8 | 1.3 |
| Payments for Vacations | 3.7 | 2.9 | 3.3 | 4.0 | 3.2 | 3.5 | 3.8 |
| Paid Time Off | 1.6 | 1.2 | 1.7 | 1.3 | 2.8 | 1.5 | 1.5 |
| Family and Medical Leave Pay | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| Other | 0.1 | 0.1 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 |
| Medical and Medically-Related Benefit Payments | 11.6 | 9.9 | 11.1 | 11.1 | 11.7 | 12.5 | 11.6 |
| STD, Sickness or Accident Insurance | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 |
| LTD or Wage Continuation | 0.2 | 0.2 | 0.4 | 0.2 | 0.2 | 0.2 | 0.2 |
| Medical Insurance Premiums | 8.5 | 8.5 | 8.8 | 9.2 | 8.7 | 9.4 | 8.3 |
| Dental Insurance Premiums | 0.5 | 0.4 | 0.4 | 0.4 | 0.6 | 0.5 | 0.6 |
| Vision Care | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Retiree Medical Insurance Premiums | 1.0 | 0.0 | 0.3 | 0.1 | 0.7 | 0.7 | 1.2 |
| Life Insurance and Death | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 |
| Prescription Drug Coverage | 0.5 | 0.1 | 0.3 | 0.4 | 0.6 | 0.4 | 0.6 |
| Other | 0.1 | 0.2 | 0.2 | 0.0 | 0.1 | 0.3 | 0.2 |
| Administration Costs | 0.2 | 0.1 | 0.3 | 0.2 | 0.2 | 0.4 | 0.1 |
| Retirement and Savings | 6.7 | 4.2 | 5.9 | 6.0 | 7.7 | 6.3 | 6.8 |
| Defined Benefit Pension Plan | 3.0 | 0.5 | 2.0 | 2.6 | 4.3 | 2.4 | 3.1 |
| Cash Balance or Other Hybrid Plan | 0.2 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.3 |
| 401K and similar | 2.8 | 1.8 | 1.9 | 1.8 | 2.1 | 2.3 | 3.4 |
| Profit-Sharing | 0.3 | 1.0 | 1.2 | 0.9 | 0.4 | 1.0 | 0.1 |
| Stock Bonus/ESOP | 0.2 | 0.3 | 0.4 | 0.3 | 0.2 | 0.3 | 0.2 |
| Other | 0.1 | 0.4 | 0.0 | 0.3 | 0.5 | 0.2 | 0.0 |
| Administration Costs | 0.1 | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
| Miscellaneous Benefit Pay | 0.7 | 0.3 | 1.7 | 0.3 | 1.0 | 0.5 | 0.7 |
| Severance Pay | 0.4 | 0.1 | 1.1 | 0.1 | 0.4 | 0.1 | 0.4 |
| Child Care | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Employee Education Expenditures | 0.1 | 0.1 | 0.2 | 0.1 | 0.2 | 0.2 | 0.1 |
| Discounts | 0.2 | 0.0 | 0.1 | 0.1 | 0.3 | 0.1 | 0.2 |
| Other | 0.0 | 0.0 | 0.2 | 0.0 | 0.1 | 0.1 | 0.0 |