UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | : CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : JUDGE ALVIN W. THOMPSON |
| vs. | : MAG. JUDGE DONNA F. MARTINEZ |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : |
| Defendants. | : January 9, 2007 |

**DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JAMES MORRISON OR IN THE ALTERNATIVE MOTION FOR LEAVE TO DESIGNATE AN EXPERT WITNESS**

Defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, and pursuant to District Court of Connecticut Local Rule 7(d), hereby move to strike as untimely plaintiff's reply in support of her Motion in Limine to Exclude the Testimony of James Morrison or in the Alternative Motion for Leave to Designate an Expert Witness. Plaintiff's reply was filed 16 business days after defendants' Memorandum in Opposition to Plaintiff's Motion in Limine to Exclude the Testimony of James Morrison or in the Alternative for Leave to Designate an Expert Witness. Local Rule 7(d) requires all reply briefs to be filed no later than 13 business days after the filing of the brief to which the reply is being made. As such, plaintiff's reply was untimely filed and should be disregarded by the Court. This Motion to Strike is supported by the attached Memorandum of Law.

Respectfully Submitted,


/s/ Jeffrey D. Geoppinger
Joseph P. Thomas
CT Fed. Bar No. phv0382
Jennifer Hageman
CT Fed. Bar No. phv0937
Jeffrey D. Geoppinger
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032-2976
(860) 678-4425
(860) 678-4427 FAX

**Counsel for Defendants**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically via the Court's electronic filing system and U.S. Mail the 9th day of January, 2007 on:

Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

**Attorneys for Plaintiffs**

/s/ Jeffrey D. Geoppinger

407704.1
1/9/2007 12:16 PM