## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TRACY BOLWELL,** | : | **CIVIL ACTION NO: 302CV01001AWT** |
| | : | |
| **Plaintiff,** | : | **JUDGE ALVIN W. THOMPSON** |
| | : | |
| **vs.** | : | **MAG. JUDGE DONNA F. MARTINEZ** |
| | : | |
| **DURAMED PHARMACEUTICALS,** | : | |
| **INC., BARR LABORATORIES, INC.,** | : | |
| | : | |
| **Defendants.** | : | **January 9, 2007** |
| | : | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC. TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JAMES MORRISON OR IN THE ALTERNATIVE MOTION FOR LEAVE TO DESIGNATE AN EXPERT WITNESS

Defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, hereby request that this Court strike plaintiff's reply in support of her Motion in Limine to Exclude the Testimony of James Morrison or in the Alternative Motion for Leave to Designate an Expert Witness. Plaintiff's reply brief is untimely under the Local Rule 7(d).

Pursuant to Local Rule 7(a)(1), defendants filed their Memorandum in Opposition to plaintiff's Motion in Limine to Exclude the Testimony of James Morrison or in the Alternative for Leave to Designate an Expert Witness on November 30, 2006. Plaintiff filed her reply to defendants' brief on December 22, 2006.[1] (*See* Docket, attached as Exhibit A.)

---

[1] Although plaintiff's reply brief is dated December 19, 2006, the docket shows that plaintiff's reply was not filed until December 22, 2006.

Local Rule 7(d) requires that "[a]ny reply brief **must be filed within 10 days** of the filing of the responsive brief to which reply is being made, as computed under Fed. R. Civ. P. 6." (emphasis added)  Fed. R. Civ. P. 6(a) states in pertinent part:

> In computing any period of time prescribed or allowed by these rules, by the local rules of any district court, or by order of court, or by any applicable statute, the day of the act, event, or default from which the designated period of time begins to run shall not be included. . . When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.

Fed. R. Civ. P. 6(e) also provides for an additional three days any prescribed period covered by Fed. R. Civ. P. 6(a), when service is made electronically via the Court's ECF system.

Applying Local Rule 7(d), in consideration of Fed. R. Civ. P. 6, plaintiff's reply to defendants' Memorandum in Opposition to Plaintiff's Motion in Limine to Exclude the Testimony of James Morrison or in the Alternative for Leave to Designate an Expert Witness was due to be filed with the Court on December 19, 2006.  Plaintiff's reply was not filed until December 22, 2006.  As such, it is untimely and should be disregarded by the Court.

Respectfully Submitted,


/s/ Jeffrey D. Geoppinger
Joseph P. Thomas
CT Fed. Bar No. phv0382
Jennifer Hageman
CT Fed. Bar No. phv0937
Jeffrey D. Geoppinger
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032-2976
(860) 678-4425
(860) 678-4427 FAX

**Counsel for Defendants**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically via the Court's electronic filing system and U.S. mail on the 9th day of January 2007 on:

Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

/s/ Jeffrey D. Geoppinger

407719.1
1/9/2007 12:15 PM

EXHIBIT

A

DFM, EFILE, MOTREF, REFCNF

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-01001-AWT

Bolwell v. Duramed, et al                          Date Filed: 06/11/2002
Assigned to: Judge Alvin W. Thompson         Jury Demand: Plaintiff
Referred to: Judge Donna F. Martinez         Nature of Suit: 365 Personal Inj. Prod.
       Judge Donna F. Martinez (Settlement)   Liability
Demand: $0                                    Jurisdiction: Diversity
Cause: 28:1332 Diversity-Personal Injury

**Plaintiff**

**Tracy Bolwell**                 represented by   **Brain P. Kenney**
                                                 Early, Ludwick & Sweeney
                                                 One Century Tower
                                                 265 Church St., 11th Fl.
                                                 PO Box 1866
                                                 New Haven, CT 06508-1866
                                                 203-777-7799
                                                 Fax: 203-785-1671
                                                 Email: bkenney@elslaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Edward H.S. Burke**
                                                 PO Box 7813
                                                 Greenwich, CT 06836
                                                 860-985-6614
                                                 Email: edwardburke@hotmail.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Michael J. Luzzi**
                                                 Dolan & Luzzi LLC
                                                 50 Elm St.
                                                 New Haven, CT 06510
                                                 203-787-1861
                                                 Fax: 203-777-1124
                                                 *TERMINATED: 11/08/2005*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Ronald Michael Meneo**
                                                 Ron Michael Meneo, LLC
                                                 265 Church St., 11th Fl.
                                                 New Haven, CT 06508-1866
                                                 203-787-9222

Fax: 203-772-0645
Email: rmm@meneolawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Duramed Pharmaceuticals, Inc**                 represented by **Jeffrey D. Geoppinger**
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
513-698-5038
Fax: 513-698-5039
Email: jgeoppinger@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Hageman**
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
513-698-5022
Fax: 513-698-5023
Email: jhageman@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Thomas**
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
513-698-5000
Fax: 513-698-5001
Email: jthomas@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas H. Winslow**
321 Main St.
Farmington, CT 06032-2976
860-678-4425
Fax: 860-678-4427
Email: Thomaswins@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barr Lab Inc**                 represented by **Jennifer Hageman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Geoppinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas H. Winslow**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # N006733 (Malone, P.) (Entered: 06/12/2002) |
| 06/11/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 12/11/02 ; Dispositive Motions due 1/10/03 Amended Pleadings due 8/11/02 Motions to Dismiss due 9/11/02 (Malone, P.) (Entered: 06/12/2002) |
| 06/12/2002 | | SUMMONS(ES) issued for Duramed, Barr Lab Inc (Malone, P.) (Entered: 06/12/2002) |
| 07/23/2002 | 3 | Certified Return Receipt Card of summons & complaint as to Duramed, Barr Lab Inc on 6/15/02 (Gothers, M.) (Entered: 07/25/2002) |
| 10/01/2002 | | Interdistrict transfer to District of Washington. Original file, certified copies of docket and Order sent 10/3/02 (Gothers, M.) (Entered: 10/02/2002) |
| 10/01/2002 | | Case closed (Gothers, M.) (Entered: 10/02/2002) |
| 10/01/2002 | 4 | CONDITIONAL TRANSFER ORDER to the Western District of Washington. Signed by Deputy Clerk, Valerie Barber on 9/12/02. , (Gothers, M.) (Entered: 03/30/2005) |
| 04/07/2005 | 5 | NOTICE of Appearance by Thomas H. Winslow on behalf of Duramed Pharmaceuticals, Inc (Gothers, M.) (Entered: 04/08/2005) |
| 05/12/2005 | 6 | NOTICE of Appearance by Thomas H. Winslow on behalf of Barr Lab Inc (Gothers, M.) (Entered: 05/17/2005) |
| 05/20/2005 | 7 | Compliance with Auxiliary Order Requiring Indentification of Parent Corporation by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 05/25/2005) |
| 05/23/2005 | 8 | MOTION for Leave to File Documents Conventionally by Duramed |

| | | Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 05/25/2005) |
|---|---|---|
| 05/27/2005 | 9 | CONDITIONAL REMAND ORDER from the Western District of Washington to the U.S. District Court, Hartford, CT. Signed by Clerk of the Panel on 4/28/05. (Gothers, M.) (Entered: 06/01/2005) |
| 06/01/2005 | 10 | MOTION for Leave to Appear Pro Hac Vice Attorney Jeffrey D. Goeppinger. Filing Fee $25.00. Receipt Number H016108. by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 06/02/2005) |
| 06/06/2005 | 12 | MOTION for Summary Judgment by Duramed Pharmaceuticals, Inc, Barr Lab Inc.Responses due by 6/27/2005 (Montgomery, A.) (Entered: 06/07/2005) |
| 06/06/2005 | 13 | Memorandum in Support re 12 MOTION for Summary Judgment filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Montgomery, A.) (Entered: 06/07/2005) |
| 06/06/2005 | 14 | Statement of Material Facts re 12 MOTION for Summary Judgment filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Montgomery, A.) (Entered: 06/07/2005) |
| 06/07/2005 | 11 | ORDER granting 10 Motion to Appear PRO HAC VICE . Signed by Judge Alvin W. Thompson on 6/7/05. (Basile, F.) (Entered: 06/07/2005) |
| 06/09/2005 | 15 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Status Conference held by telephone on 6/9/2005. The parties have agreed to a mediator and will pursue. Oral argument on summary judgment motion set for 7/11/05 at 2:00pm. (Court Reporter Huntington.) (Smith, S.) (Entered: 06/09/2005) |
| 06/09/2005 | | Set Deadlines/Hearings: Oral argument on summary judgment motion set for 7/11/2005 02:00 PM in South Courtroom, 450 Main Street, Hartford, CT, before Judge Alvin W. Thompson. (Smith, S.) (Entered: 06/09/2005) |
| 06/09/2005 | | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Oral argument on motion for summary judgment set for 7/11/2005 at 02:00 PM in the South Courtroom, 450 Main Street, Hartford, CT, before Judge Alvin W. Thompson. (Smith, S.) (Entered: 06/09/2005) |
| 06/09/2005 | 16 | MOTION for Leave to Appear pro hac vice Attorney Joseph P. Thomas. Filing Fee $25.00. Receipt Number H0116191. by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Notice of manual filing)(Blue, A.) (Entered: 06/15/2005) |
| 06/09/2005 | 17 | ENDORSEMENT ORDER granting 8 Motion for Leave to File Documents. Signed by Judge Alfred V. Covello on 6/9/05. (Gothers, M.) (Entered: 06/15/2005) |
| 06/20/2005 | 18 | NOTICE of Appearance by Jeffrey D. Geoppinger on behalf of Duramed Pharmaceuticals, Inc, Barr Lab Inc (Gothers, M.) (Entered: 06/21/2005) |
| | | |

| 06/23/2005 | 20 | ENDORSEMENT ORDER granting 16 Motion to Appear Pro Hac Vic attorney Joseph P. Thomas . Signed by Judge Alvin W. Thompson on 6/23/05. (Gothers, M.) Modified on 6/28/2005 (Gothers, M.). (Entered: 06/28/2005) |
| --- | --- | --- |
| 06/24/2005 | 19 | NOTICE of Appearance by Edward H.S. Burke on behalf of Tracy Bolwell (Gothers, M.) (Entered: 06/27/2005) |
| 06/24/2005 | 21 | Objection re 12 MOTION for Summary Judgment filed by Tracy Bolwell. (Gothers, M.) (Entered: 06/29/2005) |
| 06/28/2005 | | Docket Entry Correction re 20 Order on Motion to Appear modified: corrected spelling of attorneys' first name. (Gothers, M.) (Entered: 06/28/2005) |
| 06/28/2005 | 22 | Memorandum in Support re 12 MOTION for Summary Judgment filed by Tracy Bolwell. (Attachments: # 1 exhibits 1-9)(Gothers, M.) (Entered: 06/29/2005) |
| 06/28/2005 | 23 | Statement of Material Facts re 12 MOTION for Summary Judgment filed by Tracy Bolwell. (Gothers, M.) (Entered: 06/29/2005) |
| 06/30/2005 | | NOTICE OF E-FILED CALENDAR: This is the only notice counsel will receive. Oral argument/hearing on motion for summary judgment set for 7/11/2005 at 2:00 PM in the South Courtroom, 450 Main Street, Hartford, CT, before Judge Alvin W. Thompson. (Smith, S.) (Entered: 06/30/2005) |
| 07/01/2005 | 24 | REPLY to Response to 12 MOTION for Summary Judgment filed by Duramed Pharmaceuticals, Inc. (Attachments: # 1 notice of manual filing)(Gothers, M.) (Entered: 07/05/2005) |
| 07/07/2005 | 25 | NOTICE by Duramed Pharmaceuticals, Inc, Barr Lab Inc *Notice of Appearance of Joseph P. Thomas* (Geoppinger, Jeffrey) (Entered: 07/07/2005) |
| 07/07/2005 | 26 | ENDORSEMENT ORDER granting in part and denying in part 12 Motion for Summary Judgment . Signed by Judge Alvin W. Thompson on 7/7/05. (Gothers, M.) (Entered: 07/08/2005) |
| 07/11/2005 | 27 | NOTICE of Appearance by Joseph P. Thomas on behalf of Duramed Pharmaceuticals, Inc, Barr Lab Inc (Gothers, M.) (Entered: 07/12/2005) |
| 08/12/2005 | 28 | TRIAL MEMORANDUM ORDER Trial Brief due by 11/11/2005.. Signed by Judge Alvin W. Thompson on 8/12/05. (Gothers, M.) (Entered: 08/15/2005) |
| 10/21/2005 | 29 | MOTION to Strike the Expert Reports of Plaintiff's Case Specific Experts & Memorandum in Support Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D. by Duramed Pharmaceuticals, Inc, Barr Lab Inc.Responses due by 11/11/2005 (Attachments: # 1 Exhibit A# 2 Exhibit B)(Geoppinger, Jeffrey) Modified on 11/10/2005 (Gothers, M.). (Entered: 10/21/2005) |
| | | |

| 10/27/2005 | 30 | MOTION for Extension of Time for discovery to prepare case for trial, MOTION for Status Conference by Tracy Bolwell. (Gothers, M.) (Entered: 11/02/2005) |
| --- | --- | --- |
| 10/27/2005 | | Docket Entry Correction re 29 MOTION to Strike the Expert Reports of Plaintiff's Case Specific Experts Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D. modified: Attorney Winslow had omitted in text that Memo in Support was incorporated with the Motion. (Gothers, M.) (Entered: 11/10/2005) |
| 11/02/2005 | 31 | NOTICE of Appearance by Ronald Michael Meneo on behalf of Tracy Bolwell (Gothers, M.) (Entered: 11/04/2005) |
| 11/02/2005 | 32 | MOTION for Michael J. Luzzi to Withdraw as Attorney by Tracy Bolwell. (Gothers, M.) (Entered: 11/04/2005) |
| 11/07/2005 | 33 | Memorandum in Opposition re 30 MOTION for Extension of Time to prepare case for trial MOTION for status Conference filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Geoppinger, Jeffrey) (Entered: 11/07/2005) |
| 11/08/2005 | 34 | ORDER REFERRING MOTION: to Magistrate Judge Donna F. Martinez 29 MOTION to Strike the Expert Reports of Plaintiff's Case Specific Experts Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D. filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc, & 30 MOTION for Extension of Time to prepare case for trial MOTION for status Conference filed by Tracy Bolwell, & ORDER REFERRING CASE to Magistrate Judge Donna F. Martinez for Status Conference & Entry of Scheduling Order. Signed by Judge Alvin W. Thompson on 11/8/05. (Gothers, M.) (Entered: 11/10/2005) |
| 11/08/2005 | 35 | ENDORSEMENT ORDER granting 32 Motion to Withdraw as Attorney. Attorney Michael J. Luzzi terminated . Signed by Judge Alvin W. Thompson on 11/8/05. (Gothers, M.) (Entered: 11/10/2005) |
| 11/16/2005 | 36 | MOTION for Relief from Order, or in the alternative MOTION for Reconsideration re 26 Order on Motion for Summary Judgment by Duramed Pharmaceuticals, Inc, Barr Lab Inc.Responses due by 12/7/2005 (Gothers, M.) (Entered: 11/16/2005) |
| 11/16/2005 | 37 | Memorandum in Support re 36 MOTION for Relief from Order Order MOTION for Reconsideration re 26 Order on Motion for Summary Judgment filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 11/16/2005) |
| 11/30/2005 | 38 | Objection 36 MOTION for Relief from Order & MOTION for Reconsideration re 26 Order on Motion for Summary Judgment filed by Tracy Bolwell. (Gothers, M.) (Entered: 12/02/2005) |
| 11/30/2005 | 39 | Memorandum in Support to Response to 36 MOTION for Relief from Order& MOTION for Reconsideration re 26 Order on Motion for |

| | | |
|---|---|---|
| | | Summary Judgment filed by Tracy Bolwell. (Attachments: # 1 Exhibit 2# 2 Exhibit 3# 3 Exhibit 4). Exhibit 1 FILED IN HARD COPY ONLY. (Gothers, M.) (Entered: 12/02/2005) |
| 12/14/2005 | 40 | REPLY to Response to 36 MOTION for Relief from Order or in the alternative MOTION for Reconsideration re 26 Order on Motion for Summary Judgment filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Exhibit A)(Gothers, M.) (Entered: 12/19/2005) |
| 01/24/2006 | 41 | NOTICE OF E-FILED CALENDAR & ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. A status conference and oral argument on defendants' Motion to Strike the Plaintiff's Expert Reports of Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D. (doc. #29) and plaintiff's Motion to Enlarge Time and Extend Discovery (doc. #30) has been scheduled for February 17, 2006 at 2:00 p.m. in the East Courtroom, 450 Main Street, Hartford, Connecticut before Judge Donna F. Martinez. Signed by Judge Donna F. Martinez on 1/24/06. (Nielsen, J.) (Entered: 01/24/2006) |
| 01/24/2006 | | Set Hearings: Status Conference & Oral Arguments on documents 29, & 30 set for 2/17/2006 02:00 AM before Magistrate Judge Donna F. Martinez. (Gothers, M.) (Entered: 01/25/2006) |
| 02/03/2006 | 42 | RULING denying 36 Motion for Order, & denying 36 Motion for Reconsideration . Signed by Judge Alvin W. Thompson on 2/3/06. (Gothers, M.)(3 pages) (Entered: 02/06/2006) |
| 02/03/2006 | | Set Deadlines: Trial Brief due by 3/24/2006. (Gothers, M.) (Entered: 02/06/2006) |
| 02/03/2006 | 43 | MOTION for Leave to Appear Pro Hac Vice for Attorney Jennifer Hageman. Filing Fee $25.00. Receipt Number H018492. by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 notice of manual filing)(Gothers, M.) (Entered: 02/07/2006) |
| 02/17/2006 | 44 | Minute Entry for proceedings held before Judge Donna F. Martinez : Motion Hearing and Status Conference held on 2/17/2006 re 29 MOTION to Strike *the Expert Reports of Plaintiff's Case Specific Experts Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D.* filed by Duramed Pharmaceuticals, Inc,, Barr Lab Inc,, 30 MOTION for Extension of Time to prepare case for trial MOTION for status Conference filed by Tracy Bolwell,. Time 30 minutes.(Court Reporter I. Sanchez.) (Wood, R.) (Entered: 02/21/2006) |
| 02/17/2006 | | Motions Taken Under Advisement: 29 MOTION to Strike *the Expert Reports of Plaintiff's Case Specific Experts Stanley Tuhrim, M.D. and Jeanette Wasserstein, Ph.D.*, 30 MOTION for Extension of Time to prepare case for trial MOTION for status Conference (Wood, R.) (Entered: 02/21/2006) |
| 02/21/2006 | 45 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying 29 defendants' Motion to Strike the Plaintiff's Expert Reports of Stanley Tuhrim, M.D. and Jeanette |

| | | |
|---|---|---|
| | | Wasserstein, Ph.D. and granting 30 plaintiff's Motion to Enlarge Time and Extend Discovery. COUNSEL ARE DIRECTED TO THE ATTACHED RULING AND REVISED SCHEDULING ORDER. Signed by Judge Donna F. Martinez on 2/17/06. (Nielsen, J.) (Entered: 02/21/2006) |
| 02/21/2006 | 46 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. COUNSEL ARE DIRECTED TO THE ATTACHED ORDER TO SUBMIT JOINT MEDIATION REPORT. Signed by Judge Donna F. Martinez on 2/17/06. (Nielsen, J.) (Entered: 02/21/2006) |
| 02/21/2006 | | Set Deadlines: Trial Brief due by 8/31/2006. (Gothers, M.) (Entered: 02/22/2006) |
| 03/08/2006 | 47 | Objection re 45 Order on Motion for Extension of Time filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Memorandum in Support # 2 Exhibit a# 3 Exhibit b# 4 Exhibit c# 5 Exhibit d# 6 Exhibit e# 7 Exhibit f# 8 Exhibitg# 9 Exhibit h# 10 Exhibit i)(Gothers, M.) (Entered: 03/08/2006) |
| 03/10/2006 | 48 | ORDER granting 43 Motion to Appear pro hac vice for Attorney Jennifer Hageman . Signed by Judge Donna F. Martinez on 3/10/06. (Martinez, Donna) (Entered: 03/10/2006) |
| 03/16/2006 | 49 | RESPONSE re 47 Objection, 45 Order on Motion to Strike, Order on Motion for Extension of Time, Order on Motion for Conference filed by Tracy Bolwell. (Gothers, M.) (Entered: 03/16/2006) |
| 03/16/2006 | 50 | NOTICE of Appearance by Jennifer Hageman on behalf of Duramed Pharmaceuticals, Inc, Barr Lab Inc (Gothers, M.) (Entered: 03/17/2006) |
| 03/21/2006 | 51 | Reply in further support re 47 Response 49 Response as to 45 Order on Motion to Strike, Order on Motion for Extension of Time, Order on Motion for Conference, filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 03/21/2006) |
| 03/21/2006 | 52 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Status Conference held by telephone on 3/21/2006. Duramed Pharmaceuticals & Barr Laboratories' objection to Magistrate Judge Martinez's order [doc. #45] granting plaintiff's motion to enlarge time & extend discovery [doc. #47] was OVERRULED. Their request for expedited ruling [doc. #47] was GRANTED. 30 minutes (Court Reporter Thompson) (Smith, S.) (Entered: 03/23/2006) |
| 04/03/2006 | 53 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Status Conference is scheduled for May 25, 2006 at 10:00 a.m. before Judge Donna F. Martinez. Atty. R. Meneo will initiate the conference call to chambers at (860)240-3605 with counsel for all the parties on the line. (Wood, R.) (Entered: 04/03/2006) |
| 04/12/2006 | 54 | MOTION for Extension of Time until 6/16/06 for discovery, 8/31/06 for |

|  |  | joint Trial Memorandum by Tracy Bolwell, Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Text of Proposed Order)(D'Onofrio, B.) (Entered: 04/13/2006) |
| 04/24/2006 | 55 | ENDORSEMENT ORDER granting 54 Motion for Extension of Time . Signed by Judge Alvin W. Thompson on 4/24/06. (Gothers, M.) (Entered: 04/25/2006) |
| 04/24/2006 | 56 | First Amended SCHEDULING ORDER: Trial Brief due by 8/31/2006.. Signed by Judge Alvin W. Thompson on 4/24/06. (Gothers, M.) (Entered: 04/25/2006) |
| 04/26/2006 | 57 | ORDER RE: ELECTRONIC FILING OF CASE. THIS IS THE ONLY ORDER THE COURT SHALL ISSUE. Signed by Judge Alvin W. Thompson on 4/26/2006. (Attachments: # 1 E-filed Order)(Kunofsky, L.) (Entered: 04/26/2006) |
| 05/26/2006 | 58 | Telephonic status conference held on 5/25/06. By no later than June 30, 2006, the parties shall submit to the chambers of the undersigned a letter outlining the parties' respective positions on whether and when a settlement conference with the court might be productive. If the parties have decided to pursue private mediation, they shall provide the details including when and before whom the private mediation is scheduled. Signed by Judge Donna F. Martinez on 5/26/06. (Nielsen, J.) (Entered: 05/26/2006) |
| 06/02/2006 | 59 | NOTICE of Appearance by Brian P. Kenney on behalf of Tracy Bolwell (Gothers, M.) Modified on 6/29/2006 (Gothers, M.). (Entered: 06/05/2006) |
| 06/06/2006 | 60 | NOTICE by Duramed Pharmaceuticals, Inc, Barr Lab Inc *Filing of Proof of Service of Subpoena for Deposition* (Attachments: # 1 Exhibit A) (Geoppinger, Jeffrey) (Entered: 06/06/2006) |
| 06/19/2006 | 61 | MOTION for Extension of Time until 7/15/06 to take depositions & extend discovery by Tracy Bolwell. (Attachments: # 1 Exhibit)(Blue, A.) (Entered: 06/19/2006) |
| 06/20/2006 | 62 | ELECTRONIC ORDER: The Plaintiff's Motion to Enlarge Time and Extend Discovery (Doc. No. 61) is hereby GRANTED, nunc pro tunc, to and including July 15, 2006. Signed by Judge Alvin W. Thompson on 6/20/06. (Mata, E.) (Entered: 06/20/2006) |
| 06/20/2006 |  | Set Deadlines: Discovery due by 7/15/2006. (Gothers, M.) (Entered: 06/22/2006) |
| 06/22/2006 | 63 | MOTION to Set Aside Order Granting Plaintiff's Motion to Enlarge Time and Extend Discovery by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Memorandum in Support # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Geoppinger, Jeffrey) Modified on 6/23/2006 (Gothers, M.). (Entered: 06/22/2006) |
| 06/27/2006 | 64 | ELECTRONIC ORDER: Defendants Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.'s Motion to Set Aside Order Granting Plaintiff's |

| | | |
|---|---|---|
| | | Motion to Enlarge Time and Extend Discovery (Doc. No. 63) is hereby DENIED in part and GRANTED in part. The defendants' motion to set aside this court's June 20, 2006 order granting plaintiff's motion for an extension of the discovery deadlines is being denied. The motion in the alternative to extend all other deadlines in the First Amended Scheduling Order (Doc. No. 56) thirty days is being granted. Signed by Judge Alvin W. Thompson on 6/27/06. (Mata, E.) (Entered: 06/27/2006) |
| 06/29/2006 | | Docket Entry Correction re 59 Notice of Appearance modified: corrected attorney's spelling of his first name. (Gothers, M.) (Entered: 06/29/2006) |
| 07/14/2006 | 65 | MOTION for Extension of Time to take depositions & for discovery by Tracy Bolwell. (Gothers, M.) (Entered: 07/14/2006) |
| 07/18/2006 | 66 | Memorandum in Opposition *to Plaintiff's Third Motion to Enlarge Time and Extend Discovery* re 65 MOTION for Extension of Time to take depositions & for discovery filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Exhibit A)(Geoppinger, Jeffrey) (Entered: 07/18/2006) |
| 07/24/2006 | 67 | MOTION for Extension of Time until 9/18/06 to take depositions of former Duramed employees John Rapoza, William Stoltman & Ken Phelps by Tracy Bolwell. (Gothers, M.) (Entered: 07/25/2006) |
| 07/27/2006 | 68 | ELECTRONIC ORDER: The Plaintiff's Motion to Enlarge Time and Extend Discovery (Doc. No. 65) is hereby DENIED, as moot. (See Doc. No. 67.) Signed by Judge Alvin W. Thompson on 7/27/06. (Mata, E.) (Entered: 07/27/2006) |
| 07/27/2006 | 69 | ELECTRONIC ORDER: The Plaintiff's Supplemental Motion to Enlarge Time and Extend Discovery (Doc. No. 67) is hereby GRANTED, over objection (see Doc. No. 66), to and including September 18, 2006. All other scheduling order deadlines in affect are correspondingly extended sixty days. Signed by Judge Alvin W. Thompson on 7/27/06. (Mata, E.) (Entered: 07/27/2006) |
| 07/27/2006 | | Set Deadlines: Discovery due by 9/18/2006. (Gothers, M.) (Entered: 07/28/2006) |
| 08/11/2006 | 70 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Status Conference is scheduled for August 25, 2006 at 10:30 a.m. before Judge Donna F. Martinez. Atty. T. Winslow will initiate the conference call to chambers at (860)240-3605 with counsel for all the parties on the line. The purpose of the conference call is to discuss settlement. (Wood, R.) (Entered: 08/11/2006) |
| 08/17/2006 | 71 | Sealed Offer of Judgment by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 08/23/2006) |
| 08/25/2006 | 72 | Minute Entry for proceedings held before Judge Donna F. Martinez : Telephonic conference held on 8/25/2006 to discuss settlement. (Martinez, Donna) (Entered: 08/25/2006) |

| 08/25/2006 | 73 | A telephonic conference to discuss settlement shall be held on September 20, 2006 at 11 am. Attorney Winslow shall inititate the call to chambers at (860) 240-3605. Signed by Judge Donna F. Martinez on 8/25/06. (Martinez, Donna) (Entered: 08/25/2006) |
| --- | --- | --- |
| 08/25/2006 | | Minute Entry for proceedings held before Judge Donna F. Martinez : Telephonic Status Conference held on 8/25/2006. Time 25 minutes (Wood, R.) (Entered: 08/25/2006) |
| 08/25/2006 | | Set Hearings: Telephonic Conference to discuss settlement set for 9/20/2006 11:00 AM before Magistrate Judge Donna F. Martinez. (Gothers, M.) (Entered: 08/28/2006) |
| 08/28/2006 | 74 | Sealed Offer of Judgment by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Gothers, M.) (Entered: 08/28/2006) |
| 08/29/2006 | 75 | ORDER regarding scheduling. During a telephonic conference on 8/25/06, counsel for the parties mentioned anticipated motion practice not covered or contemplated by the current scheduling order. If either party expects any such motions or other activity not covered by the current schedule, by 9/15/06 they shall file a proposed schedule for the filing of those motions or other activity for the court's consideration. Signed by Judge Donna F. Martinez on 8/29/06. (Martinez, Donna) (Entered: 08/29/2006) |
| 09/11/2006 | 76 | ANSWER to Complaint with Affirmative Defenses with jury demand by Duramed Pharmaceuticals, Inc, Barr Lab Inc.(Geoppinger, Jeffrey) (Entered: 09/11/2006) |
| 09/12/2006 | 77 | MOTION for Entry of Second Amended Scheduling Order by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Text of Proposed Order Second Amended Scheduling Order)(Geoppinger, Jeffrey) Modified on 9/19/2006 (Gothers, M.). (Entered: 09/12/2006) |
| 09/15/2006 | 78 | ELECTRONIC ORDER: The parties' Agreed Motion for Entry of Second Amended Scheduling Order (Doc. No. 77) is hereby referred to Magistrate Judge Donna F. Martinez. It is so ordered. Signed by Judge Alvin W. Thompson on 9/15/06. (Bock, M.) (Entered: 09/15/2006) |
| 09/19/2006 | | Docket Entry Correction re 77 MOTION for Entry of Second Amended Scheduling Order modified: edited text. This is not an Ex Parte Motion. (Gothers, M.) (Entered: 09/19/2006) |
| 09/25/2006 | 79 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Status Conference to discuss settlement shall be held on October 3, 2006 at 10:45 a.m. before Judge Donna F. Martinez. Atty. T. Winslow shall initiate the conference call at (860)240-3605 with counsel for all the parties on the line. (Wood, R.) (Entered: 09/25/2006) |
| 10/02/2006 | 80 | MOTION to Determine the Sufficiency of Defendant Duramed Pharmaceuticals, Inc.'s Answers by Tracy Bolwell.Responses due by 10/23/2006 (Attachments: # 1 notice of manual filing document) |

| | | |
|---|---|---|
| | | (Gothers, M.) (Entered: 10/03/2006) |
| 10/03/2006 | 81 | Minute Entry for proceedings held before Judge Donna F. Martinez : Status Conference held on 10/3/2006. Counsel advised the court that they have private mediation scheduled in February 2007 with Hon. John Keefe a retired judge in New Jersey who has familiarity with cases similar to this one. (Martinez, Donna) (Entered: 10/03/2006) |
| 10/11/2006 | 82 | Memorandum in Opposition re 80 MOTION to Determine the Sufficiency of Defendant Duramed Pharmaceuticals, Inc.'s Answers filed by Duramed Pharmaceuticals, Inc. (Geoppinger, Jeffrey) (Entered: 10/11/2006) |
| 10/13/2006 | 84 | MOTION for Extension of Time until 10/30/06 to respond to first set to defendants' first set of requests for admissions by Tracy Bolwell. (Attachments: # 1 notice of manual filing)(Gothers, M.) (Entered: 10/18/2006) |
| 10/16/2006 | 83 | ORDER granting 77 Agreed Motion for Entry of Second Amended Scheduling Order. See attached Second Amended Scheduling Order. Signed by Judge Donna F. Martinez on 10/16/06. (Turner, M.) (Entered: 10/16/2006) |
| 10/16/2006 | | Set Deadlines: Dispositive Motions due by 3/2/2007. Trial Brief due by 3/16/2007. (Gothers, M.) (Entered: 10/17/2006) |
| 10/16/2006 | | Set Deadlines: Dispositive Motions due by 2/2/2007. Trial Brief due by 3/16/2007. (Gothers, M.) (Entered: 10/18/2006) |
| 10/16/2006 | | Reset Deadlines/Hearings: Dispositive Motions due by 3/2/2007. (Gothers, M.) (Entered: 11/14/2006) |
| 10/18/2006 | 85 | ELECTRONIC ORDER REFERRING MOTION: The Plaintiff's Motion to Determine the Sufficiency of Defendant Duramed Pharmaceuticals, Inc.'s Answers (Doc. No. 80) is hereby REFERRED to Judge Donna F. Martinez. Signed by Judge Alvin W. Thompson on 10/18/06. (Bock, M.) (Entered: 10/18/2006) |
| 10/27/2006 | 86 | ELECTRONIC ORDER: The Plaintiff's Motion for Extension of Time (Doc. No. 84) to and including October 30, 2006 in which to respond to or object to the defendants' first set of requests for admissions is hereby GRANTED, absent objection. It is so ordered. Signed by Judge Alvin W. Thompson on 10/27/06. (Bock, M.) (Entered: 10/27/2006) |
| 11/06/2006 | 87 | MOTION in Limine to Exclude James Morrison or in the Alternative, Motion for Leave to Designate and Expert Witness by Tracy Bolwell. Responses due by 11/27/2006 (Kenney, Brain) Modified on 11/7/2006 (Gothers, M.)(Part 1 of 2) (Entered: 11/06/2006) |
| 11/06/2006 | 88 | Motion in Limine or in the alternative, MOTION for Leave to Designate an Expert Witness by Tracy Bolwell. (Gothers, M.)(Part 2 of 2) (Entered: 11/07/2006) |
| 11/07/2006 | | Docket Entry Correction re 87 MOTION in Limine to Exclude James |

| | | Morrison 88 MOTION for Leave to File modified: Clerk has corrected e-filed entry 87. Entry 88 has been added as the second motion. (Gothers, M.) (Entered: 11/07/2006) |
|---|---|---|
| 11/14/2006 | | Docket Entry Correction re Set Deadlines modified: dispositive deadline is reset to 3/2/2007. (Gothers, M.) (Entered: 11/14/2006) |
| 11/30/2006 | 89 | Memorandum in Opposition *to Plaintiff's Motion* re 88 MOTION for Leave to File, 87 MOTION in Limine *to Exclude James Morrison* filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Exhibit Ex. 1# 2 Exhibit Ex. 2# 3 Exhibit Ex. 3# 4 Exhibit Ex. 4# 5 Exhibit Ex. 5)(Geoppinger, Jeffrey) (Entered: 11/30/2006) |
| 12/22/2006 | 90 | REPLY to Response to 88 MOTION for Leave to File, 87 MOTION in Limine *to Exclude James Morrison* filed by Tracy Bolwell. (Attachments: # 1 Memorandum in Support # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Kenney, Brain) (Entered: 12/22/2006) |
| 12/22/2006 | 91 | Joint MOTION for Extension of Time until January 5, 2007 To File Daubert Challenges To Case Specific Expert Witnesses by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Geoppinger, Jeffrey) (Entered: 12/22/2006) |
| 12/22/2006 | 92 | ELECTRONIC ORDER: The parties' Joint Motion for Extension of Time (Doc. No. 91) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 12/22/06. (Blackburn, M.) (Entered: 12/22/2006) |
| 01/05/2007 | 93 | Proposed MOTION in Limine *to Limit the Scope of the Testimony to be Offered by the Defendants' Expert, Louise McCullough, M.D.* by Tracy Bolwell.Responses due by 1/26/2007 (Kenney, Brain) (Entered: 01/05/2007) |
| 01/05/2007 | 94 | MOTION in Limine *to Exclude the Deposition Testimony of Tracy Bolwell, Charles Bannon and Diane Bannon* by Tracy Bolwell.Responses due by 1/26/2007 (Kenney, Brain) (Entered: 01/05/2007) |
| 01/05/2007 | 95 | MOTION to Strike *Exclude the Testimony of Plaintiff's Case Specific Experts* by Duramed Pharmaceuticals, Inc, Barr Lab Inc.Responses due by 1/26/2007 (Attachments: # 1 Exhibit 1)(Geoppinger, Jeffrey) (Entered: 01/05/2007) |
| 01/05/2007 | 96 | AFFIDAVIT re 95 MOTION to Strike *Exclude the Testimony of Plaintiff's Case Specific Experts* Signed By Jeffrey D. Geoppinger filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)(Geoppinger, Jeffrey) (Entered: 01/05/2007) |
| 01/05/2007 | 97 | AFFIDAVIT re 95 MOTION to Strike *Exclude the Testimony of Plaintiff's Case Specific Experts* Signed By Jeffrey D. Geoppinger filed by Duramed Pharmaceuticals, Inc, Barr Lab Inc. (Attachments: # 1 |

Exhibit N# 2 Exhibit O# 3 Exhibit P# 4 Exhibit Q# 5 Exhibit R# 6
Exhibit S# 7 Exhibit T# 8 Exhibit U# 9 Exhibit V# 10 Exhibit W# 11
Exhibit X# 12 Exhibit Y# 13 Exhibit Z# 14 Exhibit AA# 15 Exhibit BB)
(Geoppinger, Jeffrey) (Entered: 01/05/2007)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/08/2007 12:16:42 | | | |
| **PACER Login:** | ub0063 | **Client Code:** | 27494-0003 |
| **Description:** | Docket Report | **Search Criteria:** | 3:02-cv-01001-AWT |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |