UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY BOLWELL, | : CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : |
| vs. | : |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : |
| Defendants. | : |

**AFFIDAVIT OF JEFFREY D. GEOPPINGER IN SUPPORT OF MEMORANDUM OF DEFENDANTS DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S IN OPPOSITION TO PLAINTIFF'S MOTION TO IN LIMINE TO LIMIT THE SCOPE OF TESTIMONY OF DEFENANTS' EXPERT LOUISE MCCULLOUGH, M.D.**

STATE OF OHIO        )
                     ) ss:
COUNTY OF HAMILTON   )

Jeffrey D. Geoppinger, of full age, being duly sworn according to law, disposes and says:

1. I am an associate with the law firm of Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202-2409, which represents Duramed Pharmaceuticals, Inc. ("Duramed"), and Barr Laboratories, Inc. ("Barr"), in this litigation.

2. Attached hereto as Exhibit A is a true and accurate copy of Steven Kittner, *Pregnancy and the Risk of Stroke*, NEJM, Vol. 335: 768-74, Sept. 12, 1996.

3. Attached hereto as Exhibit B is a true and accurate copy of Andra James, *Incidence and Risk Factors for Stroke in Pregnancy and the Puerperium*, American College of Obstetricians and Gynecologist, Vol. 106: 509-16.



**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Jeffrey D. Geoppinger

Subscribed, and sworn to before me, a Notary Public, this 19th day of January, 2007.

_____
Notary Public
My Commission Expires: _____



GARY R. PLATTON
Notary Public, State of Ohio
My Commission Expires
March 12, 2007

2