# Incidence and Risk Factors for Stroke in Pregnancy and the Puerperium

*Andra H. James, MD, MPH, Cheryl D. Bushnell, MD, Margaret G. Jamison, PhD, and Evan R. Myers, MD, MPH*

**Objective:** To estimate the incidence, mortality, and risk factors for pregnancy-related stroke in the United States.

**Methods:** The Nationwide Inpatient Sample from the Healthcare Cost and Utilization Project of the Agency for Healthcare Research and Quality, for the years 2000–2001 was queried for International Classification of Diseases, 9th Revision, codes for stroke among all pregnancy-related discharges.

**Results:** A total of 2,850 pregnancy-related discharges included a diagnosis of stroke for a rate of 34.2 per 100,000 deliveries. There were 117 deaths or 1.4 per 100,000 deliveries. Twenty-two percent of survivors were discharged to another facility. The risk of stroke increased with age, particularly ages 35 years and older. African-American women were at a higher risk, odds ratio (OR) 1.5 (95% confidence interval [CI] 1.2–1.9). Medical conditions that were strongly associated with stroke included migraine headache, OR 16.9 (CI 9.7–29.5), thrombophilia, OR 16.0 (CI 9.4–27.2), systemic lupus erythematosus, OR 15.2 (CI 7.4–31.2), heart disease, OR 13.2 (CI 10.2–17.0), sickle cell disease, OR 9.1 (CI 3.7–22.2), hypertension, OR 6.1(CI 4.5–8.1) and thrombocytopenia, OR 6.0 (CI 1.5–24.1). Complications of pregnancy that were significant risk factors were postpartum hemorrhage, OR 1.8 (CI 1.2–2.8), preeclampsia and gestational hypertension, OR 4.4 (CI 3.6–5.4), transfusion OR 10.3 (CI 7.1–15.1) and postpartum infection, OR 25.0 (CI 18.3–34.0).

**Conclusion:** The incidence, mortality and disability from pregnancy related-stroke are higher than previously reported. African-American women are at an increased risk, as are women aged 35 years and older. Risk factors, not previously reported, include lupus, blood transfusion, and migraine headaches. Specific strategies, not currently employed, may be required to reduce the devastation caused by stroke during pregnancy and the puerperium.
*(Obstet Gynecol 2005;106:509–516)*

**Level of Evidence:** II-2

From the Divisions of Maternal-Fetal Medicine and Epidemiology, Department of Obstetrics and Gynecology, and the Division of Neurology, Department of Medicine, Duke University Medical Center, Durham, North Carolina.

Funded in part by a grant from the National Institutes of Health (5K12-HD043446-03).

Corresponding author: Andra H. James, MD, Box 3967, Duke University Medical Center, Durham, NC 27710; e-mail: andra.james@duke.edu.

© 2005 by The American College of Obstetricians and Gynecologists. Published by Lippincott Williams & Wilkins.
ISSN: 0029-7844/05

Pregnancy-related stroke is a rare, but potentially devastating event. Not only do an estimated 8% to 15% of pregnancy-related stroke victims die[1,2] but also survivors may suffer profound, permanent disability.[3,4] Because stroke is rare in this population, the ability to estimate incidence, identify risk factors, or report meaningful outcomes, such as mortality or disability, requires large, population-based studies. In the United States, 3 population-based studies of stroke have been published, but there are limitations to each of these analyses. One used data abstracted from medical records of young patients with strokes in the Baltimore-Washington area, but was limited by small numbers.[5] One used data from the National Hospital Discharge Survey from 1979–1991,[6] and the other used data from the Nationwide Inpatient Sample from 1993–1994.[2] Although these analyses included very large numbers of pregnancy discharges, only the code for pregnancy-related cerebrovascular events, 674.0, was used, and other non–pregnancy-related stroke codes were not considered.

Only the analysis from the 1993–1994 Nationwide Inpatient Sample provided an estimate of mortality and disability. Approximately 15% of women with pregnancy-related stroke died and 10% of survivors were discharged to a facility other than home.[2] The most recent update from the Pregnancy Mortality Surveillance System for 1999 estimated that pregnancy-related stroke accounted for 5.0% of all maternal mortalities, or 0.66 per 100,000 live births.[7]

Copyright© American College of Obstetricians and Gynecologists


EXHIBIT B

Previously recognized risk factors for pregnancy-related stroke include hypertension, preeclampsia, infection, delivery, the puerperium, nonwhite race and age older than 35.[2] Because the majority of medical conditions and complications of pregnancy and delivery are coded in the hospital discharge data captured by the Nationwide Inpatient Sample, it allows for the investigation of risk factors for pregnancy-related stroke. The objective of this study was to estimate, with as complete an ascertainment as possible, the incidence, risk factors, disability and mortality from pregnancy-related stroke in the United States.

## MATERIALS AND METHODS

The Nationwide Inpatient Sample, from the Healthcare Cost and Utilization Project of the Agency for Healthcare Research and Quality contains data from 5 to 8 million hospital stays from approximately 1,000 hospitals and is the largest all-payer inpatient care database in the United States.[8,9] The Nationwide Inpatient Sample is a 20% stratified sample of all discharges and allows for national estimates.[8,9] Included in the sample are general hospitals and academic medical centers.[8,9] Rehabilitation hospitals, long-term hospitals, psychiatric hospitals, and alcoholism or chemical dependency treatment facilities are excluded.[8,9] The hospitals are divided into strata based on ownership, bed size, teaching status, urban compared with rural location, and region. Sampling probabilities are proportional to the number of hospitals in each stratum. The sampling frame comprises 90% of all U.S. hospital discharges.[8,9] Information included in the Nationwide Inpatient Sample is similar to that in a typical discharge abstract, with safeguards to protect the privacy of individual patients, physicians, and hospitals.[8,9] Data are available for the purposes of aggregate statistical reporting, analysis, and research. Although the nature of the data is limited to discharge diagnoses and demographic information, the Nationwide Inpatient Sample allows for the study of relatively rare conditions such as pregnancy-related stroke.[8,9]

Records were identified in the Nationwide Inpatient Sample using International Classification of Diseases, Ninth Revision (ICD-9) for all pregnancy-related discharge codes for the years 2000 to 2001 (the latest data available at the inception of the study). The pregnancy-related discharge records included in the sample from that period were classified as to whether they were an antepartum admission, an admission at the time of delivery, or a postpartum admission. An antepartum admission was defined as any discharge record with a pregnancy-related code (ICD-9 codes 630–648) that did not also include a delivery code. An admission for delivery was defined as any discharge record that included a delivery code (ICD-9 codes 74 for cesarean delivery and 72, 73, 75, v27, or 650–659 for vaginal delivery). A postpartum admission was defined as any discharge record that included a postpartum diagnosis (ICD-9 codes 660–677) and did not also include a delivery code.

Strokes were classified as hemorrhagic (ICD-9 code 431), ischemic (ICD-9 codes 434 and 436), cerebral vein thrombosis (ICD-9 code 325) or pregnancy-related cerebrovascular event (ICD-9 code 674). The pregnancy-related code for "thrombosis not otherwise specified" (ICD-9 code 671.5), which includes not only cerebral vein thrombosis, but a number of other possibilities, was not queried due to its lack of specificity.[10]

For comorbidities, both the ICD-9 code for a particular condition in pregnancy and the general ICD-9 code for that condition were used. If the pregnancy-related code was not specific, it was not used.

The analysis accounted for the cluster sampling used by the Nationwide Inpatient Sample. Data were weighted by the strata's primary sampling units (hospitals) and sampling weights based on the Nationwide Inpatient Sample sampling design. STATA 8.0 (Stata Corp LP, College Station, TX) and the SVY (survey data) commands using these weights were used for both descriptive and inferential analyses. Two-way $\chi^2$ analyses yielded cell frequencies and their confidence intervals. Rates were computed from cell frequencies by dividing sample numbers. Logistic regression modeling was used to generate relative risk estimates for age and race. The protocol was reviewed and approved by the Duke University Medical Center Institutional Review Board.

## RESULTS

During the period from 2000 to 2001, there were 8,322,799 deliveries among 9,135,755 pregnancy-related discharges. Among the pregnancy-related discharges, 2,850 cases of stroke were identified. Of these cases, 301 (11%) were antepartum, 1,172 (41%) were at the time of delivery, and 1,377 (48%) were postpartum. As summarized in Table 1, among the cases of stroke, 766 (27%) were ischemic, 707 (25%) were hemorrhagic, 50 (2%) were due to cerebral venous thrombosis, and 1,325 (46%) were pregnancy-related cerebrovascular events. The overall risk of pregnancy-related stroke was 34.2 (95% confidence interval [CI] 33.3–35.1) per 100,000 deliveries. There were 117 stroke-related deaths, for a case fatality rate of 4.1% and a mortality rate of 1.4 (95% CI 1.1–1.7) per 100,000 deliveries. Compared with only 3% of all pregnancy-related discharges, 22% of stroke survivors

Copyright© American College of Obstetricians and Gynecologists 

Table 1. Frequency of Pregnancy-Related Stroke by Type and Timing in Gestation

| Time of Stroke | Population Size | % | Hemorrhagic Stroke n = 707 | Ischemic Stroke n = 766 | Cerebral Vein Thrombosis n = 50 | Pregnancy-Related Cerebrovascular Events n = 1,327 | Number of Strokes by Time |
|---|---|---|---|---|---|---|---|
| Antepartum* | 745,863 | 11 | 91 (13) | 184 (29) | 20 (40) | 6 (<1) | 301 |
| At delivery† | 8,322,799 | 41 | 194 (27) | 234 (31) | 10 (20) | 734 (55) | 1,172 |
| Postpartum‡ | 67,093 | 48 | 422 (60) | 348 (45) | 20 (40) | 587 (44) | 1,377 |

Values are n (%) unless otherwise specified.
* Defined as any discharge record with a pregnancy-related International Classification of Diseases, 9th Revision code (ICD-9; codes 630–648) that did not also include a delivery code.
† Defined as any discharge record that included a delivery ICD-9 code (codes 74 for cesarean delivery and 72, 73, 75, v27, or 650–659 for vaginal delivery).
‡ Defined as any discharge record that included a postpartum diagnosis (ICD-9 codes 660–677) and did not also include a delivery code.

Copyright© American College of Obstetricians and Gynecologists

were discharged to another facility rather than home ($P < .01$).

The risk of stroke generally increased with age (Table 2), but the risk of stroke was higher among women aged younger than 20 years (30.3 per 100,000 deliveries) than it was among women aged 20 to 34 years (26.3 per 100,000 deliveries). The risk increased dramatically among women aged 35 to 39 years (58.1 per 100,000 deliveries) and was highest among women aged 40 years and older (90.5 per 100,000 deliveries).

The risk of stroke also differed by race or ethnicity (Table 2). African-American women had the highest risk of stroke (52.5 per 100,000 deliveries) compared with Hispanic women (26.1 per 100,000 deliveries) or white women (31.7 per 100,000 deliveries, $P < .01$). Within all 3 racial or ethnic groups, women aged 35 years and older had a higher risk of stroke (59.9, 63.2, and 41.8 per 100,000 deliveries for white, African-American, and Hispanic women, respectively). When controlled for age and race, white women aged 35 and older were twice as likely (odds ratio [OR] 2.2) to have a stroke than their younger counterparts, but the highest risk of stroke was among African-American women aged 35 years and older (OR 4.5, Table 2).

Table 3 presents the odds ratios for the univariate analysis of various medical conditions associated with risk for pregnancy-related stroke. With the exception of obesity, all of the medical conditions queried were significantly associated with pregnancy-related stroke.

The strongest associations for stroke were migraine headaches (OR 16.9), thrombophilia (OR 16.0), lupus (OR 15.2), heart disease (OR 13.2), sickle cell disease (OR 9.1), hypertension (OR 6.1), and thrombocytopenia (OR 6.0). Other significant risk factors were diabetes (OR 2.5), substance abuse (OR 2.3), smoking (OR 1.9), and anemia (OR 1.9).

Table 4 presents the odds ratios for the univariate analysis of various complications of pregnancy and delivery. Complications significantly associated with pregnancy-related stroke were postpartum hemorrhage (OR 1.8), preeclampsia and gestational hypertension (OR 4.4), fluid and electrolyte imbalance (OR 7.2), transfusion (OR 10.3), and the highest, pregnancy-related infection (OR 25.0).

## DISCUSSION

We found a higher incidence of pregnancy-related stroke (34.2 compared with 24.7 per 100,000 deliveries), a higher proportion of women discharged to other facilities (22 compared with 15%) and a lower case fatality rate (4.1 compared with 14.7%) compared with a previous analysis using data from the Nationwide Inpatient Sample.[2] Our estimate of incidence is likely higher than the previous analysis because, in addition to the pregnancy-related stroke code (674), we included specific stroke codes (430, 431, 434, 436). Although it is higher than the previous Nationwide Inpatient Sample estimate, our estimate is in the broad range of those previously

Table 2. Pregnancy-Related Stroke by Age and Race

| Demographic Variable | Number of Cases | Rate per 100,000 Deliveries (95% Confidence Interval) | Odds Ratios (95% Confidence Interval)* | P |
|---|---|---|---|---|
| Age (all races) | | | | |
| < 20 (referent) | 290 | 30.3 (25.0–35.6) | 1.0– | – |
| 20–24 | 535 | 26.3 (23.0–29.6) | 0.9 (0.6–1.2) | .24 |
| 25–29 | 575 | 26.3 (23.3–29.4) | 0.9 (0.6–1.2) | .82 |
| 30–34 | 697 | 35.3 (30.6–40.0) | 1.3 (0.9–1.6) | .22 |
| 35–39 | 564 | 58.1 (51.4–64.8) | 2.0 (1.4–2.7) | < .01 |
| ≥ 40 | 190 | 90.5 (71.9–109.1) | 3.1 (2.0–4.6) | < .01 |
| Race | | | | |
| White (referent) | 1078 | 31.7 (28.8–34.6) | 1.0– | – |
| African American | 435 | 52.5 (44.1–60.9) | 1.5 (1.2–1.9) | < .01 |
| Hispanic | 356 | 26.1 (21.2–31.0) | 0.8 (0.6–1.1) | .50 |
| Age and Race | | | | |
| White < 35 (referent) | 752 | 26.6 (23.7–29.5) | 1.0– | – |
| White ≥ 35 | 326 | 59.9 (50.9–68.9) | 2.2 (1.6–2.9) | < .01 |
| African American < 35 | 314 | 42.6 (35.0–50.2) | 1.5 (1.1–2.0) | .02 |
| African American ≥ 35 | 121 | 63.2 (25.2–101.2) | 4.5 (2.9–6.8) | < .01 |
| Hispanic < 35 | 302 | 24.5 (19.4–29.6) | 0.9 (0.7–1.3) | .56 |
| Hispanic ≥ 35 | 54 | 41.8 (18.7–64.9) | 1.5 (0.8–2.8) | .21 |

* Logistic regression models: stroke or not = constant + age; stroke or not = constant + race; stroke or not = constant + race in combination with ≥35 years or <35 years.

Copyright© American College of Obstetricians and Gynecologists

Table 3. Medical Conditions and the Risk of Pregnancy-Related Stroke

|  | ICD-9 Codes | Odds Ratio | 95% Confidence Interval |
|---|---|---|---|
| Cardiovascular |  |  |  |
|   Hypertension | 401–405 | 6.1 | (4.5–8.1) |
|   Heart disease | 390–399, 412–417, 420–429 | 13.2 | (10.2–17.0) |
| Hematologic |  |  |  |
|   Thrombophilia (including history of thrombosis and the antiphospholipid syndrome) | 273.8, 286.9, V12.51, 286.5, 289.8, 289.9, 795.79 | 16.0 | (9.4–27.2) |
|   Sickle cell disease | 282.4, 282.6 | 9.1 | (3.7–22.2) |
|   Anemia | 648.2, 285.0 | 1.9 | (1.5–2.4) |
|   Thrombocytopenia | 287.3 | 6.0 | (1.5–24.1) |
| Rheumatologic |  |  |  |
|   Lupus | 695.4, 710 | 15.2 | (7.4–31.2) |
| Endocrinologic |  |  |  |
|   Diabetes | 648.8, 250 | 2.5 | (1.3–4.6) |
| Obesity | 278.0 | 1.4 | (0.6–3.3) |
| Neurologic |  |  |  |
|   Migraine headaches | 346.0, 346.1 | 16.9 | (9.7–29.5) |
| Lifestyle factors |  |  |  |
|   Alcohol and substance abuse | 648.3, 305.0, 305.2, 305.3, 305.5, 305.6, 305.7 | 2.3 | (1.3–4.6) |
|   Smoking | 305.1, V15.82 | 1.9 | (1.2–2.8) |

ICD-9, International Classification of Diseases, 9th Revision.

Table 4. Complications of Pregnancy and Delivery and the Risk of Pregnancy-Related Stroke

|  | ICD-9 Codes | Odds Ratio | 95% Confidence Interval |
|---|---|---|---|
| Hyperemesis | 643 | 1.5 | (0.8–2.8) |
| Preterm labor | 644 | 0.8 | (0.6–1.1) |
| Antepartum hemorrhage | 640.9, 641.1, 641.2, 641.3, 641.8, 641.9 | 1.5 | (0.9–2.5) |
| Multiple gestation | 651 | 0.2 | (0.1, 0.9) |
| Preeclampsia and gestational hypertension | 642 | 4.4 | (3.6–5.4) |
| Postpartum hemorrhage | 666, 667, 669.1 | 1.8 | (1.2–2.8) |
| Transfusion | CPT codes 9900, 9902, 9904, 9907 | 10.3 | (7.1–15.1) |
| Postpartum infection | 670, 672 | 25.0 | (18.3–34.0) |
| Fluid and electrolyte imbalance | 276 | 7.2 | (5.1–10.0) |

ICD-9, International Classification of Diseases, 9th Revision.

reported (4.3 to 210 strokes per 100,000 deliveries).[2,5,11,13]

There are several limitations to our analysis. As is also true of previous analyses of large public databases,[2,6] our data are limited to information derived from discharge record abstractions. Consequently, detailed and precise information on diagnosis and treatment are not available to validate stroke and the other comorbidities. For instance, reversible syndromes associated with preeclampsia such as reversible posterior leukoencephalopathy syndrome,[14,15] may have been coded as stroke. For that reason, our reported incidence of pregnancy-related stroke may be an overestimate. Nonetheless, although hospital discharge diagnoses may contain errors due to mistakes in abstraction or coding, the broad category of stroke is considered reliable.[16] In addition, we excluded ICD-9 code 433, which also includes the diagnoses of carotid, vertebral, and basilar artery stenosis with or without infarction, and used codes 434 and 436, which are more sensitive and specific for ischemic stroke.[16] Another limitation is that discharge abstracts do not allow for attribution of the timing of different diagnoses. It is possible that some of the conditions associated with pregnancy-related stroke occurred after the stroke and not before.

The mortality from pregnancy-related stroke, 1.4 per 100,000 deliveries, is more than twice the ratio estimate of 0.66 per 100,000 live births from the Center for Disease Control and Prevention's Pregnancy Mortality Surveillance System. The Pregnancy Mortality Surveillance System is limited to data re-

Copyright© American College of Obstetricians and Gynecologists

ceived from individual state health departments, maternal mortality review committees, the media, and individual providers,[7] and it is recognized that pregnancy-related deaths are underreported.[17–19] Although the Pregnancy Mortality Surveillance System used the most thorough reporting possible,[7] by using hospital discharge data, our ascertainment may have been more complete. Another possibility that would account for the lower ratio reported by the Pregnancy Mortality Surveillance System is that stroke deaths were ascribed to another cause, particularly preeclampsia or eclampsia. Among 790 deaths from complications of preeclampsia or eclampsia reported to the Pregnancy Mortality Surveillance System, the actual cause of death in 38.7% was a cerebrovascular event.[20]

The case fatality rate for pregnancy-related stroke was estimated to be 4.1%. This figure is not only lower than the average case-fatality rate for stroke of 24%,[21] but is at the low end of the 4.5 to 24% range published for young adults.[3,22–30] Therefore, the low case-fatality rate in the current analysis is not completely explained by the fact that pregnant women are generally young and healthy. A possible explanation is that the case-fatality rate in other studies, typically calculated a month or even a year after stroke, captured deaths after hospital discharge whereas ours did not. Our rate, however, is also lower than the previous Nationwide Inpatient Sample analysis.[2] This may reflect our inclusion of different diagnostic codes, but may also reflect, as has been observed,[31] a declining case-fatality rate over time. Because access to care may influence outcome of stroke,[32] another possibility is that a higher proportion of pregnancy-related strokes occur in the hospital setting where care is more readily available.

Other studies have reported an increased risk of stroke among women who are pregnant compared with nonpregnant women. Wiebers et al[33] found a 13-fold increase. Kittner et al[5] examined cerebral infarction and cerebral hemorrhage separately and found no increased risk of ischemic stroke during pregnancy, but an 8.7-fold increased risk postpartum. They found a 2.5-fold increased risk of intracerebral hemorrhage during pregnancy and a 23.8-fold increased risk postpartum. We did not compute the incidence of stroke for women who were not pregnant, but Kittner's cohort was the same age and racial composition as the pregnant women in this study. Petitti et al,[34] however, reported an incidence of stroke of 10.7 per 100,000 women-years among women aged 15 to 44 years in a large health maintenance organization. Using these data for comparison, the incidence of stroke in our cohort is increased approximately 3-fold in pregnancy. This is not surprising, since estrogen (in the form of oral contraceptives) increases the risk of stroke 2-fold,[35] and pregnancy is associated, not only with elevated levels of estrogen, but with increased blood volume and altered hemodynamics.[36]

Hypertension,[2] heart disease,[2] and smoking[37] have previously been reported in population surveys as significant risk factors for pregnancy-related stroke. Other medical conditions that have been reported in case series or case reports include sickle cell disease,[38] thrombophilia,[11,39–45] and substance abuse, particularly cocaine.[4,6,12,46,47] A Swedish population-based cohort study found the relative risk of pregnancy-related stroke to be 1.7 for diabetes,[37] but this was not statistically significant (CI 0.7–3.7). We found a significant 2.5-fold increased risk among women with diabetes. Obesity, identified as a risk factor for stroke among nonpregnant women of reproductive age,[34] was not a significant risk factor for stroke in this study. Obesity, however, was based on a diagnostic code rather than a calculated body mass index and was likely underreported. Although the presence of the lupus anticoagulant is a well-recognized risk factor for thromboembolic events in pregnancy,[48] lupus per se has not previously been reported to be a significant risk factor for pregnancy-related stroke. However, we found a 15.2-fold increased risk among women with lupus. The highest odds ratio for a medical condition was for migraine headaches (OR 16.9). Although migraine headaches have been reported as a risk factor for stroke,[49–53] they have not previously been reported as a risk factor for pregnancy-related stroke. While it is possible that migraine headaches are merely associated with pregnancy-related stroke or preeclampsia as a symptom of an impending stroke or as the consequence of one, this strong association requires further investigation.

We also found that anemia was a significant risk factor for pregnancy-related stroke. Anemia may result from blood loss that results in cerebral hypoperfusion, or there may be other explanations for this association between anemia and stroke, such as sickle cell disease, postpartum hemorrhage treated with methylergonovine, or hemolysis due to severe preeclampsia and the hemolysis, elevated liver enzymes, low platelets syndrome. Thrombocytopenia was a significant risk factor and could reflect the presence of the hemolysis, elevated liver enzymes, low platelets syndrome, which in 2 cases has been reported as a cause of pregnancy-related stroke.[54,55]

Similar to previous studies, we found that complications of pregnancy such as severe preeclampsia, eclampsia, infection, hyperemesis, and fluid and electrolyte imbalance were significant risk factors for pregnancy-related stroke.[2,14,20,37] Other possible causes

Copyright© American College of Obstetricians and Gynecologists

reported in case series or case reports included the use of 2 ergot derivatives, bromocriptine mesylate, previously prescribed for lactation suppression,[56] and methylergonovine maleate, which is used to treat postpartum hemorrhage caused by uterine atony.[12] Although the use of methylergonovine is not included in discharge records, we observed that postpartum hemorrhage was a significant risk factor for pregnancy-related stroke.

Transfusion increased the risk of stroke more than 10-fold. Although the need for transfusion is increased in conditions that place a woman at an increased risk of stroke, such as severe preeclampsia, postpartum hemorrhage, and sickle cell anemia, transfusion itself may be a risk factor for stroke. Storage and preservation of red blood cells increases their aggregability,[13] possibly increasing the risk of thrombosis.

We found that age greater than 35 years and African-American race were significant risk factors for pregnancy-related stroke. Because the risk of stroke increases with age[2,57,58] and is higher among African-Americans,[2,58,59] the increased risk of pregnancy-related stroke among African-American women and women aged 35 years and older is not surprising. The magnitude of the risk, however, (over 2-fold for age greater than 35 years and almost 2-fold for African-American race), has not been previously appreciated.

Efforts to reduce pregnancy-related thromboembolic disease have focused on venous rather than arterial disease.[60] Although venous thromboembolic disease is an important complication during pregnancy and the postpartum period, the risk of mortality is 30% higher for stroke than for venous thromboembolism (1.4 compared with 1.1 per 100,000 deliveries).[61] Compared with women who survive venous thromboembolic disease, stroke survivors suffer significant disability, with serious consequences for themselves and their families. Little has been published about specific strategies to prevent pregnancy-related stroke, but efforts similar to those used to prevent and treat venous thromboembolism may be required to reduce the incidence and devastation of pregnancy-related stroke. Understanding the cause of pregnancy-related stroke and identification of women at risk are the first steps.

## REFERENCES

1. Jaigobin C, Silver FL. Stroke and pregnancy. Stroke 2000;31: 2948–51.
2. Lanska DJ, Kryscio RJ. Risk factors for peripartum and postpartum stroke and intracranial venous thrombosis. Stroke 2000;31:1274–82.
3. Kappelle LJ, Adams HP Jr, Heffner ML, Torner JC, Gomez F, Biller J. Prognosis of young adults with ischemic stroke: a long-term follow-up study assessing recurrent vascular events and functional outcome in the Iowa Registry of Stroke in Young Adults. Stroke 1994;25:1360–5.
4. Hankey GJ, Jamrozik K, Broadhurst RJ, Forbes S, Anderson CS. Long-term disability after first-ever stroke and related prognostic factors in the Perth Community Stroke Study, 1989–1990. Stroke 2002;33:1034–40.
5. Kittner SJ, Stern BJ, Feeser BR, Hebel R, Nagey DA, Buchholz DW, et al. Pregnancy and the risk of stroke. N Engl J Med 1996;335:768–74.
6. Lanska DJ, Kryscio RJ. Stroke and intracranial venous thrombosis during pregnancy and puerperium. Neurology 1998;51: 1622–8.
7. Chang J, Elam-Evans LD, Berg CJ, Herndon J, Flowers L, Seed KA, et al. Pregnancy-related mortality surveillance–United States, 1991–1999. MMWR Surveill Summ 2003;52:1–8.
8. Overview of the Nationwide Inpatient Sample (NIS) 2000. Rockville, MD: Healthcare Cost and Utilization Project (HCUP) sponsored by the Agency for Healthcare Research and Quality; May 2002.
9. Introduction to the Nationwide Inpatient Sample (NIS) 2002. Rockville, MD: Healthcare Cost and Utilization Project (HCUP) sponsored by the Agency for Healthcare Research and Quality; June 2004.
10. International classification of diseases, 9th revision, clinical modification: physician ICD-9-CM, 2005. Chicago (IL): AMA Press; 2004.
11. Sharshar T, Lamy C, Mas JL. Incidence and causes of strokes associated with pregnancy and puerperium: a study in public hospitals of Ile de France. Stroke in Pregnancy Study Group. Stroke 1995;26:930–6.
12. Witlin AG, Mattar F, Sibai BM. Postpartum stroke: a twenty-year experience. Am J Obstet Gynecol 2000;183:83–8.
13. Ho J, Sibbald WJ, Chin-Yee IH. Effects of storage on efficacy of red cell transfusion: when is it not safe? Crit Care Med 2003;31:S687–97.
14. Zeeman GG, Fleckenstein JL, Twickler DM, Cunningham FG. Cerebral infarction in eclampsia. Am J Obstet Gynecol 2004; 190:714–20.
15. Singhal AB. Postpartum angiopathy with reversible posterior leukoencephalopathy. Arch Neurol 2004;61:411–6.
16. Goldstein LB. Accuracy of ICD-9-CM coding for the identification of patients with acute ischemic stroke: effect of modifier codes. Stroke 1998;29:1602–4.
17. Misclassification of maternal deaths–Washington State. MMWR Morb Mortal Wkly Rep 1986;35:621–3.
18. Pregnancy-related mortality–Georgia, 1990–1992. MMWR Morb Mortal Wkly Rep 1995;44:93–6.
19. Enhanced maternal mortality surveillance–North Carolina, 1988 and 1989. MMWR Morb Mortal Wkly Rep 1991;40: 469–71.
20. MacKay AP, Berg CJ, Atrash HK. Pregnancy-related mortality from preeclampsia and eclampsia. Obstet Gynecol 2001;97: 533–8.
21. Bonita R. Epidemiology of stroke. Lancet 1992;339:342–4.
22. Leys D, Bandu L, Henon H, Lucas C, Mounier-Vehier F, Rondepierre P, et al. Clinical outcome in 287 consecutive young adults (15 to 45 years) with ischemic stroke. Neurology 2002;59:26–33.
23. Leys D, Deplanque D, Mounier-Vehier C, Mackowiak-Cordoliani MA, Lucas C, Bordet R. Stroke prevention: management of modifiable vascular risk factors. J Neurol 2002;249:507–17.
24. Kristensen B, Malm J, Carlberg B, Stegmayr B, Backman C, Fagerlund M, et al. Epidemiology and etiology of ischemic stroke in young adults aged 18 to 44 years in northern Sweden. Stroke 1997;28:1702–9.

Copyright© American College of Obstetricians and Gynecologists

25. Ruiz-Sandoval JL, Cantu C, Barinagarrementeria F. Intracerebral hemorrhage in young people: analysis of risk factors, location, causes, and prognosis. Stroke 1999;30:537–41.
26. Jacobs BS, Boden-Albala B, Lin IF, Sacco RL. Stroke in the young in the northern Manhattan stroke study. Stroke 2002;33:2789–93.
27. Bevan H, Sharma K, Bradley W. Stroke in young adults. Stroke 1990;21:382–6.
28. Leno C, Berciano J, Combarros O, Polo JM, Pascual J, Quintana F, et al. A prospective study of stroke in young adults in Cantabria, Spain. Stroke 1993;24:792–5.
29. Qureshi AI, Safdar K, Patel M, Janssen RS, Frankel MR. Stroke in young black patients. Risk factors, subtypes, and prognosis. Stroke 1995;26:1995–8.
30. Nencini P, Inzitari D, Baruffi MC, Fratiglioni L, Gagliardi R, Benvenuti L, et al. Incidence of stroke in young adults in Florence, Italy. Stroke 1988;19:977–81.
31. Fang J, Alderman MH. Trend of stroke hospitalization, United States, 1988–1997. Stroke 2001;32:2221–6.
32. Hartmann A, Rundek T, Mast H, Paik MC, Boden-Albala B, Mohr JP, et al. Mortality and causes of death after first ischemic stroke: the Northern Manhattan Stroke Study. Neurology 2001;57:2000–5.
33. Wiebers DO, Whisnant JP. The incidence of stroke among pregnant women in Rochester, Minn, 1955 through 1979. JAMA 1985;254:3055–7.
34. Petitti DB, Sidney S, Quesenberry CP Jr, Bernstein A. Incidence of stroke and myocardial infarction in women of reproductive age. Stroke 1997;28:280–3.
35. Kemmeren JM, Tanis BC, van den Bosch MA, Bollen EL, Helmerhorst FM, van der Graaf Y, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke 2002;33:1202–8.
36. Gordon MC. Maternal physiology in pregnancy. In: Gabbe SG, Niebyl JR, Simpson JL, eds. Obstetrics: normal and problem pregnancies. 4th ed. New York (NY): Churchill Livingstone; 2002:63–92.
37. Ros HS, Lichtenstein P, Bellocco R, Petersson G, Cnattingius S. Pulmonary embolism and stroke in relation to pregnancy: how can high-risk women be identified? Am J Obstet Gynecol 2002;186:198–203.
38. Powars DR, Sandhu M, Niland-Weiss J, Johnson C, Bruce S, Manning PR. Pregnancy in sickle cell disease. Obstet Gynecol 1986;67:217–28.
39. Newman G, Mitchell JR. Homocystinuria presenting as multiple arterial occlusions. Q J Med 1984;53:251–8.
40. Muramatsu S, Mizuno Y, Murayama H, Ikemoto S. Hereditary antithrombin III deficiency with a superior sagittal sinus thrombosis: evidence for a possible mutation starting in the mother of the propositus. Thromb Res 1990;57:593–600.
41. Conard J, Horellou MH, Van Dreden P, Lecompte T, Samama M. Thrombosis and pregnancy in congenital deficiencies in AT III, protein C or protein S: study of 78 women. Thromb Haemost 1990;63:319–20.
42. Eon B, Aknin P, Brun JP, Saux P, Gouin F. Protein C deficiency and cerebral venous thrombosis in pregnancy [in French]. Ann Fr Anesth Reanim 1989;8:137–9.
43. Voetsch B, Damasceno BP, Camargo EC, Massaro A, Bacheschi LA, Scaff M, et al. Inherited thrombophilia as a risk factor for the development of ischemic stroke in young adults. Thromb Haemost 2000;83:229–33.
44. Ozsener S, Terek MC, Saydam G, Celebisoy N, Oztekin K, Ozkinay E. Intracranial venous thrombosis associated with severe antithrombin-III deficiency in pregnancy. J Obstet Gynaecol Res 2001;27:81–4.
45. Koo EJ, Rha JH, Lee BI, Kim MO, Ha CK. A case of cerebral infarct in combined antiphospholipid antibody and ovarian hyperstimulation syndrome. J Korean Med Sci 2002;17:574–6.
46. Levine SR, Brust JC, Futrell N, Ho KL, Blake D, Millikan CH, et al. Cerebrovascular complications of the use of the "crack" form of alkaloidal cocaine. N Engl J Med 1990;323:699–704.
47. Mercado A, Johnson G Jr, Calver D, Sokol RJ. Cocaine, pregnancy, and postpartum intracerebral hemorrhage. Obstet Gynecol 1989;73:467–8.
48. Branch DW, Khamashta MA. Antiphospholipid syndrome: obstetric diagnosis, management, and controversies. Obstet Gynecol 2003;101:1333–44.
49. Bushnell CD. Migraine and risk of ischemic stroke: an evidence-based medicine review. J Clin Outcomes Manage 2001;8:33–9.
50. Milhaud D, Bogousslavsky J, van Melle G, Liot P. Ischemic stroke and active migraine. Neurology 2001;57:1805–11.
51. Schwaag S, Nabavi DG, Frese A, Husstedt I-W, Evers S. The association between migraine and juvenile stroke: a case-control study. Headache 2003;43:90–5.
52. Zeller J, Frahm K, Baron R, Stingele R, Deuschl G. Platelet-leukocyte interaction and platelet activation in migraine: a link to ischemic stroke? J Neurol Neurosurg Psychiatry 2004;75:984–7.
53. Kruit MC, van Buchem MA, Hofman PA, Bakkers JT, Terwindt GM, Ferrari MD, et al. Migraine as a risk factor for subclinical brain lesions. JAMA 2004;291:427–34.
54. Soh Y, Yasuhi I, Nakayama D, Ishimaru T. A case of postpartum cerebellar infarction with hemolysis, elevated liver enzymes, low platelets (HELLP) syndrome. Gynecol Obstet Invest 2002;53:240–2.
55. Harscher S, Witte OW, Moller U, Bloos G, Pfleiderer SO, Terborg C. Cerebral vasospasms with hemodynamic infarctions as a complication of HELLP syndrome [in German]. Nervenarzt 2003;74:1122–6.
56. Iffy L, Zito GE, Jakobovits AA, Ganesh V, McArdle JJ. Postpartum intracranial haemorrhage in normotensive users of bromocriptine for ablactation. Pharmacoepidemiol Drug Saf 1998;7:167–71.
57. Li C, Engstrom G, Hedblad B, Berglund G, Janzon L. Risk factors for stroke in subjects with normal blood pressure: a prospective cohort study. Stroke 2005;36:234–8.
58. Kissela B, Schneider A, Kleindorfer D, Khoury J, Miller R, Alwell K, et al. Stroke in a biracial population: the excess burden of stroke among blacks. Stroke 2004;35:426–31.
59. Otten MW Jr, Teutsch SM, Williamson DF, Marks JS. The effect of known risk factors on the excess mortality of black adults in the United States. JAMA 1990;263:845–50.
60. American College of Obstetricians and Gynecologists. Thromboembolism in pregnancy. ACOG Practice Bulletin 19. Washington, DC: ACOG; 2000.
61. James A, Brancazio L, Jamison M, Myers E. Peripartum thromboembolism in the United States 2000–2001: incidence, mortality and risk factors. Am J Obstet Gynecol 2004;191:90S.

Copyright© American College of Obstetricians and Gynecologists