UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION 3:02CV-01001 (AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DURAMED PHARMACEUTICALS, INC. | : | |
| BARR LABORATORIES, INC. | : | |
| Defendants | : | January 26, 2007 |

**PLAINTIFF'S REPLY TO DEFENDANTS' DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF <u>PLAINTIFFS' CASE SPECIFIC EXPERTS</u>**

Comes now the Plaintiff who files this Reply to Defendants' Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.'s Motion to Exclude the Testimony of Plaintiffs' Case Specific Experts ("Defendants' Motion"). For the reasons set forth herein, Defendants' Motion must be denied.

Respectfully submitted,

<u>s/Ron Michael Meneo, Esq.</u>
Ron Michael Meneo, Esq.
Of Counsel

<u>s/Brian Kenney, Esq.</u>
Brian Kenney, Esq.

Early, Ludwick & Sweeney, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
bkenney@elslaw.com
Counsel for the Plaintiff
Tracy Bolwell

Oral Argument is Requested

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on January   , 2007:

Thomas H. Winslow, Esq.
Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976

Joseph P. Thomas, Esq.
Jennifer Hageman, Esq.
Jeffrey D. Geoppinger, Esq.
Ulmer & Berne, LLP
6000 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409

s/Brian Kenney, Esq.

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080