Source: Legal > States Legal - U.S. > New York > Cases > Federal & State Cases, Combined
Terms: **1.4 w/10 judicial w/10 panel** (Edit Search | Suggest Terms for My Search)

☞Select for FOCUS™ or Delivery
☐

EXHIBIT
A

*2006 U.S. Dist. LEXIS 28376, ***

E. JAMES WALKER, JR., et al., Plaintiffs, -against- H.B. TECH ELEVATOR AND ESCALATOR, INC., Defendant.

03-CV-1686 (NGG) (VPP)

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

2006 U.S. Dist. LEXIS 28376

May 4, 2006, Decided

**CORE TERMS:** consolidated, transferred, consolidation, electronic, caption, coordination, clear error, coordinated, service of process, notice of appearance, recommendation, pretrial, registered, spread, notice, prompt

**COUNSEL:** [*1] For E. James Walker, Jr, As Trustee of Elevator Constructors Union Local No. 1 Annuity and 401(k) Plan, Anthony J. Orrigo, As Trustee of Elevator Constructors Union Local No. 1 Education and Apprentice Training Fund, Plaintiffs: Larissa A. Cason, Putney, Twombly, Hall & Hirson LLP, New York, NY.

**JUDGES:** Nicholas G. Garaufis, United States District Judge.

**OPINION BY:** Nicholas G. Garaufis

**OPINION: ORDER**

GARAUFIS, District Judge.

On March 20, 2006, Magistrate Judge Viktor V. Pohorelsky issued a Report and Recommendation ("R&R") in the above-captioned action recommending that judgment be awarded to the plaintiffs in this matter as against the defaulting defendant as follows: a total of $ 62,676.85 in unpaid ERISA contributions for the time period of September 2001 through November 2002; and a total of $ 3,767.75 in attorney's fees and costs. No objections to the R&R have been timely filed.

In reviewing an R&R, this court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a Magistrate Judge's R&R where no timely objection has been made, the "court need only satisfy [*2] itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)); see also Pizarro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991) (court may accept report if it is "not facially erroneous").

Judge Pohorelsky's R&R is comprehensive and well-reasoned. The court finds no clear error on the face of the record and therefore adopts the R&R for the reasons stated therein. The Clerk of the court is directed to enter judgment as set forth by Magistrate Judge Pohorelsky and as detailed above. The Clerk of the Court is further directed to close this case and to mail a copy of this decision to the defendant at its last known mailing address.

SO ORDERED.

Dated: May 4, 2006

Brooklyn, N.Y.

/s/

Nicholas G. Garaufis

United States District Judge

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

IN RE VITAMIN C ANTITRUST LITIGATION

This Document Relates To: ALL ACTIONS

MASTER FILE 06-MD-1738 (DGT) (JO)

PRETRIAL ORDER 1

**JAMES ORENSTEIN, Magistrate Judge:**

I. **[*3]** Pretrial Consolidation

All putative class actions filed in or transferred to this District which arise out of the same operative facts as alleged in the cases subject to the Transfer Order of February 14, 2006 of the Judicial Panel on Multi-District Litigation ("the MDL Order"), In re Vitamin C Antitrust Litigation, 2006 U.S. Dist. LEXIS 26563, MDL 06-1738, will be consolidated for all pretrial purposes under this Order. All non-class cases filed in or transferred to this District which arise out of the same operative facts as alleged in the MDL Order will be coordinated for all pretrial purposes under this Order. This Order does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure.

II. Caption Of Cases

Every pleading filed in this proceeding, or in any separate action included herein, shall bear the following caption:

If a submission is generally applicable to all consolidated actions, the caption should include the notation that the document relates to "ALL CASES" and the submission should **[*4]** be filed and docketed only in 06-MD-1738 (the "Master File"). If a submission is applicable only to particular cases, the caption should include the case number of the case(s) to which it applies.

III. Attorney Admissions

Pursuant to Rule **1.4** of the Rules of Procedure of the **Judicial Panel** on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection

Search - 2 Results - 1.4 w/10 judicial w/10 panel
Case 3:02-cv-01001-AWT    Document 104-2    Filed 01/26/2007    Page 3 of 4
Page 3 of 4

with these proceedings.

IV. Electronic Filing And Electronic Service Of Process

All counsel representing parties in actions consolidated in 06-MD-1738 shall comply with this District's mandatory electronic case filing rule. See Administrative Order 2004-08. All submissions should be filed using the electronic case filing system ("ECF") and should be filed only in the Master File. To avoid duplicate filings and notice of filings, counsel are instructed to select NO when prompted whether to spread text. n1

- - - - - - - - - - - - - - Footnotes - - - - - - - - - - - - - - -

n1 When filing a document on ECF, the filer is asked to respond to a series of prompts. One such prompt asks: "Do you want to spread text?" Selecting "No" ensures that the submission will be filed only in the Master File and that only one electronic notice of filing will be sent to each recipient.

- - - - - - - - - - - - End Footnotes- - - - - - - - - - - - - - [*5]

All counsel who have registered for ECF and filed a notice of appearance in 06-MD-1738 will be deemed served with any document that has been electronically filed in the Master File. Counsel need not include a service of process list with court submissions. Liaison counsel, once appointed, shall bear responsibility for serving ECF-filed documents on any counsel designated for service of process that is not registered for ECF.

V. Newly Filed Or Transferred Actions

When a case which, according to this Order, should be consolidated or coordinated with In re Vitamin C Antitrust Litigation is hereafter filed in this Court or transferred here from another court and assigned to Judge Trager, the Clerk of the Court shall make an appropriate entry in the 06-MD-1738 docket. Counsel shall promptly register for ECF and file a notice of appearance in the Master File. Thereafter, counsel will be deemed served with all documents and orders filed in the Master File, including this Order. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated with the In re Vitamin C Antitrust [*6] Litigation.

VI. Application Of This Order To Subsequently Filed Cases

This Order shall apply to each In re Vitamin C Antitrust Litigation case subsequently filed in this Court, unless a party objecting to the consolidation or coordination of such case or to any other provision of this Order, within 20 days of service with this Order, moves for relief from this Order or any provision herein, and this Court deems it appropriate to grant such motion. Defendants are entitled to object to consolidation or coordination of any future-filed case, and similarly are entitled to respond to any motion by plaintiff(s) to seek relief from this Order. Further, if any new defendant is added by any new plaintiff, such defendant may object to consolidation or coordination according to the same procedure applicable to new plaintiffs.

**SO ORDERED.**

Dated: Brooklyn, New York

May 4, 2006

Search Results - 1.4 w/10 judicial w/10 panel
Case 3:02-cv-01001-AWT   Document 104-2   Filed 01/26/2007   Page 4 of 4
Page 4 of 4

JAMES ORENSTEIN

U.S. Magistrate Judge

Source: Legal > States Legal - U.S. > New York > Cases > **Federal & State Cases, Combined** 
Terms: **1.4 w/10 judicial w/10 panel**  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Friday, January 26, 2007 - 10:40 AM EST

LexisNexis®   About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.