EXHIBIT C

# ulmer | berne | llp
ATTORNEYS

JEFFREY D. GEOPPINGER

direct 513.698.5038
direct fax 513.698.5039
jgeoppinger@ulmer.com

January 9, 2007

<u>**VIA FACSIMILE @ 203-785-1671**</u>
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

    Re:    *Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al.*

Dear Brian:

    I have received and reviewed plaintiff's Motion in Limine to Exclude the Deposition Testimony of Tracy Bolwell, Charles Bannon, and Diane Bannon. While I am uncertain as to the purpose of the motion, I am confident that the rational underlying plaintiff's request is without merit.

    Plaintiff's motion seeks to prohibit the use of the testimony of Tracy Bolwell, Charles Bannon, and Diane Bannon based upon the contention that counsel for defendants who deposed those witnesses, Ms. Shannon Cook, was not admitted to practice before the United States District Court for the District of Connecticut at the time of the depositions. However, as you are aware, at the time of those depositions the case was not pending in the District Court for the District of Connecticut. On October 1, 2002, the case was transferred from the District of Connecticut to the PPA MDL in the Western District of Washington, and the case was closed in the District of Connecticut. The case remained in the PPA MDL until it was remanded to the District of Connecticut on May 27, 2005. As such, at the time of the depositions, the case was pending in the Western District of Washington.

    Ms. Cook appeared as counsel for defendants in this matter in the Western District of Washington after the case had been transferred to the PPA MDL. Pursuant to Rule 1.4 of the Rules of Procedure for the Judicial Panel on Multi-District Litigation, Ms. Cook was authorized to represent defendants while the case was pending in the PPA MDL without having to file any motion for *pro hac vice* admission, as she was admitted to practice in the District Court for the Southern District of Ohio. As such, she was properly admitted and serving as counsel for defendants at the time of Tracy Bolwell's, Charles Bannon's, and Diane Bannon's depositions in June and September 2003. Only once the case was remanded to the District of Connecticut was national counsel for defendants required to file applications for *pro hac vice* admission pursuant to Local Rule 83.1, which was done. Plaintiff's representation in her motion that Ms. Cook's

| | | | |
|---|---|---|---|
| 600 VINE STREET, SUITE 2800<br>CINCINNATI, OHIO 45202-2409 | firm<br>513.698.5000 | fax<br>513.698.5001 | internet<br>www.ulmer.com |

CLEVELAND        COLUMBUS        CINCINNATI        CHICAGO

# ulmer | berne | llp
ATTORNEYS

Brian Kenney, Esq.
January 9, 2007
Page 2

examination of Tracy Bolwell, Charles Bannon, and Diane Bannon "constituted the unauthorized practice of law" is incorrect and a misrepresentation to the Court.

Defendants request that plaintiff's Motion in Limine to Exclude the Deposition Testimony of Tracy Bolwell, Charles Bannon, and Diane Bannon be withdrawn immediately. In the event the motion is not withdrawn and defendants are required to prepare and file an opposition, defendants will seek an order requiring plaintiff to reimburse defendants for the costs incurred in preparing their response to plaintiff's baseless motion.

Very truly yours,

Jeffrey D. Geoppinger

cc:   Thomas H. Winslow, Esq. *( via facsimile @ 860-678-4427)*

407912.1 (27494-3)
1/9/2007 10:17 AM

```
                    COMM. JOURNAL                    DATE JAN-09-2007        TIME 10:52

          MODE = MEMORY TRANSMISSION          START=JAN-09 10:50    END=JAN-09 10:52

          FILE NO.=581

  STN    COMM.    ONE-TOUCH/    STATION NAME/TEL NO.                PAGES      DURATION
  NO.             ABBR NO.

  001    OK         *           #104-12037851671                    003/003    00:00:28
  002    OK         *           #104-18606784427                    003/003    00:00:34


                                                      -ULMER BERNE LLP         -

  ******************************* -ULMER BERNE LLP - ***** -        513 698 5001- *********
```



ATTORNEYS

JEFFREY D. GEOPPINGER

direct 513.698.5038
direct fax 513.698.5039
jgeoppinger@ulmer.com

# fax cover sheet

| **Deliver To:** | **Company** | **Fax Number:** | **Phone Number:** |
|---|---|---|---|
| Brian Kenney, Esq. | Early, Ludwick, Sweeney & Strauss | 203-785-1671 | 203-777-7799 |
| Thomas H. Winslow, Esq. | Law Offices of Thomas H. Winslow, Esq. | 860-678-4427 | 860-678-4425 |
| **Date:** | January 9, 2007 | | |
| **Total Pages:** | 3 (including cover sheet) | | |
| **From:** | Jeffrey D. Geoppinger | | |
| **Re:** | *Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al.* | | |

The original of this document will be sent by:

    [   ]   Ordinary Mail      [   ]   Messenger
    [   ]   Overnight Courier      [ x ]   This will be the only form of delivery

**If you have any transmission problems, please call 513-698-5902.**

**MESSAGE:**

Unless otherwise indicated, the information in this transmittal is confidential and intended only for the recipient listed above. If you are neither the intended recipient nor a person responsible for delivering this transmittal to the intended recipient, you are hereby notified that any distribution or copying of this transmittal is prohibited. If you received this transmittal in error, please immediately notify us at 513.698.5000 and return the transmittal to us at our expense.

Sent By _____ at _____   File No. 27494-3

600 VINE STREET, SUITE 2800
CINCINNATI, OHIO 45202-2409

firm 513.698.5000 | fax 513.698.5001 | Internet www.ulmer.com

CLEVELAND      COLUMBUS      CINCINNATI      CHICAGO



**ulmer | berne | llp**
ATTORNEYS

JEFFREY D. GEOPPINGER

direct 513.698.5038
direct fax 513.698.5039
jgeoppinger@ulmer.com

# fax cover sheet

| **Deliver To:** | **Company** | **Fax Number:** | **Phone Number:** |
|---|---|---|---|
| Brian Kenney, Esq. | Early, Ludwick, Sweeney & Strauss | 203-785-1671 | 203-777-7799 |
| Thomas H. Winslow, Esq. | Law Offices of Thomas H. Winslow, Esq. | 860-678-4427 | 860-678-4425 |

**Date:** January 9, 2007

**Total Pages:** 3 (including cover sheet)

**From:** Jeffrey D. Geoppinger

**Re:** *Tracy Bolwell v. Duramed Pharmaceuticals, Inc., et al.*

The original of this document will be sent by:

[ ] Ordinary Mail          [ ] Messenger
[ ] Overnight Courier      [x] This will be the only form of delivery

**If you have any transmission problems, please call 513-698-5902.**

**MESSAGE:**

Unless otherwise indicated, the information in this transmittal is confidential and intended only for the recipient listed above. If you are neither the intended recipient nor a person responsible for delivering this transmittal to the intended recipient, you are hereby notified that any distribution or copying of this transmittal is prohibited. If you received this transmittal in error, please immediately notify us at 513.698.5000 and return the transmittal to us at our expense.

Sent By_____ at_____    File No. 27494-3

600 VINE STREET, SUITE 2800
CINCINNATI, OHIO 45202-2409

firm 513.698.5000 | fax 513.698.5001 | internet www.ulmer.com

CLEVELAND        COLUMBUS        CINCINNATI        CHICAGO