# EXHIBIT B

**Ron Meneo**

**From:** Ron Meneo [rmm@meneolawgroup.com]
**Sent:** Tuesday, January 23, 2007 12:45 PM
**To:** 'Geoppinger, Jeff'; 'Hageman, Jennifer'
**Cc:** 'Brian Kenney'; 'Ryan Hoyler'
**Subject:** RE: Bolwell v. Duramed - Mediation Location

Jeff:

If it's a medical emergency, I hope everything is OK.

Re: Newark - I did check with Judge Keefe's assistant a few weeks ago and thought I had passed along that Newark is not an option. Please let me know the NYC location at your earliest convenience so I can pass the info on to Judge Keefe's assistant Maureen.

As for the Motion, Judge Rothstein's CMOs clearly say that all matters not dealt with in those CMOs are governed by the Local Rules of the transferor court so out of an abundance of caution, I think Judge Martinez should rule on this issue since, as you originally framed it, we don't want to do anything that could be construed as facilitating the unauthorized practice of law. If you need a one week extension to reply to the Motion, Brian and I have no objection to such an extension.

Ron

-----Original Message-----
From: Geoppinger, Jeff [mailto:jgeoppinger@ulmer.com]
Sent: Tuesday, January 23, 2007 12:00 PM
To: Ron Meneo; Hageman, Jennifer
Cc: Brian Kenney; Ryan Hoyler
Subject: RE: Bolwell v. Duramed - Mediation Location

Ron:

I can arrange for a location in NYC. However, in Judge Keefe's most recent correspondence, I noted that his office has a location in Newark. We would be agreeable to doing the mediation there, and it would not require us to book up another firm's space. Would you mind speaking with Judge Keefe / his assistant and asking if it is possible to do the mediation at that location. Thanks.

On an unrelated note, I will likley be out of the office much of this week due to an unexpected emergency matter. Defendants' memo in opposition to plaintiff's motion in limine to exclude the depositions taken by Shannon Cook is due this Friday. I have previously written Brian and asked that the motion be withdrawn, as at the time the depositions in question were taken, the case was pending in the PPA MDL, not the USDC for CT. Per the rules of the JPMDL, Ms. Cook was authroized to represent Duramed in any matter pending in those proceedings, regardless of her status of admission in the court from which the matter was transferred. Please let me know as soon as possible if plaintiff will withdraw the motion. If not, I will need to plan accordingly to prepare the opposition. Thank you.

Jeff

From: Ron Meneo [mailto:rmm@meneolawgroup.com]
Sent: Mon 1/22/2007 12:59 PM
To: Geoppinger, Jeff
Cc: 'Brian Kenney'; 'Ryan Hoyler'
Subject: Bolwell v. Duramed - Mediation Location

Jeff:

1

Judge Keefe's assistant called to confirm the February 20th date for the mediation. I confirmed it with her but asked if Judge Keefe was available and amenable to holding the mediation in mid-town Manhattan. She called back to say he was. Do you have such a location at which you propose having the mediation? Please let me know at your earliest convenience so I can pass the details on to Judge Keefe's assistant.

Ron