UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION NO: 302CV01001AWT |
| | : | |
| Plaintiff, | : | JUDGE ALVIN W. THOMPSON |
| | : | |
| vs. | : | MAG. JUDGE DONNA F. MARTINEZ |
| | : | |
| DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC., | : | |
| | : | |
| Defendants. | : | February 6, 2007 |
| | : | |

**JOINT MOTION FOR CONTINUANCE OF THE HEARING ON PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF DURAMED'S ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS**

Pursuant to United States District Court for the District of Connecticut Local Rule 7(b), plaintiff Tracy Bolwell and defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, file this joint motion for a continuance of the hearing on plaintiff's Motion to Determine the Sufficiency of Duramed's Answers to Plaintiff's Requests for Admissions ("plaintiff's motion") scheduled for February 9, 2007, at 10:00 a.m. The parties jointly request that the Court continue the hearing for a period of not less than twenty (20) days.

The parties have agreed to a mediation in this matter on February 20, 2007, before the Honorable John Keefe, retired Justice of the New Jersey Court of Appeals. The parties would show the Court that a continuance of the hearing scheduled on plaintiff's motion is necessary to provide the parties the opportunity to attempt to resolve this matter through mediation. Further, a continuance on the hearing of not less than twenty days will conserve judicial resources, as the hearing will be unnecessary in the event the parties resolve the matter at mediation. The parties submit that no undue delay or

prejudice will result from continuance of the hearing, and the remaining deadlines in the scheduling order will remain unchanged.

This agreed motion is the first motion for a continuance of the hearing on plaintiff's motion.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request the Court (1) grant this agreed motion for a continuance of the hearing on plaintiff's Motion to Determine the Sufficiency of Duramed's Answers to Plaintiff's Requests for Admissions and (2) continue the hearing for a period of not less than twenty days.

Respectfully Submitted,


/s/ Jeffrey D. Geoppinger
Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032-2976
(860) 678-4425
(860) 678-4427 FAX

Joseph P. Thomas
Ohio Bar No: 0040379
CT Fed. Bar No. phv0382
Jennifer Hageman
Ohio Bar No.: 0066632
CT Fed. Bar No. phv0937
Jeffrey D. Geoppinger
Ohio Bar No: 0073908
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

**Counsel for Defendants
Duramed Pharmaceuticals, Inc., and
Barr Laboratories, Inc.**


 /s/  Ron Michael Meneo
Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via facsimile, Federal Express and/or U.S. mail on the 6th day of February, 2007 on:

Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

                    /s/ Jeffrey D. Geoppinger

412845.1 (27494-3)
2/6/2007 10:21 AM