UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TRACY BOLWELL,** | : CIVIL ACTION NO: 302CV01001AWT |
| Plaintiff, | : JUDGE ALVIN W. THOMPSON |
| vs. | : MAG. JUDGE DONNA F. MARTINEZ |
| **DURAMED PHARMACEUTICALS, INC., BARR LABORATORIES, INC.,** | : |
| Defendants. | : March 20, 2007 |

## JOINT MOTION FOR CONTINUANCE OF DEADLINE TO FILE NOTICE OF DISMISSAL

Pursuant to United States District Court for the District of Connecticut Local Rule 7(b), plaintiff Tracy Bolwell and defendants Duramed Pharmaceuticals, Inc., and Barr Laboratories, Inc., by and through counsel, file this joint motion for a continuance of the deadline to file the Notice of Dismissal, presently due to be filed by March 23, 2007. The parties jointly request that the Court continue the deadline for filing of the Notice of Dismissal for a period of seven (7) days, and re-set the deadline for filing the Notice of Dismissal to March 30, 2007. This agreed motion is the first motion for a continuance of the deadline for filing the Notice of Dismissal.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request the Court (1) grant this agreed motion for a continuance of the deadline to file the Notice of Dismissal and (2) re-set the deadline to file the Notice of Dismissal to March 30, 2007.

Respectfully Submitted,

  /s/  Jeffrey D. Geoppinger
Thomas H. Winslow
The Law Office of Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032-2976
(860) 678-4425
(860) 678-4427 FAX

Joseph P. Thomas
Ohio Bar No:  0040379
CT Fed. Bar No. phv0382
Jennifer Hageman
Ohio Bar No.:  0066632
CT Fed. Bar No. phv0937
Jeffrey D. Geoppinger
Ohio Bar No:  0073908
CT Fed. Bar No. phv0382
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jthomas@ulmer.com
jhageman@ulmer.com
jgeoppinger@ulmer.com

**Counsel for Defendants**
**Duramed Pharmaceuticals, Inc., and**
**Barr Laboratories, Inc.**

  /s/  Brian Kenney
Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via facsimile, Federal Express and/or U.S. mail on the 20th day of March, 2007 on:

Ron Michael Meneo, Esq.
Brian Kenney, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT  06508-1866

**Attorneys for Plaintiffs**

      /s/  Jeffrey D. Geoppinger

422109.1 (27494-3)
3/20/2007 8:46 AM