UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRACY BOLWELL, | : | CIVIL ACTION 3:02:CV-01001 (AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DURAMED PHARMACEUTICALS, INC. | : | |
| BARR LABORATORIES, INC. | : | |
| Defendants | : | APRIL 4, 2007 |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DURAMED PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.

Plaintiff and Defendants agree to the Entry of Dismissal in this case with prejudice pursuant to District Court Rules of Civil Procedure, Rule 41(a)(1)(ii), with each party to bear its own costs and fees.  This Stipulation for Dismissal is signed by all parties who have appeared in this action.

| | |
|---|---|
| Tracy Bolwell<br>By her attorneys, | Duramed Pharmaceuticals, Inc. &<br>Barr Laboratories, Inc.<br>By its attorneys, |
| | |
| s/ Brian P. Kenney<br>Brian P. Kenney, Esq.<br>Federal Bar # CT27025<br>Early, Ludwick & Sweeney, L.L.C.<br>265 Church Street<br>P.O. Box 1866<br>New Haven, CT  06508-1866<br>(203) 777-7799 | s/ Jeffrey D. Geoppinger<br>Jeffrey D. Geoppinger, Esq.<br>Federal Bar # PHV0382<br>Ulmer & Berne, LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202-2409<br>(513) 698-5038 |

DATED:     April 4, 2007